UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ZOYA QAIYUM, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> ROCKET COMPANIES, INC., JAY D. FARNER, JULIE R. BOOTH, ROBERT DEAN WALTERS and DANIEL GILBERT, <br><br> Defendants. | Civ. No. 2:21-cv-11528 <br><br> <u>CLASS ACTION</u> |

## **<u>NOTICE OF APPEARANCE</u>**

Sharon S. Almonrode of The Miller Law Firm, P.C., hereby enters her Appearance in the above matter on behalf of Plaintiffs.

Respectfully submitted,

**THE MILLER LAW FIRM, P.C.**

By: <u>/s/ *Sharon S. Almonrode*</u>
Sharon S. Almonrode (P33938)
950 W. University Drive, Suite 300
Rochester, MI  48307
Telephone: (248) 841-2200
E-mail:  ssa@millerlawpc.com

Dated:  June 29, 2021

## CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2021, I electronically filed the foregoing papers using the ECF system which will send electronic notices of same to all counsel of record.

                              Respectfully submitted,

                              By:  */s/ Sharon S. Almonrode*
                              Sharon S. Almonrode (P33938)
                              THE MILLER LAW FIRM, P.C.
                              950 W. University Drive, Suite 300
                              Rochester, MI  48307
                              Telephone: (248) 841-2200
                              E-mail:  ssa@millerlawpc.com