UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

ZOYA QUAIUM,

        Plaintiff(s),        Case No. 21-11528

v.        Honorable Paul D. Borman

ROCKET COMPANIES, INC., et al.,

        Defendant(s).
_____/

### ORDER RE: DISQUALIFICATION OF JUDGE

Pursuant to 28 U.S.C. § 455, I hereby DISQUALIFY myself from the above-styled case.

**IT IS ORDERED** that in accordance with E.D. Mich. LR 83.11(d), this case be reassigned by blind draw to another judge of this court.

Date: July 1, 2021

s/Paul D. Borman
Paul D. Borman
U.S. District Judge

Pursuant to this order, this case is reassigned to Judge Judith E. Levy.
Case assignment credit will be given to the appropriate Judicial Officers.

### Certificate of Service

I hereby certify that on this date a copy of the foregoing Order was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

Date: July 1, 2021

s/ S Schoenherr
Deputy Clerk