UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

ZOYA QAIYUM, Individually and on Behalf of All Others Similarly Situated,

    Plaintiff(s),

v.

ROCKET COMPANIES, INC., JAY D. FARNER, JULIE R. BOOTH, ROBERT DEAN WALTERS, and DANIEL GILBERT,

    Defendant(s).

Case No. 5:21-11528-JEL-APP

Judge Judith E. Levy

Magistrate Judge Anthony P. Patti

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, **Rocket Companies, Inc.**

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

   Yes ☐    No ☑

   If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

   Parent Corporation/Affiliate Name:
   Relationship with Named Party:

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

   Yes ☐    No ☑

   If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

   Parent Corporation/Affiliate Name:
   Nature of Financial Interest:

Date: September 10, 2021

/s/ Jeffrey B. Morganroth

P41670
Morganroth & Morganroth, PLLC
344 North Old Woodward Ave.
Suite 200
Birmingham, Michigan 48009
(248) 864-4000
jmorganroth@morganrothlaw.com