UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Zoya Qaiyum,

          Plaintiff,         Case No. 21-cv-11528

v.                                Judith E. Levy
                                United States District Judge
Rocket Companies, Inc., *et al.*,
                                Mag. Judge Anthony P. Patti

          Defendants.

_____/

Owen Arent,

          Plaintiff,         Case No. 21-cv-11618

v.                                Judith E. Levy
                                United States District Judge
Rocket Companies, Inc., *et al.*,
                                Mag. Judge Anthony P. Patti

          Defendants.

_____/

## ORDER CONSOLIDATING CASES

On June 29, 2021, Plaintiff Zoya Qaiyum filed a securities class action complaint against Defendants Rocket Companies, Inc.; Jay Farner; Julie Booth; Robert Dean Walters; and Daniel Gilbert in Case No. 21-cv-11528. (ECF No. 1.) Plaintiff Qaiyum brings this action to

pursue remedies under the Securities Exchange Act of 1934 (the "Act") on behalf of all purchasers of Rocket Class A common stock between February 25, 2021 and May 5, 2021. (*See* ECF No. 1.)

On July 13, 2021, Plaintiff Owen Arent filed a securities class action complaint in Case No. 21-cv-11618 against the same Defendants as Case No. 21-cv-11528. (ECF No. 1.) This complaint is also on behalf of all purchasers of Rocket Class A common stock between February 25, 2021 and May 5, 2021 and seeks remedies under the Act. (*Id.*)

Federal Rule of Civil Procedure 42(a)(2) indicates that a district court may consolidate actions that "involve a common question of law or fact." Fed. R. Civ. P. 42(a)(2). Because Case Nos. 21-cv-11528 and 21-11618 involve common questions of law and fact, the cases will be consolidated into one action. Accordingly,

IT IS ORDERED that Case No. 21-cv-11528 and Case No. 21-11618 are consolidated into one action under Case No. 21-cv-11528 for all purposes, including trial. All future filings should be entered under Case No. 21-cv-11528.

IT IS FURTHER ORDERED that Case No. 21-11618 is administratively closed.

IT IS SO ORDERED.

Dated: April 18, 2022            s/Judith E. Levy
Ann Arbor, Michigan           JUDITH E. LEVY
                                                 United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on April 18, 2022.

                                                   s/William Barkholz
                                                   WILLIAM BARKHOLZ
                                                   Case Manager