# EXHIBIT B

## CERTIFICATION

I, Matthew Pearlman, hereby certify as follows:

1. I have reviewed a complaint prepared against Rocket Companies, Inc. ("Rocket") alleging violations of the federal securities laws, and authorize the filing of this pleading;

2. I did not purchase securities of Rocket at the direction of counsel, or in order to participate in any private action under the federal securities laws;

3. I am willing to serve as a lead plaintiff and representative party in this matter, including providing testimony at deposition and trial, if necessary. I fully understand the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class;

4. My transactions in Rocket securities during the Class Period are reflected in Exhibit A, attached hereto;

5. I have not sought to serve as a lead plaintiff and/or representative party in any class action under the federal securities laws filed during the last three years;

6. Beyond my pro rata share of any recovery, I will not accept payment for serving as a lead plaintiff and representative party on behalf of the Class, except the reimbursement of such reasonable costs and expenses (including lost wages) as ordered or approved by the Court.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct.

Dated: 6/2/2022

DocuSigned by:

Matthew Pearlman

2

## EXHIBIT A

### TRANSACTIONS IN ROCKET COMPANIES, INC.

| Transaction Type | Trade Date | Shares | Price per Share | Cost Proceeds |
|---|---|---|---|---|
| Buy | 3/3/2021 | 250.00 | $29.95 | ($7,487.50) |
| Buy | 3/24/2021 | 11.92 | $23.28 | ($277.50) |
| Buy | 3/29/2021 | 250.00 | $24.65 | ($6,162.50) |
| Buy | 5/5/2021 | 250.00 | $22.80 | ($5,700.00) |