UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| CARL SHUPE, Individually and on Behalf of All Others Similarly Situated, | Case No. 1:21-cv-11528 |
| Plaintiff, | Hon. Thomas L. Ludington |
| v. | Mag. Judge Anthony P. Patti |
| ROCKET COMPANIES, INC., et al., | |
| Defendants. | |

**STIPULATION AND ORDER**

Lead Plaintiff Carl Shupe and additional named Plaintiff Matthew Pearlman (collectively, "Plaintiffs"), and Defendants Rocket Companies, Inc., Rock Holdings Inc., Jay D. Farner, Julie R. Booth, Robert Dean Walters, and Daniel Gilbert (collectively, "Defendants," and together with Plaintiffs, the "Parties"), hereby stipulate and agree as follows:

WHEREAS, on May 16, 2022, this Court entered a Stipulation and Order governing the filing of an amended complaint and a response thereto in the above-captioned action ("Action");

WHEREAS, on June 21, 2022, Plaintiffs filed an Amended Class Action Complaint for Violations of the Federal Securities Laws ("Amended Complaint") in the Action;

WHEREAS, the Amended Complaint is 354 paragraphs or 145 pages in length and alleges four federal securities law claims on behalf of a putative class against two corporate defendants and four individual defendants;

WHEREAS, Defendants' response to the Amended Complaint is due on or by July 8, 2022;

WHEREAS, Defendants plan to file a single motion to dismiss all claims on behalf of all Defendants; and

WHEREAS, counsel for Plaintiffs and Defendants agree that a modest extension of the page limits for the Parties' briefing of Defendants' motion to dismiss is necessary for a full and fair presentation of the issues and would be helpful to the Court;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the Parties hereto and subject to approval by the Court:

1. Defendants' memorandum of law in support of their motion to dismiss shall not exceed thirty-five (35) pages.

2. Plaintiffs' memorandum in opposition to Defendants' motion to dismiss shall not exceed thirty-five (35) pages.

3. Defendants' reply memorandum of law in support of their motion to dismiss shall not exceed fifteen (15) pages.

4. By entering into this stipulation, Defendants do not waive, and hereby expressly preserve, all potential defenses in this litigation.

**It is ORDERED**.

Dated: July 6, 2022

s/Thomas L. Ludington
THOMAS L. LUDINGTON
United States District Judge

IT IS SO STIPULATED.

Respectfully submitted,

DATED:  June 30, 2022

/s/ *Carol C. Villegas*
CAROL C. VILLEGAS

**LABATON SUCHAROW LLP**
CAROL C. VILLEGAS
DAVID SALDAMANDO
140 Broadway
New York, New York 10005
Tel:  (212) 907-0700
Fax:  (212) 818-0477
cvillegas@labaton.com
dsaldamando@labaton.com

*Lead Counsel for Lead Plaintiff Carl Shupe, Plaintiff Matthew Pearlman, and the Proposed Class*

DATED:  June 30, 2022

    /s/ *Jeffrey B. Morganroth*
        JEFFREY B. MORGANROTH

**MORGANROTH & MORGANROTH, PLLC**
344 North Old Woodward Avenue
Suite 200
Birmingham, Michigan 48009
Tel: (248) 864-4000
Fax: (248) 864-4001
jmorganroth@morganrothlaw.com

**SULLIVAN & CROMWELL LLP**
SHARON L. NELLES
JEFFREY T. SCOTT
JULIA A. MALKINA
125 Broad Street
New York, New York 10004
Tel: (212) 558-4000
Fax: (212) 588-3588
nelless@sullcrom.com
scottj@sullcrom.com
malkinaj@sullcrom.com

*Counsel for Defendants Rocket Companies, Inc., Rock Holdings Inc., Jay D. Farner, Julie R. Booth, Robert Dean Walters, and Daniel Gilbert*