UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

CARL SHUPE, individually and
on behalf of all others similarly situated,

     Plaintiffs,        Case No. 1:21-cv-11528

v.                Honorable Thomas L. Ludington
                 United States District Judge
ROCKET COMPANIES, INC., JAY FARNER,
JULIE BOOTH, ROBERT WALTERS, and
DANIEL GILBERT,

     Defendants.
_____/

**ORDER GRANTING MOTIONS FOR WITHDRAWAL OF PLAINTIFFS' COUNSEL**

   The Miller Law Firm has filed a motion to withdraw as counsel for Plaintiff Zoya Qaiyum, ECF No. 46. Similarly, Weitz & Luxenberg, P.C. has filed a motion to withdraw as counsel for Movants Richard Crosby Elwell and Dennis R. Trasseger, ECF No. 47. For good cause shown therein:

   It is **ORDERED** that The Miller Law Firm's Motion to Withdraw, ECF No. 46, is **GRANTED**.

   Further, it is **ORDERED** that The Miller Law Firm, P.C. and Attorneys E. Powell Miller, Sharon S. Almonrode, and Dennis A. Lienhardt are **WITHDRAWN** as attorneys for Plaintiffs and shall be **REMOVED** from receiving notice of electronic filings in this case.

   Further, it is **ORDERED** that Weitz & Luxenberg's Motion to Withdraw, ECF No. 47, is **GRANTED**.

Further, it is **ORDERED** that Weitz & Luxenberg and Attorney Paul F. Novak, is **WITHDRAWN** as attorneys for Plaintiffs and shall be **REMOVED** from receiving notice of electronic filings in this case.

Dated: August 3, 2022                                      s/Thomas L. Ludington
                                                           THOMAS L. LUDINGTON
                                                           United States District Judge