UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

CARL SHUPE et al.,

        Plaintiffs,

v.

ROCKET COMPANIES, INC., JAY FARNER,
DANIEL GILBERT, and
ROCKET HOLDINGS, INC.,

        Defendants.
_____/

Case No. 1:21-cv-11528

Honorable Thomas Ludington
United States District Judge

**ORDER DENYING STIPULATED ORDER TO ADJOURN ANSWER DEADLINE**

On March 22, 2023, the Parties filed the above-attached Stipulation and Order requesting more time for Defendants to respond to Plaintiff's Complaint. Defendants' response is due today, and they seek an extension to April 24, 2023.

Ordinarily, "[a] defendant must serve an answer . . . within 21 days after being served with the summons and complaint." FED. R. CIV. P. 12(a)(1)(A). Although that time is extended when a motion to dismiss is filed, a defendant has 14 days to file an answer once the motion is denied. FED. R. CIV. P. 12(a)(4)(A). With "some exceptions," "[i]f a defendant fails to file an answer as required, the allegations in the complaint, 'other than one[s] relating to the amount of damages' are deemed admitted." *Jones v. Pekoske*, No. 21-1061, 2021 WL 5782380, at *2 (6th Cir. Dec. 7, 2021) (quoting FED. R. CIV. P. 8(b)(6)). In many circumstances, however, "the failure to file an answer may be harmless, most usually where the plaintiff is consistently on notice that the defendant is disputing the facts." *Id.*

Yet, far from the good cause required to grant their request, the Parties have provided no reason for it. *See* FED. R. CIV. P. 6(b)(1)(A).

- 6 -

Accordingly, it is **ORDERED** that the Parties' above-attached Stipulation and Order is **DENIED WITHOUT PREJUDICE**.

**This is not a final order and does not close the above-captioned case**.

Dated: March 22, 2023                              s/Thomas L. Ludington
                                                   THOMAS L. LUDINGTON
                                                   United States District Judge

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| CARL SHUPE, Individually and on Behalf of All Others Similarly Situated,<br><br>                        Plaintiff,<br><br>     v.<br><br>ROCKET COMPANIES, INC., et al.,<br><br>                        Defendants. | Civ. No. 21-11528-TLL-APP<br>Hon. Thomas L. Ludington<br>Mag. Judge Anthony P. Patti |

**STIPULATION AND ORDER**

Lead Plaintiff Carl Shupe and Defendants Rocket Companies, Inc., Rock Holdings Inc., Jay D. Farner, and Daniel Gilbert (collectively, "Defendants," and together with Lead Plaintiff, "Parties"), hereby stipulate and agree as follows:

WHEREAS, on June 21, 2022, Lead Plaintiff filed an Amended Class Action Complaint for Violations of the Federal Securities Laws (the "Amended Complaint") in the above-captioned action (the "Action");

WHEREAS, the Amended Complaint is 354 paragraphs or 145 pages in length and alleges four federal securities law claims;

WHEREAS, on July 8, 2022, Defendants filed a single motion to dismiss all claims on behalf of all Defendants, which was fully briefed on August 30, 2022;

WHEREAS, on March 8, 2023, the Court ruled on Defendants' Motion to Dismiss;

WHEREAS, under Federal Rule of Civil Procedure 12(a)(4)(A), the deadline for Defendants' Answer to the Amended Complaint is March 22, 2023; and

- 2 -

WHEREAS, counsel for Plaintiffs and Defendants agree that a modest extension of the deadline for Defendants' Answer to the Amended Complaint is appropriate;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the Parties hereto and subject to approval by the Court:

1. Defendants' Answer to the Amended Complaint is due on or by April 24, 2023.

2. By entering into this stipulation, Defendants do not waive, and hereby expressly preserve, all potential defenses in this litigation.

IT IS SO STIPULATED.

Respectfully submitted,

DATED: March 22, 2023   LABATON SUCHAROW LLP
CAROL C. VILLEGAS

/s/ with consent of Carol C. Villegas
Carol C. Villegas

**LABATON SUCHAROW LLP**
CAROL C. VILLEGAS
DAVID SALDAMANDO
140 Broadway
New York, New York 10005
Tel:   (212) 907-0700
Fax:   (212) 818-0477
cvillegas@labaton.com
dsaldamando@labaton.com

*Lead Counsel for Lead Plaintiff Carl Shupe and the Proposed Class*

- 3 -

DATED:  March 22, 2023   MORGANROTH & MORGANROTH, PLLC
JEFFREY B. MORGANROTH

/s/ Jeffrey B. Morganroth
JEFFREY B. MORGANROTH

344 North Old Woodward Avenue
Suite 200
Birmingham, Michigan 48009
Tel:   (248) 864-4000
Fax:   (248) 864-4001
jmorganroth@morganrothlaw.com
P4160

SULLIVAN & CROMWELL LLP
SHARON L. NELLES
JEFFREY T. SCOTT
JULIA A. MALKINA
125 Broad Street
New York, New York 10004
Tel:   (212) 558-4000
Fax:   (212) 588-3588
nelless@sullcrom.com
scottj@sullcrom.com
malkinaj@sullcrom.com

*Counsel for Defendants Rocket Companies, Inc., Rock Holdings Inc., Jay D. Farner, and Daniel Gilbert*

- 4 -