## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## NORTHERN DIVISION

CARL SHUPE, et al.,

       Plaintiffs,

                          Case No. 1:21-cv-11528-TLL-APP

v.

                          Hon. Thomas L. Ludington
ROCKET COMPANIES, INC., JAY    Mag. Judge Anthony P. Patti
FARNER, DANIEL GILBERT, and
ROCK HOLDINGS INC.

       Defendants.

## STIPULATION AND ORDER
## ADJOURNING SETTLEMENT CONFERENCE DATE

Plaintiffs Carl Shupe and Matthew Pearlman ("Plaintiffs"), and Defendants Rocket Companies, Inc., Rock Holdings Inc., Jay D. Farner, and Daniel Gilbert (collectively, "Defendants," and together with Plaintiffs, the "Parties"), hereby stipulate and agree as follows:

WHEREAS, this Court entered a Stipulation and Order setting certain case deadlines in this action on October 16, 2023 (the "Scheduling Order"). (ECF No. 75.)

WHEREAS, the Scheduling Order provides that the Parties shall attend a settlement conference on November 21, 2023 at 9:00 AM EST (the "Settlement Conference"). (*See id.* at PageID.2777.)

WHEREAS, Plaintiffs intend to seek to substitute one of the proposed class

representatives, Matthew Pearlman, with another proposed class representative.

WHEREAS, the Parties have worked diligently and cooperatively in discovery to date, including collectively producing more than thirty thousand documents, seeking discovery from third parties, and beginning to schedule and prepare for depositions, which are expected to commence in the coming weeks and to last through early 2024.

WHEREAS, the Parties have also agreed to pursue a full-day private mediation with the submission of pre-mediation materials to the mediator.  To that end, the Parties are seeking available dates from jointly selected mediators for an in-person mediation to be conducted in New York.

WHEREAS, having met and conferred, the Parties agree that an adjournment of the current Settlement Conference date is necessary to (i) schedule and conduct the aforementioned private mediation, which the Parties believe will more effectively facilitate potential compromise between the Parties at this time; (ii) complete additional discovery, including depositions of class certification experts, fact witnesses, and corporate representatives required to make the Parties' planned mediation more productive; and (iii) allow the Parties to focus appropriate time and resources on briefing the pending class certification motion and associated discovery.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by

and among the Parties hereto and subject to approval by the Court, that there is good cause to adjourn the Settlement Conference indefinitely, pending the planned private mediation between the Parties.  Although the date of the private mediation is still subject to confirmation among the Parties, the Parties agree to report back to the Court on the results of the private mediation within two weeks following the conclusion of the private mediation.

IT IS SO STIPULATED AND AGREED.


DATED: November 17, 2023

Respectfully submitted,

**LABATON SUCHAROW LLP**

*/s/ Christine Fox*

CAROL C. VILLEGAS
CHRISTINE FOX
DAVID SALDAMANDO
140 Broadway
New York, New York 10005
Tel: (212) 907-0700
Fax: (212) 818-0477
cvillegas@labaton.com
cfox@labaton.com
dsaldamando@labaton.com

*Lead Counsel for Plaintiffs Carl Shupe and Matthew Pearlman and the Proposed Class*


SHANNON HOPKINS
**LEVI & KORSINSKY LLP**
1111 Summer Street, Suite 403
Stamford, Connecticut 06905

Tel: (203) 992-4523
shopkins@zlk.com

JAMES ALLEN
**SCHENK & BRUETSCH PLC**
211 West Fort Street, Suite 1410
Detroit, Michigan 48226
Tel: (313) 774-1000
james.allen@sbdetroit.com

*Counsel for Plaintiffs*

DATED: November 17, 2023

**MORGANROTH & MORGANROTH, PLLC**

*/s/ Jeffrey B. Morganroth*
JEFFREY B. MORGANROTH (P41670)
344 North Old Woodward Avenue, Suite 200
Birmingham, Michigan 48009
Tel: (248) 864-4000
Fax: (248) 864-4001
jmorganroth@morganrothlaw.com

**SULLIVAN & CROMWELL LLP**
SHARON L. NELLES
JEFFREY T. SCOTT
JULIA A. MALKINA
125 Broad Street
New York, New York 10004
Tel: (212) 558-4000
Fax: (212) 588-3588
nelless@sullcrom.com
scottj@sullcrom.com
malkinaj@sullcrom.com

*Counsel for Defendants Rock Holdings Inc.,
Jay D. Farner, and Daniel Gilbert*

DATED: November 17, 2023

**HONIGMAN LLP**

*/s/ Nick Gorga*
NICK GORGA (P72297)
JEREMY D. LOCKHART (P76500)
CARSTEN A. PARMENTER (P86425)
660 Woodward Avenue
2290 First National Building
Detroit, Michigan 48226
Tel: (313) 465-7000
ngorga@honigman.com
jlockhart@honigman.com
cparmenter@honigman.com

**GOODWIN PROCTER LLP**
DEBORAH S. BIRNBACH
ADAM SLUTSKY
KATE MACLEMAN
100 Northern Avenue
Boston, Massachusetts 02210
Tel: (617) 570-1000
dbirnbach@goodwinlaw.com
aslutsky@goodwinlaw.com
kmacleman@goodwinlaw.com

*Counsel for Defendant Rocket Companies, Inc.*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

CARL SHUPE, individually and
on behalf of all others similarly situated,

                Plaintiffs,                          Case No. 1:21-cv-11528

v.                                        Honorable Thomas L. Ludington
                                              United States District Judge
ROCKET COMPANIES, INC.,
JAY FARNER,                              Anthony P. Patti
DANIEL GILBERT, and                  United States Magistrate Judge
ROCKET HOLDINGS, INC.,

                Defendants.

_____/

**ORDER GRANTING STIPULATION, ADJOURNING SETTLEMENT CONFERENCE,
AND DIRECTING STATUS REPORT**

Having reviewed the Parties' attached Stipulation and Proposed Order, finding good cause,
*see* FED. R. CIV. P. 16(b)(4), and this Court being otherwise fully advised in the premises:

It is **ORDERED** that the Parties' Stipulation Adjourning Settlement Conference Date is
**GRANTED**.

Further, it is **ORDERED** that the Settlement Conference scheduled for November 21, 2023
at 9:00 AM EST, *see* ECF No. 69 at PageID.2383, is **ADJOURNED** for a status conference on
**January 29, 2024 at 3:00 PM EST**, over Microsoft Teams. Relevant links will be provided to the
Parties in advance of the conference.

Further, it is **ORDERED** that Parties are **DIRECTED** to file a joint status report **by
January 22, 2024** informing this Court of:

(1) Discovery progress;

(2) Parties' plans to complete discovery; and

(3) Information concerning the Parties' private mediation in New York including (a) the

date mediation occurred or will occur (b) the name of the mediator (c) the results of the

private mediation, if any.

Dated: November 20, 2023                s/Thomas L. Ludington
                                            THOMAS L. LUDINGTON
                                            United States District Judge