IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

---

| | |
|---|---|
| CARL SHUPE and MATTHEW PEARLMAN, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> ROCKET COMPANIES, INC., JAY D. FARNER, DANIEL GILBERT and ROCK HOLDINGS INC., <br><br> Defendants. | No. 21-cv-11528 <br><br> Honorable Thomas L. Ludington <br> District Judge <br><br> Honorable Anthony P. Patti <br> Magistrate Judge |

## JOINT STATUS REPORT

Plaintiffs Carl Shupe and Matthew Pearlman ("Plaintiffs") and Defendants Rocket Companies, Inc., Rock Holdings Inc., Jay D. Farner, and Daniel Gilbert (collectively, "Defendants," and together with Plaintiffs, the "Parties") submit this joint status report in accordance with the Court's order dated November 20, 2023.

As of the date of this filing, the Parties have (1) substantially completed document discovery, with Defendants producing a total of 33,952 documents, covering 234,071 pages; (2) completed depositions of all four expert witnesses proffered by the Parties in conjunction with Plaintiffs' August 30, 2023 Motion for Class Certification (ECF No. 74) (*i.e.*, Mr. Chad Coffman, Dr. René Stulz, Dr. Mark Garmaise, and Dr. Laura Starks); (3) completed the deposition of Plaintiff Shupe in

conjunction with Plaintiffs' August 30, 2023 Motion for Class Certification, with the deposition of Construction Laborers Pension Trust for Southern California ("SoCal") scheduled for February 1, 2024; and (4) completed depositions of two fact witnesses and the corporate representative of Defendant Rocket Companies, Inc., with six more fact witness depositions scheduled through February 15, 2024.

The current deadline for fact discovery is January 26, 2024. However, for the convenience of witnesses and the Parties, and in consideration of deadlines in the related litigations, the Parties have agreed to extend the deadline for completion of fact witness depositions until February 15, 2024. The Parties have thus stipulated, pending approval of the Court, to extend the remainder of the discovery schedule to the following:

| Event | Scheduling Order Deadline (ECF No. 75) | New Stipulated Date |
|---|---|---|
| Fact Discovery Cutoff | January 26, 2024 | February 15, 2024 |
| Submission of Opening Expert Reports for Expert Witnesses to be Called in Party's Case-in-Chief | February 9, 2024 | March 29, 2024 |
| Expert Rebuttal Reports | March 15, 2024 | April 29, 2024 |
| Expert Depositions | April 15, 2024 | June 21, 2024 |

Finally, the Parties have scheduled a private mediation to take place in New York City on March 27, 2024 with David M. Murphy of Phillips ADR

Enterprises. The Parties agree to report back to the Court on the results of the private mediation within two weeks following the conclusion of the private mediation.

|  |  |
|---|---|
|  | Respectfully submitted, |
| DATED:  January 22, 2024 | **LABATON SUCHAROW LLP**<br>CAROL C. VILLEGAS |

*/s/ Carol C. Villegas*
Carol C. Villegas

CAROL C. VILLEGAS
DAVID SALDAMANDO
CHRISTINE M. FOX
140 Broadway
New York, New York 10005
Tel:  (212) 907-0700
Fax:  (212) 818-0477
cvillegas@labaton.com
dsaldamando@labaton.com
cfox@labaton.com

*Lead Counsel for Plaintiffs Carl Shupe and Matthew Pearlman and the Proposed Class*

SHANNON HOPKINS
**LEVI & KORSINSKY LLP**
1111 Summer Street, Suite 403
Stamford, Connecticut 06905
Tel: (203) 992-4523
shopkins@zlk.com

JAMES ALLEN
**SCHENK & BRUETSCH PLC**
211 West Fort Street, Suite 1410
Detroit, MI 48226
Tel: (313) 774-1000
james.allen@sbdetroit.com

*Counsel for Plaintiffs*

DATED:  January 22, 2024  **MORGANROTH & MORGANROTH, PLLC**
　　　　　　　　　　　　　　　JEFFREY B. MORGANROTH

　　　　　　　　　　　　　　　　　*/s/ Jeffrey B. Morganroth*
　　　　　　　　　　　　　　　　　Jeffrey B. Morganroth

　　　　　　　　　　　　　　　JEFFREY B. MORGANROTH (P41670)
　　　　　　　　　　　　　　　344 North Old Woodward Avenue
　　　　　　　　　　　　　　　Suite 200
　　　　　　　　　　　　　　　Birmingham, Michigan 48009
　　　　　　　　　　　　　　　Tel:  (248) 864-4000
　　　　　　　　　　　　　　　Fax:  (248) 864-4001
　　　　　　　　　　　　　　　jmorganroth@morganrothlaw.com

　　　　　　　　　　　　　　　**SULLIVAN & CROMWELL LLP**
　　　　　　　　　　　　　　　SHARON L. NELLES
　　　　　　　　　　　　　　　JEFFREY T. SCOTT
　　　　　　　　　　　　　　　JULIA A. MALKINA
　　　　　　　　　　　　　　　125 Broad Street
　　　　　　　　　　　　　　　New York, New York 10004
　　　　　　　　　　　　　　　Tel:  (212) 558-4000
　　　　　　　　　　　　　　　Fax:  (212) 588-3588
　　　　　　　　　　　　　　　nelless@sullcrom.com
　　　　　　　　　　　　　　　scottj@sullcrom.com
　　　　　　　　　　　　　　　malkinaj@sullcrom.com

　　　　　　　　　　　　　　　*Counsel for Defendants Rock Holdings Inc., Jay D. Farner, and Daniel Gilbert*

DATED:  January 22, 2024          **HONIGMAN LLP**
                                  NICK GORGA


                                  _____*/s/ Nick Gorga*_____
                                         Nick Gorga

                                  NICK GORGA (P72297)
                                  JEREMY D. LOCKHART (P76500)
                                  CARSTEN A. PARMENTER (P86425)
                                  660 Woodward Avenue
                                  2290 First National Building
                                  Detroit, Michigan  48226
                                  Tel:  (313) 465-7000
                                  ngorga@honigman.com
                                  jlockhart@honigman.com
                                  cparmenter@honigman.com

                                  **GOODWIN PROCTER LLP**
                                  DEBORAH S. BIRNBACH
                                  ADAM SLUTSKY
                                  KATE MACLEMAN
                                  100 Northern Avenue
                                  Boston, Massachusetts  02210
                                  Tel:  (617) 570-1000
                                  dbirnbach@goodwinlaw.com
                                  aslutsky@goodwinlaw.com
                                  kmacleman@goodwinlaw.com

                                  *Counsel for Defendant Rocket Companies, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2024, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all parties of record, and I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants:  None.

        Respectfully submitted,

        */s/ Jeffrey T. Scott*
        Jeffrey T. Scott
        SULLIVAN & CROMWELL LLP
        125 Broad Street
        New York, New York 10004
        Tel:  (212) 558-4000
        *scottj@sullcrom.com*

        *Counsel for Defendants Rock Holdings Inc., Jay D. Farner, and Daniel Gilbert*

January 22, 2024