# EXHIBIT A

# EXHIBIT A

# CERTIFICATION

I, Carl Shupe, hereby certify as follows:

1. I have reviewed an amended complaint prepared against Rocket Companies, Inc. ("Rocket") and related defendants alleging violations of the federal securities laws, and authorized the filing of the Amended Complaint (ECF Nos. 39, 42) in this action.

2. I did not transact in Rocket securities at the direction of counsel, or in order to participate in any private action under the federal securities laws.

3. I am willing to serve as a lead plaintiff and representative party in this matter, including providing testimony at deposition and trial, if necessary. I fully understand the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class.

4. Upon collecting documents in the discovery process, I realized that I inadvertently did not include March 2, 2021 trades in my trading records that were previously sent to my counsel, and thus, they were unintentionally not included in my prior certification submitted to the Court. I believe that this resulted from a mistake in how I previously downloaded my trading records from my broker's website. This updated certification corrects this mistake.

5. I have full power and authority to bring suit or seek appointment as lead plaintiff in order to recover losses suffered as a result of the transactions in Rocket securities reflected in Exhibit A, attached hereto. In addition to my transactions in Rocket securities, I have received an assignment of claims from my wife Sara Shupe, transferring all rights and title to prosecute all causes of action relating to the transactions in Rocket securities listed on Exhibit A, attached hereto.

6. I sought to serve as a lead plaintiff and/or representative party in the following class actions under the federal securities laws filed during the last three years:

*Blake v. Canoo, Inc.*, No. 2:21-cv-2873 (C.D. Cal.)
*Shupe v. Rocket Companies, Inc.*, No. 1:21-cv-11528 (E.D. Mich.)

7. Beyond my pro rata share of any recovery, I will not accept payment for serving as a lead plaintiff and representative party on behalf of the Class, except the reimbursement of such reasonable costs and expenses (including lost wages) as ordered or approved by the Court.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct this 2023-08-08

*Carl Shupe*
_____
Carl Shupe

Carl Shupe

2

This document is signed using GetAccept Digital Signature Technology.
Fingerprint: 96fbef03c5063f1f74b0372a1371f42b56d803b85b3b1dc9cb45a34e2596b831ba3d5be589ecf167a46bd016b291dd668c63015ca61710f284e13cccf647ac77

# EXHIBIT A

## TRANSACTIONS IN ROCKET COMPANIES, INC.

| Name | Transaction Type | Trade Date | Shares | Price per Share | Cost/Proceeds |
|---|---|---|---|---|---|
| Carl Shupe | Bought | 03/02/21 | 100.00 | $29.0900 | ($2,909.00) |
| Carl Shupe | Bought | 03/02/21 | 100.00 | $29.1000 | ($2,910.00) |
| Carl Shupe | Bought | 03/02/21 | 100.00 | $29.1000 | ($2,910.00) |
| Carl Shupe | Bought | 03/02/21 | 100.00 | $29.1000 | ($2,910.00) |
| Carl Shupe | Bought | 03/02/21 | 100.00 | $29.1000 | ($2,910.00) |
| Carl Shupe | Bought | 03/02/21 | 100.00 | $29.1000 | ($2,910.00) |
| Carl Shupe | Bought | 03/02/21 | 25.00 | $29.1000 | ($727.50) |
| Carl Shupe | Bought | 03/02/21 | 100.00 | $29.1000 | ($2,910.00) |
| Carl Shupe | Bought | 03/02/21 | 100.00 | $29.1000 | ($2,910.00) |
| Carl Shupe | Bought | 03/02/21 | 200.00 | $29.0850 | ($5,817.00) |
| Carl Shupe | Bought | 03/02/21 | 100.00 | $29.1100 | ($2,911.00) |
| Carl Shupe | Bought | 03/02/21 | 100.00 | $29.1200 | ($2,912.00) |
| Carl Shupe | Bought | 03/02/21 | 100.00 | $29.1200 | ($2,912.00) |
| Carl Shupe | Bought | 03/02/21 | 200.00 | $29.1200 | ($5,824.00) |
| Carl Shupe | Bought | 03/02/21 | 600.00 | $29.1200 | ($17,472.00) |
| Carl Shupe | Bought | 03/02/21 | 100.00 | $29.1200 | ($2,912.00) |
| Carl Shupe | Bought | 03/02/21 | 32.00 | $29.1200 | ($931.84) |
| Carl Shupe | Bought | 03/02/21 | 100.00 | $29.1200 | ($2,912.00) |
| Carl Shupe | Bought | 03/02/21 | 500.00 | $29.1200 | ($14,560.00) |
| Carl Shupe | Bought | 03/02/21 | 100.00 | $29.1200 | ($2,912.00) |
| Carl Shupe | Bought | 03/02/21 | 100.00 | $29.1200 | ($2,912.00) |
| Carl Shupe | Bought | 03/02/21 | 100.00 | $29.1200 | ($2,912.00) |
| Carl Shupe | Bought | 03/02/21 | 200.00 | $29.1200 | ($5,824.00) |
| Carl Shupe | Bought | 03/02/21 | 100.00 | $29.1200 | ($2,912.00) |
| Carl Shupe | Bought | 03/02/21 | 600.00 | $29.1200 | ($17,472.00) |
| Carl Shupe | Bought | 03/02/21 | 100.00 | $29.1200 | ($2,912.00) |
| Carl Shupe | Bought | 03/02/21 | 1,200.00 | $29.1300 | ($34,956.00) |
| Carl Shupe | Bought | 03/02/21 | 100.00 | $29.1300 | ($2,913.00) |
| Carl Shupe | Bought | 03/02/21 | 200.00 | $29.1300 | ($5,826.00) |
| Carl Shupe | Bought | 03/02/21 | 600.00 | $29.1300 | ($17,478.00) |
| Carl Shupe | Bought | 03/02/21 | 200.00 | $29.1300 | ($5,826.00) |
| Carl Shupe | Bought | 03/02/21 | 50.00 | $29.1300 | ($1,456.50) |
| Carl Shupe | Bought | 03/02/21 | 100.00 | $29.1300 | ($2,913.00) |
| Carl Shupe | Bought | 03/02/21 | 2.00 | $29.1400 | ($58.28) |
| Carl Shupe | Bought | 03/02/21 | 1,300.00 | $29.1500 | ($37,895.00) |
| Carl Shupe | Bought | 03/02/21 | 100.00 | $29.1500 | ($2,915.00) |
| Carl Shupe | Bought | 03/02/21 | 100.00 | $29.1500 | ($2,915.00) |
| Carl Shupe | Bought | 03/02/21 | 100.00 | $29.1500 | ($2,915.00) |
| Carl Shupe | Bought | 03/02/21 | 100.00 | $29.1500 | ($2,915.00) |
| Carl Shupe | Bought | 03/02/21 | 100.00 | $29.1500 | ($2,915.00) |
| Carl Shupe | Bought | 03/02/21 | 1,500.00 | $29.1500 | ($43,725.00) |

| Name | Transaction Type | Trade Date | Shares | Price per Share | Cost/Proceeds |
|---|---|---|---|---|---|
| Carl Shupe | Bought | 03/02/21 | 25.00 | $29.1500 | ($728.75) |
| Carl Shupe | Bought | 03/02/21 | 1.00 | $29.1500 | ($29.15) |
| Carl Shupe | Bought | 03/02/21 | 700.00 | $29.1600 | ($20,412.00) |
| Carl Shupe | Bought | 03/02/21 | 300.00 | $29.1600 | ($8,748.00) |
| Carl Shupe | Bought | 03/02/21 | 200.00 | $29.1600 | ($5,832.00) |
| Carl Shupe | Bought | 03/02/21 | 500.00 | $29.1600 | ($14,580.00) |
| Carl Shupe | Bought | 03/02/21 | 500.00 | $29.1600 | ($14,580.00) |
| Carl Shupe | Bought | 03/02/21 | 500.00 | $29.1600 | ($14,580.00) |
| Carl Shupe | Bought | 03/02/21 | 500.00 | $29.1600 | ($14,580.00) |
| Carl Shupe | Bought | 03/02/21 | 500.00 | $29.1600 | ($14,580.00) |
| Carl Shupe | Bought | 03/02/21 | 500.00 | $29.1600 | ($14,580.00) |
| Carl Shupe | Bought | 03/02/21 | 700.00 | $29.1600 | ($20,412.00) |
| Carl Shupe | Bought | 03/02/21 | 700.00 | $29.1600 | ($20,412.00) |
| Carl Shupe | Bought | 03/02/21 | 700.00 | $29.1600 | ($20,412.00) |
| Carl Shupe | Bought | 03/02/21 | 700.00 | $29.1600 | ($20,412.00) |
| Carl Shupe | Bought | 03/02/21 | 3,945.00 | $29.1600 | ($115,036.20) |
| Carl Shupe | Bought | 03/02/21 | 120.00 | $29.1600 | ($3,499.20) |
| Carl Shupe | Sold | 03/02/21 | -122.00 | $40.6800 | $4,962.96 |
| Carl Shupe | Sold | 03/02/21 | -7,700.00 | $40.6700 | $313,159.00 |
| Carl Shupe | Sold | 03/02/21 | -3,178.00 | $40.6400 | $129,153.92 |
| Carl Shupe | Sold | 03/02/21 | -10,000.00 | $40.6400 | $406,400.00 |
| Carl Shupe | Bought | 03/03/21 | 200.00 | $34.6600 | ($6,932.00) |
| Carl Shupe | Bought | 03/03/21 | 300.00 | $34.6600 | ($10,398.00) |
| Carl Shupe | Bought | 03/03/21 | 200.00 | $34.6600 | ($6,932.00) |
| Carl Shupe | Bought | 03/03/21 | 200.00 | $34.6600 | ($6,932.00) |
| Carl Shupe | Bought | 03/03/21 | 200.00 | $34.6600 | ($6,932.00) |
| Carl Shupe | Bought | 03/03/21 | 300.00 | $34.6500 | ($10,395.00) |
| Carl Shupe | Bought | 03/03/21 | 100.00 | $34.6600 | ($3,466.00) |
| Carl Shupe | Bought | 03/03/21 | 100.00 | $34.6600 | ($3,466.00) |
| Carl Shupe | Bought | 03/03/21 | 556.00 | $34.6500 | ($19,265.40) |
| Carl Shupe | Bought | 03/03/21 | 200.00 | $34.6800 | ($6,936.00) |
| Carl Shupe | Bought | 03/03/21 | 100.00 | $34.6850 | ($3,468.50) |
| Carl Shupe | Bought | 03/03/21 | 200.00 | $34.6700 | ($6,934.00) |
| Carl Shupe | Bought | 03/03/21 | 200.00 | $34.6700 | ($6,934.00) |
| Carl Shupe | Bought | 03/03/21 | 200.00 | $34.6700 | ($6,934.00) |
| Carl Shupe | Bought | 03/03/21 | 200.00 | $34.6800 | ($6,936.00) |
| Carl Shupe | Bought | 03/03/21 | 100.00 | $34.6800 | ($3,468.00) |
| Carl Shupe | Bought | 03/03/21 | 100.00 | $34.6800 | ($3,468.00) |
| Carl Shupe | Bought | 03/03/21 | 100.00 | $34.6800 | ($3,468.00) |
| Carl Shupe | Bought | 03/03/21 | 100.00 | $34.6700 | ($3,467.00) |
| Carl Shupe | Bought | 03/03/21 | 200.00 | $34.6800 | ($6,936.00) |
| Carl Shupe | Bought | 03/03/21 | 100.00 | $34.6800 | ($3,468.00) |
| Carl Shupe | Bought | 03/03/21 | 100.00 | $34.6800 | ($3,468.00) |
| Carl Shupe | Bought | 03/03/21 | 100.00 | $34.6700 | ($3,467.00) |
| Carl Shupe | Bought | 03/03/21 | 200.00 | $34.6700 | ($6,934.00) |

This document is signed using GetAccept Digital Signature Technology.
Fingerprint: 96fbef03c5063f1f74b0372a1371f42b56b db85b3b1dc9cb45a34e2596b831ba3d5be589ecf167a46bd016b291dd668c63015ca61710f284e13cccf647ac77

| Name | Transaction Type | Trade Date | Shares | Price per Share | Cost/Proceeds |
|---|---|---|---|---|---|
| Carl Shupe | Bought | 03/03/21 | 200.00 | $34.6850 | ($6,937.00) |
| Carl Shupe | Bought | 03/03/21 | 100.00 | $34.6700 | ($3,467.00) |
| Carl Shupe | Bought | 03/03/21 | 200.00 | $34.6800 | ($6,936.00) |
| Carl Shupe | Bought | 03/03/21 | 100.00 | $34.6700 | ($3,467.00) |
| Carl Shupe | Bought | 03/03/21 | 100.00 | $34.6700 | ($3,467.00) |
| Carl Shupe | Bought | 03/03/21 | 100.00 | $34.6800 | ($3,468.00) |
| Carl Shupe | Bought | 03/03/21 | 100.00 | $34.6900 | ($3,469.00) |
| Carl Shupe | Bought | 03/03/21 | 100.00 | $34.6800 | ($3,468.00) |
| Carl Shupe | Bought | 03/03/21 | 100.00 | $34.6800 | ($3,468.00) |
| Carl Shupe | Bought | 03/03/21 | 100.00 | $34.6900 | ($3,469.00) |
| Carl Shupe | Bought | 03/03/21 | 100.00 | $34.6700 | ($3,467.00) |
| Carl Shupe | Bought | 03/03/21 | 100.00 | $34.6700 | ($3,467.00) |
| Carl Shupe | Bought | 03/03/21 | 200.00 | $34.6700 | ($6,934.00) |
| Carl Shupe | Bought | 03/03/21 | 100.00 | $34.6900 | ($3,469.00) |
| Carl Shupe | Bought | 03/03/21 | 100.00 | $34.6900 | ($3,469.00) |
| Carl Shupe | Bought | 03/03/21 | 100.00 | $34.6900 | ($3,469.00) |
| Carl Shupe | Bought | 03/03/21 | 100.00 | $34.6900 | ($3,469.00) |
| Carl Shupe | Bought | 03/03/21 | 100.00 | $34.6900 | ($3,469.00) |
| Carl Shupe | Bought | 03/03/21 | 100.00 | $34.6900 | ($3,469.00) |
| Carl Shupe | Bought | 03/03/21 | 100.00 | $34.6900 | ($3,469.00) |
| Carl Shupe | Bought | 03/03/21 | 100.00 | $34.6900 | ($3,469.00) |
| Carl Shupe | Bought | 03/03/21 | 44.00 | $34.7000 | ($1,526.80) |
| Carl Shupe | Bought | 03/03/21 | 13,900.00 | $34.6999 | ($482,328.61) |
| Carl Shupe | Bought | 03/03/21 | 1,300.00 | $34.6999 | ($45,109.87) |
| Carl Shupe | Bought | 03/03/21 | 2,800.00 | $32.0500 | ($89,740.00) |
| | | | | | |
| Sara Louise Shupe | Bought | 03/03/21 | 1,121.00 | $35.50 | ($39,795.50) |
| Sara Louise Shupe | Bought | 03/03/21 | 50.00 | $35.50 | ($1,775.00) |
| Sara Louise Shupe | Bought | 03/03/21 | 100.00 | $35.50 | ($3,550.00) |
| Sara Louise Shupe | Bought | 03/03/21 | 8.00 | $35.50 | ($284.00) |
| Sara Louise Shupe | Bought | 03/03/21 | 15.00 | $35.50 | ($532.50) |
| Sara Louise Shupe | Bought | 03/03/21 | 2.00 | $35.50 | ($71.00) |
| Sara Louise Shupe | Bought | 03/03/21 | 4.00 | $35.50 | ($142.00) |
| Sara Louise Shupe | Bought | 03/03/21 | 45.00 | $35.50 | ($1,597.50) |
| Sara Louise Shupe | Bought | 03/03/21 | 25.00 | $35.50 | ($887.50) |
| Sara Louise Shupe | Bought | 03/03/21 | 700.00 | $35.50 | ($24,850.00) |
| Sara Louise Shupe | Bought | 03/03/21 | 200.00 | $35.50 | ($7,100.00) |
| Sara Louise Shupe | Bought | 03/03/21 | 80.00 | $35.50 | ($2,840.00) |

3

This document is signed using GetAccept Digital Signature Technology.
Fingerprint: 96fbef03c5063f1f74b0372a1371f42b56d803b85b3b1dc9cb45a34e2596b831ba3d5be589ecf167a46bd016b291dd668c63015ca61710f284e13cccf647ac77