# EXHIBIT B

## CERTIFICATION

I, Robert O. Glaza, as Administrator of the Construction Laborers Pension Trust for Southern California ("Southern California Laborers"), hereby certify as follows:

1. I am fully authorized to enter into and execute this Certification on behalf of Southern California Laborers.

2. I have reviewed the Amended Complaint prepared and filed against Rocket Companies, Inc. ("Rocket") and related defendants alleging violations of the federal securities laws in this action (ECF No. 42).

3. Southern California Laborers did not transact in Rocket securities at the direction of counsel, or in order to participate in any private action under the federal securities laws.

4. Southern California Laborers is willing to serve in a representative capacity, including as a Class Representative, in this matter for Lead Plaintiff's proposed subclass alleging a claim pursuant to Section 20A of the Securities Exchange Act of 1934, including providing discovery and testimony at deposition and trial, if necessary. Southern California Laborers fully understands the duties and responsibilities of a Class Representative, including the overseeing of counsel and the prosecution of the action for the benefit of the proposed subclass.

5. Southern California Laborers' transactions in Rocket common stock during the Class Period are reflected in Exhibit A, attached hereto.

6. Southern California Laborers has sought to serve as a lead plaintiff or class representative in the following class actions under the federal securities laws filed during the last three years:

    *In re Concho Resources Inc. Securities Litigation*, No. 4:21-cv-2173 (S.D. Tex.)

7. Beyond its pro rata share of any recovery, Southern California Laborers will not accept payment for serving as a representative party on behalf of the Class, except the

reimbursement of such reasonable costs and expenses (including lost wages) as ordered or approved by the Court.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct this 2nd day of January 2024.

_____
*Robert O. Glaza*
Administrator
Construction Laborers Pension Trust for Southern California

2

## EXHIBIT A

## TRANSACTIONS IN ROCKET COMPANIES, INC.

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Opening Balance | 2/25/2021 | 57,470 | | |
| Sales | 3/02/2021 | -16,750 | $40.3979 | $676,664.83 |
| Sales | 3/04/2021 | -6,789 | $27.1171 | $184,097.99 |
| Sales | 3/05/2021 | -170 | $25.3032 | $4,301.54 |
| Purchases | 3/30/2021 | 21,045 | $23.8625 | **($502,186.31)** |
| Closing Balance | 5/05/2021 | 54,806 | | |