Carol C. Villegas (N.Y. 4154324)
Christine M. Fox (N.Y. 2704641)
Jake Bissell-Linsk (N.Y. 5445911)
David Saldamando (N.Y. 5856950)
**LABATON KELLER SUCHAROW LLP**
140 Broadway
New York, NY 10005
cvillegas@labaton.com
cfox@labaton.com
jbissell-linsk@labaton.com
dsaldamando@labaton.com

*Lead Counsel for Lead Plaintiff Carl Shupe,
and the Proposed Class*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**NORTHERN DIVISION**

| | |
|---|---|
| CARL SHUPE and CONSTRUCTION LABORERS PENSION TRUST FOR SOUTHERN CALIFORNIA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ROCKET COMPANIES, INC., JAY D. FARNER, DANIEL GILBERT and ROCK HOLDINGS INC.,<br><br>Defendants. | Case No.: 21-cv-11528-TLL-APP<br><br>Honorable Thomas L. Ludington District Judge<br><br>Honorable Anthony P. Patti Magistrate Judge<br><br>February 12, 2024 |

**PLAINTIFFS' NOTICE OF WITHDRAWAL OF MOTIONS TO EXCLUDE THE PROFFERED EXPERT TESTIMONY OF LAURA T. STARKS, RENE STULZ, AND MARK GARMAISE**

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Please take notice that Lead Plaintiff Carl Shupe and Construction Laborers Pension Trust for Southern California ("SoCal" and together with Carl Shupe, "Plaintiffs") hereby withdraw their motions to exclude the proffered expert testimony of Laura T. Starks (ECF No. 99), Rene Stulz (ECF No. 100), and Mark Garmaise (ECF No. 101).

This withdrawal is without prejudice to Plaintiffs' right to move to exclude the testimony of these proffered experts at an appropriate time (*e.g.*, if Defendants rely on these proffered experts in opposition to Plaintiffs' renewed motion for class certification (ECF No. 111)).

DATED: February 12, 2024          Respectfully submitted,

         */s/ Carol C. Villegas*
**LABATON KELLER SUCHAROW LLP**
Carol C. Villegas
Christine M. Fox
David Saldamando
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
cvillegas@labaton.com
cfox@labaton.com
dsaldamando@labaton.com

*Lead Counsel for Lead Plaintiff Carl Shupe, Plaintiff Construction Laborers Pension Trust for Southern California, and the Proposed Class*

SHANNON HOPKINS
**LEVI & KORSINSKY LLP**
1111 Summer Street, Suite 403 Stamford, Connecticut 06905
Telephone: (203) 992-4523
shopkins@zlk.com

*Additional Counsel for Plaintiffs and the Proposed Class*

**SCHENK & BRUETSCH PLC**
James Allen
West Fort Street, Suite 1410
Detroit, MI 48226
Telephone: (313) 774-1000
james.allen@sbdetroit.com

*Liaison Counsel for Plaintiffs and the Proposed Class*