IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

---

CARL SHUPE and CONSTRUCTION LABORERS PENSION TRUST FOR SOUTHERN CALIFORNIA, Individually and on Behalf of All Others Similarly Situated,

    Plaintiffs,

v.

ROCKET COMPANIES, INC., JAY D. FARNER, DANIEL GILBERT and ROCK HOLDINGS INC.,

    Defendants.

No. 21-cv-11528

Honorable Thomas L. Ludington
District Judge

Honorable Anthony P. Patti
Magistrate Judge

---

## DEFENDANTS' NOTICE OF WITHDRAWAL OF MOTION TO EXCLUDE THE IMPROPER "REBUTTAL" EXPERT REPORT OF CHAD COFFMAN (ECF NO. 106)

Nick Gorga (P72297)
Jeremy D. Lockhart (P76500)
Carsten Parmenter (P86425)
HONIGMAN LLP
660 Woodward Ave.
2290 First National Building
Detroit, Michigan 48226
Tel: (313) 465-7000
ngorga@honigman.com
jlockhart@honigman.com
cparmenter@honigman.com

Deborah S. Birnbach
Adam Slutsky
Kate MacLeman
GOODWIN PROCTER LLP
100 Northern Ave.
Boston, Massachusetts 02210
Tel: (617) 570-1000
dbirnbach@goodwinlaw.com
aslutsky@goodwinlaw.com
kmacleman@goodwinlaw.com

*Counsel for Defendant Rocket Companies, Inc.*

February 14, 2024

Jeffrey B. Morganroth (P41670)
MORGANROTH & MORGANROTH, PLLC
344 North Old Woodward Ave.,
Suite 200
Birmingham, Michigan 48009
Tel: (248) 864-4000
*jmorganroth@morganrothlaw.com*

Sharon L. Nelles (N.Y. 2613073)
Jeffrey T. Scott (N.Y. 2890374)
Julia A. Malkina (N.Y. 5054572)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Tel: (212) 558-4000
*nelles@sullcrom.com*
*scottj@sullcrom.com*
*malkinaj@sullcrom.com*

*Counsel for Defendants Jay Farner, Daniel Gilbert, and Rock Holdings Inc.*

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Please take notice that Defendants hereby withdraw their Motion To Exclude the Improper "Rebuttal" Expert Report of Chad Coffman, which was filed on February 2, 2024 (ECF No. 106), in light of the Court's February 5, 2024 order (ECF No. 107) granting Plaintiffs leave to withdraw Plaintiffs' original Motion for Class Certification (ECF No. 74). Defendants reserve all rights to move to exclude any class-certification expert report submitted in connection with Plaintiffs' renewed motion for class certification, including but not limited to any additional report submitted by Mr. Coffman.

| | |
|---|---|
| February 14, 2024 | Respectfully submitted, |
| */s/ Nick Gorga* | */s/ Jeffrey T. Scott* |
| Nick Gorga (P72297) | Jeffrey T. Scott (N.Y. 2890374) |
| HONIGMAN LLP | SULLIVAN & CROMWELL LLP |
| (Additional counsel listed on cover) | (Additional counsel listed on cover) |
| *Counsel for Rocket Companies, Inc.* | *Counsel for Jay Farner, Daniel Gilbert and Rock Holdings Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2024, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all parties of record, and I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants:  None.

Respectfully submitted,

*/s/ Jeffrey T. Scott*
Jeffrey T. Scott (N.Y. 2890374)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004
Tel:  (212) 558-4000

*Counsel for Defendants Jay Farner, Daniel Gilbert, and Rock Holdings Inc.*

February 14, 2024

-2-