UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

CARL SHUPE et al.,

          Plaintiffs,

v.

ROCKET COMPANIES, INC.,     Case No. 1:21-cv-11528-TLL- APP
JAY FARNER, DANIEL             Judge Thomas L. Ludington
GILBERT, and ROCK              Magistrate Judge Anthony P. Patti
HOLDINGS INC.,

          Defendants.
_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Matthew I. Henzi of the law firm AsherKelly, PLLC, hereby enters his Appearance as counsel for Non-Party Deponents Ryan Branson and Orlyn Shupe.

                                 Respectfully submitted,

                                 **ASHERKELLY, PLLC**

                        By:  /s/ Matthew I. Henzi
                                 Matthew I. Henzi (P57334)
                                 Attorney for Non-Party Deponents
                                 Ryan Branson and Orlyn Shupe
                                 25800 Northwestern Hwy., Ste. 1100
                                 Southfield, MI 48075
                                 (248) 746-2762
Dated:  February 14, 2024       mhenzi@asherkellylaw.com

## **CERTIFICATE OF SERVICE**

I, Matthew I. Henzi, hereby certify that on February 14, 2024, I filed the foregoing document with the Clerk of the Court using the EFC System which will send notification of such filing to all counsel of record.

                                   By:   /s/ Matthew I. Henzi
                                                  Matthew I. Henzi (P57334)
                                                  Attorney for Non-Party Deponents
                                                  Ryan Branson and Orlyn Shupe
                                                  25800 Northwestern Hwy., Ste. 1100
                                                  Southfield, MI 48075
                                                  (248) 746-2762
                                                  mhenzi@asherkellylaw.com