UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

CARL SHUPE, individually and
on behalf of all others similarly situated,

                    Plaintiffs,                    Case No. 1:21-cv-11528

v.                                      Honorable Thomas L. Ludington
                                      United States District Judge

ROCKET COMPANIES, INC., JAY FARNER,
DANIEL GILBERT, and ROCK HOLINGS, INC,

                    Defendants.
_____/

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO FILE SUR-REPLY
IN OPPOSITION TO PLAINTIFFS' RENEWED MOTION FOR CLASS
CERTIFICATION**

On March 15, 2024, Defendants Rocket Companies, Inc, Jay Farner, Daniel Gilbert, and

Rocket Holdings, Inc. filed an unopposed motion to restore the agreed-upon sur-reply in opposition

to Plaintiffs' Renewed Motion for Class Certification, ECF No. 111. ECF No. 143. This Court

having reviewed Defendants' Unopposed Motion to Restore the Agreed-Upon and So-Ordered

Sur-Reply in Further Opposition to Plaintiffs' Motion for Class Certification, ECF No. 143,

finding good cause, and being otherwise fully advised in the premises:

It is **ORDERED** that Defendants' Unopposed Motion to Restore the Agreed-Upon and So-

Ordered Sur-Reply in Further Opposition to Plaintiffs' Motion for Class Certification, ECF No.

143, is **GRANTED**.

Further, it is **ORDERED** that Defendants are **DIRECTED** to file a sur-reply to Plaintiffs'

Renewed Motion for Class Certification, ECF No. 111, **on or before March 22, 2024.**

Dated: March 20, 2024                    s/Thomas L. Ludington
                                        THOMAS L. LUDINGTON
                                      United States District Judge