IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

---

| | |
|---|---|
| CARL SHUPE and CONSTRUCTION LABORERS PENSION TRUST FOR SOUTHERN CALIFORNIA, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>v.<br><br>ROCKET COMPANIES, INC., JAY D. FARNER, DANIEL GILBERT and ROCK HOLDINGS INC.,<br><br>    Defendants. | No. 21-cv-11528<br><br>Honorable Thomas L. Ludington<br>District Judge<br><br>Honorable Anthony P. Patti<br>Magistrate Judge |

---

### REPLY IN SUPPORT OF DEFENDANTS' MOTION TO RESTORE THE PREVIOUSLY AGREED-UPON AND SO-ORDERED EVIDENTIARY HEARING

Nick Gorga (P72297)
Jeremy D. Lockhart (P76500)
Carsten A. Parmenter (P86425)
HONIGMAN LLP
660 Woodward Avenue
2290 First National Building
Detroit, Michigan  48226
Tel:  (313) 465-7000
*ngorga@honigman.com*
*jlockhart@honigman.com*
*cparmenter@honigman.com*

Deborah S. Birnbach
Adam Slutsky
Kate MacLeman
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, Massachusetts  02210
Tel:  (617) 570-1000
*dbirnbach@goodwinlaw.com*
*aslutsky@goodwinlaw.com*
*kmacleman@goodwinlaw.com*

*Counsel for Defendant Rocket Companies, Inc.*

April 26, 2024

Jeffrey B. Morganroth (P41670)
MORGANROTH & MORGANROTH, PLLC
344 North Old Woodward Avenue,
Suite 200
Birmingham, Michigan  48009
Tel:  (248) 864-4000
*jmorganroth@morganrothlaw.com*

Sharon L. Nelles (N.Y. 2613073)
Jeffrey T. Scott (N.Y. 2890374)
Julia A. Malkina (N.Y. 5054572)
Jacob E. Cohen (N.Y. 4787271)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004
Tel:  (212) 558-4000
*nelless@sullcrom.com*
*scottj@sullcrom.com*
*malkinaj@sullcrom.com*
*cohenja@sullcrom.com*

*Counsel for Defendants Rock Holdings Inc., Jay Farner, and Daniel Gilbert*

On April 5, 2024, Defendants filed a short motion requesting that the Court set a date for the evidentiary hearing on class certification to which the parties previously agreed and which the Court, following the entry of its revised class certification scheduling order (ECF No. 107), indicated it would re-schedule. Nothing about Defendants' request for an evidentiary hearing is controversial, as courts frequently hold evidentiary hearings at class certification where complex issues are involved, as here. (*See* Mot., ECF No. 158 at 2 & nn.1-2, PageID 17701.)

Plaintiffs' response to Defendants' motion—in which Plaintiffs now oppose a hearing they previously stipulated to—merely confirms Plaintiffs' apprehension about the prospect of their experts and class representatives providing live testimony before this Court. Defendants will not burden the Court with more paper concerning the arguments in Plaintiffs' response. Plaintiffs' attempts to evade a hearing that the parties previously agreed to are meritless on their face, and discovery has cast serious doubts regarding Plaintiffs' expert analysis (which Plaintiffs avoid discussing until the last two sentences of their response) and the adequacy of Plaintiffs' class representatives. Accordingly, the Court should hold the hearing that it previously scheduled.

## CONCLUSION

For the foregoing reasons, the Court should reschedule the hearing on Plaintiffs' motion for class certification and hold a one-day evidentiary hearing.

-2-

As noted in Defendants' motion, Defendants respectfully request that the evidentiary hearing be scheduled in June or July 2024 in light of the upcoming trial in the related derivative action pending in the Delaware Court of Chancery.

| | |
|---|---|
| April 26, 2024 | Respectfully submitted, |
| /s/ *Nick Gorga* | /s/ *Jeffrey T. Scott* |
| Nick Gorga (P72297) | Jeffrey T. Scott (N.Y. 2890374) |
| HONIGMAN LLP | SULLIVAN & CROMWELL LLP |
| (Additional counsel listed on cover) | (Additional counsel listed on cover) |
| *Counsel for Rocket Companies, Inc.* | *Counsel for Rock Holdings Inc., Jay Farner, and Daniel Gilbert* |

## CERTIFICATE OF SERVICE

 I hereby certify that on April 26, 2024, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all parties of record, and I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants: None.

              Respectfully submitted,

              */s/ Jeffrey T. Scott*
              Jeffrey T. Scott (N.Y. 2890374)
              SULLIVAN & CROMWELL LLP
              125 Broad Street
              New York, New York  10004
              Tel:  (212) 558-4000
              *scottj@sullcrom.com*

              *Counsel for Defendants Rock Holdings Inc.,*
              *Jay Farner, and Daniel Gilbert*

April 26, 2024