IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

|  |  |
|---|---|
| CARL SHUPE and CONSTRUCTION LABORERS PENSION TRUST FOR SOUTHERN CALIFORNIA, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>v.<br><br>ROCKET COMPANIES, INC., JAY D. FARNER, DANIEL GILBERT and ROCK HOLDINGS INC.,<br><br>    Defendants. | No. 21-cv-11528<br><br>Honorable Thomas L. Ludington<br>District Judge<br><br>Honorable Anthony P. Patti<br>Magistrate Judge |

## APPEARANCE OF ADAM R. BREBNER

PLEASE TAKE NOTICE that Adam R. Brebner of the law firm of Sullivan & Cromwell LLP hereby enters his appearance on behalf of Defendants Rock Holdings Inc., Jay D. Farner, and Daniel Gilbert in the above-captioned case.

                                            Respectfully submitted,

                                            */s/ Adam R. Brebner*
                                            Adam R. Brebner
                                            SULLIVAN & CROMWELL LLP
                                            125 Broad Street
                                            New York, New York  10004
                                            Tel:  (212) 558-4000
                                            *brebnera@sullcrom.com*

                                            *Counsel for Defendants Rock Holdings*
                                            *Inc., Jay D. Farner, and Daniel Gilbert*

June 14, 2024

## CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2024, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to all parties of record. I also hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants: none.

        Respectfully submitted,

        */s/ Adam R. Brebner*
        Adam R. Brebner
        SULLIVAN & CROMWELL LLP
        125 Broad Street
        New York, New York  10004
        Tel:  (212) 558-4000
        *brebnera@sullcrom.com*

        *Counsel for Defendants Rock Holdings Inc., Jay D. Farner, and Daniel Gilbert*

June 14, 2024