IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

---

| | |
|---|---|
| CARL SHUPE and CONSTRUCTION LABORERS PENSION TRUST FOR SOUTHERN CALIFORNIA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ROCKET COMPANIES, INC., JAY D. FARNER, DANIEL GILBERT and ROCK HOLDINGS INC.,<br><br>Defendants. | No. 21-cv-11528<br><br>Honorable Thomas L. Ludington<br>District Judge<br><br>Honorable Anthony P. Patti<br>Magistrate Judge |

---

### INDEX OF EXHIBITS TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

---

**Challenged Statements**

Exhibit 1     Chart of Alleged Misstatements

**Rocket Companies, Inc. ("Rocket") Public Statements and Filings**

Exhibit 2     Rocket's Prospectus, filed with the Securities and Exchange Commission ("SEC") on August 7, 2020 (excerpts)

Exhibit 3     Transcript of Rocket's Q2 2020 Earnings Call, dated September 2, 2020

Exhibit 4     Rocket's Form 8-K, filed with the SEC on November 10, 2020

| | |
|---|---|
| Exhibit 5 | Rocket's Form 8-K, filed with the SEC on February 25, 2021 |
| Exhibit 6 | Transcript of Rocket's Q4 2020 and FY 2020 Earnings Call, dated February 25, 2021 |
| Exhibit 7 | Transcript of Morgan Stanley Technology, Media and Telecom Conference, dated March 3, 2021 |
| Exhibit 8 | Transcript of Jay Farner's Interview with Stuart Varney, Fox Business, dated March 11, 2021 |
| Exhibit 9 | Rocket's Form 10-K, filed with the SEC on March 24, 2021 (excerpts) |
| Exhibit 10 | Rocket's Form 8-K, filed with the SEC on May 5, 2021 |
| Exhibit 11 | Transcript of Rocket's Q1 2021 Earnings Call, dated May 5, 2021 |
| Exhibit 12 | Rocket's Form 10-K, filed with the SEC on March 1, 2022 (excerpts) |

**Expert Reports**

| | |
|---|---|
| Exhibit 13 | Expert Report of Chad Coffman, CFA, dated April 5, 2024 |
| Exhibit 14 | Expert Report of Laura Starks, dated April 5, 2024 |
| Exhibit 15 | Expert Report of Terrence Hendershott, dated April 5, 2024 |
| Exhibit 16 | Expert Report of John Coates, dated April 5, 2024 |
| Exhibit 17 | Amended Expert Report of Michael Trickey, dated April 11, 2024 |
| Exhibit 18 | Expert Rebuttal Report of Mark Garmaise, dated May 15, 2024 |

**Testimony**

| | |
|---|---|
| Exhibit 19 | Daniel Gilbert deposition transcript in *In re Rocket Cos., Inc. S'holder Deriv. Litig.*, C.A. No. 2021-1021-KSJM (Del. Ch.) (the "Delaware Action"), dated November 29, 2023 |
| Exhibit 20 | Jay Farner deposition transcript in the Delaware Action, dated December 4, 2023 |
| Exhibit 21 | Scott Elkins deposition transcript in the Delaware Action, dated December 15, 2023 |
| Exhibit 22 | Bill Emerson deposition transcript in this Action, dated January 19, 2024 |
| Exhibit 23 | Jay Farner deposition transcript in this Action, dated January 26, 2024 |
| Exhibit 24 | Robert Walters deposition transcript in this Action, dated January 30, 2024 |
| Exhibit 25 | Brian Brown deposition transcript in this Action, dated March 6, 2024 |
| Exhibit 26 | Daniel Gilbert deposition transcript in this Action, dated March 22, 2024 |
| Exhibit 27 | Robert Walters trial transcript in the Delaware Action, dated May 22, 2024 |
| Exhibit 28 | Chad Coffman deposition transcript in this Action, dated June 18, 2024 |
| Exhibit 29 | Michael Trickey deposition transcript in this Action, dated June 21, 2024 |

**Analyst Reports**

| | |
|---|---|
| Exhibit 30 | Morgan Stanley Securities Analyst Report regarding Rocket, dated August 31, 2020 |

| | |
|---|---|
| Exhibit 31 | Zelman Associates Securities Analyst Report regarding Rocket, dated September 4, 2020 |
| Exhibit 32 | Jefferies Securities Analyst Report regarding Rocket, dated February 25, 2021 |
| Exhibit 33 | Credit Suisse Securities Analyst Report regarding Rocket, dated February 25, 2021 |
| Exhibit 34 | Morgan Stanley Securities Analyst Report regarding Rocket, dated February 26, 2021 |
| Exhibit 35 | Wolfe Research Securities Analyst Report regarding Rocket, dated February 26, 2021 |
| Exhibit 36 | Goldman Sachs Securities Analyst Report regarding Rocket, dated February 26, 2021 |
| Exhibit 37 | Zelman Associates Securities Analyst Report regarding Rocket, dated March 1, 2021 |
| Exhibit 38 | J.P. Morgan Securities Analyst Report regarding Rocket, dated March 3, 2021 |
| Exhibit 39 | Morgan Stanley Securities Analyst Report regarding Rocket, dated March 4, 2021 |
| Exhibit 40 | Morgan Stanley Securities Analyst Report regarding Rocket, dated March 9, 2021 |
| Exhibit 41 | Barclays Securities Analyst Report regarding Rocket, dated May 6, 2021 |
| Exhibit 42 | Morgan Stanley Securities Analyst Report regarding Rocket, dated May 6, 2021 |

**Other Documents**

| | |
|---|---|
| Exhibit 43 | Exchange Agreement, dated August 5, 2020 |

| | |
|---|---|
| Exhibit 44 | Morgan Stanley Presentation, dated August 13, 2020, bearing production number ROCKET_MICHIGAN00035437 |
| Exhibit 45 | Email from Neil Guha to Michael Occi, Scott Elkins, and Ted Bealin, dated October 28, 2020, bearing production number ROCKET_MICHIGAN00022799 (attachment excluded) |
| Exhibit 46 | Email from Natasha Cooksey to Brian Brown and Leila May, dated November 10, 2020, bearing production number ROCKET_MICHIGAN00072215 (certain attachments excluded and excerpted) |
| Exhibit 47 | Text message thread between Jay Farner and Julie Booth, dated December 1, 2020, bearing production number ROCKET_MICHIGAN00086175 |
| Exhibit 48 | Text message thread among Brian Brown, Brian Gibson, and others, dated December 4, 2020, bearing production number ROCKET_MICHIGAN00234381 |
| Exhibit 49 | Meeting invite, dated February 17, 2021, bearing production number ROCKET_MICHIGAN00044503 (attachments excluded) |
| Exhibit 50 | Meeting invite, dated March 1, 2021, bearing production number ROCKET_MICHIGAN00106591 |
| Exhibit 51 | Text message thread between Jay Farner and Scott Elkins, dated March 1, 2021, bearing production number ROCKET_MICHIGAN00235218 |
| Exhibit 52 | Text message thread among Julie Booth, Scott Elkins, and Taylor Roel, dated March 1, 2021, bearing production number ROCKET_MICHIGAN00173633 |
| Exhibit 53 | Meeting invite, dated March 3, 2021, bearing production number ROCKET_MICHIGAN00102464 |

Exhibit 54    Text message thread between Jay Farner and Scott Elkins, dated March 10, 2021, bearing production number ROCKET_MICHIGAN00173711

Exhibit 55    Text message thread among Brian Brown, Julie Booth, and others, dated March 10, 2021, bearing production number ROCKET_MICHIGAN00173024

Exhibit 56    Email from Kristie Warne to Michelle Orlando, Taylor Roel, and others dated March 11, 2021, bearing production number ROCKET_MICHIGAN00117997

Exhibit 57    Minutes of the Special Meeting of the Audit Committee, dated March 22, 2021, bearing production number ROCKET_MICHIGAN00164824

Exhibit 58    Minutes of the Meeting of the Board of Directors, dated March 23, 2021, bearing production number ROCKET_MICHIGAN00164828

Exhibit 59    Finance Overview Presentation to Rocket's Board of Directors, dated March 23, 2021, bearing production number ROCKET_MICHIGAN00111708

Exhibit 60    Text message thread between Jay Farner and Scott Elkins, dated March 24, 2021, bearing production number ROCKET_MICHIGAN00235555

Exhibit 61    Text message thread among Aaron Emerson, Angelo Vitale, and others, dated March 26, 2021, bearing production number ROCKET_MICHIGAN00235557

Exhibit 62    Transcript of voicemail from Goldman Sachs, dated March 29, 2021; voicemail bearing production number ROCKET_MICHIGAN00172994

Exhibit 63    Text message thread among Aaron Emerson, Angelo Vitale, and others, dated March 29, 2021, bearing production number ROCKET_MICHIGAN00173638

| | |
|---|---|
| Exhibit 64 | Meeting invite, dated March 29, 2021, bearing production number ROCKET_MICHIGAN00233869 |
| Exhibit 65 | Meeting invite, dated April 5, 2021, bearing production number ROCKET_MICHIGAN00095613 (certain attachments excluded) |
| Exhibit 66 | Email from George Popofski to Joe Freers and Tina John, dated May 13, 2021, bearing production number ROCKET_MICHIGAN00159693 (certain attachments excluded) |
| Exhibit 67 | Rocket's Insider Trading Policy, bearing production number ROCKET_MICHIGAN00160777 |
| Exhibit 68 | Unpublished opinions cited in Defendants' Motion (per the Court's Individual Practices): |

*Beleson* v. *Schwartz*, 419 F. App'x 38 (2d Cir. 2011)

*Fosbre* v. *Las Vegas Sands Corp.*, 2017 WL 55878 (D. Nev. Jan. 3, 2017)

*Furher* v. *Ericsson*, 363 F. App'x 763 (2d Cir. 2009)

*Hartel* v. *GEO Grp., Inc.*, 2021 WL 4397841 (S.D. Fla. Sept. 23, 2021)

*In re Wash. Prime Grp., Inc. Sec. Litig.*, 2024 WL 1307103 (S.D. Ohio Mar. 27, 2024)

*Murphy* v. *Precision Castparts Corp.*, 2020 WL 4040827 (D. Or. July 17, 2020)

*Pension Fund Grp.* v. *Tempur-Pedic Int'l, Inc.*, 614 F. App'x 237 (6th Cir. 2015)

*Saxe* v. *Dlusky*, 268 F. App'x 438 (6th Cir. 2008)