# Exhibit 20

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| CARL SHUPE and CONSTRUCTION LABORERS PENSION TRUST FOR SOUTHERN CALIFORNIA, Individually and on Behalf of All Others Similarly Situated, | No. 21-cv-11528 |
| Plaintiffs, | Honorable Thomas L. Ludington District Judge |
| v. | Honorable Anthony P. Patti Magistrate Judge |
| ROCKET COMPANIES, INC., JAY D. FARNER, DANIEL GILBERT and ROCK HOLDINGS INC., | |
| Defendants. | |

## <u>DECLARATION OF JAY FARNER</u>

I, Jay Farner, hereby declare as follows:

1.      I am over the age of 18 and currently reside in the United States.

2.      On December 4, 2023, I was deposed under oath in *In re Rocket Companies, Inc. Stockholder Derivative Litigation*, No. 2021-1021-KSJM (Del. Ch.) (the "Delaware Action").  Attached hereto as <u>Exhibit A</u> is a true and correct copy of a transcript of my deposition testimony in the Delaware Action.

3.      I have reviewed the transcript of my deposition testimony in the Delaware Action and aver that my testimony was truthful, complete, and based on my personal knowledge.

4.      I understand that I may be called upon to testify under oath at trial in *Shupe* v. *Rocket Companies, Inc.*, No. 21-cv-11528 (E.D. Mich.) (the "Michigan Trial"). If I were called upon to testify in the Michigan Trial and asked the same or substantially the same questions as I was asked at my deposition in the Delaware Action, I would offer in response the same or substantially the same testimony as I offered during my deposition.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed in Columbia, South
Carolina on July 16, 2024

DocuSigned by:

_____
B331A4D0033A4C7...

Jay Farner

-2-



**In the Matter Of:**

*In Re: Rocket Companies Inc. Stockholder Derivative Litigation*

*JAY FARNER*

*December 04, 2023*

1

1    IN THE COURT OF CHANCERY

2     IN THE STATE OF DELAWARE

3

4  IN RE ROCKET COMPANIES,        Consolidated

5  INC., STOCKHOLDER              C.A. No.

6  DERIVATIVE LITIGATION              2021-1021-KSJM

7  _____/

8

9

10   * * * C O N F I D E N T I A L * * *

11

12

13     VIDEO DEPOSITION OF JAY FARNER

14          December 4, 2023

15

16

17

18

19

20

21

22

23  Reported by:

24  Anne E. Vosburgh, CSR-6804, RPR, CRR

25  Job No. 919539

**2**

1      -oOo-

2

3    On December 4, 2023, commencing at approximately

4    10:30 a.m., the remote videoconference

5    deposition of JAY FARNER was held before and

6    stenographically reported by Anne E. Vosburgh,

7    Certified Shorthand Reporter No. 6804,

8    Registered Professional Reporter,

9    Certified Realtime Reporter, Notary Public,

10   LiveNote Reporter.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**3**

1    APPEARANCES:

2

3    APPEARING ON BEHALF OF THE PLAINTIFF:

4      GRANT & EISENHOFER, P.A.

5      123 Justison Street

6      Wilmington, DE  19801

7      BY: MICHAEL J. BARRY, ESQ.

8        mbarry@gelaw.com

9      BY: VIVEK UPADHYA, ESQ.

10       vupadhya@gelaw.com

11   - and -

12     BY:  JENNIFER SARNELLI, ESQ.

13     GARDY & NOTIS, LLP

14     150 E. 52nd Street, 11th Floor

15     New York, NY  10022

16     BY: JENNIFER SARNELLI ESQ. (appearing remotely)

17       jsarnelli@gardylaw.com

18   - and -

19     SQUITIERI & FEARON, LLP

20     305 Broadway, 7th Floor

21     New York, NY  10007

22     BY: LEE SQUITIERI, ESQ. (appearing remotely)

23       lee@sfclasslaw.com

24

25

**4**

1    APPEARANCES, CONTINUED:

2

3    APPEARING ON BEHALF OF DEFENDANTS DANIEL GILBERT, ROCK

4    HOLDINGS INC., AND THE WITNESS:

5      SULLIVAN & CROMWELL LLP

6      125 Broad Street

7      New York, NY 10004-2498.

8      BY: JEFFREY T. SCOTT, ESQ.

9        scottj@sullcrom.com

10     BY: SHARON L. NELLES, ESQ.

11       nelless@sullcrom.com

12   - and -

13     MORGANROTH & MORGANROTH, PLLC

14     344 N. Old Woodward Ave

15     Birmingham, MI 48009

16     BY: JEFFREY B. MORGANROTH, ESQ.

17       jmorganroth@morganrothlaw.com

18

19   APPEARING ON BEHALF OF THE NOMINAL DEFENDANT

20   ,ROCKET COMPANIES:

21     GOODWIN PROCTOR

22     100 Northern Avenue

23     Boston, MA  02210

24     BY: ADAM SLUTSKY, ESQ.

25       aslutsky@goodwinlaw.com

**5**

1    APPEARANCES CONTINUED:

2

3    ALSO PRESENT:

4      SHAWN SOLON, General Counsel at Rocket Central

5

6    VIDEOGRAPHER:

7      BRANDON VOSBURGH

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

6

INDEX

--------- EXAMINATIONS ---------
WITNESS: JAY FARNER
Examination by Mr. Barry            13
Examination by Mr. Scott          360

--------- INSTRUCTIONS ---------
                        PAGE   LINE
Instruction not to answer    30    24
Instruction not to answer    31    10
Instruction not to answer    67     5
Instruction not to answer   342    17

--------- MARKED EXHIBITS ---------
NUMBER        DESCRIPTION           PAGE
Exhibit 1   Org Chart, beginning Bates          18
            ROCKET_DELAWARE00037523
Exhibit 2   Email chain with attachment,        29
            beginning Bates
            ROCKET_DELAWARE00033686

7

EXHIBITS CONTINUED:
Exhibit 3   Document titled "Short Message       46
            Report" dated 12/01/2020,
            beginning Bates
            ROCKET_DELAWARE00035894
Exhibit 4   Document titled "Rocket Companies,   52
            Inc. Insider Trading Policy,"
            dated 08/05/2020, beginning Bates
            ROCKET_DELAWARE00064847
Exhibit 5   Email dated 03/24/2021 with          81
            attachments, "Investor Package for
            BlackRock," beginning Bates
            ROCKET_DELAWARE00078375
Exhibit 6   Excerpt of Rocket Companies, Inc.    90
            2021 10-K, beginning Bates
            ROCKET_DELAWARE00035487
Exhibit 7   Excerpts of IPO Prospectus of       105
            Rocket Companies 08/05/2020
Exhibit 8   Short Message Report 03/01/2021,    130
            beginning Bates
            ROCKET_DELAWARE00035794
Exhibit 9   Email chain 03/01/2021, beginning   135
            Bates ROCKET_DELAWARE00070799

8

EXHIBITS CONTINUED:
Exhibit 10   Short Message Report 03/01/2021,   136
             beginning Bates
             ROCKET_DELAWARE00098511
Exhibit 11   Short Message Report 03/01/2021,   139
             beginning Bates
             ROCKET_DELAWARE00097669
Exhibit 12   Short Message Report 03/01/2021,   142
             beginning Bates
             ROCKET_DELAWARE00097685
Exhibit 13   Bloomberg Stock Chart, no Bates    149
Exhibit 14   Short Message Report 03/04/2021,   153
             beginning Bates
             ROCKET_DELAWARE00097448
Exhibit 15   Short Message Report 03/10/2021,   159
             beginning Bates
             ROCKET_DELAWARE00097663
Exhibit 16   Short Message Report 03/16/2021,   170
             beginning Bates
             ROCKET_DELAWARE00035896
Exhibit 17   Notice of Exchange 03/19/2021,     173
             beginning Bates
             ROCKET_DELAWARE00037803

9

EXHIBITS CONTINUED:
Exhibit 18   Minutes of the Special Meeting of  185
             the Audit Committee 03/22/2021,
             beginning Bates
             ROCKET_DELAWARE00065027
Exhibit 19   Minutes of the Meeting of the      208
             Board of Directors 03/23/2021,
             beginning Bates
             ROCKET_DELAWARE00065031
Exhibit 20   Presentation, "Finance Overview,   215
             Q1-2021 Board Meeting" 03/23/2021,
             beginning Bates
             ROCKET_DELAWARE00086838
Exhibit 21   Email with attachment 03/23/2021,  233
             beginning Bates
             ROCKET_DELAWARE00025566
Exhibit 22   Email with attachment 02/16/2021,  254
             beginning Bates
             ROCKET_DELAWARE00000105
Exhibit 23   Email with attachment 03/22/2021,  265
             beginning Bates
             ROCKET_DELAWARE00025527
Exhibit 24   Email with attachment 03/09/2021,  270
             beginning Bates
             ROCKET_DELAWARE00025525

10

1    EXHIBITS CONTINUED:
2    Exhibit 25   Email with attachment 03/16/2021,   275
3            beginning Bates
4            ROCKET_DELAWARE00025617
5    Exhibit 26   Email with attachment 03/22/2021,   281
6            beginning Bates
7            ROCKET_DELAWARE00026190
8    Exhibit 27   Short Message Report 03/24/2021,   284
9            beginning Bates
10           ROCKET_DELAWARE00097659
11   Exhibit 28   Short Message Report 03/26/2021,   287
12           beginning Bates
13           ROCKET_DELAWARE00098513
14   Exhibit 29   Short Message Report 03/29/2021,   295
15           beginning Bates
16           ROCKET_DELAWARE00097655
17   Exhibit 30   Email with attachment 01/24/2021,   299
18           beginning Bates RCF_GFF_00000238
19   Exhibit 31   Short Message Report 03/10/2021,   309
20           beginning Bates
21           ROCKET_DELAWARE00097521
22   Exhibit 32   Email with attachment 03/26/2021,   311
23           beginning Bates
24           ROCKET_DELAWARE00025952
25

11

1    EXHIBITS CONTINUED:
2    Exhibit 33   Defendants' Responses and       315
3            Objections to Plaintiffs' Second
4            Set of Interrogatories Directed to
5            Defendants Rock Holdings Inc. and
6            Daniel Gilbert, no Bates
7    Exhibit 34   Email with attachment, beginning   319
8            Bates ROCKET_DELAWARE00076347
9    Exhibit 35   Email with attachments, beginning   338
10           Bates ROCKET_DELAWARE00075416
11   Exhibit 36   Email chain, beginning Bates       352
12           ROCKET_DELAWARE00036528
13           (EXHIBITS ATTACHED)
14
15
16
17
18
19
20
21
22
23
24
25

12

1        Video Deposition
2    December 4, 2023, 10:30 a.m.
3        ---------------
4        PROCEEDINGS
5        ---------------
6        THE VIDEOGRAPHER:  Good morning.
7    Today is Monday, December 4th, 2023, and
8    we are going on the record at 10:33 a.m.
9    Eastern Standard Time.
10       This marks the beginning of media
11   unit number 1 in the video-recorded
12   deposition of Mr. Jay Farner in the
13   matter of Rocket Companies, Inc.,
14   Stockholder Derivative Litigation.
15       My name is Brandon Vosburgh, the
16   official legal videographer, and our
17   court stenographer is Anne Vosburgh in
18   association with Lexitas.
19       Counsel, please identify yourselves
20   for the record and whom you represent,
21   and then we will have our court
22   stenographer swear in the witness.
23       MR. BARRY:  This is Michael Barry
24   from Grant & Eisenhofer for plaintiffs.
25       MR UPADHYA:  Vivek Upadhya from

13

1    Grant & Eisenhofer for the plaintiffs.
2        MR. SCOTT:  You have Jeff Scott from
3    Sullivan & Cromwell on behalf of the
4    witness, Jay Farner; and also on behalf
5    of the defendants Daniel Gilbert and Rock
6    Holdings Inc.
7        MS. NELLES:  Sharon Nelles from
8    Sullivan & Cromwell with Mr. Scott.
9        MR. MORGANROTH:  Jeffrey Morganroth
10   on behalf of Defendants Rock Holdings and
11   Daniel Gilbert.
12       MR. SOLON:  Shawn Solon, inhouse
13   counsel for Rocket.
14       MR. SLUTSKY:  Adam Slutsky from
15   Goodwin Procter for the nominal
16   defendant, Rocket Companies.
17           JAY FARNER,
18   (Having been called to appear, was
19   first sworn to testify to the truth,
20   the whole truth, and nothing but the
21   truth.)
22       ---
23       EXAMINATION
24   BY MR. BARRY:
25   Q.  Mr. Farner, very nice to meet you.

Confidential                                          Jay Farner   December 04, 2023

14

1    I introduced myself when you came in.
2         Once again, I'm Michael Barry from
3    Grant & Eisenhofer for the plaintiffs.
4         Thank you for your time today.
5         Have you ever been deposed before?
6    A.  I have.
7    Q.  Okay.  How many times?
8    A.  Two or three times.
9    Q.  Okay.  So I'll just be very brief.
10        We're under oath.  It's just like a
11   courtroom.
12        The questioning, it's under -- just
13   listen to the questions that I ask you.  If
14   you don't understand them, ask me to rephrase
15   and I can do that.
16        All answers have to be verbal.
17   Although we're videotaping it, the
18   stenographer is taking down our testimony and
19   what we're talking about.  So therefore,
20   please, no nodding of the head.  You can't get
21   those.
22        If you ever need a break, just let
23   me know; we will take a break.  I'll just ask
24   that if any question is pending at the time,
25   please answer that first.

15

1         And then, please try not to talk
2    over each other and try to stay slow.  I've
3    been trying to get slower in my questioning
4    over the years and hopefully the court
5    reporters have appreciated that.
6         Is there anything that would prevent
7    you from testifying truthfully today?
8    A.  No.
9    Q.  Are you on any medications that
10   would impact your ability to testify?
11   A.  No.
12   Q.  Okay.  What did you do to prepare
13   for the deposition?
14   A.  Met a few times with the attorneys
15   that are here.
16   Q.  You said "a few times."  How many
17   times?
18   A.  Two and a half days.
19   Q.  When were those?
20   A.  Last week.
21   Q.  Okay.
22        MR. SCOTT:  I'm going to note for
23   the record, just so it's clear too, that
24   Adam Slutsky from Goodwin, he's one of
25   the attorneys here, but he was not

16

1    present in any preparation session of
2    Mr. Farner.
3         THE WITNESS:  That's correct.
4    BY MR. BARRY:
5    Q.  Who was at the meetings where you
6    prepared for the deposition?
7    A.  Shawn and Sharon and Jeff.
8    Q.  And where was that meeting?
9    A.  Here.
10   Q.  In connection with this preparation,
11   did you review any transcripts of any other
12   depositions in this case?
13   A.  No.
14   Q.  Did you review any documents
15   relating to the claims in this case?
16        MR. SCOTT:  You can answer that yes
17   or no.
18   A.  Yes.
19   BY MR. BARRY:
20   Q.  Did any of the documents that you
21   reviewed refresh your recollection as to any
22   of the facts relating to this case?
23   A.  No.  They look familiar, but nothing
24   extraordinary, I suppose.
25   Q.  Did you discuss this case with

17

1    anyone except the lawyers that represent you
2    or RHI?
3    A.  No.
4    Q.  Could you give me just the
5    background of your employment history from
6    when you started at Quicken Loans or
7    Rock Financial in 1996.
8    A.  Yeah.  I started in I guess it was
9    January of '96.  I was a mortgage banker, and
10   then led some mortgage bankers, helped grow out
11   our web centers; at some point in time became
12   chief marketing officer of the company, and
13   then later on became CEO of the company as it
14   changed from Rock Financial to Quicken Loans to
15   Rocket Companies.
16   Q.  And when was that?  When did you
17   become CEO?
18   A.  I think it was 2016.
19   Q.  And you remained CEO of
20   Rocket Companies until when?
21   A.  Until end of May, June of 2023.
22   Q.  Why did you leave?
23   A.  I've got three teenagers I wanted to
24   spend more time with.
25   Q.  Were you asked to resign?

18

```
1        A.  I was not.
2        Q.  Now, you were replaced as CEO on an
3    interim basis by whom?
4        A.  A gentleman named Bill Emerson.
5        Q.  And Mr. Emerson had previously been
6    CEO?
7        A.  Yes, he had.
8        Q.  And when was that?
9        A.  Sometime, I think, early 2000s
10   through 2016.
11       Q.  So Mr. Emerson was then appointed as
12   an interim CEO upon your resignation, right?
13       A.  That's correct.
14       Q.  Prior to your resignation, had there
15   been any succession planning?
16       A.  We had had discussions, as normal
17   companies do, about it.
18       Q.  So was your resignation unexpected
19   at the board level?
20       MR. SCOTT:  Objection to form.
21       A.  I would think it would have been
22   unexpected.
23       MR. BARRY:  Exhibit 1, please.
24   Farner 1.
25       (Org Chart, beginning Bates
```

19

```
1        ROCKET_DELAWARE00037523, marked as
2        Exhibit 1.)
3    BY MR. BARRY:
4        Q.  Exhibit Farner 1 is an
5    organizational chart that was produced in this
6    litigation.
7        Before we get into it, let's try to
8    define acronyms and terms.
9        When I refer to "Rocket Companies,"
10   I'll be referring to Rocket Companies Inc., or
11   it will be "Rocket" or "the Company."
12       Does that make sense?
13       A.  Yes, I think.
14       Q.  Okay.  Then we have Rock Holdings
15   Inc.  And I'll refer to that as "RHI," okay?
16       A.  (Nodding head.)
17       MR. SCOTT:  I'm sorry.  Can you just
18   verbally answer?  You were shaking your
19   head.
20       A.  Yes.  I understand RHI is Rock
21   Holdings Inc.
22   BY MR. BARRY:
23       Q.  And the Gilbert Family Foundation
24   I'll refer to as "GFF" or "the Foundation,"
25   okay?
```

20

```
1        A.  Okay.
2        Q.  Could you -- and perhaps using the
3    organizational chart as a tool, could you
4    explain to me the organizational relationship
5    of Rock Holdings Inc., RKT Holdings, and
6    Rocket Companies?
7        A.  I'll do my best.
8        My understanding, Rock Holdings
9    Incorporated was and is the holding company for
10   a number of organizations:  Rocket Mortgage,
11   Amrock Title Company, Rocket Loans.
12       And when the company was taken
13   public, Rock Holdings Incorporated took a small
14   portion of its shares and pushed them or moved
15   them or whatever they do, exchanged them, to
16   allow those to be sold for the public company,
17   which would be, you know, eventually
18   Rocket Companies, or I think you called it
19   "RCI."
20       Q.  Okay.  As the holding company, RHI,
21   describe the operations of RHI before you --
22   let me -- actually, let me back up.
23       Let's go to the next page.  This is
24   dated August 2, 2021, in the bottom left
25   corner.
```

21

```
1        Do you see that?
2        A.  I do.
3        Q.  So let's look under RHI.  You're
4    identified both as a director and as the CEO
5    of RHI.
6        Do you see that?
7        A.  I do.
8        Q.  Do you presently have any position
9    with RHI?
10       A.  I do not.
11       Q.  Did you -- when is the last time you
12   had any position with RHI?
13       A.  Sometime in 2023.  I couldn't give
14   you the specific date.
15       Q.  Was that before or after or the same
16   time as you resigned with Rocket Companies?
17       A.  Right around when I had resigned, but
18   I don't know the specific date.
19       Q.  Okay.  And then as RKT Holdings,
20   you're identified as the chief executive
21   officer.
22       Do you see that?
23       A.  I do.
24       Q.  Do you presently have any position
25   with RKT Holdings?
```

Confidential                    Jay Farner - December 04, 2023

22

1    A.  I do not.
2    Q.  And when is the last time you held a
3  position with RKT Holdings?
4    A.  I don't know.  I don't know if that
5  would have been in the February time frame or
6  that would have been in the June time frame in
7  terms of specific paperwork.
8    Q.  But it was roughly contemporaneous?
9    A.  It was.
10    Q.  And we've discussed your departure
11  from Rocket Companies Inc.
12        So during your tenure as director
13  and CEO of Rock Holdings Inc., describe the
14  operations of Rock Holdings Inc.
15    A.  It's not really an operating company.
16  So it held ownership of the shares, I suppose,
17  that then -- of all the other operating
18  companies that we discussed on the previous
19  page.
20    Q.  Did RHI have any employees for
21  itself?
22        MR. SCOTT:  Objection to form.
23        You can answer.
24    A.  Yes.  I think it did.
25

23

1  BY MR. BARRY:
2    Q.  How many?
3    A.  I would be guessing, but I would say
4  a handful.
5    Q.  Were any employees of RHI not
6  employees of any other Rock or
7  Rocket-affiliated entity?
8    A.  Any employees of RHI not -- yes.
9  I think that some of those may have been only
10  RHI employees.
11    Q.  Who?
12    A.  I couldn't say for sure.  I think it
13  might be some folks that are not on this list
14  here.
15    Q.  Do any names ring a bell?
16    A.  Perhaps, you know, an assistant of
17  Dan's or someone that worked kind of to help
18  him in other capacities.
19    Q.  So could you describe the operations
20  of RKT Holdings LLC?
21        MR. SCOTT:  Objection, form.
22    A.  I think, similar to what we just
23  described, it's a holdings company.  And my
24  understanding was the process to go public
25  meant that we had to have this holdings company

24

1  that kind of allowed those shares to move into
2  the public market.
3  BY MR. BARRY:
4    Q.  So what was your role -- describe
5  your role during your tenure as CEO of
6  RKT Holdings.
7    A.  I couldn't say anything, you know,
8  specific.  I was the CEO of Rocket Companies.
9        And I imagine kind of my role at
10  Rocket Holdings would have been similar to
11  Rock Holdings in the sense that whatever
12  administrative paperwork or things of that
13  nature might need to get done.
14    Q.  But other than administrative issues
15  and paperwork, did you have any separate
16  responsibilities as CEO of RKT Holdings
17  different from your responsibilities as CEO of
18  Rocket Companies Inc.?
19        MR. SCOTT:  Objection, form.
20    A.  I don't -- I couldn't say.  I
21  couldn't say.
22  BY MR. BARRY:
23    Q.  How long did you serve as CEO of
24  RHI?
25    A.  I think seven years or so.

25

1    Q.  Did you become a director of RHI at
2  the same time you became a director of
3  Rocket Companies Inc.?
4    A.  I do not know when we started having
5  directors at RHI.  It may have been before.  I
6  believe it was before Rocket Companies Inc.
7  But I don't remember the date.
8    Q.  How about the CEO position?  Did you
9  become the CEO of Rocket Holdings Inc. before
10  or after you became the CEO of
11  Rocket Companies Inc.?
12    A.  I believe it was right around the
13  same time period, but I wouldn't know the
14  specific date.
15    Q.  So Rocket Companies Inc. went public
16  in August of 2020, correct?
17    A.  That's correct, yeah.
18    Q.  When was the decision made to launch
19  the IPO?
20    A.  We started discussing an IPO, if I
21  remember correctly, sometime fall of '19, 2019.
22  I'm trying to recollect here the time frame of
23  things with the pandemic involved there.
24        But it was before the pandemic had
25  started.

Confidential                    Jay Farner                December 04, 2023

26

1      If I can remember correctly, maybe
2  even as early as the late summer of 2019, we
3  had talked about it, and then, you know, put
4  things on hold a bit when the pandemic
5  happened.
6      And then kind of as we figured out we
7  were able to still work with the pandemic, then
8  we kind of reengaged the process.
9      Q.  At the time of the IPO in August of
10 2020, RHI owned a controlling interest in
11 Rocket Companies Inc., correct?
12     A.  At the time of the IPO.  Once we went
13 public, yes.  I don't think before, there
14 wouldn't be a Rocket Companies Inc.
15     Q.  Okay.  Prior to the IPO, did you own
16 any interest in RHI directly?
17     A.  I did.
18     Q.  What percentage?
19     A.  I'm going to state somewhere around
20 4 percent.
21     Q.  And when did you acquire that
22 interest in RHI?
23     A.  What did I?
24     Q.  When.  When did you acquire the
25 interest?

27

1      A.  Over a fairly long period of time.
2  I think starting sometime in mid-2000s and then
3  just, you know, over a decade-plus, I think,
4  through grants and so forth.
5      Q.  Who made the decision to go -- to
6  launch the IPO?
7      A.  Well, we worked as a team to kind of
8  work through it.  Obviously, I talked to Dan in
9  2019 about it, in particular after he suffered
10 a stroke.  I think he had some pretty strong
11 feelings about shoring up capital for the
12 company.
13     We had been through challenging times
14 in the past, and I think it was even more on
15 his mind on make sure that we had the ability
16 to have the capital needed to go through more
17 challenging times.
18     And also his -- he was very focused
19 on work we were doing in Detroit, charitable
20 work that he wanted to do.
21     And so I think all those things
22 together brought him to, you know, engage those
23 discussions and ask us to talk to bankers and
24 see if it would be possible.
25     Q.  The organizational chart at page 2

28

1  reflects a full board of directors of RHI.
2      Was the approval of the full board
3  of directors of RHI required to launch the
4  IPO?
5      A.  Yeah.  I'm -- I'm trying to figure
6  out the dates that that was established.
7      But once the board of directors was
8  established, I recall getting approval for
9  anything that we might do.  Sometimes it was in
10 a meeting setting, and other times we would
11 send around a document after people had been
12 informed separately to get their approval.
13     Q.  Did Rocket Companies Inc. receive
14 and keep any of the proceeds of the IPO?
15     A.  Well, at the time that we IPOed, we
16 were selling RHI shares.  The money, I believe,
17 went -- the exchange is you're putting shares
18 in the public and they're buying those shares
19 through this -- to -- from the RHI
20 shareholders.  So they would go to RHI.
21     Q.  So Rocket Companies Inc. itself did
22 not raise any cash from the IPO?
23     A.  I don't believe that that's how the
24 mechanism works.
25     MR. BARRY:  Exhibit Farner 2.

29

1      (Email chain with attachment,
2      beginning Bates
3      ROCKET_DELAWARE00033686, marked as
4      Exhibit 2.)
5  BY MR. BARRY:
6      Q.  Have you ever seen this document?
7      MR. SCOTT:  I'll object to form.
8      A.  Are you talking about the email or
9  the actual materials from --
10 BY MR. BARRY:
11     Q.  Either.
12     A.  Yeah.  I think I have.
13     MR. BARRY:  Okay.  This is -- for
14 the record, the document I've marked as
15 Farner 2 is produced at
16 ROCKET_DELAWARE00033686.
17     And the attachment, which is a
18 Morgan Stanley presentation, was produced
19 as a native file and is not
20 Bates-numbered.
21 BY MR. BARRY:
22     Q.  When have you seen this document?
23     And when I refer to "this document,"
24 let's talk about the attachment.
25     A.  Okay.

30

1    Q.  When did you see this document?
2        MR. SCOTT:  And in answering that
3    question, I'm going to ask you to exclude
4    from any answer on any similar-type
5    questions any documents you saw with your
6    counsel in preparing for this testimony.
7        A.  I believe sometime in the fall of
8    2020, when we had started talking to different
9    banks about the possibility of either going
10   public, either through a normal process or
11   different ways that it was available to us.
12   BY MR. BARRY:
13       Q.  In meetings with your counsel, did
14   this document -- was this document used to
15   refresh your recollection on any of the events
16   in this litigation?
17       MR. SCOTT:  So I'm going to instruct
18   you not to answer that question because
19   he's asking you whether or not you saw
20   that document in the deposition
21   testimony, and that's out of bounds, as
22   he knows.
23       I'll instruct you not to answer.
24       And I would ask also, for the
25   record, that counsel not try and invade

31

1    the attorney-client privilege, please.
2    BY MR. BARRY:
3        Q.  Let me rephrase the question.
4        Did this document refresh your
5    recollection as to any of the events relating
6    to this litigation in connection with your
7    preparation for this deposition?
8        MR. SCOTT:  Objection to form.  I'm
9    going to instruct you not to answer.
10       You're not entitled to know whether
11   he saw the document unless he previously
12   testified that documents at the
13   deposition sessions -- preparation
14   sessions refreshed his recollection.
15       He's already testified on the record
16   that no such document refreshed his
17   recollection.
18   BY MR. BARRY:
19       Q.  Okay.  What is this document, the
20   attachment to the email that we are looking
21   at?
22       A.  I believe it's a document that the
23   bankers at Morgan Stanley showed us in kind of
24   talking about how they would think of Rocket if
25   it were to go public and the different ways

32

1    that we might achieve that.
2        Q.  And this is dated October 2020,
3    right?
4        A.  Yes.  That's what it says.
5        Q.  This is after the IPO, right?
6        MR. SCOTT:  Objection, form.
7        A.  I'm sorry.  You're correct.  I think
8    this particular document is in reference to the
9    discussions that we had had when we went public
10   in August of 2020.  I'm trying to get my dates
11   straight here.
12       We had tried to do about a $3 billion
13   offering.  And through the process, we thought
14   we were going to get that off.  But,
15   unfortunately, we didn't.  We, I think, came
16   closer to like a billion-eight, because you're
17   trying to balance the price and the amount.
18       So kind of coming to the discussion
19   about should we still go public, the banks had
20   said to us:  Look, you can go public.  And
21   right after you go public, you can do a
22   secondary or a private sale or those sorts of
23   things.
24       So, again, thank you for pointing out
25   the date.  I think this was a presentation that

33

1    followed right along after we had gone public,
2    kind of giving us the different ways that we
3    might now go and finish the IPO process or the
4    volume that we were looking for.
5        So that, I believe, is why they
6    created this discussion material.
7    BY MR. BARRY:
8        Q.  So if you look at pages 8 and 9 of
9    the document, this refers to that secondary
10   offering process that you're talking about,
11   right?
12       MR. SCOTT:  Objection, form.
13       You can answer.
14       A.  Yeah, that's right.  Again, I recall
15   or thought that we had talked about a few
16   different ways that we might achieve this.  And
17   one of them was to do a secondary offering.
18       And I think that's kind of what
19   they're reviewing here for us, how long it
20   might take and those sorts of things.
21   BY MR. BARRY:
22       Q.  And at this time, in or around
23   October 2020, what other ways were
24   there -- strike that.
25       In October 2020, were you

34

1  considering any other ways to raise additional
2  capital, other than a secondary offering?
3      MR. SCOTT:  Objection.
4      A.  Even before the IPO, we had been
5  thinking about other ways to achieve that, from
6  a private sale of the company to -- I can't
7  think of what -- a SPAC was something that was
8  more popular back then.
9      So I think those conversations
10  carried forward too.
11      One was to do a secondary.  One was
12  to do like a private sale or block sale to
13  someone who might want to buy a chunk of
14  shares.
15      Because we didn't -- my understanding
16  was we didn't have a ton of what they call
17  "float" out there.  So it was, you know, we
18  should be thinking about putting more out.
19      And for us, again, we also needed to
20  try to get closer to what we had been trying to
21  achieve right out of the gates.
22  BY MR. BARRY:
23      Q.  So this reflects -- for example,
24  look at page 11 on "Illustrative Timeline," it
25  talks about a November launch scenario.

35

1      Do you see that?
2      MR. SCOTT:  Where are you pointing
3  to?
4      MR. BARRY:  I'm sorry.  Page 11 of
5  the document.
6      A.  I see where it says "Launch 11/9,"
7  yes.
8  BY MR. BARRY:
9      Q.  Was there a discussion about a
10  possible secondary offering in November of
11  2020?
12      MR. SCOTT:  Hold on.  Sorry.
13      Objection.  You can answer.
14      A.  Okay.  I don't recall there being a
15  firm discussion about it.  What I recall is
16  talking to bankers about it.
17      One of the things that we had
18  discussed and were trying to be thoughtful
19  about was making sure that if we did do a
20  secondary or private sale or something of that
21  nature, that we got a fair price for the
22  shares.
23      And so probably that was a primary
24  driver, would be where the market had been
25  trading during these periods of time.

36

1  BY MR. BARRY:
2      Q.  Okay.
3      A.  I don't remember thinking that there
4  was a time in November where the share price
5  represented that fair value.
6      So I think this is more just for a
7  timeline for them than something specific for
8  us.
9      MR. SCOTT:  Jay, when Mr. Barry says
10  "okay," if you're not finished answering
11  your question, just finish answering it,
12  okay?
13      THE WITNESS:  Sure.
14      MR. SCOTT:  Okay.
15  BY MR. BARRY:
16      Q.  Would you look at page 36 of the
17  document.  This refers to "Concurrent Share
18  Repurchase By Rocket."
19      Do you see that?
20      A.  I'm just making sure --
21      Sure.
22      A.  -- I understand the full context of
23  this.
24      MR. SCOTT:  And please take your
25  time to review the document.

37

1      A.  I'm sorry.  Page?
2  BY MR. BARRY:
3      Q.  So on page 35, there's Appendix B.
4  It starts a section titled "Concurrent Share
5  Repurchase with a Secondary Offering."
6      And then page 36 has a summary of --
7  where it says "Concurrent Share Repurchase By
8  Rocket."
9      Do you see that?
10      MR. SCOTT:  Objection to form.
11      A.  I see those pages, yeah.
12  BY MR. BARRY:
13      Q.  So this contemplates a concurrent
14  purchase of Rocket stock from RHI at the time
15  of a secondary offering by Rocket, right?
16      MR. SCOTT:  Objection, form.
17      A.  You'll have to say that again.
18  BY MR. BARRY:
19      Q.  This secondary offering concept was
20  discussed in the context of Rocket selling
21  common stock to the public and using such
22  proceeds to purchase Class D stock from RHI,
23  correct?
24      MR. SCOTT:  Objection to form.
25      A.  Yeah.  I don't think that's right.

38

1    BY MR. BARRY:
2        Q.  Okay.  Then explain to me what this
3    concurrent share purchase -- concurrent share
4    repurchase with a secondary offering, explain
5    your understanding of what this was about.
6        A.  They're two separate concepts.
7        Q.  Sure.
8        A.  One is doing a secondary offering,
9    like I said, to get closer to the volume we
10   were looking to do with the IPO.
11       Another strategy is for the company,
12   RCI, to buy back its shares.  We always thought
13   about that -- or Julie Booth, as the CFO -- as
14   a practice is that the best use of our
15   capital?
16       And I think that if Morgan Stanley or
17   someone was suggesting this, sometimes
18   companies will do that if they're trying to
19   balance share price.
20       But this was simply, I think,
21   Morgan Stanley -- a suggestion from
22   Morgan Stanley.  I don't recall this being
23   discussed seriously on our side of the table.
24   Just part of their presentation.
25       Q.  So the left -- the top left note on

39

1    page 36 says:
2        "There are two key options to
3        execute a share repurchase from
4        Dan Gilbert:  1) Selldown by Dan to
5        the market with a concurrent share
6        repurchase by Rocket."
7        Do you see that?
8        A.  I do.
9        Q.  Is that what you're talking about in
10   terms of purchasing from Dan -- a repurchase
11   from Dan, or are you talking about the
12   market -- Rocket repurchasing from the market?
13       MR. SCOTT:  Objection to form.
14       You can answer.
15       A.  Again, this is Morgan Stanley making
16   a suggestion.  This isn't us talking about what
17   we're going to do.
18   BY MR. BARRY:
19       Q.  Right.
20       A.  But my understanding of the
21   suggestion is that Dan or RHI are selling
22   shares to put more float in the market and get
23   the proceeds closer to the 3 billion or so that
24   we were initially looking for at the IPO.
25       And then the company, Rocket, the

40

1    company, deciding to buy shares if -- usually
2    what would happen here is if the stock price
3    were to drop and you say, that's a good value
4    for our capital, that's a good use of the
5    company's capital, you would buy the shares.
6        If you don't think it's a good use of
7    the capital, then you would deploy that capital
8    elsewhere.
9        So that's my understanding of what
10   Morgan Stanley is offering as a possible
11   recommendation.
12       Q.  In the fall of 2020, following the
13   IPO of Rocket, was Rocket contemplating a
14   secondary offering in any context that would
15   not involve a concurrent repurchase by Rocket
16   of Class D shares from RHI?
17       A.  Just to go back here, again,
18   Rocket -- the secondary offering, Rocket is not
19   selling its shares.  It's RHI shares that are
20   being sold.
21       But I don't recall any of the
22   discussions that were certain or predicated on
23   there having to be a share buyback from
24   Rocket Companies.  That wasn't part of the, you
25   know -- I can't remember exactly how you

41

1    described it, but the strategy at the time,
2    that it had to be that way.
3        This was just one way that
4    Morgan Stanley had presented it, I believe.
5        Q.  Following the IPO, did Rocket have
6    authorized common shares in an amount larger
7    than the common shares that were owned by RHI?
8        A.  Did Rocket Companies have -- I don't
9    know what that means.  I'm sorry.
10       Q.  Following the IPO, did Rocket
11   Companies have the ability to issue new shares
12   of common without repurchasing Class -- or
13   converting Class D shares from RHI?
14       A.  I don't know.
15       Q.  Let's look back at page 18 of this
16   document, please.
17       I'm sorry, 15 of the document.
18       A.  15?
19       Q.  Yes, 15, one-five, "Structure and
20   Support."  The top says "Sizing
21   Considerations."
22       Do you see that?
23       A.  I do.
24       Q.  The bottom left corner has a chart
25   under -- it says "Achieving Parity With the

Confidential                           Jay Farner          December 04, 2023

42

1   IPO."
2        Do you see that?
3        A.  I do, yeah.
4        Q.  And it refers to the original IPO
5   target of 150 million shares.
6        Do you see that?
7        A.  I do.
8        Q.  And you were discussing earlier
9   about $3 billion.
10       Is this what you were talking about?
11       MR. SCOTT:  Hold on.
12       Objection, form.  You can answer.
13       A.  I suppose.  I -- without diving deep
14   into the share number, it was our original
15   intent at the IPO to go out and raise about
16   $3 billion, if that's what you're asking, yes.
17   BY MR. BARRY:
18       Q.  Okay.  How did the $3 billion -- how
19   was that decided?
20       A.  Well, when we were kind of looking at
21   the use of capital, it felt like that was a
22   good place for us to be.
23       And maybe, to give it some context to
24   that:  For a mortgage company, you've got to
25   lend money, write the loan, and then wait until

43

1   you sell the loan to kind of recoup the money.
2        And so we operate off of something
3   called "warehouse financing."  When I was
4   there, it could have been 12, $15 billion of
5   warehouse financing available to you.
6        And if you're good, you'll turn a
7   loan in like three or four weeks, meaning from
8   when it closes to when you can sell it.
9        If you're really good, maybe you
10   could turn a loan in 15 days.
11       And so if you want to close
12   $30 billion in mortgages a month, you need
13   $15 billion of capital.  And most lenders will
14   rely on that warehouse financing to do that.
15       The dilemma is that there are times
16   when banks decide that they don't want to give
17   you that warehouse financing.  We lived through
18   that during The Great Recession.
19       And so as I was, you know,
20   referencing, when Dan and I, and I think
21   others, were discussing things that were
22   important to us for the long run, having
23   capital available is critical.
24       Because if you get a phone call
25   saying we can't -- you know, "We're going to

44

1   lose your warehouse lines," you need to now
2   lend to yourself.
3        And so RHI, at least when I was
4   there, we had a line of credit from RHI to
5   Rocket Companies to ensure that if there were a
6   problem like that, we could get capital down to
7   the mortgage company to keep operating.
8        So between that, and then the work
9   that Dan was doing in Detroit, we knew a lot of
10   the real estate work that was being done, the
11   capital that would be required, and then the
12   charitable giving that he wanted to do, I think
13   there was a broader cash figure that was --
14   that people were aware of.
15       And so the $3 billion factored into
16   helping make sure that we had all of those
17   different -- you know, had cash to satisfy all
18   those different needs.
19       Q.  You said the results of the IPO
20   didn't meet your goals of the IPO.  Why not?
21       MR. SCOTT:  Hold on.
22       Objection, form.  You can answer.
23       A.  Well, look.  I thought it was
24   successful for our first time, going through
25   the process.

45

1        But early on and through the process,
2   we were getting indications that this size
3   amount and price amount would be available to
4   us.  And then when we got kind of towards the
5   end, that changed.  So that was kind of the
6   disappointment, that we weren't able to get off
7   enough.
8        So we kind of never stopped that IPO
9   process even after we had completed.  We kept
10   thinking about, okay, how do we finish that and
11   get that next half a billion or a billion
12   dollars.
13       So I guess that would be the
14   disappointment.
15   BY MR. BARRY:
16       Q.  So do you have understanding as to
17   why it didn't meet expectations?
18       A.  You mean why we weren't able to do
19   it?
20       Q.  Yes.
21       A.  My learnings through the process were
22   that the banks are out there talking to people
23   who have said they want to buy the stock.
24       And it was -- I guess, in hindsight,
25   I've learned that this is a larger amount than

46

1    other IPOs. And so it's a match of who wants
2    to buy and also what do we want to sell the
3    stock at.
4              And I think we felt pretty confident
5    that the market value of the company put us in
6    kind of the price range that we were looking
7    for. And so we didn't want to go lower than
8    that. So that's just how it came out.
9         Q.   So a secondary offering did not
10   happen in the fall of 2020, correct?
11        A.   No. We didn't do a secondary
12   offering in the fall of 2020.
13             MR. BARRY: We'll look at Farner 3.
14             (Document titled "Short Message
15             Report" dated 12/01/2020, beginning
16             Bates ROCKET_DELAWARE00035894,
17             marked as Exhibit 3.)
18   BY MR. BARRY:
19        Q.   For the record, Farner 3 is a text
20   string produced at ROCKET_DELAWARE00035894.
21             Have you ever seen this document?
22        A.   No. I don't necessarily recall
23   seeing this one, no.
24        Q.   Okay. So the top line is a text
25   from Julie Booth. It says:

47

1              "Do you want to touch base on the
2              follow-on offering now that we are
3              post Thanksgiving? The stock price
4              isn't where we would like it to be to
5              launch so there may not be much to
6              talk about right now but I wanted to
7              see if anything had changed in your
8              view or Dan's. I know we don't want
9              to put downward pressure on the shares
10             either by doing a follow-on."
11             And then from you -- is that from
12   you?
13        A.   Yes, sir. The next line is what
14   you're referencing?
15        Q.   Right. It says:
16             "No rush. I think we have some
17             wood to chop to get RKT positioned
18             properly so we can get some large
19             investors interested before we can do
20             anything."
21             Do you see that?
22        A.   I do.
23        Q.   Do you recall sending that text?
24        A.   It seems like a text I would send.
25        Q.   What were you talking about in this

48

1    text?
2         A.   Well, so this is, again, something
3    I kind of learned as we went through the
4    process.
5              A normal -- or a more normal IPO
6    process before or not during a pandemic, myself
7    or Julie Booth or others would have spent more
8    time traveling all over the world, talking to
9    larger investors, getting to know them, they
10   get to know you.
11             Because they make up an important
12   portion of, I guess, what the banks call the
13   "book" that they're building.
14             And we didn't really have the
15   opportunity to do that. Everything we did was
16   over video. And it was -- we may have been the
17   first company to kind of do the post-pandemic
18   or I should say during-pandemic IPO.
19             So what I was talking about here was
20   now we really need to spend the time to talk to
21   large investors, make sure they understood who
22   we were as a company, what we were focused on,
23   in particular the fintech platform that we had
24   built.
25             So that's what I think I'm

49

1    referencing here.
2         Q.   I'd like to look at Ms. Booth's text
3    at the top. She referred to "The stock price
4    isn't where we would like it to be to launch."
5              Did you understand what she was
6    talking about there?
7              MR. SCOTT: Objection, form.
8              You can answer.
9         A.   Yeah. But I'm not Julie, obviously,
10   but I think she's probably referencing what I
11   had also referenced, which was once we got into
12   the fall of this year, discussions with the
13   bankers and looking at our performance, you
14   know, a price in like the mid-20s for a share
15   is what we thought was a fair price.
16             And so not knowing what the stock was
17   on December 1st, I'm guessing she's referencing
18   that it's probably not in that -- in that
19   range.
20   BY MR. BARRY:
21        Q.   So let's look back, if you could,
22   back at Exhibit 2, which is the attachment
23   which is the Morgan Stanley deck. And look
24   back at page 15.
25             You looked at that page earlier.

Confidential                    Jay Farner December 04, 2023

---

50

1    A. Okay.
2    Q. No, in the Morgan Stanley deck --
3        MR. SCOTT: I have it.
4        THE WITNESS: Okay.
5    BY MR. BARRY:
6    Q. And under the bottom left -- the
7    chart on the bottom left again, it says
8    "Achieving Parity."
9        We have scenarios at $20, $21, and
10   $22 a share.
11       Do you see that?
12   A. I don't, no.
13   Q. Look at page 15 of the document.
14   A. Yes.
15   Q. It says "Achieving Parity With the
16   IPO."
17   A. I see that.
18       In the blue box is what you're
19   referencing?
20   Q. Right.
21       So the original IPO target was
22   between 20, 21, and $22?
23   A. Yes, the original, yeah.
24   Q. Right. And then Price to Achieve
25   Parity at the very bottom says 24, 27, and 30.

---

51

1    A. I see that, yes.
2    Q. Do you know if the 24, 27, and $30
3    per share were market price or prices received
4    by the company post discount in an IPO or a
5    block-sale transaction?
6        MR. SCOTT: Objection, form.
7        You can answer.
8    A. I don't know what they're -- or how
9    they came up with that price here.
10       When I say "mid-20s," that's more
11   based on my discussions about valuation,
12   company profitability, etc., not tied to this
13   document.
14   BY MR. BARRY:
15   Q. Okay. In the fall of 2020, the
16   winter of 2020 --
17       MR. SCOTT: Are you asking him to
18   put Exhibit 2 aside?
19       MR. BARRY: You can put it aside.
20       MR. SCOTT: Thank you.
21   BY MR. BARRY:
22   Q. In the winter of 2020, do you recall
23   having a discussion about wanting to sell at
24   $22 a share?
25   A. In the winter of 2020? I don't

---

52

1    recall a specific conversation at that time
2    frame.
3        A $22 net price, my understanding is
4    if we did like a block or a private sale, we
5    would pay two or three bucks in commission. So
6    a statement like $22 would make sense based on
7    the mid-20s we were looking for.
8        But I don't recall a specific
9    conversation in winter about it.
10   Q. Do you recall -- strike that.
11       What's your understanding in terms
12   of -- is it more expensive for a company to
13   offer a sale of stock through a secondary
14   offering or through a block-sale transaction?
15       MR. SCOTT: Objection, form.
16   A. I don't know. I know that when you
17   do -- when we did bond deals or an IPO, a lot
18   of bankers and so forth get paid along the way.
19       But I don't know if I ever recall
20   seeing a comparison that showed me the
21   differences between the two.
22       MR. BARRY: Okay. Exhibit 4.
23       (Document titled "Rocket Companies,
24       Inc. Insider Trading Policy," dated
25       08/05/2020, beginning Bates

---

53

1        ROCKET_DELAWARE00064847, marked as
2        Exhibit 4.)
3    BY MR. BARRY:
4    Q. For the record, Exhibit 4 is an
5    Insider Trading Policy of
6    Rocket Companies Inc., produced at
7    ROCKET_DELAWARE00064847.
8        Have you ever seen this document?
9    A. I believe so, yes.
10   Q. What is it?
11   A. It appears to be the insider trading
12   policy that we did when we went public.
13   Q. Did you have any involvement in
14   drafting this policy?
15   A. No. I think we -- between our
16   general counsel and I, I believe -- again, we had
17   not been a public company before, so we went
18   out to what we were told was probably one of
19   the best in the world, Paul Weiss. And I
20   believe they participated in drafting this as
21   well.
22   Q. Did you approve any drafts of this
23   policy before it was finalized?
24       MR. SCOTT: Objection, form.
25   A. No. I don't recall participating in

---

54

1   anything regarding this policy.
2   BY MR. BARRY:
3       Q.  Was this policy approved by the
4   Rocket board of directors?
5           MR. SCOTT:  Objection, form.
6       A.  I would assume so, either the audit
7   committee or the board of directors or both.
8   BY MR. BARRY:
9       Q.  Do you recall having a meeting where
10  you, as a director of Rocket, approved this
11  insider trading policy?
12      A.  I don't recall a specific meeting,
13  no.
14      Q.  What's this document designed to do?
15          MR. SCOTT:  Objection, form.
16      A.  My understanding is that I believe we
17  did this document along with some training that
18  Morgan Stanley may have helped with for all of
19  our team members, to help people understand the
20  importance of raising their hand and asking
21  questions if they were going to buy or sell
22  stock, and thought they might have some sort
23  of -- and, again, I'm not an attorney; this is
24  my business understanding of this -- but some
25  sort of company information that the public

55

1   generally wouldn't have that they thought would
2   matter in making a decision about buying or
3   selling, that they would reach out and talk to
4   legal and just, you know, make sure we were
5   doing things right.
6       So this was a policy to just remind
7   them to do that.
8   BY MR. BARRY:
9       Q.  So under "Purpose" in the first
10  paragraph, for example, the second sentence
11  says:
12          "It is intended to ensure that all
13      officers, directors, and team members
14      of the company comply with the
15      applicable laws and regulations
16      concerning securities trading,
17      commonly known as 'insider trading.'"
18      Right?
19          MR. SCOTT:  Objection to form and
20  move to strike Mr. Barry's connection to
21  the prior answer by using "for example."
22      A.  I mean, this is clearly not the law.
23      The law is dictated by, you know, I
24  assume Delaware or whatever state.
25      This is a document that is pointing

56

1   out things to our team members so they know to
2   reach out and get more advice/suggestions from
3   counsel.
4   BY MR. BARRY:
5       Q.  Under "Scope," it says:
6           "This policy applies to the
7       company, its officers, directors, and
8       team members (collectively, 'Rocket
9       Personnel').  The same restrictions
10      described in this policy also apply to
11      each Rocket Personnel's spouse, minor
12      children, and anyone else living in a
13      Rocket Personnel's household,
14      partnerships in which Rocket Personnel
15      are a general partner, trusts of which
16      Rocket Personnel are a trustee,
17      estates of which Rocket Personnel are
18      an executor, or investment funds or
19      similar vehicles with which Rocket
20      Personnel are affiliated (collectively
21      'Related Parties')."
22      Do you see that?
23          MR. SCOTT:  I'm going to object
24  because you misspoke a couple of times,
25  changing an "and" to an "or" and adding a

57

1   possessive, so I just want to be clear.
2   BY MR. BARRY:
3       Q.  We will read it again.
4       "Scope."  It says:
5           "This policy applies to the
6       company, its officers, directors, and
7       team members (collectively, 'Rocket
8       Personnel').
9           "These same restrictions described
10      in this policy also apply to each
11      Rocket Personnel's spouse, minor
12      children, and anyone else living in a
13      Rocket Personnel's household,
14      partnerships in which Rocket Personnel
15      are a general partner, trusts of which
16      Rocket Personnel are a trustee, estates
17      of which Rocket Personnel are an
18      executor, and investment funds or
19      similar -- or other similar vehicles
20      with which Rocket Personnel are
21      affiliated (collectively 'Related
22      Parties')."
23      Do you see that?
24      A.  I do see that.
25      Q.  You would be considered Rocket

58

1    Personnel, correct?
2         A.   I believe so, yes.
3         Q.   So let's look at the next page.
4         The first full paragraph after the
5    paragraph saying number 3, the one that begins
6    "Nonpublic information."
7         Do you see that?
8         A.   I do see that.
9         Q.   That provision says:
10        "Nonpublic information is sometimes
11        referred to as confidential
12        information and means information
13        about the company that is not known to
14        the public-at-large."
15        Do you see that?
16        A.   I do see that, yes.
17        Q.   Do you have an understanding as to
18   what that means?
19        MR. SCOTT:  Objection, form.
20        You can answer.
21        A.   Well, I already kind of gave you my
22   understanding of what material nonpublic
23   information is.
24        And I guess the only other thing I'd
25   point out here is that, I mean, I probably have

59

1    looked at many, many, many documents that are
2    marked confidential.  And certainly just
3    because they're confidential doesn't make them
4    material or nonpublic.
5         So my understanding doesn't connect
6    those two words.  But I think I gave you my
7    definition previously.
8    BY MR. BARRY:
9         Q.   Okay.  Let's look at the next
10   paragraph that begins "Information is
11   considered material if a reasonable investor
12   would consider it important in making an
13   investment decision."
14        Do you see that?
15        A.   I do.
16        Q.   Okay.  Then I would -- skip the next
17   two paragraphs.  And it says:
18        "Examples of material information
19        include expected earnings or revenues
20        for a calendar period, as well as
21        company projections as to future
22        earnings or revenues; proposals,
23        plans, or agreements, even if
24        preliminary in nature, involving
25        mergers, acquisitions, dispositions,

60

1    or joint ventures; purchases or sales
2    of substantial assets; significant
3    write-downs in assets or increases in
4    reserves; a planned offering or
5    additional -- of additional new
6    classes of securities; changes in
7    dividend policy or declaration of a
8    stock split; changes in credit
9    ratings; a significant business
10   development; gain or loss of a
11   business partner; or a material cyber
12   incident that has not been disclosed."
13        Do you see that?
14        A.   Yes.  I see it.
15        MR. SCOTT:  I'll just note, just for
16   the record, you said to "skip the next
17   two paragraphs."  I think you meant to
18   say --
19        MR. BARRY:  I meant the next two
20   sentences.
21        MR. SCOTT:  "Next two sentences" is
22   what you meant.
23        MR. BARRY:  Yes.
24   BY MR. BARRY:
25        Q.   So I want to focus on this list of

61

1    examples of material information.
2         So the examples of material
3    information include company projections as to
4    future earnings or revenues, right?
5         A.   No.  I think these are examples of
6    what might or could be, but all within kind of
7    proper context.  Because certainly I've looked
8    at many examples of these things that I would
9    not deem material.
10        So I wouldn't just look at these
11   examples and consider them to be the definition
12   of material.
13        Q.   But you're not a lawyer, right?
14        A.   I'm not a lawyer.  So I would
15   certainly reach out to an attorney or follow
16   the proper process to make sure.
17        Q.   So simply for you to say something,
18   you don't think it's material, doesn't mean
19   it's not material, right?
20        MR. SCOTT:  Objection to form.
21        Argumentative.
22   BY MR. BARRY:
23        Q.   Right?
24        MR. SCOTT:  Argumentative.
25        A.   As I said before, based on my

Confidential                    Jay Farner - December 04, 2023

62

1  understanding of material nonpublic
2  information, there are many examples here that
3  in the proper context would not be material.
4  BY MR. BARRY:
5      Q.  But your opinion as to whether or
6  not something is material may be legally
7  incorrect, correct?
8          MR. SCOTT:  Objection to form.  Are
9      you intentionally misstating the law to
10     my witness?  Are you intentionally
11     misstating the law?
12 BY MR. BARRY:
13     Q.  You can answer the question.
14         MR. SCOTT:  Objection, form.
15     A.  I would and always did, if I had a
16 question about this, then reach out or follow
17 the proper processes that we had to ensure that
18 we did them correctly.
19 BY MR. BARRY:
20     Q.  So it would be important for you to
21 determine, in evaluating whether or not
22 material is -- or rather, let me strike that.
23         It would be important for you to
24 determine in deciding whether nonpublic
25 information was material to run it by counsel

63

1  and get their opinion on whether or not
2  something is material --
3          MR. SCOTT:  Objection to form.
4  BY MR. BARRY:
5      Q.  -- is that correct?
6          MR. SCOTT:  No.  Objection to form.
7      A.  I -- in both scenarios I can think of
8  where I either was buying or selling stock,
9  I either would reach out to counsel and I think
10 was suggested to do a 10b-5 or some sort of a
11 stock purchase program.
12         In the other scenario, when I was
13 involved in the sale of RHI stock, I reached
14 out to counsel to follow the appropriate steps
15 to open a window -- or they could determine if
16 they thought it was appropriate to open a
17 window.
18         So in both scenarios I can think of,
19 those are the processes that I followed.  So
20 that's how I would have to think about how I
21 would react to those type of situations.  It
22 appears I did reach out to counsel.
23         (Clarification by the reporter.)
24 BY MR. BARRY:
25     Q.  So let's look at the last paragraph

64

1  on this page, on page 2.  The first sentence:
2      "While in possession of material
3      nonpublic information, Rocket
4      Personnel and their Related Parties
5      are prohibited from trading in any
6      Company securities as to which Rocket
7      Personnel and their Related Parties
8      have a 'beneficial' or financial
9      interest, or over which a person
10     exercises investment control,
11     including, but not limited to, trades
12     in Company securities made under a
13     team member benefit plan, such as a
14     401(k) plan."
15         Do you see that?
16     A.  I do.
17     Q.  So the insider trading policy says
18 that when Rocket Personnel and their Related
19 Parties are in possession of material
20 nonpublic information, they are prohibited
21 from trading in any Company securities,
22 correct?
23         MR. SCOTT:  Hold on.
24         Objection to form.
25     A.  My understanding is that this is the

65

1  start of the process.  And if you're thinking
2  that it may -- you may have material nonpublic
3  information, that's then when you reach out,
4  get more advice, suggestions.
5          So, no, this doesn't tell you exactly
6  what you do.  This tells you that now you
7  should consider following or getting additional
8  legal advice.
9  BY MR. BARRY:
10     Q.  So is it your belief that if Rocket
11 Personnel are, in fact, in possession of
12 material nonpublic information, it's okay for
13 them to trade in Company securities if someone
14 told them they could?
15         MR. SCOTT:  Objection to form.
16     A.  It's my belief, as you sort of
17 pointed out, that it's a complicated matter.
18         And so it's important that they get
19 legal advice, as we did through our diligence
20 process, through our third-party firms such as
21 Paul Weiss, to help make sure that you're
22 thinking through all the right steps to operate
23 properly.
24 BY MR. BARRY:
25     Q.  So let's -- but let's deal with my

66

1   hypothetical.
2          If you are -- if Rocket Personnel
3   is, in fact, in possession of what a Court
4   would determine to be material nonpublic
5   information, is it your belief that it's okay
6   for Rocket Personnel to trade on such
7   information if someone tells them they are
8   allowed to do so?
9          MR. SCOTT: Objection to form. He's
10      here as a percipient fact witness. He's
11      not here to answer hypotheticals.
12          You can answer, sir.
13      A. I don't know what a Court would or
14  wouldn't determine as material nonpublic.
15  That's why I relied on the processes that we
16  put in place. And that's why we're encouraging
17  team members to reach out to counsel as well,
18  to help figure that out.
19          I'm not an attorney, as you said.
20  BY MR. BARRY:
21      Q. In making a -- in making the
22  decision to authorize the sale of RHI stock
23  relating to this litigation, did you rely on
24  the advice of counsel?
25          MR. SCOTT: Objection to form.

67

1          I'm not going to allow him to answer
2      that question. I'm instructing him not
3      to answer.
4          You can try and rephrase it.
5   BY MR. BARRY:
6      Q. Let's look at page 4 under "Trading
7      Window."
8          Under Trading Window, this policy
9      provides:
10          "The Company imposes certain
11          restrictions on specified senior
12          officers, management, directors, and
13          team members and their Related Parties
14          when trading in Company securities.
15          These restrictions govern even though
16          the transactions may be permissible
17          under law and apply to the following
18          persons hereafter defined as the
19          'Window Group.'"
20          Do you see that?
21      A. I do.
22      Q. And the first bullet point says:
23          "All members of the board of
24          directors of the Company."
25          Do you see that?

68

1      A. Yes, sir.
2      Q. You were a member of the board of
3   directors in the spring of 2021, correct?
4      A. Yes, sir.
5      Q. So you were a member of the
6   Window Group?
7          MR. SCOTT: That's a question. No,
8      no, that's a question.
9      A. Yes, sir.
10  BY MR. BARRY:
11      Q. And it applies to "All senior
12  executives of the Company, meaning the Chief
13  Executive Officer..."
14          So you were a member of the
15  Window Group by virtue of being the Chief
16  Executive Officer, correct?
17      A. Yes, sir.
18      Q. Okay. And the third paragraph,
19  beginning "Notwithstanding," this establishes
20  what the trading window -- this paragraph
21  establishes what the trading window is,
22  correct?
23          MR. SCOTT: Objection to form.
24      A. I'm sorry. The third paragraph?
25

69

1   BY MR. BARRY:
2      Q. The third paragraph that begins:
3          "Notwithstanding transactions made
4          subject to an approved 10b5-1 trading
5          plan."
6          Do you see that?
7      A. I do.
8      Q. So this paragraph establishes when
9   the open trading window is under the policy,
10  correct?
11          MR. SCOTT: Objection to form.
12      A. Yeah. I'd have to read it. I don't
13  know for sure.
14  BY MR. BARRY:
15      Q. Okay. Then we'll read it.
16      A. That's probably something that
17  Angelo Vitale would be determining.
18      Q. Sure. It says:
19          "Notwithstanding transactions made
20          subject to an approved 10b5-1 trading
21          plan, members of the Window Group and
22          their household and immediate family
23          members may only enter into
24          transactions in Company securities
25          (including option exercises and gifts)

70

1    during an open trading window that
2    commences one business day after the
3    public release of the Company's
4    quarterly or annual financial results
5    and ends on the date two weeks before
6    the end of each fiscal quarter."
7        Do you see that?
8        A.  "Date two weeks before the end of
9    each fiscal quarter."  I do see that, yes.
10       Q.  So that's the trading window in
11   which the members of the Window Group are
12   allowed to trade Company securities, correct?
13       MR. SCOTT:  Objection to form.
14       A.  That's what it says in this document.
15   I can't say for certain that it didn't change
16   or was altered.
17       And I also know that there are
18   opportunities to open the window properly.
19       So it -- so I guess that doesn't
20   define for me the only time that the window or
21   the Window Group could trade.
22   BY MR. BARRY:
23       Q.  The next sentence says:
24       "After the close of the trading
25   window, the Window Group and their

71

1    household and immediate family members
2    may not purchase, sell, or otherwise
3    dispose of the Company's securities."
4        That's what it says, correct?
5        MR. SCOTT:  Objection, form.
6        A.  That's what those words say.  But as
7    I pointed out below, my understanding is that
8    there are ways to open the window.
9        And I can't say that the definition
10   above was one that continued forward or wasn't
11   changed or altered.
12       MR. SCOTT:  Let him finish his
13   answer.  Don't put your -- hold on.
14   I just want the record to be clear.
15       Mr. Barry was holding his hand up as
16   though he wanted my witness to stop, and
17   I don't think that's appropriate.
18       MR. BARRY:  That's certainly not
19   what I meant.
20       MR. SCOTT:  I'm certain I saw it.
21       MR. BARRY:  Sir, I'm not fighting
22   with you.  And I'm trying to --
23       MR. SCOTT:  You have your hand up
24   right now.
25       MR. BARRY:  -- like agree with your

72

1    witness and direct him to the paragraph
2    immediately after the bullets.
3        (Simultaneous speaking.)
4        MR. SCOTT:  Please don't gesture
5    with your hands towards my client, okay?
6    Thank you.
7    BY MR. BARRY:
8        Q.  Do you see:
9        "The company will conduct an
10       evaluation each quarter."
11       Do you see that sentence?
12       A.  I'm a little lost here with your
13   banter.  Sorry.
14       Q.  After the -- there's four bullet
15   points at the top of the page.  Then there's a
16   paragraph.
17       A.  Uh-huh.
18       Q.  All right?  It says:
19       "The Company will conduct an
20       evaluation each quarter to determine
21       whether the trading window should be
22       cancelled."
23       Do you see that?
24       A.  I do.
25       Q.  And the next sentence says:

73

1        "The Company may close an open
2        trading window or open a closed
3        trading window early at any time, as
4        deemed appropriate by the General
5        Counsel or other members of senior
6        management."
7        Do you see that?
8        A.  I do.
9        Q.  Is that what you're talking about?
10       MR. SCOTT:  Objection to form.
11       A.  I'm referencing that, but I'm also
12   saying I'm not certain that this definition of
13   when the window would open or close remained,
14   if it was changed -- I just don't know.
15   BY MR. BARRY:
16       Q.  Okay.  Now I understand what you're
17   getting at.  Thank you very much for that
18   clarification.
19       Going back to the third major
20   paragraph, the one beginning "Notwithstanding
21   transactions."
22       The one, two, third sentence reads:
23       "The prohibition against trading
24       while aware of, or tipping of,
25       material nonpublic information applies

Confidential                    Jay Farner  December 04, 2023

74

1    during an open trading window.  For
2    example, if during an open trading
3    window you are aware that a material
4    acquisition is pending, you may not
5    trade in the Company's securities."
6         Do you see that?
7         A.  I do see that.  I'm not exactly sure
8    what a material acquisition is, but I do see
9    that, yes.
10        Q.  So let's focus on the first
11   sentence.  I read two sentences.  Let's focus
12   on the first sentence.  It says:
13        "The prohibition against trading
14        while aware of, or tipping of,
15        material nonpublic information applies
16        even during an open trading window."
17        Do you see that?
18        A.  I do.  That's exactly why the
19   process, I think, exists when you open the
20   window, is my understanding, to go through and
21   do the due diligence that we do with myself and
22   Julie Booth and Brian Brown and Bob Walters to
23   ensure that we can open the window properly.
24        Q.  I'm not talking about opening a
25   window.  I'm talking about what this sentence

75

1    says.
2         It says during an open window, where
3    the window is already open, if you're in
4    possession of material nonpublic information,
5    Rocket Personnel are prohibited from trading
6    in Company's securities when the window is
7    open, correct?
8         MR. SCOTT:  I'm going to object to
9         form and I'm going to move to strike
10        counsel's extraneous remark in the
11        beginning of that question.
12        A.  I guess I see them as both because in
13   living through the process, to open the window,
14   you go through the process of discussing the
15   material nonpublic information.
16        My understanding is that's how Angelo
17   or others even get to the point where they can
18   open the window is they've already gone through
19   that due diligence process and determined that
20   there isn't material nonpublic concern.
21   BY MR. BARRY:
22        Q.  I'm not asking about opening a
23   window.  I'm asking that -- asking about when
24   the trading window is open under the terms of
25   this paragraph.

76

1         MR. SCOTT:  Objection.
2    BY MR. BARRY:
3         Q.  When a trading window is open under
4    this policy, Rocket Personnel are still
5    prohibited from trading in an open trading
6    window if they're in possession of material
7    nonpublic information, correct?
8         MR. SCOTT:  Objection to form.
9         Asked and answered.
10        Move again to strike the extraneous
11        remark of counsel at the beginning of the
12        question.
13        A.  As I said early on, my understanding
14   of material nonpublic information is
15   information that the Company has that the
16   general public does not have that would be
17   material or matter in making a decision to buy
18   or sell stock.
19        And so if the window is open and you
20   have a concern about that type of information,
21   you're going to reach out and talk to counsel
22   about it before you buy or sell stock.
23   BY MR. BARRY:
24        Q.  Because -- and this is a question.
25        Because if, in the open trading

77

1    window, you are, in fact, in possession of
2    material nonpublic information, you shouldn't
3    be trading in securities, correct?
4         MR. SCOTT:  Objection to form.
5         A.  Look, I'm not an attorney.  So --
6    but, again, my understanding is if it is -- if
7    it matters to how someone would think about
8    buying or selling and so you'd have to have a
9    conversation -- I myself couldn't determine
10   whether it would be meaningful or matter to
11   make that decision without getting legal
12   counsel.
13   BY MR. BARRY:
14        Q.  So let me -- then let me make it
15   easier for you.
16        Let's assume that you are aware of
17   material nonpublic information.  Let's assume
18   that certain information you have is material
19   nonpublic information.  Let's assume also that
20   the trading window is open.
21        Under this policy, as Rocket
22   Personnel, you would be prohibited from
23   trading in the open trading window if you were
24   in possession of material nonpublic
25   information, right?

Confidential                          Jay Farner    December 04, 2023

                                                                              78

1        MR. SCOTT:  Objection to form.
2    Calls for a legal conclusion.
3        A.  I'm going to go back and state:  I'm
4    not an attorney.  My understanding is that that
5    material that you talked about has to be
6    meaningful to the valuation of the Company.
7        But, again, I'd direct you to Angelo
8    to get the specifics you're looking for.  I've
9    given you my understanding.
10   BY MR. BARRY:
11       Q.  And your understanding is if it's
12   material, and if it impacts the value of the
13   Company, it would be material, right?
14       MR. SCOTT:  No.  Objection to form.
15   Misstates the testimony.
16   BY MR. BARRY:
17       Q.  Then explain your understanding of
18   what's material.
19       MR. SCOTT:  Objection to form.
20   Asked and answered four times already.
21       A.  Yeah.  I can't stress it enough.
22   That's why I have attorneys.  I would go talk
23   to them.  I am not the best person to give you
24   the specifics around material definitions.
25

                                                                              79

1    BY MR. BARRY:
2        Q.  But if Rocket Personnel is in
3    possession of what a lawyer would tell them is
4    material nonpublic information, the fact that
5    the trading window opened does not allow them
6    to trade on that material nonpublic
7    information, correct?
8        MR. SCOTT:  Objection to form.  Same
9    objections.
10       A.  I think you said "a lawyer."
11       If I went to Angelo, and Angelo
12   said -- and this is the process we use through
13   due diligence -- "Look, that's a" -- or
14   Paul Weiss or whoever said "That's a concern,
15   that is deemed material nonpublic information,"
16   then we wouldn't trade.
17   BY MR. BARRY:
18       Q.  Even if the trading window was open,
19   right?
20       A.  I don't think it has anything to do
21   with the window.  It's about the -- it's about
22   counsel's advice through that process, telling
23   us whether or not we could or should.
24       That's why it says here "Whenever you
25   are in doubt."

                                                                              80

1        Q.  Looking back at Farner 3, the text
2    from Ms. Booth, after the text from Ms. Booth
3    on December 1st, 2020.
4        MR. SCOTT:  He wants you to look --
5    he wants you to retrieve this one.
6        THE WITNESS:  Okay.
7    BY MR. BARRY:
8        Q.  Just for purposes of timing, after
9    this text string with Ms. Booth on
10   December 1st, 2020, when is the next time that
11   you had any discussions with anyone at all
12   about RHI or Dan Gilbert selling any
13   additional shares of Rocket?
14       A.  I would say probably off and on
15   through December, January, with Scott Elkins,
16   just because he was taxed -- taxed with kind of
17   trying to, you know, move that process along.
18       And so I would assume that we would
19   have chatted, maybe in the hallway or something
20   of that nature, just about how things are
21   going.
22       Q.  Did you have any other written
23   communications with Mr. Elkins --
24       MR. SCOTT:  Objection to form.
25

                                                                              81

1    BY MR. BARRY:
2        Q.  -- prior to -- between December 2020
3    and March of 2021?
4        MR. SCOTT:  Objection, form.
5        A.  I couldn't say for certain.  I would
6    think around the earnings call in February, we
7    would have had some discussion about it.  But I
8    couldn't give you a specific document.
9        MR. BARRY:  Let's look at the -- I
10   guess it's Farner 5.
11       (Email dated 03/24/2021 with
12       attachments, "Investor Package for
13       BlackRock," beginning Bates
14       ROCKET_DELAWARE00078375, marked as
15       Exhibit 5.)
16   BY MR. BARRY:
17       Q.  Farner 5 is an email with
18   attachments produced at
19   ROCKET_DELAWARE00078375.
20       Have you ever seen this email or the
21   attachments?
22       MR. SCOTT:  Just take a moment to
23   review it, too, before you answer that
24   question.
25       A.  This looks to be our release from

82

1    February 25th.
2    BY MR. BARRY:
3        Q.  Right.  So this email transmits a
4    set of documents that were pulled together to
5    send to BlackRock, right?
6        A.  It doesn't look like I'm on the
7    email.
8        Q.  Right.
9        A.  So I'm kind of speculating, but I can
10   say -- it's my birthday, the 24th.  I think
11   this is in relation to the discussion that had
12   started just after the earnings call, about a
13   month prior, where we started seeing the stock
14   price improve and we discussed the possibility
15   that maybe we would have a chance to do
16   something.
17       We waited a week or two to see if we
18   could get some stability in the stock price.
19   And then sometime a few weeks prior to this, I
20   believe I had told Scott Elkins that we should
21   get ready in case something presents itself.
22       Why this particular package is going
23   to BlackRock, I don't know that.  But I'm
24   assuming this is kind of all part of that
25   longer process when we were thinking about

83

1    there might be an opportunity, if we got the
2    right share price, either to do a secondary or
3    a private sale or something of that nature.
4        But, again, the specific email to
5    them, I don't think I was involved with.
6        Q.  Let's look at the first attachment
7    at Document 78376.
8        This is Rocket's fourth quarter 2020
9    earnings announcement, right?
10       A.  Of 2020, yes, sir.
11       Q.  And the Company reported pretty good
12   fourth quarter results, right?
13       MR. SCOTT:  Objection, form.
14       A.  Yeah.  I think we did okay.
15   BY MR. BARRY:
16       Q.  It increased adjusted revenue to
17   $4.8 billion, up 162 percent year over year.
18       Grew net income 2.8 billion, up
19   270 percent year over year.
20       And then increased adjusted net
21   income to $2.3 billion, up 350 percent year
22   over year.
23       Right?  That's what it represents?
24       A.  Those are the bullet points, yes,
25   sir.

84

1        Q.  Okay.  And then you -- this is a
2    quote attributed to you.  It says:
3        "'Rocket Companies' record-breaking
4    fourth quarter and full year 2020 results
5    demonstrate the sheer power of the technology
6    platform we have built and refined for more
7    than two decades,' says Jay Farner,
8    Rocket Companies' Vice Chairman and CEO."
9        Do you see that?
10       A.  I do.
11       Q.  What technology platform are you
12   talking about?
13       A.  The Rocket Companies' platform.
14       Q.  When you say "the Rocket Companies'
15   platform," are you talking the
16   Rocket Companies' retail front platform or
17   back-end operational platform?
18       MR. SCOTT:  Objection to form.
19       A.  Yeah.  I think I'm speaking just to
20   the broader technology platform that we have
21   that involves all sorts of different
22   technologies.
23   BY MR. BARRY:
24       Q.  And some of those technologies are
25   retail driven and some of those technologies

85

1    are operational driven, right?
2        MR. SCOTT:  Objection, form.
3        A.  Some are retail.  Some are partner.
4    Some are wholesale.  Some are operational in
5    nature.  Some are data driven.  Some are CRM
6    driven.
7        Some are the businesses we launched
8    with loans, I believe Auto at this point.
9        I mean, it's the broader harnessing
10   of all of the, I guess, information and client
11   into one -- that's what made the company
12   special.
13   BY MR. BARRY:
14       Q.  And the -- that technological
15   platform is not a public platform, is it?
16   Meaning investors can't look at all of the
17   numbers and all of the databases that Rocket
18   is drawing from --
19       MR. SCOTT:  Objection to form.
20   BY MR. BARRY:
21       Q.  -- correct?
22       MR. SCOTT:  Objection to form.
23       A.  It depends.  Some of the platform
24   pieces are pieces that come from third parties.
25   Some of the data is ingested from the public,

Confidential                    Jay Farner December 04, 2023

---

86

1    capital markets data, MBA data. I mean,
2    there's a lot going on there.
3         So some would be information that
4    would be probably like the number of phone
5    calls we make, we would know that, right? But
6    others would be public information. It would
7    depend.
8    BY MR. BARRY:
9         Q. And others would be private
10   information, right?
11        MR. SCOTT: Objection to form.
12        A. Yeah. Certainly our cash balances
13   and so forth, we didn't disclose all of those
14   things to the public. Showed our balance
15   sheet, obviously, but I guess I'm kind of
16   struggling to get what you're asking.
17        I mean, the algorithms that
18   underwrote loans or something like that?
19        MR. SCOTT: You don't have to worry
20   about what he's thinking.
21        THE WITNESS: Okay. Sorry.
22        MR. SCOTT: He just has to ask you
23   questions. And if you understand them,
24   you can answer.
25

---

87

1    BY MR. BARRY:
2         Q. Let's look at page 7. This is
3    reported numbers for the fourth quarter and
4    year-ended 2019 and 2020, right?
5         A. Yeah. It's the last -- it looks like
6    the fourth quarter and then the year, yeah.
7         Q. Let's focus on the 2020 numbers.
8         For the fourth quarter ended
9    December 31st, 2020, Rocket is reporting
10   revenue from gain on sale of loans, net, at
11   $4.2 billion, right?
12        A. Yes, sir.
13        Q. And the total revenue, net, is
14   $6.698 billion, right?
15        A. Maybe you can help me --
16        Q. $4.698 billion. Terribly sorry.
17        A. Yeah. Uh-huh.
18        Q. So for the fourth quarter, the gain
19   on sale of loans net represented 89 percent of
20   the quarterly revenues -- total net revenues,
21   right?
22        MR. SCOTT: objection, form.
23        A. Well, the gain on sale is a function
24   of the two line items above. So it's the
25   number of loans that we originate. It's the

---

88

1    MSRs. So -- but that gets us to the net amount
2    that we have made on the loans.
3    BY MR. BARRY:
4         Q. And that's 90 percent of the total
5    revenue of the Company in the fourth quarter,
6    right?
7         A. Revenue earned from mortgages?
8         Q. It says total revenue, net, is
9    4.698 billion.
10        Do you see that?
11        MR. SCOTT: I think he's asking you
12   to do the math here.
13        MR. BARRY: It's very simple.
14        MR. SCOTT: Well, it's in your
15   outline, sure, but it may not be as
16   simple if you're sitting here.
17        A. Well, 10 percent would be 420. So it
18   would be 8 -- so it's not that, but close,
19   I suppose.
20   BY MR. BARRY:
21        Q. And then looking at the full year,
22   the gain on sale of loans, net, for the full
23   year is $15 billion, right?
24        A. The net revenue for the -- from the
25   sale of mortgages with other income -- interest

---

89

1    income, MSR changes, etc., is 15.7 billion.
2         Q. I'm looking back on gain of sale on
3    loans, net. Under 2020, it's $15,070,703,000,
4    right?
5         A. Yeah. A big chunk of that is the
6    fair value of MSR, which is mortgage servicing
7    rights. But, yes, that's the total number on
8    that line.
9         Q. That total number on that line is
10   95 percent of the total revenue's net, which
11   is $15,735,182,000, right?
12        A. That's roughly 95 percent, yes.
13        Q. So can we agree that the gain on
14   sale of loans, net revenue, is a material
15   number in Rocket's financial disclosures?
16        MR. SCOTT: Objection to form.
17        A. Yeah. I think, to be clear, because
18   I don't want there to be confusion, this is
19   revenue earned from the sale of mortgages,
20   which has multiple components that make up how
21   you earn that revenue.
22        And it appears to be, I think you
23   said -- if you want to call it, it's more than
24   a majority of our revenue.
25

---

90

```
 1   BY MR. BARRY:
 2       Q.  So it's material to Rocket's
 3   business, right?
 4           MR. SCOTT:  Objection to form.
 5       A.  Is the sale of mortgages to generate
 6   revenue material to our business?  Yes, it is.
 7   BY MR. BARRY:
 8       Q.  And the amount that Rocket generates
 9   from the sale of mortgages is material to
10   Rocket's business, right?
11           MR. SCOTT:  Objection to form.
12       A.  The amount of what?
13   BY MR. BARRY:
14       Q.  The amount of revenue that Rocket
15   generates from the sale of mortgages is
16   material to Rocket's business, right?
17           MR. SCOTT:  Objection, form.
18       A.  It's -- it's -- a big chunk of our
19   business is the originating and sale of
20   mortgages, yes.
21           MR. BARRY:  Put this aside, but
22   we're going to come back to it.
23           And I'm going to hand out Exhibit 6.
24           (Excerpt of Rocket Companies, Inc.
25           2021 10-K, beginning Bates
```

91

```
 1           ROCKET_DELAWARE00035487, marked as
 2           Exhibit 6.)
 3   BY MR. BARRY:
 4       Q.  What I've handed you is an excerpt
 5   from a native copy of Rocket Companies' 10-K
 6   for 2021 that was produced at
 7   ROCKET_DELAWARE00035487.
 8           As I said, this is a smaller set of
 9   a much larger document.
10           Do you recall seeing the Form 10-K
11   for Rocket that was for the year-ended
12   December 31st, 2020?
13           MR. SCOTT:  Hold on.  I'm going to
14   object to form and also object to the use
15   of this excerpt as the document is not
16   authentic because it's only an excerpt.
17       A.  I'm sorry.  You're asking me have I
18   seen this document before?
19   BY MR. BARRY:
20       Q.  No.  I didn't ask did you see this
21   document.
22           Did you see the 10-K for Rocket for
23   the fiscal year ended December 31st, 2020?
24           MR. SCOTT:  He's asking you to put
25   the document aside and give an
```

92

```
 1   independent recollection.
 2       A.  I would have seen a 10-K, sure.
 3   BY MR. BARRY:
 4       Q.  Let's look at the document excerpts
 5   that I've handed out.
 6           Would you look at the second page of
 7   the document, which is internal page 8 of the
 8   document.
 9       A.  Page 8?
10       Q.  Yes.  It's the second page of the
11   excerpt that I gave you.
12           And under "Mortgage Origination and
13   Fees Profitability," that's what I'd like you
14   to focus on.
15           Do you see that section?
16       A.  No, sir.  On page 2?
17       Q.  The second page of the document --
18   there's a native cover page, there's a
19   Form 10-K cover.  Then the third page of the
20   document has a number 8 at the bottom.
21       A.  Okay.
22           MR. SCOTT:  Yeah.  So he hasn't
23   produced an entire copy so the numbers
24   don't go consecutively.  So it goes from
25   2 to 8.
```

93

```
 1           THE WITNESS:  I understand.
 2   BY MR. BARRY:
 3       Q.  So you see the section "Mortgage
 4   Origination and Profitability"?
 5       A.  Yes, sir.
 6       Q.  Okay.  It says:
 7           "Our mortgage origination business
 8           primarily generates revenue and cash
 9           flow from the gain on sale of loans
10           common net.  The gain on sale of loans
11           common net includes all components
12           related to the origination and sale of
13           mortgage loans, including" --
14           And there are one, two, three,
15   four, five, six bullet points.
16           Let's look at the first bullet
17   point.  It says:
18           "Net gain on sale of loans, which
19           represents the premium received in
20           excess of the loan principal amount
21           and certain fees charged by investors
22           upon the sale of loans in the
23           secondary market."
24           Do you see that?
25       A.  I do.
```

94

1    Q.  How is that number calculated?
2    A.  Do you mean outside of the
3  definition?
4    Q.  Yes.
5    A.  Well, so -- so -- I don't know how
6  far -- I'll go back.  I'll go back.
7      So to get to this number, the Company
8  is going to originate a mortgage.
9    Q.  Yes.
10    A.  So we're going to spend marketing
11  dollars, work on our conversion rates, and
12  eventually acquire a client.
13      For us, different than other
14  companies, because we have a 90-plus percent --
15  or had a 90-plus percent retention rate --
16  I don't know what it is today -- we think about
17  it not just in the revenue for that particular
18  loan, but also the lifetime value of the
19  client.
20      So we market, we bring in lead flow,
21  we originate the loan, underwrite, process,
22  close the mortgage.
23      During that period of time, Capital
24  Markets Group is hedging the interest rate
25  that's been given to the client.  And then

95

1  after the loan closes, anywhere from a few
2  weeks to months or, in some cases, years,
3  Capital Markets will sell that loan into the
4  secondary market.
5      And at that point in time, they
6  recognize some revenue for the sale of that
7  mortgage into the secondary market.
8    Q.  How is -- how are all of those
9  numbers tracked or during -- during your
10  tenure at Rocket, how are those numbers
11  tracked mechanically?
12    A.  A variety of ways.  People in
13  marketing would track the marketing spend and
14  the conversion rates and the cost to acquire
15  clients and leads and so forth.
16      People in mortgage banking would
17  track bankers and teams and how they convert,
18  giving them the ability to move lead flow from
19  one banking team to another, or change
20  marketing programs on the fly to try to drive
21  more revenue per loan.
22      Capital Markets Group would be
23  tracking their hedging all the time to ensure
24  they've got the pipeline hedged properly.
25      So those are the areas.

96

1    Q.  And then how would those areas be
2  merged?
3      MR. SCOTT:  Objection, form.
4    A.  The areas aren't merged.  They're
5  kind of separate groups.
6  BY MR. BARRY:
7    Q.  Sure.
8    A.  Are you referencing the data?
9    Q.  Yeah.  I'm trying to get at how the
10  data from the different groups are put
11  together to come up with total operational
12  numbers for the Company.
13      MR. SCOTT:  Objection, form.
14    A.  Well, so then at some point in time,
15  to kind of report back how we had done, finance
16  would take those numbers and put them together
17  to be able to create a -- you know, an earnings
18  call or something like that.
19  BY MR. BARRY:
20    Q.  Okay.  So just structurally, help me
21  out.  You have different -- I don't know what
22  we would call them -- pods or different
23  teams --
24    A.  Teams or groups, sure.
25    Q.  -- in the Company responsible for

97

1  different areas of the Company's business.
2    A.  Yes, sir.
3    Q.  They would individually track their
4  numbers for each team, then send it up to
5  finance, and finance would -- what would
6  finance do?
7      MR. SCOTT:  Objection to form.
8    A.  Some data they would send to finance.
9  Some they wouldn't.
10  BY MR. BARRY:
11    Q.  Okay.
12    A.  Finance is really kind of looking at
13  something after it's happened to provide you
14  information about what has occurred.
15      So whatever relevant data they would
16  send to finance, they would.  And then finance
17  would put those numbers together, mostly to
18  manage expenses or those sorts of things.
19    Q.  And when finance starts putting
20  those numbers together, that's, generally
21  speaking, nonpublic information before it's
22  released to the public?
23      MR. SCOTT:  Objection, form.
24    A.  I would say a lot of that information
25  was already public because we're no different

98

1  than anybody else originating mortgage and
2  tracking the 10-year Treasury bill and those
3  sorts of things. So a lot of what we're doing
4  is already out in the marketplace.
5         So some might be proprietary at that
6  point in time, like how many loans did we write
7  yesterday; other things would be well-known to
8  the public.
9  BY MR. BARRY:
10       Q.  So let's look at the next bullet
11  point where it says "Loan origination fees,
12  credits, points, and certain costs."
13       What does that mean?
14       A.  Well, depending on how a loan is
15  structured, sometimes it has origination fees
16  attached to it, or a borrower may pay discount
17  points, or a client.
18       (Clarification by the reporter.)
19  BY MR. BARRY:
20       Q.  And how are those tracked?
21       A.  Well, banking track those because
22  they are determining what's happening from a
23  commissions perspective.
24         Operations would track those so they
25  could make sure they got the HUD -- the

99

1  statement correct when they closed on the loan.
2         Capital Markets would track those
3  because I think that would factor in eventually
4  to the sale of the mortgage.
5       Q.  And the next bullet point says:
6  "Provision for or benefit from
7   investor reserves."
8       What does that mean?
9       A.  "Provision for or benefit from
10  investor reserves"?
11       Q.  Yes.
12       A.  I don't know, actually. I don't
13  know.
14       Q.  How about "The change in fair value
15  of IRLCs and loans held for sale"?
16       A.  Well, as I mentioned before,
17  sometimes Capital Markets may -- once a loan is
18  closed, may sell the loan. In other cases,
19  they may hold that loan for a while. But
20  they're going to mark at the appropriate time
21  what they think that loan's value is on our
22  balance sheet.
23       Q.  What is an IRLC?
24       A.  I don't know.
25       Q.  If you could look at the next page

100

1  of the document, which at the bottom says --
2  has a number 33 on it.
3       Does the term "investment" -- I'm
4  sorry.
5       Does the term "interest rate lock
6  commitments" -- are you familiar with the term
7  "interest rate lock commitments"?
8       A.  Would you maybe point me to where
9  you're reading?
10       Q.  I'm not reading. I'm asking you if
11  the term "interest rate lock commitments"
12  you're familiar with.
13       A.  I'm familiar with the term "interest
14  rate lock." It's something that we offer the
15  client when they -- if they want to lock their
16  mortgage at the time of origination or at any
17  time throughout the process.
18       Q.  So I would just like to focus your
19  attention on the sentence that is the last
20  sentence on the top of that internal page 33.
21  It says:
22       "In addition, the fair value of
23       IR" --
24       MR. SCOTT:  I'm sorry. Where are
25  you?

101

1       MR. BARRY:  The last sentence on the
2  top of internal page 33, which is the
3  fourth page of the document.
4       MR. SCOTT:  The third line up from
5  the follow-on paragraph that comes over;
6  is that what you're saying?
7       MR. BARRY:  Yes.
8       MR. SCOTT:  Where it says "In
9  addition"?
10       MR. BARRY:  Yes. "In addition."
11       MR. SCOTT:  Let me just point you
12  there.
13       THE WITNESS:  Okay.
14  BY MR. BARRY:
15       Q.  (Reading.)
16       "In addition, the fair value of
17       IRLCs are measured based upon the
18       difference between the current fair
19       value of similar loans (as determined
20       generally" through -- "for mortgages
21       held for sale) and the price at which
22       we have committed to originate the
23       loans subject to the anticipated loan
24       financing probability or pull-through
25       factor, which is both significant and

102

1      highly subjective."
2          Do you see that?
3      A.  I do.
4      Q.  Do you understand what that means?
5      A.  I think I have an okay understanding.
6   It may not be perfect, but --
7      Q.  So why don't you explain that to me.
8   Explain your understanding, please.
9          MR. SCOTT:  Hold on.
10         Objection to form.  You can answer.
11     A.  As we were talking about with the
12  warehouse lines, as we're originating loans,
13  there's a rate that the client has been in some
14  cases locked into.  They've been guaranteed.
15         And every minute of the day, that
16  could be changing, right, the 10-year Treasury
17  balances, 10, 20, 30 basis points.  It's moving
18  around.
19         And so as they hedge, they're trying
20  to make sure that they've got coverage so when
21  we execute on that lock 30 or 60 days from now,
22  whenever it might be, that we're protected.
23         And I think what they're saying is
24  they're trying their best to at any given time
25  balance what they've hedged with what is locked

103

1   with what's committed to be sold with what's
2   also going to be held on our balance sheet to
3   try to determine -- and then pull-through,
4   because sometimes 80 percent of loans pull
5   through, sometimes only 60 percent of loans
6   pull through from origination to close.
7          So they're trying to determine,
8   taking all those things, what the value is of
9   those locks at any given time.
10  BY MR. BARRY:
11     Q.  Okay.  So let me focus on the last
12  clause, which says:
13         "Subject to the anticipated loan
14         financing probability, or pull-through
15         factor (which is both significant and
16         highly subjective.)"
17         What does that clause mean?
18         MR. SCOTT:  Objection, form.
19     A.  When you originate a loan, although
20  the loan officer is doing their best to know
21  that the client will be approved, they're not
22  the underwriter.  They don't know for certain.
23         And so they're trying --
24  Capital Markets is trying to determine what
25  might the financing probability -- are they

104

1   going to get approved?  What might that be in a
2   given time?
3          And if it's a 30-year fixed mortgage,
4   that might be a different probability than if
5   it's a one-year adjustable rate mortgage.
6          And then pull-through.  So if home
7   values are going up in America, there might be
8   a higher probability that the appraisal will
9   come in at value.
10         If home values are more stagnant,
11  then a higher probability the appraisals might
12  not come in at the value the client requested.
13         So they're just talking about these
14  unknown things that they're doing their best to
15  understand.  And sometimes they're looking
16  internally.  Sometimes they're looking at Ivy
17  Zelman or external forecasts, trying to get an
18  idea of what's happening across the country to
19  figure out what might pull through.
20  BY MR. BARRY:
21     Q.  So you've used the pronoun "they."
22  Who is "they" that is making those estimates?
23     A.  The Capital Markets Group.
24         MR. BARRY:  Look at Exhibit -- we'll
25  call this -- what is this?  What am I on?

105

1          MR UPADHYA:  Seven.
2          MR. BARRY:  Exhibit 7.
3          (Excerpts of IPO Prospectus of
4          Rocket Companies 08/05/2020, marked
5          as Exhibit 7.)
6   BY MR. BARRY:
7      Q.  Exhibit 7 I've handed you are
8   excerpts of the IPO prospectus of
9   Rocket Companies dated August 5th, 2020.
10         Without regard to this document that
11  I'm sending you, have you seen and are you
12  familiar with the prospectus that
13  Rocket Companies filed on or about August 5th,
14  2020?
15         MR. SCOTT:  Objection, compound.
16     A.  I'm familiar with a prospectus that
17  we created to go public, yes.
18  BY MR. BARRY:
19     Q.  Okay.  Could you look at the
20  penultimate page, which has the number 207 at
21  the bottom --
22     A.  Thank you.
23     Q.  -- of this excerpt.
24         MR. SCOTT:  And I'm also, just for
25  the record, going to object to this

106

1    document. Just using the excerpts of the
2    document, it's not an authentic document.
3    BY MR. BARRY:
4        Q.   Okay. And I just want to -- the
5    penultimate paragraph, under "Capital Markets
6    Capabilities," it says:
7            "We have an experienced
8        Capital Markets team consisting of
9        over 400 team members who actively
10       manage the pooling and selling of
11       loans to the secondary market, as well
12       as all risk mitigation involved in the
13       securitization process. The
14       Capital Markets team leverages
15       proprietary data collection to
16       maximize pull-through rate visibility
17       and establish an efficient market rate
18       hedging program, which helps protect
19       our balance sheet from adverse rate
20       movements."
21           Do you see that?
22       A.   I do.
23       Q.   Okay. I want to ask about what is
24   the proprietary data -- first off, is that the
25   "they" you're talking about in terms of the

107

1    team responsible for the -- estimating the
2    pull-through rates, for example?
3        MR. SCOTT:   Objection, form.
4        A.   Whenever talking about "they" in
5    terms of hedging those Capital Markets, I think
6    this is probably a combination of teams that
7    would be working on pull-through rates.
8    BY MR. BARRY:
9        Q.   Okay. So it says, "The
10   Capital Markets team leverages proprietary
11   data collection."
12           What is proprietary data collection?
13       A.   I couldn't say every aspect, but in
14   particular, the two points that come to me is
15   they would be working with our third-party
16   appraisal service providers.
17           We use groups that -- you know, four
18   or five large groups in the country that
19   everyone uses to understand the timing on
20   appraisal, how long it might take in this time
21   period in particular because there was so much
22   volume.
23           In some areas of the country, you
24   might wait 90 or 120 days for an appraisal and
25   the client wouldn't stick around that along.

108

1        So they would be getting information
2    from those parties to understand what the
3    appraisal time period might be, and then also
4    working with our operations group to look at
5    how long is it taking to underwrite a file or
6    those sorts of things, because they're trying
7    to figure out how long they're going to hedge
8    these loans for.
9        Q.   So the information that they're
10   obtaining from third parties, are they doing
11   anything internal with those numbers?
12       A.   Probably -- I mean, look, if I were
13   to look at this data and then look at what the
14   industry was reporting in terms of how the turn
15   times were for appraisals or how long the
16   average mortgage company is taking to
17   underwrite a file, I mean, there might be small
18   nuances, but probably very, very similar.
19           So I can't imagine there was a lot of
20   extra adjustment to the numbers.
21       Q.   So what does it mean, "proprietary"?
22   What does "proprietary" mean in this context?
23           MR. SCOTT:   Objection. Asked and
24   answered.
25       A.   Again, like I said, I didn't work in

109

1    the Capital Markets Group, so they would have
2    to answer specifically. I'm giving you my best
3    knowledge, I suppose.
4        MR. BARRY:   I've been told we have
5    to take a break for the video.
6        MR UPADHYA:   We have five minutes,
7    if you want to --
8        MR. BARRY:   Why don't we just take a
9    break for the video right now.
10       THE VIDEOGRAPHER:   This marks the
11   end of media unit number 1.
12           We are off the record at 12:23 p.m.
13           (Recess taken.)
14       THE VIDEOGRAPHER:   This marks the
15   beginning of media unit number 2. The
16   time is 12:37 p.m.
17           We are back on the record.
18   BY MR. BARRY:
19       Q.   During the break, did you talk about
20   your testimony with your lawyers at all?
21       A.   No.
22       Q.   Looking back at Exhibit 6, which is
23   the 10-K excerpts, flip back to the page we
24   were looking at that has the number 33 on the
25   bottom.

Jay Farner   December 04, 2023

110

1    A.  Okay.
2    Q.  And I want to focus on the last
3  clause again.  It says:
4        "Subject to the anticipated loan
5      financing probability or pull-through
6      factor, which is both significant and
7      highly subjective."
8        Do you have an understanding as to
9  what that means, as it being significant and
10 highly subjective?
11       MR. SCOTT:  Objection, form.
12   A.  Again, I didn't write the material.
13 My best, I guess, guess would be that through
14 housing changes, underwriting changes, you
15 might get -- you know, one set of guidelines
16 from Fannie Mae or Freddie Mac and then they
17 could make a change in 30 or 60 days and it
18 could alter how -- the percentage of approval
19 rates or those sorts of things.  So the
20 industry would then kind of have to adjust.
21       The most recent example I can come up
22 with would be, I just saw that mortgage
23 companies are changing the loan limits because
24 they're anticipating what Fannie and Freddie
25 are going to do here at the end of the year.

111

1  So that -- those type of things.
2        In this business, everyone is kind of
3  selling to one or two entities in terms of the
4  underwriting guidelines you're using.  But we
5  don't know until they tell the world what is
6  going to happen.  And that can make -- you
7  know, things can change.
8        FHA, too, is another big one where
9  they'll make changes and then it will cause
10 pull-throughs to change quite a bit.
11 BY MR. BARRY:
12   Q.  Let me focus on the term "highly
13 subjective."
14       Subjective with respect to whom?
15       MR. SCOTT:  Objection to form.
16   A.  I don't know.  I didn't write the
17 sentence.  So I would probably go back to what
18 I just said, is although you're allowed to have
19 a voice, sometimes when insurance companies
20 change the PMI or the FHA changes guidelines or
21 the amount they're going to charge -- the most
22 recent thing I can think of when I was still
23 CEO is FHA went in and did like a loan-level
24 adjustment on what they were charging clients.
25       And until the day that they announced

112

1  to the industry they're doing it, people were
2  not aware.  And then it can change basis points
3  by like 30 basis points.
4        They're -- so the subjectivity
5  probably to those institutions that we just
6  don't know what they're going to do until they
7  do it.
8  BY MR. BARRY:
9    Q.  So this is referring to the
10 pull-through factor as being significant and
11 highly subjective.
12       So let's focus on the pull-through
13 factor.
14       Who is making the determination as
15 to the pull-through factor for Rocket?
16       MR. SCOTT:  I'm going to object to
17 form and move to strike counsel's opening
18 remark.
19   A.  What I'm reading this -- I'm kind of
20 reading this as saying it's all of those things
21 in the sentence.  So the fair market value
22 based on the price or the anticipated loan
23 financing or the pull-through factor.
24       And, again, going back to what I just
25 talked about, so the way it works is we've got

113

1  a Rocket underwriting system, but you're
2  pulling in the Fannie Mae or the Freddie Mac or
3  the FHA underwriting guidelines and then
4  working towards what they are giving you.
5        And so they're adjusting the
6  debt-to-income ratio -- it used to be 48, now
7  it's 46 -- that can affect how many loans are
8  going to close.
9        Or I think we had talked about
10 before, one problem we had in particular during
11 this time frame, when you go from two and a
12 half trillion dollars of mortgages to five and
13 a half trillion, you didn't double the number
14 of appraisers in the country.
15       And so these guys were just -- they
16 would only work, and then it would be November
17 and they say:  I'm going hunting.  And all of a
18 sudden you couldn't find an appraiser, which
19 affected the pull-through.
20       But I think that that's -- I think
21 this -- to your question, I think it refers to
22 all -- all of those in that sentence, but those
23 are the reasons why it would be subjective.
24       And then, of course, that would
25 change our pull-through.  It would be

Jay Farner December 04, 2023

114

1 significant to how we performed.
2 BY MR. BARRY:
3    Q. And your Capital Markets Group would
4 make determinations as to the estimated
5 pull-through factor that it would use to make
6 these calculations?
7    MR. SCOTT: Objection to form.
8    A. Well, they're using -- their interest
9 in that is the hedging that they're doing. So
10 they're trying to take the information we've
11 just discussed to then make sure they're
12 hedging the pipeline properly.
13 BY MR. BARRY:
14    Q. And that information and how they're
15 hedging is not public, correct?
16    MR. SCOTT: Objection, form.
17    A. Like I think I just mentioned, almost
18 all of that information is public actually.
19 That's why we're all kind of hedging the same
20 way. And people can go on their Bloomberg and
21 see what everyone is doing.
22    I can't think of lots of significant
23 information that we weren't getting from either
24 third parties or wasn't kind of industry --
25 available in the industry.

115

1 BY MR. BARRY:
2    Q. So you don't think there's anything
3 nonpublic about the pull-through factor that
4 was being used by Rocket in determining fair
5 value of interest rate lock commitments?
6    A. I want to be careful. I don't want
7 to say "anything" because I don't know all the
8 things that the Capital Markets Group might
9 have been using. But I've tried to share what
10 I'm familiar with.
11    Q. So you don't know if the
12 pull-through factor that was being used by the
13 Capital Markets Group in determining the fair
14 value of interest rate lock commitments is
15 public or not public?
16    MR. SCOTT: Objection, asked and
17 answered.
18    A. Yes. To my knowledge, as someone who
19 has been with the company for quite some time,
20 I've shared with you the factors that I was
21 aware of that were the most important in
22 understanding how quickly loans would close.
23 BY MR. BARRY:
24    Q. But you don't know if there's
25 anything else that they used that was

116

1 nonpublic?
2    MR. SCOTT: Objection. Asked and
3 answered.
4    A. Yeah. I'd have to talk to somebody
5 in Capital Markets if there's something I'm
6 missing.
7 BY MR. BARRY:
8    Q. Look on page -- flip a few pages
9 back. And the number on the bottom of the
10 page is 60.
11    Do you see that page -- you found
12 that page with 60 on the bottom?
13    A. Yeah.
14    Q. The -- I'll use the term again, the
15 penultimate paragraph:
16    "An estimate of the gain on sale of
17    loans, net, is recognized at the time
18    an IRLC is issued, net of an estimated
19    pull-through factor. The pull-through
20    factor is a key assumption and
21    estimates the loan funding
22    probability, as not all loans that
23    reach IRLC status will result in a
24    closed loan."
25    Do you see that?

117

1    A. I do.
2    Q. Do you know if the estimate, the
3 pull-through factor estimates are public or
4 nonpublic as used by Rocket?
5    MR. SCOTT: Objection to form.
6    A. I'm sorry. Just to clarify. Are you
7 asking whether we published our estimate or
8 whether we used public information to help us
9 with our estimate?
10 BY MR. BARRY:
11    Q. Whether you published your estimates
12 of the pull-through factor that was used by
13 Rocket to determine the IRLC's value.
14    MR. SCOTT: Objection, form.
15    A. You know, I do not know. I'm -- I
16 would -- I would guess, based on the regulation
17 in the industry, that those type of things were
18 shared with Fannie Mae, with Freddie Mac.
19    Remember, this is the US housing
20 industry. So they're very kind of into what
21 you're doing, who is getting approved, who is
22 not getting approved. And I know we shared
23 that data and that data was published.
24    I would imagine that in some cases,
25 it was aggregated. And I would imagine in

Jay Farner  December 04, 2023

|  | 118 |
|---|---|

1   other cases, the data was specified by lenders,
2   especially because during this period of time,
3   I think we were the largest lender in the
4   country.
5        And so it may not have been delivered
6   just from Capital Markets, but I think that
7   that information was circulated to the public
8   and to analysts and those sorts of things.
9   BY MR. BARRY:
10       Q.  Let's look back at page 95, which is
11  the last page of the document with a 95 on the
12  bottom.
13       The last paragraph says:
14       "The following is a description of
15       measurement techniques for items'
16       recorded fair value on a recurring
17       basis.  There were no material items
18       recording at fair value on a
19       nonrecurring basis as of
20       December 31st, 2020, or December 31st,
21       2019."
22       And then there are one, two, three,
23  four subparagraphs.
24       Do you see that?
25       A.  I do.  I'm trying to kind of make

|  | 119 |
|---|---|

1   sure I understand what this document is.
2        Fair value measures...
3        Q.  Okay.
4        Do you see that?
5        A.  Yeah.  I'm reading it.  Give me a
6   moment.
7        Q.  Sure.
8        MR. SCOTT:  Take as much time as you
9   like.
10  BY MR. BARRY:
11       Q.  Let me know when you're ready,
12  please.
13       A.  Okay.  Okay.
14       Now I'm down to the sentence I think
15  you referenced as "The following"?
16       Q.  Sure.
17       A.  Okay.
18       Q.  I want to focus on the
19  subparagraph --
20       A.  I want to read that sentence here.
21  I just wanted to make sure that was the one you
22  wanted me to read.
23       Q.  Sure.
24       A.  Okay.
25       Q.  Okay.  I'd like to focus on the

|  | 120 |
|---|---|

1   second subparagraph in there.  It says:
2        "IRLCs."
3        Do you see that?
4        A.  I do.
5        Q.  It says:
6        "The fair value of IRLCs is based
7        on current market prices of securities
8        backed by similar mortgage loans as
9        determined above under mortgage loans
10       held for sale.  Net of costs to close
11       the loans subject to the estimated
12       loan funding probability or
13       pull-through factors.  Given the
14       significance and unobservable nature
15       of the pull-through factor, IRLCs are
16       classified as level 3."
17       Do you see that?
18       A.  I do.
19       Q.  What do you understand to be the
20  unobservable nature of the pull-through
21  factor?
22       MR. SCOTT:  Objection, form.
23       A.  The only thing that I could --
24  I don't know for certain.  The only thing that
25  I could hazard a guess to would be perhaps

|  | 121 |
|---|---|

1   changes in -- I don't know.  I'd be having to
2   speculate here.
3   BY MR. BARRY:
4        Q.  Okay.  Well, let's look up the
5   definition of level 3, which is a couple
6   paragraphs up.  It says:
7        "Fair value measurements are
8        classified in the following manner."
9        And the paragraph we just read said
10  IRLC are classified as level 3.  And then
11  there's a definition of level 3 here that
12  says:
13       "Level 3 valuation is based on the
14       Company's internal models using
15       assumptions at the measurement date
16       that a market participant would use."
17       A.  Yes, sir.
18       Q.  Do you see that?
19       A.  Yes, sir.
20       Q.  So do you have an understanding of
21  what the Company's internal models are with
22  respect to IRLCs?
23       A.  Again, I think it was taking
24  assumptions, it says here, "that a market
25  participant would use."

122

1        So probably anybody in the market
2   buying or selling mortgages and then trying to
3   determine, you know, how many FHA loans might
4   we have, or how many Fannie Mae loans might we
5   have, or how many Freddie Mac loans might we
6   have, and then using that data, you could get
7   that pull-through.
8        But anyone can see how many Freddie
9   or Fannie loans were trading. We publish that
10  information.
11       Q. I'm not asking about Freddie or
12  Fannie loans. I'm asking about the Company's
13  internal models.
14       Who developed the internal models
15  that are referred to in level 3?
16       MR. SCOTT: Objection to form.
17       Move to strike counsel's opening
18  remark on the question there, which is
19  just a statement of counsel's view of the
20  matter. So I move to strike it.
21       You can answer.
22       A. Yeah. We've kind of already touched
23  on this, which is I believe Capital Markets
24  would be running these models, and again, I
25  think they would be using measurement data, as

123

1   it says, "that a market participant would use."
2   BY MR. BARRY:
3        Q. So they're drawing observable data
4   and putting it into internal models that
5   Capital Markets has developed, right?
6        MR. SCOTT: Objection, form.
7        A. Internal models that are based on
8   other information that people in the market
9   have.
10  BY MR. BARRY:
11       Q. But they're models that are internal
12  to Rocket, right?
13       A. I would think that anything that
14  someone would do that worked inside the Company
15  would be considered internal versus a third
16  party that would be external.
17       Q. Let's go back to Exhibit 5, please.
18       What is the -- before we look at
19  Exhibit 5, what's the gain on sale margin?
20       A. Of?
21       Q. What's the gain on sale of loan
22  margin?
23       A. Of?
24       Q. Is that a question? I'm sorry.
25       A. I'm asking you, sir. Yes.

124

1        Q. Let's look at page 4 of Exhibit 5.
2        Actually, I'm sorry, let's go back
3   to page 2 of Exhibit 5. This is under --
4   there's a table at the top. And the second
5   line refers to "Gain on sale margin."
6        Do you see that?
7        A. I do.
8        Q. What is that?
9        A. This references my question back to
10  you because inside of the Rocket Companies'
11  platform, there would be loans that were FHA,
12  loans that were conventional.
13       There would be second loans, personal
14  loans, loans done through our wholesale
15  division, our partner group, and each one was
16  looked at differently and managed differently.
17       And so what we would make on selling
18  those loans would be different. Those are
19  really the more relevant numbers.
20       For this, they would wrap these
21  together to come up, I think, with an average,
22  which isn't very meaningful, but looking
23  backward, it will at least tell you what the
24  loans were sold at.
25       Q. Okay. So the -- this gain on sale

125

1   margin numbers that are reported here for
2   2019 -- for the fourth quarter of 2019 and the
3   full year of 2020 and 2019, these are
4   aggregate numbers over the different kinds of
5   loans that are sold regarding the GOSM?
6        A. Correct. And those are going to vary
7   by the day, week, month, based on all the other
8   changes we just discussed.
9        Q. Okay. Under "Fourth Quarter
10  Highlights," the one, two, third, fourth
11  paragraph, it says you:
12       "Increased gain on sale margin by
13       100 basis points year-over-year to
14       4.41 percent."
15       Do you see that?
16       A. I do.
17       (Clarification by the reporter.)
18  BY MR. BARRY:
19       Q. And under "Full Year Highlights,"
20  the second to the last bullet:
21       "Increased gain on sale margin by
22       127 basis points year-over-year to
23       4.46 percent."
24       Do you see that?
25       A. Yes.

Confidential                    Jay Farner    December 04, 2023

126

1        Q.  In providing earnings announcements,
2   Rocket typically disclosed its gain on sale
3   margin for loans in the quarter and year,
4   right?
5            MR. SCOTT:  No.  Objection to form.
6        A.  Yeah.  I don't think we ever
7   disclosed, unless it was year-end and we could
8   look back over 12 months what we had done.
9   BY MR. BARRY:
10       Q.  Yep.
11       A.  But typically, at most, we would look
12   at a quarter.  Because of all the variables
13   I already discussed, it was something you can't
14   predict.  You can only look back and learn what
15   you've already done.
16       Q.  Okay.  So for each quarter, they
17   would disclose the GOSM for that quarter,
18   right?
19            MR. SCOTT:  Objection to form.
20       A.  For each -- meaning, like, for
21   example, here, if we're reporting in February,
22   we would tell you what had happened --
23   BY MR. BARRY:
24       Q.  Yes.
25       A.  -- in the previous quarter.

127

1        Q.  Correct.  What's what I'm asking.
2        Correct?
3        A.  For a period of time, yes.
4        Q.  And when you're reporting full-year
5   results, you reported the full-year GOSM?
6        A.  Because it was looking backwards in
7   time, yes.
8        Q.  Okay.  And on a quarterly basis, you
9   actually gave guidance for one quarter going
10   forward, didn't Rocket?
11       A.  For a period of time we did, yes.
12       Q.  It certainly did in the -- for
13   the -- in connection with the fourth quarter
14   earnings announcement that we're looking at
15   here as Exhibit 5, if we look at page 4,
16   please.
17       All right.  So under "First
18   Quarter 2021 Outlook."
19       Do you see that?
20       A.  I do.
21       Q.  It says:
22       "We expect the following ranges in
23       Q1 2021:  Closed loan volume of
24       between 98 billion and 103 billion or
25       an increase of 90 percent to

128

1       99 percent compared to 51.7 billion
2       for the first -- in the first quarter
3       of 2020."
4       Do you see that?
5        A.  I do.
6        Q.  Who came up with that estimate?
7        A.  Well, probably the MBA or a variety
8   of folks who would project what loan volume
9   might be in 2021.
10       And then our group would look at that
11   and use that to try to determine what our loan
12   volume might be in combination with some of the
13   strategies that we might implement.
14       Q.  Okay.  How about the net rate -- the
15   next bullet:
16       "The net rate volume of between
17       88 billion and 95 billion, which would
18       represent an increase of 57 percent to
19       70 percent compared to 56.0 billion for
20       the first quarter of 2020."
21       Again, who would have been
22       responsible for coming up with that
23       projection?
24            MR. SCOTT:  Objection, form.
25       A.  Same situation.  We would look at

129

1   kind of industry predictions, predictions on
2   interest rate movement, and then that would
3   inform us what we thought our percentage of the
4   market share would be.
5   BY MR. BARRY:
6        Q.  And then:
7       "Gain on sale margins of
8       3.6 percent to 3.9 percent, which
9       would be an improvement of 35 to 65
10       basis points compared to 3.25 percent
11       in the first quarter of 2020."
12       Do you see that?
13       A.  I do.
14       Q.  Again, who was responsible for those
15   projections?
16       A.  Well, it's a similar situation here.
17   We would be looking at what's occurring in the
18   market.
19       But please keep in mind that on
20   February 25th, we were already two months into
21   the first quarter.
22       So as I had said before, on gain on
23   sale, you can look back at what you've done.
24   So we would also be able to look at what
25   two-thirds of the quarter was already, and then

Jay Farner December 04, 2023

**130**

1  look at what people had been projecting for the
2  10-year Treasury and things in the next few
3  weeks, and that could help them come up with
4  what a gain on sale range might be.
5       Q.  Exhibit 8 -- let me back up.
6       Do you have a recollection of what
7  the market's response was to the fourth
8  quarter earnings announcement?
9       MR. SCOTT:  Objection to form.
10      A.  Maybe you can give me more specifics
11  when you say "response."
12      MR. BARRY:  Let's look at Exhibit 8.
13      (Short Message Report 03/01/2021,
14          beginning Bates
15          ROCKET_DELAWARE00035794, marked as
16          Exhibit 8.)
17  BY MR. BARRY:
18      Q.  For the record, what I've produced
19  is a text -- produced a document,
20  ROCKET_DELAWARE00035794.
21      Have you ever seen this document?
22      A.  I don't know about -- I'm looking at
23  the -- what appears to be a copy/paste of a
24  Wall Street Journal article.
25      Q.  All right.

**131**

1       A.  It looks familiar to me.
2       Q.  So do you recall reading this
3  article following the fourth quarter 2020
4  earnings announcement?
5       A.  I don't specifically recall reading
6  it, no.
7       Q.  So let's start in the article.
8       The first paragraph of the article
9  reads -- at least in the text, reads:
10      "There are some strong emerging
11      headwinds for mortgage lenders right
12      now, but Rocket appears to be
13      navigating through them better than
14      expected."
15      Do you see that?
16      A.  I do.
17      Q.  That forecast is a pretty positive
18  article about Rocket, right?
19      MR. SCOTT:  Objection, form.
20      A.  I haven't read it all, so I could
21  read it and give you my opinion, if you would
22  like.
23      MR. SCOTT:  Yeah.  Why don't you do
24      that if he's going to ask you questions.
25      Read the article.

**132**

1       THE WITNESS:  Okay.
2  BY MR. BARRY:
3       Q.  Let me know when you're ready,
4  please.
5       A.  Okay.
6       Q.  This is a -- generally speaking,
7  this is a positive story for Rocket, right?
8       MR. SCOTT:  Objection to form.
9       A.  I think it's got some positives about
10  our performance.
11      It also spends a lot of time talking
12  about the headwinds in the mortgage industry,
13  that rates are going to be moving up, that
14  margins are going to be moving down, that loan
15  volume may be moving down.
16      So I guess, on balance, it probably
17  doesn't speak too well.  It says:  It might
18  make investors queasy, but a modest or
19  temporary spike in rates could also shake out
20  some weaker competitors, which would help us,
21  of course.
22  BY MR. BARRY:
23      Q.  So let's look down at the fourth
24  paragraph.  It says:
25      "Investors might be more focused on

**133**

1       another measure, which is how much
2       originators are earning per mortgage
3       sold.  And there, Rocket is also doing
4       as well as can be expected.  It
5       reported a quarter-over-quarter
6       decline in the closely watched gain on
7       sale margin, which measures how much
8       is earned when mortgages are sold from
9       4.52 percent to 4.41 percent.  But
10      Rocket's drop was less than one-third
11      as much as the median decline among
12      mortgage lenders and banks, according
13      to figures tracked by analysts at
14      Piper Sandler."
15      Do you see that?
16      A.  I do.
17      Q.  So what they're saying is Rocket's
18  reported GOSM was -- although declining,
19  wasn't declining as much as the median among
20  other mortgage lenders, right?
21      MR. SCOTT:  Objection, form.
22      A.  Well, "they" as an analyst.  There
23  are a lot of analysts out there in the market
24  talking about what rates were and what they
25  might do.  I think quite a few analysts thought

134

1  our gain on sale might be lower than what we
2  had said, others higher.
3         I think what they're basically saying
4  is that, in general, people are watching this
5  because everyone knows that rates are going up
6  and margins are coming down.
7         And in looking back, we outperformed
8  in the fourth quarter versus other people.
9  BY MR. BARRY:
10     Q.  And the next paragraph talks about
11 the forecast.  It says -- let's read it:
12         "As is typical in a heavy-volume
13         market, Rocket expects gain on sale to
14         narrow further, to a range of
15         3.6 percent to 3.9 percent in the
16         first quarter.  That is still better
17         than what Wall Street was expecting,
18         at below 3.6 percent, according to
19         analyst estimates compiled by
20         Visible Alpha."
21         Do you see that?
22     A.  I do see it, yes.  So they're, again,
23 talking about what people are estimating and
24 what we were estimating, as I talked about.
25         At this point in time, we had

135

1  two-thirds of that quarter already done.  And
2  so we're probably at a bit of an advantage over
3  an analyst in that particular scenario because
4  that was information that -- we had already
5  done that work.  Those loans that had already
6  been originated.
7      Q.  So because two-thirds of the quarter
8  had already been accomplished by the time
9  you're giving the guidance for the first
10 quarter results, you had better information
11 than the analysts did?
12     MR. SCOTT:  Objection, form.
13     A.  Well, we were using that information.
14        Again, what's happening out in the
15 Bloomberg, people can -- anybody can see, and
16 this particular analyst, I suppose,
17 Visible Alpha.
18     MR. BARRY:  Yeah.
19         Exhibit 9.
20         (Email chain 03/01/2021, beginning
21         Bates ROCKET_DELAWARE00070799,
22         marked as Exhibit 9.)
23 BY MR. BARRY:
24     Q.  Exhibit 9 is an email dated March
25 1st, 2021, produced at

136

1  ROCKET_DELAWARE00070799.
2         Have you ever seen this?
3      A.  I've seen Angelo send out emails
4  letting us know when the window was opening and
5  when it's going to close.
6      Q.  So this email indicated that the
7  trading window for the spring of 2021 would
8  open on March 1st, 2021, and would close when
9  the market closes for trading on March 17th,
10 2021, right?
11     A.  Yeah.  I believe this is right after
12 the earnings that we had reported in late
13 February.  So it would make sense that the
14 window would now open.
15     Q.  So were you aware of the trading
16 window that opened on March 1st, 2021?
17     A.  I was.
18     MR. BARRY:  Okay.  Exhibit 10.
19         (Short Message Report 03/01/2021,
20         beginning Bates
21         ROCKET_DELAWARE00098511, marked as
22         Exhibit 10.)
23 BY MR. BARRY:
24     Q.  And you were aware that the window
25 was scheduled to close on March 17th, correct?

137

1      A.  Yeah.  I think about this time,
2  because we had released earnings and I think we
3  saw some stock improvement, I may have even
4  more actively engaged with Mr. Elkins, kind of
5  pointing out or making sure he was seeing that
6  the stock was up because the window was open,
7  and if we could get, you know, some additional
8  improvement and stability in the stock, I think
9  we were now starting to think maybe this would
10 be our opportunity to do -- to do something to
11 complete that IPO process at this point in
12 time.
13     Q.  I've handed you a document marked as
14 Exhibit 10, produced as -- it's a text
15 produced at ROCKET_DELAWARE00098511.
16     MR. SCOTT:  Did you mark this as 11?
17     MR. BARRY:  I'm sorry.  I think this
18 is 10.
19     MR. SCOTT:  You marked it as 10,
20 okay.
21     MR. BARRY:  Yeah.
22 BY MR. BARRY:
23     Q.  This is a text between Scott Elkins
24 and Brian Brown, correct?
25     A.  It looks that way, yeah.

138

1  Q.  This is -- in a text at 11:45 a.m.
2  on March 1st, Mr. Elkins writes:
3      "Where are we on a secondary
4  filing?"
5      And at the same time texts:
6      "MS is trying to reach me, likely
7  to discuss."
8      Do you see that?
9  A.  I do, yeah.
10  Q.  Prior to Mr. Elkins sending this
11  text, had you had any discussions with
12  Mr. Elkins about a secondary offering?
13      MR. SCOTT:  Objection to form.
14  A.  As I just said, I think around the
15  time of that earnings call, when we saw some
16  positive movement, Scott and I had been
17  discussing now might be a good time.
18      I couldn't tell you exact timing of
19  February 28th or what day that might have been.
20  But roughly this -- it may have actually
21  triggered Scott to send this to Brian.  I don't
22  know.
23  BY MR. BARRY:
24  Q.  In the third line, Brian writes:
25      "We can't do secondary until after

139

1      10-K is filed, which is March 25th.
2      Yes, OCCI reached out to me as well."
3      Do you know what Mr. Brown is
4  talking about there?
5      MR. SCOTT:  Objection, form.
6  A.  No, I don't, actually.  I don't know
7  the specifics of that.
8  BY MR. BARRY:
9  Q.  Okay.
10  A.  I see Mr. Morganroth is suing
11  someone.
12  Q.  Was it your understanding that the
13  Company couldn't do a secondary offering until
14  after a 10-K was filed?
15      MR. SCOTT:  Objection to form.
16  A.  No.  I don't recall having that
17  understanding.
18      MR. BARRY:  Okay.  Look at
19  Exhibit 11.
20      (Short Message Report 03/01/2021,
21      beginning Bates
22      ROCKET_DELAWARE00097669, marked as
23      Exhibit 11.)
24  BY MR. BARRY:
25  Q.  Exhibit 11 is a text produced at

140

1  ROCKET_DELAWARE00097669.
2      This is also dated March 1st, 2021.
3  And it's 1:06 p.m.  You text, Mr. Farner:
4      "Secondary????"  With four question
5  marks.
6      Do you see that?
7  A.  I do.
8  Q.  What prompted this text?
9  A.  I believe, probably the other one as
10  well, I think there was probably stock price
11  movement that was getting us closer to what we
12  felt was a fair value for the Company.
13  Q.  And what was the -- prior to sending
14  this -- let me back up.
15      From your communication with
16  Ms. Booth in December 2020 that we talked
17  about earlier, through this text, March 1st,
18  2021, do you recall having any other written
19  communications about a secondary offering by
20  Rocket?
21  A.  I can't recall necessarily having any
22  written communications.  I don't think the
23  process Mr. Elkins was under necessarily would
24  have stopped during that period of time.  He
25  was pretty aware, since we did the IPO, that we

141

1  were still trying to get that next billion
2  done.
3      And I don't know the exact movement
4  of the stock, but I'm going to just assume that
5  during the December and January time period, it
6  was probably at a level where it just wasn't
7  interesting enough for us to have a lot of
8  engagement around it.
9      But it doesn't mean his team wasn't
10  making calls or doing what they do.  I just
11  don't think we were actively engaged.
12      It was really after the earnings call
13  and the stock started moving up that I think,
14  you know, we all started thinking, hey, this
15  may be our opportunity to fulfill the next, you
16  know, chunk for the 3 billion.
17      But that's what I can remember, is
18  that that got interesting then after that
19  earnings call.
20  Q.  I guess, then, prior to the earnings
21  call, did you recall having any discussions
22  with anybody about RHI selling stock
23  independently of a secondary offering?
24  A.  I think it's always on -- the only
25  way for us to complete either a secondary or

142

1 private sale or a block sale would be for RHI
2 to sell. So I don't know if we would have used
3 those terms because it was understood that that
4 would be what we were doing.
5        But, you know, Scott and I talked on
6 a fairly regular basis. I'd bump into him in
7 the hallway or whatnot, or see him in meetings.
8 This was kind of his -- he's like the
9 mergers/acquisitions/banker guy. So this is
10 what he's doing.
11        So I would venture to say that I'm
12 sure we in passing talked about it. And also
13 just -- we weren't getting a stock price that
14 we thought was of a fair value to us.
15        MR. BARRY: Exhibit 12.
16        (Short Message Report 03/01/2021,
17        beginning Bates
18        ROCKET_DELAWARE00097685, marked as
19        Exhibit 12.)
20        MR. SCOTT: Let's go to about like
21 1:30, 1:35, okay? It will be basically
22 another hour and then we can take a lunch
23 break.
24        Is that okay?
25        MR. BARRY: Sure.

143

1 BY MR. BARRY:
2     Q. Exhibit 12 is a text produced at
3 ROCKET_DELAWARE00097685.
4        Have you ever seen this document?
5     A. Yeah. Uh-huh.
6     Q. Okay. So this is a series of texts,
7 again, on March 1st, 2021, beginning at
8 2:08 p.m.
9        And you were on this text string,
10 right?
11     A. It looks that way, yes, sir.
12     Q. So Mr. Elkins' first text says:
13        "MS says they can sell relatively
14        quietly without a roadshow now via a
15        500 million plus" -- I'm sorry --
16        "500+ M 144A private issuance at $2
17        below the public share price provided
18        we rep that there is no MNPI in the
19        10-K. They talk to 10 investors,
20        'they' including our current big
21        holders. We would file a form 4 on a
22        Friday night to minimize impact to the
23        share price."
24        Do you see that?
25     A. I do.

144

1     Q. A 144A sale is different from a
2 secondary offering, right?
3     A. Based on me reading that, I'm going
4 to say yes because it says "private issuance."
5        I'm not familiar with the actual
6 numbers or terminology or what they
7 specifically mean, but the "private issuance"
8 tells me that it's different than a secondary.
9     Q. Do you know who suggested the 144A
10 sale as opposed to a secondary?
11     A. Well, again, we had been discussing
12 all of these as possible options for a long
13 period of time. In this particular case, I'm
14 reading -- I mean, Scott obviously would know.
15 He spoke with Morgan Stanley.
16        The way I'm reading this, it appears
17 maybe Morgan Stanley did.
18     Q. And this refers to an issuance at $2
19 below public share price.
20        Did you at this time have any
21 understanding as to the cost that bankers fees
22 would charge in connection with a secondary
23 offering as opposed to a -- how does that
24 compare to -- how did those --
25        MR. SCOTT: I was going to object.

145

1        MR. BARRY: Let's do that again.
2        MR. SCOTT: Okay.
3 BY MR. BARRY:
4     Q. At this time did you have an
5 understanding of how banker fees that
6 investment banks would charge in connection
7 with a secondary offering would compare to the
8 $2 per-share discount that is suggested by
9 Morgan Stanley in connection with this 144A
10 sale?
11        MR. SCOTT: Objection, form. You
12 can answer.
13     A. I wouldn't say I had an exact
14 comparison in my head. Having gone through
15 some bond issuances, the IPO, I knew that there
16 was going to be some expense to doing this.
17 Sometimes it comes in the form of fees.
18 Sometimes it comes in the form of other deals
19 you're working on that they now ride on the
20 book or so forth.
21        But I've never been through the
22 process where they didn't get paid. So I knew
23 they were going to get some money, yes.
24 BY MR. BARRY:
25     Q. But did you have an understanding as

146

1    to whether it would be more expensive to
2    accomplish the stock sale through a 144A sale
3    or a secondary offering?
4          A.  No.  My experience tells me that
5    through all the machinations I just discussed,
6    you're gonna pay.  And there's usually not wide
7    variations.
8          This was the same conversation when
9    people were talking about a SPAC or a sale or
10   an IPO initially.  You know, when you got down
11   to the end of it, they weren't that far apart.
12   It just came in different ways.
13         So I didn't have an inclination that
14   this would be significantly different one way
15   or the other over doing a secondary.
16         Q.  So did you have an understanding as
17   to whether a secondary offering or a 171 --
18   strike that.
19         So did you have any understanding as
20   to whether a secondary offering or a
21   Section 144A sale would net greater proceeds
22   relative to Rocket's then-prevailing trading
23   price?
24         A.  I didn't.  So I might have been also
25   thinking about the cost of time doing a

147

1    roadshow versus a private sale.
2          But, you know, in terms of the
3    financial aspect, I still to this day couldn't
4    tell you which one would be more expensive.
5          Q.  So you said you were looking to
6    raise an additional billion dollars following
7    the IPO.
8          A.  (Nodding head.)
9          Q.  And Morgan Stanley suggested
10   500 million.
11         A.  (Nodding head.)
12         Q.  Did you have a discussion as to that
13   delta?
14         MR. SCOTT:  Objection.
15         A.  With who?
16   BY MR. BARRY:
17         Q.  With Scott Elkins or Brian Brown.
18         MR. SCOTT:  Same objection.
19         A.  Not at this time.  I think we had all
20   discussed from the end of the IPO that, you
21   know, maybe it's a billion.  Maybe it's a half
22   a billion and then later it's another half a
23   billion.
24         I don't think we were -- had a
25   specific formula in mind.  It was more about

148

1    making sure we got the right price for the
2    value of the Company and at least had volume
3    that made it worth doing.
4          But I don't recall having a specific
5    conversation about the size of it outside of
6    anything that you're seeing here, you know,
7    versus the billion.
8    BY MR. BARRY:
9          Q.  In any case, at 2:24 p.m., you
10   wrote:
11         "Tell MS we have no interest at
12         this time.  Stock is going to 30
13         plus."
14         Do you see that?
15         A.  I do.
16         Q.  And did you --
17         A.  And my experience in working with
18   Scott and others, in particular, on some bond
19   offerings that we had done, is that helping
20   reinforce confidence with them was important
21   because, on the other end of the equation, you
22   have bankers who are trying to bring whatever
23   down, price down, etc.
24         And so kind of demonstrating that we
25   are in no rush to sell here, we're going to

149

1    wait for the right, fair price was important so
2    I didn't have people kind of running around not
3    being confident as they talked with the banks.
4          Q.  Do you know what the stock was
5    trading at on March 1st?
6          A.  No, I don't.  I imagine it was
7    probably north of $20 a share for us to be
8    engaging in this conversation, and had some
9    positive, you know, tailwinds, I guess, pushing
10   it.  But I don't know the specific price.
11         MR. BARRY:  Exhibit 13, please.
12         (Bloomberg Stock Chart, no Bates,
13         marked as Exhibit 13.)
14   BY MR. BARRY:
15         Q.  What I've handed you is a stock
16   chart that I printed off from Bloomberg that
17   reflects the open, high, low, and closing
18   price of Rocket -- RKT US equity from
19   August 5th, 2020, through July 1st, 2021.
20         I'm going to represent I just
21   printed this off of Bloomberg.
22         If you would look at -- flipping
23   back to March of 2021, it reflects the stock
24   price as reflected by Bloomberg.
25         Do you have any basis to believe

150

1    that this is somehow incorrect?
2        MR. SCOTT:  Objection, form.
3        A.  No.  If you say you printed this off
4    Bloomberg, I wouldn't say it's wrong.
5    BY MR. BARRY:
6        Q.  I just want to point out the window
7    that we're talking about was open from
8    March 1st through March 17th, 2021, right?
9        A.  Yeah.  I want to make sure I get to
10   that.  That's what we just saw in that other
11   document, yes.
12       Q.  And I just want to point out that
13   the stock price never traded below $23.48 in
14   that entire time, correct?
15       Or $22.52.  I'm sorry.
16       A.  Yeah.
17       Q.  I'm on March 1st.
18       So the lowest it traded in the
19   entire time was $22.5213 on March 1st, right?
20       A.  That's what this shows, yes, with
21   some pretty wild swings in there.
22       I think that's when the meme world
23   got ahold of us and we were fighting some
24   shorts or something like that, so we saw some
25   wild swings on a few of those days.

151

1        But it looks like $22.52 is the low
2    as we got going there, yeah.
3        Q.  It was consistently above $22 a
4    share, right?
5        A.  Yeah.  Like Scott said, we were
6    looking for some stability to do something.
7    And although it didn't necessarily fluctuate,
8    as you can tell, it was moving around quite a
9    bit.
10       Q.  Well, other than March 2nd, 2021, it
11   was kind of consistent, right?
12       MR. SCOTT:  Objection, form.
13       Argumentative.
14       A.  I mean, today I think when we look at
15   stock and we see it move 20 or 30 cents, we
16   think that makes sense.
17       Here you'll see, like on the 3rd, the
18   high is $39.  On the 4th, it's 30.  These are
19   pretty wild swings.
20       And, again, I think this is due to
21   some of the Robinhood retail traders that were
22   in there pushing against shorts.  So that -- in
23   my experience, those 3 or $4 movements per day
24   are pretty substantial movements.
25

152

1    BY MR. BARRY:
2        Q.  But they're all movements over $22 a
3    share?
4        MR. SCOTT:  Objection, form.
5        A.  Yeah.  But they did demonstrate like
6    lack of stability.  What you have is a lot of
7    retail traders moving the share prices around.
8        That doesn't indicate, as far as
9    I've -- it's been explained to me, that there's
10   like any stability for a large buyer to come
11   into the market to buy or to do a secondary.
12       MR. BARRY:  This is probably a good
13   time to stop.
14       MR. SCOTT:  Yeah.  Perfect.
15       THE VIDEOGRAPHER:  This marks the
16   end of media unit number 2.
17       We are off the record at
18   2:44 p.m. -- I'm sorry, 1:31 p.m.
19       (Lunch recess taken.)
20   ----------------------
21       AFTERNOON SESSION
22   ----------------------
23       THE VIDEOGRAPHER:  This marks the
24   beginning of media unit number 3.  The
25   time is 2:17 p.m.

153

1        We are back on the record.
2    BY MR. BARRY:
3        Q.  Welcome back from lunch, Mr. Farner.
4        During lunch, did you talk about
5    your deposition testimony with your counsel at
6    all?
7        A.  No.
8        MR. BARRY:  Exhibit 14, please.
9        (Short Message Report 03/04/2021,
10       beginning Bates
11       ROCKET_DELAWARE00097448, marked as
12       Exhibit 14.)
13   BY MR. BARRY:
14       Q.  For the record, Exhibit 14 is a text
15   produced at DELAWARE_ROCKET --
16   ROCKET_DELAWARE00097449 [sic].
17       Have you ever seen this document?
18       A.  I don't think so, no.
19       Q.  You're on this text string though,
20   right?
21       You can look at the fifth entry
22   down.
23       A.  Yeah.  I see my name.
24       Q.  You say:
25       "You guys ready to start buying

154

```
1        shares back?"
2        Do you see that?
3    A.  I do, yeah.
4    Q.  Did you send that text?
5    A.  Yeah.  It looks that way, uh-huh.
6    Q.  What were you talking about?
7    A.  It looks like there's kind of a funny
8  video or something, I'm guessing, from
9  Bob Sages -- maybe it's Saget and it's spelled
10 wrong.  I don't know.
11       I think I referenced earlier that
12 right around March, when meme activity got high
13 and the stock was bouncing all around, and --
14 so I think I'm kind of saying:  Guys, ready to
15 buy some shares back, maybe in a kidding manner
16 or something, based on this -- whatever Bob
17 said.  I don't know what he said.
18    Q.  Okay.  You say:
19       "Also, and how quick can Dan and I
20        buy if we wanted to?"
21       What were you talking about there?
22    A.  I maybe was asking, if we wanted to
23 buy stock, could we do it?
24    Q.  What was the -- on March 4th, 2021,
25 what was the stock trading at?
```

155

```
1    A.  I don't know.  I'd have to go look at
2  that sheet that you provided.
3    Q.  Let's go back and take a look at
4  Exhibit Number 13.
5        MR. SCOTT:  13, yeah.
6    A.  It looks like it was between 25 and
7  $30 a share or so.
8  BY MR. BARRY:
9    Q.  Okay.  So on March 4th, 2021, you
10 were talking about purchasing stock between
11 $25.38 and $30.94 a share, right?
12    A.  No.  Like I said, without seeing this
13 video from whatever was sent here, I can't give
14 you context to what my comment was.  I could
15 have been having fun or even just asking a
16 general knowledge question.
17    Q.  You were asking legal advice?
18    A.  I think I was just asking Scott a
19 basic question.  But, again, I can't see the
20 rest of this to put it in context of what it's
21 about.
22    Q.  Right, because it says "Redacted for
23 Privilege," right?
24    A.  No.  I'm speaking to the
25 Reddit/Wallstreetbets kind of thing that is up
```

156

```
1  top.
2    Q.  Okay.  So then let me ask you.  Two
3  lines down, that's under your name and
4  telephone number, it says "Redacted for
5  Privilege in connection with the discussion
6  with Scott Elkins."
7        Do you know if you were asking
8  Scott Elkins for legal advice?
9    A.  Well, he's not an attorney, so
10 I don't know if I would be asking him legal
11 advice.  I can't say for sure.  I don't know
12 what it is.
13    Q.  So you don't know the basis for the
14 redaction?
15       MR. SCOTT:  Objection, form.
16 BY MR. BARRY:
17    Q.  It was a question.  Do you know the
18 basis for the redaction?
19    A.  Oh, I don't.  This text is all over
20 the board here.  There's articles from
21 HousingWire.  I can't quite follow what --
22 what -- you know, what's going on to give you
23 context around it.
24    Q.  Sure.  On -- at 11:52 a.m.,
25 Scott Elkins writes:
```

157

```
1        "Stock is up, so this is nonissue
2         albeit good prep."
3        Do you see that?
4    A.  I do.
5    Q.  Do you know what he was talking
6  about?
7    A.  I don't.
8    Q.  Okay.  On the next page, for
9  example, at 3:30 p.m., Bill Banfield writes:
10       "We have had a better price prior
11        to today and we price about 90 minutes
12        earlier than they do.  Right now, the
13        market is off 25 to 35 bps and we have
14        held off on a reprice for the worse."
15       Do you know what he's talking about?
16       MR. SCOTT:  Objection, form.
17    A.  There's something above here --
18 again, I can't see the article.  But around
19 this time, one of our competitors had come out
20 saying that -- I can't remember the specifics,
21 but they would sue you or do something if you
22 sent a loan to them and to us.
23 BY MR. BARRY:
24    Q.  Okay.
25    A.  Which I think is why Scott says we
```

158

1   should call the CFPB.
2       But I think, in conjunction with
3   that, it looks like that particular part of the
4   day they had moved their pricing down.
5       I can't tell, actually. I don't know
6   if it's up or down.
7       And then I just asked Bill Banfield:
8   What did we do?
9       And Bill talks about the fact that we
10  price about 90 days -- oh, we price about
11  90 minutes earlier than they do.
12      It looks like it's kind of a
13  discussion about this move that they have made
14  and what we are doing on that specific day
15  around price for brokers.
16      Q.  So just to clarify, the price we are
17  talking about is price for the mortgage cost
18  as opposed to the price of the stock price?
19      A.  Yeah. This is, I think, what we're
20  paying the brokers in the wholesale channel.
21      Q.  Okay. Thank you for clarifying
22  that.
23      A.  Yeah. It says that they are going to
24  fine people if they don't sign a document or
25  something. So, yeah, that's right.

159

1       MR. BARRY: Okay. Exhibit 15.
2       (Short Message Report 03/10/2021,
3       beginning Bates
4       ROCKET_DELAWARE00097663, marked as
5       Exhibit 15.)
6   BY MR. BARRY:
7       Q.  Exhibit 15 is a text produced at
8   ROCKET_DELAWARE00097663.
9       Have you ever seen this text?
10      A.  I think I have, yeah.
11      Q.  Okay. The first text is Mr. Elkins
12  stating:
13      "RKT could accelerate the 10-K
14  filing to the 24th and, depending on
15  the RKT share price, then RHI sell
16  $500+ M shares via a 144A in the
17  market. We'd time the form 4 filing
18  to come out Friday night after market
19  close and after DG's announcement on a
20  commitment to Detroit. It will impact
21  our share price but this may be a
22  window we want to take versus wait.
23      "If you are okay with this as a
24  potential option, I'll tell Brian to
25  push the team to move up the 10-K

160

1   filing by a day."
2       Do you see that?
3       A.  I do, yeah.
4       Q.  And you respond:
5       "We should be ready to pull the
6       trigger."
7       Right?
8       A.  Yeah. This is probably a week or so
9   of the price going up in the stock, and
10  hopefully, I think, starting to get to a place
11  where we thought it might stabilize and be less
12  volatile.
13      And so if we think back to kind of
14  what we were looking for in terms of fair value
15  for the Company and what Scott and I had been
16  discussing, it probably made sense just to get
17  ready because you've got to get finance ready
18  and you've got to get legal ready, and there's
19  a variety of things that -- bless you -- that
20  need to take place.
21      So I'm telling him let's get ready to
22  do something.
23      Q.  So when you say "stable" -- and you
24  said fluctuations between three and four bucks
25  a day you considered unstable?

161

1       A.  I think if you saw earlier in that
2   discussion -- and I was talking about getting
3   looped into that meme craze that was going on
4   and the stock was running all over the place.
5       I mean, $10, $12, whether it be a
6   private placement or a secondary, you're going
7   to have large investors come in to buy the
8   shares. And I think they're more comfortable
9   if the stock seems like it's settling down a
10  little bit.
11      Q.  So let's look back at the stock
12  trading chart, which is Exhibit 13.
13      If you'll look at from March 5th
14  through March 17th, the low of the stock was
15  23.48, and the high of the stock was 28.68
16  during that entire time, right?
17      So that's a difference of about five
18  bucks -- less than five bucks.
19      A.  Yeah. That's -- I think that's on
20  the one day. There's quite a few days in here
21  where it looks like it's within a dollar or so,
22  maybe $2 from open to high to low, which
23  probably represents a little bit more -- a
24  little bit more stability.
25      It's, you know -- the unfortunate

Jay Farner December 04, 2023

162

```
 1  thing is that it's dipping down into the lows
 2  of like the 22s, 23s.  So maybe not where we
 3  need it to be per se, but calming down from the
 4  43s to 26s that we had experienced a week
 5  prior.
 6      Q.  All right.
 7          And the trading window was open
 8  then, right?
 9      A.  I believe it was open through the
10  17th, yeah.
11      Q.  So let's go back and look at -- we
12  were on Exhibit 15.
13          Why was Mr. Elkins tying the 144A
14  sale to the -- filing the 10-K?
15          MR. SCOTT:  Objection, form.
16      A.  I'm sorry.  Why was he tying what?
17  BY MR. BARRY:
18      Q.  The 144A sale to the filing of the
19  10-K?
20      A.  I'd have to -- maybe I can ask a
21  question and you can help me here.
22          I think, if you're referencing what's
23  on the 10-K, because he says, "It will impact
24  our share price.  This may be the window."
25          One of the questions we received a
```

163

```
 1  lot when we were taking the Company public was:
 2  What's Dan gonna do?  Is Dan gonna stay as the
 3  founder?  Will he be involved?
 4          And although people wanted to own the
 5  stock, I think they also wanted to make sure
 6  that, you know, Dan would remain present.
 7          And so we knew already for our
 8  purposes, and we had talked about them before
 9  we went IPO, while we went IPO, that a portion
10  of the funds were going to be used for Dan's
11  commitments to Detroit, reinforcing that so
12  investors knew that we weren't using this
13  money -- the purpose of the money, so they
14  could have certainty in the long-running
15  leadership of the organization is, I think,
16  what Scott is pointing to here as an
17  opportunity to make sure that people understand
18  that certainty.
19      Q.  Let's focus on the first sentence:
20          "RKT could accelerate the 10-K
21          filing on the 24th and, depending on
22          the RKT share price, then RHI sell
23          500+ M shares via a 144A in the
24          market."
25          Do you see that?
```

164

```
 1      A.  I do.
 2      Q.  Do you believe it was important for
 3  the 10-K to be filed before any transaction
 4  happened with -- via 144A?
 5      A.  I didn't, in my mind, tie the two
 6  together as having to occur.
 7          As I pointed out, I think it's a good
 8  thing if people understand the uses of funds
 9  but, no, I didn't think that that was a
10  critical component to this.
11          And I also want to point out, he says
12  depending on the share price.  For me, the most
13  important decision would be arriving at a share
14  price that we thought was fair for the value of
15  the Company.
16      Q.  But then there was nothing to
17  prevent RHI from selling before the 10-K came
18  out, right?
19          MR. SCOTT:  Objection, form.
20      A.  I don't know.  I'd have to ask an
21  attorney or someone if there was any other --
22          What I do know is when you tell
23  people, "We need to do the work to be able to
24  sell," there's a lot of work behind the scenes
25  that will take place.
```

165

```
 1          But I can't specifically speak to
 2  what forms have to be filled out or what has to
 3  be done.  I'd have to get someone more close to
 4  the transaction to answer that.
 5  BY MR. BARRY:
 6      Q.  Do you know if the 10-K was expected
 7  to have any nonpublic information?
 8          MR. SCOTT:  Objection to form.
 9      A.  Do I know if the 10-K --
10  BY MR. BARRY:
11      Q.  Let me rephrase the question.
12          Do you know if the 10-K was expected
13  to have any material nonpublic information?
14          MR. SCOTT:  Objection, form.
15      A.  Information that we were giving to --
16  I don't know.  I think the 10-K talked about
17  Dan's giving.  And I honestly don't know --
18  again, I'd have to talk to an attorney --
19  whether that is relevant or not.
20          Scott is saying here that people
21  understanding the use of funds may impact the
22  share price.  So maybe it would be considered
23  material nonpublic -- I don't know.  I'd have
24  to get legal advice to know that.
25
```

166

1  BY MR. BARRY:
2      Q.  Did the 10-K disclose Mr. Gilbert's
3  charitable concepts?
4      MR. SCOTT:  Objection to form.
5      A.  I'd have to look at the document to
6  see, but I thought there was a reference to,
7  you know, Dan's commitments, but I could be
8  wrong.  I don't know.  I don't remember what
9  this 10-K said.
10  BY MR. BARRY:
11      Q.  But in your mind, there's nothing
12  that would have prevented RHI from selling
13  prior to Rocket filing its 10-K, right?
14      MR. SCOTT:  Objection, asked and
15  answered.
16  BY MR. BARRY:
17      Q.  Right?
18      MR. SCOTT:  Asked and answered.
19      A.  I don't know.  I would have to ask
20  someone if -- legally what we could do.
21  BY MR. BARRY:
22      Q.  Sitting here today, can you tell me
23  any reason why RHI could not have sold prior
24  to Rocket filing its 10-K?
25      MR. SCOTT:  Objection to form.

167

1  Asked and answered four times.
2      A.  Yeah.  I was focused on the proper
3  valuation for a sale.  I don't know the
4  specifics that I would have -- remember, we
5  were public for nine months.  I'm learning, so
6  I would rely on an attorney or my team to tell
7  me what we could or couldn't do legally.
8  BY MR. BARRY:
9      Q.  So sitting here today, can you tell
10  me any reason why RHI could not have sold
11  stock prior to the filing of the 10-K --
12  Rocket's 10-K?
13      MR. SCOTT:  Hold on.  Asked and
14  answered five times.
15      Okay?  Let's not waste time.
16  BY MR. BARRY:
17      Q.  You can answer the question.
18      A.  I'm not going to change my response.
19  I only know what I know, sir.
20      Q.  It's a simple yes-or-no question.
21      MR. SCOTT:  No, no, no.  He can
22      answer the question however he wants to
23      answer the question.
24  BY MR. BARRY:
25      Q.  Can you answer this question:  Can

168

1  you tell me any single reason why RHI could
2  not sell Rocket securities prior to the filing
3  of Rocket's 10-K, any specific reasons?
4      MR. SCOTT:  Asked and answered six
5  times now.
6      If you're going to continue to ask
7  the question over and over again, we'll
8  get the judge on the phone, okay?  Let's
9  just make use of the time.
10      You can answer.
11      A.  On March 10th, and on today's date,
12  my knowledge of what's required to do a 144A or
13  a secondary has not changed.
14      I don't know all the specifics.  I
15  would have relied on my team and I still would
16  rely on my team to tell me if we could or
17  couldn't do the -- you know, the mechanics of
18  selling the stock.
19  BY MR. BARRY:
20      Q.  So you cannot give me a reason other
21  than "I would have to ask a lawyer"?
22      A.  Because I don't know.
23      Q.  So you don't know, okay.
24      MR. SCOTT:  Seven times.
25

169

1  BY MR. BARRY:
2      Q.  From notifying a bank of a desire to
3  do a 144A sale to executing the 144A sale, how
4  long do you think that takes?
5      MR. SCOTT:  Objection to form.
6      A.  Again, I know you don't want to hear
7  this.  I would ask someone.
8      I never did a 144A sale, sir.  I
9  would rely on Scott or someone else to -- but
10  he's spent a considerable portion of time
11  working with these banks.
12      I don't know how much prework was
13  done, postwork.  I couldn't give you an exact
14  time frame.
15  BY MR. BARRY:
16      Q.  So you don't know how long -- if you
17  wanted to pull the trigger on a 144A sale,
18  sitting here today, you can't tell me how long
19  it would take?
20      MR. SCOTT:  Objection, asked and
21  answered.
22      A.  What I can say is I think we gave our
23  team, from considering doing it to doing
24  something, a few weeks.  So I would say, you
25  know, it's safe to give them a few weeks.

170

1     But I couldn't give you the short
2   time frame.  I don't know.
3         MR. BARRY:  Okay.  Exhibit 16.
4         (Short Message Report 03/16/2021,
5         beginning Bates
6         ROCKET_DELAWARE00035896, marked as
7         Exhibit 16.)
8   BY MR. BARRY:
9     Q.  Exhibit 16 is a text produced at
10  ROCKET_DELAWARE00035896.
11        Have you seen this document before?
12    A.  Perhaps.  Yeah.  I'm just reading it
13  to give myself --
14    Q.  Sure.  Please.
15    A.  Okay.
16    Q.  Okay.  This is a text from Ms. Booth
17  on March 16th, right?  And it says:
18        "We are entering the next closed
19     trading window tomorrow."
20        Right?  Do you see that?
21    A.  Yes, sir.
22    Q.  So that refers to the trading window
23  that was open is now going to close at the
24  close of trading on March 17th, 2021, right?
25    A.  Yes, sir.

172

1     A.  Well, we could go back probably to
2   doing calculations.
3         But if you think about where the
4   Company is going, my belief as the CEO in its
5   performance in 2021, I think we set -- we wound
6   up setting yet another record for loan volume.
7         The investments we were making and
8   the technology in a company called Truebill
9   later in the year, we just had a lot of ideas
10  and strategies that made me feel confident the
11  Company's value was going to continue to grow.
12        And so acquiring the shares at that
13  price and the company owning them would be a
14  good use of our capital.  So that's why I made
15  that recommendation.
16    Q.  So where did you meet -- Ms. Booth
17  said:
18        "Higher than I would have gone but
19     if we want to send a message, this
20     would do that."
21        And then you wrote "Meet in the
22  middle?"
23        What did you decide?
24    A.  I don't know.  I would have to go
25  back and look.

171

1     Q.  And she's talking about -- she says:
2         "We need to decide on the share
3      price for our 10b5-1 plan by today."
4         She's talking about the Company's
5   10b5-1 plan?
6     A.  Yes, sir.
7     Q.  And Ms. Booth is talking about
8   repurchases, automatic repurchases pursuant to
9   that plan, right?
10        MR. SCOTT:  Objection, form.
11    A.  Yeah.  My understanding is you can
12  set a price that the company is comfortable
13  with.  Then if that happens, you can buy shares
14  back.  We would do that as part of our -- kind
15  of studying our capital, and the best use of
16  our capital, to kind of come up with what we
17  thought a fair -- a good price to use that
18  capital to buy shares back would be.
19  BY MR. BARRY:
20    Q.  Okay.  And you said -- you
21  recommended -- you said I think 19.50 and
22  18.50 a share.
23        Do you see that on your text?
24    A.  I do.
25    Q.  Why did you recommend those numbers?

173

1         MR. BARRY:  Exhibit 17.
2         (Notice of Exchange 03/19/2021,
3         beginning Bates
4         ROCKET_DELAWARE00037803, marked as
5         Exhibit 17.)
6   BY MR. BARRY:
7     Q.  Exhibit 17 is a Notice of Exchange
8   produced at ROCKET_DELAWARE00037803.
9         MR. SCOTT:  Just take your time to
10     review it.
11    A.  Okay.
12  BY MR. BARRY:
13    Q.  This is the Notice of Exchange
14  submitted on behalf of RHI, right?
15    A.  Yeah.  It looks like Mr. Rizik signed
16  this, yes.
17    Q.  Who authorized Mr. Rizik to submit
18  this Notice of Exchange?
19    A.  I don't know if there was a specific
20  person that would have authorized him.  He was
21  part of the team from the beginning, knowing
22  what we were trying to accomplish with the IPO,
23  and so he also would have been aware that if we
24  felt like we were getting to a possible stock
25  price that we thought was fair, that we would

Confidential                    Jay Farner December 04, 2023

174

1  need to do this.
2      And so I think he would have already
3  been like fully capable of doing this based on
4  those previous discussions.
5      Q.  So he sent this in without getting
6  clearance from anybody?
7      MR. SCOTT:  Objection, form.
8      A.  Like I mentioned, I think you're kind
9  of thinking of these as separate, but this is
10 kind of a continuation of what we had done in
11 August.  So that discussion about we were going
12 to keep selling down RHI shares had already
13 occurred.
14      Matt is a pretty capable guy.  I
15 don't think he would need someone's
16 authorization to do this.  That was already
17 something we had talked about.
18 BY MR. BARRY:
19     Q.  Did anybody have any kind of --
20 prior to this Notice of Exchange being sent in
21 on the 19th, did you have any discussions with
22 anybody about timing when you were going to
23 submit a Notice of Exchange?
24     A.  Yeah.  I would imagine this is kind
25 of the end of the process, not the beginning.

175

1  I think Matt was in the loop much earlier on,
2  as we kicked things off.
3      And so this, to me, is kind of more
4  like a -- I don't want to say "formality"
5  because clearly you need documentation, but
6  this would not have been the first time Matt
7  was aware of this.
8      This would have been kind of the
9  final appropriate steps to finalize it, but
10 I think he had been engaged with Scott, you
11 know, much earlier in the month when we started
12 getting more serious.
13     Q.  So was there a formal meeting of the
14 RHI direct -- board of directors that
15 authorized Mr. Rizik to submit the Notice of
16 Exchange?
17     A.  As I said before, I don't believe
18 there would have been need for a formal
19 meeting.  I can't necessarily remember having a
20 formal meeting.
21     I think Matt, like all of us, had
22 participated in the beginning.  So as we had
23 the discussion that we were thinking about
24 doing something, he would have been able to do
25 this.

176

1      Q.  At any time prior to March 19th,
2  2021?
3      MR. SCOTT:  Objection, form.
4      A.  Sure.  If -- maybe make sure I'm
5  clarifying.
6      If for some reason the stock price
7  had traded up and it was in January and we
8  decided to do this and we followed the same
9  process, nothing would have changed with Matt's
10 ability to do it then versus in March.
11 BY MR. BARRY:
12     Q.  So let me get back to -- you said
13 "and we filed the same process."
14     Was there a process filed that ended
15 up with Mr. Rizik being authorized to submit
16 this Notice of Exchange on March 19th?
17     MR. SCOTT:  Objection, form.
18     A.  Only the thing I've already
19 described, which was the IPO process that we
20 went through, which we had talked about what we
21 were trying to do, volume, price, etc.
22     Like, that process never ended
23 really.  It just continued forward until we got
24 to a place where we had somebody -- an
25 opportunity to sell the stock at a price we

177

1  thought was fair.
2      It wasn't like a starting and a
3  stopping of a process per se.
4  BY MR. BARRY:
5      Q.  I'm not asking about the starting or
6  stopping of a process.  I am asking about this
7  particular Notice of Exchange and why it went
8  in on the 19th.
9      MR. SCOTT:  Objection.
10 BY MR. BARRY:
11     Q.  Did someone tell Mr. Rizik to submit
12 this on the 19th or he did it on his own
13 volition?
14     MR. SCOTT:  Objection to form.
15     Asked and answered numerous times
16 already.
17     A.  Again, he's the chief financial
18 officer and treasurer of Rock Holdings.  So I
19 can't think of a reason why Matt would need to
20 be told by someone else to do this.  He was
21 actively participating.  He knew what was
22 happening.
23     So, no, I don't recall anyone else
24 giving him authority at that time.
25

178

1  BY MR. BARRY:
2      Q.  So to your knowledge, Mr. Rizik sent
3  in the notice of exchange on his own volition?
4      MR. SCOTT:  Objection to form.
5      A.  Yeah.  When you say "own volition,"
6  I keep trying to explain that he was part of
7  the group.  Myself, Julie, Scott.  It wasn't
8  like one individual.
9      But he would know that if we were
10  doing this that RHI would have to exchange
11  these shares or otherwise we wouldn't have any
12  shares to sell.
13      Q.  Did you know Mr. Rizik was going to
14  submit this before he submitted it on the
15  19th?
16      A.  Did I know?  I can't say that I knew
17  a specific date that Matt was going to do this.
18  I don't recall that.
19      Q.  Did you have any discussions about
20  Mr. Rizik submitting it on the 19th?
21      A.  When I had told Scott that I think we
22  should get ready, we may have had a few
23  conversations, but for the most part, Scott
24  would then work with Julie and Brian and Angelo
25  to do all this.

179

1      So he probably would have been the
2  one having any of those discussions.
3  I personally don't recall having discussions
4  with Matt about this.
5      Q.  Did Mr. Elkins work for RHI?
6      A.  You know, he worked for probably one
7  or two different companies I recall.  I'd have
8  to get his payroll to see who was paying him.
9      He certainly was a member of
10  Rocket Companies and assisting us, as I said
11  before, with these types of things, mergers,
12  acquisitions.
13      But without getting an HR file,
14  I couldn't tell you exactly who was his
15  official employer.
16      Q.  So at the time this was submitted on
17  March 19th, 2021, the stock was trading
18  between 22.73 and 23.64 --
19      MR. SCOTT:  I think he's asking you
20  to look back at Exhibit 13, so let me dig
21  that up for you.
22  BY MR. BARRY:
23      Q.  The stock was trading between --
24      MR. BARRY:  And I'd prefer that you
25  waited for me to answer [sic] the

180

1  question if you wanted to interject
2  something.
3      MR. SCOTT:  Well, you're asking him
4  a question based on a document I can see
5  you looking at, and you didn't ask the
6  witness to look at.
7      So I don't think that's a fair way
8  to approach this, so...
9      MR. BARRY:  Mr. Scott, you can keep
10  your comments to objections to form and
11  that's it.
12      MR. SCOTT:  I'm happy to take this
13  transcript to Chancellor McCormick.
14  Based on your conduct today, I'm really
15  happy to do that.
16      MR. BARRY:  Thank you.
17  BY MR. BARRY:
18      Q.  On March 19, 2021, the stock was
19  trading between 23.07 and 23.64 a share,
20  right?
21      A.  I'm sorry.  March 19th, 22.73 to
22  23.64, yeah.
23      Q.  Okay.  So at about $23 a share,
24  47 million shares is about a billion dollars,
25  right?

181

1      A.  I do not know.  I could get my
2  calculator if you want.
3      Q.  Well, let me just ask you this
4  question.  It says:
5      "There's notice of a maximum number
6  of paired interests to be exchanged of
7  47 million paired interests."
8      Do you see that?
9      A.  I do.
10      Q.  Prior to this Notice of Exchange
11  going in, did you have any discussions with
12  anyone about the number of -- maximum number
13  of paired interests that would be exchanged?
14      A.  Sir, I don't even know what a -- I'm
15  embarrassed to say, I don't know what a paired
16  interest is.
17      And I don't know if this is RHI
18  shares or RKT shares.  That's why I got stuck
19  when you said the math.
20      I don't know what -- I didn't have a
21  discussion about it.  I don't know exactly how
22  it works.
23      Q.  Okay.  That's fine.
24      Before today, have you ever read
25  this Notice of Exchange?

182

1    A.  I saw it.  I didn't read it in
2  detail.
3    Q.  Okay.  Let's look at the second
4  paragraph.
5    Let me back up.  Let's start at the
6  first paragraph.
7    A.  Okay.
8    Q.  It says:
9    "Reference is hereby made to the
10  Exchange Agreement dated as of
11  August 5th, 2020 (the 'Exchange
12  Agreement'), by and among
13  Rocket Companies Inc., a Delaware
14  corporation ('RocketCo'), RKT Holdings
15  LLC, a Michigan limited liability
16  company (the 'Company'), and the
17  holders of Holdings Units (as defined
18  therein) and shares of Class C Common
19  Stock (as defined therein) or Class D
20  Common Stock (as defined therein) from
21  time to time party hereto (each, a
22  'Holder').  Capitalized terms used but
23  not defined herein shall have the
24  meanings given to them in the Exchange
25  Agreement."

183

1    Have you ever read the Exchange
2  Agreement that's referred to in this first
3  paragraph?
4    MR. SCOTT:  Objection, form.
5    A.  If I did, I don't recall.
6  BY MR. BARRY:
7    Q.  Do you know if the exchange -- that
8  if the filing of a Notice of Exchange pursuant
9  to the Exchange Agreement triggers any
10  schedule that is provided for in the Exchange
11  Agreement?
12    MR. SCOTT:  Objection, form.
13    A.  Like I said, I don't recall reading
14  the Exchange Agreement, so I'm not familiar
15  with the content of it.
16  BY MR. BARRY:
17    Q.  Okay.  So let's go to the next
18  paragraph.  It says:
19    "Contingent upon the consummation
20  of the Transaction (as defined below),
21  the undersigned Holder desires to
22  transfer to RocketCo up to the number
23  of shares of Class D Common Stock plus
24  Holdings Units set forth below
25  (together, the Paired Interests") in

184

1    Exchange for shares of Class B Common
2  Stock (the 'Deliverable Common Stock')
3  to be issued in its name as set forth
4  on the Supplemental Notice (as defined
5  below), in accordance with the terms
6  of the Exchange Agreement."
7    Do you see that?
8    A.  I do.
9    Q.  Do you have an understanding based
10  on that of what the "paired interest" is
11  referring to?
12    A.  Well, I can see that it says it's
13  this Class D Common plus Holding Units.  I'm a
14  little confused about the exchange of Class B
15  Common Stock.
16    I'd have to go back and read or
17  refamiliarize myself with the different
18  classes.  I don't know them off the top of my
19  head.
20    Q.  So then let me focus on the
21  47 million number, maximum number of paired
22  interests to be exchanged.
23    Do you know how that number was
24  arrived at?
25    MR. SCOTT:  Objection to form.

185

1    A.  Again, I didn't participate in this
2  part of the process so I don't know.  I just
3  wasn't part of it.
4    MR. BARRY:  Okay.  Exhibit 18.
5    (Minutes of the Special Meeting of
6    the Audit Committee 03/22/2021,
7    beginning Bates
8    ROCKET_DELAWARE00065027, marked as
9    Exhibit 18.)
10  BY MR. BARRY:
11    Q.  Exhibit 18 is Minutes of the Special
12  Meeting of the Audit Committee dated
13  March 22nd, 2021, produced at
14  ROCKET_DELAWARE00065027.
15    Have you ever seen this document?
16    A.  I believe so, yes.
17    Q.  When did you see this document?
18    A.  Just recently.  This looks like one
19  of the documents that I -- sorry.  Yeah.
20    Q.  You did not attend this meeting
21  though, right?
22    A.  I did not.  I'm not part of the audit
23  committee.
24    Q.  Ms. Booth, the CFO, did though,
25  right?

Jay Farner   December 04, 2023

186

1    MR. SCOTT:  Objection, form.
2    A.  It says here:  Participating in the
3  invitation were the following members.  And it
4  lists her name, yes.
5  BY MR. BARRY:
6    Q.  With Brian Brown, Angelo Vitale, and
7  Tina John, right?
8    A.  Yes, sir.
9    Q.  Did they attend at your direction?
10    A.  No, sir.
11    Q.  Who invited them?
12    A.  I would be speculating.  Perhaps the
13  audit committee.
14    Q.  Did you ever have any discussions
15  with Ms. Booth regarding what happened at this
16  meeting?
17    A.  No, sir.
18    Q.  Did you have any discussions with
19  Mr. Brown regarding what happened at this
20  meeting?
21    A.  No.  I can't remember having a
22  discussion with anyone about the specifics of
23  the meeting until I think it may have been
24  brought up at the -- or, you know, we were
25  notified perhaps at the board meeting.

187

1    Q.  Who notified you?
2    A.  I'd have to look at the minutes to
3  see.
4    Q.  Did you know this meeting was going
5  to take place?
6    A.  Someone may have told me that the
7  audit meeting -- the audit committee has to
8  meet.
9    Q.  For purposes of what?
10    A.  As part of the process to -- I'm not
11  even sure here.  Let me take a look and see
12  what this is about before I speak.
13    For purposes of the exchange of the
14  shares.
15    Q.  Prior to March 22nd, 2021, did you
16  have an understanding of when -- I'm sorry.
17    Prior to March 22nd, 2021, did you
18  know that the audit committee was going to
19  meet in order to consider the Notice of
20  Exchange?
21    A.  I can't say.  I -- again, I had asked
22  Scott and the team to start this process.  I
23  may have -- someone may have, at some point in
24  time, explained to me the steps.
25    But if they did, it was, you know,

188

1  nice to hear, but nothing that I -- I don't sit
2  here today saying, yes, I can remember all the
3  specific steps.
4    Q.  I'm not asking if you remember all
5  the specific steps.
6    I'm asking if prior to March 22nd,
7  2021, you knew that the audit committee was
8  going to be meeting on August -- on
9  March 22nd, 2021, in order to consider the
10  Notice of Exchange.
11    MR. SCOTT:  Objection to form.  Move
12  to strike counsel's prefatory remark.
13    A.  I don't recall anyone telling me the
14  audit committee meeting was -- the audit
15  committee was meeting on March 22nd.  I don't
16  even -- to be clear what you asked, I don't
17  recall someone telling me on March 22nd that
18  that happened.
19    The first that I remember, I think,
20  hearing about it was at the board meeting,
21  which I think would have been on the 23rd.
22  BY MR. BARRY:
23    Q.  Okay.  Let's look at the next page
24  of this.
25    Before we get to the next page, look

189

1  at the first page.  It says:
2    "The following members of the
3    Committee participated in the meeting
4    and constituted a quorum of the
5    Committee for the transaction of
6    business."
7    And it has Mr. Mariner, Mr. Rizik,
8  Ms. Shank, and Ms. Tellem, right?
9    A.  Yes.
10    Q.  And then the next page, under
11  "Exchange Notice Discussion," it has a
12  paragraph:  Ms. John explained the purpose of
13  today's meeting.
14    And the next paragraph says:
15    "Mr. Rizik is recused from voting
16    in today's meeting due to his
17    affiliation with RHI."
18    Do you see that?
19    A.  I do.
20    Q.  And Mr. Rizik was the one who
21  submitted the Notice of Exchange for RHI,
22  right?
23    A.  According to that document we looked
24  at, yes, sir.
25    Q.  So in connection with that exchange,

Confidential                    Jay Farner                December 04, 2023

---

190

1      Mr. Rizik was acting on behalf of RHI, right?
2          A.  In connection with that exchange?  Do
3   you mean at the meeting or do you mean with the
4   paperwork?  You lost me.
5          Q.  Sure.
6              In connection with the exchange,
7   Mr. Rizik was acting on behalf of RHI when he
8   submitted the Notice of Exchange, right?
9          A.  It appears as -- yes, as the CFO of
10  RHI, he was submitting that exchange.
11  That's -- I think that's right.
12         Q.  So then the next -- and that's why
13  this paragraph under Notice of Exchange --
14  "Exchange Notice Discussion," it says:
15             "Mr. Rizik is recused from voting
16         in today's meeting due to his
17         affiliation with RHI."
18             Right?
19             Do you see that?
20             MR. SCOTT:  Objection, form.
21         A.  I do see that.  I don't know if the
22  recusal is because of the exchange or if it's
23  because it's the audit committee and what they
24  are voting on, and because it's affiliated -- I
25  can't say specifically to the reason of the --

---

191

1   you know, behind the affiliation piece, whether
2   it was the exchange or other reasons.
3   BY MR. BARRY:
4          Q.  Okay.  But the purpose of the
5   meeting, of this audit committee meeting on
6   the 22nd, was to consider the Notice of
7   Exchange, right?
8              MR. SCOTT:  Objection, form.
9          A.  Well, yeah.  It appears that there
10  was an agenda.  It appears that there was some
11  other -- if I'm reading this right -- other
12  presentations.
13             So I don't know all the things that
14  were discussed there.
15  BY MR. BARRY:
16         Q.  Okay.  Let's start with the first
17  paragraph then under "Exchange Notice
18  Discussion."  It says:
19             "Ms. John explained that the
20         purpose of today's special meeting of
21         the Committee is to consider a request
22         for a Notice of Exchange from
23         Rock Holdings Inc. and to consider
24         opening the Company's currently closed
25         trading window for a limited purpose."

---

192

1              Do you see that?
2          A.  I do.
3          Q.  So the purpose of the meeting on the
4   22nd was to consider the Notice of Exchange
5   and to consider opening the then-closed
6   trading window, right?
7              MR. SCOTT:  Objection, form.
8          A.  Again, if you need to take a break,
9   let me know.  You seem like you're getting a
10  little worked up, but I wasn't at the meeting.
11  I don't know what happened.
12             Ms. John is speaking to one thing.
13  Maybe there were more.  I just can't answer
14  that question.  I was not present.
15  BY MR. BARRY:
16         Q.  Under the one, two, third, fourth
17  paragraph, it says:
18             "The notice provides that the
19         exchange is contingent on the sale by
20         RHI of an equivalent number of shares
21         of Class A Common Stock in a Rule 144
22         transaction, the execution of which
23         will depend on the stock price and
24         market interest."
25             Do you see that?

---

193

1          A.  I do.
2          Q.  You want to look back at the Notice
3   of Exchange, which is Exhibit 17, and tell me
4   where it says that it is contingent on -- the
5   execution of which will depend on market
6   price -- stock price and market interest?
7          A.  I --
8              MR. SCOTT:  Objection to form.
9          A.  I can read it.  I didn't create the
10  document, nor did I participate in it.  So I'm
11  taking as good of a guess as you are.
12  BY MR. BARRY:
13         Q.  But you have -- you won't contest
14  the fact that the Notice of Exchange does not,
15  in fact, say that the transaction is, quote --
16  the execution of any such transaction is,
17  quote -- will depend on the stock price and
18  market interest?
19             MR. SCOTT:  Objection, form.
20         A.  In looking at this, it appears that
21  both parties would have to agree to the
22  exchange.
23             I don't think RHI could force an
24  exchange.  So I can't tell you where in here,
25  but I would -- I'm assuming that both parties

---

Confidential           Jay Farner December 04, 2023

194

1  are going to be involved in this.
2      And over here on this side, it
3  clearly states what you had referenced above,
4  so -- about the price and the market interest.
5  BY MR. BARRY:
6     Q.  So let's read it again.  So let's
7  read this paragraph.  It says:
8      "The notice provides that the
9     exchange is contingent on the sale by
10    RHI of an equivalent number of shares
11    of Class A Common Stock in a Rule 144
12    transaction, the execution of which
13    will depend on the stock price and
14    market interest."
15     Do you see that?
16   A.  I do.
17   Q.  Okay.  Now let's go back to the
18  Notice of Exchange --
19     MR. SCOTT:  This document.
20  BY MR. BARRY:
21   Q.  -- which is Exhibit 17.  Okay?
22   A.  Yes.
23   Q.  Second paragraph.  It says:
24     "Contingent upon the consummation
25    of the Transaction (as defined below),

195

1  the undersigned Holder desires to
2  transfer to RocketCo up to the number
3  of shares of Class D Common Stock plus
4  Holdings Units set forth below
5  (together, the 'Paired Interests') in
6  Exchange for shares of Class B Common
7  Stock (the 'Deliverable Common Stock')
8  to be issued in its name as set forth
9  on the Supplemental Notice (as defined
10  below), in accordance with the terms
11  of the Exchange Agreement."
12     Do you see that?
13  A.  Yes, sir.
14   Q.  We can skip the chart.
15     And then the next paragraph says:
16    "The exchange of the Paired
17    Interests for Deliverable Common Stock
18    is contingent (including as to the
19    timing) upon the sale by the
20    undersigned of up to 47 million shares
21    of Class A Common Stock under Rule 144
22    promulgated under the Securities Act
23    of 1933, as amended (the
24    'Transaction')."
25     Do you see that?

196

1   A.  Yes, sir.
2   Q.  That does not say that it is
3  contingent, as represented in the -- as
4  represented in the minutes, the execution of
5  which will depend on stock price and market
6  interest, right?
7     MR. SCOTT:  Objection, form.
8     Go ahead.
9   A.  It says "Contingent upon the
10  consummation of the transaction."
11     Again, I'm not an attorney --
12  BY MR. BARRY:
13   Q.  Right.
14   A.  -- but the transaction, I think, is
15  the exchange between both parties.
16     And on this side it says that
17  exchange can't occur unless the stock price,
18  you know, is acceptable and there's market
19  interest.
20     So I don't know how you have a
21  transaction if these two parties can't
22  consummate it and you can't -- if I'm reading
23  that right, it can't be consummated or it will
24  depend on the stock price.
25     So it feels like one can't happen

197

1  without the other.
2   Q.  Does the notice make the transaction
3  contingent on the stock price specifically?
4     MR. SCOTT:  Objection to form.
5   A.  It says "Contingent upon the
6  consummation of a transaction."
7     And when I look over here, all those
8  factors I would assume are part of the
9  transaction.
10  BY MR. BARRY:
11   Q.  I'm sorry.  You say "look over
12  here."  Where are you looking?
13   A.  I'm sorry.  Page 2 of 3.
14     MR. SCOTT:  Read the exhibit number
15  so the record is clear.
16     It's on the first page, so you're
17  looking at --
18   A.  Exhibit 18.
19  BY MR. BARRY:
20   Q.  Which is the minutes, right?
21   A.  Yes, sir.
22   Q.  Okay.  So just looking in
23  Exhibit 17, there is nothing in Exhibit 17
24  that makes the execution of a transaction
25  contingent on any stock price, correct?

198

1       MR. SCOTT: Objection to form.
2    A.  I'm reading this other -- it says:
3       "The notice provides that the
4       exchange is contingent on the sale of
5       RHI for an equivalent number of shares
6       of Class A Common Stock in a Rule 144
7       transaction, the execution of which
8       will depend on the stock price and
9       market interest."
10   BY MR. BARRY:
11   Q.  I'll ask the question again.
12   A.  I'm not looking at any other
13   documents or what happened during the meeting,
14   so you're kind of asking me a question -- I can
15   only give you what I'm reading on these
16   documents, sir.
17   Q.  I'm not asking about anything that
18   happened in the meeting. I'm not asking about
19   the minutes. I'm asking about the Notice of
20   Exchange, which is Exhibit 17.
21      And there's nothing in the Notice of
22   Exchange that makes the consummation of a
23   transaction contingent on a stock price,
24   correct?
25      MR. SCOTT: Objection to form.

199

1       Asked and answered six times, Michael.
2       Six times.
3    A.  Yeah. I'm reading this as contingent
4    upon the consummation, and I'm reading that
5    it's not going to happen.
6       So I've given you my answer. I'm not
7    going to change my answer for you.
8    BY MR. BARRY:
9    Q.  Do the words "stock price" appear
10   anywhere in the Notice of Exchange, which is
11   Exhibit 17?
12   A.  Well, the word "stock" appears on the
13   fifth sentence.
14      Again, in the second paragraph, it
15   says "common stock."
16      Common stock, deliverable common
17   stock. So we're clearly talking about stock.
18      So it seems pretty clear to me that
19   this is wanting to exchange RHI shares for
20   stock. And this is saying that that will only
21   happen if the stock price is acceptable.
22      I -- that's --
23   Q.  Let me ask again about Exhibit 17.
24      Does the phrase "stock price" appear
25   anywhere in Exhibit 17, which is the Notice of

200

1    Exchange?
2       Does the phrase "stock price,"
3    closed quote, appear anyplace in the Notice of
4    Exchange, which is Exhibit 17?
5       MR. SCOTT: Objection to form.
6    A.  I don't see the exact words "stock
7    price" on Exhibit 17.
8    BY MR. BARRY:
9    Q.  Looking back on Exhibit 18, which is
10   the minutes, under "Trading Window Limited
11   Opening," the third paragraph, which is the
12   last one on the page, starts:
13      "Following diligence discussions
14      with Jay Farner, Julie Booth, Bob
15      Walters, and Brian Brown, the General
16      Counsel of the Company has concluded
17      that" --
18      And then it's redacted for
19   privilege.
20      Prior to this meeting, did you have
21   any diligence discussions with anyone?
22   A.  Prior to this meeting.
23      The audit committee meeting?
24   Q.  Yes.
25      Prior to the audit committee meeting

201

1    on March 22nd, did you have any conversations
2    with anyone regarding the Notice of Exchange?
3    A.  Regarding the Notice of Exchange or
4    regarding the diligence discussion?
5    Q.  Let's start with the first one, with
6    the Notice of Exchange.
7    A.  As I said before, I don't recall
8    having any conversation with anyone about the
9    Notice of Exchange.
10   Q.  Then did you have any diligence
11   discussions with anyone?
12   A.  Yes. Because we opened the window, I
13   believe it was the 23rd and 24th -- I could be
14   wrong -- and I know that we, prior to that, had
15   the diligence call, so did Julie, Bob, and
16   Brian. And Angelo, I believe, lead that.
17      And then we closed the window, if I
18   remember correctly, because the price wasn't
19   there.
20      And then if I remember correctly, we
21   reopened the window later when there was
22   interest. We were receiving inbound calls from
23   someone I found out later was trying to cover
24   their short position and needed to buy shares.
25      So we went through the diligence

202

1   process to reopen the window, and I think at
2   that point in time we sold the shares if I just
3   think through the entire process here.
4          So, again, I'm not the -- I don't
5   know the exact cadence of all this hard work.
6   But I would assume on that day or days prior,
7   whenever it was appropriate, I know -- I know
8   we did the diligence discussion. I just can't
9   remember the specific date we did it.
10         Q.  Okay.  So you know you did a
11  diligence discussion prior to March 22nd?
12         A.  Like I said, sir, I know we did it.
13  I can't tell you the exact day we did the call.
14         Q.  So what do you remember about the
15  call?
16         MR. SLUTSKY:  I'm going to interject
17  here for Rocket Companies.
18         I think Mr. Barry is asking you
19  questions that could lead you to disclose
20  privileged information that you received
21  from Angelo Vitale or Ms. John during
22  those discussions.
23         So I would just caution you, when
24  you talk about the diligence discussions,
25  to not disclose any information you

203

1   shared with them pertaining to the legal
2   advice.
3          A.  I guess I suppose, based on that,
4   I just know that we had the call with Angelo.
5   BY MR. BARRY:
6          Q.  Do you know if that call took place
7   before the Notice of Exchange was submitted on
8   the 19th?
9          A.  I'm not -- as I referenced before, I
10  don't know the exact date that I did the call
11  with Angelo, so I couldn't say if it was a day
12  before, a day after.  I just don't know.
13         Whatever the process was that
14  Paul Weiss and Angelo were running, we followed
15  that process.
16         Q.  So March 19th, 2021, was a Friday.
17         March 22nd, 2021, which was the date
18  of this audit committee meeting, was a Monday.
19         March 23rd, which is the date of the
20  board meeting which I'll get to in a minute,
21  is a Tuesday.
22         Do you recall having a discussion
23  with -- about this diligence discussion prior
24  to the Friday before the board meeting?
25         MR. SCOTT:  Objection to form.

204

1          A.  I know we had the diligence call
2   before we opened the window, which would have
3   been Monday, based on, I think -- and that
4   board meeting, I think you said, was Tuesday?
5          So I -- we had the diligence call
6   before the board meeting, if that's the --
7   I hope I'm answering the question properly.
8   BY MR. BARRY:
9          Q.  I appreciate that.  So actually,
10  let's look at -- maybe we can narrow things
11  down.  Let's look at the audit committee
12  meeting on the 22nd.
13         MR. SCOTT:  That's Exhibit 18.
14  BY MR. BARRY:
15         Q.  Exhibit 18.
16         A.  Yeah.  If I flip the page, sir, it
17  clearly shows that the diligence call was
18  before this meeting, if I'm reading it right.
19         Q.  Right.  So the diligence call
20  happened -- this -- let's back up.
21         This meeting says it happened at
22  1:00 p.m. on March 22nd, 2021, and ended at
23  1:20 p.m.
24         Do you see that?
25         A.  I'm looking for it.  I'm sorry.

205

1          Q.  Sure.  I can help you out.  It's the
2   very first paragraph of the document and the
3   very last paragraph of the document.
4          A.  Yes, sir.
5          Q.  Okay.  Do you recall if you had that
6   meeting on the morning of March 22nd or
7   sometime prior to that?
8          A.  I don't.
9          Q.  Okay.  In this diligence meeting,
10  were you acting on behalf of RHI or Rocket?
11         A.  My understanding is I'm acting on
12  behalf of Rocket.
13         Q.  So in the -- when -- strike that.
14         Was anyone in the due diligence
15  meeting that you recall acting on behalf of
16  RHI?
17         A.  I believe this call was between
18  myself and Angelo, maybe Tina John.  I don't
19  believe that there were -- you know, maybe Bob
20  and Julie were on the call, maybe they weren't.
21  I can't recall.
22         I think we did it twice, as I spoke
23  to before, so I don't recall -- I believe one
24  of the times it was just me and perhaps Angelo
25  or Paul Weiss, and the other time maybe a few

206

1    other people were on the call.
2          But no one from RHI's perspective.
3          Q.  Okay.  So you said you recalled two
4    different meetings, and I'm trying to narrow
5    things down.  Could you -- you mentioned two
6    meetings in connection with a window opening
7    and then a window closing.
8          This -- I'm just trying to
9    understand.  The minutes of the audit
10   committee on the 22nd is where they
11   authorized -- the audit committee authorized
12   the limited opening of this window.
13         Do you see that?
14         A.  I'm sure you're right, but I just am
15   looking for the specific -- where that says
16   that so I can be sure.
17         Q.  Sure.
18         Second-to-the-last paragraph:
19         "After a discussion and upon a
20     motion Julie made and seconded, the
21     Committee voted unanimously to approve
22     opening the trading window for a
23     limited sale by RHI."
24         A.  Yes, sir.  I see that.
25         Q.  Okay.  Did you have another

207

1    diligence meeting after this date?
2          A.  Yes, sir.
3          Q.  So this is the first diligence
4    meeting it's referring to?
5          A.  Yes, sir.  I believe the window was
6    opened on the 23rd and closed on the 24th
7    because we just couldn't get a price.
8          And then I think Angelo or the group
9    reopened the window later when we were
10   receiving -- when the stock had moved and we
11   were receiving some inbound calls, letting us
12   know that there was activity in the market or
13   people interested in buying.
14         Q.  Okay.  These minutes dated
15   March 22nd don't say that the -- that the
16   trading window would close within 24 or 48
17   hours, right?
18         A.  No, sir.  It just says after
19   discussion it was opened for a limited sale
20   or -- yeah, for a limited sale.
21         Q.  Okay.
22         MR. SCOTT:  Why don't we, when you
23   finish with that document -- we've been
24   going a little over an hour -- take a
25   break.

208

1          MR. BARRY:  Sure.
2          THE VIDEOGRAPHER:  This marks the
3    end of media unit number 3.
4          We are off the record at 3:21 p.m.
5          (Recess taken.)
6          THE VIDEOGRAPHER:  This marks the
7    beginning of media unit number 4.
8          We are back on the record
9    at 3:39 p.m.
10   BY MR. BARRY:
11         Q.  Mr. Farner, during the break did you
12   talk to your counsel about the subject of your
13   testimony in any way?
14         A.  No, sir.
15         MR. BARRY:  Exhibit 19, please.
16         (Minutes of the Meeting of the Board
17     of Directors 03/23/2021, beginning
18     Bates ROCKET_DELAWARE00065031,
19     marked as Exhibit 19.)
20   BY MR. BARRY:
21         Q.  Exhibit 19 are Minutes of a Meeting
22   of the Board of Directors of
23   Rocket Companies Inc. dated March 23rd, 2021,
24   produced at ROCKET_DELAWARE00065031.
25         Have you ever seen these minutes?

209

1          A.  I believe so, yes.
2          Q.  You attended this meeting, right?
3          A.  Yes, sir.
4          Q.  And this meeting took place on
5    March 23rd, 2021, by video, right?
6          A.  I think some folks were present
7    physically and some were on video, yes.
8          Q.  Were you present physically or by
9    video?
10         A.  I'm going to -- I don't know.  We did
11   a few board meetings.  If at all possible,
12   I try to be present physically, but I couldn't
13   say for certain on this particular meeting.
14         Q.  Flip back to page 7 of 9.
15         Do you see that?  Are you on 7 of 9?
16         MR. SCOTT:  He's reviewing the
17   document.
18         A.  I'm not there yet.
19         Okay.  I'm on page 7.
20   BY MR. BARRY:
21         Q.  Okay.  Under "Audit Committee
22   Update," it says:
23         "The Chairman of the Audit
24     Committee provided the Board with an
25     update of the Audit Committee's

210

1     meetings and approvals since the
2     previous Board meeting."
3          Do you see that?
4     A.  I do.
5     Q.  Did the audit committee report on
6     RHI's Notice of Exchange?
7     A.  I believe that's where we --
8     I learned about this, yes.  I think that they
9     discussed it here.
10    Q.  Okay.  So prior to this meeting, did
11    you know about the Notice of Exchange?
12    A.  No, sir.  In fact -- yeah.  I'm still
13    learning as we go here, with your help.  But,
14    no, I don't recall knowing anything about it
15    prior to this.
16    Q.  Prior to this meeting, had you seen
17    the Notice of Exchange?
18    A.  No, not that I can recall.
19    Q.  Was a copy of the Notice of Exchange
20    distributed at this meeting?
21    A.  I don't believe so.  Like I said
22    earlier here, I think it was done virtually.
23    So I think the chairman just discussed it.
24    Q.  Prior to this meeting, was any other
25    member of the board of directors aware of the

211

1     Notice of Exchange?
2          MR. SCOTT:  Objection to form.
3     A.  I would assume Matt Rizik would be
4     because he participated.  I don't think anyone
5     else would have been aware of it.
6     BY MR. BARRY:
7     Q.  Let's look at page 6 of 9, please.
8     A.  Okay.
9     Q.  Under "Finance Overview," I'd like
10    to focus in on paragraph -- Section B, Market
11    and Forecast.
12         Do you see that?
13    A.  I do.
14    Q.  Okay.  It says:
15         "Mr. Brown discussed the recent
16    rise of the 10-year Treasury yield and
17    its impact on the Company's metrics.
18    He explained that the rising 10-year
19    yield has compressed the
20    primary-secondary spread resulting in
21    a decrease in gain on sale margin.
22    The Mortgage Bankers Association is
23    forecasting an 80 percent decrease in
24    refinance from Q1 to Q4 of 2021, but
25    expects an increase in purchase

212

1     transactions.  Mr. Brown expects
2     Rocket Mortgage to originate
3     $300 billion in 2021.  He reviewed the
4     revised adjusted metrics for 2021 and
5     compared the revised forecasts with
6     previous guidance for Q1 2021 and with
7     the analyst consensus.  Mr. Brown also
8     reviewed the metrics for Amrock,
9     Rocket Homes, and Rocket Auto."
10         Do you see that?
11    A.  I do.
12    Q.  I'd like to focus on the sentence
13    that says:
14         "He reviewed the revised adjusted
15    metrics for 2021 and compared the
16    revised forecasts with previous
17    guidance for Q1 2021 and with the
18    analyst consensus."
19         Do you see that?
20    A.  Yes.
21    Q.  Was this the first time the board
22    discussed these revised forecasts?
23    A.  The specific ones here, yeah.
24         I don't think Mr. Brown had an
25    opportunity to speak to anyone prior to this

213

1     meeting, if that's what you're asking.
2     Q.  But prior to the meeting, you were
3     aware of the revised forecasts, right?  You
4     were the CEO?
5          MR. SCOTT:  Objection to form.
6     A.  Well, I think we're probably talking
7     apples and oranges.
8          What Brian would share with the
9     board -- I think this was probably our second
10    or third board meeting since we were a publicly
11    traded company -- was trying to bring them up
12    to speed on the mortgage industry in general.
13         We had certainly good directors, but
14    no one had come from that space.
15         So we might be reading the MBA
16    forecast or other analysts' forecasts on a
17    regular basis.  But to assume that the board
18    was kind of doing that, I think we just --
19    Brian just wanted to kind of bring them up to
20    speed on how the year might look and, in
21    particular, Q1 because that's one that we might
22    have some visibility into.
23         But this would not be a forecast that
24    I would be relying on from an
25    operating-the-business perspective.

214

1    BY MR. BARRY:
2        Q.   Let's just -- this is -- Mr. Brown
3    reviewed revised adjusted metrics for 2021.
4    Let's just focus on those revised adjusted
5    metrics for 2021.
6            This is the first time he provided
7    those revised adjusted metrics to the Board of
8    Rocket Companies, correct?
9        MR. SCOTT:  Objection to form.  Move
10       to strike counsel's prefatory remark.
11       A.   These particular metrics that Brian
12   was going over with the board to give them a
13   basic understanding of what the market was
14   looking like, yes, I believe this was the first
15   time that he had shared those with them.
16   BY MR. BARRY:
17       Q.   And before the meeting, you had seen
18   those revised adjusted metrics that Mr. Brown
19   was presenting, correct?
20       MR. SCOTT:  Objection.
21       A.   No, sir.  I don't believe so.  As I
22   said, these are not the type of things I would
23   be relying on.  So -- I participate along with
24   the board, I suppose.
25

215

1    BY MR. BARRY:
2        Q.   But you had never seen them before
3    this meeting?
4        MR. SCOTT:  Objection to form.
5        A.   Yeah, if you have the specifics that
6    you're referencing, that might be helpful
7    because we're talking about a variety of things
8    here, so...
9        MR. BARRY:  Okay.  Fair.
10       Exhibit 20.
11       (Presentation, "Finance Overview,
12       Q1-2021 Board Meeting" 03/23/2021,
13       beginning Bates
14       ROCKET_DELAWARE00086838, marked as
15       Exhibit 20.)
16   BY MR. BARRY:
17       Q.   Exhibit 20 are -- these are
18   presentation materials entitled "Finance
19   Overview, Q1 2021 Board Meeting" produced at
20   ROCKET_DELAWARE00086838.
21       Have you ever seen these documents,
22   these materials?
23       MR. SCOTT:  Do you want to review
24       them to answer that question?
25

216

1    BY MR. BARRY:
2        Q.   Sure.
3        A.   Okay.
4        Q.   Have you seen these materials
5    before?
6        A.   I've seen materials like this.  I
7    can't say for certain I've seen these specific
8    materials.
9        Q.   Do you know if these were the
10   materials that were used at the Q1 2021 board
11   meeting?
12       A.   Only if they are an exhibit and were
13   produced, I'm assuming, yes, sir.
14       Q.   But you have no independent
15   recollection as to whether or not these were
16   used by the -- at the -- used in connection
17   with the board meeting on March 23rd, 2021?
18       A.   Well, I know that we would have done
19   an overview, but there's nothing remarkable
20   about these that would make me say these are
21   the materials.
22       Q.   Okay.  Let me ask generically about
23   your practice in connection with board
24   meetings.
25           Whose responsibility was it to

217

1    prepare materials for the Rocket board between
2    August 2020, going -- no, prior -- back up.
3            Who is responsible -- in the spring
4    of 2020, whose responsibility was it to
5    prepare materials for board meetings in
6    2021 -- spring of 2021, whose responsibility
7    was it for preparing materials for board
8    meetings?
9        MR. SCOTT:  Objection to form.
10       A.   I think a variety of people
11   participated, depending on the subject matter.
12   BY MR. BARRY:
13       Q.   So for presentations regarding
14   company finances, who was responsible for
15   preparing materials for the Rocket Board in
16   the spring of 2021?
17       MR. SCOTT:  Objection, form.
18       A.   Julie Booth participated, Brian Brown
19   participated.  Probably people from their team
20   helped put things together.
21   BY MR. BARRY:
22       Q.   Okay.  This document says they're
23   prepared by Julie Booth and Brian Brown.
24           That's what it says, right?
25       A.   I see that, yes.

218

1    Q.   Julie Booth and Brian Brown.
2         What was Julie Booth's position?
3    A.   She was the chief financial officer
4  of the Company.
5    Q.   And what was Brian Brown's position?
6    A.   I feel like chief accounting officer
7  or something of that nature.  I can't recall
8  his specific title.
9    Q.   And you were the chief executive
10 officer at the time, right?
11   A.   I was.
12   Q.   So both Julie Booth and Brian Brown
13 worked for you, under your direction, correct?
14       MR. SCOTT:  Objection to form.
15   A.   Yeah.  I mean, I would say we worked
16 together, but...
17 BY MR. BARRY:
18   Q.   But you were their boss?
19   A.   Sure.  On a piece of paper, yes.
20   Q.   And this is not the first time they
21 prepared materials for the Rocket Board,
22 correct?
23       MR. SCOTT:  Objection, form.
24   A.   I would think that they had prepared
25 materials for the one or two meetings we had

219

1  prior.
2  BY MR. BARRY:
3    Q.   Did you ever have board meetings
4  before going public?
5    A.   Not that I can recall.  We were
6  putting the board together as the -- you know,
7  at the time we went public.  I think we may
8  have not even had all the board meetings until
9  we went public.
10   Q.   So for the prior board meetings
11 where they did make presentations, did you see
12 drafts of the presentations before they were
13 presented to the board?
14   A.   In the beginning we were getting
15 accustomed to operating with a board, and I
16 would say we were not on top of -- we didn't
17 have a board before.  And so it wasn't common
18 practice to kind of prepare for a board.
19   Q.   Okay.
20   A.   So we eventually got to a place where
21 we could post documents later on.  But in this
22 period of time, unfortunately, one of the
23 complaints we got from the board members is
24 they see the documents for the first time when
25 we had the board meeting.

220

1         So in most cases, unless it was
2  something specific that I was creating, in the
3  beginning I wouldn't have seen them until the
4  board meeting as well.
5    Q.   So do you know if you saw this --
6  sitting here today, do you know if you saw
7  this before the board meeting?
8    A.   No, I don't believe I did, no.
9    Q.   Do you know how these were
10 distributed?
11   A.   How they were distributed.
12       I believe there was a technology that
13 was set up for board members.  I can't say
14 specifically when that was put into place or
15 whether it was put into place during this
16 period of time.
17       What I would assume would have
18 happened here is that Brian would have put them
19 up on the screen, on the team's call or
20 whatever, as he was going through them.
21   Q.   But you don't know if hard copies
22 were delivered -- were made available on an
23 electronic portal prior to the meeting?
24       MR. SCOTT:  Objection, form.
25   A.   Yeah.  I don't think any hard copies

221

1  would have been done, and I don't know if we
2  had that electronic portal yet or whether we
3  got it later.
4         Like I said, at that point in time,
5  the materials weren't really arriving until the
6  time of the board meeting.
7  BY MR. BARRY:
8    Q.   Okay.  Let's flip to page 8 of 25.
9         Actually, let's make reference back
10 to the minutes, which was Exhibit 19, under
11 "Market and Forecast," B on page 6 of 9.
12       And you can read that paragraph
13 again to yourself, please.
14   A.   Okay.
15   Q.   Flip to page 8 of 25 of the
16 materials.  And this section is titled "Market
17 and Financial Forecast."
18       Could you just look through this
19 next ensuing few pages.  This appears to be
20 the materials that are referenced on the
21 minutes under "Market and Financial Forecast,"
22 right?
23       These are the materials that are
24 being discussed and referenced in the minutes?
25       MR. SCOTT:  Objection, form.

Confidential                    Jay Farner December 04, 2023

222

1     A.  Yes, sir.  If I look at Exhibit 19 --
2   BY MR. BARRY:
3     Q.  Yeah.
4     A.  -- and then look at this --
5     Q.  Yeah.
6     A.  -- it seems like these two things
7   would connect.
8     Q.  Okay.  So let's look at the first
9   page -- I'm sorry, the first page -- next page
10  of the presentation, 9 of 25.
11         This reflects the US 10-year
12  Treasury bond, right?
13     A.  Yeah.  This is, I guess, what the
14  US Treasury bond had been doing those last 30
15  or 60 days is what he's got circled.
16     Q.  And the minutes reflect that
17  Mr. Brown discussed the recent rise of the
18  10-year Treasury yield and its impact on the
19  Company's metrics.
20         And this is the US 10-year Treasury
21  yield that's referred to in the minutes,
22  right?
23     A.  Yeah.  If you're in the industry,
24  you're probably listening to Barry Habib or
25  looking at this every second of the day.  But

223

1   we didn't have people from there.
2         So I think probably just giving them
3   in context around what was happening was going
4   to be helpful to them.
5     Q.  Right.  And this is public
6   information.  I can download it from
7   Bloomberg, right?
8     A.  Sure.  Yeah.
9     Q.  So let's look at the next page.
10         It says "Compressing Primary and
11  Secondary Spreads."
12         Do you see that?
13     A.  I do.
14     Q.  What is the NMCMFUS index and
15  MTGEFNCL index?
16     A.  We'd probably have to ask Julie or
17  Brian.
18     Q.  Sitting here today, you don't know?
19     A.  (Shaking head.)
20     Q.  Okay.  But they're publicly
21  available indices?
22     A.  That's my understanding.  I know you
23  can figure out at any time what's going on with
24  the spreads.
25     Q.  Let's look at the next page under

224

1   "Market Overview."
2         Do you see that?
3         Now, this contains historical market
4   information for the mortgage industry
5   generally for 2000, right?  Because that's
6   already happened, right?
7     A.  Yes.  That's right.
8     Q.  And then going forward, there's a
9   projection for what people expect for 2021,
10  right?
11         And when I say "people," you can
12  look at the footnote.  It says:
13         "Market projections are based on
14     MBA's February 2021 mortgage finance
15     forecast."
16         Do you see that?
17     A.  Yeah.  A lot of people put out
18  forecasts.  They're wildly different.
19         This would -- I can't recall a time
20  the MBA was 100 percent accurate, but this
21  appears to be their forecast.
22     Q.  Well, when the minutes refer to the
23  mortgage -- the MBA anticipating an 80 percent
24  decrease in refinance from Q1 to Q4, this kind
25  of reflects that, right?

225

1     A.  That's what it says here, yeah.
2     Q.  Okay.  And I could either download
3   or purchase this forecast from the Mortgage
4   Bankers Association, right?
5     A.  Yeah, or probably open up a USA Today
6   or turning on TV.  It's a fairly common news
7   topic.
8     Q.  Okay.  So let's look at the next
9   page.  "2021 Forecast Highlights Revenue."
10         So we have Columns B and C.  B is
11  the December 2020 board forecast -- and the
12  March 2021 revised forecast.
13         Do you see that?
14     A.  I do.
15     Q.  So this is showing that in
16  December 2020, the board is forecasting RKT
17  revenue of total closed volume at 300 billion,
18  right?
19         MR. SCOTT:  Objection, form.
20     A.  Annual.
21   BY MR. BARRY:
22     Q.  Annual.  I'm talking annual.
23     A.  Yes, sir.
24     Q.  And this is for full year 2021,
25  right?

Jay Farner    December 04, 2023

226

1     A.  Yeah.  This is one scenario that I
2   think Brian is laying out.  This isn't like an
3   official -- it's impossible to forecast what
4   you're going to do in a 12-month period of
5   time.  But I think he's trying to give the
6   board a feel of what one possible scenario
7   could be.
8     Q.  So it was forecast -- the
9   December 2020 board forecast had total closed
10  volume 2021 revenue at 300 billion, right?
11    A.  I see that, yes.
12    Q.  And for March 2021, the revised
13  forecast also has total closed volume at
14  300 billion, right?
15    A.  Yes, sir.
16    Q.  But the average gain on sale margin
17  goes down, right, from 3.50 in December 2020
18  forecast to 3.19 for the March 2021 revised
19  forecast, right?
20    A.  Yeah.  Again, he's probably looking
21  at what analysts or the industry was calling
22  for in terms of a normalization and so they
23  baked in their best guess of what it might be.
24    Q.  And their best guess for the March
25  of 2021 forecast was revision from 3.5 to

227

1   3.19, right?
2     A.  That's one guess.  I don't know how
3   they arrived at it.
4     Q.  And that results in a total
5   reduction in total net gain on sale revenue
6   from 10 billion, 460 to 9 billion, 510, right?
7     A.  In this particular scenario that he's
8   laying out, that's what would happen, yes.
9     Q.  So that's a $950 million decline, or
10  9 percent decline, right?
11    A.  Again, in this one example he's
12  using.
13    Q.  So let's look at the net servicing
14  revenue.  That goes up from December 2020 at
15  124 to 167 for the revised March '21 forecast,
16  right?
17    A.  That's what he has here, yes, sir.
18    Q.  And other RKT revenue also goes up
19  from 1 billion, 477 to 1 billion, 546.
20       That's an increase of 5 percent,
21  right?
22    A.  I see that.
23    Q.  And let's round it out.
24       Net servicing revenue is going up
25  35 percent, right?

228

1     A.  That's what he has here, yes, in this
2   example.
3     Q.  So out of all these numbers between
4   December '20 and March 2021 in the forecast,
5   everything either stayed the same or went up
6   except the average gain on sale margin, right?
7     A.  In this particular example, that's
8   what he has on this piece of paper, yes.
9     Q.  Look at page 16 of 25.
10       This presentation also compared the
11  revised Q1 forecast against analyst consensus,
12  right?
13    A.  It appears to.  I don't know which
14  analysts or so forth.  It says something about
15  13 or so different analysts covering this.
16    Q.  Sure.  Let's look at the footnote.
17  It says:
18       "Mean values of the 13 analysts
19       covering RKT as of March 22nd, 2021."
20       Right?
21    A.  Uh-huh.
22    Q.  So it looks like Ms. Booth and
23  Mr. Brown took the consensus -- took the
24  analyst expectations from 13 analysts, gave
25  you the mean value, and that's what analyst

229

1   consensus they have here, right?
2       MR. SCOTT:  Objection, form.
3     A.  I suppose.  We should probably ask
4   them.  Some analysts are sharper than others.
5   Some we paid attention to, some we didn't.
6       But, you know, according to that
7   footnote, that's what it is stating.
8   BY MR. BARRY:
9     Q.  Okay.  For net rate locks, for
10  example, this is showing that Rocket's
11  internal net rate locks projection is
12  $1.7 billion higher than analyst consensus,
13  right?
14    A.  Yes, sir.
15    Q.  And it's showing the gain on sale
16  margin being 3 percent lower than analyst
17  consensus, right?  3.69 to 3.81?
18    A.  It's odd.  We could go back and look,
19  but I think we already gave -- I'm thinking
20  about this is Q1 of '21, and we did the
21  earnings call in February.  So I think we
22  already gave a range for gain on sale for that
23  point in time.
24       So they would have our knowledge or
25  information, I guess.  So it's odd that -- but,

230

1    sure, yes, that's their consensus versus what
2    we had on this piece of paper.
3        Q.   And closed volume -- the closed
4    volume is also a little higher for -- for the
5    March 2021 revised forecast at 103.1 billion
6    versus analyst consensus at 102.2 billion,
7    right?
8        A.   Yes, sir.  Uh-huh.
9        Q.   Now, adjusted revenue is lower at
10   the March 2021 revised forecast versus analyst
11   consensus, right?
12       A.   It is.  Now we're down into talking
13   about 73 bucks or 70 -- whatever that is in, I
14   guess, billions.  2 percent in -- at this point
15   in time, any loan volume change, all the things
16   we discussed previously in terms of the
17   Capital Markets, hedging -- and there's so many
18   variables.  I wouldn't look at that and say
19   they are vastly different.
20       Q.   Now --
21       A.   Our EBITDA is higher in this
22   particular example.
23       Q.   Sure.
24       So rocket regularly tracked analyst
25   expectations, right?

231

1        MR. SCOTT:  Objection, form.
2        A.   I mean, certainly I think the IR team
3    in that case or the PR -- they talked about
4    them, had conversations.
5        From a relevancy perspective, from my
6    seat, you're thinking about the growth of the
7    organization over the long haul, so analyst
8    adjustments week to week, month to month,
9    probably not that relevant.
10       But so I wouldn't use the word
11   necessarily "tracked," but they looked at them
12   and Brian and his team certainly understood
13   them.
14   BY MR. BARRY:
15       Q.   They looked at them on a weekly
16   basis, didn't they?
17       MR. SCOTT:  Objection to form.
18       A.   I'm sorry.  No, I can't say that.
19   BY MR. BARRY:
20       Q.   Was it important to look at Rocket's
21   internal forecasts versus how the market
22   expected Rocket to perform?
23       MR. SCOTT:  Objection to form.
24       A.   I don't know.  When you say
25   "important," I guess, important for what?

232

1    BY MR. BARRY:
2        Q.   Was it an important metric to be
3    considered by you?
4        A.   No.
5        Q.   If Rocket's internal forecasts
6    showed materially lower projections than
7    analysts were projecting publicly in the
8    market, what you would -- strike that.  I'll
9    wait on that.
10       But you're aware that the corporate
11   finance team at Rocket tracked the analyst
12   expectations, analyst consensus, on a weekly
13   basis and compared that to Rocket's own
14   internal forecasts on a weekly basis, right?
15       MR. SCOTT:  Objection, form.
16       A.   No.  I couldn't say I was aware how
17   often they looked at it.  The finance team was
18   also part of the investor relations.
19       So they're communicating with
20   investors.  So probably for that group, having
21   an understanding would be important to them but
22   not relevant to the broader operation of the
23   business.
24   BY MR. BARRY:
25       Q.   What's the Compass?

233

1        A.   It's information that finance sends
2    out to give people a basic understanding of
3    what's happening in the business; used
4    sparingly because most leaders are also looking
5    at their own information as we talked about
6    earlier.
7        Q.   Did you receive a copy of the
8    Compass?
9        A.   I think I did in email.  Sometimes
10   I printed it.  Sometimes I didn't.
11       Q.   Who maintains the Compass?
12       A.   I don't know.
13       Q.   Do you know what databases are used
14   to pull information to create the Compass?
15       A.   I don't.
16       Q.   Let's look at page -- I'm sorry.
17       MR. BARRY:  Let's look at
18   Exhibit 21.
19       (Email with attachment 03/23/2021,
20       beginning Bates
21       ROCKET_DELAWARE00025566, marked as
22       Exhibit 21.)
23       A.   Exhibit 21?
24       MR. BARRY:  I'm going to give it to
25   you.

234

1     MR. SCOTT: He's going to mark it.
2   BY MR. BARRY:
3     Q.  Exhibit 21 is the Compass report --
4   I'm sorry.  It's -- it's an email with an
5   attachment produced at
6   ROCKET_DELAWARE00025566.
7     It is an email dated March 23rd,
8   2021, attaching the Compass dated March 23rd,
9   2021.
10    Do you see that?
11    A.  I do.
12    Q.  And this is the same week as the
13  audit and board committee meetings that we
14  just reviewed, right?
15    A.  Yeah.  It looks like this is late in
16  the evening on the 23rd.
17    Q.  Okay.  Let's look at page 33 of 72.
18    So this includes Rocket's internal
19  forecasts on a quarterly basis for the full
20  year 2021, right?
21    A.  It includes a forecast that someone
22  has put together.  I will not call them
23  Rocket's forecasts because there's just no way,
24  on March 23rd, you could be predicting what is
25  going to happen in most of Q2, let alone Q3 and

235

1   Q4.
2     There are so many variables that are
3   going to go into this.  And I would say if we
4   were to look back, 80 percent or plus of this
5   data would probably be inaccurate when we
6   actually looked at what occurred in any given
7   year.
8     Q.  But these were prepared by the
9   corporate finance team?
10    A.  I don't know who Enzo Barretta is,
11  but maybe.
12    Q.  Okay.  Now, these are nonpublic
13  numbers, right?
14    A.  Some of these are public because we
15  issued some of this, I think, in our -- in our
16  earnings calls, so forth, as we went through
17  the quarters.
18    Q.  Well, this is dated March 23rd,
19  2021, right?
20    A.  It is, yes.
21    Q.  You hadn't published your first
22  quarter results yet, had you?  Right?
23    A.  No, I think we gave some guidance.
24    Q.  Then you had guidance, but you
25  hadn't published numbers, actual results,

236

1   right?
2     A.  Correct.
3     Q.  Okay.
4     A.  So -- a lot of this, just by
5   watching, like consumer, partner, this is being
6   tracked and published out there all the time,
7   how many loans companies are doing.  You're
8   watching your competition.
9     So a lot of this information you can
10  get to by understanding our market share and
11  understanding what's happening in the mortgage
12  market.
13    Q.  And based on the market, to your
14  understanding, your corporate finance
15  department's understanding of the market, this
16  is what they came up with, right?
17    MR. SCOTT: Objection, form.  That
18  was --
19  BY MR. BARRY:
20    Q.  Okay.  Right?
21    A.  Yeah.  Some analyst in the finance
22  group took their best shot at putting together
23  a scenario.
24    But as I said before, having done
25  this for a long period of time, I was sitting

237

1   at my home after I'd sent 20-some-thousand
2   people home for the Pandemic.
3     And the bond -- as you probably can
4   recall, the stock market was crashing, the bond
5   market was rallying, and we saw interest rates
6   that no one had forecasted.
7     I can recall when, unfortunately,
8   planes hit the Twin Towers.  I can recall event
9   after event after event that I have no control
10  over, probably more than any other industry,
11  making it almost impossible to predict what
12  will happen day to day in the mortgage market.
13    And then, what if the government
14  decides to get involved and buy mortgage-backed
15  securities?
16    What if they decide to add 20 or 30
17  or 40 basis points to a loan level?
18    What if they change the loan amount?
19    So you have to react to what's
20  happening in the day.
21    You can look back in time to give
22  yourself some guidance.  But anchoring any
23  decision on what someone is forecasting in the
24  future is something I would not do.
25    And, again, I think we beat this

Confidential                     Jay Farner  December 04, 2023

238

1   number, or the previous one you showed me, by
2   over $50 billion when they claimed that rates
3   were going to be rising.
4        So good thing we're not relying on
5   this paperwork. This paperwork was meant for a
6   board to get educated about the mortgage
7   industry.
8        MR. SCOTT: You're pointing to
9   Exhibit --
10   A. Correct.
11        MR. SCOTT: -- Exhibit 20?
12   A. Exhibit 20.
13   BY MR. BARRY:
14   Q. Okay. So I'd like to focus back on
15   Exhibit 21 on page 33 of 72.
16        These forecasts were nonpublic
17   forecasts, right?
18        MR. SCOTT: Objection, form.
19   A. This particular piece of paper was
20   not given to the public because there's nothing
21   on here that is any different than if someone
22   were to go and look at the MBA forecast, look
23   at our market share, and then on their own try
24   to determine what might happen with our loan
25   production, what might happen with our interest

239

1   rates, our gain on sale.
2        We've been saying for a year that
3   gain on sale would return to normal.
4        So whether this particular piece of
5   paper was published or not, the data on this is
6   very accessible to anyone in the marketplace.
7   And analysts, of course, use that data to come
8   up with their own projections of what will
9   occur.
10   BY MR. BARRY:
11   Q. So -- but as you admitted, these
12   numbers, this forecast, was not published
13   publicly?
14        MR. SCOTT: Objection to form.
15   A. This particular piece of paper that
16   had numbers that were not our company's
17   forecast was not given to the public.
18   BY MR. BARRY:
19   Q. Okay. Let's look at line 13.
20        "Rate Lock on Gain" -- I'm sorry --
21        "Rate Lock Gain on Sale Margin (excl.
22        Repurchase provision, Rockpile)."
23        Do you see that?
24   A. I do.
25   Q. Okay. So this shows that -- a Q1

240

1   2021 forecast at 3.69, right?
2   A. It does.
3   Q. And a second quarter forecast at
4   3.05, right?
5   A. That's what it has on this piece of
6   paper. In March, I think it would be very
7   hard -- like we talked about in Q1, you had two
8   months, in this case almost three months, of
9   real data.
10        In Q2, you haven't had any data, so
11   it would be hard to know with any certainty
12   what that number would be.
13   Q. Right. And for Q3, it's 2.95. And
14   in Q4, it's 2.86, right?
15   A. It looks like someone has basically
16   taken the language that's been out there in the
17   press about rates and margins coming down and
18   just come up with some sort of a cascade here.
19   Q. Well, let's be careful. Let's be
20   clear. It says 2.95 for Q3 2021, and 2.86 for
21   Q4 2021, right? That's what that says?
22   A. Yes.
23        MR. SCOTT: Objection to form. Move
24   to strike counsel's statement where he
25   asked the witness to be careful. I don't

241

1   think that's appropriate.
2   BY MR. BARRY:
3   Q. That's what the numbers say, right?
4        MR. SCOTT: Objection to form.
5   A. They do say that here. They say that
6   here. They're inaccurate, but they do say
7   that.
8   BY MR. BARRY:
9   Q. Then for CY 2021, there's a CY 2021
10   forecast at 3.18 percent, right?
11   A. Yeah. That's what they've put on
12   this piece of paper.
13   Q. Okay. So according to this
14   forecast, Rocket's showing a drop of about 17
15   percent from Q1 to Q2, and then steady
16   declines after that of about 2 to 3 percent
17   each quarter after that, right?
18        MR. SCOTT: Objection to form.
19   A. Yeah. I would say Rocket's not
20   showing anything.
21        Again, this is a hypothetical. This
22   is not specific to what we thought would happen
23   or knew what would happen. No one could know
24   what would happen.
25        The good news is, what we would know

242

1  is that we would have the ability through our
2  marketing, our sales, to take all kinds of
3  other actions to affect revenue, which is what
4  the Company is driven off of, to make sure that
5  we had a successful year.
6       So I like to focus on the things
7  I can control because I can't control what's
8  going to happen, nor do I know, nor does anyone
9  know what's going to happen with certainty when
10 it comes to interest rate.
11 BY MR. BARRY:
12      Q.  But this forecast is showing a
13 17 percent drop from the first to the second
14 quarter, and then 3 percent drops for each
15 quarter after that, right?
16      MR. SCOTT:  Objection, form.
17      A.  This piece of paper is, yes.
18 BY MR. BARRY:
19      Q.  Okay.  And let's look at revenue.
20 This piece of paper is showing adjusted
21 revenue of $4 billion -- $4 billion in the
22 first quarter, 3.2 in the second quarter,
23 right?
24      A.  Yes.
25      Q.  2.695 in the third quarter, and

243

1  2.317 in the fourth quarter, right?
2       A.  Yes.  That's what's on the paper.
3       Q.  For a total of, for the total CY '21
4  forecast, of 12.214, right?
5       A.  Yes.  I think 6 or $700 million shy
6  of what the actual numbers wound up being.
7       Q.  And this is comparing internal
8  versus analyst forecasts on page 34 of 72,
9  right?
10      MR. SCOTT:  He wants you to move to
11 34, I think.
12      A.  Understood.
13 BY MR. BARRY:
14      Q.  So this is showing, in Columns D and
15 E, what the analyst consensus was as compared
16 to what this forecast was in Columns B and C,
17 right?
18      A.  I'm reading.  I think you're asking
19 me to look at E14 for the analysts?  Is that --
20      Q.  Well, these charts.  There's a
21 column for B -- Columns B and C show "RKT
22 forecast, FCST12."
23      And that's Q1 '21 forecast and CY
24 '21 forecast, right?
25      A.  Yes.  Again, the Q1 forecast might

244

1  actually be a somewhat accurate number because
2  this is at the end of March.
3       Regarding Column C, that's just a
4  possibility.  It's not a forecast that I would
5  rely on because there are so many variables
6  with, whatever it is, nine-plus months left in
7  the year.
8       Q.  Sure.  But you can compare, for
9  example, the 3.18 and the 12.214 to the same
10 CY numbers on the previous page of 3.18 and
11 12.214, right?
12      MR. SCOTT:  Objection to form.
13      A.  I think I know where you're getting
14 the 3.184, and then what was the --
15 BY MR. BARRY:
16      Q.  12.214?  I'm looking at lines 13 and
17 16 here and comparing that to --
18      A.  Where is "here," sir?
19      MR. SCOTT:  You have to be a little
20 more clear.
21 BY MR. BARRY:
22      Q.  I'm sorry.  You're right.  You're
23 absolutely right.  I'm sorry.  On page 34 of
24 72.
25      MR. SCOTT:  34 of 72.

245

1  BY MR. BARRY:
2       Q.  I'm looking at lines 13 and 16 in
3  Column C.  It's 3.18 and 12.214.
4       (Clarification by the reporter.)
5       A.  And where is that?
6  BY MR. BARRY:
7       Q.  Under Column -- 12.6.
8       Oh, I'm sorry.  "Adjusted Revenue."
9       A.  Yes.  "Adjusted Revenue."
10      Q.  Okay.  And then we can compare those
11 same numbers on the prior page at lines 13 and
12 16 for rate lock gain on sale margin and
13 adjusted revenue of 3.18 percent and
14 12 billion, 214 million.
15      A.  Yes.  Inaccurate numbers, which --
16 that's why we don't share them with the street.
17      Q.  But -- okay.  So those are the
18 comparisons against analyst consensus in
19 Columns D and E, which is comparing, for
20 example, analyst consensus GOSM at
21 3.81 percent with CY '21 at 3.5 percent,
22 right?
23      A.  Yeah.  What we did is we put the
24 letters across the top and we put the numbers
25 down the side so when we're talking to each

Confidential                              Jay Farner  December 04, 2023

246

1   other, we can direct the person to the right
2   box as opposed to just throwing the numbers
3   out.
4         If you could do that for me, it would
5   get a lot easier.
6         Q.  Sure.  Sure.
7         In Column D13 --
8         A.  Yes, sir.
9         Q.  -- it says Q1 '21 forecast -- and
10  this is under "Analyst Consensus" -- is
11  3.81 percent?
12        A.  My D13 is not Q1.  I'm sorry.
13        You mean B?  Which page are you on?
14  Let's start there.
15        Q.  I'm looking at 34 of 72.
16        A.  Okay.  And D --
17        Q.  D as in dog, 13.
18        A.  13.  Yes, sir.
19        Q.  Analyst consensus, Q1 '21 forecast,
20  is 3.18 percent, right?
21        A.  Yes, sir.  And, again, I'm not even
22  sure -- I think we talked about it -- what the
23  analyst consensus definition is here.
24        Is that on the previous page or where
25  does it say that?

247

1         Q.  If you look down at Footnote 1 on
2   line 36 --
3         A.  Okay.  It's choppy, but I'm assuming
4   it says something.
5         MR. SCOTT:  March 9, 2021.
6         A.  Okay.  Yes, sir.
7   BY MR. BARRY:
8         Q.  So 3.1 -- 3.81 percent is higher
9   than the RKT forecast listed in cell B13 of
10  3.69 percent, right?
11        A.  It is, yes.
12        Q.  And looking at the Yearly CY '21
13  Forecast under E13 of 3.5 percent --
14        Do you see that?
15        A.  I do.
16        Q.  That's higher than the RKT forecast
17  in C13 of 3.18 percent, right?
18        A.  It is.  I think each analyst is
19  trying to figure out how gradually rates will
20  come down.
21        Everyone in this year wasn't for
22  certain.  Clearly when we got in April, things
23  got bumpier than anyone had expected.
24        But again, at the end of the day,
25  what the analysts are trying to figure out, in

248

1   my experience, is what the adjusted net income
2   will be and what the earnings per share will
3   be.
4         And so outside of focusing on the
5   in-the-quarter gain on sale, I don't know
6   anybody that would look at a yearly forecast
7   for that and put any weight into it.  There's
8   too much variability.
9         Q.  Okay.  Let's look at adjusted
10  revenue.
11        And adjusted revenue for the CY '21
12  forecast is -- for analysts at cell E16, it
13  says 13 billion, 43 million, right?
14        A.  Yes, sir.
15        Q.  And that is higher than what's
16  listed as an RKT forecast in cell C16,
17  adjusted revenue of 12 billion, 214 million,
18  right?
19        A.  That's why I would not rely on this.
20  Because knowing all the other strategies and
21  levers, I felt pretty confident we could do
22  other things to drive revenue, and I think we
23  came in real close to 13 billion that year.
24        So, again, back to a yearly forecast
25  being incredibly hard to predict, it's just not

249

1   something you look at.
2         Q.  But this number is showing, in
3   Column G16, adjusted revenue RKT forecast
4   being 830 million lower than analyst consensus
5   forecast for CY '21, right?
6         A.  Yes.  Someone has built a formula
7   that looks to take cell E16 and subtract cell
8   C16.
9         Q.  And adjusted net income, down on
10  line 33, is also lower for CY '21 RKT at 4.279
11  and analyst forecast at 4.927, right?
12        A.  On this piece of paper, I mean,
13  whoever produced this -- they put that number
14  in.
15        Those two numbers, one is larger than
16  the other but not relevant to what is actually
17  happening at our organization.
18        Q.  So as of March 23, 2023, this -- the
19  Rocket Compass model that is circulated on a
20  weekly basis is showing rate lock gain on sale
21  margin, adjusted revenue, and adjusted net
22  income for both the first quarter -- I'm
23  sorry, for the full CY '21 being lower than
24  analyst forecasts for rate lock -- adjusted
25  gain on sale margin, adjusted revenue, and

Confidential                    Jay Farner   December 04, 2023

250

1   adjusted net income, right?
2        MR. SCOTT:  Now hold on.  He started
3   by saying "So as of March 23, 2023."  And
4   this year is 2023.
5        MR. BARRY:  You're absolutely right.
6   I'm sorry.  Let me rephrase that
7   question.
8   BY MR. BARRY:
9        Q.  So the March 23, 2021, Compass
10  report was showing rate lock GOSM, adjusted
11  revenue, and net income for the full calendar
12  year 2021 being lower in RKT forecasts than it
13  was in industry consensus, right?
14       A.  I think you used the word "model" at
15  some point in time and "forecast," and these
16  are neither of those things.
17       If we were to go talk to the head of
18  sales, he would tell you what his forecast
19  would be for loan production.
20       The head of wholesale, he would tell
21  you his forecast.
22       If we go to Capital Markets, they
23  would give you their best estimate of where
24  they're at, and then they would look at
25  industry predictions on what the industry might

251

1   do.
2        Then we look at all the strategies in
3   that board deck to grow our organization.  And
4   all that would factor into the reality of what
5   we could accomplish that year.
6        So, again, an analyst plugging some
7   numbers in on a piece of paper is different
8   than a true forecast.  And in this business, as
9   I've already kind of spoke to, it is very, very
10  challenging to predict more than 30 or 60 days
11  out in any given moment what you're going to do
12  because you just don't know.
13       So this is not a forecast.  This is
14  not a model.  It's a report that we used
15  specifically to look at historical data.
16       I don't know who used this -- these
17  documents, but certainly we did not look at
18  these to think about the performance or the
19  future of the Company.
20       Q.  Okay.  Under Columns B and C, the
21  first line says "RKT Forecast," right?
22       A.  Yes.
23       Q.  Okay.  And these numbers for rate
24  lock on sale margin, adjusted revenue, and
25  adjusted net income, are lower than the

252

1   figures on this page for analyst consensus,
2   rate locking on sale margin, adjusted revenue,
3   and adjusted net income, right?
4        MR. SCOTT:  Objection, form.
5        A.  I have no idea how the analysts were
6   coming up with their projections.  But on this
7   piece of paper, our numbers were different than
8   theirs.
9   BY MR. BARRY:
10       Q.  And the numbers were lower than
11  theirs, right?
12       MR. SCOTT:  Objection to form.
13       A.  I suppose, if you want to be
14  specific.  But the analyst numbers around rate
15  lock -- well, I don't want to speak for you.
16       Do you want to specify the numbers
17  you're referencing?
18  BY MR. BARRY:
19       Q.  3.5 is higher than 3.18, right?
20       MR. SCOTT:  Which is the metric
21  you're referring to?
22  BY MR. BARRY:
23       Q.  Okay.  Is the number 3.5 higher than
24  the number 3.18?
25       MR. SCOTT:  He's just saying --

253

1        A.  Yes, sir.
2   BY MR. BARRY:
3        Q.  Is the number 13 --
4        A.  It's not relevantly higher, but yes,
5   sir.
6        Q.  Is the number 13 billion, 43 million
7   higher than 12 billion, 214 million?
8        A.  Yes, sir.
9        Q.  Is the number 4 billion, 927 higher
10  than the number 4 billion, 279?
11       A.  Yes, sir.
12       Q.  Okay.  So --
13       A.  You've just demonstrated that a bunch
14  of irrelevant numbers are higher to each other.
15       Q.  But on these reports, that wasn't
16  always the case, right?  Sometimes Rocket --
17  what's listed as RKT forecasts were higher
18  than analyst consensus, right?
19       A.  Again, going back to the
20  impossibility to predict the future, I would
21  say there would be always variation in what
22  analysts thought would happen versus what
23  happened.
24       MR. BARRY:  Let's look at Exhibit --
25  this is going to be 21.  Is it 21 or 22?

254

1    MR. MORGANROTH:  22.
2    MR. BARRY:  Thank you.
3    (Email with attachment 02/16/2021,
4    beginning Bates
5    ROCKET_DELAWARE00000105, marked as
6    Exhibit 22.)
7    BY MR. BARRY:
8    Q.  Exhibit 22 is an email with an
9    attachment dated February 16th, 2021, produced
10   at ROCKET_DELAWARE00000105.
11        This is the Compass Weekly Financial
12   Forecast dated February 16th, 2021.
13        Have you ever seen this document?
14        MR. SCOTT:  Just take a moment to
15   review it.
16   A.  I can't say that I've seen this
17   specific document.  But as we've established,
18   I've seen Compass reports in the past.
19   BY MR. BARRY:
20   Q.  Okay.  This was before the fourth
21   quarter 2020 earnings announcement, right?
22   A.  Yes.  That occurred on February 25th.
23   Q.  So let's look at page 20 of 38.
24        This again shows -- this says "RKT
25   Internal Forecast - Quarterly."

255

1        Do you see that?
2    A.  I do.
3    Q.  Okay.  Let's look at line 13.  Let's
4    look at B, B as in boy, 13.
5    A.  Okay.
6    Q.  And this is the Q1 '21 forecast.
7    And it says -- and this is for rate lock gain
8    on sale margin.
9        And for Q1 '21 forecast, it says
10   3.96, right?
11   A.  Yes, sir.
12   Q.  And it drops to 3.60 in Q2 '21,
13   right?
14   A.  Yes.  On this particular form it
15   does, yes.
16   Q.  And then it goes down to
17   3.47 percent for Q3?
18   A.  Yeah.  I think we're following kind
19   of the industry expectations that over the
20   course of the year we'd see some pressure on
21   interest rate and that we'd see gain drop.
22   Q.  So it goes down from 3.6 in Q2 '21
23   to 3.47 in Q3 '21, right?
24   A.  It does.
25   Q.  And Q4 '21, it goes to 3.22, right?

256

1    A.  Yes, sir.
2    Q.  And this is showing CY '21 forecast
3    at 3.59 percent, right?
4    A.  In this particular date on this form,
5    yes.
6    Q.  Okay.  And then the next page, 21 of
7    38, this is -- you're seeing this, again,
8    compares the RKT internal forecast with
9    investor relations consensus.
10        Do you see that?
11   A.  I do.
12   Q.  Okay.  So let's look at Column B, as
13   in boy, 13, which is the RKT Internal Forecast
14   for Q1 '21.  And you see that's at
15   3.96 percent, the same one we looked at the
16   prior page?
17   A.  Yes, sir.
18   Q.  And for CY '21, we have
19   3.59 percent.  Again, the same numbers from
20   the prior page, right?
21   A.  Yes, sir.
22   Q.  And then for the analyst consent --
23   for the investor relations consensus for Q1
24   '21, it's 3.61 percent, right?
25   A.  Yeah.

257

1    Q.  And for CY '21, it's 3.39 percent,
2    right?
3    A.  Yes.  On this document for investor
4    relations it is, yes.
5    Q.  So for adjusted revenue, RKT
6    internal forecast is showing, for Q1 '21,
7    4 billion, 363 million, right?
8    A.  I see that here, yes.
9    Q.  And for CY '21, it's showing
10   14 billion, 330 million, right?
11   A.  Yes.
12   Q.  And those two numbers are higher
13   than the Investor Relations Consensus Q1 '21
14   Forecast of 2.984 and the CY '21 forecast of
15   11 billion, 199 million, right?
16   A.  On this piece of paper, yes, they
17   are.
18   Q.  So prior to the -- prior to the
19   fourth quarter earnings announcement, Rocket
20   was forecasting internally that it was
21   outperforming what analyst expectations were,
22   right?
23        MR. SCOTT:  Objection to form.
24   A.  In this particular form that looks
25   like it was designed for investor relations, we

258

1    were showing that Q1 was going to be better
2    than what analysts expected. I believe it was.
3          But for the -- again, for the full
4    year, just like I would look at the other one
5    and say that's probably soft; I would probably
6    look at this one and say it's probably high,
7    you know?
8          So I wouldn't rely on this, me
9    personally, to do anything that is
10   business-related because there's just too many
11   variables in a year-long number.
12         So they're going to go up and down.
13   They're going to fluctuate between where we're
14   at and where the analyst is at. And a lot of
15   that is just timing based on the data you're
16   pulling from the markets.
17   BY MR. BARRY:
18         Q. But the fact that the -- what's
19   listed as RKT Internal Forecasts as compared
20   to the Investor Relations Consensus on
21   pages 21 of 38 of Exhibit 21 is showing -- is
22   showing that internally, Rocket believed it
23   was performing better than analyst
24   expectations, right?
25         MR. SCOTT: Objection to form.

259

1          A. I would say for Q1. I wouldn't say
2    Rocket believed anything for the year-long. As
3    I said before, we would not rely on a year-long
4    forecast. It's -- it's impossible.
5    BY MR. BARRY:
6          Q. But the fact that Rocket's internal
7    forecasts were higher than analyst
8    expectations is consistent with what Rocket
9    announced in its fourth quarter earnings
10   release, right?
11         MR. SCOTT: Objection, form.
12         A. Yeah. You would have to specify --
13   you said "like earnings." Like what earnings?
14   BY MR. BARRY:
15         Q. The fourth quarter earnings release
16   that we looked at earlier today.
17         A. Yes. We knew -- or we -- I suppose
18   we would have known here that we were doing
19   well.
20         Now, I'll tell you on February 16th,
21   you have no idea where the analyst consensus is
22   going to be because they are always updating
23   their numbers as well.
24         So I don't know if IR would be able
25   to say on February 16th that they would be

260

1    certain that at the time of the earnings
2    forecast, we would be -- because the analysts
3    could have changed their -- they're changing
4    their understanding as real data comes in to
5    them as well.
6          Q. Flip back to Exhibit 7, please,
7    which is the chat with the Wall Street Journal
8    article produced at Rocket 35794 --
9    ROCKET_DELAWARE00035794.
10         MR. SCOTT: What's the exhibit
11   number?
12         MR. BARRY: I think it's Exhibit 7.
13         It's Exhibit 8? Thank you.
14         MR. SCOTT: There we go.
15   BY MR. BARRY:
16         Q. And we looked at this paragraph
17   earlier. It's the one, two, third, fourth,
18   fifth paragraph of the article, beginning "As
19   is typical in a heavy volume market."
20         Do you see that?
21         A. I do.
22         Q. And it says "Rocket expects gain on
23   sale to narrow further to a range of 3.6 to
24   3.9 in the first quarter. That is still
25   better than what Wall Street was expecting at

261

1    below 3.6, according to analyst estimates
2    compiled by Visible Alpha."
3          Do you see that?
4          A. I do.
5          Q. So that is consistent with what
6    we're seeing on page 21 of 38 of the Compass
7    report from February 16, right?
8          MR. SCOTT: Objection, form.
9          A. I mean -- I don't know which exhibit
10   it is.
11         MR. SCOTT: Yeah, I don't know which
12   one he's going to.
13         MR. BARRY: It should be Exhibit 22.
14         MR. SCOTT: 22? You want him to go
15   back to Exhibit 22?
16         MR. BARRY: Yeah. Exhibit 22, which
17   is --
18         MR. SCOTT: Which page number?
19         MR. BARRY: Exhibit [sic] 21 of 38.
20         MR. SCOTT: You mean page number 21
21   of 38?
22         MR. BARRY: Yeah. Page 21 of 38.
23         MR. SCOTT: He wants you to go back
24   now to these numbers here.
25         A. Okay. So we're looking at

262

1 February 16th, and then we're looking at after
2 the earnings call. And --
3 BY MR. BARRY:
4    Q.  Exactly.
5        So the observation in the
6 Wall Street Journal article from March 1st,
7 that:
8        "Rocket expects gain on sale to
9        narrow further to a range of 3.6 to
10       3.9 in the first quarter.  That is
11       still better than what Wall Street was
12       expecting at below 3.6 percent
13       according to analyst estimates
14       compiled by Visible Alpha."
15       The projections -- the forecasts,
16 rather, in -- on pages 20 and 21 of the Rocket
17 report dated February 16th, 2021, is
18 consistent with Rocket's expected performance
19 to be higher than what Wall Street was
20 expecting, right?
21       MR. SCOTT:  Objection, form.
22    A.  Well, Wall Street here is saying that
23 we're in a 3.6 to 3.9 range, which we're
24 bringing margin down like everybody is.
25       On this document you're showing me on

263

1 the Compass, I think, it says analysts are
2 expecting a 3.6.
3        And then it says here, "It's better
4 than what Wall Street is expecting at 3.6."
5        But who knows if they're the same
6 analysts or different analysts, but they seem
7 very, you know, close.
8        So I guess I'm agreeing that in Q1,
9 we thought that our range would be higher than
10 what these analysts were expecting.
11       MR. BARRY:  Look at Exhibit 23.
12       MR. SCOTT:  Yeah.  We've been going
13 over an hour now.  So before you mark a
14 new exhibit, let's take a break.
15       MR. BARRY:  Okay.  Sure.
16       THE VIDEOGRAPHER:  This marks the
17 end of media unit number 4.  The time
18 is 4:46 p.m.
19       We are off the record.
20       (Recess taken.)
21       THE VIDEOGRAPHER:  This marks the
22 beginning of media unit number 5.
23       We are back on the record
24 at 5:03 p.m.
25       MR. SCOTT:  And before we start,

264

1 I'll just note that while we were at the
2 break, I had a conversation with
3 Mr. Barry.  He said he has approximately
4 two hours to go.
5        Our witness here, Mr. Farner, had to
6 make arrangements for someone to watch
7 his children.  And so we're going to sit
8 for the next two hours and get this done
9 based on Mr. Barry's representation he
10 has approximately two hours to go.
11       MR. BARRY:  Thank you.  I will
12 endeavor to finish within two hours.
13 I hope to do so.  I reserve all rights.
14       MR. SCOTT:  Yeah.  And to be clear,
15 while Delaware allows depositions to be
16 taken day-to-day, the subject matter of
17 this testimony shouldn't require more
18 than 7 hours of deposition.
19       I've been told we have 4 hours and
20 55 minutes on the record.  And so
21 Mr. Barry's estimate of two hours fits
22 within the seven-hour time period, and we
23 will not be bringing Mr. Farner back
24 beyond the seven hours.
25       MR. BARRY:  We're on Exhibit 23.

265

1        (Email with attachment 03/22/2021,
2        beginning Bates
3        ROCKET_DELAWARE00025527, marked as
4        Exhibit 23.)
5        MR. BARRY:  Thank you.
6 BY MR. BARRY:
7    Q.  Exhibit 23 is an email dated
8 March 2nd, 2021, with the Compass report dated
9 March 22nd, 2021, produced at
10 ROCKET_DELAWARE00025527.
11    A.  I think it's March 2nd, not
12 March 22nd.
13    Q.  March -- I'm sorry.  You're right.
14 March 2nd, 2021.
15       This is the first Compass report
16 after the 4th quarter 2020 results were
17 issued -- were released, right?
18    A.  Perhaps.  Again, like I said,
19 I don't -- I didn't look at each one, so I have
20 to go back and look at the calendar to see if
21 that coincided.
22    Q.  Sure.
23       So the fourth quarter 2020 results
24 were released on February 25th, 2021.  And
25 this is March 2nd, 2021.

Confidential                      Jay Farner December 04, 2023

266

1    A.  Right.  So it's seven days.  So I
2  just -- I can't say for sure, but --
3    Q.  Well, let's look at page 20 of
4  38, please.
5        This is the same chart we've seen
6  before with slightly different numbers.
7        All right.  So we have in B, on
8  line 13, B13, which is the Q1 2021 forecast,
9  3.77 percent, right?
10    A.  Yes.  On this particular paper, this
11  time around, it's 3.77 -- you can see it
12  changes every single week.
13    Q.  Yeah.  And so -- and then it goes --
14  it drops to 3.4 for Q2 at C13, right?
15    A.  Yes, it does.
16    Q.  And it goes down to 3.3 at D13 for
17  rate sale -- for rate lock gain on sale margin
18  for Q3 '21?
19    A.  Yeah.  I'm going to guess, based on
20  these all being even numbers now, .4 to .3 to
21  .2, again, it's just kind of -- people are
22  plugging in whatever based on what they're
23  hearing the industry say about possible gain on
24  sale changes.
25    Q.  Yeah.  So it goes from 3.4 to 3.3 in

267

1  Q3 to 3.2 in Q1, right -- Q4, right?
2    A.  On this particular paper, yes.
3    Q.  So this is showing CY '21 forecast
4  at 3.44 percent, right?
5    A.  Yes.
6    Q.  And adjusted revenue, again, you can
7  see it from -- starting at 4.019 billion,
8  dropping down quarterly to 2.645 billion by
9  fourth quarter 2021, right?
10    A.  Yes.
11    Q.  And the Columns G and H show the
12  delta from the prior forecasts, right?  So the
13  Q --
14    A.  From -- it looks like from two
15  specific ones, yeah.
16    Q.  Okay.  So then let's look at the
17  consensus -- the comparison consensus on
18  page 21 of 38.
19        So let's look at B13, which is Q1
20  '21 forecast of 3.77 percent, which is the
21  same from the prior page, and C13, which is
22  CY '21 forecast, at 3.44 percent, same from
23  the previous page, right?
24    A.  Yes, sir.
25    Q.  Okay.  And then for the investor

268

1  relations consensus --
2    A.  I just want to make sure I got it
3  right.  Yes, sir.
4    Q.  So then for the investor relations
5  consensus for Q1 '21, the consensus listed
6  here is 3.61, right?
7    A.  Yes, sir.
8    Q.  And for CY '21 forecast, it's 3.34,
9  right?
10    A.  Yes, sir.
11    Q.  And those -- both of those numbers
12  are higher than the forecast numbers listed,
13  right?
14    A.  The investor relations numbers?
15    Q.  Yes, are lower than -- let me
16  rephrase that.
17        The RKT internal forecast numbers
18  listed on lines B13 and C13 are higher than
19  the investor relations consensus numbers
20  listed at lines D13 and E13, right?
21    A.  Yeah.  I'll point out, we're
22  literally talking about a dozen basis points.
23  This is so -- just in this business, it's so
24  hard to know -- you can see our ranges
25  typically are 30 or 40 basis points.  More

269

1  shortage on loan, change in loan.
2        There's so many variables here.  It
3  kind of speaks to the unpredictability of this.
4  You keep saying they're different, but, I mean,
5  it's kind of like saying -- I'm trying to think
6  of two model cars that are virtually the same,
7  but you get what I'm saying.  It's -- it's
8  minute differences.
9    Q.  Chevy and GMC?
10    A.  Yeah.  That's a good one.  There you
11  are.  Yeah.  A Yukon versus a Chevy Tahoe.
12  That's right.
13    Q.  But the revenue numbers, for
14  example, they're -- for Q1 '21 forecast, it's
15  4 billion, 19 versus investor relations
16  forecast at 2.984, right?
17    A.  Yeah.  I think the investors missed
18  how much loan volume we were doing, which was
19  driving some of these large variances we saw,
20  kind of speaking to our platform and how we
21  were able to market more in the fourth quarter
22  and just outperform what their expectations
23  were.
24    Q.  Right.  So the CY '21 forecast is
25  higher here at 13.053 versus 11.199 in the

270

1  investor relations consensus, right?
2      A.  In this particular deck it is, yes.
3      Q.  Okay.  So RKT internal forecasts
4  generally are still higher than the investor
5  relations consensus as of March 2nd, 2021,
6  right?
7      A.  I don't know.  I feel like one of
8  the -- I'm getting confused on the dates, but I
9  think -- I feel like one of the forecasts we
10 looked at, it was actually the opposite.
11     I can't remember kind of how we
12 bounced around on the dates here.
13     MR. SCOTT:  Well, you know, just a
14 note for the record.  I'm not sure
15 continued questions about whether numbers
16 on these documents are different is a
17 useful use of this witness' time.  I will
18 just note that for the record.
19     There's been dozens of questions
20 about numbers we'd probably stipulate to.
21     MR. BARRY:  Okay.  Well, let's then
22 look -- I'll try to do this quickly.
23 We'll look at March 9th, which is going
24 to be Exhibit 24.
25     (Email with attachment 03/09/2021,

271

1      beginning Bates
2      ROCKET_DELAWARE00025525, marked as
3      Exhibit 24.)
4  BY MR. BARRY:
5      Q.  Exhibit 24 is an email dated
6  March 9th, 2021, produced at
7  ROCKET_DELAWARE00025525, and it's the Compass
8  Weekly Financial Forecast dated March 9th,
9  2021.
10     And if you could, could you go to
11 page 22 of 40, and if you will look at lines
12 B13, which is the Q1 '21 forecast at RKT
13 Internal Forecast Quarterly, Q1 '21 forecast,
14 rate lock gain on sale margin under B13 is
15 3.89 percent, right?
16     A.  Yes, sir.
17     Q.  And it drops to 3.40 in Q1/Q2 '21,
18 right?
19     MR. SCOTT:  You're not on --
20     A.  Oh, I'm sorry.  I was on page 23.
21 What page are you at?
22 BY MR. BARRY:
23     Q.  Page 22 of 40, please.
24     A.  I'm sorry.
25     Okay.  I'm there now.

272

1      Q.  So it goes from 3.89 in the first
2  quarter to 3.40 in the second quarter, right?
3      A.  Yeah.  It looks like the same kind of
4  numbers that we saw in the last one.
5      Q.  The 3.3 to 3.2?
6      A.  Yes, sir.
7      Q.  And 3.47 for the year, right?
8      A.  Yes, sir.
9      Q.  And revenues from 4.146 to 3.494 to
10 2.910 to 2.641 for a total of 13.192 for the
11 year, right?
12     A.  Yes, on this document, yes.
13     Q.  Okay.  So I'd like to look at the
14 next page, and we'll look at RKT Internal
15 Forecast, which is for Q1 forecast of 3.89.
16     A.  On page 23?
17     Q.  Yes.
18     A.  And which line?
19     Q.  B, as in boy, 13.
20     A.  Yes, sir.
21     Q.  That's Q1 '21 forecast?
22     A.  Yes, sir.
23     Q.  And it says "CY '21 forecast at
24 3.47 percent," right?
25     A.  Yes, sir.

273

1      Q.  Now let's compare that to the
2  analyst consensus at D.
3      The Q1 '21 forecast is 3.82 percent,
4  right?
5      A.  Yes, sir.
6      Q.  That's still lower than the Rocket
7  internal forecast at 3.189, right?
8      A.  It's not seven basis points.  It's --
9  it's a change of an hour of something
10 happening.
11     Q.  Okay.  And the CY '21 forecast in
12 analyst -- in the analyst consensus, however,
13 is higher than the RKT internal forecast of
14 3.47, right?
15     A.  By a handful of basis points, yes.
16     Q.  And since looking at the Compass
17 forecasts from before the fourth quarter 2020
18 results were issued to now, this is the first
19 time that the CY '20 and '21 forecasts for
20 analyst consensus were -- was higher than the
21 internal CY '21 forecasts for RKT in the
22 Compass reports, right?
23     MR. SCOTT:  Objection, form.
24     A.  I'd have to go back and look at each
25 document.  I didn't memorize each one, but --

|  | 274 |
|---|---|
| 1 | BY MR. BARRY: |
| 2 | Q.  All right. |
| 3 | A.  Like I said, it's a year forecast, |
| 4 | which would be almost impossible to predict. |
| 5 | And it's virtually the same. |
| 6 | We -- again, talking about revenue |
| 7 | here.  There are a variety of ways to achieve |
| 8 | that revenue. |
| 9 | I think if you look over on C16, |
| 10 | you'll notice our revenue is higher than the |
| 11 | analyst revenue on E16. |
| 12 | Q.  Right. |
| 13 | A.  Even though they're gain on sale |
| 14 | because there's so many variables that go |
| 15 | into the -- you know, we're kind of like |
| 16 | talking about if you put toilet paper in the |
| 17 | bathroom or not at this point in time. |
| 18 | Q.  Right.  So for -- you're right.  So |
| 19 | for CY '21 forecast, analysts were expecting |
| 20 | 13 billion, .002, right? |
| 21 | A.  At this particular moment. |
| 22 | Q.  Right. |
| 23 | And the internal RKT forecast is |
| 24 | putting 13.192, right? |
| 25 | A.  Yes.  Okay. |

|  | 275 |
|---|---|
| 1 | Q.  So let's look at I hope just one |
| 2 | more, which is 25. |
| 3 | (Email with attachment 03/16/2021, |
| 4 | beginning Bates |
| 5 | ROCKET_DELAWARE00025617, marked as |
| 6 | Exhibit 25.) |
| 7 | BY MR. BARRY: |
| 8 | Q.  This is an email dated March 16th, |
| 9 | 2021, produced at ROCKET_DELAWARE00025617, and |
| 10 | it's the Compass Weekly Financial Forecast |
| 11 | dated March 16, 2021. |
| 12 | Do you see that? |
| 13 | A.  I do, yeah. |
| 14 | Q.  Okay.  Look to -- please look at |
| 15 | page 22 of 40. |
| 16 | Are you there? |
| 17 | A.  I am, sir. |
| 18 | Q.  So this is the RKT Internal Forecast |
| 19 | Quarterly, right? |
| 20 | A.  Uh-huh. |
| 21 | Q.  And for Q1 2021 at line B, as in |
| 22 | boy, 13, it's showing 3.69 percent for the |
| 23 | rate lock gain on sale margin, right? |
| 24 | A.  Yes, sir. |
| 25 | Q.  And then it says CY '21 forecast at |

|  | 276 |
|---|---|
| 1 | F13 is 3.32 percent, right? |
| 2 | A.  F13.  Yes, sir. |
| 3 | Q.  And we've just adjusted revenue for |
| 4 | Q1 '21.  We're at 4 billion -- $4 billion, 48 |
| 5 | million, right? |
| 6 | A.  Yep. |
| 7 | Q.  And for the year, it's |
| 8 | 12 billion, 692 million, right? |
| 9 | A.  Yes, sir. |
| 10 | Q.  Now let's look at the next page. |
| 11 | And we have on lines B13 and C13 the same |
| 12 | Q1 '21 and CY '21 forecasts from RKT from the |
| 13 | prior page, right? |
| 14 | A.  Yes, sir. |
| 15 | Q.  And we have adjusted revenue of |
| 16 | 4 billion, 48 million -- 4 billion, 48 million |
| 17 | for first quarter '21, and |
| 18 | 12 billion, 652 million for CY '21, right? |
| 19 | A.  Yeah.  That's what the formula pumped |
| 20 | out on this particular date for this document. |
| 21 | As you can see, it's changing all |
| 22 | over the place by the week. |
| 23 | Q.  Yep.  And if we look at the analyst |
| 24 | consensus numbers, both analyst consensus |
| 25 | numbers for Q1 '21 and CY '21 are higher than |

|  | 277 |
|---|---|
| 1 | the RKT internal forecasts of 3.69 and 3.32, |
| 2 | right? |
| 3 | A.  Yes.  In this case, they're coming |
| 4 | down, but it looks like whoever did this is -- |
| 5 | we're coming down a little quicker than they |
| 6 | are. |
| 7 | Still, it's a matter of a handful of |
| 8 | basis points. |
| 9 | Q.  And adjusted revenue, this is the |
| 10 | RKT forecast of 4 billion, 48 for the first |
| 11 | quarter, and 12 billion, 642 for the CY '21 is |
| 12 | lower than the analyst consensus of 40 -- |
| 13 | 4 billion, 94 million for the first quarter |
| 14 | and 13 billion, 62 million for the year, |
| 15 | right? |
| 16 | A.  It is on this document. |
| 17 | I'll point out that just -- I think, |
| 18 | seven days prior -- I'm trying to figure out |
| 19 | which one we're looking at here.  But here on |
| 20 | the 3/16 number, if we go back to 3/02, the |
| 21 | analysts, if I'm looking at this right, they've |
| 22 | been forecasting 11. |
| 23 | Q.  I'm sorry.  Which number are you |
| 24 | comparing? |
| 25 | A.  Maybe I have my pages wrong.  No, I |

278

1  think I have them right.
2        I'm looking at the 2021 Rocket
3  Internal versus IR on the 3/02.
4        Q.  3/02.  Okay.
5        A.  Yes.  They're at 11-point -- I'm
6  sorry -- 11.2 adjusted revenue on March 2nd?
7        Q.  Oh, yeah.  Okay.  I've got the
8  number.
9        A.  And then I think you're talking to me
10  about the 16th -- are you talking about for the
11  16th right now?
12        Q.  I believe so.  Yes.
13        A.  And they're at 13.  So they kind of
14  like -- for some reason, they went up.
15  I couldn't explain to you what was driving
16  them.
17        But at the same time, I think we're
18  going down a little bit.  I guess I'm just
19  pointing it out.  It's nice that someone every
20  week did this paperwork.  But it's all over the
21  board to the tune of billions of dollars.  It's
22  just -- it's just not reliable to be using.
23        And so I'm glad we're going over it,
24  but I just have to point out that that's --
25  I think somebody in IR was probably like:

279

1  Well, wait.  I'm having conversations, so I
2  need to know what analysts are thinking so I
3  can inform them things we're working on and
4  whatever.
5        Because -- it would be very hard to
6  try to use something that's moving around the
7  way this is to make any projections or
8  predictions about what's actually going to
9  happen in your business.
10        Q.  Sure.
11        But this was the first time, on
12  March 16th, 2021, where both the GOSM
13  forecasts and the adjusted revenue forecasts
14  were lower for RKT than they were for analyst
15  consensus since before the '20 -- the fourth
16  quarter 2020 results were issued in February,
17  correct?
18        MR. SCOTT:  Objection, form.
19        A.  Yes.  So, again, I have no idea time
20  frame of compiling this data, how accurate, but
21  they have -- they have the analyst Q1 at 3.81
22  on March 16th.
23        On March 2nd, they have the analyst
24  at 3.61.
25        It's 334 -- you're talking about a

280

1  gobbledygook of information.
2        Did some analysts even update weekly?
3  I just don't know.  So I'm answering your
4  questions based on the print on the paper, but
5  in terms of like the reality of data behind it,
6  I just want to be crystal clear, I can't speak
7  to who created this, where they got it from, if
8  it's accurate.
9        It just -- so I just want that on the
10  record.  It's all over the place.  And, again,
11  not any -- and you can see why it would be --
12  it would be something that I certainly wouldn't
13  rely on.
14  BY MR. BARRY:
15        Q.  We actually started with the
16  March 23rd Rock Compass report.
17        I just want to, I guess, close the
18  book by going back to Exhibit 20.
19        A.  I have Exhibit 24 and Exhibit 23.
20        Q.  Exhibit 21 is the March 23 --
21        A.  You must have it.
22        MR. SCOTT:  I do.  I'll just grab
23  it.
24        MR. BARRY:  And this is 26?
25        MR. MORGANROTH:  The next one?

281

1        MR. BARRY:  Yes.
2  BY MR. BARRY:
3        Q.  And if you could, if you get to --
4  if you get to the March 23rd Compass at
5  Exhibit 21, please go to page 33 of 72.  33 of
6  72.
7        A.  Yes, sir.  I'm there, sir.
8        Q.  Okay.  Exhibit 26, please.
9        And Exhibit 33 -- page 33 of 72 of
10  Exhibit 21, I just want to focus on the RKT
11  internal forecast, Column C, Q2 '21 forecast,
12  rate lock gain on sale margin of 3.05 percent.
13        Do you see that?
14        A.  I do, yes.
15        MR. BARRY:  Okay.  And I'm going to
16  mark this as Exhibit 26.
17        (Email with attachment 03/22/2021,
18        beginning Bates
19        ROCKET_DELAWARE00026190, marked as
20        Exhibit 26.)
21  BY MR. BARRY:
22        Q.  This an email dated March 22nd,
23  2021, produced at ROCKET_DELAWARE00026190.
24        Have you ever seen this document?
25        MR. SCOTT:  Just take a moment to

282

1    review it.
2        A. No, I don't think I personally was on
3    this. I don't see my name on the email, no.
4    BY MR. BARRY:
5        Q. Who is Grant Filer?
6        A. I don't know.
7        Q. Who is John Shallcross?
8        A. He's someone that is on the -- I
9    think was on Brian Brown's team.
10       Q. How about Pete Mareskas?
11       A. I think he also was on, if I remember
12   correctly, Brian Brown's team.
13       Q. And Natasha Cooksey?
14       A. Cooksey. Yeah, she's with Brian as
15   well.
16       Q. This is Mr. Filer circulating, under
17   the heading "Analyst Consensus":
18           "Please see attached for the
19           updated consensus file."
20           Do you see that?
21       A. I do.
22       Q. And at least on the first page, this
23   is a screenshot of something called "IR
24   Consensus as of 3/22/21 - Includes 13 of
25   16 Analysts."

283

1           Do you see that?
2        A. I do see that, yes.
3        Q. I just want to focus on -- we looked
4    at the Q2 '21 forecast in Exhibit 21 at
5    page 33 of 72 at 3.05.
6           And I just want to compare that to
7    the Q2 '21 forecast in Column C10 here of
8    3.53.
9           Do you see that?
10       A. C10?
11       Q. Yeah.
12       A. Yes. Uh-huh.
13       Q. And 3.53 percent analyst consensus
14   is higher than 3.05 percent consensus -- of
15   3.05 percent in the RKT forecast in Exhibit
16   21, right?
17       A. Yeah. We're all subject to the same
18   information, but they may be interpreting it
19   differently. Who knows.
20       Q. Okay. It's 27?
21       A. Shall I set these aside?
22       Q. Yeah. I think we're done with the
23   Compass reports.
24       A. That's probably the most I ever
25   looked at them. So there we are.

284

1           (Short Message Report 03/24/2021,
2           beginning Bates
3           ROCKET_DELAWARE00097659, marked as
4           Exhibit 27.)
5    BY MR. BARRY:
6        Q. Exhibit 27 is a text produced at
7    ROCKET_DELAWARE00097659.
8           This is a text between you and
9    Mr. Elkins, right?
10       A. It appears that, yes, sir, yeah.
11       Q. And this is dated March 24th, 2021,
12   right?
13       A. Yeah. March 24th, yes. My birthday.
14       Q. Happy birthday.
15       A. Thanks. Well, call me in a few
16   months. We can do it again.
17       Q. So you were exchanging these texts
18   during the March 23rd -- oh, this is the next
19   page. Nevermind. This is the 24th.
20       A. Yes, sir.
21       Q. Mr. Elkins texts:
22           "Julie called to get my thoughts on
23           selling shares in RKT -- told her
24           unlikely at these price levels, plus
25           we'd have to take a discount, and

285

1    she's going to call you to discuss."
2           Do you see that?
3        A. I do.
4        Q. It says -- then it says, you also:
5           "If we can net $22."
6        A. Yes, sir.
7        Q. How did you come up with $22?
8        A. That's pretty consistent with
9    everything we've been talking about. Scott had
10   told me that it was a 2 to $3 kind of
11   commission range, and we were targeting
12   something in the mid 20s.
13           And I think -- go back and look at
14   your chart, but I think the stock had been
15   going up and down. And, let's see here -- on
16   the 24th, it was in the 23 to 22 range, so we
17   weren't going to do anything there, but kind of
18   just consistent with the conversations we'd
19   been having the whole time.
20           I think we let the window close here,
21   because it wasn't there, but -- just
22   reiterating what we had already talked about.
23       Q. So you previously told
24   Morgan Stanley you weren't going to do it
25   because the stock was going to go to $30,

Confidential                          Jay Farner       December 04, 2023

286

1    right?
2          MR. SCOTT:  Objection to form.
3          Misstates his testimony.
4          A.   I said I was sharing that with Scott
5    to kind of push him because my experience had
6    been in the past, if people didn't feel like
7    I had conviction, then sometimes we would get
8    taken advantage of.  So I wanted him to be
9    confident.
10   BY MR. BARRY:
11         Q.   And then you say:
12              "Well, let's hole the stock goes
13         up."
14              "Hope" the stock goes up.
15         A.   Yeah, I think that needs a
16   correction.  I'll take the correction.
17         Q.   And then you say:  "Otherwise
18   'F' it."
19              What did you mean by that?
20              And I'll spare the court reporter.
21         A.   Sure.  I was under no strong feeling
22   we had to sell.  And just like the previous
23   nine months, I think we felt that the fair
24   market value of the Company was in the mid-20s.
25              And if it got there, great.  And if

287

1    not, there's no reason for us to sell.  We
2    understood Dan's goals to raise the 3 billion
3    and allow him to do the work he wanted to in
4    Detroit, but also trying to balance that with
5    what was fair for the Company.
6          MR. BARRY:  Let's look at
7    Exhibit 28.
8          (Short Message Report 03/26/2021,
9          beginning Bates
10         ROCKET_DELAWARE00098513, marked as
11         Exhibit 28.)
12   BY MR. BARRY:
13         Q.   Exhibit 28 is a text dated
14   March 26th, 2021, produced at
15   ROCKET_DELAWARE00098513.
16              Have you ever seen this?
17         A.   Yeah.  This looks familiar to me.
18         MR. SCOTT:  Just review the whole
19         thing.
20         MR. BARRY:  Sure.
21         A.   Okay.
22   BY MR. BARRY:
23         Q.   You start with -- it says:
24              "Oddly our stock went up today.
25         Could you sell Monday?"

288

1              And Brian Brown reacts -- responds
2    with something.  Is Brian Brown the lawyer?
3          A.   No, but he was part of the team that,
4    I think, was working on the -- you know, going
5    back to that conversation about "let's get
6    ready to pull the trigger" 16, 17 days ago,
7    participating in whatever the proper legal
8    discussions are to achieve that.
9          Q.   But he wasn't giving you legal
10   advice?
11         A.   I can't say.  I don't know.  I don't
12   know what it says.
13         Q.   Is Mr. Elkins a lawyer?
14         A.   I don't think so.  Not in the
15   capacity -- I know he's got a lot of degrees,
16   but not in the capacity for us.
17         Q.   So was Mr. Elkins acting as a lawyer
18   when he sent this text at 5:01 p.m.?
19         A.   Again, I don't think so.  I can't see
20   what he said though, so I just don't know.
21         Q.   Was he providing legal advice?
22         A.   I don't know.
23         Q.   And Mr. Brown, when he responded
24   a minute later at 5:02 p.m., was he providing
25   legal advice?

289

1          A.   I don't know what they're talking
2    about, sir.  I can't see it here.
3          Q.   And Mr. Brown again at 5:02 p.m.,
4    was he providing legal advice?
5          A.   Same answer.
6          Q.   Okay.  You have no reason to believe
7    that he was providing legal advice because
8    he's not a lawyer, right?
9          A.   I have no reason to believe either.
10              I'd asked a question about selling
11   stock on Monday.  And these guys are in
12   conversations with our attorneys and
13   Paul Weiss, etc.  They may have been sharing
14   with me the legal steps.  I just don't know.
15         Q.   In connection with the decision to
16   sell securities, did RHI ever retain separate
17   legal counsel from counsel that was
18   representing the Company?
19         MR. SCOTT:  Objection, form.
20         A.   "The Company" being --
21   BY MR. BARRY:
22         Q.   Rocket Holdings Inc.
23         MR. SCOTT:  Same objection.
24         A.   I can't -- I couldn't say for
25   certain.  It wouldn't be -- it wouldn't be

290

1  surprising to me that Mr. Morganroth or others
2  may have been engaged with RHI, but I don't
3  know. I can't tell you that for a fact.
4  BY MR. BARRY:
5      Q. Well, you were the CEO of RHI,
6  correct?
7          MR. SCOTT: Objection, form.
8      A. I think at this point I was, but as
9  you probably saw in those previous documents,
10 Matt Rizik, I think, was handling the RHI side
11 of the details here.
12 BY MR. BARRY:
13     Q. I'm sorry. The Company,
14 Rock Holdings Inc.
15         Let's be clear. Did
16 Rock Holdings Inc. ever retain separate legal
17 counsel from Rocket Companies Inc. in
18 connection with the decision to sell
19 securities in the -- in March of 2021?
20         MR. SCOTT: Objection, form.
21     A. Okay. Then I understood the question
22 properly and I responded to it the way I...
23 BY MR. BARRY:
24     Q. Okay. Ms. Booth responds:
25         "Looks like options activity late

291

1          in the day drive the stock higher."
2          And you respond:
3          "I would try and execute Monday."
4          Do you see that?
5      A. I do.
6      Q. What did you mean?
7      A. Well, again, I can't see the
8  day-to-day trading and I don't know exactly if
9  this here in the Bloomberg reflects that all.
10 But she's telling me that there's options
11 activity.
12         And I don't know if it was this day
13 or the next week. At some point in time,
14 I left to travel with my daughter to look at
15 colleges.
16         But I think some -- either Scott or
17 Julie or someone had said that due to -- this
18 wasn't -- we weren't the only company, but due
19 to short squeezing, there were people active in
20 the market trying to cover.
21         Again, maybe I noticed this day,
22 maybe it was the following -- I can't remember
23 for sure, but I'm guessing that watching this
24 type of behavior or hearing about it made me
25 think that maybe we'll have a chance to sell

292

1  the stock if it gets to the right price as we
2  get into the next week.
3      Q. Okay. And then Scott -- Mr. Elkins
4  says:
5          "We'll get quotes from MS, RBC, and
6          JPM on Monday a.m."
7          Do you see that?
8      A. I do.
9      Q. What is he talking about?
10     A. I imagine he's talking to them about
11 what they might pay for the stock to do a
12 private sale.
13     Q. Okay. And then Mr. Brown, again, is
14 he providing legal advice there?
15     A. He may be because he's talking about
16 the diligence call and a go/no-go call, it
17 looks like.
18     Q. Is Mr. Brown a lawyer?
19     A. He's not, but he certainly interacted
20 with our chief corporate counsel and outside
21 counsel.
22     Q. Is Mr. Brown providing legal advice
23 in this statement, whatever is redacted behind
24 here?
25     A. I don't know.

293

1      Q. Okay. It says:
2          "How about 9:00 a.m. diligence and
3          go/no-go Monday morning?"
4      A. Yes. It seems like he's saying we
5  should do the call so we can talk about -- do
6  the diligence call and then talk about whether
7  the price is to a point where we would be
8  interested.
9      Q. Okay. At 5:15 p.m. you wrote:
10         "I'd like to have a quick
11         discussion about that with legal
12         counsel and Julie."
13         What were you talking about?
14         MR. SLUTSKY: I'm going to interrupt
15 for a second.
16         I think he's asking a question like
17 before. Implicates privileged
18 communications that you may have had with
19 counsel for Rocket Companies.
20         And so I'd instruct you in answering
21 to use caution in not revealing the
22 substance of those discussions.
23     A. Understood.
24         If I go back and look at the previous
25 pages, there's a suggestion that if they get my

294

1    approval now, that then I may not be able to
2    participate. Because, as I mentioned before, I
3    was down South looking at some schools with my
4    daughter.
5            And so without seeing the redacted --
6    I may be asking -- again, never really done
7    this before. I'm asking: Is that possible?
8    Could that happen?
9            I just probably want to double-check
10   and make sure that I'm doing everything right
11   here.
12       Q. 29, I think.
13       A. You're moving on?
14       Q. Yeah. I mean, I think it's
15   important to continue forward in this because
16   although -- although we're doing all the right
17   steps, Mr. Elkins says:
18           "Look, we're not going to price to
19       a point where we net out."
20           And then I say:
21           "There's no rush here."
22       Q. Right. So you're looking to net
23   $22?
24       A. I'm looking to get what I think is a
25   fair price for the stock, which probably means

295

1    a share price around 25 or higher, which,
2    again, we've been discussing for now, you know,
3    months and months and months.
4        MR. BARRY: 29.
5        (Short Message Report 03/29/2021,
6        beginning Bates
7        ROCKET_DELAWARE00097655, marked as
8        Exhibit 29.)
9    BY MR. BARRY:
10       Q. Exhibit 29 is a text produced at
11   ROCKET_DELAWARE00097655 dated March 29th,
12   2021.
13           Have you ever seen this document?
14       A. This looks familiar to me.
15       Q. I just want to focus down on the
16   chat beginning with Scott Elkins saying:
17           "MS will buy 500M between $24 to
18       $24.50. Stock is at $26.92 as a
19       reference."
20           Do you see that?
21       A. I do.
22       Q. And it says:
23           "Evan called back and quoted
24       $24.75."
25           Right?

296

1        A. It says that, yes.
2        Q. And then you say:
3            "Let's do it."
4        A. Yeah. It looks here -- the market is
5    opened. We're seeing some really abnormal
6    activity in the stock compared to where we were
7    on Friday. Julie is giving me some explanation
8    of why that might be, more about that covering
9    because of all the shorts.
10       Q. Right.
11       A. And it sounds like all the banks or
12   some of the banks are kind of telling us what
13   they can do.
14           And then Scott lets me know that he's
15   had a conversation that's at the range that
16   we've been discussing for a long period of
17   time, and so I tell him we should do it.
18       Q. And that was happening -- and some
19   of that stock movement was happening because
20   of some of this abnormal activity in the --
21   I don't know how you described it.
22           What was the abnormal activity that
23   was described?
24       A. My understanding was that -- not to
25   go back to the meme situation, but that the

297

1    hedge funds that had shorted our stock were
2    taking significant losses by other traders and
3    so they were trying to cover.
4            I don't think I understood all of
5    that during this period of time. I just knew
6    that it was abnormal. And so they needed to
7    buy stock to cover, and I think that's what was
8    happening here.
9        Q. Okay. And then Scott Elkins writes:
10           "Julie B. and I spoke with Evan.
11       Confirmed we sold $500M at $24.75."
12           And that's 10:52 a.m.
13           Do you see that? That's the next
14   page.
15       A. Yeah. So it looks like I'm kind of
16   still asking questions about who he's
17   discussing things with. But he has gone ahead
18   and sold at that point in time.
19       Q. All right. Great.
20           I'll scroll down a couple of lines
21   to 11:00 a.m.
22           And you said:
23           "Aaron, happy to discuss. It will
24       be public Wednesday, I believe. It
25       lines up with the 500mil donation RKT

298

1      and DG committed to Detroit."
2      Do you see that?
3      A.  I do.
4      Q.  What donation are you talking about?
5      A.  Well, as we had kind of been
6  discussing throughout the entire conversation,
7  one of the many things that Dan was wanting to
8  achieve since the summer was putting more money
9  into helping the city of Detroit.
10      And coincidentally, there was some
11  activity I think around the Gilbert Family
12  Foundation and making an announcement of this
13  commitment.  And so, again, making sure that
14  shareholders understood we're still committed
15  to the Company.
16      And making sure that they can
17  understand why this stock sale was taking place
18  is important regardless, whether there's this
19  announcement or -- but it happened to line up
20  where we had the opportunity to explain that
21  and make sure -- I think get some PR for the
22  great things that were happening in Detroit at
23  the time.
24      Because it's great for Dan to help
25  Detroit, but the more and more people that know

299

1  about the cause and see people committed to it,
2  the more other people like JPMorgan and others
3  jump in and help as well.
4      So we don't want to waste a PR
5  opportunity here, which is a bit of how I would
6  maybe coach Aaron Emerson.
7      So that's probably all that's going
8  in my mind through this text.
9      MR. BARRY:  So let's look at a
10  document, Exhibit 30.
11      (Email with attachment 01/24/2021,
12      beginning Bates RCF_GFF_00000238,
13      marked as Exhibit 30.)
14  BY MR. BARRY:
15      Q.  This is an email dated January 24th,
16  2021, produced at RCF_GFF_00000238.
17      Have you ever seen this email and
18  the attachment?
19      A.  It looks familiar to back in, you
20  know, January, when Laura wanted me to talk to
21  the mayor.  I recall that.
22      Q.  So let's look at the attachment,
23  which is "Gilbert Family Foundation Overview:
24  DRAFT & CONFIDENTIAL," dated January 24th,
25  2021, right?

300

1      Do you see that?
2      A.  I do, on the third page here?
3      Q.  Yep.
4      The first bullet says:
5      "The Rock Family of Companies
6      (through the Gilbert Family Foundation
7      & Rocket Community Fund) will be
8      making a $500M commitment to
9      supporting Detroit residents over the
10      next 10 years.  This commitment will
11      be announced in mid-March."
12      Do you see that?
13      A.  I do.
14      Q.  So it was a 10-year commitment over
15  20 -- it was a $500 million commitment over
16  the next 10 years, right?
17      A.  Yes, sir.
18      Q.  It was not a $500 million commitment
19  in 2021, right?
20      A.  In terms of the cash coming out,
21  that's my understanding.
22      Q.  Yeah.  There was no specific plans
23  for use of $500 million at the time this
24  commitment was made -- was contemplated in
25  January of 2021, right?

301

1      MR. SCOTT:  Objection, form.
2      A.  I would say as we discussed when we
3  went IPO, our desire was to go north of
4  3 billion because we had multiple needs for
5  cash, probably the most pressing being to
6  continue to build up the line of credit that I
7  think still exists today at RHI that was funded
8  by a portion of this money.
9      So it's not about the money.  It's
10  about shareholders understanding Dan's still
11  committed to the Company.
12      And so if they can see that
13  commitment to Detroit, they know that the money
14  is not being used for something that's not, you
15  know -- sometimes people who own companies,
16  they want to sell them and leave.
17      And that's certainly not Dan.  He
18  wants to stay.  He wants to keep the Company in
19  Detroit.  So it's just bringing certainty to
20  shareholders.
21      But the 500 million in all of our
22  uses isn't directly connected to the commitment
23  here.  But a portion of that money certainly
24  over time, I imagine, Dan will use.  Money is
25  fungible.

302

1    BY MR. BARRY:
2         Q.   There was no commitment -- there was
3    no specific plans to use $500 million in a
4    particular way in connection with this
5    commitment as of January 2021, right?
6         MR. SCOTT:  Objection to form.
7         A.   I think you lost me there a little
8    bit.
9         They certainly wanted to make the
10   $500 million commitment to the city and the
11   mayor, and that's what -- so there were --
12   there was plans for the $500 million.
13        And Laura had -- she would be better
14   to talk to about it than me, but she had a
15   whole assortment of strategies for home
16   ownership and dealing with people who couldn't
17   pay their taxes.  It was a pretty robust plan.
18   BY MR. BARRY:
19        Q.   Let's talk about the third bullet
20   point, for example, says:
21        "First, we will be committing $15M
22        to eliminate back taxes for Detroit
23        residents in poverty who are in payment
24        plans through the Poverty Tax Exemption
25        ('PTE') and related Pay As You Stay

303

1        ('PAYS') programs.  We estimate this
2        involvement will reach 15 to 20K
3        families in Detroit."
4        Right?
5         A.   Yes.  It's a shocking number, but
6    that many families were going to possibly lose
7    their house because of a few thousand dollars
8    in back taxes.
9         So that was her first strategy to
10   keep people in their homes.
11        Q.   So other than the 15 million, do you
12   know if the Gilbert Family Foundation had any
13   specific plans for the remaining 500 million
14   of the commitment as of January 2021?
15        MR. SCOTT:  Objection, form.
16        A.   Certainly Laura had other plans that
17   she was presenting.  And Dan had other plans.
18        I couldn't tell you if the money
19   could come from the Gilbert Family Foundation
20   or other, but in terms of Detroit, his
21   commitment to Detroit, supporting things,
22   developing things, Dan had plans that far
23   exceeded the 3 billion that we were going out
24   to raise.
25

304

1    BY MR. BARRY:
2         Q.   Are you aware of any specific
3    planned use for the -- of the
4    $500 million commitment as of January 2021 --
5         MR. SCOTT:  Objection, form.
6    BY MR. BARRY:
7         Q.   -- other than the 15 million that
8    was to be used for back taxes?
9         MR. SCOTT:  Same objection.
10        A.   Yeah.  So this is the Gilbert Family
11   Foundation and the Rocket Community Fund.  We
12   were working on kind of helping end
13   homelessness in a few cities across America,
14   including Detroit.  So there was that
15   initiative.
16        Again, money is fungible, so I can't
17   say exactly and specifically where -- once the
18   dollars go up to RHI -- in this case, I think
19   most of those were left there for the credit
20   line.
21        But I guess the way I would think
22   about it is all of this is money Dan can access
23   for any of these initiatives that he would want
24   to do, including whatever Laura had on her
25   docket.

305

1        I think this was the first one far
2    enough down the path that she was comfortable
3    talking about in the public.
4    BY MR. BARRY:
5         Q.   So other than the $15 million plan
6    to eliminate back taxes for Detroit residents
7    referred to in the third bullet point here,
8    were you aware of any other specific plans for
9    use of funds in the $500 million commitment
10   that would have been spent in the 2021
11   calendar year?
12        MR. SCOTT:  Objection, form.  Asked
13        and answered multiple times.
14        A.   I know that I sat -- and Laura did a
15   whole presentation about her initiatives.
16        I cannot tell you the specific time
17   frames of those rolling out.  I can recall a
18   pyramid that she designed.
19        So I can't answer the date and time.
20   I can just tell you that I've seen plans from
21   her that were very robust, you know, that over
22   time was going to help the City of Detroit
23   considerably.
24   BY MR. BARRY:
25        Q.   And do you recall any specific plans

306

1    that would require an outlay of funds in
2    calendar year 2021 other than this
3    $15 million back-taxes issue?
4        MR. SCOTT: Objection, asked and
5    answered.
6        A. I don't know. I can't recall.
7    BY MR. BARRY:
8        Q. Okay. Let's go back to Exhibit 29.
9    And if you look at the last page of the text
10   string --
11       Aaron Emerson. Who is
12   Aaron Emerson?
13       A. He's a gentleman who led public
14   relations -- one of the gentlemen who led
15   public relations at the Company. I think he
16   still does.
17       Q. All right.
18       And so there's a text from him that
19   says, I quote:
20       "Talked to a bunch of folks on how
21       best to set the narrative on this. All
22       agree that including a paragraph in the
23       Form 4 best. It is the group's
24       consensus that a press release would be
25       very out of the ordinary, to the point

307

1       of perhaps even arousing suspicion that
2       there were other forces at play."
3       Do you see that?
4        A. I do.
5        Q. Do you have an understanding of what
6    he was talking about?
7        MR. SCOTT: Objection, form.
8        A. You would have to speak to him
9    directly, but I think Aaron is talking to
10   people about the best way to get the news out.
11       And, again, there are probably two
12   goals here: Goal number 1 is to make sure our
13   investors are confident in the long-term
14   ownership of the organization; and number 2 is
15   to make sure we're bringing in as much
16   awareness around Detroit and Detroit
17   initiatives as possible.
18       And maybe somebody said: Hey, be
19   careful. Because if you do this, then maybe
20   someone will think you really are selling the
21   Company, or something like that.
22       You know, I think he was talking to
23   people about making sure people knew we were
24   committed to the Company.
25

308

1    BY MR. BARRY:
2        Q. Was this the first time someone
3    suggested putting a paragraph in the Form 4s
4    regarding this donation -- this commitment,
5    rather?
6        (Clarification by the reporter.)
7        A. Again, going back to -- this is the
8    first time I had ever been involved in a
9    private sale like this. I don't know -- I
10   can't answer you when exactly a Form 4 was
11   created, for what.
12       And so I wouldn't know if it had been
13   talked about a lot or a little. It wasn't
14   something I participated in.
15   BY MR. BARRY:
16       Q. Or at all?
17       A. What's that?
18       Q. Or at all?
19       A. I feel like it's being talked about
20   here. I have to read through it, but --
21       MR. SCOTT: Do you have a question
22   pending?
23       MR. BARRY: Yeah. I thought he was
24   still reading.
25       A. I was waiting.

309

1    BY MR. BARRY:
2        Q. Sorry. I was waiting for you.
3        Do you know if, before Mr. Emerson
4    sent this text, had anyone suggested putting
5    anything in the Form 4 relating to
6    Mr. Gilbert's commitment?
7        A. I think we had looked at -- I thought
8    we had looked at some other paper earlier that
9    talked about the importance of making sure that
10   people understood, when we were selling this
11   stock, what it was for.
12       Regarding like the form you would
13   use, I think we had a 10-K. I don't have
14   enough knowledge about the Form 4 to know if
15   that specific thing would have been discussed
16   before or not.
17       MR. BARRY: Let's look at
18   Exhibit 31.
19       (Short Message Report 03/10/2021,
20       beginning Bates
21       ROCKET_DELAWARE00097521, marked as
22       Exhibit 31.)
23   BY MR. BARRY:
24       Q. You testified that Scott Elkins had
25   been working on this potential secondary or

310

1  stock sale issue continuously from when there
2  was an IPO in August of 2020, right?
3      A.  Yes, sir.  We'd been talking about it
4  since right after the IPO, when we couldn't get
5  the full volume we wanted to.
6      Q.  So this is a text produced -- dated
7  March 10th, 2021, produced at ROCKET00097521
8  [sic].
9          Have you ever seen this?
10     A.  Let me see if I'm on it here.
11     Q.  Look on the first page.
12     A.  Okay.  I'm not on the text.  I don't
13 know if I've seen this before or not.
14     Q.  The first one is a text from
15 Mr. Elkins to Matt Rizik.
16     A.  Okay.
17     Q.  (Reading.)
18         "Matt, is DG confidentially planning
19     on announcement for a donation to
20     Detroit?  If so, when?  And how large?
21     We'd like to concurrently announce a
22     secondary or 144A sale of RHI shares,
23     e.g., $1+?  Please advise.  Scott."
24         Do you see that?
25     A.  I do.

311

1      Q.  So as of March 10th, Scott Elkins
2  had no idea about this Detroit commitment?
3      A.  I know Scott knew about Dan's
4  commitment to Detroit and all the work we were
5  doing.  Everybody did.  We talked about it a
6  lot.
7          In the previous emails you showed me
8  regarding the GFF specifically, we could go
9  back and look.  I don't believe Scott was --
10 because it was something that was fairly
11 confidential.  I don't think Scott would have
12 been told about that.
13         MR. BARRY:  Okay.
14         30?  32.  32.  This one.
15     A.  This is 32?  Thank you.
16         (Email with attachment 03/26/2021,
17         beginning Bates
18         ROCKET_DELAWARE00025952, marked as
19         Exhibit 32.)
20 BY MR. BARRY:
21     Q.  Exhibit 32 is an email dated
22 March 26, 2021, produced at
23 ROCKET_DELAWARE00025952.
24         Have you ever seen this?
25     A.  I'm familiar with the report.  I

312

1  can't say if I saw this particular date range
2  or not.
3      Q.  And what -- this is a Cash Forecast
4  and Summary Reports for whom?
5      A.  Well, I think it builds up.  And it
6  probably has a lot of breakdowns in terms of
7  all the cash available to the Companies.  I
8  would have to go through it line by line.
9          You can see the amount of money
10 that's been applied to our warehouse lines for
11 haircuts.  You can see restricted operating
12 cash at Quicken Loans.
13         You can see other bank accounts, all
14 the different businesses.
15         You can see cash at RHI entities.
16     Q.  So let's focus on that, the cash at
17 RHI entities.  That's down at lines 68 to 78,
18 right?
19     A.  Yes, sir.
20     Q.  And this shows that the RHI
21 entities -- total RHI operating and investment
22 has almost $4.9 billion in cash?
23     A.  Yes, 4.8 billion.
24     Q.  And the bottom line at 94 -- the
25 second-to-the-bottom line at 94, Total RHI and

313

1  RHI Entities, Cash and Cash Equivalents, is a
2  little over $4.9 billion, right?
3      A.  Yes, sir.
4      Q.  All right.
5          So if RHI wanted to fund the entire
6  $500 million commitment in March of 2021, it
7  could have done so out of operational cash
8  because it had $4.9 billion at the time,
9  right?
10         MR. SCOTT:  Objection, form.
11     A.  Yeah, I would -- I would kind of go
12 back to a conversation we had hours ago, which
13 is -- although that seems like a large sum of
14 money, if we're doing $300 billion of closed
15 loan volume or 25 billion a month, even if
16 we're incredibly good at turning the line, we
17 would need somewhere between 12 and $15 billion
18 of cash.
19         So I certainly wouldn't look at
20 5 billion accessible and think:  Boy, you know,
21 that's -- we're all set.  In fact, that's why
22 we wanted to continue to raise cash.
23         And then, in addition to that
24 operating cash that would be nice to have,
25 there's all sorts of investments through the

314

1  Bedrock Development Company, the Cleveland
2  Cavaliers basketball team -- but I think during
3  this period of time because of the Pandemic
4  probably wasn't generating as much ticketing
5  revenue.
6       So, no, I wouldn't look at 4.8 and
7  say: Wow, there's a lot of cash there and, you
8  know, we should be feeling comfortable.
9       I would say: For all the commitments
10  Dan has, we need to continue to try to get to
11  that goal that he had -- that he wanted.
12  BY MR. BARRY:
13      Q.  Well, neither -- well, let me back
14  up.
15      The Gilbert Foundation and the
16  Rocket Community Fund provided assistance to
17  Citizens of Detroit and met their goals in
18  2021 without the use of any proceeds from RHI,
19  right?
20      MR. SCOTT:  Objection, form.
21      You can answer.
22      A.  Okay.  I don't know if money was
23  taken out of RHI in all of 2021.  But again,
24  I go back to the fact, like -- if I'm Dan, I
25  have 4.8 billion here.  I have X billion there.

315

1       I don't view it in these different
2  compartments.  It's cash.  And cash is fungible
3  from entity to entity.
4       So I don't think he looked at it
5  like, you know, I'm funding it out of a certain
6  entity.
7       MR. BARRY:  So let's look at Exhibit
8  Number 33.
9       A.  Thank you.
10      (Defendants' Responses and
11      Objections to Plaintiffs' Second Set
12      of Interrogatories Directed to
13      Defendants Rock Holdings Inc. and
14      Daniel Gilbert, no Bates, marked as
15      Exhibit 33.)
16  BY MR. BARRY:
17      Q.  Have you ever seen this document?
18      A.  Oh, it looks like a pleasant one.
19  I don't -- I don't -- I think I've seen it,
20  yes.  I don't think I've gone through and read
21  it.
22      Q.  Did you have any -- these are
23  Defendants' Responses and Objections to
24  Plaintiffs' Second Set of Interrogatories
25  Directed to Defendants Rock Holdings Inc. and

316

1  Daniel Gilbert.
2       And they were filed or
3  served by the Company on October 6th, 2023.
4       A.  Okay.
5       Q.  You had left the Company by then,
6  right?
7       A.  In October.  Just a few months ago,
8  yes.
9       Q.  Did you have anything to do with the
10  preparation of these materials?
11      A.  No, sir.
12      Q.  I'd like you to look at the response
13  to Interrogatory Number 4.  And the section I
14  want you to look at is on page 14.
15      You're more than welcome to look at
16  the interrogatory itself, which starts on
17  page 12, and read the entire response, but I
18  just -- but I will ask you some questions
19  about the second paragraph on page 14.
20      A.  Okay.  So the interrogatory, you're
21  saying, on page 12, which is asking from the
22  date that RHI received those proceeds,
23  questions about it?  Just to make sure I'm
24  understanding.
25      Q.  Yes.  Yes.

317

1       A.  I'm on to 15 now, so have I
2  covered --
3       Q.  Yes.
4       A.  Okay.
5       Q.  So I just wanted to look at the last
6  paragraph of this answer --
7       A.  Okay.
8       Q.  -- which reads:
9       "Subject to and without waiving the
10      foregoing Objections" --
11      So you've just read it.  But
12  basically, this says that the cash from the
13  proceeds of the sale of the stock in March of
14  2021 remains in RHI's cash accounts subject to
15  tax distributions covering $113 million for
16  the gain associated with the sale, right?
17      A.  Yeah, sir.  That's what it says here.
18  That's my understanding.
19      Q.  Okay.  So not a dime of the proceeds
20  from that cash sale in 2021 to date have been
21  used for any purposes of Gilbert Community
22  Fund or -- the Gilbert Family Foundation or
23  the Rocket Community Fund, right?
24      MR. SCOTT:  Objection, form.
25      A.  Again, I'm going to go back to that

318

1   comment. I don't know how to answer that
2   question about cash. It would be like saying,
3   if you had two different savings accounts. I
4   mean, you can move -- I can go on my JPMorgan
5   app today and move money from one savings
6   account to another.
7        And if I happen to use one of those
8   savings accounts to make a donation, I don't
9   know if you can define like -- it's just a bank
10  account for Dan.
11       So, you know, the mechanism would be
12  probably a distribution because there are other
13  shareholders inside of RHI. And then Dan would
14  take his portion, and then he would use it.
15       But the way he, I'm sure, thinks
16  about it is it's just another account he has
17  with cash in it that he can use when he needs
18  to.
19  BY MR. BARRY:
20       Q.  And none of the cash from the
21  sale -- none of the proceeds from the sale
22  that took place in March of 2021 was used to
23  fund any of the initiatives of the Gilbert
24  Family Foundation or the Rocket Community
25  Fund, right?

319

1        MR. SCOTT:  Objection to form.
2   Asked and answered several times already.
3        A.  If the bytes and bits that, you know,
4   define cash in this account didn't move out of
5   this account and go into some other -- I guess
6   that's -- I don't mean to be difficult, but,
7   yeah, I can't say that the code that denotes
8   this cash is the exact code that went into the
9   GFF fund or some other fund.
10       It's fungible. It's -- it's just
11  cash. It's a crazy question.
12       MR. BARRY:  Let's look at
13  Exhibit 34.
14       (Email with attachment, beginning
15       Bates ROCKET_DELAWARE00076347,
16       marked as Exhibit 34.)
17  BY MR. BARRY:
18       Q.  Exhibit 34 is an email with an
19  attachment produced at
20  ROCKET_DELAWARE00076347.
21       The memo beginning on 348, have you
22  ever seen it?
23       A.  Perhaps.
24       Q.  Do you know when you saw it?
25       A.  I couldn't say. I'm simply looking

320

1   at this. It looks like it's something speaking
2   to the opening of the trading window.
3        I don't know if I would have had to
4   sign this or not. I don't know.
5        Q.  Did you request that it be drafted?
6        A.  No, sir.
7        Q.  Do you know who did?
8        A.  I would think Angelo or Tina or
9   someone from the audit committee. It feels
10  like, you know, something they would request.
11  And I can read it a bit more if you would like.
12       Q.  Let's look at the second paragraph.
13       MR. SCOTT:  Do you want to review it
14  first? Is that --
15       A.  Sure. I'm just taking a quick glance
16  at it.
17       MR. SCOTT:  Sure.
18       A.  Yeah. Okay.
19  BY MR. BARRY:
20       Q.  Are you familiar with what that memo
21  is?
22       A.  Yeah. It kind of walks through all
23  the processes that we went through to do the
24  sale of the stock. It talks about the due
25  diligence calls and the opening of the window

321

1   and so forth --
2        Q.  All right.
3        Let's look at the second paragraph.
4   It begins:
5        "On March 15th, 2021,
6        Rock Holdings Inc., ('RHI'), the
7        Companies' controlling shareholder,
8        requested the ability to sell the
9        Companies' common stock (the 'Sale
10       Request') during a closed window."
11       Do you see that?
12       A.  I do.
13       Q.  That's not true, is it?
14       MR. SCOTT:  Objection to form.
15       A.  I see that it says that in there.
16  I'd have to go back and see, I guess, when --
17  I think we looked at another form that Matt
18  Rizik had filled out. Because, according to
19  what you were saying to me earlier, I thought
20  the window was open until the 17th, but I don't
21  know when Matt talked to -- it says here the
22  General Counsel.
23  BY MR. BARRY:
24       Q.  So let's look at -- if you could,
25  flip back to Exhibit 17, the Notice of

322

1  Exchange.
2       The Notice of Exchange is dated
3  March 19th.
4       A.  Yes, sir.
5       Q.  Correct?
6       A.  Uh-huh.
7       Q.  Not March 15th, right?
8       A.  Yes.  This is dated March 19th.
9       Q.  And do you have any basis to believe
10  that RHI requested the ability to sell the
11  common -- the Companies' common stock before
12  March 19 -- the submission of this Notice of
13  Exchange on March 19th?
14       A.  After I had talked to Scott on the
15  10th about putting the wheels in motion, I was
16  not in contact with Mr. Rizik about this.
17       So I don't know -- I couldn't say
18  either way when he had a conversation with
19  Angelo or Tina about this.
20       Q.  Okay.  But if a request was made on
21  March 15th, 2021, that would have been within
22  the open trading window, right?
23       A.  According to what we discussed
24  earlier, that seems like it is, yes.
25       Q.  And let's look back at Exhibit 28,

323

1  which is the text string dated 3/26/21.
2       On -- this indicates that on 3/26/21
3  at 5:10 p.m., Scott Elkins said:
4       "We'll get quotes from MS, RBC, and
5       JP on Monday morning -- on Monday
6       a.m."
7       Right?
8       A.  I don't have it in front of me here.
9  I don't know.  I also don't know how long it
10  takes for the exchange or so forth.
11       So maybe Matt had to talk to her on
12  the 15th to get -- I don't understand the
13  timing around the process.
14       Q.  Okay.  But on the evening of the
15  26th, Scott says:
16       "I'll get quotes on Monday morning
17       from Morgan Stanley."
18       A.  Do you have this?
19       MR. SCOTT:  Yeah.  Let's go back to
20  that one.  I'll just pull it up for you.
21       A.  Sure.  Which one is it, 28?
22  BY MR. BARRY:
23       Q.  28.  Please pull up 28 and 29.
24       MR. SCOTT:  I have 17, and which one
25  is 28?

324

1       MR. BARRY:  28 is the March 26th,
2  2021.
3       MR. UPADHYA:  Ends with 91513,
4  I think.
5       MR. BARRY:  Yes.
6       A.  It ran away.  So did Jeff.  Jeff gave
7  up.  He went to my house to have chicken
8  alfredo, apparently.
9       Do you want to read it to me and
10  maybe then I can see whether I need to see it
11  or not?
12  BY MR. BARRY:
13       Q.  Sure.
14       At 5:10 p.m. on the 26th, Mr. Elkins
15  texts:
16       "We'll get quotes from MS, RBC, and
17       JPM on Monday a.m."
18       That took place on the 26th at
19  5:10 p.m.
20       On the 29th -- on Monday, the 29th,
21  at 9:47 a.m., Scott --
22       MR. SCOTT:  Can you just read the
23  exhibit number so the record is clear?
24  BY MR. BARRY:
25       Q.  Sure.  In Exhibit 29 --

325

1       A.  Yes, sir.
2       Q.  -- at ROCKET_DELAWARE ending 97656,
3  Mr. Elkins texts:
4       "MS, JPM, and RBC are checking size
5       and pricing."
6       That's 9:47 a.m., right?
7       A.  Yep.
8       Q.  Okay.  Next page, the 29th, at
9  10:59 a.m., Scott Elkins confirms --
10  10:52 a.m., sorry:
11       "Julie B. and I spoke with Evan.
12       Confirmed we sold $500M at $24.75."
13       Do you see that?
14       A.  I do.
15       Q.  So from when Mr. Elkins contacted
16  Morgan Stanley for a quote at 9:47 a.m. to
17  when he confirmed the sale at 10:52 a.m., that
18  was 70 minutes, right?
19       A.  Okay.  Yeah.
20       Q.  Okay.  So if RHI made a request to
21  sell stock on March 15th, it could have
22  accomplished that during the open trading
23  window before it closed on the 17th, right?
24       MR. SCOTT:  Objection to form.
25       Lacks foundation.

Jay Farner December 04, 2023

326

1      A.  Yeah.  My understanding is this
2   isn't -- I think what you're talking about
3   there is like -- is that me?
4      (Telephonic interruption.)
5      A.  Yeah.  Things are going to start
6   blowing up here in a second.  Excuse me.
7      You know, we have to have someone who
8   wants to buy the shares.  And so there wasn't
9   any inbound traffic when the initial window was
10  open.  My understanding is on that date of the
11  26th, that's when we started hearing -- I think
12  either Goldman or Morgan, or maybe Goldman
13  called and Scott called Morgan -- but the word
14  on the street was someone was needing to buy
15  the shares to cover their shorts.
16     So that happened quickly because --
17  because we had an active buyer on the other
18  side who wanted to -- who needed to buy those
19  shares, which is why the -- I think the price
20  was at the 25 range that we wanted.
21     That's different than just trying to
22  go to the market and drum up a book and find
23  buyers for your stock.
24  BY MR. BARRY:
25     Q.  So in -- at the beginning of

327

1   March 2021, though, you wouldn't have known
2   about hedge funds needing to cover short
3   positions in -- at the end of March 2021,
4   right?
5      A.  No.  I don't even quite think I knew
6   exactly what was happening.  You know, it was
7   happening quickly.  We just knew that the stock
8   price had gotten better, into the 20s.  And so
9   we were saying:  Well, we'll be ready in case
10  something happens but, as you can probably
11  tell, not feeling a lot of pressure to do so.
12     And then something happened that was
13  not expected.  And so we sold the stock.  But
14  it was kind of just at that last minute, you
15  know.
16     That's why I think the first time
17  we let the window close, the second time we let
18  the window close.
19     We only opened it back up because of
20  the inbound traffic that Scott got.
21     Q.  This document says:
22     "Following this request" --
23     A.  Which document, sir?
24     Q.  I'm sorry.  You're right.  The --
25  I'm going back to 34, the April 2nd memo.

328

1      It says:
2      "Following this request, the
3   General Counsel and Deputy General
4   Counsel (collectively, the 'Counsel')
5   of the Company considered the timing
6   of the Sale Request with the
7   Companies' most recent Earnings
8   Release for FY2020 on February 25th,
9   2021, and the upcoming filing of the
10  10-K on March 24th, 2021, in order to
11  assess the risk of the Sale Request
12  being prompted by material nonpublic
13  information ('MNPI')."
14     Do you see that?
15     A.  I do.
16     Q.  Okay.  And it says "Following advice
17  from inside counsel," and then --
18     A.  Outside counsel.
19     Q.  Outside counsel, yes.  And there's a
20  significant amount of redacted text.
21     Do you see that?
22     A.  Yes, sir.
23     Q.  Okay.  What documents -- let me --
24  did outside counsel request any specific
25  documents from -- let me -- let me back up.

329

1      This -- do you know if this redacted
2   material relates to any specific discussion
3   with counsel?
4      A.  No, sir.  I don't know.
5      Q.  Do you know if it relates to any
6   process involving counsel?
7      A.  I don't know what it is.
8      Q.  Okay.  Let's move to the next
9   paragraph.  It says:
10     "In order to confirm the questions
11  above, counsel -- and 'counsel' here
12  is defined as the General Counsel and
13  the Deputy General Counsel --
14  "generally discussed these topics with
15  the following members of senior
16  management before -- both before the
17  Sale Request was approved on March 19,
18  2021, and the morning of the execution
19  of the Sale Request on March 29,
20  2021."
21     Do you see that?
22     A.  I do.
23     Q.  Okay.  First off, the sale request
24  was not approved on March 19th, 2021, was it?
25     MR. SCOTT:  Objection to form.

330

1     A.  I think what they're saying is we had
2   the call on March 19th before it was approved.
3         And I'd have to go back, but I think
4   it was approved by the audit committee and then
5   the board on, like, the 22nd and the 23rd, if I
6   remember what you showed me.
7         But they did the due diligence call
8   first.
9   BY MR. BARRY:
10    Q.  So they did the due diligence call
11  first.
12        But this statement -- the sale
13  request was approved on March 19th, 2021.
14  That's not true.
15        The sale request wasn't approved
16  until the audit committee meeting that
17  happened on the 22nd, right?
18        MR. SCOTT:  Objection to form.
19    A.  Yeah.  I think what she's saying is
20  it's like the call was done on March 19th
21  before the sale request was approved.
22  BY MR. BARRY:
23    Q.  Okay.
24    A.  That's how I'm reading it.
25    Q.  Okay.  So let's talk about this

331

1   initial due diligence on March 19th, 2021.
2         Was this a single call?
3     A.  I don't believe so.  I think that
4   particular call -- again, I'm going back a few
5   years in my memory.  I think that those were
6   individual calls.  I don't remember being on a
7   call with others for that call.
8     Q.  Okay.  Did counsel ask you to
9   provide any specific documents to counsel
10  relating to this diligence request?
11        MR. SLUTSKY:  Stop there,
12    Mr. Farner.  I think this question then
13    calls for you to potentially provide
14    privileged information.  So I think you
15    can answer the question "yes," "no," or
16    "I don't recall," but without providing
17    the substance of that communication.
18    A.  I don't remember them asking that,
19  no.
20  BY MR. BARRY:
21    Q.  Did they ask for any specific
22  information?
23        MR. SLUTSKY:  Same instruction,
24    Mr. Farner.
25    A.  Yes.  There's a process with many

332

1   questions that they asked that I answered.  But
2   I'm going to take advice of counsel on what
3   those were.
4   BY MR. BARRY:
5     Q.  So in terms of the substance of what
6   information counsel asked you to provide,
7   you're following the instruction of your
8   counsel not to provide that information?
9         MR. SCOTT:  No.  I'll just clarify.
10    It's not his counsel.
11        MR. BARRY:  Yeah, okay.
12        MR. SLUTSKY:  Same instruction.  And
13    it's counsel for Rocket Companies who
14    owns the privilege here or controls the
15    privilege.
16        MR. BARRY:  Okay.  Just to be clear,
17    I am planning on asking for information
18    regarding what -- what information was
19    asked for and provided -- was asked for
20    by counsel and provided by Mr. Farner to
21    counsel in connection with these
22    diligence requests.
23        Is the instruction going to be
24    substantively not to respond to those
25    questions?

333

1         MR. SLUTSKY:  That's right, it will,
2     because they're privileged communications
3     and you've had the ability all day to ask
4     Mr. Farner what was in his head, and what
5     information he was aware of as of these
6     dates.
7         You don't need to ask him about
8     conversations he had during diligence
9     calls with counsel to get that
10    information.
11        MR. BARRY:  Okay.
12  BY MR. BARRY:
13    Q.  In connection with the diligence
14  calls on March 19th, you were aware of the
15  Compass reports, right?
16        MR. SCOTT:  Objection to form.
17    A.  I was aware that those Compass
18  reports existed, as we kind of established as
19  we went through them.
20        I did not spend a lot of time looking
21  at them, and I didn't give any kind of credence
22  especially to the annual forecast of them.
23        So aware that someone was putting
24  them together, but not aware in the sense that
25  I was using any of the information there for

334

1 decision-making.
2 BY MR. BARRY:
3     Q. And you were aware as of March 19th,
4 2021, that -- or scratch that.
5         By March 19th, 2021, Rocket had
6 almost completed its first -- its first
7 quarter, right?
8     A. Yes, sir.
9     Q. And by March 29th, 2021, the first
10 quarter was ending in a couple days, right?
11    A. Yes, sir.
12    Q. So by March 29th, 2021, you had an
13 understanding of what Rocket's revenues for
14 the first quarter would be, right?
15    A. I would say yes, sir.
16    Q. And you had an understanding of what
17 Rocket's GOSM for the first quarter would be,
18 right?
19    A. Yes, sir.
20    Q. Rocket's -- what was Rocket's
21 experience in providing guidance for the
22 following quarter in -- in connection with
23 earnings releases?
24        MR. SCOTT: Objection to form.
25    Asked and answered.

335

1     A. Well, we've reviewed the Q4 earnings
2 call, which occurred, I think, on
3 February 25th. You showed me a document where
4 we had given guidance for Q1, a gain on sale.
5         And I think at that point in time we
6 were -- on the earnings call, we were giving
7 one quarter -- I had guidance somewhere along
8 the way.
9         Because it wasn't as material, we
10 stopped doing it. I think it was after that
11 date.
12 BY MR. BARRY:
13    Q. But the first quarter results came
14 in consistent with the guidance that was
15 provided at the fourth quarter earnings
16 results, right?
17    A. I don't know. We didn't review the
18 guidance for Q4, I don't believe. We reviewed
19 the February 25th, which was the results for
20 Q4, if I remember correctly.
21        MR. BARRY: Oh, this is Exhibit 5 or
22    6?
23        Five.
24        MR. SCOTT: It can't be 5, right?
25 Because it's March 24th, the day before

336

1 the earnings release. So I don't think
2 that's it.
3         Is there some other exhibit?
4         MR. UPADHYA: Five should be Q4
5 earnings release.
6         MR. BARRY: That's what I'm talking
7 about.
8         MR. SCOTT: Oh, from the day before?
9 So it's not the final version.
10        Here's Exhibit 5.
11    A. I think the Q4 earnings -- oh, this
12 is -- I understand. Because we did it in
13 February, this is just a -- I understand.
14 BY MR. BARRY:
15    Q. Right. So if you look at the second
16 page, that's the earnings release, right?
17    A. I'm just searching for the date on
18 here. Yes, February 25th, 2021. Yes, sir.
19    Q. Okay. So let's look at page 4, the
20 First Quarter Outlook.
21    A. Yeah.
22    Q. And it says -- the third bullet
23 point under "First Quarter 2021 Outlook."
24        Do you see that?
25    A. I do.

337

1     Q. It says:
2         "Gain on sale margins of
3     3.60 percent to 3.90 percent, which
4     would be an improvement of 35 to 65
5     basis points compared to 3.25 percent
6     in the first quarter of 2020."
7         Do you see that?
8     A. I do.
9     Q. And do you recall if Rocket's actual
10 results for the first quarter were consistent
11 or inconsistent with that guidance?
12    A. We could go look. They should be
13 fairly consistent because, again, in this
14 particular case we're two-thirds of the way
15 through the quarter while we're giving guidance
16 for that quarter.
17        So I would hope we were somewhere in
18 the ballpark. Again, hard to predict. You
19 never know. But --
20    Q. But fairly consistent? We don't
21 have to speculate.
22    A. Yeah. We can look at them, right?
23        MR. BARRY: Let's look at Exhibit --
24 what am I on?
25        THE REPORTER: The next number?

338

1    MR. BARRY: Yeah.
2    THE REPORTER: It's 35.
3    (Email with attachments, beginning
4    Bates ROCKET_DELAWARE00075416,
5    marked as Exhibit 35.)
6    A. Thank you.
7    BY MR. BARRY:
8    Q. This is the earnings release for the
9    first quarter that came out on March 18th --
10   I'm sorry, May 18th, 2021, produced at
11   ROCKET_DELAWARE00075416.
12   MR. SCOTT: Okay. That's not
13   accurate. The email is from -- it came
14   in on May 5.
15   MR. BARRY: May 5th. May 5th.
16   MR. SCOTT: Yeah.
17   A. Okay. Yeah. I don't see a date on
18   the actual document. That's why I'm -- it says
19   "Detroit, May 5, 2021."
20   I've got it. Okay.
21   BY MR. BARRY:
22   Q. Yeah. So we can look at page --
23   page 2 of the document --
24   A. Yes, sir.
25   Q. -- under "First Quarter Highlights."

339

1    A. Yes, sir.
2    Q. It says -- the one, two, three,
3    four, fifth bullet point is:
4    "Increased gain on sale margin by
5    49 basis points year over year to
6    3.74 percent."
7    Do you see that?
8    A. I do.
9    Q. And that was consistent with the
10   guidance that was provided in the first
11   quarter?
12   A. It was.
13   Q. Right?
14   So in issuing the guidance in the
15   first quarter, Rocket was -- had a reasonable
16   belief that the guidance it was providing
17   would accurately reflect what their honest
18   belief was of the Company's performance in the
19   first quarter of 2020, right?
20   MR. SCOTT: Objection to form.
21   A. Yeah. You're all over the board
22   here.
23   I don't know if you're saying the Q4
24   that we did in the first quarter, if you're
25   saying the Q1 results and you said 2020 but

340

1    we're talking about 2021 --
2    BY MR. BARRY:
3    Q. I'm talking about --
4    A. I'm just repeating what you are
5    saying to me, sir. I have to listen to you and
6    respond to you. So I just need you to --
7    Q. In providing the first quarter
8    guidance in connection with the fourth quarter
9    earnings release --
10   A. Yes, sir.
11   Q. -- the guidance that Rocket -- that
12   Rocket provided reflected management's honest
13   belief as to the realistic performance that
14   the Company could achieve in the first
15   quarter, correct?
16   MR. SCOTT: Objection to form.
17   A. Yeah. Honest and so forth. Look,
18   everyone is doing their best, based on the
19   information they have.
20   On February 25th, we were two-thirds
21   of the way done with Q1. So we provided
22   guidance with a lot of data and information.
23   We said 3.6 to 3.9, I believe. And
24   according to this, we came in at 3.74.
25   But it's logical that we would have a

341

1    pretty good shot of getting in those ranges we
2    provided because we were so far through the
3    first quarter when we gave that guidance.
4    BY MR. BARRY:
5    Q. And as of March 29th, 2021, Rocket's
6    internal forecast, according to the Compass
7    reports for the second quarter of 2021, was
8    below what was the analyst consensus for the
9    second quarter of 2021, right?
10   MR. SCOTT: Objection to form.
11   A. As I said before and we just talked
12   about here, I wasn't using the Compass reports.
13   I wasn't using analysts' estimate.
14   The reason the guidance was accurate
15   here and tends to be accurate is because it's
16   late -- we're using the factual data we have
17   about our rate locks up to that point in time.
18   There's no tie between the Compass
19   report and this guidance we're providing.
20   BY MR. BARRY:
21   Q. The second quarter forecasts in the
22   Compass reports for the second quarter of
23   2021, as of March 29th, 2021, were lower than
24   analyst consensus in the same Compass reports
25   for the second quarter of 2021, right?

Confidential                    Jay Farner · December 04, 2023

<div style="page: 342"></div>

342

1      MR. SCOTT:  Objection to form.
2      A.  Yeah.  We've spent hours going
3   through that.  We can go back to it, if you
4   would like.  But now we're off those exhibits,
5   and now you're asking me to try to remember all
6   those different Compass reports you showed me.
7      And it's just -- we already did this.
8   BY MR. BARRY:
9      Q.  Okay.  In connection with the due
10  diligence, did you discuss the Company's
11  forecasts?
12     MR. SLUTSKY:  Mr. Farner, I'll give
13  you the same instruction as before.
14     You're asking him for
15  attorney-client privileged communications
16  with Rocket's counsel.
17  BY MR. BARRY:
18     Q.  At the time of the due diligence --
19  at the time you made the decision to sell,
20  were you aware of the Company's financial
21  forecasts?
22     MR. SCOTT:  Objection to form.
23     A.  I don't know which financial
24  forecasts you're referencing.
25     If you're referencing the board deck

343

1   which gave one possible scenario to educate the
2   board members, that had no bearing on my belief
3   in what the Company would do in the coming
4   quarters.
5   BY MR. BARRY:
6      Q.  But you were aware of the revised
7   March forecasts that were provided in the
8   board deck, correct?
9      MR. SCOTT:  Objection to form.
10     He's asking for your recollection if
11  you recall on that day.
12     A.  On which day?
13  BY MR. BARRY:
14     Q.  At the time you authorized the sale
15  of RHI stock in March of '20 -- the end of
16  March of 2021, you were aware of the revised
17  March 2021 forecasts that were provided to the
18  board at the March 23rd board meeting, right?
19     MR. SCOTT:  Objection to form.
20     A.  I couldn't say if I was aware.  As we
21  touched on when you showed me them, I told you
22  it looked like something that Brian may have
23  covered with the board, but it certainly wasn't
24  something that I would look at, consider a
25  forecast that I would use, knowing all the

344

1   other things I know about operating the Company
2   and our ability to perform.
3      So it wouldn't be an awareness that
4   would cross my mind when thinking about
5   selling.  As we talked about before, what
6   crossed my mind is we had someone who wanted to
7   buy the stock at a price range we were willing
8   to sell it and where we had been willing to
9   sell it for many, many months.
10     MR. BARRY:  So give me a couple
11  minutes.  I'll be right back.
12     Off the record, please.
13     MR. SCOTT:  You can stay here.
14  We'll step out.
15     MR. BARRY:  Oh, okay.  Thanks.
16     THE VIDEOGRAPHER:  This marks the
17  end of media unit number 5.
18     We are off the record at 6:44.
19     (Recess taken.)
20     THE VIDEOGRAPHER:  This marks the
21  beginning of media unit number 6.  The
22  time is 6:50 p.m.
23     We are back on the record.
24  BY MR. BARRY:
25     Q.  Did RHI need to sell the stock in

345

1   March of 2021?
2      MR. SCOTT:  Objection to form.
3      Asked and answered.
4      A.  Going back to kind of the genesis of
5   all this, I think after Dan had his stroke, he
6   was focused on doing a lot of things, and so
7   taking the Company public was going to give us
8   extra -- give him extra assets to do that and
9   help make sure the Company was, as he called
10  it, had a defensible beachhead.
11     And so our mission, I thought, was
12  pretty clear, because we didn't get to the
13  3 billion at the IPO and we assessed what the
14  fair market value was.
15     If we could achieve that, you know,
16  the right thing to do was to sell the stock.
17  So we did so.
18  BY MR. BARRY:
19     Q.  But did they need to sell in March
20  of 2021?  Was there a specific reason that RHI
21  needed to sell in March of 2021?
22     MR. SCOTT:  Objection to form.
23     Asked and answered numerous times today.
24     A.  I don't know the definition of
25  "need."  What I do know is there was an

346

1   opportunity based on the market movement that
2   allowed us to achieve our goals. So we did it.
3   BY MR. BARRY:
4       Q. Was there any reason RHI could not
5   have waited until the second quarter results
6   were published in May of 2021 to sell shares?
7       MR. SCOTT: Objection to form.
8       A. I think you probably saw, as we went
9   through there, we weren't in a rush to sell.
10  It was more about being opportunistic if there
11  was an opportunity. We took that.
12      In all likelihood, if there had been
13  an additional opportunity later, we might also
14  have taken that.
15      So, no, I guess we weren't -- it
16  wasn't driven by a time frame. It was driven
17  by trying to get the fair value for the shares
18  and at least some of the volume that we had
19  started out to try to achieve with the IPO.
20  BY MR. BARRY:
21      Q. So the Company, RHI, could have
22  waited until the release of the second quarter
23  earnings announcement to determine to sell the
24  shares -- to sell shares, correct?
25      MR. SCOTT: Objection, form.

347

1       A. When you look at the value of a
2   company, the revenue it generates, in our case,
3   the market share that we take, you know, I
4   don't know if anyone can predict what a share
5   price will be at any given time.
6       I certainly couldn't predict what was
7   going to happen day to day over the course of
8   2021. I felt confident that we had good
9   strategies to have a good year.
10      I think we did. I think we set
11  another record. I think we gained market
12  share. I think we increased the clients on our
13  servicing book and increased lifetime value,
14  all adding to the value of the enterprise.
15      I think we were close to making an
16  acquisition of another fintech company.
17      So all of those things would continue
18  to add value to Rocket. That's my belief,
19  I hope, but now that I'm not as close to the
20  Company as I once was.
21      But I hope the Company is still
22  striving to grow value over time. I think
23  that's the mission of many companies.
24      So I would always believe that there
25  would be an opportunity. But, again, no one

348

1   controls what the share price of a company
2   might be from time to time.
3       So when that moment came where
4   someone wanted to buy the shares and at a price
5   that was in the range we wanted, we did it.
6       But the overall value of the
7   organization, I still believe strongly in it.
8   BY MR. BARRY:
9       Q. So there was nothing to prevent RHI
10  from waiting until the release of Rocket's
11  second quarter earnings to execute a sale,
12  correct?
13      MR. SCOTT: Objection to form.
14      Asked and answered.
15      A. Yeah. I don't even know when we
16  released second quarter earnings. I guess that
17  would have been like in August or something.
18  I don't know how I predict -- the two aren't
19  tied, necessarily.
20      Maybe August.
21      MR. BARRY: What was the exhibit we
22  just did?
23      MR. UPADHYA: 35.
24      MR. BARRY: Do you have 35, the
25  earnings release from May?

349

1       Where's my copy?
2       A. I think it's Exhibit 35.
3   BY MR. BARRY:
4       Q. Yes. Exhibit 35 is May of 2021,
5   right?
6       MR. SCOTT: Right. It's not second
7   quarter earnings.
8       A. These are Q1 earnings.
9   BY MR. BARRY:
10      Q. I'm sorry. Right. The Q1 earnings.
11      Is there any reason why RHI could
12  not have waited until the release of the Q1
13  earnings in May of 2021 to sell shares?
14      MR. SCOTT: Objection to form.
15      A. I guess I'm struggling to understand
16  time frame. You're saying Rocket could wait.
17      Like when would Rocket be waiting?
18  In March? In April? In December? I don't
19  know --
20  BY MR. BARRY:
21      Q. In March of 2021, there's no reason
22  RHI could not have waited until Rocket
23  released its first quarter earnings results in
24  May of 2021 to affect a sale in the next open
25  trading window, right?

Jay Farner

350

1        MR. SCOTT:  Objection to form.
2        A.  In March of '20 -- let me make sure I
3    have this right.
4        In March of 2021, I think
5    I personally felt very good about where the
6    business was performing.  I nor anybody else
7    would have a clear understanding of what might
8    happen in April or May with the markets, but we
9    had a price there that reached our goals.
10       And so there would be no reason to
11   wait when you have somebody who wants to buy
12   your shares at the price you're wanting to sell
13   them at that time.  I thought the Q1 earnings,
14   you know, the way the Company was performing
15   was good.
16   BY MR. BARRY:
17       Q.  Let's look at -- back to Exhibit 35,
18   which is the May 5th, 2021, earnings results,
19   first quarter earnings release.
20       Under the Second Quarter 2021
21   Outlook on page 3 of the document, the very
22   bottom of the page, there's a third bullet
23   point.
24       It says:
25       "Gain on sale margins for Second

351

1        Quarter 2021 Outlook, gain on sale
2        margins of 2.65 to 2.95 percent."
3        Do you see that?
4        A.  I do.
5        Q.  That was considerably lower than the
6    market had expected, right?
7        MR. SCOTT:  Objection to form.
8        A.  I guess it would be when the market
9    was expecting it.  We're now looking at gain on
10   sale margins.  All of April has happened and
11   we're into May.
12       The question you had been asking me
13   is based on Q1 earnings in late March, how
14   I felt, and here in this document, it speaks to
15   Q1 being up 236 percent year over year.  It
16   speaks to adjusted revenue being up 91 percent.
17       So, again, as I stated, I thought the
18   Company was doing quite well.
19       When you're talking about Q2
20   guidance, that would be information that, much
21   like we talked about for Q1 guidance, you're
22   learning and developing as you get into Q2.
23       I think we were all surprised in
24   April when -- although everyone had been
25   forecasting a change in interest rates, it came

352

1    quicker than we had expected for that quarter.
2        But that was well after Q1 had
3    closed, when I think the world became aware of
4    that.
5        MR. BARRY:  Well, let's look at
6    Exhibit 36.  What number?
7        MR. UPADHYA:  36, yes.
8        (Email chain, beginning Bates
9        ROCKET_DELAWARE00036528, marked as
10       Exhibit 36.)
11       THE WITNESS:  Thank you.
12       THE REPORTER:  You're welcome.
13   BY MR. BARRY:
14       Q.  Exhibit 36 is a series of emails
15   produced at ROCKET_DELAWARE00036528.
16       Have you ever seen this document?
17       A.  I don't see my name on this email
18   thread, no.
19       Q.  You say you've never seen this
20   document?
21       A.  No, not that I can recall, no.
22       Q.  Okay.  I'd like to direct your
23   attention to the second page, an email dated
24   Friday, April 23rd, 2021, from a Ted Bealin.
25       Do you see that?

353

1        A.  I see Ted's comments here, yes.
2        Q.  So it says:
3        "I know Pete is already working on
4        this and guidance is still being
5        finalized.  Just want to highlight for
6        the group that we will need as firm of
7        a bridge as we can get for Q2 GoS
8        margin guidance versus Q1 actual GoS
9        margin."
10       And then it's underlined:
11       "Q2 GoS margin guidance will be the
12       single most important data point" --
13       un-underlined -- "on the Q1 earnings
14       call by far."
15       Do you see that?
16       A.  I see that coming from the guy that
17   worked at Rock Ventures, yeah.  Yeah.
18       Q.  Prior to the release of the first
19   quarter results in May of 2021, did you have
20   any discussions with anyone regarding how the
21   market would perceive the second quarter
22   guidance that was going to be released in
23   connection with that earnings result?
24       A.  I'm sorry.  Prior to --
25       Q.  Prior to issuance of the first

Jay Farner   December 04, 2023

354

1  quarter earnings release in May of 2021, did
2  you have any discussions with anyone regarding
3  how the market may perceive the second quarter
4  guidance that was going to be issued in
5  connection with the first quarter earnings
6  release?
7      A.  I'm sure, as we got into April and
8  into May, that was a discussion topic.
9          Because, as I said before, although
10  the industry had been calling for kind of the
11  normalization of interest rates, I think the
12  entire industry got surprised in April.
13         But, I guess to my other points --
14  although someone like Ted might find that an
15  important datapoint -- for me, and you'll
16  listen to my remarks, the investment in the
17  company, the building of the platform, the
18  acquisition of clients, the lifetime value of
19  clients, those things are really what a company
20  is built on, not day-to-day or week-to-week
21  movements in price.
22         And I think that is demonstrated by
23  the overall performance of the organization
24  throughout 2021.
25         So I may have discussed it, but I

355

1  certainly wouldn't put myself in a similar camp
2  here, in terms of viewing as the most important
3  thing.
4      Q.  Did you have any discussions with
5  anyone regarding a potential impact from the
6  company's stock price regarding the guidance
7  for the second quarter of 2021?
8      A.  I would say that, if you were to
9  discuss with people about my perception of the
10  company's stock price, my firm belief was that
11  the company was undervalued.
12         It had a lot of great things
13  happening that would continue to grow its
14  value.  And so I was not in discussion about,
15  I suppose, day-to-day versus long term.  My
16  focus was more on the long-term growth of the
17  organization.
18         And in this industry, there are going
19  to be these blips where something outside of
20  your control occurs, and you may have a
21  negative situation for a very short period of
22  time, but not -- not really relevant to the
23  overall value of the organization.
24     Q.  Regardless of your perception of a
25  corporate value, in the long term, did you

356

1  have any discussions with anyone regarding the
2  potential impact on the stock price of Rocket
3  upon the issuance of second quarter guidance,
4  in connection with the first quarter earnings
5  release?
6          MR. SCOTT:  Objection, form.
7      A.  I can't recall a specific
8  conversation that I had with someone about this
9  impact.  My viewpoint would be that just as we
10  were receiving information, the markets were
11  receiving information.
12         So it's not like we had some sort of
13  knowledge that the 10-year treasury was
14  changing or mortgage-backed securities were
15  changing.
16         So any of those type of things should
17  already be part of the market, and baked into a
18  price because it's all public information.
19         So I don't think I would have had a
20  specific conversation about the earnings
21  release, except for the fact that Q1 was a very
22  good dataset, and I would hope that people
23  would pay close attention to all the positive
24  things that we were able to achieve.
25     Q.  Let me just --

357

1          MR. SCOTT:  So I would just note
2  too, we're getting close to seven hours.
3  You've asked dozens of questions over and
4  over again.  So if you have questions you
5  want to get to, you should get to them.
6  BY MR. BARRY:
7      Q.  Let me ask you this question,
8  hopefully this will wrap things up.  Let's
9  assume a company is covered by 13 analysts,
10  okay?
11     A.  Okay.
12     Q.  And let's assume 13 analysts have
13  their own targets of what revenues may be for
14  the company, and what performance may be for
15  the company during this -- during this
16  quarter?
17     A.  Which quarter, sir?
18     Q.  Any quarter.  The first quarter of
19  2023.
20     A.  Okay.
21     Q.  The fifth quarter, it doesn't
22  matter.  The fourth quarter of 2023.
23         And if you look at all -- based on
24  the public information and the analysts,
25  they're estimating that they expect a

358

1  company's earnings to come out at $3 billion
2  for the quarter, and that's -- that's a kind
3  of analyst consensus.
4        Can we assume that that's a company,
5  a hypothetical company, with 13 analysts; and
6  each of the analysts' consensus for revenues
7  -- quarterly revenues is $3 billion.  All
8  right?
9        A.  Putting all the companies together,
10  okay.
11       Q.  Yeah.
12       The company, though, is
13  underperforming that market at that moment for
14  reasons that the public may not know about.
15  And it actually reports earnings of
16  $2.25 billion, not $3 billion.
17       Do you have an understanding of what
18  would happen to the company's stock price upon
19  the announcement of that -- the earnings below
20  analyst expectations?
21       MR. SCOTT:  Objection to form.
22       A.  I don't.  I think I've seen
23  situations where companies have missed revenue
24  numbers but hit client acquisition numbers and
25  the stock has gone up.  Hit subscription

359

1  numbers, and the stock has gone up.
2        There are so many variables that
3  analysts are looking at, I couldn't tell you
4  what would happen based on the --
5  BY MR. BARRY:
6        Q.  Okay.
7        A.  -- the story you just told me.
8        Q.  Okay.
9        But it's possible that a company's
10  release of earnings information that came in
11  below analyst expectations could cause a
12  company's stock price to go down?
13       MR. SCOTT:  Objection to form.
14       A.  Yeah.  I wouldn't be in a position to
15  tell you what causes, as we experienced before.
16  Retail investors could get ahold of your stock.
17  Shorts could get ahold of your stock.  Charlie
18  Munger could talk positively about your stock.
19  I've seen it all.
20       You know, I -- there's so many
21  variables, you don't know.  You don't know.
22  There's times where things happen, and I have
23  no idea why they were happening.
24       MR. BARRY:  Could you give me three
25  minutes?

360

1        THE VIDEOGRAPHER:  This marks the
2  end of media unit number 6.  We are off
3  the record at 7:11.
4        (Brief recess.)
5        THE VIDEOGRAPHER:  This marks the
6  beginning of media unit number 7.
7        We are back on the record at 7:12.
8        MR. BARRY:  I have no further
9  questions.
10       ----
11       EXAMINATION
12  BY MR. SCOTT:
13       Q.  Mr. Farner, I just have a couple of
14  questions for you.
15       Was the stock sale on March 29, 2021
16  motivated by any information presented at the
17  March 23 board meeting?
18       A.  No, sir.
19       Q.  Was the stock sale on March 29, 2021
20  motivated by any information contained in the
21  Compass reports?
22       A.  No, sir.
23       Q.  Did you discuss with anyone whether
24  Rocket stock should be sold on March 29, 2021,
25  because of information presented at the

361

1  March 23 board meeting?
2        A.  No, sir.
3        Q.  And did you discuss with anyone
4  whether Rocket stock should be sold on
5  March 29, 2021, because of any information
6  contained in the Compass reports?
7        A.  No, sir.
8        Q.  And what was your motivation for the
9  March 29, 2021 stock sale?
10       A.  I'll say it one more time.  We had
11  taken the company public with a goal to raise
12  about $3 billion of -- $3 to $3.2 billion.  We
13  missed that mark.  We wanted to make sure that
14  we got as close as possible, but also do it in
15  what we felt was a fair market price.
16       Due to abnormal market activity
17  around the 26th/29th of the month, we had an
18  opportunity, so we took it and sold the stock.
19       Q.  Now, March 29th, 2021, when the
20  stock sale was executed, did you have in mind
21  any information presented at the March 23
22  board meeting, or any information contained in
23  the Compass reports?
24       A.  I did not.
25       MR. SCOTT:  Okay.  That's all I

**362**

```
 1   have.
 2        MR. BARRY:  I have no redirect.
 3        THE VIDEOGRAPHER:  This concludes
 4   today's testimony given to us by
 5   Mr. Jay Farner --
 6        MR. SCOTT:  Sorry.  I just want to
 7   mark the transcript as confidential.
 8        THE VIDEOGRAPHER:  This concludes
 9   today's testimony given to us by
10   Mr. Jay Farner.
11        The total number of media units used
12   is seven.
13        We are off the record at 7:15 p.m.
14        (Proceeding concluded.)
15             ---
16
17
18
19
20
21
22
23
24
25
```

**363**

```
 1        C E R T I F I C A T E
 2
 3        I, ANNE E. VOSBURGH, Certified
 4   Shorthand Reporter, Registered Professional
 5   Reporter, Certified Realtime Reporter hereby
 6   certify:
 7        That JAY FARNER was duly sworn to
 8   testify truthfully and testified upon his oath;
 9        That this transcript is a true and
10   correct record of testimony given.
11        I further certify that I am not
12   related to any of the parties and am in no way
13   financially interested in the outcome of this
14   matter.
15
16        _____
17        ANNE E. VOSBURGH
18   Certified Shorthand Reporter No. 6804
19   Registered Professional Reporter
20   Certified Realtime Reporter
21   Notary Public - Exp. July 20, 2029
22
23
24
25
```

**364**

```
 1             E R R A T A
 2   Deponent:  JAY FARNER, December 4, 2023
 3   Reason Codes:
 4   1.   To clarify testimony.
 5   2.   To change/correct testimony.
 6   3.   Transcription error
 7
 8   Page/Line   Now Reads   Should Read   Reason
 9   ____/____ _____ _____ _____
10   ____/____ _____ _____ _____
11   ____/____ _____ _____ _____
12   ____/____ _____ _____ _____
13   ____/____ _____ _____ _____
14   ____/____ _____ _____ _____
15   ____/____ _____ _____ _____
16   ____/____ _____ _____ _____
17   ____/____ _____ _____ _____
18   ____/____ _____ _____ _____
19   ____/____ _____ _____ _____
20   ____/____ _____ _____ _____
21
22        _____  _____
23     Signature of Deponent   Date
24
25
```

**$**

**$1+**  310:23

**$1.7**  229:12

**$10**  161:5

**$113**  317:15

**$12**  161:5

**$15**  43:4,13 88:23 305:5 306:3
313:17

**$15,070,703,000**  89:3

**$15,735,182,000**  89:11

**$15M**  302:21

**$2**  143:16 144:18 145:8 161:22

**$2.25**  358:16

**$2.3**  83:21

**$20**  50:9 149:7

**$21**  50:9

**$22**  50:10,22 51:24 52:3,6 151:3
152:2 285:5,7 294:23

**$22.52**  150:15 151:1

**$22.5213**  150:19

**$23**  180:23

**$23.48**  150:13

**$24**  295:17

**$24.50**  295:18

**$24.75**  295:24 297:11 325:12

**$25.38**  155:11

**$26.92**  295:18

**$3**  32:12 42:9,16,18 44:15 285:10
358:1,7,16 361:12

**$3.2**  361:12

**$30**  43:12 51:2 155:7 285:25

**$30.94**  155:11

**$300**  212:3 313:14

**$39**  151:18

**$4**  151:23 242:21 276:4

**$4.2**  87:11

**$4.698**  87:16

**$4.8**  83:17

**$4.9**  312:22 313:2,8

**$50**  238:2

**$500**  300:15,18,23 302:3,10,12 304:4
305:9 313:6

**$500+**  159:16

**$500M**  297:11 300:8 325:12

**$6.698**  87:14

**$700**  243:5

**$950**  227:9


**'**

**'MNPI'**  328:13


**0**

**002**  274:20

**01/24/2021**  10:17 299:11

**02/16/2021**  9:17 254:3

**03/01/2021**  7:19,22 8:2,5,8 130:13
135:20 136:19 139:20 142:16

**03/04/2021**  8:12 153:9

**03/09/2021**  9:23 270:25

**03/10/2021**  8:15 10:19 159:2 309:19

**03/16/2021**  8:18 10:2 170:4 275:3

**03/19/2021**  8:21 173:2

**03/22/2021**  9:3,20 10:5 185:6 265:1
281:17

**03/23/2021**  9:7,11,14 208:17 215:12
233:19

**03/24/2021**  7:10 10:8 81:11 284:1

**03/26/2021**  10:11,22 287:8 311:16

**03/29/2021**  10:14 295:5

**08/05/2020**  7:8,18 52:25 105:4


**1**

**1**  6:21 12:11 18:23,24 19:2,4 39:4
109:11 227:19 247:1 307:12

**10**  6:13 8:2 88:17 102:17 136:18,22
137:14,18,19 143:19 227:6 300:10,16

**10-K**  7:15 90:25 91:5,10,22 92:2,19
109:23 139:1,14 143:19 159:13,25
162:14,19,23 163:20 164:3,17 165:6,
9,12,16 166:2,9,13,24 167:11,12
168:3 309:13 328:10

**10-year**  98:2 102:16 130:2 211:16,18
222:11,18,20 300:14 356:13

**100**  125:13 224:20

**102.2**  230:6

**103**  127:24

**103.1**  230:5

**105**  7:17

**10:30**  12:2

**10:33**  12:8

**10:52**  297:12 325:10,17

**10:59**  325:9

**10b-5**  63:10

**10b5-1**  69:4,20 171:3,5

**10th**  168:11 310:7 311:1 322:15

**11**  8:5 34:24 35:4 137:16 139:19,23,
25 257:15 277:22

**11-point**  278:5

**11.199**  269:25

**11.2**  278:6

**11/9**  35:6

**11:00**  297:21

**11:45**  138:1

**11:52**  156:24

**12**  8:8 43:4 126:8 142:15,19 143:2
245:14 248:17 253:7 276:8,18 277:11
313:17 316:17,21

**12-month**  226:4

**12.214**  243:4 244:9,11,16 245:3

**12.6**  245:7

**12/01/2020**  7:3 46:15

**120**  107:24

**124**  227:15

**127**  125:22

**12:23**  109:12

**12:37**  109:16

**13**  6:5 8:11 149:11,13 155:4,5 161:12
179:20 228:15,18,24 239:19 244:16
245:2,11 246:17,18 248:13,23 253:3,
6 255:3,4 256:13 266:8 272:19
274:20 275:22 277:14 278:13 282:24
357:9,12 358:5

**13.053**  269:25

**13.192**  272:10 274:24

**130**  7:19

**135**  7:22

**136**  8:2

**139**  8:5

**14**  8:12 153:8,12,14 257:10 316:14,19

**142**  8:8

**144**  192:21 194:11 195:21 198:6

**144A**  143:16 144:1,9 145:9 146:2,21
159:16 162:13,18 163:23 164:4
168:12 169:3,8,17 310:22

**149**  8:11

**15**  8:15 41:17,18,19 43:10 49:24
50:13 159:1,5,7 162:12 303:2,11
304:7 317:1

**15.7**  89:1

**150**  42:5

**153**  8:12

**159**  8:15

**15th**  321:5 322:7,21 323:12 325:21

**16**  8:18 170:3,7,9 228:9 244:17 245:2,
12 261:7 275:11 282:25 288:6

**162**  83:17

**167**  227:15

**16th**  170:17 254:9,12 259:20,25
262:1,17 275:8 278:10,11 279:12,22

**17**  6:15 8:21 173:1,5,7 193:3 194:21
197:23 198:20 199:11,23,25 200:4,7
241:14 242:13 288:6 321:25 323:24

**170**  8:18

**171**  146:17

**173**  8:21

**17th**  136:9,25 150:8 161:14 162:10
170:24 321:20 325:23

**18**  6:21 9:2 41:15 185:4,9,11 197:18
200:9 204:13,15

**18.50**  171:22

**185**  9:2

**18th**  338:9,10

**19**  9:6 25:21 180:18 208:15,19,21
221:10 222:1 269:15 322:12 329:17

**19.50**  171:21

**1933**  195:23

**199**  257:15

**1996**  17:7

**19th**  174:21 176:1,16 177:8,12
178:15,20 179:17 180:21 203:8,16
322:3,8,13 329:24 330:2,13,20 331:1
333:14 334:3,5

**1:00**  204:22

**1:06**  140:3

**1:20**  204:23

**1:30**  142:21

**1:31**  152:18

**1:35**  142:21

**1st**  49:17 80:3,10 135:25 136:8,16
138:2 140:2,17 143:7 149:5,19 150:8,
17,19 262:6

---

**2**

**2**  6:23 20:24 27:25 28:25 29:4,15
49:22 51:18 64:1 92:16,25 109:15
124:3 152:16 197:13 230:14 241:16
266:21 285:10 307:14 338:23

**2.317**  243:1

**2.641**  272:10

**2.645**  267:8

**2.65**  351:2

**2.695**  242:25

**2.8**  83:18

**2.86**  240:14,20

**2.910**  272:10

**2.95**  240:13,20 351:2

**2.984**  257:14 269:16

**20**  9:10 50:22 102:17 151:15 215:10,
15,17 228:4 237:16 238:11,12 254:23
262:16 266:3 273:19 279:15 300:15

343:15 350:2

**20-some-thousand**  237:1

**2000**  224:5

**2000s**  18:9

**2016**  17:18 18:10

**2019**  25:21 26:2 27:9 87:4 118:21
125:2,3

**2020**  25:16 26:10 30:8 32:2,10 33:23,
25 35:11 40:12 46:10,12 51:15,16,22,
25 80:3,10 81:2 83:8,10 84:4 87:4,7,9
89:3 91:12,23 105:9,14 118:20 125:3
128:3,20 129:11 131:3 140:16 149:19
182:11 217:2,4 225:11,16 226:9,17
227:14 254:21 265:16,23 273:17
279:16 310:2 337:6 339:19,25

**2021**  7:15 20:24 68:3 81:3 90:25 91:6
127:18,23 128:9 135:25 136:7,8,10,
16 140:2,18 143:7 149:19,23 150:8
151:10 154:24 155:9 170:24 172:5
176:2 179:17 180:18 185:13 187:15,
17 188:7,9 203:16,17 204:22 208:23
209:5 211:24 212:3,4,6,15,17 214:3,5
215:19 216:10,17 217:6,16 224:9,14
225:9,12,24 226:10,12,18,25 228:4,
19 230:5,10 234:8,9,20 235:19 240:1,
20,21 241:9 247:5 250:9,12 254:9,12
262:17 265:8,9,14,24,25 266:8 267:9
270:5 271:6,9 275:9,11,21 278:2
279:12 281:23 284:11 287:14 290:19
295:12 299:16,25 300:19,25 302:5
303:14 304:4 305:10 306:2 310:7
311:22 313:6 314:18,23 317:14,20
318:22 321:5 322:21 324:2 327:1,3
328:9,10 329:18,20,24 330:13 331:1
334:4,5,9,12 336:18,23 338:10,19
340:1 341:5,7,9,23,25 343:16,17
345:1,20,21 346:6 347:8 349:4,13,21,
24 350:4,18,20 351:1 352:24 353:19
354:1,24 355:7 360:15,19,24 361:5,9,
19

**2023**  12:2,7 17:21 21:13 249:18
250:3,4 316:3 357:19,22

**207**  105:20

**208**  9:6

**20K**  303:2

**20s**  285:12 327:8

**21**  9:14 50:22 227:15 229:20 233:18,
22,23 234:3 238:15 243:3,23,24
245:21 246:9,19 247:12 248:11
249:5,10,23 253:25 255:6,9,12,22,23,

**25** 256:2,6,14,18,24 257:1,6,9,13,14
258:21 261:6,19,20,22 262:16 266:18
267:3,18,20,22 268:5,8 269:14,24
271:12,13,17 272:21,23 273:3,11,19,
21 274:19 275:25 276:4,12,17,18,25
277:11 280:18,20 281:5,10,11 283:4,
7,16

**214** 245:14 248:17 253:7

**215** 9:10

**22** 9:17 253:25 254:1,6,8 261:13,14,
15,16 271:11,23 275:15 285:16

**22.73** 179:18 180:21

**22nd** 185:13 187:15,17 188:6,9,15,17
191:6 192:4 201:1 202:11 203:17
204:12,22 205:6 206:10 207:15
228:19 265:9,12 281:22 330:5,17

**22s** 162:2

**23** 9:20 249:18 250:3,9 263:11 264:25
265:4,7 271:20 272:16 280:19,20
285:16 360:17 361:1,21

**23.07** 180:19

**23.48** 161:15

**23.64** 179:18 180:19,22

**233** 9:14

**236** 351:15

**23rd** 188:21 201:13 203:19 207:6
208:23 209:5 216:17 234:7,8,16,24
235:18 280:16 281:4 284:18 330:5
343:18 352:24

**23s** 162:2

**24** 6:12 9:23 50:25 51:2 207:16
270:24 271:3,5 280:19

**24th** 82:10 159:14 163:21 201:13
207:6 284:11,13,19 285:16 299:15,24
328:10 335:25

**25** 10:2 155:6 157:13 221:8,15 222:10
228:9 275:2,6 295:1 313:15 326:20

**254** 9:17

**25th** 82:1 129:20 139:1 254:22
265:24 328:8 335:3,19 336:18 340:20

**26** 10:5 280:24 281:8,16,20 311:22

**265** 9:20

**26s** 162:4

**26th** 287:14 323:15 324:1,14,18
326:11

**26th/29th** 361:17

**27** 10:8 50:25 51:2 283:20 284:4,6

**270** 9:23 83:19

**275** 10:2

**279** 253:10

**28** 10:11 287:7,11,13 322:25 323:21,
23,25 324:1

**28.68** 161:15

**281** 10:5

**284** 10:8

**287** 10:11

**28th** 138:19

**29** 6:23 10:14 294:12 295:4,8,10
306:8 323:23 324:25 329:19 360:15,
19,24 361:5,9

**295** 10:14

**299** 10:17

**29th** 295:11 324:20 325:8 334:9,12
341:5,23 361:19

**2:08** 143:8

**2:17** 152:25

**2:24** 148:9

**2:44** 152:18

**2nd** 151:10 265:8,11,14,25 270:5
278:6 279:23 327:25

---

**3**

**3** 7:2 39:23 46:13,17,19 58:5 80:1
120:16 121:5,10,11,13 122:15 141:16
151:23 152:24 197:13 208:3 229:16
241:16 242:14 266:20 287:2 301:4
303:23 345:13 350:21

**3.05** 240:4 281:12 283:5,14,15

**3.1** 247:8

**3.18** 241:10 244:9,10 245:3,13
246:20 247:17 252:19,24

**3.184** 244:14

**3.189** 273:7

**3.19** 226:18 227:1

**3.2** 242:22 267:1 272:5

**3.22** 255:25

**3.25** 129:10 337:5

**3.3** 266:16,25 272:5

**3.32** 276:1 277:1

**3.34** 268:8

**3.39** 257:1

**3.4** 266:14,25

**3.40** 271:17 272:2

**3.44** 267:4,22

**3.47** 255:17,23 272:7,24 273:14

**3.494** 272:9

**3.5** 226:25 245:21 247:13 252:19,23

**3.50** 226:17

**3.53** 283:8,13

**3.59** 256:3,19

**3.6** 129:8 134:15,18 255:22 260:23
261:1 262:9,12,23 263:2,4 340:23

**3.60** 255:12 337:3

**3.61** 256:24 268:6 279:24

**3.69** 229:17 240:1 247:10 275:22
277:1

**3.74** 339:6 340:24

**3.77** 266:9,11 267:20

**3.81** 229:17 245:21 246:11 247:8
279:21

**3.82** 273:3

**3.89** 271:15 272:1,15

**3.9** 129:8 134:15 260:24 262:10,23
340:23

**3.90** 337:3

**3.96** 255:10 256:15

**3/02** 277:20 278:3,4

**3/16** 277:20

**3/22/21** 282:24

**3/26/21** 323:1,2

**30** 6:12 10:17 50:25 102:17,21 110:17
112:3 148:12 151:15,18 222:14
237:16 251:10 268:25 299:10,13
311:14

**30-year** 104:3

**300** 225:17 226:10,14

**309** 10:19

**31** 6:13 10:19 309:18,22

**311** 10:22

**315** 11:2

**319** 11:7

**31st** 87:9 91:12,23 118:20

**32** 10:22 311:14,15,19,21

**33** 11:2 100:2,20 101:2 109:24 234:17 238:15 249:10 281:5,9 283:5 315:8, 15

**330** 257:10

**334** 279:25

**338** 11:9

**34** 11:7 243:8,11 244:23,25 246:15 319:13,16,18 327:25

**342** 6:15

**348** 319:21

**35** 11:9 37:3 129:9 157:13 227:25 337:4 338:2,5 348:23,24 349:2,4 350:17

**350** 83:21

**352** 11:11

**35794** 260:8

**36** 11:11 36:16 37:6 39:1 247:2 352:6, 7,10,14

**360** 6:6

**363** 257:7

**38** 254:23 256:7 258:21 261:6,19,21, 22 266:4 267:18

**3:21** 208:4

**3:30** 157:9

**3:39** 208:9

**3rd** 151:17

---

**4**

**4** 7:6 12:2 26:20 52:22 53:2,4 67:6 124:1 127:15 143:21 159:17 208:7 253:9,10 257:7 263:17 264:19 266:20 269:15 276:4,16 277:10,13 306:23 308:10 309:5,14 316:13 336:19

---

**4.019** 267:7

**4.146** 272:9

**4.279** 249:10

**4.41** 125:14 133:9

**4.46** 125:23

**4.52** 133:9

**4.698** 88:9

**4.8** 312:23 314:6,25

**4.927** 249:11

**40** 237:17 268:25 271:11,23 275:15 277:12

**400** 106:9

**401(k)** 64:14

**420** 88:17

**43** 248:13 253:6

**43s** 162:4

**46** 7:2 113:7

**460** 227:6

**47** 180:24 181:7 184:21 195:20

**477** 227:19

**48** 113:6 207:16 276:4,16 277:10

**49** 339:5

**4:46** 263:18

**4s** 308:3

**4th** 12:7 151:18 154:24 155:9 265:16

---

**5**

**5** 6:14 7:10 81:10,15,17 123:17,19 124:1,3 127:15 227:20 263:22 313:20 335:21,24 336:10 338:14,19 344:17

**500** 143:15 147:10 301:21 303:13

**500+** 143:16 163:23

**500M** 295:17

**500mil** 297:25

**51.7** 128:1

**510** 227:6

**52** 7:6

**546** 227:19

---

**55** 264:20

**56.0** 128:19

**57** 128:18

**5:01** 288:18

**5:02** 288:24 289:3

**5:03** 263:24

**5:10** 323:3 324:14,19

**5:15** 293:9

**5th** 105:9,13 149:19 161:13 182:11 338:15 350:18

---

**6**

**6** 7:14 90:23 91:2 109:22 211:7 221:11 243:5 335:22 344:21 360:2

**60** 102:21 103:5 110:17 116:10,12 222:15 251:10

**62** 277:14

**642** 277:11

**65** 129:9 337:4

**652** 276:18

**67** 6:14

**68** 312:17

**692** 276:8

**6:44** 344:18

**6:50** 344:22

**6th** 316:3

---

**7**

**7** 7:17 87:2 105:2,5,7 209:14,15,19 260:6,12 264:18 360:6

**70** 128:19 230:13 325:18

**72** 234:17 238:15 243:8 244:24,25 246:15 281:5,6,9 283:5

**73** 230:13

**78** 312:17

**78376** 83:7

**7:11** 360:3

**7:12** 360:7

**7:15** 362:13

**8**

**8**  7:19 33:8 88:18 92:7,9,20,25 130:5,
12,16 221:8,15 260:13

**80**  103:4 211:23 224:23 235:4

**81**  7:10

**830**  249:4

**88**  128:17

**89**  87:19

**9**

**9**  7:22 33:8 135:19,22,24 209:14,15
211:7 221:11 222:10 227:6,10 247:5

**90**  7:14 88:4 107:24 127:25 157:11
158:10,11

**90-plus**  94:14,15

**91**  351:16

**91513**  324:3

**927**  253:9

**94**  277:13 312:24,25

**95**  89:10,12 118:10,11 128:17

**96**  17:9

**97656**  325:2

**98**  127:24

**99**  128:1

**9:00**  293:2

**9:47**  324:21 325:6,16

**9th**  270:23 271:6,8

**A**

**a.m.**  12:2,8 138:1 156:24 292:6 293:2
297:12,21 323:6 324:17,21 325:6,9,
10,16,17

**Aaron**  297:23 299:6 306:11,12 307:9

**ability**  15:10 27:15 41:11 95:18
176:10 242:1 321:8 322:10 333:3
344:2

**abnormal**  296:5,20,22 297:6 361:16

**absolutely**  244:23 250:5

**accelerate**  159:13 163:20

**acceptable**  196:18 199:21

**access**  304:22

**accessible**  239:6 313:20

**accomplish**  146:2 173:22 251:5

**accomplished**  135:8 325:22

**accordance**  184:5 195:10

**account**  318:6,10,16 319:4,5

**accounting**  218:6

**accounts**  312:13 317:14 318:3,8

**accurate**  224:20 244:1 279:20 280:8
338:13 341:14,15

**accurately**  339:17

**accustomed**  219:15

**achieve**  32:1 33:16 34:5,21 50:24
274:7 288:8 298:8 340:14 345:15
346:2,19 356:24

**Achieving**  41:25 50:8,15

**acquire**  26:21,24 94:12 95:14

**acquiring**  172:12

**acquisition**  74:4,8 347:16 354:18
358:24

**acquisitions**  59:25 179:12

**acronyms**  19:8

**Act**  195:22

**acting**  190:1,7 205:10,11,15 288:17

**actions**  242:3

**active**  291:19 326:17

**actively**  106:9 137:4 141:11 177:21

**activity**  154:12 207:12 290:25
291:11 296:6,20,22 298:11 361:16

**actual**  29:9 144:5 235:25 243:6
337:9 338:18 353:8

**Adam**  13:14 15:24

**add**  237:16 347:18

**adding**  56:25 347:14

**addition**  100:22 101:9,10,16 313:23

**additional**  34:1 60:5 65:7 80:13
137:7 147:6 346:13

**adjust**  110:20

**adjustable**  104:5

**adjusted**  83:16,20 212:4,14 214:3,4,
7,18 230:9 242:20 245:8,9,13 248:1,
9,11,17 249:3,9,21,24,25 250:1,10
251:24,25 252:2,3 257:5 267:6 276:3,
15 277:9 278:6 279:13 351:16

**adjusting**  113:5

**adjustment**  108:20 111:24

**adjustments**  231:8

**administrative**  24:12,14

**admitted**  239:11

**advantage**  135:2 286:8

**adverse**  106:19

**advice**  65:4,8,19 66:24 79:22 155:17
156:8,11 165:24 203:2 288:10,21,25
289:4,7 292:14,22 328:16 332:2

**advice/suggestions**  56:2

**advise**  310:23

**affect**  113:7 242:3 349:24

**affected**  113:19

**affiliated**  56:20 57:21 190:24

**affiliation**  189:17 190:17 191:1

**AFTERNOON**  152:21

**agenda**  191:10

**aggregate**  125:4

**aggregated**  117:25

**agree**  71:25 89:13 193:21 306:22

**agreeing**  263:8

**Agreement**  182:10,25 183:2,9,11,14
184:6 195:11

**Agreement'**  182:12

**agreements**  59:23

**ahead**  196:8 297:17

**ahold**  150:23 359:16,17

**albeit**  157:2

**alfredo**  324:8

**algorithms**  86:17

**allowed**  24:1 66:8 70:12 111:18
346:2

**Alpha**  134:20 135:17 261:2 262:14

Confidential                    Jay Farner                December 04, 2023

**alter** 110:18

**altered** 70:16 71:11

**amended** 195:23

**America** 104:7 304:13

**amount** 32:17 41:6 45:3,25 88:1 90:8,12,14 93:20 111:21 237:18 312:9 328:20

**Amrock** 20:11 212:8

**analyst** 133:22 134:19 135:3,16 212:7,18 228:11,24,25 229:12,16 230:6,10,24 231:7 232:11,12 236:21 243:8,15 245:18,20 246:10,19,23 247:18 249:4,11,24 251:6 252:1,14 253:18 256:22 257:21 258:14,23 259:7,21 261:1 262:13 273:2,12,20 274:11 276:23,24 277:12 279:14,21, 23 282:17 283:13 341:8,24 358:3,20 359:11

**analysts** 118:8 133:13,23,25 135:11 226:21 228:14,15,18,24 229:4 232:7 239:7 243:19 247:25 248:12 252:5 253:22 258:2 260:2 263:1,6,10 274:19 277:21 279:2 280:2 282:25 357:9,12,24 358:5 359:3

**analysts'** 213:16 341:13 358:6

**anchoring** 237:22

**Angelo** 69:17 75:16 78:7 79:11 136:3 178:24 186:6 201:16 202:21 203:4,11,14 205:18,24 207:8 320:8 322:19

**Anne** 12:17

**announce** 310:21

**announced** 111:25 259:9 300:11

**announcement** 83:9 127:14 130:8 131:4 159:19 254:21 257:19 298:12, 19 310:19 346:23 358:19

**announcements** 126:1

**annual** 70:4 225:20,22 333:22

**answering** 30:2 36:10,11 204:7 280:3 293:20

**answers** 14:16

**anticipated** 101:23 103:13 110:4 112:22

**anticipating** 110:24 224:23

**anyplace** 200:3

**app** 318:5

**apparently** 324:8

**APPEARANCES** 5:1

**appears** 53:11 63:22 89:22 130:23 131:12 144:16 190:9 191:9,10 193:20 199:12 221:19 224:21 228:13 284:10

**Appendix** 37:3

**apples** 213:7

**applicable** 55:15

**applied** 312:10

**applies** 56:6 57:5 68:11 73:25 74:15

**apply** 56:10 57:10 67:17

**appointed** 18:11

**appraisal** 104:8 107:16,20,24 108:3

**appraisals** 104:11 108:15

**appraiser** 113:18

**appraisers** 113:14

**appreciated** 15:5

**approach** 180:8

**approval** 28:2,8,12 110:18 294:1

**approvals** 210:1

**approve** 53:22 206:21

**approved** 54:3,10 69:4,20 103:21 104:1 117:21,22 329:17,24 330:2,4, 13,15,21

**approximately** 264:3,10

**April** 247:22 327:25 349:18 350:8 351:10,24 352:24 354:7,12

**areas** 95:25 96:1,4 97:1 107:23

**Argumentative** 61:21,24 151:13

**arousing** 307:1

**arrangements** 264:6

**arrived** 184:24 227:3

**arriving** 164:13 221:5

**article** 130:24 131:3,7,8,18,25 157:18 260:8,18 262:6

**articles** 156:20

**aspect** 107:13 147:3

**assess** 328:11

**assessed** 345:13

**assets** 60:2,3 345:8

**assistance** 314:16

**assistant** 23:16

**assisting** 179:10

**association** 12:18 211:22 225:4

**assortment** 302:15

**assume** 54:6 55:24 77:16,17,19 80:18 141:4 197:8 202:6 211:3 213:17 220:17 357:9,12 358:4

**assuming** 82:24 193:25 216:13 247:3

**assumption** 116:20

**assumptions** 121:15,24

**attached** 11:13 98:16 282:18

**attaching** 234:8

**attachment** 6:23 9:14,17,20,23 10:2, 5,17,22 11:7 29:1,17,24 31:20 49:22 83:6 233:19 234:5 254:3,9 265:1 270:25 275:3 281:17 299:11,18,22 311:16 319:14,19

**attachments** 7:11 11:9 81:12,18,21 338:3

**attend** 185:20 186:9

**attended** 209:2

**attention** 100:19 229:5 352:23 356:23

**attorney** 54:23 61:15 66:19 77:5 78:4 156:9 164:21 165:18 167:6 196:11

**attorney-client** 31:1 342:15

**attorneys** 15:14,25 78:22 289:12

**attributed** 84:2

**audit** 9:3 54:6 185:6,12,22 186:13 187:7,18 188:7,14 190:23 191:5 200:23,25 203:18 204:11 206:9,11 209:21,23,25 210:5 234:13 320:9 330:4,16

**August** 20:24 25:16 26:9 32:10 105:9,13 149:19 174:11 182:11 188:8 217:2 310:2 348:17,20

**authentic** 91:16 106:2

**authority** 177:24

**authorization** 174:16

**authorize** 66:22

**authorized** 41:6 173:17,20 175:15 176:15 206:11 343:14

**Auto** 85:8 212:9

**automatic** 171:8

**average** 108:16 124:21 226:16 228:6

**aware** 44:14 73:24 74:3,14 77:16 112:2 115:21 136:15,24 140:25 173:23 175:7 210:25 211:5 213:3 232:10,16 304:2 305:8 333:5,14,17, 23,24 334:3 342:20 343:6,16,20 352:3

**awareness** 307:16 344:3

**B**

**B13** 247:9 266:8 267:19 268:18 271:12,14 276:11

**back** 20:22 34:8 38:12 40:17 41:15 49:21,22,24 73:19 78:3 80:1 89:2 90:22 94:6 96:15 109:17,22,23 111:17 112:24 116:9 118:10 123:17 124:2,9 126:8,14 129:23 130:5 134:7 140:14 149:23 153:1,3 154:1,15 155:3 160:13 161:11 162:11 171:14, 18 172:1,25 176:12 179:20 182:5 184:16 193:2 194:17 200:9 204:20 208:8 209:14 217:2 221:9 229:18 235:4 237:21 238:14 248:24 253:19 260:6 261:15,23 263:23 264:23 265:20 273:24 277:20 280:18 285:13 288:5 293:24 295:23 296:25 299:19 302:22 303:8 304:8 305:6 306:8 308:7 311:9 313:12 314:13,24 317:25 321:16,25 322:25 323:19 327:19,25 328:25 330:3 331:4 342:3 344:11,23 345:4 350:17 360:7

**back-end** 84:17

**back-taxes** 306:3

**backed** 120:8

**background** 17:5

**backward** 124:23

**backwards** 127:6

**baked** 226:23 356:17

**balance** 32:17 38:19 86:14 99:22 102:25 103:2 106:19 132:16 287:4

**balances** 86:12 102:17

**ballpark** 337:18

**Banfield** 157:9 158:7

**bank** 169:2 312:13 318:9

**banker** 17:9 145:5

**bankers** 17:10 27:23 31:23 35:16 49:13 52:18 95:17 144:21 148:22 211:22 225:4

**banking** 95:16,19 98:21

**banks** 30:9 32:19 43:16 45:22 48:12 133:12 145:6 149:3 169:11 296:11,12

**banter** 72:13

**Barretta** 235:10

**Barry** 6:5 12:23 13:24 14:2 16:4,19 18:23 19:3,22 23:1 24:3,22 28:25 29:5,10,13,21 30:12 31:2,18 33:7,21 34:22 35:4,8 36:1,9,15 37:2,12,18 38:1 39:18 42:17 45:15 46:13,18 49:20 50:5 51:14,19,21 52:22 53:3 54:2,8 55:8 56:4 57:2 59:8 60:19,23, 24 61:22 62:4,12,19 63:4,24 65:9,24 66:20 67:5 68:10 69:1,14 70:22 71:15,18,21,25 72:7 73:15 75:21 76:2,23 77:13 78:10,16 79:1,17 80:7 81:1,9,16 82:2 83:15 84:23 85:13,20 86:8 87:1 88:3,13,20 90:1,7,13,21 91:3,19 92:3 93:2 96:6,19 97:10 98:9, 19 101:1,7,10,14 103:10 104:20,24 105:2,6,18 106:3 107:8 109:4,8,18 111:11 112:8 114:2,13 115:1,23 116:7 117:10 118:9 119:10 121:3 123:2,10 125:18 126:9,23 129:5 130:12,17 132:2,22 134:9 135:18,23 136:18,23 137:17,21,22 138:23 139:8,18,24 142:15,25 143:1 145:1,3, 24 147:16 148:8 149:11,14 150:5 152:1,12 153:2,8,13 155:8 156:16 157:23 159:1,6 162:17 165:5,10 166:1,10,16,21 167:8,16,24 168:19 169:1,15 170:3,8 171:19 173:1,6,12 174:18 176:11 177:4,10 178:1 179:22,24 180:9,16,17 183:6,16 185:4,10 186:5 188:22 191:3,15 192:15 193:12 194:5,20 196:12 197:10,19 198:10 199:8 200:8 202:18 203:5 204:8,14 208:1,10,15,20 209:20 211:6 214:1,16 215:1,9,16 216:1 217:12,21 218:17 219:2 221:7 222:2,24 225:21 229:8 231:14,19 232:1,24 233:17,24 234:2 236:19 238:13 239:10,18 241:2,8 242:11,18 243:13 244:15,21 245:1,6 247:7

250:5,8 252:9,18,22 253:2,24 254:2, 7,19 258:17 259:5,14 260:12,15 261:13,16,19,22 262:3 263:11,15 264:3,11,25 265:5,6 270:21 271:4,22 274:1 275:7 280:14,24 281:1,2,15,21 282:4 284:5 286:10 287:6,12,20,22 289:21 290:4,12,23 295:4,9 299:9,14 302:1,18 304:1,6 305:4,24 306:7 308:1,15,23 309:1,17,23 311:13,20 314:12 315:7,16 318:19 319:12,17 320:19 321:23 323:22 324:1,5,12,24 326:24 330:9,22 331:20 332:4,11,16 333:11,12 334:2 335:12,21 336:6,14 337:23 338:1,7,15,21 340:2 341:4,20 342:8,17 343:5,13 344:10,15,24 345:18 346:3,20 348:8,21,24 349:3,9, 20 350:16 352:5,13 357:6 359:5,24 360:8 362:2

**Barry's** 55:20 264:9,21

**base** 47:1

**based** 51:11 52:6 61:25 101:17 112:22 117:16 120:6 121:13 123:7 125:7 144:3 154:16 174:3 180:4,14 184:9 203:3 204:3 224:13 236:13 258:15 264:9 266:19,22 280:4 340:18 346:1 351:13 357:23 359:4

**basic** 155:19 214:13 233:2

**basically** 134:3 142:21 240:15 317:12

**basis** 18:3 102:17 112:2,3 118:17,19 125:13,22 127:8 129:10 142:6 149:25 156:13,18 213:17 231:16 232:13,14 234:19 237:17 249:20 268:22,25 273:8,15 277:8 322:9 337:5 339:5

**basketball** 314:2

**Bates** 6:21,24 7:4,8,12,15,20,23 8:3, 6,9,11,13,16,19,22 9:4,8,12,15,18,21, 24 10:3,6,9,12,18,20,23 11:6,8,10, 11 18:25 29:2 46:16 52:25 81:13 90:25 130:14 135:21 136:20 139:21 142:17 149:12 153:10 159:3 170:5 173:3 185:7 208:18 215:13 233:20 254:4 265:2 271:1 275:4 281:18 284:2 287:9 295:6 299:12 309:20 311:17 315:14 319:15 338:4 352:8

**Bates-numbered** 29:20

**bathroom** 274:17

**beachhead** 345:10

**Bealin** 352:24

**bearing** 343:2

Confidential                                        Jay Farner                                   December 04, 2023

**beat** 237:25

**Bedrock** 314:1

**beginning** 6:21,24 7:4,8,12,15,20,22
8:3,6,9,13,16,19,22 9:4,8,12,15,18,
21,24 10:3,6,9,12,15,18,20,23 11:7,9,
11 12:10 18:25 29:2 46:15 52:25
68:19 73:20 75:11 76:11 81:13 90:25
109:15 130:14 135:20 136:20 139:21
142:17 143:7 152:24 153:10 159:3
170:5 173:3,21 174:25 175:22 185:7
208:7,17 215:13 219:14 220:3 233:20
254:4 260:18 263:22 265:2 271:1
275:4 281:18 284:2 287:9 295:6,16
299:12 309:20 311:17 319:14,21
326:25 338:3 344:21 352:8 360:6

**begins** 58:5 59:10 69:2 321:4

**behalf** 13:3,4,10 173:14 190:1,7
205:10,12,15

**behavior** 291:24

**belief** 65:10,16 66:5 172:4 339:16,18
340:13 343:2 347:18 355:10

**believed** 258:22 259:2

**bell** 23:15

**beneficial** 64:8

**benefit** 64:13 99:6,9

**big** 89:5 90:18 111:8 143:20

**bill** 18:4 98:2 157:9 158:7,9

**billion** 32:12 39:23 42:9,16,18 43:4,
12,13 44:15 45:11 83:17,18,21 87:11,
14,16 88:9,23 89:1 127:24 128:1,17,
19 141:1,16 147:6,21,22,23 148:7
180:24 212:3 225:17 226:10,14
227:6,19 229:12 230:5,6 238:2
242:21 245:14 248:13,17,23 253:6,7,
9,10 257:7,10,15 267:7,8 269:15
274:20 276:4,8,16,18 277:10,11,13,
14 287:2 301:4 303:23 312:22,23
313:2,8,14,15,17,20 314:25 345:13
358:1,7,16 361:12

**billion-eight** 32:16

**billions** 230:14 278:21

**birthday** 82:10 284:13,14

**bit** 26:4 111:10 135:2 151:9 161:10,
23,24 278:18 299:5 302:8 320:11

**bits** 319:3

**Blackrock** 7:12 81:13 82:5,23

**bless** 160:19

**blips** 355:19

**block** 34:12 52:4 142:1

**block-sale** 51:5 52:14

**bloomberg** 8:11 114:20 135:15
149:12,16,21,24 150:4 223:7 291:9

**blowing** 326:6

**blue** 50:18

**board** 9:7,11 18:19 28:1,2,7 54:4,7
67:23 68:2 156:20 175:14 186:25
188:20 203:20,24 204:4,6 208:16,22
209:11,24 210:2,25 212:21 213:9,10,
17 214:7,12,24 215:12,19 216:10,17,
23 217:1,5,7,15 218:21 219:3,6,8,10,
13,15,17,18,23,25 220:4,7,13 221:6
225:11,16 226:6,9 234:13 238:6
251:3 278:21 330:5 339:21 342:25
343:2,8,18,23 360:17 361:1,22

**Bob** 74:22 154:9,16 200:14 201:15
205:19

**bond** 52:17 145:15 148:18 222:12,14
237:3,4

**book** 48:13 145:20 280:18 326:22
347:13

**Booth** 38:13 46:25 48:7 74:22 80:2,9
140:16 170:16 171:7 172:16 185:24
186:15 200:14 217:18,23 218:1,12
228:22 290:24

**Booth's** 49:2 218:2

**borrower** 98:16

**boss** 218:18

**bottom** 20:24 41:24 50:6,7,25 92:20
100:1 105:21 109:25 116:9,12 118:12
312:24 350:22

**bounced** 270:12

**bouncing** 154:13

**bounds** 30:21

**box** 50:18 246:2

**boy** 255:4 256:13 272:19 275:22
313:20

**bps** 157:13

**Brandon** 5:7 12:15

**break** 14:22,23 109:5,9,19 142:23
192:8 207:25 208:11 263:14 264:2

**breakdowns** 312:6

**Brian** 74:22 137:24 138:21,24 147:17
159:24 178:24 186:6 200:15 201:16
213:8,19 214:11 217:18,23 218:1,5,
12 220:18 223:17 226:2 231:12
282:9,12,14 288:1,2 343:22

**bridge** 353:7

**bring** 94:20 148:22 213:11,19

**bringing** 262:24 264:23 301:19
307:15

**broader** 44:13 84:20 85:9 232:22

**brokers** 158:15,20

**brought** 27:22 186:24

**Brown** 74:22 137:24 139:3 147:17
186:6,19 200:15 211:15 212:1,7,24
214:2,18 217:18,23 218:1,12 222:17
228:23 288:1,2,23 289:3 292:13,18,
22

**Brown's** 218:5 282:9,12

**bucks** 52:5 160:24 161:18 230:13

**build** 301:6

**building** 48:13 354:17

**builds** 312:5

**built** 48:24 84:6 249:6 354:20

**bullet** 67:22 72:14 83:24 93:15,16
98:10 99:5 125:20 128:15 300:4
302:19 305:7 336:22 339:3 350:22

**bullets** 72:2

**bump** 142:6

**bumpier** 247:23

**bunch** 253:13 306:20

**business** 54:24 60:9,11 70:2 90:3,6,
10,16,19 93:7 97:1 111:2 189:6
232:23 233:3 251:8 268:23 279:9
350:6

**business-related** 258:10

**businesses** 85:7 312:14

**buy** 34:13 38:12 40:1,5 45:23 46:2
54:21 76:17,22 152:11 154:15,20,23
161:7 171:13,18 201:24 237:14
295:17 297:7 326:8,14,18 344:7
348:4 350:11

**buyback** 40:23

**buyer** 152:10 326:17

**buyers** 326:23

**buying** 28:18 55:2 63:8 77:8 122:2
153:25 207:13

**bytes** 319:3

---

**C**

**C10** 283:7,10

**C13** 247:17 266:14 267:21 268:18
276:11

**C16** 248:16 249:8 274:9

**cadence** 202:5

**calculated** 94:1

**calculations** 114:6 172:2

**calculator** 181:2

**calendar** 59:20 250:11 265:20
305:11 306:2

**call** 34:16 43:24 48:12 81:6 82:12
89:23 96:18,22 104:25 138:15
141:12,19,21 158:1 201:15 202:13,15
203:4,6,10 204:1,5,17,19 205:17,20
206:1 220:19 229:21 234:22 262:2
284:15 285:1 292:16 293:5,6 330:2,7,
10,20 331:2,4,7 335:2,6 353:14

**called** 13:18 20:18 43:3 172:8 282:23
284:22 295:23 326:13 345:9

**calling** 226:21 354:10

**calls** 78:2 86:5 141:10 201:22 207:11
235:16 320:25 331:6,13 333:9,14

**calming** 162:3

**camp** 355:1

**cancelled** 72:22

**Capabilities** 106:6

**capable** 174:3,14

**capacities** 23:18

**capacity** 288:15,16

**capital** 27:11,16 34:2 38:15 40:4,5,7
42:21 43:13,23 44:6,11 86:1 94:23
95:3,22 99:2,17 103:24 104:23 106:5,
8,14 107:5,10 109:1 114:3 115:8,13
116:5 118:6 122:23 123:5 171:15,16,
18 172:14 230:17 250:22

**Capitalized** 182:22

**careful** 115:6 240:19,25 307:19

**carried** 34:10

**cars** 269:6

**cascade** 240:18

**case** 16:12,15,22,25 82:21 144:13
148:9 231:3 240:8 253:16 277:3
304:18 327:9 337:14 347:2

**cases** 95:2 99:18 102:14 117:24
118:1 220:1

**cash** 28:22 44:13,17 86:12 93:8
300:20 301:5 312:3,7,12,15,16,22
313:1,7,18,22,24 314:7 315:2 317:12,
14,20 318:2,17,20 319:4,8,11

**caution** 202:23 293:21

**Cavaliers** 314:2

**cell** 247:9 248:12,16 249:7

**centers** 17:11

**Central** 5:4

**cents** 151:15

**CEO** 17:13,17,19 18:2,6,12 21:4
22:13 24:5,8,16,17,23 25:8,9,10 84:8
111:23 172:4 213:4 290:5

**certainty** 163:14,18 240:11 242:9
301:19

**CFO** 38:13 185:24 190:9

**CFPB** 158:1

**chain** 6:23 7:22 11:11 29:1 135:20
352:8

**chairman** 84:8 209:23 210:23

**challenging** 27:13,17 251:10

**chance** 82:15 291:25

**Chancellor** 180:13

**change** 70:15 95:19 99:14 110:17
111:7,10,20 112:2 113:25 167:18
199:7 230:15 237:18 269:1 273:9
351:25

**changed** 17:14 45:5 47:7 71:11
73:14 168:13 176:9 260:3

**changing** 56:25 102:16 110:23
260:3 276:21 356:14,15

**channel** 158:20

**charge** 111:21 144:22 145:6

**charged** 93:21

**charging** 111:24

**charitable** 27:19 44:12 166:3

**Charlie** 359:17

**chart** 6:21 8:11 18:25 19:5 20:3
27:25 41:24 50:7 149:12,16 161:12
195:14 266:5 285:14

**charts** 243:20

**chat** 260:7 295:16

**chatted** 80:19

**checking** 325:4

**Chevy** 269:9,11

**chicken** 324:7

**chief** 17:12 21:20 68:12,15 177:17
218:3,6,9 292:20

**children** 56:12 57:12 264:7

**chop** 47:17

**choppy** 247:3

**chunk** 34:13 89:5 90:18 141:16

**circled** 222:15

**circulated** 118:7 249:19

**circulating** 282:16

**cities** 304:13

**Citizens** 314:17

**city** 298:9 302:10 305:22

**claimed** 238:2

**claims** 16:15

**clarification** 63:23 73:18 98:18
125:17 245:4 308:6

**clarify** 117:6 158:16 332:9

**clarifying** 158:21 176:5

**Class** 37:22 40:16 41:12,13 182:18,
19 183:23 184:1,13,14 192:21 194:11
195:3,6,21 198:6

**classes** 60:6 184:18

**classified** 120:16 121:8,10

**clause** 103:12,17 110:3

**clear** 15:23 57:1 71:14 89:17 188:16
197:15 199:18 240:20 244:20 264:14
280:6 290:15 324:23 332:16 345:12
350:7

clearance 174:6

Cleveland 314:1

client 72:5 85:10 94:12,19,25 98:17 100:15 102:13 103:21 104:12 107:25 358:24

clients 95:15 111:24 347:12 354:18, 19

close 43:11 70:24 73:1,13 88:18 94:22 103:6 113:8 115:22 120:10 136:5,8,25 159:19 165:3 170:23,24 207:16 248:23 263:7 280:17 285:20 327:17,18 347:15,19 356:23 357:2 361:14

closed 73:2 99:1,18 116:24 127:23 170:18 191:24 200:3 201:17 207:6 225:17 226:9,13 230:3 313:14 321:10 325:23 352:3

closely 133:6

closer 32:16 34:20 38:9 39:23 140:11

closes 43:8 95:1 136:9

closing 149:17 206:7

coach 299:6

code 319:7,8

coincided 265:21

coincidentally 298:10

collection 106:15 107:11,12

collectively 56:8,20 57:7,21 328:4

colleges 291:15

column 243:21 244:3 245:3,7 246:7 249:3 256:12 281:11 283:7

Columns 225:10 243:14,16,21 245:19 251:20 267:11

combination 107:6 128:12

comfortable 161:8 171:12 305:2 314:8

commences 70:2

comment 155:14 318:1

comments 180:10 353:1

commission 52:5 285:11

commissions 98:23

commitment 159:20 298:13 300:8, 10,14,15,18,24 301:13,22 302:2,5,10

303:14,21 304:4 305:9 308:4 309:6 311:2,4 313:6

commitments 100:6,7,11 115:5,14 163:11 166:7 314:9

committed 101:22 103:1 298:1,14 299:1 301:11 307:24

committee 9:3 54:7 185:6,12,23 186:13 187:7,18 188:7,14,15 189:3,5 190:23 191:5,21 200:23,25 203:18 204:11 206:10,11,21 209:21,24 210:5 234:13 320:9 330:4,16

Committee's 209:25

committing 302:21

common 37:21 41:6,7,12 93:10,11 182:18,20 183:23 184:1,2,13,15 192:21 194:11 195:3,6,7,17,21 198:6 199:15,16 219:17 225:6 321:9 322:11

commonly 55:17

communicating 232:19

communication 140:15 331:17

communications 80:23 140:19,22 293:18 333:2 342:15

Community 300:7 304:11 314:16 317:21,23 318:24

companies 7:6,14,18 12:13 13:16 17:15,20 18:17 19:9,10 20:6,18 21:16 22:11,18 24:8,18 25:3,6,11,15 26:11, 14 28:13,21 38:18 40:24 41:8,11 44:5 52:23 53:6 90:24 94:14 105:4,9,13 110:23 111:19 179:7,10 182:13 202:17 208:23 214:8 236:7 290:17 293:19 300:5 301:15 312:7 332:13 347:23 358:9,23

Companies' 84:3,8,13,14,16 91:5 124:10 321:7,9 322:11 328:7

company 17:12,13 19:11 20:9,11, 12,16,20 22:15 23:23,25 27:12 34:6 38:11 39:25 40:1 42:24 44:7 46:5 48:17,22 51:4,12 52:12 53:17 54:25 55:14 56:7 57:6 58:13 59:21 61:3 64:6,12,21 65:13 67:10,14,24 68:12 69:24 70:12 72:9,19 73:1 76:15 78:6, 13 83:11 85:11 88:5 94:7 96:12,25 108:16 115:19 123:14 139:13 140:12 148:2 160:15 163:1 164:15 171:12 172:4,8,13 182:16 200:16 213:11 217:14 218:4 242:4 251:19 286:24 287:5 289:18,20 290:13 291:18 298:15 301:11,18 306:15 307:21,24 314:1 316:3,5 328:5 340:14 343:3

344:1 345:7,9 346:21 347:2,16,20,21 348:1 350:14 351:18 354:17,19 355:11 357:9,14,15 358:4,5,12 361:11

Company' 182:16

company's 40:5 70:3 71:3 74:5 75:6 97:1 121:14,21 122:12 171:4 172:11 191:24 211:17 222:19 239:16 339:18 342:10,20 355:6,10 358:1,18 359:9, 12

compare 144:24 145:7 244:8 245:10 273:1 283:6

compared 128:1,19 129:10 212:5,15 228:10 232:13 243:15 258:19 296:6 337:5

compares 256:8

comparing 243:7 244:17 245:19 277:24

comparison 52:20 145:14 267:17

comparisons 245:18

compartments 315:2

Compass 232:25 233:8,11,14 234:3, 8 249:19 250:9 254:11,18 261:6 263:1 265:8,15 271:7 273:16,22 275:10 280:16 281:4 283:23 333:15, 17 341:6,12,18,22,24 342:6 360:21 361:6,23

competition 236:8

competitors 132:20 157:19

compiled 134:19 261:2 262:14

compiling 279:20

complaints 219:23

complete 137:11 141:25

completed 45:9 334:6

complicated 65:17

comply 55:14

component 164:10

components 89:20 93:11

compound 105:15

compressed 211:19

Compressing 223:10

concept 37:19

concepts 38:6 166:3

Confidential

Jay Farner December 04, 2023

**concern** 75:20 76:20 79:14

**concluded** 200:16 362:14

**concludes** 362:3,8

**conclusion** 78:2

**concurrent** 36:17 37:4,7,13 38:3 39:5 40:15

**concurrently** 310:21

**conduct** 72:9,19 180:14

**confidence** 148:20

**confident** 46:4 149:3 172:10 248:21 286:9 307:13 347:8

**confidential** 58:11 59:2,3 299:24 311:11 362:7

**confidentially** 310:18

**confirm** 329:10

**confirmed** 297:11 325:12,17

**confirms** 325:9

**confused** 184:14 270:8

**confusion** 89:18

**conjunction** 158:2

**connect** 59:5 222:7

**connected** 301:22

**connection** 16:10 31:6 55:20 127:13 144:22 145:6,9 156:5 189:25 190:2,6 206:6 216:16,23 289:15 290:18 302:4 332:21 333:13 334:22 340:8 342:9 353:23 354:5 356:4

**consecutively** 92:24

**consensus** 212:7,18 228:11,23 229:1,12,17 230:1,6,11 232:12 243:15 245:18,20 246:10,19,23 249:4 250:13 252:1 253:18 256:9,23 257:13 258:20 259:21 267:17 268:1,5,19 270:1,5 273:2,12,20 276:24 277:12 279:15 282:17,19,24 283:13,14 306:24 341:8,24 358:3,6

**consent** 256:22

**considerable** 169:10

**considerably** 305:23 351:5

**Considerations** 41:21

**considered** 57:25 59:11 123:15 160:25 165:22 232:3 328:5

**consistent** 151:11 259:8 261:5 262:18 285:8,18 335:14 337:10,13,20 339:9

**consistently** 151:3

**consisting** 106:8

**constituted** 189:4

**consumer** 236:5

**consummate** 196:22

**consummated** 196:23

**consummation** 183:19 194:24 196:10 197:6 198:22 199:4

**contact** 322:16

**contacted** 325:15

**contained** 360:20 361:6,22

**contemplated** 300:24

**contemplates** 37:13

**contemplating** 40:13

**contemporaneous** 22:8

**content** 183:15

**contest** 193:13

**context** 36:22 37:20 40:14 42:23 61:7 62:3 108:22 155:14,20 156:23 223:3

**contingent** 183:19 192:19 193:4 194:9,24 195:18 196:3,9 197:3,5,25 198:4,23 199:3

**continuation** 174:10

**continue** 168:6 172:11 294:15 301:6 313:22 314:10 347:17 355:13

**continued** 5:1 7:1 8:1 9:1 10:1 11:1 71:10 176:23 270:15

**continuously** 310:1

**control** 64:10 237:9 242:7 355:20

**controlling** 26:10 321:7

**controls** 332:14 348:1

**conventional** 124:12

**conversation** 52:1,9 77:9 146:8 148:5 149:8 201:8 264:2 288:5 296:15 298:6 313:12 322:18 356:8,20

**conversations** 34:9 178:23 201:1 231:4 279:1 285:18 289:12 333:8

**conversion** 94:11 95:14

**convert** 95:17

**converting** 41:13

**conviction** 286:7

**Cooksey** 282:13,14

**copies** 220:21,25

**copy** 91:5 92:23 210:19 233:7 349:1

**copy/paste** 130:23

**corner** 20:25 41:24

**corporate** 232:10 235:9 236:14 292:20 355:25

**corporation** 182:14

**correct** 16:3 18:13 25:16,17 26:11 32:7 37:23 46:10 58:1 62:7 63:5 64:22 68:3,16,22 69:10 70:12 71:4 75:7 76:7 77:3 79:7 85:21 99:1 114:15 125:6 127:1,2 136:25 137:24 150:14 197:25 198:24 214:8,19 218:13,22 236:2 238:10 279:17 290:6 322:5 340:15 343:8 346:24 348:12

**correction** 286:16

**correctly** 25:21 26:1 62:18 201:18, 20 282:12 335:20

**cost** 95:14 144:21 146:25 158:17

**costs** 98:12 120:10

**counsel** 5:4 12:19 13:13 30:6,13,25 53:16 56:3 62:25 63:9,14,22 66:17,24 73:5 76:11,21 77:12 153:5 200:16 208:12 289:17 290:17 292:20,21 293:12,19 321:22 328:3,4,17,18,19, 24 329:3,6,11,12,13 331:8,9 332:2,6, 8,10,13,20,21 333:9 342:16

**Counsel'** 328:4

**counsel's** 75:10 79:22 112:17 122:17,19 188:12 214:10 240:24

**country** 104:18 107:18,23 113:14 118:4

**couple** 56:24 121:5 297:20 334:10 344:10 360:13

**court** 12:17,21 15:4 66:3,13 286:20

**courtroom** 14:11

**cover** 92:18,19 201:23 291:20 297:3, 7 326:15 327:2

**coverage** 102:20

covered 317:2 343:23 357:9

covering 228:15,19 296:8 317:15

crashing 237:4

craze 161:3

crazy 319:11

create 96:17 193:9 233:14

created 33:6 105:17 280:7 308:11

creating 220:2

credence 333:21

credit 44:4 60:8 301:6 304:19

credits 98:12

critical 43:23 164:10

CRM 85:5

Cromwell 13:3,8

cross 344:4

crossed 344:6

crystal 280:6

current 101:18 120:7 143:20

CY 241:9 243:3,23 244:10 245:21
247:12 248:11 249:5,10,23 256:2,18
257:1,9,14 267:3,22 268:8 269:24
272:23 273:11,19,21 274:19 275:25
276:12,18,25 277:11

cyber 60:11

**D**

D13 246:7,12 266:16 268:20

Dan 27:8 39:4,10,11,21 43:20 44:9
80:12 154:19 163:2,6 298:7,24
301:17,24 303:17,22 304:22 314:10,
24 318:10,13 345:5

Dan's 23:17 47:8 163:10 165:17
166:7 287:2 301:10 311:3

Daniel 11:6 13:5,11 315:14 316:1

data 85:5,25 86:1 96:8,10 97:8,15
106:15,24 107:11,12 108:13 117:23
118:1 122:6,25 123:3 235:5 239:5,7
240:9,10 251:15 258:15 260:4 279:20
280:5 340:22 341:16 353:12

databases 85:17 233:13

datapoint 354:15

dataset 356:22

date 21:14,18 25:7,14 32:25 70:5,8
121:15 168:11 178:17 202:9 203:10,
17,19 207:1 256:4 276:20 305:19
312:1 316:22 317:20 326:10 335:11
336:17 338:17

dated 7:3,8,10 20:24 32:2 46:15
52:24 81:11 105:9 135:24 140:2
182:10 185:12 207:14 208:23 234:7,8
235:18 254:9,12 262:17 265:7,8
271:5,8 275:8,11 281:22 284:11
287:13 295:11 299:15,24 310:6
311:21 322:2,8 323:1 352:23

dates 28:6 32:10 270:8,12 333:6

daughter 291:14 294:4

day 70:2 102:15 111:25 125:7 138:19
147:3 151:23 158:4,14 160:1,25
161:20 202:6,13 203:11,12 222:25
237:12,20 247:24 291:1,12,21 333:3
335:25 336:8 343:11,12 347:7

day-to-day 264:16 291:8 354:20
355:15

days 15:18 43:10 102:21 107:24
110:17 150:25 158:10 161:20 202:6
222:15 251:10 266:1 277:18 288:6
334:10

deal 65:25

dealing 302:16

deals 52:17 145:18

debt-to-income 113:6

decade-plus 27:3

decades,' 84:7

December 12:2,7 49:17 80:3,10,15
81:2 87:9 91:12,23 118:20 140:16
141:5 225:11,16 226:9,17 227:14
228:4 349:18

decide 43:16 171:2 172:23 237:16

decided 42:19 176:8

decides 237:14

deciding 40:1 62:24

decision 25:18 27:5 55:2 59:13
66:22 76:17 77:11 164:13 237:23
289:15 290:18 342:19

decision-making 334:1

deck 49:23 50:2 251:3 270:2 342:25
343:8

declaration 60:7

decline 133:6,11 227:9,10

declines 241:16

declining 133:18,19

decrease 211:21,23 224:24

deem 61:9

deemed 73:4 79:15

deep 42:13

defendant 13:16

defendants 11:5 13:5,10 315:13,25

defendants' 11:2 315:10,23

defensible 345:10

define 19:8 70:20 318:9 319:4

defined 67:18 182:17,19,20,23
183:20 184:4 194:25 199:9 329:12

definition 59:7 61:11 71:9 73:12
94:3 121:5,11 246:23 345:24

definitions 78:24

degrees 288:15

Delaware 55:24 182:13 264:15

DELAWARE_ROCKET 153:15

deliverable 184:2 195:7,17 199:16

delivered 118:5 220:22

delta 147:13 267:12

demonstrate 84:5 152:5

demonstrated 253:13 354:22

demonstrating 148:24

denotes 319:7

department's 236:15

departure 22:10

depend 86:7 192:23 193:5,17 194:13
196:5,24 198:8

depending 98:14 159:14 163:21
164:12 217:11

depends 85:23

deploy 40:7

deposed 14:5

deposition 12:1,12 15:13 16:6 30:20
31:7,13 153:5 264:18

depositions 16:12 264:15

Deputy 328:3 329:13

Derivative 12:14

describe 20:21 22:13 23:19 24:4

description 6:20 118:14

designed 54:14 257:25 305:18

desire 169:2 301:3

desires 183:21 195:1

detail 182:2

details 290:11

determination 112:14

determinations 114:4

determine 62:21,24 63:15 66:4,14
72:20 77:9 103:3,7,24 117:13 122:3
128:11 238:24 346:23

determined 75:19 101:19 120:9

determining 69:17 98:22 115:4,13

Detroit 27:19 44:9 159:20 163:11
287:4 298:1,9,22,25 300:9 301:13,19
302:22 303:3,20,21 304:14 305:6,22
307:16 310:20 311:2,4 314:17 338:19

developed 122:14 123:5

developing 303:22 351:22

development 60:10 314:1

DG 298:1 310:18

DG's 159:19

dictated 55:23

difference 101:18 161:17

differences 52:21 269:8

differently 124:16 283:19

difficult 319:6

dig 179:20

dilemma 43:15

diligence 65:19 74:21 75:19 79:13
200:13,21 201:4,10,15,25 202:8,11,
24 203:23 204:1,5,17,19 205:9,14
207:1,3 292:16 293:2,6 320:25 330:7,
10 331:1,10 332:22 333:8,13 342:10,
18

dime 317:19

dipping 162:1

direct 72:1 78:7 175:14 246:1 352:22

Directed 11:4 315:12,25

direction 186:9 218:13

directly 26:16 301:22 307:9

director 21:4 22:12 25:1,2 54:10

directors 9:7 25:5 28:1,3,7 54:4,7
55:13 56:7 57:6 67:12,24 68:3 175:14
208:17,22 210:25 213:13

disappointment 45:6,14

disclose 86:13 126:17 166:2 202:19,
25

disclosed 60:12 126:2,7

disclosures 89:15

discount 51:4 98:16 145:8 284:25

discuss 16:25 138:7 285:1 297:23
342:10 355:9 360:23 361:3

discussed 22:10,18 35:18 37:20
38:23 82:14 114:11 125:8 126:13
146:5 147:20 191:14 210:9,23 211:15
212:22 221:24 222:17 230:16 301:2
309:15 322:23 329:14 354:25

discussing 25:20 42:8 43:21 75:14
138:17 144:11 160:16 295:2 296:16
297:17 298:6

discussion 32:18 33:6 35:9,15
51:23 81:7 82:11 147:12 156:5
158:13 161:2 174:11 175:23 181:21
186:22 189:11 190:14 191:18 201:4
202:8,11 203:22,23 206:19 207:19
293:11 329:2 354:8 355:14

discussions 18:16 27:23 32:9 40:22
49:12 51:11 80:11 138:11 141:21
174:4,21 178:19 179:2,3 181:11
186:14,18 200:13,21 201:11 202:22,
24 288:8 293:22 353:20 354:2 355:4
356:1

dispose 71:3

dispositions 59:25

distributed 210:20 220:10,11

distribution 318:12

distributions 317:15

dividend 60:7

diving 42:13

division 124:15

docket 304:25

document 7:2,6 28:11 29:6,14,22,23
30:1,14,20 31:4,11,16,19,22 32:8
33:9 35:5 36:17,25 41:16,17 46:14,21
50:13 51:13 52:23 53:8 54:14,17
55:25 70:14 81:8 83:7 91:9,15,18,21,
25 92:4,7,8,17,20 100:1 101:3 105:10
106:1,2 118:11 119:1 130:19,21
137:13 143:4 150:11 153:17 158:24
166:5 170:11 180:4 185:15,17 189:23
193:10 194:19 205:2,3 207:23 209:17
217:22 254:13,17 257:3 262:25
272:12 273:25 276:20 277:16 281:24
295:13 299:10 315:17 327:21,23
335:3 338:18,23 350:21 351:14
352:16,20

documentation 175:5

documents 16:14,20 30:5 31:12
59:1 82:4 185:19 198:13,16 215:21
219:21,24 251:17 270:16 290:9
328:23,25 331:9

dog 246:17

dollar 161:21

dollars 45:12 94:11 113:12 147:6
180:24 278:21 303:7 304:18

donation 297:25 298:4 308:4 310:19
318:8

double 113:13

double-check 294:9

doubt 79:25

download 223:6 225:2

downward 47:9

dozen 268:22

dozens 270:19 357:3

DRAFT 299:24

drafted 320:5

drafting 53:14,20

drafts 53:22 219:12

drawing 85:18 123:3

drive 95:20 248:22 291:1

driven 84:25 85:1,5,6 242:4 346:16

driver 35:24

driving 269:19 278:15

drop 40:3 133:10 241:14 242:13

255:21

**dropping** 267:8

**drops** 242:14 255:12 266:14 271:17

**drum** 326:22

**due** 74:21 75:19 79:13 151:20 189:16 190:16 205:14 291:17,18 320:24 330:7,10 331:1 342:9,18 361:16

**during-pandemic** 48:18

---

**E**

**e.g.** 310:23

**E13** 247:13 268:20

**E14** 243:19

**E16** 248:12 249:7 274:11

**earlier** 42:8 49:25 140:17 154:11 157:12 158:11 161:1 175:1,11 210:22 233:6 259:16 260:17 309:8 321:19 322:24

**early** 18:9 26:2 45:1 73:3 76:13

**earn** 89:21

**earned** 88:7 89:19 133:8

**earning** 133:2

**earnings** 59:19,22 61:4 81:6 82:12 83:9 96:17 126:1 127:14 130:8 131:4 136:12 137:2 138:15 141:12,19,20 229:21 235:16 248:2 254:21 257:19 259:9,13,15 260:1 262:2 328:7 334:23 335:1,6,15 336:1,5,11,16 338:8 340:9 346:23 348:11,16,25 349:7,8,10,13,23 350:13,18,19 351:13 353:13,23 354:1,5 356:4,20 358:1,15,19 359:10

**easier** 77:15 246:5

**Eastern** 12:9

**EBITDA** 230:21

**educate** 343:1

**educated** 238:6

**efficient** 106:17

**Eisenhofer** 12:24 13:1 14:3

**electronic** 220:23 221:2

**eliminate** 302:22 305:6

**Elkins** 80:15,23 82:20 137:4,23 138:2,10,12 140:23 147:17 156:6,8,

25 159:11 162:13 179:5 284:9,21 288:13,17 292:3 294:17 295:16 297:9 309:24 310:15 311:1 323:3 324:14 325:3,9,15

**Elkins'** 143:12

**email** 6:23 7:10,22 9:14,17,20,23 10:2,5,17,22 11:7,9,11 29:1,8 31:20 81:11,17,20 82:3,7 83:4 135:20,24 136:6 233:9,19 234:4,7 254:3,8 265:1,7 270:25 271:5 275:3,8 281:17, 22 282:3 299:11,15,17 311:16,21 319:14,18 338:3,13 352:8,17,23

**emails** 136:3 311:7 352:14

**embarrassed** 181:15

**emerging** 131:10

**Emerson** 18:4,5,11 299:6 306:11,12 309:3

**employees** 22:20 23:5,6,8,10

**employer** 179:15

**employment** 17:5

**encouraging** 66:16

**end** 17:21 45:5 70:6,8 109:11 110:25 146:11 147:20 148:21 152:16 174:25 208:3 244:2 247:24 263:17 304:12 327:3 343:15 344:17 360:2

**endeavor** 264:12

**ended** 87:8 91:23 176:14,22 204:22

**ending** 325:2 334:10

**ends** 70:5 324:3

**engage** 27:22

**engaged** 137:4 141:11 175:10 290:2

**engagement** 141:8

**engaging** 149:8

**ensuing** 221:19

**ensure** 44:5 55:12 62:17 74:23 95:23

**enter** 69:23

**entering** 170:18

**enterprise** 347:14

**entire** 92:23 150:14,19 161:16 202:3 298:6 313:5 316:17 354:12

**entities** 111:3 312:15,17,21 313:1

**entitled** 31:10 215:18

**entity** 23:7 315:3,6

**entry** 153:21

**Enzo** 235:10

**equation** 148:21

**equity** 149:18

**equivalent** 192:20 194:10 198:5

**Equivalents** 313:1

**establish** 106:17

**established** 28:6,8 254:17 333:18

**establishes** 68:19,21 69:8

**estate** 44:10

**estates** 56:17 57:16

**estimate** 116:16 117:2,7,9 128:6 250:23 264:21 303:1 341:13

**estimated** 114:4 116:18 120:11

**estimates** 104:22 116:21 117:3,11 134:19 261:1 262:13

**estimating** 107:1 134:23,24 357:25

**evaluating** 62:21

**evaluation** 72:10,20

**Evan** 295:23 297:10 325:11

**evening** 234:16 323:14

**event** 237:8,9

**events** 30:15 31:5

**eventually** 20:17 94:12 99:3 219:20

**exact** 138:18 141:3 145:13 169:13 200:6 202:5,13 203:10 319:8

**Examination** 6:5,6 13:23 360:11

**EXAMINATIONS** 6:3

**examples** 59:18 61:1,2,5,8,11 62:2

**exceeded** 303:23

**excerpt** 7:14 90:24 91:4,15,16 92:11 105:23

**excerpts** 7:17 92:4 105:3,8 106:1 109:23

**excess** 93:20

**exchange** 8:21 28:17 173:2,7,13,18 174:20,23 175:16 176:16 177:7 178:3,10 181:10,25 182:10,11,24 183:1,7,8,9,10,14 184:1,6,14 187:13, 20 188:10 189:11,21,25 190:2,6,8,10,

13,14,22 191:2,7,17,22 192:4,19
193:3,14,22,24 194:9,18 195:6,11,16
196:15,17 198:4,20,22 199:10,19
200:1,4 201:2,3,6,9 203:7 210:6,11,
17,19 211:1 322:1,2,13 323:10

**exchanged** 20:15 181:6,13 184:22

**exchanging** 284:17

**excl** 239:21

**exclude** 30:3

**Excuse** 326:6

**execute** 39:3 102:21 291:3 348:11

**executed** 361:20

**executing** 169:3

**execution** 192:22 193:5,16 194:12
196:4 197:24 198:7 329:18

**executive** 21:20 68:13,16 218:9

**executives** 68:12

**executor** 56:18 57:18

**Exemption** 302:24

**exercises** 64:10 69:25

**exhibit** 6:21,23 7:2,6,10,14,17,19,22
8:2,5,8,11,12,15,18,21 9:2,6,10,14,
17,20,23 10:2,5,8,11,14,17,19,22
11:2,7,9,11 18:23 19:2,4 28:25 29:4
46:17 49:22 51:18 52:22 53:2,4 81:15
90:23 91:2 104:24 105:2,5,7 109:22
123:17,19 124:1,3 127:15 130:5,12,
16 135:19,22,24 136:18,22 137:14
139:19,23,25 142:15,19 143:2
149:11,13 153:8,12,14 155:4 159:1,5,
7 161:12 162:12 170:3,7,9 173:1,5,7
179:20 185:4,9,11 193:3 194:21
197:14,18,23 198:20 199:11,23,25
200:4,7,9 204:13,15 208:15,19,21
215:10,15,17 216:12 221:10 222:1
233:18,22,23 234:3 238:9,11,12,15
253:24 254:6,8 258:21 260:6,10,12,
13 261:9,13,15,16,19 263:11,14
264:25 265:4,7 270:24 271:3,5 275:6
280:18,19,20 281:5,8,9,10,16,20
283:4,15 284:4,6 287:7,11,13 295:8,
10 299:10,13 306:8 309:18,22
311:19,21 315:7,15 319:13,16,18
321:25 322:25 324:23,25 335:21
336:3,10 337:23 338:5 348:21 349:2,
4 350:17 352:6,10,14

**exhibits** 6:19 7:1 8:1 9:1 10:1 11:1,
13 342:4

**existed** 333:18

**exists** 74:19 301:7

**expect** 127:22 224:9 357:25

**expectations** 45:17 228:24 230:25
232:12 255:19 257:21 258:24 259:8
269:22 358:20 359:11

**expected** 59:19 131:14 133:4 165:6,
12 231:22 247:23 258:2 262:18
327:13 351:6 352:1

**expecting** 134:17 260:25 262:12,20
263:2,4,10 274:19 351:9

**expects** 134:13 211:25 212:1 260:22
262:8

**expense** 145:16

**expenses** 97:18

**expensive** 52:12 146:1 147:4

**experience** 146:4 148:17 151:23
248:1 286:5 334:21

**experienced** 106:7 162:4 359:15

**explain** 20:4 38:2,4 78:17 102:7,8
178:6 278:15 298:20

**explained** 152:9 187:24 189:12
191:19 211:18

**explanation** 296:7

**external** 104:17 123:16

**extra** 108:20 345:8

**extraneous** 75:10 76:10

**extraordinary** 16:24

---

## F

**F13** 276:1,2

**fact** 65:11 66:3,10 77:1 79:4 158:9
193:14,15 210:12 258:18 259:6 290:3
313:21 314:24 356:21

**factor** 99:3 101:25 103:15 110:6
112:10,13,15,23 114:5 115:3,12
116:19,20 117:3,12 120:15,21 251:4

**factored** 44:15

**factors** 115:20 120:13 197:8

**facts** 16:22

**factual** 341:16

**fair** 35:21 36:5 49:15 89:6 99:14

100:22 101:16,18 112:21 115:4,13
118:16,18 119:2 120:6 121:7 140:12
142:14 149:1 160:14 164:14 171:17
173:25 177:1 180:7 215:9 286:23
287:5 294:25 345:14 346:17 361:15

**fairly** 27:1 142:6 225:6 311:10
337:13,20

**fall** 25:21 30:7 40:12 46:10,12 49:12
51:15

**familiar** 16:23 100:6,12,13 105:12,16
115:10 131:1 144:5 183:14 287:17
295:14 299:19 311:25 320:20

**families** 303:3,6

**family** 19:23 69:22 71:1 298:11
299:23 300:5,6 303:12,19 304:10
317:22 318:24

**Fannie** 110:16,24 113:2 117:18
122:4,9,12

**Farner** 6:4 12:12 13:4,17,25 16:2
18:24 19:4 28:25 29:15 46:13,19 80:1
81:10,17 84:7 140:3 153:3 200:14
208:11 264:5,23 331:12,24 332:20
333:4 342:12 360:13 362:5,10

**FCST12** 243:22

**February** 22:5 81:6 82:1 126:21
129:20 136:13 138:19 224:14 229:21
254:9,12,22 259:20,25 261:7 262:1,
17 265:24 279:16 328:8 335:3,19
336:13,18 340:20

**feel** 172:10 218:6 226:6 270:7,9
286:6 308:19

**feeling** 286:21 314:8 327:11

**feelings** 27:11

**feels** 196:25 320:9

**fees** 92:13 93:21 98:11,15 144:21
145:5,17

**felt** 42:21 46:4 140:12 173:24 248:21
286:23 347:8 350:5 351:14 361:15

**FHA** 111:8,20,23 113:3 122:3 124:11

**fighting** 71:21 150:23

**figure** 28:5 44:13 66:18 104:19 108:7
223:23 247:19,25 277:18

**figured** 26:6

**figures** 133:13 252:1

**file** 29:19 108:5,17 143:21 179:13
282:19

**filed** 105:13 139:1,14 164:3 176:13, 14 316:2

**Filer** 282:5,16

**filing** 138:4 159:14,17 160:1 162:14, 18 163:21 166:13,24 167:11 168:2 183:8 328:9

**filled** 165:2 321:18

**final** 175:9 336:9

**finalize** 175:9

**finalized** 53:23 353:5

**finance** 9:10 96:15 97:5,6,8,12,16,19 160:17 211:9 215:11,18 224:14 232:11,17 233:1 235:9 236:14,21

**finances** 217:14

**financial** 17:7,14 64:8 70:4 89:15 147:3 177:17 218:3 221:17,21 254:11 271:8 275:10 342:20,23

**financing** 43:3,5,14,17 101:24 103:14,25 110:5 112:23

**find** 113:18 326:22 354:14

**fine** 158:24 181:23

**finish** 33:3 36:11 45:10 71:12 207:23 264:12

**finished** 36:10

**fintech** 48:23 347:16

**firm** 35:15 353:6 355:10

**firms** 65:20

**fiscal** 70:6,9 91:23

**fits** 264:21

**fixed** 104:3

**flip** 109:23 116:8 204:16 209:14 221:8,15 260:6 321:25

**flipping** 149:22

**float** 34:17 39:22

**flow** 93:9 94:20 95:18

**fluctuate** 151:7 258:13

**fluctuations** 160:24

**fly** 95:20

**focus** 60:25 74:10,11 87:7 92:14 100:18 103:11 110:2 111:12 112:12 119:18,25 163:19 184:20 211:10 212:12 214:4 238:14 242:6 281:10

**focused** 27:18 48:22 132:25 167:2 345:6

**focusing** 248:4

**folks** 23:13 128:8 209:6 306:20

**follow** 61:15 62:16 63:14 156:21

**follow-on** 47:2,10 101:5

**footnote** 224:12 228:16 229:7 247:1

**force** 193:23

**forces** 307:2

**forecast** 131:17 134:11 211:11 213:16,23 221:11,17,21 224:15,21 225:3,9,11,12 226:3,8,9,13,18,19,25 227:15 228:4,11 230:5,10 234:21 238:22 239:12,17 240:1,3 241:10,14 242:12 243:4,16,22,23,24,25 244:4 246:9,19 247:9,13,16 248:6,12,16,24 249:3,5,11 250:15,18,21 251:8,13,21 254:12,25 255:6,9 256:2,8,13 257:6, 14 259:4 260:2 266:8 267:3,20,22 268:8,12,17 269:14,16,24 271:8,12, 13 272:15,21,23 273:3,7,11,13 274:3, 19,23 275:10,18,25 277:10 281:11 283:4,7,15 312:3 333:22 341:6 343:25

**forecasted** 237:6

**forecasting** 211:23 225:16 237:23 257:20 277:22 351:25

**forecasts** 104:17 212:5,16,22 213:3, 16 224:18 231:21 232:5,14 234:19,23 238:16,17 243:8 249:24 250:12 253:17 258:19 259:7 262:15 267:12 270:3,9 273:17,19,21 276:12 277:1 279:13 341:21 342:11,21,24 343:7,17

**foregoing** 317:10

**form** 18:20 22:22 23:21 24:19 29:7 31:8 32:6 33:12 37:10,16,24 39:13 42:12 44:22 49:7 51:6 52:15 53:24 54:5,15 55:19 58:19 61:20 62:8,14 63:3,6 64:24 65:15 66:9,25 68:23 69:11 70:13 71:5 73:10 75:9 76:8 77:4 78:1,14,19 79:8 80:24 81:4 83:13 84:18 85:2,19,22 86:11 87:22 89:16 90:4,11,17 91:10,14 92:19 96:3,13 97:7,23 102:10 103:18 107:3 110:11 111:15 112:17 114:7,16 117:5,14 120:22 122:16 123:6 126:5, 19 128:24 130:9 131:19 132:8 133:21 135:12 138:13 139:5,15 143:21 145:11,17,18 150:2 151:12 152:4 283:3 295:15 312:16 355:16

**focused** 27:18 48:22 132:25 167:2 345:6

**focusing** 248:4

**folks** 23:13 128:8 209:6 306:20

**follow** 61:15 62:16 63:14 156:21

**follow-on** 47:2,10 101:5

**footnote** 224:12 228:16 229:7 247:1

**force** 193:23

**forces** 307:2

**forecast** 131:17 134:11 211:11 213:16,23 221:11,17,21 224:15,21 225:3,9,11,12 226:3,8,9,13,18,19,25 227:15 228:4,11 230:5,10 234:21 238:22 239:12,17 240:1,3 241:10,14 242:12 243:4,16,22,23,24,25 244:4 246:9,19 247:9,13,16 248:6,12,16,24 249:3,5,11 250:15,18,21 251:8,13,21 254:12,25 255:6,9 256:2,8,13 257:6, 14 259:4 260:2 266:8 267:3,20,22 268:8,12,17 269:14,16,24 271:8,12, 13 272:15,21,23 273:3,7,11,13 274:3, 19,23 275:10,18,25 277:10 281:11 283:4,7,15 312:3 333:22 341:6 343:25

**forecasted** 237:6

**forecasting** 211:23 225:16 237:23 257:20 277:22 351:25

**forecasts** 104:17 212:5,16,22 213:3, 16 224:18 231:21 232:5,14 234:19,23 238:16,17 243:8 249:24 250:12 253:17 258:19 259:7 262:15 267:12 270:3,9 273:17,19,21 276:12 277:1 279:13 341:21 342:11,21,24 343:7,17

**foregoing** 317:10

**form** 18:20 22:22 23:21 24:19 29:7 31:8 32:6 33:12 37:10,16,24 39:13 42:12 44:22 49:7 51:6 52:15 53:24 54:5,15 55:19 58:19 61:20 62:8,14 63:3,6 64:24 65:15 66:9,25 68:23 69:11 70:13 71:5 73:10 75:9 76:8 77:4 78:1,14,19 79:8 80:24 81:4 83:13 84:18 85:2,19,22 86:11 87:22 89:16 90:4,11,17 91:10,14 92:19 96:3,13 97:7,23 102:10 103:18 107:3 110:11 111:15 112:17 114:7,16 117:5,14 120:22 122:16 123:6 126:5, 19 128:24 130:9 131:19 132:8 133:21 135:12 138:13 139:5,15 143:21 145:11,17,18 150:2 151:12 152:4 283:3 295:15 312:16 355:16

156:15 157:16 159:17 162:15 164:19 165:8,14 166:4,25 169:5 171:10 174:7 176:3,17 177:14 178:4 180:10 183:4,12 184:25 186:1 188:11 190:20 191:8 192:7 193:8,19 196:7 197:4 198:1,25 200:5 203:25 211:2 213:5 214:9 215:4 217:9,17 218:14,23 220:24 221:25 225:19 229:2 231:1, 17,23 232:15 236:17 238:18 239:14 240:23 241:4,18 242:16 244:12 252:4,12 255:14 256:4 257:23,24 258:25 259:11 261:8 262:21 273:23 279:18 286:2 289:19 290:7,20 301:1 302:6 303:15 304:5 305:12 306:23 307:7 308:3,10 309:5,12,14 313:10 314:20 317:24 319:1 321:14,17 325:24 329:25 330:18 333:16 334:24 339:20 340:16 341:10 342:1,22 343:9,19 345:2,22 346:7,25 348:13 349:14 350:1 351:7 356:6 358:21 359:13

**formal** 175:13,18,20

**formality** 175:4

**forms** 165:2

**formula** 147:25 249:6 276:19

**forward** 34:10 71:10 127:10 176:23 224:8 294:15

**found** 116:11 201:23

**foundation** 19:23,24 298:12 299:23 300:6 303:12,19 304:11 314:15 317:22 318:24 325:25

**founder** 163:3

**fourth** 83:8,12 84:4 87:3,6,8,18 88:5 101:3 125:2,9,10 127:13 130:7 131:3 132:23 134:8 192:16 243:1 254:20 257:19 259:9,15 260:17 265:23 267:9 269:21 273:17 279:15 335:15 340:8 357:22

**frame** 22:5,6 25:22 52:2 113:11 169:14 170:2 279:20 346:16 349:16

**frames** 305:17

**Freddie** 110:16,24 113:2 117:18 122:5,8,11

**Friday** 143:22 159:18 203:16,24 296:7 352:24

**front** 84:16 323:8

**fulfill** 141:15

**full** 28:1,2 36:22 58:4 84:4 88:21,22

125:3,19 225:24 234:19 249:23
250:11 258:3 310:5

**full-year** 127:4,5

**fully** 174:3

**fun** 155:15

**function** 87:23

**fund** 300:7 304:11 313:5 314:16
317:22,23 318:23,25 319:9

**funded** 301:7

**funding** 116:21 120:12 315:5

**funds** 56:18 57:18 163:10 164:8
165:21 297:1 305:9 306:1 327:2

**fungible** 301:25 304:16 315:2
319:10

**funny** 154:7

**future** 59:21 61:4 237:24 251:19
253:20

**FY2020** 328:8

### G

**G16** 249:3

**gain** 60:10 87:10,18,23 88:22 89:2,13
93:9,10,18 116:16 123:19,21 124:5,
25 125:12,21 126:2 129:7,22 130:4
133:6 134:1,13 211:21 226:16 227:5
228:6 229:15,22 239:1,3,20,21
245:12 248:5 249:20,25 255:7,21
260:22 262:8 266:17,23 271:14
274:13 275:23 281:12 317:16 335:4
337:2 339:4 350:25 351:1,9

**gained** 347:11

**gates** 34:21

**gave** 58:21 59:6 92:11 127:9 169:22
228:24 229:19,22 235:23 324:6 341:3
343:1

**general** 5:4 53:16 56:15 57:15 73:4
76:16 134:4 155:16 200:15 213:12
321:22 328:3 329:12,13

**generally** 55:1 97:20 101:20 132:6
224:5 270:4 329:14

**generate** 90:5

**generates** 90:8,15 93:8 347:2

**generating** 314:4

**generically** 216:22

**genesis** 345:4

**gentleman** 18:4 306:13

**gentlemen** 306:14

**gesture** 72:4

**GFF** 19:24 311:8 319:9

**gifts** 69:25

**Gilbert** 11:6 13:5,11 19:23 39:4
80:12 298:11 299:23 300:6 303:12,19
304:10 314:15 315:14 316:1 317:21,
22 318:23

**Gilbert's** 166:2 309:6

**give** 17:4 21:13 42:23 43:16 78:23
81:8 91:25 119:5 130:10 131:21
155:13 156:22 168:20 169:13,25
170:1,13 198:15 214:12 226:5 233:2,
24 237:21 250:23 333:21 342:12
344:10 345:7,8 359:24

**giving** 33:2 44:12 95:18 109:2 113:4
135:9 165:15,17 177:24 223:2 288:9
296:7 335:6 337:15

**glad** 278:23

**glance** 320:15

**GMC** 269:9

**go/no-go** 292:16 293:3

**goal** 307:12 314:11 361:11

**goals** 44:20 287:2 307:12 314:17
346:2 350:9

**gobbledygook** 280:1

**Goldman** 326:12

**good** 12:6 40:3,4,6 42:22 43:6,9
83:11 138:17 152:12 157:2 164:7
171:17 172:14 193:11 213:13 238:4
241:25 269:10 313:16 341:1 347:8,9
350:5,15 356:22

**Goodwin** 13:15 15:24

**Gos** 353:7,8,11

**GOSM** 125:5 126:17 127:5 133:18
245:20 250:10 279:12 334:17

**govern** 67:15

**government** 237:13

**grab** 280:22

**gradually** 247:19

**Grant** 12:24 13:1 14:3 282:5

**grants** 27:4

**great** 43:18 286:25 297:19 298:22,24
355:12

**greater** 146:21

**Grew** 83:18

**group** 68:6,15 69:21 70:11,21,25
94:24 95:22 104:23 108:4 109:1
114:3 115:8,13 124:15 128:10 178:7
207:8 232:20 236:22 353:6

**group's** 306:23

**Group.'** 67:19

**groups** 96:5,10,24 107:17,18

**grow** 17:10 172:11 251:3 347:22
355:13

**growth** 231:6 355:16

**guaranteed** 102:14

**guess** 17:8 45:13,24 48:12 58:24
70:19 75:12 81:10 85:10 86:15
110:13 117:16 120:25 132:16 141:20
149:9 193:11 203:3 222:13 226:23,24
227:2 229:25 230:14 231:25 263:8
266:19 278:18 280:17 304:21 319:5
321:16 346:15 348:16 349:15 351:8
354:13

**guessing** 23:3 49:17 154:8 291:23

**guidance** 127:9 135:9 212:6,17
235:23,24 237:22 334:21 335:4,7,14,
18 337:11,15 339:10,14,16 340:8,11,
22 341:3,14,19 351:20,21 353:4,8,11,
22 354:4 355:6 356:3

**guidelines** 110:15 111:4,20 113:3

**guy** 142:9 174:14 353:16

**guys** 113:15 153:25 154:14 289:11

### H

**Habib** 222:24

**haircuts** 312:11

**half** 15:18 45:11 113:12,13 147:21,22

**hallway** 80:19 142:7

**hand** 54:20 71:15,23 90:23

**handed** 91:4 92:5 105:7 137:13
149:15

Confidential | Jay Farner | December 04, 2023

**handful** 23:4 273:15 277:7

**handling** 290:10

**hands** 72:5

**happen** 40:2 46:10 111:6 196:25 199:5,21 227:8 234:25 237:12 238:24,25 241:22,23,24 242:8,9 253:22 279:9 294:8 318:7 347:7 350:8 358:18 359:4,22

**happened** 26:5 97:13 126:22 164:4 186:15,19 188:18 192:11 198:13,18 204:20,21 220:18 224:6 253:23 298:19 326:16 327:12 330:17 351:10

**happening** 98:22 104:18 135:14 177:22 223:3 233:3 236:11 237:20 249:17 273:10 296:18,19 297:8 298:22 327:6,7 355:13 359:23

**happy** 180:12,15 284:14 297:23

**hard** 202:5 220:21,25 240:7,11 248:25 268:24 279:5 337:18

**harnessing** 85:9

**haul** 231:7

**hazard** 120:25

**head** 14:20 19:16,19 145:14 147:8,11 184:19 223:19 250:17,20 333:4

**heading** 282:17

**headwinds** 131:11 132:12

**hear** 169:6 188:1

**hearing** 188:20 266:23 291:24 326:11

**heavy** 260:19

**heavy-volume** 134:12

**hedge** 102:19 108:7 297:1 327:2

**hedged** 95:24 102:25

**hedging** 94:24 95:23 106:18 107:5 114:9,12,15,19 230:17

**held** 22:2,16 99:15 101:21 103:2 120:10 157:14

**helped** 17:10 54:18 217:20

**helpful** 215:6 223:4

**helping** 44:16 148:19 298:9 304:12

**helps** 106:18

**hereto** 182:21

**hey** 141:14 307:18

**high** 149:17 151:18 154:12 161:15,22 258:6

**higher** 104:8,11 134:2 172:18 229:12 230:4,21 247:8,16 248:15 252:19,23 253:4,7,9,14,17 257:12 259:7 262:19 263:9 268:12,18 269:25 270:4 273:13,20 274:10 276:25 283:14 291:1 295:1

**highlight** 353:5

**Highlights** 125:10,19 225:9 338:25

**highly** 102:1 103:16 110:7,10 111:12 112:11

**hindsight** 45:24

**historical** 224:3 251:15

**history** 17:5

**hit** 237:8 358:24,25

**hold** 26:4 35:12 42:11 44:21 64:23 71:13 91:13 99:19 102:9 167:13 250:2

**Holder** 183:21 195:1

**Holder'** 182:22

**holders** 143:21 182:17

**holding** 20:9,20 71:15 184:13

**holdings** 11:5 13:6,10 19:14,21 20:5,8,13 21:19,25 22:3,13,14 23:20, 23,25 24:6,10,11,16 25:9 177:18 182:14,17 183:24 191:23 195:4 289:22 290:14,16 315:13,25 321:6

**hole** 286:12

**home** 104:6,10 237:1,2 302:15

**homelessness** 304:13

**homes** 212:9 303:10

**honest** 339:17 340:12,17

**honestly** 165:17

**hope** 204:7 264:13 275:1 286:14 337:17 347:19,21 356:22

**hour** 142:22 207:24 263:13 273:9

**hours** 207:17 264:4,8,10,12,18,19, 21,24 313:12 342:2 357:2

**house** 303:7 324:7

**household** 56:13 57:13 69:22 71:1

**housing** 110:14 117:19

**Housingwire** 156:21

**HR** 179:13

**HUD** 98:25

**hunting** 113:17

**hypothetical** 66:1 241:21 358:5

**hypotheticals** 66:11

---

I

**idea** 104:18 252:5 259:21 279:19 311:2 359:23

**ideas** 172:9

**identified** 21:4,20

**identify** 12:19

**Illustrative** 34:24

**imagine** 24:9 108:19 117:24,25 149:6 174:24 292:10 301:24

**immediately** 72:2

**impact** 15:10 143:22 159:20 162:23 165:21 211:17 222:18 355:5 356:2,9

**impacts** 78:12

**implement** 128:13

**Implicates** 293:17

**importance** 54:20 309:9

**important** 43:22 48:11 59:12 62:20, 23 65:18 115:21 148:20 149:1 164:2, 13 231:20,25 232:2,21 294:15 298:18 353:12 354:15 355:2

**imposes** 67:10

**impossibility** 253:20

**impossible** 226:3 237:11 259:4 274:4

**improve** 82:14

**improvement** 129:9 137:3,8 337:4

**in-the-quarter** 248:5

**inaccurate** 235:5 241:6 245:15

**inbound** 201:22 207:11 326:9 327:20

**incident** 60:12

**inclination** 146:13

**include** 59:19 61:3

**includes** 93:11 234:18,21 282:24

**including** 64:11 69:25 93:13 143:20 195:18 304:14,24 306:22

**income** 83:18,21 88:25 89:1 248:1 249:9,22 250:1,11 251:25 252:3

**inconsistent** 337:11

**Incorporated** 20:9,13

**incorrect** 62:7 150:1

**increase** 127:25 128:18 211:25 227:20

**increased** 83:16,20 125:12,21 339:4 347:12,13

**increases** 60:3

**incredibly** 248:25 313:16

**independent** 92:1 216:14

**independently** 141:23

**index** 223:14,15

**indications** 45:2

**indices** 223:21

**individual** 178:8 331:6

**individually** 97:3

**industry** 108:14 110:20 112:1 114:24,25 117:17,20 129:1 132:12 213:12 222:23 224:4 226:21 237:10 238:7 250:13,25 255:19 266:23 354:10,12 355:18

**inform** 129:3 279:3

**information** 54:25 58:6,10,12,23 59:10,18 61:1,3 62:2,25 64:3,20 65:3, 12 66:5,7 73:25 74:15 75:4,15 76:7, 14,15,20 77:2,17,18,19,25 79:4,7,15 85:10 86:3,6,10 97:14,21,24 108:1,9 114:10,14,18,23 117:8 118:7 122:10 123:8 135:4,10,13 165:7,13,15 202:20,25 223:6 224:4 229:25 233:1, 5,14 236:9 280:1 283:18 328:13 331:14,22 332:6,8,17,18 333:5,10,25 340:19,22 351:20 356:10,11,18 357:24 359:10 360:16,20,25 361:5, 21,22

**informed** 28:12

**ingested** 85:25

**inhouse** 13:12

**initial** 326:9 331:1

**initially** 39:24 146:10

**initiative** 304:15

**initiatives** 304:23 305:15 307:17 318:23

**inside** 123:14 124:10 318:13 328:17

**insider** 7:7 52:24 53:5,11 54:11 55:17 64:17

**institutions** 112:5

**instruct** 30:17,23 31:9 293:20

**instructing** 67:2

**instruction** 6:12,13,14,15 331:23 332:7,12,23 342:13

**INSTRUCTIONS** 6:10

**insurance** 111:19

**intended** 55:12

**intent** 42:15

**intentionally** 62:9,10

**interacted** 292:19

**interest** 26:10,16,22,25 64:9 88:25 94:24 100:5,7,11,13 114:8 115:5,14 129:2 148:11 181:16 184:10 192:24 193:6,18 194:4,14 196:6,19 198:9 201:22 237:5 238:25 242:10 255:21 351:25 354:11

**interested** 47:19 207:13 293:8

**interesting** 141:7,18

**interests** 181:6,7,13 183:25 184:22 195:17

**Interests'** 195:5

**interim** 18:3,12

**interject** 180:1 202:16

**internal** 92:7 100:20 101:2 108:11 121:14,21 122:13,14 123:4,7,11,15 229:11 231:21 232:5,14 234:18 243:7 254:25 256:8,13 257:6 258:19 259:6 268:17 270:3 271:13 272:14 273:7, 13,21 274:23 275:18 277:1 278:3 281:11 341:6

**internally** 104:16 257:20 258:22

**interpreting** 283:18

**Interrogatories** 11:4 315:12,24

**interrogatory** 316:13,16,20

**interrupt** 293:14

**interruption** 326:4

**introduced** 14:1

**invade** 30:25

**investment** 56:18 57:18 59:13 64:10 100:3 145:6 312:21 354:16

**investments** 172:7 313:25

**investor** 7:11 59:11 81:12 99:7,10 232:18 256:9,23 257:3,13,25 258:20 267:25 268:4,14,19 269:15 270:1,4

**investors** 47:19 48:9,21 85:16 93:21 132:18,25 143:19 161:7 163:12 232:20 269:17 307:13 359:16

**invitation** 186:3

**invited** 186:11

**involve** 40:15

**involved** 25:23 63:13 83:5 106:12 163:3 194:1 237:14 308:8

**involvement** 53:13 303:2

**involves** 84:21

**involving** 59:24 329:6

**IPO** 7:17 25:19,20 26:9,12,15 27:6 28:4,14,22 32:5 33:3 34:4 38:10 39:24 40:13 41:5,10 42:1,4,15 44:19, 20 45:8 48:5,18 50:16,21 51:4 52:17 105:3,8 137:11 140:25 145:15 146:10 147:7,20 163:9 173:22 176:19 301:3 310:2,4 345:13 346:19

**IPOED** 28:15

**IPOS** 46:1

**IR** 100:23 231:2 259:24 278:3,25 282:23

**IRLC** 99:23 116:18,23 121:10

**IRLC's** 117:13

**IRLCS** 99:15 101:17 120:2,6,15 121:22

**irrelevant** 253:14

**issuance** 143:16 144:4,7,18 353:25 356:3

**issuances** 145:15

**issue** 41:11 306:3 310:1

Confidential                     Jay Farner   December 04, 2023

**issued**  116:18 184:3 195:8 235:15
265:17 273:18 279:16 354:4

**issues**  24:14

**issuing**  339:14

**items**  87:24 118:17

**items'**  118:15

**Ivy**  104:16

---

**J**

**January**  17:9 80:15 141:5 176:7
299:15,20,24 300:25 302:5 303:14
304:4

**Jay**  6:4 12:12 13:4,17 36:9 84:7
200:14 362:5,10

**Jeff**  13:2 16:7 324:6

**Jeffrey**  13:9

**John**  186:7 189:12 191:19 192:12
202:21 205:18 282:7

**joint**  60:1

**Journal**  130:24 260:7 262:6

**JP**  323:5

**JPM**  292:6 324:17 325:4

**JPMORGAN**  299:2 318:4

**judge**  168:8

**Julie**  38:13 46:25 48:7 49:9 74:22
178:7,24 200:14 201:15 205:20
206:20 217:18,23 218:1,2,12 223:16
284:22 291:17 293:12 296:7 297:10
325:11

**July**  149:19

**jump**  299:3

**June**  17:21 22:6

---

**K**

**key**  39:2 116:20

**kicked**  175:2

**kidding**  154:15

**kind**  23:17 24:1,9 26:6,8 27:7 31:23
32:18 33:2,18 42:20 43:1 45:4,5,8
46:6 48:3,17 58:21 61:6 80:16 82:9,
24 86:15 96:5,15 97:12 110:20 111:2
112:19 114:19,24 117:20 118:25

122:22 129:1 137:4 142:8 148:24
149:2 151:11 154:7,14 155:25 158:12
160:13 171:14,16 174:8,10,19,24
175:3,8 198:14 213:18,19 219:18
224:24 251:9 255:18 266:21 269:3,5,
20 270:11 272:3 274:15 278:13
285:10,17 286:5 296:12 297:15 298:5
304:12 313:11 320:22 327:14 333:18,
21 345:4 354:10 358:2

**kinds**  125:4 242:2

**knew**  44:9 145:15,22 163:7,12
177:21 178:16 188:7 241:23 259:17
297:5 307:23 311:3 327:5,7

**knowing**  49:16 173:21 210:14
248:20 343:25

**knowledge**  109:3 115:18 155:16
168:12 178:2 229:24 309:14 356:13

---

**L**

**lack**  152:6

**Lacks**  325:25

**language**  240:16

**large**  47:18 48:21 107:18 152:10
161:7 269:19 310:20 313:13

**larger**  41:6 45:25 48:9 91:9 249:15

**largest**  118:3

**late**  26:2 136:12 234:15 290:25
341:16 351:13

**launch**  25:18 27:6 28:3 34:25 35:6
47:5 49:4

**launched**  85:7

**Laura**  299:20 302:13 303:16 304:24
305:14

**law**  55:22,23 62:9,11 67:17

**laws**  55:15

**lawyer**  61:13,14 79:3,10 168:21
288:2,13,17 289:8 292:18

**lawyers**  17:1 109:20

**laying**  226:2 227:8

**lead**  94:20 95:18 201:16 202:19

**leaders**  233:4

**leadership**  163:15

**leads**  95:15

**learn**  126:14

**learned**  45:25 48:3 210:8

**learning**  167:5 210:13 351:22

**learnings**  45:21

**leave**  17:22 301:16

**led**  17:10 306:13,14

**left**  20:24 38:25 41:24 50:6,7 244:6
291:14 304:19 316:5

**legal**  12:16 55:4 65:8,19 77:11 78:2
155:17 156:8,10 160:18 165:24 203:1
288:7,9,21,25 289:4,7,14,17 290:16
292:14,22 293:11

**legally**  62:6 166:20 167:7

**lend**  42:25 44:2

**lender**  118:3

**lenders**  43:13 118:1 131:11 133:12,
20

**let alone**  234:25

**lets**  296:14

**letters**  245:24

**letting**  136:4 207:11

**level**  18:19 120:16 121:5,10,11,13
122:15 141:6 237:17

**levels**  284:24

**leverages**  106:14 107:10

**levers**  248:21

**Lexitas**  12:18

**liability**  182:15

**lifetime**  94:18 347:13 354:18

**likelihood**  346:12

**limited**  64:11 182:15 191:25 200:10
206:12,23 207:19,20

**limits**  110:23

**lines**  44:1 102:12 156:3 244:16
245:2,11 268:18,20 271:11 276:11
297:20,25 312:10,17

**list**  23:13 60:25

**listed**  247:9 248:16 253:17 258:19
268:5,12,18,20

**listen**  14:13 340:5 354:16

**listening**  222:24

Confidential                                    Jay Farner   December 04, 2023

**lists** 186:4

**literally** 268:22

**litigation** 12:14 19:6 30:16 31:6
  66:23

**lived** 43:17

**living** 56:12 57:12 75:13

**LLC** 23:20 182:15

**loan** 42:25 43:1,7,10 93:20 94:18,21
  95:1,3,21 98:11,14 99:1,17,18,19
  101:23 103:13,19,20 110:4,23 112:22
  116:21,24 120:12 123:21 127:23
  128:8,11 132:14 157:22 172:6 230:15
  237:17,18 238:24 250:19 269:1,18
  313:15

**loan's** 99:21

**loan-level** 111:23

**loans** 17:6,14 20:11 85:8 86:18
  87:10,19,25 88:2,22 89:3,14 93:9,10,
  13,18,22 98:6 99:15 101:19,23
  102:12 103:4,5 106:11 108:8 113:7
  115:22 116:17,22 120:8,9,11 122:3,4,
  5,9,12 124:11,12,13,14,18,24 125:5
  126:3 135:5 236:7 312:12

**lock** 100:5,7,11,14,15 102:21 115:5,
  14 239:20,21 245:12 249:20,24
  250:10 251:24 252:15 255:7 266:17
  271:14 275:23 281:12

**locked** 102:14,25

**locking** 252:2

**locks** 103:9 229:9,11 341:17

**logical** 340:25

**long** 24:23 27:1 33:19 43:22 107:20
  108:5,7,15 144:12 169:4,16,18 231:7
  236:25 296:16 323:9 355:15,25

**long-running** 163:14

**long-term** 307:13 355:16

**longer** 82:25

**looked** 49:25 59:1 61:7 124:16
  189:23 231:11,15 232:17 235:6
  256:15 259:16 260:16 270:10 283:3,
  25 309:7,8 315:4 321:17 343:22

**loop** 175:1

**looped** 161:3

**lose** 44:1 303:6

**loss** 60:10

**losses** 297:2

**lost** 72:12 190:4 302:7

**lot** 44:9 52:17 86:2 97:24 98:3 108:19
  132:11 133:23 141:7 152:6 163:1
  164:24 172:9 224:17 236:4,9 246:5
  258:14 288:15 308:13 311:6 312:6
  314:7 327:11 333:20 340:22 345:6
  355:12

**lots** 114:22

**low** 149:17 151:1 161:14,22

**lower** 46:7 134:1 229:16 230:9 232:6
  249:4,10,23 250:12 251:25 252:10
  268:15 273:6 277:12 279:14 341:23
  351:5

**lowest** 150:18

**lows** 162:1

**lunch** 142:22 152:19 153:3,4

---

**M**

**Mac** 110:16 113:2 117:18 122:5

**machinations** 146:5

**made** 25:18 27:5 64:12 69:3,19 85:11
  88:2 148:3 158:13 160:16 172:10,14
  182:9 206:20 220:22 291:24 300:24
  322:20 325:20 342:19

**Mae** 110:16 113:2 117:18 122:4

**maintains** 233:11

**major** 73:19

**majority** 89:24

**make** 19:12 27:15 44:16 48:11,21
  52:6 55:4 59:3 61:16 65:21 77:11,14
  86:5 89:20 98:25 102:20 110:17
  111:6,9 114:4,5,11 118:25 119:21
  124:17 132:18 136:13 150:9 163:5,17
  168:9 176:4 197:2 216:20 219:11
  221:9 242:4 264:6 268:2 279:7
  294:10 298:21 302:9 307:12,15
  316:23 318:8 345:9 350:2 361:13

**makes** 151:16 197:24 198:22

**making** 35:19 36:20 39:15 55:2
  59:12 66:21 76:17 104:22 112:14
  137:5 141:10 148:1 172:7 237:11
  298:12,13,16 300:8 307:23 309:9
  347:15

**manage** 97:18 106:10

**managed** 124:16

**management** 67:12 73:6 329:16

**management's** 340:12

**manner** 121:8 154:15

**March** 81:3 135:24 136:8,9,16,25
  138:2 139:1 140:2,17 143:7 149:5,23
  150:8,17,19 151:10 154:12,24 155:9
  161:13,14 168:11 170:17,24 176:1,
  10,16 179:17 180:18,21 185:13
  187:15,17 188:6,9,15,17 201:1
  202:11 203:16,17,19 204:22 205:6
  207:15 208:23 209:5 216:17 225:12
  226:12,18,24 227:15 228:4,19 230:5,
  10 234:7,8,24 235:18 240:6 244:2
  247:5 249:18 250:3,9 262:6 265:8,9,
  11,12,13,14,25 270:5,23 271:6,8
  275:8,11 278:6 279:12,22,23 280:16,
  20 281:4,22 284:11,13,18 287:14
  290:19 295:11 310:7 311:1,22 313:6
  317:13 318:22 321:5 322:3,7,8,12,13,
  21 324:1 325:21 327:1,3 328:10
  329:17,19,24 330:2,13,20 331:1
  333:14 334:3,5,9,12 335:25 338:9
  341:5,23 343:7,15,16,17,18 345:1,19,
  21 349:18,21 350:2,4 351:13 360:15,
  17,19,24 361:1,5,9,19,21

**Mareskas** 282:10

**margin** 123:19,22 124:5 125:1,12,21
  126:3 133:7 211:21 226:16 228:6
  229:16 239:21 245:12 249:21,25
  251:24 252:2 255:8 262:24 266:17
  271:14 275:23 281:12 339:4 353:8,9,
  11

**margins** 129:7 132:14 134:6 240:17
  337:2 350:25 351:2,10

**Mariner** 189:7

**mark** 99:20 137:16 234:1 263:13
  281:16 361:13 362:7

**marked** 6:19 19:1 29:3,14 46:17 53:1
  59:2 81:14 91:1 105:4 130:15 135:22
  136:21 137:13,19 139:22 142:18
  149:13 153:11 159:4 170:6 173:4
  185:8 208:19 215:14 233:21 254:5
  265:3 271:2 275:5 281:19 284:3
  287:10 295:7 299:13 309:21 311:18
  315:14 319:16 338:5 352:9

**market** 24:2 35:24 39:5,12,22 46:5
  51:3 93:23 94:20 95:4,7 106:11,17
  112:21 120:7 121:16,24 122:1 123:1,
  8 129:4,18 133:23 134:13 136:9

Jay Farner December 04, 2023

152:11 157:13 159:17,18 163:24
192:24 193:5,6,18 194:4,14 196:5,18
198:9 207:12 211:10 214:13 221:11,
16,21 224:1,3,13 231:21 232:8
236:10,12,13,15 237:4,5,12 238:23
260:19 269:21 286:24 291:20 296:4
326:22 345:14 346:1 347:3,11 351:6,
8 353:21 354:3 356:17 358:13
361:15,16

**market's** 130:7

**marketing** 17:12 94:10 95:13,20
242:2

**marketplace** 98:4 239:6

**markets** 86:1 94:24 95:3,22 99:2,17
103:24 104:23 106:5,8,14 107:5,10
109:1 114:3 115:8,13 116:5 118:6
122:23 123:5 230:17 250:22 258:16
350:8 356:10

**marks** 12:10 109:10,14 140:5
152:15,23 208:2,6 263:16,21 344:16,
20 360:1,5

**match** 46:1

**material** 33:6 58:22 59:4,11,18 60:11
61:1,2,9,12,18,19 62:1,3,6,22,25 63:2
64:2,19 65:2,12 66:4,14 73:25 74:3,8,
15 75:4,15,20 76:6,14,17 77:2,17,18,
24 78:5,12,13,18,24 79:4,6,15 89:14
90:2,6,9,16 110:12 118:17 165:13,23
328:12 329:2 335:9

**materially** 232:6

**materials** 29:9 215:18,22 216:4,6,8,
10,21 217:1,5,7,15 218:21,25 221:5,
16,20,23 316:10

**math** 88:12 181:19

**Matt** 174:14 175:1,6,21 177:19
178:17 179:4 211:3 290:10 310:15,18
321:17,21 323:11

**Matt's** 176:9

**matter** 12:13 55:2 65:17 76:17 77:10
122:20 217:11 264:16 277:7 357:22

**matters** 77:7

**maximize** 106:16

**maximum** 181:5,12 184:21

**mayor** 299:21 302:11

**MBA** 86:1 128:7 213:15 224:20,23
238:22

**MBA's** 224:14

**Mccormick** 180:13

**meaning** 43:7 68:12 85:16 126:20

**meaningful** 77:10 78:6 124:22

**meanings** 182:24

**means** 41:9 58:12,18 102:4 110:9
294:25

**meant** 23:25 60:17,19,22 71:19
238:5

**measure** 133:1

**measured** 101:17

**measurement** 118:15 121:15
122:25

**measurements** 121:7

**measures** 119:2 133:7

**mechanically** 95:11

**mechanics** 168:17

**mechanism** 28:24 318:11

**media** 12:10 109:11,15 152:16,24
208:3,7 263:17,22 344:17,21 360:2,6
362:11

**median** 133:11,19

**medications** 15:9

**meet** 13:25 44:20 45:17 172:16,21
187:8,19

**meeting** 9:2,6,11 16:8 28:10 54:9,12
175:13,19,20 185:5,12,20 186:16,20,
23,25 187:4,7 188:8,14,15,20 189:3,
13,16 190:3,16 191:5,20 192:3,10
198:13,18 200:20,22,23,25 203:18,
20,24 204:4,6,12,18,21 205:6,9,15
207:1,4 208:16,21 209:2,4,13 210:2,
10,16,20,24 213:1,2,10 214:17 215:3,
12,19 216:11,17 219:25 220:4,7,23
221:6 330:16 343:18 360:17 361:1,22

**meetings** 16:5 30:13 142:7 206:4,6
209:11 210:1 216:24 217:5,8 218:25
219:3,8,10 234:13

**member** 64:13 68:2,5,14 179:9
210:25

**members** 54:19 55:13 56:1,8 57:7
66:17 67:13,23 69:21,23 70:11 71:1
73:5 106:9 186:3 189:2 219:23
220:13 329:15 343:2

**meme** 150:22 154:12 161:3 296:25

**memo** 319:21 320:20 327:25

**memorize** 273:25

**memory** 331:5

**mentioned** 99:16 114:17 174:8
206:5 294:2

**merged** 96:2,4

**mergers** 59:25 179:11

**mergers/acquisitions/banker**
142:9

**message** 7:2,19 8:2,5,8,12,15,18
10:8,11,14,19 46:14 130:13 136:19
139:20 142:16 153:9 159:2 170:4
172:19 284:1 287:8 295:5 309:19

**met** 15:14 314:17

**metric** 232:2 252:20

**metrics** 211:17 212:4,8,15 214:3,5,7,
11,18 222:19

**Michael** 12:23 14:2 199:1

**Michigan** 182:15

**mid** 285:12

**mid-2000s** 27:2

**mid-20s** 49:14 51:10 52:7 286:24

**mid-march** 300:11

**middle** 172:22

**million** 42:5 143:15 147:10 180:24
181:7 184:21 195:20 227:9 243:5
245:14 248:13,17 249:4 253:6,7
257:7,10,15 276:5,8,16,18 277:13,14
300:15,18,23 301:21 302:3,10,12
303:11,13 304:4,7 305:5,9 306:3
313:6 317:15

**mind** 27:15 129:19 147:25 164:5
166:11 299:8 344:4,6 361:20

**minimize** 143:22

**minor** 56:11 57:11

**minute** 102:15 203:20 269:8 288:24
327:14

**minutes** 9:2,6 109:6 157:11 158:11
185:5,11 187:2 196:4 197:20 198:19
200:10 206:9 207:14 208:16,21,25
221:10,21,24 222:16,21 224:22
264:20 325:18 344:11 359:25

**missed** 269:17 358:23 361:13

**missing** 116:6

**mission** 345:11 347:23

**misspoke** 56:24

**Misstates** 78:15 286:3

**misstating** 62:9,11

**mitigation** 106:12

**MNPI** 143:18

**model** 249:19 250:14 251:14 269:6

**models** 121:14,21 122:13,14,24 123:4,7,11

**modest** 132:18

**moment** 81:22 119:6 251:11 254:14 274:21 281:25 348:3 358:13

**Monday** 12:7 203:18 204:3 287:25 289:11 291:3 292:6 293:3 323:5,16 324:17,20

**money** 28:16 42:25 43:1 145:23 163:13 298:8 301:8,9,13,23,24 303:18 304:16,22 312:9 313:14 314:22 318:5

**month** 43:12 82:13 125:7 175:11 231:8 313:15 361:17

**months** 95:2 126:8 129:20 167:5 240:8 244:6 284:16 286:23 295:3 316:7 344:9

**Morgan** 29:18 31:23 38:16,21,22 39:15 40:10 41:4 49:23 50:2 54:18 144:15,17 145:9 147:9 285:24 323:17 325:16 326:12,13

**Morganroth** 13:9 139:10 254:1 280:25 290:1

**morning** 12:6 205:6 293:3 323:5,16 329:18

**mortgage** 17:9,10 20:10 42:24 44:7 89:6 92:12 93:3,7,13 94:8,22 95:7,16 98:1 99:4 100:16 104:3,5 108:16 110:22 120:8,9 131:11 132:12 133:2, 12,20 158:17 211:22 212:2 213:12 224:4,14,23 225:3 236:11 237:12 238:6

**mortgage-backed** 237:14 356:14

**mortgages** 43:12 88:7,25 89:19 90:5,9,15,20 101:20 113:12 122:2 133:8

**motion** 206:20 322:15

**motivated** 360:16,20

**motivation** 361:8

**move** 24:1 55:20 75:9 76:10 80:17 95:18 112:17 122:17,20 151:15 158:13 159:25 188:11 214:9 240:23 243:10 318:4,5 319:4 329:8

**moved** 20:14 158:4 207:10

**movement** 129:2 138:16 140:11 141:3 296:19 346:1

**movements** 106:20 151:23,24 152:2 354:21

**moving** 102:17 132:13,14,15 141:13 151:8 152:7 279:6 294:13

**MSR** 89:1,6

**MSRS** 88:1

**MTGEFNCL** 223:15

**multiple** 89:20 301:4 305:13

**Munger** 359:18

**N**

**named** 18:4

**names** 23:15

**narrative** 306:21

**narrow** 134:14 204:10 206:4 260:23 262:9

**Natasha** 282:13

**native** 29:19 91:5 92:18

**nature** 24:13 35:21 59:24 80:20 83:3 85:5 120:14,20 218:7

**navigating** 131:13

**necessarily** 46:22 140:21,23 151:7 175:19 231:11 348:19

**needed** 27:16 34:19 201:24 297:6 326:18 345:21

**needing** 326:14 327:2

**negative** 355:21

**Nelles** 13:7

**net** 52:3 83:18,20 87:10,13,19,20 88:1,8,22,24 89:3,10,14 93:10,11,18 116:17,18 120:10 128:14,16 146:21 227:5,13,24 229:9,11 248:1 249:9,21

250:1,11 251:25 252:3 285:5 294:19, 22

**Nevermind** 284:19

**news** 225:6 241:25 307:10

**nice** 13:25 188:1 278:19 313:24

**night** 143:22 159:18

**nine-plus** 244:6

**NMCMFUS** 223:14

**nodding** 14:20 19:16 147:8,11

**nominal** 13:15

**nonissue** 157:1

**nonpublic** 58:6,10,22 59:4 62:1,24 64:3,20 65:2,12 66:4,14 73:25 74:15 75:4,15,20 76:7,14 77:2,17,19,24 79:4,6,15 97:21 115:3 116:1 117:4 165:7,13,23 235:12 238:16 328:12

**nonrecurring** 118:19

**normal** 18:16 30:10 48:5 239:3

**normalization** 226:22 354:11

**north** 149:7 301:3

**note** 15:22 38:25 60:15 264:1 270:14, 18 357:1

**notice** 8:21 173:2,7,13,18 174:20,23 175:15 176:16 177:7 178:3 181:5,10, 25 183:8 184:4 187:19 188:10 189:11,21 190:8,13,14 191:6,17,22 192:4,18 193:2,14 194:8,18 195:9 197:2 198:3,19,21 199:10,25 200:3 201:2,3,6,9 203:7 210:6,11,17,19 211:1 274:10 321:25 322:2,12

**noticed** 291:21

**notified** 186:25 187:1

**notifying** 169:2

**Notwithstanding** 68:19 69:3,19 73:20

**November** 34:25 35:10 36:4 113:16

**nuances** 108:18

**number** 6:20 12:11 20:10 42:14 58:5 86:4 87:25 89:7,9,15 92:20 94:1,7 100:2 105:20 109:11,15,24 113:13 116:9 152:16,24 155:4 156:4 181:5, 12 183:22 184:21,23 192:20 194:10 195:2 197:14 198:5 208:3,7 238:1 240:12 244:1 249:2,13 252:23,24 253:3,6,9,10 258:11 260:11 261:18,

20 263:17,22 277:20,23 278:8 303:5 307:12,14 315:8 316:13 324:23 337:25 344:17,21 352:6 360:2,6 362:11

**numbers** 85:17 87:3,7 92:23 95:9,10 96:12,16 97:4,17,20 108:11,20 124:19 125:1,4 144:6 171:25 228:3 235:13,25 239:12,16 241:3 243:6 244:10 245:11,15,24 246:2 249:15 251:7,23 252:7,10,14,16 253:14 256:19 257:12 259:23 261:24 266:6, 20 268:11,12,14,17,19 269:13 270:15,20 272:4 276:24,25 358:24 359:1

**numerous** 177:15 345:23

**O**

**oath** 14:10

**object** 29:7 56:23 75:8 91:14 105:25 112:16 144:25

**objection** 18:20 22:22 23:21 24:19 31:8 32:6 33:12 34:3 35:13 37:10,16, 24 39:13 42:12 44:22 49:7 51:6 52:15 53:24 54:5,15 55:19 58:19 61:20 62:8,14 63:3,6 64:24 65:15 66:9,25 68:23 69:11 70:13 71:5 73:10 76:1,8 77:4 78:1,14,19 79:8 80:24 81:4 83:13 84:18 85:2,19,22 86:11 87:22 89:16 90:4,11,17 96:3,13 97:7,23 102:10 103:18 105:15 107:3 108:23 110:11 111:15 114:7,16 115:16 116:2 117:5,14 120:22 122:16 123:6 126:5, 19 128:24 130:9 131:19 132:8 133:21 135:12 138:13 139:5,15 145:11 147:14,18 150:2 151:12 152:4 156:15 157:16 162:15 164:19 165:8,14 166:4,14,25 169:5,20 171:10 174:7 176:3,17 177:9,14 178:4 183:4,12 184:25 186:1 188:11 190:20 191:8 192:7 193:8,19 196:7 197:4 198:1,25 200:5 203:25 211:2 213:5 214:9,20 215:4 217:9,17 218:14,23 220:24 221:25 225:19 229:2 231:1,17,23 232:15 236:17 238:18 239:14 240:23 241:4,18 242:16 244:12 252:4,12 257:23 258:25 259:11 261:8 262:21 273:23 279:18 286:2 289:19,23 290:7,20 301:1 302:6 303:15 304:5,9 305:12 306:4 307:7 313:10 314:20 317:24 319:1 321:14 325:24 329:25 330:18 333:16 334:24 339:20 340:16 341:10 342:1,22 343:9,19 345:2,22 346:7,25 348:13 349:14 350:1 351:7

356:6 358:21 359:13

**objections** 11:3 79:9 180:10 315:11, 23 317:10

**observable** 123:3

**observation** 262:5

**obtaining** 108:10

**OCCI** 139:2

**occur** 164:6 196:17 239:9

**occurred** 97:14 174:13 235:6 254:22 335:2

**occurring** 129:17

**occurs** 355:20

**October** 32:2 33:23,25 316:3,7

**odd** 229:18,25

**Oddly** 287:24

**offer** 52:13 100:14

**offering** 32:13 33:10,17 34:2 35:10 37:5,15,19 38:4,8 40:10,14,18 46:9, 12 47:2 52:14 60:4 138:12 139:13 140:19 141:23 144:2,23 145:7 146:3, 17,20

**offerings** 148:19

**officer** 17:12 21:21 68:13,16 103:20 177:18 218:3,6,10

**officers** 55:13 56:7 57:6 67:12

**official** 12:16 179:15 226:3

**one-five** 41:19

**one-third** 133:10

**one-year** 104:5

**open** 63:15,16 69:9 70:1,18 71:8 73:1,2,13 74:1,2,16,19,23 75:2,3,7, 13,18,24 76:3,5,19,25 77:20,23 79:18 136:8,14 137:6 149:17 150:7 161:22 162:7,9 170:23 225:5 321:20 322:22 325:22 326:10 349:24

**opened** 79:5 136:16 201:12 204:2 207:6,19 296:5 327:19

**opening** 74:24 75:22 112:17 122:17 136:4 191:24 192:5 200:11 206:6,12, 22 320:2,25

**operate** 43:2 65:22

**operating** 22:15,17 44:7 219:15 312:11,21 313:24 344:1

**operating-the-business** 213:25

**operation** 232:22

**operational** 84:17 85:1,4 96:11 313:7

**operations** 20:21 22:14 23:19 98:24 108:4

**opinion** 62:5 63:1 131:21

**opportunistic** 346:10

**opportunities** 70:18

**opportunity** 48:15 83:1 137:10 141:16 163:17 176:25 212:25 298:20 299:5 346:1,11,13 347:25 361:18

**opposed** 144:10,23 158:18 246:2

**opposite** 270:10

**option** 69:25 159:24

**options** 39:2 144:12 290:25 291:10

**oranges** 213:7

**order** 187:19 188:9 328:10 329:10

**ordinary** 306:25

**org** 6:21 18:25

**organization** 163:15 231:7 249:17 251:3 307:14 348:7 354:23 355:17,23

**organizational** 19:5 20:3,4 27:25

**organizations** 20:10

**original** 42:4,14 50:21,23

**originate** 87:25 94:8,21 101:22 103:19 212:2

**originated** 135:6

**originating** 90:19 98:1 102:12

**origination** 92:12 93:4,7,12 98:11, 15 100:16 103:6

**originators** 133:2

**outlay** 306:1

**outline** 88:15

**Outlook** 127:18 336:20,23 350:21 351:1

**outperform** 269:22

**outperformed** 134:7

**outperforming** 257:21

**overview** 9:10 211:9 215:11,19 216:19 224:1 299:23

**owned**  26:10 41:7

**ownership**  22:16 302:16 307:14

**owning**  172:13

**owns**  332:14

---

**P**

**p.m.**  109:12,16 140:3 143:8 148:9 152:18,25 157:9 204:22,23 208:4,9 263:18,24 288:18,24 289:3 293:9 323:3 324:14,19 344:22 362:13

**package**  7:11 81:12 82:22

**pages**  33:8 37:11 116:8 221:19 258:21 262:16 277:25 293:25

**paid**  52:18 145:22 229:5

**paired**  181:6,7,13,15 183:25 184:10, 21 195:5,16

**pandemic**  25:23,24 26:4,7 48:6 237:2 314:3

**paper**  218:19 228:8 230:2 238:19 239:5,15 240:6 241:12 242:17,20 243:2 249:12 251:7 252:7 257:16 266:10 267:2 274:16 280:4 309:8

**paperwork**  22:7 24:12,15 190:4 238:5 278:20

**paragraph**  55:10 58:4,5 59:10 63:25 68:18,20,24 69:2,8 72:1,16 73:20 75:25 101:5 106:5 116:15 118:13 121:9 125:11 131:8 132:24 134:10 182:4,6 183:3,18 189:12,14 190:13 191:17 192:17 194:7,23 195:15 199:14 200:11 205:2,3 206:18 211:10 221:12 260:16,18 306:22 308:3 316:19 317:6 320:12 321:3 329:9

**paragraphs**  59:17 60:17 121:6

**Parity**  41:25 50:8,15,25

**part**  38:24 40:24 82:24 158:3 171:14 173:21 178:6,23 185:2,3,22 187:10 197:8 232:18 288:3 356:17

**participant**  121:16,25 123:1

**participate**  185:1 193:10 214:23 294:2

**participated**  53:20 175:22 189:3 211:4 217:11,18,19 308:14

**participating**  53:25 177:21 186:2 288:7

**parties**  64:4,7,19 67:13 85:24 108:2, 10 114:24 193:21,25 196:15,21

**Parties'**  56:21 57:22

**partner**  56:15 57:15 60:11 85:3 124:15 236:5

**partnerships**  56:14 57:14

**party**  123:16 182:21

**passing**  142:12

**past**  27:14 254:18 286:6

**path**  305:2

**Paul**  53:19 65:21 79:14 203:14 205:25 289:13

**pay**  52:5 98:16 146:6 292:11 302:17, 25 356:23

**paying**  158:20 179:8

**payment**  302:23

**payroll**  179:8

**PAYS'**  303:1

**pending**  14:24 74:4 308:22

**penultimate**  105:20 106:5 116:15

**people**  28:11 44:14 45:22 54:19 95:12,16 112:1 114:20 123:8 130:1 134:4,8,23 135:15 146:9 149:2 158:24 163:4,17 164:8,23 165:20 206:1 207:13 217:10,19 223:1 224:9, 11,17 233:2 237:2 266:21 286:6 291:19 298:25 299:1,2 301:15 302:16 303:10 307:10,23 309:10 355:9 356:22

**per-share**  145:8

**perceive**  353:21 354:3

**percent**  26:20 83:17,19,21 87:19 88:4,17 89:10,12 94:14,15 103:4,5 125:14,23 127:25 128:1,18,19 129:8, 10 133:9 134:15,18 211:23 224:20,23 227:10,20,25 229:16 230:14 235:4 241:10,15,16 242:13,14 245:13,21 246:11,20 247:8,10,13,17 255:17 256:3,15,19,24 257:1 262:12 266:9 267:4,20,22 271:15 272:24 273:3 275:22 276:1 281:12 283:13,14,15 337:3,5 339:6 351:2,15,16

**percentage**  26:18 110:18 129:3

**perception**  355:9,24

**percipient**  66:10

**perfect**  102:6 152:14

**perform**  231:22 344:2

**performance**  49:13 132:10 172:5 251:18 262:18 339:18 340:13 354:23 357:14

**performed**  114:1

**performing**  258:23 350:6,14

**period**  25:13 27:1 59:20 94:23 107:21 108:3 118:2 127:3,11 140:24 141:5 144:13 219:22 220:16 226:4 236:25 264:22 296:16 297:5 314:3 355:21

**periods**  35:25

**permissible**  67:16

**person**  64:9 78:23 173:20 246:1

**personal**  124:13

**personally**  179:3 258:9 282:2 350:5

**Personnel**  56:14,16,17,20 57:14,16, 17,20 58:1 64:4,7,18 65:11 66:2,6 75:5 76:4 77:22 79:2

**Personnel'**  56:9 57:8

**Personnel's**  56:11,13 57:11,13

**persons**  67:18

**perspective**  98:23 206:2 213:25 231:5

**pertaining**  203:1

**Pete**  282:10 353:3

**phone**  43:24 86:4 168:8

**phrase**  199:24 200:2

**physically**  209:7,8,12

**piece**  191:1 218:19 228:8 230:2 238:19 239:4,15 240:5 241:12 242:17,20 249:12 251:7 252:7 257:16

**pieces**  85:24

**pipeline**  95:24 114:12

**Piper**  133:14

**place**  42:22 66:16 160:10,20 161:4 164:25 176:24 187:5 203:6 209:4 219:20 220:14,15 276:22 280:10 298:17 318:22 324:18

**placement**  161:6

**plaintiffs**  12:24 13:1 14:3

Jay Farner

December 04, 2023

**Plaintiffs'** 11:3 315:11,24

**plan** 64:13,14 69:5,21 171:3,5,9 302:17 305:5

**planes** 237:8

**planned** 60:4 304:3

**planning** 18:15 310:18 332:17

**plans** 59:23 300:22 302:3,12,24 303:13,16,17,22 305:8,20,25

**platform** 48:23 84:6,11,13,15,16,17, 20 85:15,23 124:11 269:20 354:17

**play** 307:2

**pleasant** 315:18

**plugging** 251:6 266:22

**PMI** 111:20

**pods** 96:22

**point** 17:11 58:25 67:22 75:17 85:8 93:17 95:5 96:14 98:6,11 99:5 100:8 101:11 134:25 137:11 150:6,12 164:11 187:23 202:2 221:4 229:23 230:14 250:15 268:21 274:17 277:17 278:24 290:8 291:13 293:7 294:19 297:18 302:20 305:7 306:25 335:5 336:23 339:3 341:17 350:23 353:12

**pointed** 65:17 71:7 164:7

**pointing** 32:24 35:2 55:25 137:5 163:16 238:8 278:19

**points** 72:15 83:24 93:15 98:12,17 102:17 107:14 112:2,3 125:13,22 129:10 237:17 268:22,25 273:8,15 277:8 337:5 339:5 354:13

**policy** 7:7 52:24 53:5,12,14,23 54:1, 3,11 55:6 56:6,10 57:5,10 60:7 64:17 67:8 69:9 76:4 77:21

**pooling** 106:10

**popular** 34:8

**portal** 220:23 221:2

**portion** 20:14 48:12 163:9 169:10 301:8,23 318:14

**position** 21:8,12,24 22:3 25:8 201:24 218:2,5 359:14

**positioned** 47:17

**positions** 327:3

**positive** 131:17 132:7 138:16 149:9 356:23

**positively** 359:18

**positives** 132:9

**possession** 64:2,19 65:11 66:3 75:4 76:6 77:1,24 79:3

**possessive** 57:1

**possibility** 30:9 82:14 244:4

**possibly** 303:6

**post** 47:3 51:4 219:21

**post-pandemic** 48:17

**postwork** 169:13

**potential** 159:24 309:25 355:5 356:2

**potentially** 331:13

**poverty** 302:23,24

**power** 84:5

**PR** 231:3 298:21 299:4

**practice** 38:14 216:23 219:18

**predicated** 40:22

**predict** 126:14 237:11 248:25 251:10 253:20 274:4 337:18 347:4,6 348:18

**predicting** 234:24

**predictions** 129:1 250:25 279:8

**prefatory** 188:12 214:10

**prefer** 179:24

**preliminary** 59:24

**premium** 93:19

**prep** 157:2

**preparation** 16:1,10 31:7,13 316:10

**prepare** 15:12 217:1,5 219:18

**prepared** 16:6 217:23 218:21,24 235:8

**preparing** 30:6 217:7,15

**present** 5:3 16:1 163:6 192:14 209:6, 8,12

**presentation** 9:10 29:18 32:25 38:24 215:11,18 222:10 228:10 305:15

**presentations** 191:12 217:13 219:11,12

**presented** 41:4 219:13 360:16,25 361:21

**presenting** 214:19 303:17

**presently** 21:8,24

**presents** 82:21

**press** 240:17 306:24

**pressing** 301:5

**pressure** 47:9 255:20 327:11

**pretty** 27:10 46:4 83:11 131:17 140:25 150:21 151:19,24 174:14 199:18 248:21 285:8 302:17 341:1 345:12

**prevent** 15:6 164:17 348:9

**prevented** 166:12

**previous** 22:18 126:25 174:4 210:2 212:6,16 238:1 244:10 246:24 267:23 286:22 290:9 293:24 311:7

**previously** 18:5 31:11 59:7 230:16 285:23

**prework** 169:12

**price** 32:17 35:21 36:4 38:19 40:2 45:3 46:6 47:3 49:3,14,15 50:24 51:3, 9 52:3 82:14,18 83:2 101:21 112:22 140:10 142:13 143:17,23 144:19 146:23 148:1,23 149:1,10,18,24 150:13 157:10,11 158:10,15,16,17,18 159:15,21 160:9 162:24 163:22 164:12,14 165:22 171:3,12,17 172:13 173:25 176:6,21,25 192:23 193:6,17 194:4,13 196:5,17,24 197:3,25 198:8, 23 199:9,21,24 200:2,7 201:18 207:7 284:24 292:1 293:7 294:18,25 295:1 326:19 327:8 344:7 347:5 348:1,4 350:9,12 354:21 355:6,10 356:2,18 358:18 359:12 361:15

**prices** 51:3 120:7 152:7

**pricing** 158:4 325:5

**primarily** 93:8

**primary** 35:23 223:10

**primary-secondary** 211:20

**principal** 93:20

**print** 280:4

**printed** 149:16,21 150:3 233:10

**prior** 18:14 26:15 55:21 81:2 82:13, 19 138:10 140:13 141:20 157:10 162:5 166:13,23 167:11 168:2 174:20 176:1 181:10 187:15,17 188:6 200:20,22,25 201:14 202:6,11 203:23

205:7 210:10,15,16,24 212:25 213:2 217:2 219:1,10 220:23 245:11 256:16,20 257:18 267:12,21 276:13 277:18 353:18,24,25

**private** 32:22 34:6,12 35:20 52:4 83:3 86:9 142:1 143:16 144:4,7 147:1 161:6 292:12 308:9

**privilege** 31:1 155:23 156:5 200:19 332:14,15

**privileged** 202:20 293:17 331:14 333:2 342:15

**probability** 101:24 103:14,25 104:4, 8,11 110:5 116:22 120:12

**problem** 44:6 113:10

**proceeding** 362:14

**PROCEEDINGS** 12:4

**proceeds** 28:14 37:22 39:23 146:21 314:18 316:22 317:13,19 318:21

**process** 23:24 26:8 30:10 32:13 33:3,10 44:25 45:1,9,21 48:4,6 61:16 65:1,20 74:19 75:13,14,19 79:12,22 80:17 82:25 94:21 100:17 106:13 137:11 140:23 145:22 174:25 176:9, 13,14,19,22 177:3,6 185:2 187:10,22 202:1,3 203:13,15 323:13 329:6 331:25

**processes** 62:17 63:19 66:15 320:23

**Procter** 13:15

**produced** 19:5 29:15,18 46:20 53:6 81:18 91:6 92:23 130:18,19 135:25 137:14,15 139:25 143:2 153:15 159:7 170:9 173:8 185:13 208:24 215:19 216:13 234:5 249:13 254:9 260:8 265:9 271:6 275:9 281:23 284:6 287:14 295:10 299:16 310:6,7 311:22 319:19 338:10 352:15

**production** 238:25 250:19

**profitability** 51:12 92:13 93:4

**program** 63:11 106:18

**programs** 95:20 303:1

**prohibited** 64:5,20 75:5 76:5 77:22

**prohibition** 73:23 74:13

**project** 128:8

**projecting** 130:1 232:7

**projection** 128:23 224:9 229:11

**projections** 59:21 61:3 129:15 224:13 232:6 239:8 252:6 262:15 279:7

**prompted** 140:8 328:12

**promulgated** 195:22

**pronoun** 104:21

**proper** 61:7,16 62:3,17 167:2 288:7

**properly** 47:18 65:23 70:18 74:23 95:24 114:12 204:7 290:22

**proposals** 59:22

**proprietary** 98:5 106:15,24 107:10, 12 108:21,22

**prospectus** 7:17 105:3,8,12,16

**protect** 106:18

**protected** 102:22

**provide** 97:13 331:9,13 332:6,8

**provided** 143:17 155:2 183:10 209:24 214:6 314:16 332:19,20 335:15 339:10 340:12,21 341:2 343:7,17

**providers** 107:16

**providing** 126:1 288:21,24 289:4,7 292:14,22 331:16 334:21 339:16 340:7 341:19

**provision** 58:9 99:6,9 239:22

**PTE'** 302:25

**public** 20:13,16 23:24 24:2 25:15 26:13 28:18 30:10 31:25 32:9,19,20, 21 33:1 37:21 53:12,17 54:25 70:3 76:16 85:15,25 86:6,14 97:22,25 98:8 105:17 114:15,18 115:15 117:3,8 118:7 143:17 144:19 163:1 167:5 219:4,7,9 223:5 235:14 238:20 239:17 297:24 305:3 306:13,15 345:7 356:18 357:24 358:14 361:11

**public-at-large** 58:14

**publicly** 213:10 223:20 232:7 239:13

**publish** 122:9

**published** 117:7,11,23 235:21,25 236:6 239:5,12 346:6

**pull** 103:4,6 104:19 160:5 169:17 233:14 288:6 323:20,23

**pull-through** 101:24 103:3,14 104:6

106:16 107:2,7 110:5 112:10,12,15, 23 113:19,25 114:5 115:3,12 116:19 117:3,12 120:13,15,20 122:7

**pull-throughs** 111:10

**pulled** 82:4

**pulling** 113:2 258:16

**pumped** 276:19

**purchase** 37:14,22 38:3 63:11 71:2 211:25 225:3

**purchases** 60:1

**purchasing** 39:10 155:10

**purpose** 55:9 163:13 189:12 191:4, 20,25 192:3

**purposes** 80:8 163:8 187:9,13 317:21

**pursuant** 171:8 183:8

**push** 159:25 286:5

**pushed** 20:14

**pushing** 149:9 151:22

**put** 26:3 39:22 46:5 47:9 51:18,19 66:16 71:13 90:21 91:24 96:10,16 97:17 155:20 217:20 220:14,15,18 224:17 234:22 241:11 245:23,24 248:7 249:13 274:16 355:1

**putting** 28:17 34:18 97:19 123:4 219:6 236:22 274:24 298:8 308:3 309:4 322:15 333:23 358:9

**pyramid** 305:18

---

**Q**

**Q1** 127:23 211:24 212:6,17 213:21 215:19 216:10 224:24 228:11 229:20 239:25 240:7 241:15 243:23,25 246:9,12,19 255:6,9 256:14,23 257:6, 13 258:1 259:1 263:8 266:8 267:1,19 268:5 269:14 271:12,13 272:15,21 273:3 275:21 276:4,12,25 279:21 335:4 339:25 340:21 349:8,10,12 350:13 351:13,15,21 352:2 353:8,13 356:21

**Q1-2021** 9:11 215:12

**Q1/q2** 271:17

**Q2** 234:25 240:10 241:15 255:12,22 266:14 281:11 283:4,7 351:19,22 353:7,11

Confidential

Jay Farner · December 04, 2023

**Q3**  234:25 240:13,20 255:17,23 266:18 267:1

**Q4**  211:24 224:24 235:1 240:14,21 255:25 267:1 335:1,18,20 336:4,11 339:23

**quarter**  70:6,9 72:10,20 83:8,12 84:4 87:3,6,8,18 88:5 125:2,9 126:3,12,16, 17,25 127:9,13,18 128:2,20 129:11, 21,25 130:8 131:3 134:8,16 135:1,7, 10 235:22 240:3 241:17 242:14,15, 22,25 243:1 249:22 254:21 257:19 259:9,15 260:24 262:10 265:16,23 267:9 269:21 272:2 273:17 276:17 277:11,13 279:16 334:7,10,14,17,22 335:7,13,15 336:20,23 337:6,10,15, 16 338:9,25 339:11,15,19,24 340:7,8, 15 341:3,7,9,21,22,25 346:5,22 348:11,16 349:7,23 350:19,20 351:1 352:1 353:19,21 354:1,3,5 355:7 356:3,4 357:16,17,18,21,22 358:2

**quarter-over-quarter**  133:5

**quarterly**  70:4 87:20 127:8 234:19 254:25 267:8 271:13 275:19 358:7

**quarters**  235:17 343:4

**queasy**  132:18

**question**  14:24 30:3,18 31:3 36:11 62:13,16 67:2 68:7,8 75:11 76:12,24 81:24 113:21 122:18 123:24 124:9 140:4 155:16,19 156:17 162:21 165:11 167:17,20,22,23,25 168:7 180:1,4 181:4 192:14 198:11,14 204:7 215:24 250:7 289:10 290:21 293:16 308:21 318:2 319:11 331:12, 15 351:12 357:7

**questioning**  14:12 15:3

**questions**  14:13 30:5 54:21 86:23 131:24 162:25 202:19 270:15,19 280:4 297:16 316:18,23 329:10 332:1,25 357:3,4 360:9,14

**quick**  154:19 293:10 320:15

**Quicken**  17:6,14 312:12

**quicker**  277:5 352:1

**quickly**  115:22 270:22 326:16 327:7

**quietly**  143:14

**quorum**  189:4

**quote**  84:2 193:15,17 200:3 306:19 325:16

**quoted**  295:23

**quotes**  292:5 323:4,16 324:16

---

**R**

**raise**  28:22 34:1 42:15 147:6 287:2 303:24 313:22 361:11

**raising**  54:20

**rallying**  237:5

**ran**  324:6

**range**  46:6 49:19 130:4 134:14 229:22 260:23 262:9,23 263:9 285:11,16 296:15 312:1 326:20 344:7 348:5

**ranges**  127:22 268:24 341:1

**rate**  94:15,24 100:5,7,11,14 102:13 104:5 106:16,17,19 115:5,14 128:14, 16 129:2 229:9,11 239:20,21 242:10 245:12 249:20,24 250:10 251:23 252:2,14 255:7,21 266:17 271:14 275:23 281:12 341:17

**rates**  94:11 95:14 107:2,7 110:19 132:13,19 133:24 134:5 237:5 238:2 239:1 240:17 247:19 351:25 354:11

**ratings**  60:9

**ratio**  113:6

**RBC**  292:5 323:4 324:16 325:4

**RCF_GFF_00000238**  10:18 299:12, 16

**RCI**  20:19 38:12

**reach**  55:3 56:2 61:15 62:16 63:9,22 65:3 66:17 76:21 116:23 138:6 303:2

**reached**  63:13 139:2 350:9

**react**  63:21 237:19

**reacts**  288:1

**read**  57:3 69:12,15 74:11 119:20,22 121:9 131:20,21,25 134:11 181:24 182:1 183:1 184:16 193:9 194:6,7 197:14 221:12 308:20 315:20 316:17 317:11 320:11 324:9,22

**reading**  100:9,10 101:15 112:19,20 119:5 131:2,5 144:3,14,16 170:12 183:13 191:11 196:22 198:2,15 199:3,4 204:18 213:15 243:18 308:24 310:17 330:24

**reads**  73:22 131:9 317:8

**ready**  82:21 119:11 132:3 153:25 154:14 160:5,17,18,21 178:22 288:6 327:9

**real**  44:10 240:9 248:23 260:4

**realistic**  340:13

**reality**  251:4 280:5

**reason**  166:23 167:10 168:1,20 176:6 177:19 190:25 278:14 287:1 289:6,9 341:14 345:20 346:4 349:11, 21 350:10

**reasonable**  59:11 339:15

**reasons**  113:23 168:3 191:2 358:14

**recall**  28:8 33:14 35:14,15 38:22 40:21 46:22 47:23 51:22 52:1,8,10,19 53:25 54:9,12 91:10 131:2,5 139:16 140:18,21 141:21 148:4 177:23 178:18 179:3,7 183:5,13 188:13,17 201:7 203:22 205:5,15,21,23 210:14, 18 218:7 219:5 224:19 237:4,7,8 299:21 305:17,25 306:6 331:16 337:9 343:11 352:21 356:7

**recalled**  206:3

**receive**  28:13 233:7

**received**  51:3 93:19 162:25 202:20 316:22

**receiving**  201:22 207:10,11 356:10, 11

**recent**  110:21 111:22 211:15 222:17 328:7

**recently**  185:18

**recess**  109:13 152:19 208:5 263:20 344:19 360:4

**Recession**  43:18

**recognize**  95:6

**recognized**  116:17

**recollect**  25:22

**recollection**  16:21 30:15 31:5,14,17 92:1 130:6 216:15 343:10

**recommend**  171:25

**recommendation**  40:11 172:15

**recommended**  171:21

**record**  12:8,20 15:23 29:14 30:25 31:15 46:19 53:4 60:16 71:14 105:25

---

Confidential                                  Jay Farner                        December 04, 2023

109:12,17 130:18 152:17 153:1,14
172:6 197:15 208:4,8 263:19,23
264:20 270:14,18 280:10 324:23
344:12,18,23 347:11 360:3,7 362:13

**record-breaking** 84:3

**recorded** 118:16

**recording** 118:18

**recoup** 43:1

**recurring** 118:16

**recusal** 190:22

**recused** 189:15 190:15

**redacted** 155:22 156:4 200:18
292:23 294:5 328:20 329:1

**redaction** 156:14,18

**Reddit/wallstreetbets** 155:25

**redirect** 362:2

**reduction** 227:5

**reengaged** 26:8

**refamiliarize** 184:17

**refer** 19:9,15,24 29:23 224:22

**reference** 32:8 166:6 182:9 221:9
295:19

**referenced** 49:11 119:15 154:11
194:3 203:9 221:20,24

**references** 124:9

**referencing** 43:20 47:14 49:1,10,17
50:19 73:11 96:8 162:22 215:6
252:17 342:24,25

**referred** 49:3 58:11 122:15 183:2
222:21 305:7

**referring** 19:10 112:9 184:11 207:4
252:21

**refers** 33:9 36:17 42:4 113:21 124:5
144:18 170:22

**refinance** 211:24 224:24

**refined** 84:6

**reflect** 222:16 339:17

**reflected** 149:24 340:12

**reflects** 28:1 34:23 149:17,23 222:11
224:25 291:9

**refresh** 16:21 30:15 31:4

**refreshed** 31:14,16

**regard** 105:10

**regular** 142:6 213:17

**regularly** 230:24

**regulation** 117:16

**regulations** 55:15

**reinforce** 148:20

**reinforcing** 163:11

**reiterating** 285:22

**related** 56:21 57:21 64:4,7,18 67:13
93:12 302:25

**relates** 329:2,5

**relating** 16:15,22 31:5 66:23 309:5
331:10

**relation** 82:11

**relations** 232:18 256:9,23 257:4,13,
25 258:20 268:1,4,14,19 269:15
270:1,5 306:14,15

**relationship** 20:4

**relative** 146:22

**release** 70:3 81:25 259:10,15 306:24
328:8 336:1,5,16 338:8 340:9 346:22
348:10,25 349:12 350:19 353:18
354:1,6 356:5,21 359:10

**released** 97:22 137:2 265:17,24
348:16 349:23 353:22

**releases** 334:23

**relevancy** 231:5

**relevant** 97:15 124:19 165:19 231:9
232:22 249:16 355:22

**relevantly** 253:4

**reliable** 278:22

**relied** 66:15 168:15

**rely** 43:14 66:23 167:6 168:16 169:9
244:5 248:19 258:8 259:3 280:13

**relying** 213:24 214:23 238:4

**remain** 163:6

**remained** 17:19 73:13

**remaining** 303:13

**remains** 317:14

**remark** 75:10 76:11 112:18 122:18

188:12 214:10

**remarkable** 216:19

**remarks** 354:16

**remember** 25:7,21 26:1 36:3 40:25
117:19 141:17 157:20 166:8 167:4
175:19 186:21 188:2,4,19 201:18,20
202:9,14 270:11 282:11 291:22 330:6
331:6,18 335:20 342:5

**remind** 55:6

**reopen** 202:1

**reopened** 201:21 207:9

**rep** 143:18

**repeating** 340:4

**rephrase** 14:14 31:3 67:4 165:11
250:6 268:16

**replaced** 18:2

**report** 7:3,19 8:2,5,8,12,15,18 10:8,
11,14,19 46:15 96:15 130:13 136:19
139:20 142:16 153:9 159:2 170:4
210:5 234:3 250:10 251:14 261:7
262:17 265:8,15 280:16 284:1 287:8
295:5 309:19 311:25 341:19

**reported** 83:11 87:3 125:1 127:5
133:5,18 136:12

**reporter** 63:23 98:18 125:17 245:4
286:20 308:6 337:25 338:2 352:12

**reporters** 15:5

**reporting** 87:9 108:14 126:21 127:4

**reports** 253:15 254:18 273:22
283:23 312:4 333:15,18 341:7,12,22,
24 342:6 358:15 360:21 361:6,23

**represent** 12:20 17:1 128:18 149:20

**representation** 264:9

**represented** 36:5 87:19 196:3,4

**representing** 289:18

**represents** 83:23 93:19 161:23

**reprice** 157:14

**repurchase** 36:18 37:5,7 38:4 39:3,
6,10 40:15 239:22

**repurchases** 171:8

**repurchasing** 39:12 41:12

**request** 191:21 320:5,10 322:20
325:20 327:22 328:2,6,11,24 329:17,

Confidential                    Jay Farner[13]December 04, 2023

19,23 330:13,15,21 331:10

**Request'** 321:10

**requested** 104:12 321:8 322:10

**requests** 332:22

**require** 264:17 306:1

**required** 28:3 44:11 168:12

**reserve** 264:13

**reserves** 60:4 99:7,10

**residents** 300:9 302:23 305:6

**resign** 17:25

**resignation** 18:12,14,18

**resigned** 21:16,17

**respect** 111:14 121:22

**respond** 160:4 291:2 332:24 340:6

**responded** 288:23 290:22

**responds** 288:1 290:24

**response** 130:7,11 167:18 316:12, 17

**Responses** 11:2 315:10,23

**responsibilities** 24:16,17

**responsibility** 216:25 217:4,6

**responsible** 96:25 107:1 128:22 129:14 217:3,14

**rest** 155:20

**restricted** 312:11

**restrictions** 56:9 57:9 67:11,15

**result** 116:23 353:23

**resulting** 211:20

**results** 44:19 70:4 83:12 84:4 127:5 135:10 227:4 235:22,25 265:16,23 273:18 279:16 335:13,16,19 337:10 339:25 346:5 349:23 350:18 353:19

**retail** 84:16,25 85:3 151:21 152:7 359:16

**retain** 289:16 290:16

**retention** 94:15

**retrieve** 80:5

**return** 239:3

**revealing** 293:21

**revenue** 83:16 87:10,13 88:5,7,8,24 89:14,19,21,24 90:6,14 93:8 94:17 95:6,21 225:9,17 226:10 227:5,14,18, 24 230:9 242:3,19,21 245:8,9,13 248:10,11,17,22 249:3,21,25 250:11 251:24 252:2 257:5 267:6 269:13 274:6,8,10,11 276:3,15 277:9 278:6 279:13 314:5 347:2 351:16 358:23

**revenue's** 89:10

**revenues** 59:19,22 61:4 87:20 272:9 334:13 357:13 358:6,7

**review** 16:11,14 36:25 81:23 173:10 215:23 254:15 282:1 287:18 320:13 335:17

**reviewed** 16:21 212:3,8,14 214:3 234:14 335:1,18

**reviewing** 33:19 209:16

**revised** 212:4,5,14,16,22 213:3 214:3,4,7,18 225:12 226:12,18 227:15 228:11 230:5,10 343:6,16

**revision** 226:25

**RHI** 17:2 19:15,20 20:20,21 21:3,5,9, 12 22:20 23:5,8,10 24:24 25:1,5 26:10,16,22 28:1,3,16,19,20 37:14,22 39:21 40:16,19 41:7,13 44:3,4 63:13 66:22 80:12 141:22 142:1 159:15 163:22 164:17 166:12,23 167:10 168:1 173:14 174:12 175:14 178:10 179:5 181:17 189:17,21 190:1,7,10, 17 192:20 193:23 194:10 198:5 199:19 205:10,16 206:23 289:16 290:2,5,10 301:7 304:18 310:22 312:15,17,20,21,25 313:1,5 314:18, 23 316:22 318:13 322:10 325:20 343:15 344:25 345:20 346:4,21 348:9 349:11,22

**RHI'** 321:6

**RHI's** 206:2 210:6 317:14

**ride** 145:19

**rights** 89:7 264:13

**ring** 23:15

**rise** 211:16 222:17

**rising** 211:18 238:3

**risk** 106:12 328:11

**Rizik** 173:15,17 175:15 176:15 177:11 178:2,13,20 189:7,15,20 190:1,7,15 211:3 290:10 310:15 321:18 322:16

**RKT** 20:5 21:19,25 22:3 23:20 24:6, 16 47:17 149:18 159:13,15 163:20,22 181:18 182:14 225:16 227:18 228:19 243:21 247:9,16 248:16 249:3,10 250:12 251:21 253:17 254:24 256:8, 13 257:5 258:19 268:17 270:3 271:12 272:14 273:13,21 274:23 275:18 276:12 277:1,10 279:14 281:10 283:15 284:23 297:25

**roadshow** 143:14 147:1

**Robinhood** 151:21

**robust** 302:17 305:21

**Rock** 11:5 13:5,10 17:7,14 19:14 20:5,8,13 22:13,14 23:6 24:11 177:18 191:23 280:16 290:14,16 300:5 315:13,25 321:6 353:17

**rocket** 5:4 7:6,14,18 12:13 13:13,16 17:15,20 19:9,10,11,20 20:6,10,11,18 21:16 22:11 24:8,10,18 25:3,6,9,11, 15 26:11,14 28:13,21 31:24 36:18 37:8,14,15,20 39:6,12,25 40:13,15, 18,24 41:5,8,10 44:5 52:23 53:6 54:4, 10 56:8,11,13,14,16,17,19 57:7,11, 13,14,16,17,20,25 64:3,6,18 65:10 66:2,6 75:5 76:4 77:21 79:2 80:13 84:3,8,13,14,16 85:17 87:9 90:8,14, 24 91:5,11,22 95:10 105:4,9,13 112:15 113:1 115:4 117:4,13 123:12 124:10 126:2 127:10 131:12,18 132:7 133:3 134:13 140:20 149:18 166:13, 24 168:2 179:10 182:13 202:17 205:10,12 208:23 212:2,9 214:8 217:1,15 218:21 230:24 231:22 232:11 249:19 253:16 257:19 258:22 259:2,8 260:8,22 262:8,16 273:6 278:2 289:22 290:17 293:19 300:7 304:11 314:16 317:23 318:24 332:13 334:5 339:15 340:11,12 347:18 349:16,17,22 356:2 360:24 361:4

**Rocket's** 83:8 89:15 90:2,10,16 133:10,17 146:22 167:12 168:3 229:10 231:20 232:5,13 234:18,23 241:14,19 259:6 262:18 334:13,17,20 337:9 341:5 342:16 348:10

**Rocket-affiliated** 23:7

**ROCKET00097521** 310:7

**ROCKET_DELAWARE** 325:2

**ROCKET_DELAWARE00000105** 9:19 254:5,10

**ROCKET_DELAWARE00025525** 9:25 271:2,7

Confidential                              Jay Farner                December 04, 2023

**ROCKET_DELAWARE00025527**
9:22 265:3,10

**ROCKET_DELAWARE00025566**
9:16 233:21 234:6

**ROCKET_DELAWARE00025617**
10:4 275:5,9

**ROCKET_DELAWARE00025952**
10:24 311:18,23

**ROCKET_DELAWARE00026190**
10:7 281:19,23

**ROCKET_DELAWARE00033686**
6:25 29:3,16

**ROCKET_DELAWARE00035487**
7:16 91:1,7

**ROCKET_DELAWARE00035794**
7:21 130:15,20 260:9

**ROCKET_DELAWARE00035894**
7:5 46:16,20

**ROCKET_DELAWARE00035896**
8:20 170:6,10

**ROCKET_DELAWARE00036528**
11:12 352:9,15

**ROCKET_DELAWARE00037523**
6:22 19:1

**ROCKET_DELAWARE00037803**
8:23 173:4,8

**ROCKET_DELAWARE00064847**
7:9 53:1,7

**ROCKET_DELAWARE00065027**
9:5 185:8,14

**ROCKET_DELAWARE00065031**
9:9 208:18,24

**ROCKET_DELAWARE00070799**
7:23 135:21 136:1

**ROCKET_DELAWARE00075416**
11:10 338:4,11

**ROCKET_DELAWARE00076347**
11:8 319:15,20

**ROCKET_DELAWARE00078375**
7:13 81:14,19

**ROCKET_DELAWARE00086838**
9:13 215:14,20

**ROCKET_DELAWARE00097448**
8:14 153:11

**ROCKET_DELAWARE00097449**

153:16

**ROCKET_DELAWARE00097521**
10:21 309:21

**ROCKET_DELAWARE00097655**
10:16 295:7,11

**ROCKET_DELAWARE00097659**
10:10 284:3,7

**ROCKET_DELAWARE00097663**
8:17 159:4,8

**ROCKET_DELAWARE00097669**
8:7 139:22 140:1

**ROCKET_DELAWARE00097685**
8:10 142:18 143:3

**ROCKET_DELAWARE00098511**
8:4 136:21 137:15

**ROCKET_DELAWARE00098513**
10:13 287:10,15

**Rocketco** 183:22 195:2

**Rocketco'** 182:14

**Rockpile** 239:22

**role** 24:4,5,9

**rolling** 305:17

**roughly** 22:8 89:12 138:20

**round** 227:23

**Rule** 192:21 194:11 195:21 198:6

**run** 43:22 62:25

**running** 122:24 149:2 161:4 203:14

**rush** 47:16 148:25 294:21 346:9

## S

**safe** 169:25

**Sages** 154:9

**Saget** 154:9

**sale** 32:22 34:6,12 35:20 52:4,13
63:13 66:22 83:3 87:10,19,23 88:22,
25 89:2,14,19 90:5,9,15,19 93:9,10,
12,18,22 95:6 99:4,15 101:21 116:16
120:10 123:19,21 124:5,25 125:12,21
126:2 129:7,23 130:4 133:7 134:1,13
142:1 144:1,10 145:10 146:2,9,21
147:1 162:14,18 167:3 169:3,8,17
192:19 194:9 195:19 198:4 206:23
207:19,20 211:21 226:16 227:5 228:6
229:15,22 239:1,3,21 245:12 248:5

249:20,25 251:24 252:2 255:8 260:23
262:8 266:17,24 271:14 274:13
275:23 281:12 292:12 298:17 308:9
310:1,22 317:13,16,20 318:21 320:24
321:9 325:17 328:6,11 329:17,19,23
330:12,15,21 335:4 337:2 339:4
343:14 348:11 349:24 350:25 351:1,
10 360:15,19 361:9,20

**sales** 60:1 242:2 250:18

**Sandler** 133:14

**sat** 305:14

**satisfy** 44:17

**savings** 318:3,5,8

**scenario** 34:25 63:12 135:3 226:1,6
227:7 236:23 343:1

**scenarios** 50:9 63:7,18

**scenes** 164:24

**schedule** 183:10

**scheduled** 136:25

**schools** 294:3

**Scope** 56:5 57:4

**Scott** 6:6 13:2,8 15:22 16:16 18:20
19:17 22:22 23:21 24:19 29:7 30:2,17
31:8 32:6 33:12 34:3 35:2,12 36:9,14,
24 37:10,16,24 39:13 42:11 44:21
49:7 50:3 51:6,17,20 52:15 53:24
54:5,15 55:19 56:23 58:19 60:15,21
61:20,24 62:8,14 63:3,6 64:23 65:15
66:9,25 68:7,23 69:11 70:13 71:5,12,
20,23 72:4 73:10 75:8 76:1,8 77:4
78:1,14,19 79:8 80:4,15,24 81:4,22
82:20 83:13 84:18 85:2,19,22 86:11,
19,22 87:22 88:11,14 89:16 90:4,11,
17 91:13,24 92:22 96:3,13 97:7,23
100:24 101:4,8,11 102:9 103:18
105:15,24 107:3 108:23 110:11
111:15 112:16 114:7,16 115:16 116:2
117:5,14 119:8 120:22 122:16 123:6
126:5,19 128:24 130:9 131:19,23
132:8 133:21 135:12 137:16,19,23
138:13,16,21 139:5,15 142:5,20
144:14,25 145:2,11 147:14,17,18
148:18 150:2 151:5,12 152:4,14
155:5,18 156:6,8,15,25 157:16,25
160:15 162:15 163:16 164:19 165:8,
14,20 166:4,14,18,25 167:13,21
168:4,24 169:5,9,20 171:10 173:9
174:7 175:10 176:3,17 177:9,14
178:4,7,21,23 179:19 180:3,9,12
183:4,12 184:25 186:1 187:22 188:11

Confidential                    Jay Farner[13]December 04, 2023

190:20 191:8 192:7 193:8,19 194:19
196:7 197:4,14 198:1,25 200:5
203:25 204:13 207:22 209:16 211:2
213:5 214:9,20 215:4,23 217:9,17
218:14,23 220:24 221:25 225:19
229:2 231:1,17,23 232:15 234:1
236:17 238:8,11,18 239:14 240:23
241:4,18 242:16 243:10 244:12,19,25
247:5 250:2 252:4,12,20,25 254:14
257:23 258:25 259:11 260:10,14
261:8,11,14,18,20,23 262:21 263:12,
25 264:14 270:13 271:19 273:23
279:18 280:22 281:25 285:9 286:2,4
287:18 289:19,23 290:7,20 291:16
292:3 295:16 296:14 297:9 301:1
302:6 303:15 304:5,9 305:12 306:4
307:7 308:21 309:24 310:23 311:1,3,
9,11 313:10 314:20 317:24 319:1
320:13,17 321:14 322:14 323:3,15,
19,24 324:21,22 325:9,24 326:13
327:20 329:25 330:18 332:9 333:16
334:24 335:24 336:8 338:12,16
339:20 340:16 341:10 342:1,22
343:9,19 344:13 345:2,22 346:7,25
348:13 349:6,14 350:1 351:7 356:6
357:1 358:21 359:13 360:12 361:25
362:6

scratch  334:4

screen  220:19

screenshot  282:23

scroll  297:20

searching  336:17

seat  231:6

second-to-the-bottom  312:25

Second-to-the-last  206:18

secondary  32:22 33:9,17 34:2,11
35:10,20 37:5,15,19 38:4,8 40:14,18
46:9,11 52:13 83:2 93:23 95:4,7
106:11 138:3,12,25 139:13 140:4,19
141:23,25 144:2,8,10,22 145:7 146:3,
15,17,20 152:11 161:6 168:13 223:11
309:25 310:22

seconded  206:20

section  37:4 92:15 93:3 146:21
211:10 221:16 316:13

securities  55:16 60:6 64:6,12,21
65:13 67:14 69:24 70:12 71:3 74:5
75:6 77:3 120:7 168:2 195:22 237:15
289:16 290:19 356:14

securitization  106:13

sell  43:1,8 46:2 51:23 54:21 71:2
76:18,22 95:3 99:18 142:2 143:13
148:25 159:15 163:22 164:24 168:2
176:25 178:12 286:22 287:1,25
289:16 290:18 291:25 301:16 321:8
322:10 325:21 342:19 344:8,9,25
345:16,19,21 346:6,9,23,24 349:13
350:12

Selldown  39:4

selling  28:16 37:20 39:21 40:19 55:3
63:8 77:8 80:12 106:10 111:3 122:2
124:17 141:22 164:17 166:12 168:18
174:12 284:23 289:10 307:20 309:10
344:5

send  28:11 47:24 82:5 97:4,8,16
136:3 138:21 154:4 172:19

sending  47:23 105:11 138:10 140:13

sends  233:1

senior  67:11 68:11 73:5 329:15

sense  19:12 24:11 52:6 136:13
151:16 160:16 333:24

sentence  55:10 64:1 70:23 72:11,25
73:22 74:11,12,25 100:19,20 101:1
111:17 112:21 113:22 119:14,20
163:19 199:13 212:12

sentences  60:20,21 74:11

separate  24:15 38:6 96:5 174:9
289:16 290:16

separately  28:12

series  143:6 352:14

serve  24:23

served  316:3

service  107:16

servicing  89:6 227:13,24 347:13

session  16:1 152:21

sessions  31:13,14

set  11:4 82:4 91:8 110:15 171:12
172:5 183:24 184:3 195:4,8 220:13
283:21 306:21 313:21 315:11,24
347:10

setting  28:10 172:6

settling  161:9

seven-hour  264:22

shake  132:19

shaking  19:18 223:19

Shallcross  282:7

Shank  189:8

share  36:4,17 37:4,7 38:3,19 39:3,5
40:23 42:14 49:14 50:10 51:3,24 83:2
115:9 129:4 143:17,23 144:19 149:7
151:4 152:3,7 155:7,11 159:15,21
162:24 163:22 164:12,13 165:22
171:2,22 180:19,23 213:8 236:10
238:23 245:16 248:2 295:1 347:3,4,
12 348:1

shared  115:20 117:18,22 203:1
214:15

shareholder  321:7

shareholders  28:20 298:14 301:10,
20 318:13

shares  20:14 22:16 24:1 28:16,17,18
34:14 35:22 38:12 39:22 40:1,5,16,19
41:6,7,11,13 42:5 47:9 80:13 154:1,
15 159:16 161:8 163:23 171:13,18
172:12 174:12 178:11,12 180:24
181:18 182:18 183:23 184:1 187:14
192:20 194:10 195:3,6,20 198:5
199:19 201:24 202:2 284:23 310:22
326:8,15,19 346:6,17,24 348:4
349:13 350:12

sharing  286:4 289:13

Sharon  13:7 16:7

sharper  229:4

Shawn  5:4 13:12 16:7

sheer  84:5

sheet  86:15 99:22 103:2 106:19
155:2

shocking  303:5

shoring  27:11

short  7:2,19 8:2,5,8,12,15,18 10:8,
11,14,19 46:14 130:13 136:19 139:20
142:16 153:9 159:2 170:1,4 201:24
284:1 287:8 291:19 295:5 309:19
327:2 355:21

shortage  269:1

shorted  297:1

shorts  150:24 151:22 296:9 326:15
359:17

shot  236:22 341:1

**show** 243:21 267:11

**showed** 31:23 52:20 86:14 232:6 238:1 311:7 330:6 335:3 342:6 343:21

**showing** 225:15 229:10,15 241:14, 20 242:12,20 243:14 249:2,20 250:10 256:2 257:6,9 258:1,21,22 262:25 267:3 275:22

**shows** 150:20 204:17 239:25 254:24 312:20

**shy** 243:5

**sic** 153:16 179:25 261:19 310:8

**side** 38:23 194:2 196:16 245:25 290:10 326:18

**sign** 158:24 320:4

**signed** 173:15

**significance** 120:14

**significant** 60:2,9 101:25 103:15 110:6,9 112:10 114:1,22 297:2 328:20

**significantly** 146:14

**similar** 23:22 24:10 56:19 57:19 101:19 108:18 120:8 129:16 355:1

**similar-type** 30:4

**simple** 88:13,16 167:20

**simply** 38:20 61:17 319:25

**simultaneous** 72:3

**single** 168:1 266:12 331:2 353:12

**sir** 47:13 66:12 68:1,4,9,17 71:21 83:10,25 87:12 92:16 93:5 97:2 121:17,19 123:25 143:11 167:19 169:8 170:21,25 171:6 181:14 186:8, 10,17 189:24 195:13 196:1 197:21 198:16 202:12 204:16 205:4 206:24 207:2,5,18 208:14 209:3 210:12 214:21 216:13 222:1 225:23 226:15 227:17 229:14 230:8 244:18 246:8, 18,21 247:6 248:14 253:1,5,8,11 255:11 256:1,17,21 267:24 268:3,7, 10 271:16 272:6,8,20,22,25 273:5 275:17,24 276:2,9,14 281:7 284:10, 20 285:6 289:2 300:17 310:3 312:19 313:3 316:11 317:17 320:6 322:4 325:1 327:23 328:22 329:4 334:8,11, 15,19 336:18 338:24 339:1 340:5,10 357:17 360:18,22 361:2,7

**sit** 188:1 264:7

**sitting** 88:16 166:22 167:9 169:18 220:6 223:18 236:25

**situation** 128:25 129:16 296:25 355:21

**situations** 63:21 358:23

**size** 45:2 148:5 325:4

**Sizing** 41:20

**skip** 59:16 60:16 195:14

**slightly** 266:6

**slow** 15:2

**slower** 15:3

**Slutsky** 13:14 15:24 202:16 293:14 331:11,23 332:12 333:1 342:12

**small** 20:13 108:17

**smaller** 91:8

**soft** 258:5

**sold** 20:16 40:20 103:1 124:24 125:5 133:3,8 166:23 167:10 202:2 297:11, 18 325:12 327:13 360:24 361:4,18

**Solon** 5:4 13:12

**someone's** 174:15

**sort** 54:22,25 63:10 65:16 240:18 356:12

**sorts** 32:22 33:20 84:21 97:18 98:3 108:6 110:19 118:8 313:25

**sounds** 296:11

**South** 294:3

**SPAC** 34:7 146:9

**space** 213:14

**spare** 286:20

**sparingly** 233:4

**speak** 132:17 165:1 187:12 212:25 252:15 280:6 307:8

**speaking** 72:3 84:19 97:21 132:6 155:24 192:12 269:20 320:1

**speaks** 269:3 351:14,16

**special** 9:2 85:12 185:5,11 191:20

**specific** 21:14,18 22:7 24:8 25:14 36:7 52:1,8 54:12 81:8 83:4 147:25 148:4 149:10 158:14 168:3 173:19 178:17 188:3,5 202:9 206:15 212:23

216:7 218:8 220:2 241:22 252:14 254:17 267:15 300:22 302:3 303:13 304:2 305:8,16,25 309:15 328:24 329:2 331:9,21 345:20 356:7,20

**specifically** 109:2 131:5 144:7 165:1 190:25 197:3 220:14 251:15 304:17 311:8

**specifics** 78:8,24 130:10 139:7 157:20 167:4 168:14 186:22 215:5

**speculate** 121:2 337:21

**speculating** 82:9 186:12

**speed** 213:12,20

**spelled** 154:9

**spend** 17:24 48:20 94:10 95:13 333:20

**spends** 132:11

**spent** 48:7 169:10 305:10 342:2

**spike** 132:19

**split** 60:8

**spoke** 144:15 205:22 251:9 297:10 325:11

**spouse** 56:11 57:11

**spread** 211:20

**spreads** 223:11,24

**spring** 68:3 136:7 217:3,6,16

**squeezing** 291:19

**stability** 82:18 137:8 151:6 152:6,10 161:24

**stabilize** 160:11

**stable** 160:23

**stagnant** 104:10

**Standard** 12:9

**Stanley** 29:18 31:23 38:16,21,22 39:15 40:10 41:4 49:23 50:2 54:18 144:15,17 145:9 147:9 285:24 323:17 325:16

**start** 65:1 131:7 153:25 182:5 187:22 191:16 201:5 246:14 263:25 287:23 326:5

**started** 17:6,8 25:4,20,25 30:8 82:12, 13 141:13,14 175:11 250:2 280:15 326:11 346:19

**starting** 27:2 137:9 160:10 177:2,5

Confidential                         Jay Farner                         December 04, 2023

267:7

**starts** 37:4 97:19 200:12 316:16

**state** 26:19 55:24 78:3

**stated** 351:17

**statement** 52:6 99:1 122:19 240:24
24 292:23 330:12

**states** 194:3

**stating** 159:12 229:7

**status** 116:23

**stay** 15:2 163:2 301:18 302:25
344:13

**stayed** 228:5

**steady** 241:15

**stenographer** 12:17,22 14:18

**step** 344:14

**steps** 63:14 65:22 175:9 187:24
188:3,5 289:14 294:17

**stick** 107:25

**stipulate** 270:20

**stock** 8:11 37:14,21,22 40:2 45:23
46:3 47:3 49:3,16 52:13 54:22 60:8
63:8,11,13 66:22 76:18,22 82:13,18
137:3,6,8 140:10 141:4,13,22 142:13
146:2 148:12 149:4,12,15,23 150:13
151:15 154:13,23,25 155:10 157:1
158:18 160:9 161:4,9,11,14,15 163:5
167:11 168:18 173:24 176:6,25
179:17,23 180:18 182:19,20 183:23
184:2,15 192:21,23 193:6,17 194:11,
13 195:3,7,17,21 196:5,17,24 197:3,
25 198:6,8,23 199:9,12,15,16,17,20,
21,24 200:2,6 207:10 237:4 285:14,
25 286:12,14 287:24 289:11 291:1
292:1,11 294:25 295:18 296:6,19
297:1,7 298:17 309:11 310:1 317:13
320:24 321:9 322:11 325:21 326:23
327:7,13 343:15 344:7,25 345:16
355:6,10 356:2 358:18,25 359:1,12,
16,17,18 360:15,19,24 361:4,9,18,20

**Stock'** 184:2 195:7

**Stockholder** 12:14

**stop** 71:16 152:13 331:11

**stopped** 45:8 140:24 335:10

**stopping** 177:3,6

**story** 132:7 359:7

**straight** 32:11

**strategies** 128:13 172:10 248:20
251:2 302:15 347:9

**strategy** 38:11 41:1 303:9

**street** 130:24 134:17 245:16 260:7,
25 262:6,11,19,22 263:4 326:14

**stress** 78:21

**strike** 33:24 52:10 55:20 62:22 75:9
76:10 112:17 122:17,20 146:18
188:12 205:13 214:10 232:8 240:24

**string** 46:20 80:9 143:9 153:19
306:10 323:1

**striving** 347:22

**stroke** 27:10 345:5

**strong** 27:10 131:10 286:21

**strongly** 348:7

**structurally** 96:20

**Structure** 41:19

**structured** 98:15

**struggling** 86:16 349:15

**stuck** 181:18

**studying** 171:15

**subject** 69:4,20 101:23 103:13 110:4
120:11 208:12 217:11 264:16 283:17
317:9,14

**subjective** 102:1 103:16 110:7,10
111:13,14 112:11 113:23

**subjectivity** 112:4

**submission** 322:12

**submit** 173:17 174:23 175:15 176:15
177:11 178:14

**submitted** 173:14 178:14 179:16
189:21 190:8 203:7

**submitting** 178:20 190:10

**subparagraph** 119:19 120:1

**subparagraphs** 118:23

**subscription** 358:25

**substance** 293:22 331:17 332:5

**substantial** 60:2 151:24

**substantively** 332:24

**subtract** 249:7

**successful** 44:24 242:5

**succession** 18:15

**sudden** 113:18

**sue** 157:21

**suffered** 27:9

**suggested** 63:10 144:9 145:8 147:9
308:3 309:4

**suggesting** 38:17

**suggestion** 38:21 39:16,21 293:25

**suggestions** 65:4

**suing** 139:10

**Sullivan** 13:3,8

**sum** 313:13

**summary** 37:6 312:4

**summer** 26:2 298:8

**Supplemental** 184:4 195:9

**Support** 41:20

**supporting** 300:9 303:21

**suppose** 16:24 22:16 42:13 88:19
109:3 135:16 203:3 214:24 229:3
252:13 259:17 355:15

**surprised** 351:23 354:12

**surprising** 290:1

**suspicion** 307:1

**swear** 12:22

**swings** 150:21,25 151:19

**sworn** 13:19

**system** 113:1

---

**T**

---

**table** 38:23 124:4

**Tahoe** 269:11

**tailwinds** 149:9

**takes** 169:4 323:10

**taking** 14:18 103:8 108:5,16 121:23
163:1 193:11 297:2 298:17 320:15
345:7

**talk** 15:1 27:23 29:24 47:6 48:20 55:3
76:21 78:22 109:19 116:4 143:19
153:4 165:18 202:24 208:12 250:17

293:5,6 299:20 302:14,19 323:11
330:25 359:18

**talked**   26:3 27:8 33:15 78:5 112:25
113:9 134:24 140:16 142:5,12 149:3
163:8 165:16 174:17 176:20 231:3
233:5 240:7 246:22 285:22 306:20
308:13,19 309:9 311:5 321:21 322:14
341:11 344:5 351:21

**talking**   14:19 29:8 30:8 31:24 33:10
35:16 39:9,11,16 42:10 45:22 47:25
48:8,19 49:6 73:9 74:24,25 84:12,15
102:11 104:13 106:25 107:4 132:11
133:24 134:23 139:4 146:9 150:7
154:6,21 155:10 157:5,15 158:17
161:2 171:1,4,7 199:17 213:6 215:7
225:22 230:12 245:25 268:22 274:6,
16 278:9,10 279:25 285:9 289:1
292:9,10,15 293:13 298:4 305:3
307:6,9,22 310:3 326:2 336:6 340:1,3
351:19

**talks**   34:25 134:10 158:9 320:24

**target**   42:5 50:21

**targeting**   285:11

**targets**   357:13

**tax**   302:24 317:15

**taxed**   80:16

**taxes**   302:17,22 303:8 304:8 305:6

**team**   27:7 54:19 55:13 56:1,8 57:7
64:13 66:17 67:13 95:19 97:4 106:8,
9,14 107:1,10 141:9 159:25 167:6
168:15,16 169:23 173:21 187:22
217:19 231:2,12 232:11,17 235:9
282:9,12 288:3 314:2

**team's**   220:19

**teams**   95:17 96:23,24 107:6

**techniques**   118:15

**technological**   85:14

**technologies**   84:22,24,25

**technology**   84:5,11,20 172:8 220:12

**Ted**   352:24 354:14

**Ted's**   353:1

**teenagers**   17:23

**telephone**   156:4

**telephonic**   326:4

**Tellem**   189:8

**telling**   79:22 160:21 188:13,17
291:10 296:12

**tells**   65:6 66:7 144:8 146:4

**temporary**   132:19

**tenure**   22:12 24:5 95:10

**term**   100:3,5,6,11,13 111:12 116:14
355:15,25

**terminology**   144:6

**terms**   19:8 22:7 39:10 52:11 75:24
106:25 107:5 108:14 111:3 142:3
147:2 160:14 182:22 184:5 195:10
226:22 230:16 280:5 300:20 303:20
312:6 332:5 355:2

**Terribly**   87:16

**testified**   31:12,15 309:24

**testify**   13:19 15:10

**testifying**   15:7

**testimony**   14:18 30:6,21 78:15
109:20 153:5 208:13 264:17 286:3
362:4,9

**text**   46:19,24 47:23,24 48:1 49:2
80:1,2,9 130:19 131:9 137:14,23
138:1,11 139:25 140:3,8,17 143:2,9,
12 153:14,19 154:4 156:19 159:7,9,
11 170:9,16 171:23 284:6,8 287:13
288:18 295:10 299:8 306:9,18 309:4
310:6,12,14 323:1 328:20

**texts**   138:5 143:6 284:17,21 324:15
325:3

**Thanksgiving**   47:3

**then-closed**   192:5

**then-prevailing**   146:22

**thing**   58:24 111:22 120:23,24 155:25
162:1 164:8 176:18 192:12 238:4
287:19 309:15 345:16 355:3

**things**   24:12 25:23 26:4 27:21 32:23
33:20 35:17 43:21 55:5 56:1 61:8
80:20 86:14 97:18 98:3,7 103:8
104:14 108:6 110:19 111:1,7 112:20
115:8 117:17 118:8 130:2 160:19
175:2 179:11 191:13 204:10 206:5
214:22 215:7 217:20 222:6 230:15
242:6 247:22 248:22 250:16 279:3
297:17 298:7,22 303:21,22 326:5
344:1 345:6 347:17 354:19 355:12
356:16,24 357:8 359:22

**thinking**   34:5,18 36:3 45:10 65:1,22
82:25 86:20 141:14 146:25 174:9
175:23 229:19 231:6 279:2 344:4

**thinks**   318:15

**third-party**   65:20 107:15

**thought**   32:13 33:15 38:12 44:23
49:15 54:22 55:1 63:16 129:3 133:25
142:14 160:11 164:14 166:6 171:17
173:25 177:1 241:22 253:22 263:9
308:23 309:7 321:19 345:11 350:13
351:17

**thoughtful**   35:18

**thoughts**   284:22

**thousand**   303:7

**thread**   352:18

**throwing**   246:2

**ticketing**   314:4

**tie**   164:5 341:18

**tied**   51:12 348:19

**time**   12:9 14:4,24 17:11,24 21:11,16
22:2,5,6 25:2,13,22 26:9,12 27:1
28:15 33:22 35:25 36:4,25 37:14 41:1
44:24 48:8,20 52:1 70:20 73:3 80:10
94:23 95:5,23 96:14 98:6 99:20
100:16,17 102:24 103:9 104:2 107:20
108:3 109:16 113:11 115:19 116:17
118:2 119:8 127:3,7,11 132:11
134:25 135:8 137:1,12 138:5,15,17
140:24 141:5 144:13,20 145:4 146:25
147:19 148:12 150:14,19 152:13,25
157:19 159:17 161:16 167:15 168:9
169:10,14 170:2 173:9 175:6 176:1
177:24 179:16 182:21 187:24 202:2
205:25 212:21 214:6,15 218:10,20
219:7,22,24 220:16 221:4,6 223:23
224:19 226:5 229:23 230:15 236:6,25
237:21 250:15 260:1 263:17 264:22
266:11 270:17 273:19 274:17 278:17
279:11,19 285:19 291:13 296:17
297:5,18 298:23 300:23 301:24
305:16,19,22 308:2,8 313:8 314:3
327:16,17 333:20 335:5 341:17
342:18,19 343:14 344:22 346:16
347:5,22 348:2 349:16 350:13 355:22
361:10

**timeline**   34:24 36:7

**times**   14:7,8 15:14,16,17 27:13,17
28:10 43:15 56:24 78:20 108:15
167:1,14 168:5,24 177:15 199:1,2
205:24 305:13 319:2 345:23 359:22

Confidential                           Jay Farner                December 04, 2023

**timing** 80:8 107:19 138:18 174:22
195:19 258:15 323:13 328:5

**Tina** 186:7 205:18 320:8 322:19

**tipping** 73:24 74:14

**title** 20:11 218:8

**titled** 7:2,6 37:4 46:14 52:23 221:16

**today** 12:7 14:4 15:7 94:16 151:14
157:11 166:22 167:9 169:18 171:3
180:14 181:24 188:2 220:6 223:18
225:5 259:16 287:24 301:7 318:5
345:23

**today's** 168:11 189:13,16 190:16
191:20 362:4,9

**toilet** 274:16

**told** 53:18 65:14 82:20 109:4 177:20
178:21 187:6 264:19 284:23 285:10,
23 311:12 343:21 359:7

**tomorrow** 170:19

**ton** 34:16

**tool** 20:3

**top** 38:25 41:20 46:24 49:3 72:15
100:20 101:2 124:4 156:1 184:18
219:16 245:24

**topic** 225:7 354:8

**topics** 329:14

**total** 87:13,20 88:4,8 89:7,9,10 96:11
225:17 226:9,13 227:4,5 243:3
272:10 312:21,25 362:11

**touch** 47:1

**touched** 122:22 343:21

**Towers** 237:8

**track** 95:13,17 97:3 98:21,24 99:2

**tracked** 95:9,11 98:20 133:13 230:24
231:11 232:11 236:6

**tracking** 95:23 98:2

**trade** 65:13 66:6 70:12,21 74:5 79:6,
16

**traded** 150:13,18 176:7 213:11

**traders** 151:21 152:7 297:2

**trades** 64:11

**trading** 7:7 35:25 52:24 53:5,11
54:11 55:16 64:5,17,21 67:6,8,14
68:20,21 69:4,9,20 70:1,10,24 72:21
73:2,3,23 74:1,2,13,16 75:5,24 76:3,
5,25 77:3,20,23 79:5,18 122:9 136:7,
9,15 146:22 149:5 154:25 161:12
162:7 170:19,22,24 179:17,23 180:19
191:25 192:6 200:10 206:22 207:16
291:8 320:2 322:22 325:22 349:25

**trading.'** 55:17

**traffic** 326:9 327:20

**training** 54:17

**transaction** 51:5 52:14 164:3 165:4
183:20 189:5 192:22 193:15,16
194:12,25 196:10,14,21 197:2,6,9,24
198:7,23

**Transaction'** 195:24

**transactions** 67:16 69:3,19,24
73:21 212:1

**transcript** 180:13 362:7

**transcripts** 16:11

**transfer** 183:22 195:2

**transmits** 82:3

**travel** 291:14

**traveling** 48:8

**treasurer** 177:18

**treasury** 98:2 102:16 130:2 211:16
222:12,14,18,20 356:13

**trigger** 160:6 169:17 288:6

**triggered** 138:21

**triggers** 183:9

**trillion** 113:12,13

**true** 251:8 321:13 330:14

**Truebill** 172:8

**trustee** 56:16 57:16

**trusts** 56:15 57:15

**truth** 13:19,20,21

**truthfully** 15:7

**Tuesday** 203:21 204:4

**tune** 278:21

**turn** 43:6,10 108:14

**turning** 225:6 313:16

**TV** 225:6

**Twin** 237:8

**two-thirds** 129:25 135:1,7 337:14
340:20

**tying** 162:13,16

**type** 63:21 76:20 111:1 117:17
214:22 291:24 356:16

**types** 179:11

**typical** 134:12 260:19

**typically** 126:2,11 268:25

---

**U**

**uh-huh** 72:17 87:17 143:5 154:5
228:21 230:8 275:20 283:12 322:6

**un-underlined** 353:13

**unanimously** 206:21

**underlined** 353:10

**underperforming** 358:13

**undersigned** 183:21 195:1,20

**understand** 14:14 19:20 36:22 49:5
54:19 73:16 86:23 93:1 102:4 104:15
107:19 108:2 119:1 120:19 163:17
164:8 206:9 298:17 323:12 336:12,13
349:15

**understanding** 20:8 23:24 34:15
38:5 39:20 40:9 45:16 52:3,11 54:16,
24 58:17,22 59:5 62:1 64:25 71:7
74:20 75:16 76:13 77:6 78:4,9,11,17
102:5,8 110:8 115:22 121:20 139:12,
17 144:21 145:5,25 146:16,19 165:21
171:11 184:9 187:16 205:11 214:13
223:22 232:21 233:2 236:10,11,14,15
260:4 296:24 300:21 301:10 307:5
316:24 317:18 326:1,10 334:13,16
350:7 358:17

**understood** 48:21 142:3 231:12
243:12 287:2 290:21 293:23 297:4
298:14 309:10

**undervalued** 355:11

**underwrite** 94:21 108:5,17

**underwriter** 103:22

**underwriting** 110:14 111:4 113:1,3

**underwrote** 86:18

**unexpected** 18:18,22

**unfortunate** 161:25

**unit** 12:11 109:11,15 152:16,24

208:3,7 263:17,22 344:17,21 360:2,6

**units** 182:17 183:24 184:13 195:4 362:11

**unknown** 104:14

**unobservable** 120:14,20

**unpredictability** 269:3

**unstable** 160:25

**Upadhya** 12:25 105:1 109:6 324:3 336:4 348:23 352:7

**upcoming** 328:9

**update** 209:22,25 280:2

**updated** 282:19

**updating** 259:22

**USA** 225:5

---

**V**

**valuation** 51:11 78:6 121:13 167:3

**values** 104:7,10 228:18

**variability** 248:8

**variables** 126:12 230:18 235:2 244:5 258:11 269:2 274:14 359:2,21

**variances** 269:19

**variation** 253:21

**variations** 146:7

**variety** 95:12 128:7 160:19 215:7 217:10 274:7

**vary** 125:6

**vastly** 230:19

**vehicles** 56:19 57:19

**venture** 142:11

**ventures** 60:1 353:17

**verbal** 14:16

**verbally** 19:18

**version** 336:9

**versus** 123:15 134:8 147:1 148:7 159:22 176:10 230:1,6,10 231:21 243:8 253:22 269:11,15,25 278:3 353:8 355:15

**Vice** 84:8

**video** 12:1 48:16 109:5,9 154:8 155:13 209:5,7,9

**video-recorded** 12:11

**view** 47:8 122:19 315:1

**viewing** 355:2

**viewpoint** 356:9

**virtually** 210:22 269:6 274:5

**virtue** 68:15

**visibility** 106:16 213:22

**Visible** 134:20 135:17 261:2 262:14

**Vitale** 69:17 186:6 202:21

**Vivek** 12:25

**voice** 111:19

**volatile** 160:12

**volition** 177:13 178:3,5

**volume** 33:4 38:9 107:22 127:23 128:8,12,16 132:15 148:2 172:6 176:21 225:17 226:10,13 230:3,4,15 260:19 269:18 310:5 313:15 346:18

**Vosburgh** 5:7 12:15,17

**voted** 206:21

**voting** 189:15 190:15,24

---

**W**

**wait** 42:25 107:24 149:1 159:22 232:9 279:1 349:16 350:11

**waited** 82:17 179:25 346:5,22 349:12,22

**waiting** 308:25 309:2 348:10 349:17

**waiving** 317:9

**walks** 320:22

**Wall** 130:24 134:17 260:7,25 262:6, 11,19,22 263:4

**Walters** 74:22 200:15

**wanted** 17:23 27:20 44:12 47:6 71:16 119:21,22 154:20,22 163:4,5 169:17 180:1 213:19 286:8 287:3 299:20 302:9 310:5 313:5,22 314:11 317:5 326:18,20 344:6 348:4,5 361:13

**wanting** 51:23 199:19 298:7 350:12

**warehouse** 43:3,5,14,17 44:1 102:12 312:10

**waste** 167:15 299:4

**watch** 264:6

**watched** 133:6

**watching** 134:4 236:5,8 291:23

**ways** 30:11 31:25 33:2,16,23 34:1,5 71:8 95:12 146:12 274:7

**weaker** 132:20

**web** 17:11

**Wednesday** 297:24

**week** 15:20 82:17 125:7 160:8 162:4 231:8 234:12 266:12 276:22 278:20 291:13 292:2

**week-to-week** 354:20

**weekly** 231:15 232:12,14 249:20 254:11 271:8 275:10 280:2

**weeks** 43:7 70:5,8 82:19 95:2 130:3 169:24,25

**weight** 248:7

**Weiss** 53:19 65:21 79:14 203:14 205:25 289:13

**well-known** 98:7

**whatnot** 142:7

**wheels** 322:15

**wholesale** 85:4 124:14 158:20 250:20

**wide** 146:6

**wild** 150:21,25 151:19

**wildly** 224:18

**window** 63:15,17 67:7,8,19 68:6,15, 20,21 69:9,21 70:1,10,11,18,20,21,25 71:8 72:21 73:2,3,13 74:1,3,16,20,23, 25 75:2,3,6,13,18,23,24 76:3,6,19 77:1,20,23 79:5,18,21 136:4,7,14,16, 24 137:6 150:6 159:22 162:7,24 170:19,22 191:25 192:6 200:10 201:12,17,21 202:1 204:2 206:6,7,12, 22 207:5,9,16 285:20 320:2,25 321:10,20 322:22 325:23 326:9 327:17,18 349:25

**winter** 51:16,22,25 52:9

**witness'** 270:17

**wood** 47:17

**word** 199:12 231:10 250:14 326:13

**words** 59:6 71:6 199:9 200:6

**work** 26:7 27:8,19,20 44:8,10 94:11
108:25 113:16 135:5 164:23,24
178:24 179:5 202:5 287:3 311:4

**worked** 23:17 27:7 123:14 179:6
192:10 218:13,15 353:17

**working** 107:7,15 108:4 113:4
145:19 148:17 169:11 279:3 288:4
304:12 309:25 353:3

**works** 28:24 112:25 181:22

**world** 48:8 53:19 111:5 150:22 352:3

**worry** 86:19

**worse** 157:14

**worth** 148:3

**wound** 172:5 243:6

**Wow** 314:7

**wrap** 124:20 357:8

**write** 42:25 98:6 110:12 111:16

**write-downs** 60:3

**writes** 138:2,24 156:25 157:9 297:9

**written** 80:22 140:18,22

**wrong** 150:4 154:10 166:8 201:14
277:25

**wrote** 148:10 172:21 293:9

---

**Y**

**year** 49:12 83:17,19,21,22 84:4 87:6
88:21,23 91:23 110:25 125:3,19
126:3 172:9 213:20 225:24 234:20
235:7 239:2 242:5 244:7 247:21
248:23 250:4,12 251:5 255:20 258:4
272:7,11 274:3 276:7 277:14 305:11
306:2 339:5 347:9 351:15

**year-end** 126:7

**year-ended** 87:4 91:11

**year-long** 258:11 259:2,3

**year-over-year** 125:13,22

**yearly** 247:12 248:6,24

**years** 15:4 24:25 95:2 300:10,16
331:5

**yes-or-no** 167:20

**yesterday** 98:7

**yield** 211:16,19 222:18,21

**Yukon** 269:11

---

**Z**

**Zelman** 104:17