# Exhibit 21

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

---

|  |  |
|---|---|
| CARL SHUPE and CONSTRUCTION LABORERS PENSION TRUST FOR SOUTHERN CALIFORNIA, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiffs,<br><br>v.<br><br>ROCKET COMPANIES, INC., JAY D. FARNER, DANIEL GILBERT and ROCK HOLDINGS INC.,<br><br>        Defendants. | No. 21-cv-11528<br><br>Honorable Thomas L. Ludington<br>District Judge<br><br>Honorable Anthony P. Patti<br>Magistrate Judge |

---

## DECLARATION OF SCOTT ELKINS

I, Scott Elkins, hereby declare as follows:

1.      I am over the age of 18 and currently reside in the United States.

2.      On December 15, 2023, I was deposed under oath in *In re Rocket Companies, Inc. Stockholder Derivative Litigation*, No. 2021-1021-KSJM (Del. Ch.) (the "Delaware Action").  Attached hereto as Exhibit A is a true and correct copy of a transcript of my deposition testimony in the Delaware Action.

3.      I have reviewed the transcript of my deposition testimony in the Delaware Action and aver that my testimony was truthful, complete, and based on my personal knowledge.

4. I understand that I may be called upon to testify under oath at trial in *Shupe* v. *Rocket Companies, Inc.*, No. 21-cv-11528 (E.D. Mich.) (the "Michigan Trial"). If I were called upon to testify in the Michigan Trial and asked the same or substantially the same questions as I was asked at my deposition in the Delaware Action, I would offer in response the same or substantially the same testimony as I offered during my deposition.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed in Birmingham, Michigan
on July 15, 2024

Scott Elkins

-2-



**In the Matter Of:**

*In Re: Rocket Companies, Inc. Stockholder Derivative Litigation*

*SCOTT ELKINS*

*December 15, 2023*

Case 1:21-cv-01288-... In Re: Rocket Companies, Inc. Stockholder Derivative Litigation ...ID.29955   Filed 07/16/24   Page 6 of 56
Scott Elkins
Confidential
December 15, 2023

1

1   IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

2       CONSOLIDATED CA NO. 2021-1021-KSJM

3   _____

4

5

6       In Re:  Rocket Companies, Inc.

7      Stockholder Derivative Litigation

8

9   _____

10

11        C O N F I D E N T I A L

12

13   The video deposition of SCOTT ELKINS was conducted on

14   behalf of the Plaintiffs on Friday, December 15, 2023,

15   at 344 North Old Woodward, Suite 200, Birmingham,

16   Michigan, at 9:42 a.m.

17   _____

18

19

20

21

22

23

24   Reported by:  Cindy A. Boedy, CSR 4696

25          Certified Court Reporter

## Page 2

1   APPEARANCES:
2   GRANT & EISENHOFER, PA
3   Vivek Upadhya
4   123 Justison Street
5   7th Floor
6   Wilmington, Delaware  19801
7   (302) 622-7066
8   vupadhya@gelaw.com
9   Attorney for the Plaintiffs.
10
11
12   GOODWIN PROCTOR, LLP
13   Deborah S. Birnbach
14   100 Northern Avenue
15   Boston, Massachusetts  02210
16   (617) 570-1339
17   dbirnbach@goodwinlaw.com
18   Attorney for the Defendant
19   Rocket Companies, Inc.
20
21
22
23
24
25          (Appearances continued page 3)

## Page 3

1   APPEARANCES (continued)
2   MORGANROTH & MORGANROTH, PLLC
3   Jeffrey B. Morganroth
4   344 North Old Woodward Avenue
5   Suite 200
6   Birmingham, Michigan  48009-5310
7   (248) 864-4000
8   jmorganroth@morganrothlaw.com
9   Attorney for the Defendants Daniel
10   Gilbert and Rock Holdings, Inc.
11
12
13   SULLIVAN & CROMWELL
14   Jeffrey T. Scott
15   Sharon L. Nelles
16   125 Broad Street
17   New York, New York  10004-2498
18   (212) 558-4000
19   scottj@sullcrom.com
20   nelless@sullcrom.com
21   Attorneys for the Defendants Daniel
22   Gilbert and Rock Holdings, Inc.
23
24
25

## Page 4

1   ALSO PRESENT: (via Zoom)
2   Michael Barry
3   Jennifer Sarnelli
4   Lee Squitieri
5   Brian Smith
6
7
8   VIDEO OPERATOR:
9   Brandon Vosburgh
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

## Page 5

1
2                    INDEX

3   WITNESS                         PAGE
4   SCOTT ELKINS
5   Examination by Mr. Upadhya            9
6   Examination by Mr. Scott           131
7
8
9
10   EXHIBITS (Attached)             PAGE
11   Exhibit 1      e-mails          17
12   Exhibit 2      CHAT conversations     29
13   Exhibit 3      CHAT conversations     36
14   Exhibit 4      CHAT conversations     37
15   Exhibit 5      CHAT conversations     46
16   Exhibit 6      CHAT conversations     61
17   Exhibit 7      CHAT conversations     66
18   Exhibit 8      RKT prices          88
19   Exhibit 9      CHAT conversations     94
20   Exhibit 10     CHAT conversations     96
21   Exhibit 11     e-mails         105
22   Exhibit 12     e-mails         107
23   Exhibit 13     CHAT conversations    110
24   Exhibit 14     CHAT conversations    124
25

## Page 6

1    Birmingham, Michigan
2    Friday, December 15, 2023
3        9:42 a.m.
4
5        - - -
6
7    CONFIDENTIAL
8
9    VIDEO OPERATOR: Good morning. Today
10  is Friday, December 15, 2023. We are going on
11  the record at 9:42 Eastern Standard Time.
12    This marks the beginning of Media Unit
13  No. 1 in the video-recorded deposition of Mr.
14  Scott Elkins in matter of the Rocket Companies
15  Stockholder Derivative Litigation.
16    Today's deposition is being held at 344
17  North Old Woodward Avenue, Birmingham, Michigan
18  48009.
19    My name is Brandon Vosburgh, the
20  official legal videographer, and our court
21  stenographer is Cindy Boedy in association with
22  Lexitas Court Reporting.
23    Counsel, please identify yourselves for
24  the record and whom you represent, and then we
25  will have our court stenographer swear in the

## Page 7

1  witness.
2    MR. UPADHYA: Vivek Upadhya of
3  Grant & Eisenhofer for the plaintiffs.
4    VIDEO OPERATOR: Will the court
5  reporter please swear in the witness.
6    MR. SCOTT: Jeff Scott from
7  Sullivan & Cromwell on behalf of the witness,
8  Mr. Scott Elkins, as well as the defendants,
9  Daniel Gilbert and Rock Holdings, Inc.
10    MS. NELLES: Sharon Nelles, also from
11  Sullivan & Cromwell, also for Rock Holding, Inc.,
12  and Mr. Gilbert and the witness.
13    MR. MORGANROTH: Jeffrey Morganroth on
14  behalf of Rock Holdings, Inc., and Daniel
15  Gilbert.
16    MS. BIRNBACH: Deborah Birnbach on
17  behalf of nominal defendant Rocket Companies.
18    STENO REPORTER: Do you swear the
19  testimony you're about to give will be the truth,
20  the whole truth, and nothing but the truth?
21    THE WITNESS: Yes.
22    S C O T T   E L K I N S,
23  after having been first duly sworn to tell the
24  truth, the whole truth, and nothing but the
25  truth, was examined and testified follows:

## Page 8

1    MR. UPADHYA: Good morning, Mr. Elkins.
2  Pleasure to meet you. Thanks for being here
3  today.
4    Have you been deposed before?
5    THE WITNESS: No.
6    MR. UPADHYA: So let's go over a couple
7  of ground rules to help make sure everything goes
8  smoothly.
9    Most important rule is let's try not to
10  speak over one another for the benefit of the
11  court reporter. So let me finish my questions
12  before you launch into an answer, and I'll do my
13  best to let you finish an answer before moving on
14  to another question. And I think Jeff would
15  appreciate you giving him a second to object as
16  well between my questions and your answers.
17    The other important rule is all your
18  answers need to be verbal so that the court
19  reporter can take them down, so, you know,
20  gestures, nods, things like that won't work.
21    If you need a break at any point, just
22  let me know. We're not going to be here very
23  long. But as long as there's no question
24  pending, we can take a break whenever you like.
25        ///

## Page 9

1        EXAMINATION
2  BY MR. UPADHYA:
3  Q.  What did you do to prepare for the deposition
4      today?
5  A.  I met with counsel.
6  Q.  When was that?
7  A.  The last couple days.
8  Q.  Just once?
9  A.  More than once.
10  Q.  Approximately how long would you say that you
11      spent preparing for this deposition with counsel?
12  A.  Couple hours.
13  Q.  Couple hours?
14      Was anyone other than yourself and
15      counsel present at those meetings?
16  A.  No.
17  Q.  Were those in person or over the phone or over
18      Zoom?
19  A.  In person.
20  Q.  In person?
21      Have you reviewed or discussed any of
22      the testimony offered by other witnesses in this
23      litigation?
24  A.  No.
25  Q.  Do you understand that the time period at issue

## Page 10

1    in this case is roughly between August of 2020
2    and May of 2021?
3         MR. SCOTT:  Objection, form.
4         You can answer.
5         THE WITNESS:  What was the question
6    again?
7  BY MR. UPADHYA:
8  Q.  Do you understand that the relevant time period
9    in this litigation is roughly between August of
10   2020 and May of 2021?
11        MR. SCOTT:  Objection to form.
12        You can answer.
13        THE WITNESS:  I think the time period
14   maybe go before that.
15 BY MR. UPADHYA:
16 Q.  My basic question is, during that time frame
17   between when August -- when Rocket went public in
18   August of 2020 up to around May of 2021, what
19   were your roles and titles as they related to the
20   Rocket family of companies?
21 A.  I was SVP of investments at Quicken Loans.
22 Q.  At Quickens Loans?
23        Did you also have the title or role at
24   Rocket Ventures at that time?
25 A.  I did not.

## Page 11

1  Q.  Do you currently have a role at Rock Ventures?
2  A.  Yes.
3  Q.  When did you shift from one to the other?
4  A.  After the IPO.
5  Q.  So after Rocket's IPO in August or so of 2020,
6    your role was at Rock Ventures?
7  A.  After the IPO.
8  Q.  Okay.  So --
9  A.  I don't remember the exact date that we switched.
10 Q.  Okay.  I'm sorry, what did you say your title was
11   at Rock Ventures?
12 A.  When?
13 Q.  When you shifted from Quicken Loans to Rock
14   Ventures after the IPO.
15 A.  I think it's SVP of investments.
16 Q.  Of investments, okay.
17        Apart from that, did you have any other
18   roles in the Rocket family of companies?
19 A.  No.
20 Q.  Generally speaking, what did your role as SVP of
21   finance entail at that time?
22 A.  I wasn't SVP of finance.
23 Q.  I'm sorry, what did you say your role was when
24   you shifted?
25 A.  Before or after?

## Page 12

1  Q.  After the IPO when you shifted to Rock Ventures.
2  A.  SVP of investments.
3  Q.  Pardon me.
4         What did you role as SVP of investments
5    at that time entail?
6  A.  Which time?
7  Q.  Early 2021.
8  A.  I was responsible for advising on M&A.
9  Q.  Advising who or which entities in particular?
10 A.  At Quicken Loans or Rocket Companies.
11 Q.  Were you also involved in advising RHI, by which
12   I mean Rock Holdings, Inc.?
13 A.  Yes.
14 Q.  Were you involved in advising Mr. Gilbert
15   personally?
16 A.  I was involved at that point in advising Rock
17   Ventures.
18        MR. SCOTT:  Can I just ask, Mr. Elkins,
19   if you just keep your voice a little higher, a
20   little louder, because I think the court reporter
21   is having a little bit of difficulty following
22   along.
23        MR. UPADHYA:  We're both a little
24   soft-spoken, so I'll do my best as well.
25 BY MR. UPADHYA:

## Page 13

1  Q.  At that time in early 2021, did you have any
2    involvement with RHI or Mr. Gilbert's
3    philanthropic endeavors?
4  A.  I was not directly involved.
5  Q.  Were you indirectly involved?
6  A.  Well, I volunteered and I gave to charities.
7  Q.  I meant more with regards to fundraising or
8    arranging liquidity for Mr. Gilbert's donations,
9    things of that nature on the finance side.
10 A.  I helped raise money for NF Forward from our
11   partners.
12 Q.  What was that, I'm sorry?
13 A.  NF Forward for our partners.
14 Q.  What is that?  What is NF Forward?
15 A.  It's a charity to end the disease
16   neurofibromatosis.
17 Q.  Is that associated with Mr. Gilbert?
18 A.  Yes.
19 Q.  Do you have an ownership stake in Rock Holdings,
20   Inc.?
21 A.  Yes, I do.
22 Q.  Approximately how much?
23 A.  How much what?
24 Q.  Approximately what size is your stake on a
25   percentage basis, if you know?

Page 14

A. It's 12 basis points.
Q. Twelve basis points, okay.
Is that roughly what it was at in early 2021 as well?
A. Yes.
Q. Rocket conducted its IPO in around August of 2020 or so; is that right?
A. Yes.
Q. Were you involved in that process?
A. Yes.
Q. What was your involvement like?
A. I helped assess kind of the market conditions. I helped with the strategic advising on the strategic positioning, advising on the structure on the syndicate.
Q. Would you say that you were amongst the individuals that were responsible for overseeing the IPO process?
MR. SCOTT: Objection, form.
You can answer.
THE WITNESS: I helped advise.
BY MR. UPADHYA:
Q. The shares that Rocket sold in the IPO were shares that were converted from RHI units. Is that consistent with your recollection?

Page 15

A. I'm trying to understand the distinguishment that you're ...
Q. So what I'm getting at is before the IPO, RHI held the majority of equity in the predecessor entity before Rocket Companies, Inc., right?
A. Yes.
Q. So my question is, the shares that were sold in the IPO were shares that were ultimately sold by RHI and then issued in the market right?
MR. SCOTT: Objection, form.
You can answer.
THE WITNESS: I understand the structure of the company in terms of the actual mechanics. The lawyers would have been closer and the tax accountants would have been closer to the final, you know, mechanics of the structure. So I think you're asking kind of a technical question, and I don't want to misstate anything.
BY MR. UPADHYA:
Q. Okay. Do you know if the proceeds of the IPO ultimately flowed up to RHI?
A. The proceeds are -- were at RHI, yes.
Q. Do you recall how much money Rocket sought to raise through the IPO?
A. Yes.

Page 16

Q. How much was that?
A. Three to three and a half billion.
Q. And how was that figure decided?
A. Based on market conditions and advice from our investment bankers that were part of the syndicate and discussions internal.
Q. Rocket ultimately raised less than that, right?
A. Yes.
Q. Around, I think, 1.8 billion or so?
A. Yes. I think it was one-eight, plus the green shoe.
Q. Do you have an understanding as to why the IPO didn't realize $3 billion, their target you had in mind?
A. Yes.
Q. What's your understanding?
A. My understanding is that there wasn't -- there wasn't enough accounts that were very familiar with the story. It had been private for a very long time.
Q. So there wasn't enough demand for Rocket stock at that time basically?
MR. SCOTT: Objection, form.
BY MR. UPADHYA:
Q. I think you can answer.

Page 17

A. What?
Q. My question was, was there not enough demand for Rocket stock at the time? Is that what you're trying to say?
MR. SCOTT: Same objection.
THE WITNESS: No. I was trying to say that there wasn't enough accounts that were familiar with the story given that it had been private for such a long time.
MR. UPADHYA: All right. I'm going to hand you a document which will be Elkins Exhibit 1. This document is Bates stamped Rocket Delaware 00022799.
(Exhibit 1 marked.)
MR. UPADHYA: So Mr. Elkins, with any documents --
MR. SCOTT: I don't think it's Bates stamped. I'm sorry, it's not -- did you mark it with --
STENO REPORTER: I'm going to digitally mark it.
MR. SCOTT: You were going to digitally mark it, okay, just to make sure. Sorry about that.
MR. UPADHYA: No, no, all good. Do we

|  | Page 18 |
| --- | --- |

1   -- so you notated 1 on it?
2       STENO REPORTER: I have.
3       MR. UPADHYA: You know what you're
4   doing.
5       MR. SCOTT: She's going to digitally
6   mark it. Thank you.
7 BY MR. UPADHYA:
8 Q.   So as with any document I give you, Mr. Elkins,
9      you're free to look it over as much as you like,
10     but I'm going to direct your attention to only a
11     couple pages. But take your time if you want.
12        You ready?
13 A.   Sure.
14 Q.   So if you look at the very top, you'll see that
15     these are -- the first page are some e-mails
16     between yourself and a couple other individuals
17     at Morgan Stanley around October of 2020, right?
18 A.   Is that a question?
19 Q.   Yes. I'm just orienting you with the document.
20 A.   Okay. Go ahead. Keep on going.
21 Q.   I was just confirming this document involves
22     e-mails between yourself and a couple individuals
23     at Morgan Stanley in October of 2020, correct?
24 A.   Yes.
25 Q.   Who were or who are Neil Guha and Michael Occi or

|  | Page 19 |
| --- | --- |

1   Occi?
2 A.   I believe they work for the capital markets
3      department at Morgan Stanley.
4 Q.   And were they involved in Rocket's IPO process as
5      well?
6 A.   I recognize Michael's name. I'm not familiar
7      with Neil.
8 Q.   If you look at the subject line of this e-mail
9      and some of the discussion, you're talking about
10     something called a green shoe. What is a green
11     shoe?
12 A.   I don't know that this subject has to do with the
13     green shoe. It might have just been a carryover
14     from some other email.
15 Q.   Well, if you look at the bottom of the first
16     page, I think your e-mail to a couple individuals
17     at Morgan Stanley was you asked them why wouldn't
18     the company just repurchase shares versus having
19     a green shoe.
20 A.   Is that a question? It says that.
21 Q.   Yes. So my question again is what is a green
22     shoe?
23 A.   I think a green shoe is an option that's given to
24     an underwriter to sell additional shares or to
25     have access to additional shares to be sold.

|  | Page 20 |
| --- | --- |

1 Q.   When you say additional shares, you mean shares
2      above and beyond additional shares compared to
3      what?
4 A.   The initial offering size.
5 Q.   By initial -- so when you say initial offering,
6      do you mean the original IPO or shares that are
7      initially listed in connection with a follow on a
8      secondary offer?
9       MR. SCOTT: Objection, form.
10       THE WITNESS: I don't know the context
11     of this e-mail.
12 BY MR. UPADHYA:
13 Q.   If you look to the middle of the first page,
14     you'll see that -- do you know how his name is
15     pronounced? Is it Occi or Occi?
16 A.   I think the latter.
17 Q.   Occi?
18 A.   Uh-huh.
19 Q.   You see there Mr. Occi wrote, "However, as we
20     have discussed, the company buyback of the
21     founder's stock can be done concurrent with the
22     deal at that offer price as a means to grow the
23     size of the overall monetization," and then the
24     sentence goes on. Do you see that?
25 A.   Uh-huh.

|  | Page 21 |
| --- | --- |

1 Q.   What is Mr. Occi talking about there?
2       MR. SCOTT: Objection, form.
3       THE WITNESS: It looks like he's
4      talking about a buyback and a green shoe.
5 BY MR. UPADHYA:
6 Q.   Were you involved in discussions with Morgan
7      Stanley about conducting a repurchase of RHI
8      shares concurrent with the secondary offering
9      around this time?
10 A.   I think we were just looking at different options
11     in terms of there's -- this is just one of many
12     options we might have discussed with our
13     advisors.
14 Q.   And when you say options, do you mean there were
15     options to try to make up the shortfall of the
16     IPO results?
17 A.   I think in this context it's options that relates
18     to doing a share buyback or a dividend.
19 Q.   Okay. So let's look at the presentation that is
20     in the later pages of this document.
21       So if you look at the Bates numbers on
22     the bottom right, if you could go to page ending
23     808. It should say "Preliminary Offering
24     Summary" at the top.
25       So this page is sketching out, I guess,

## Page 22

1 some preliminary figures for a secondary offering
2 of Rocket stock; is that right?
3     MR. SCOTT: Objection, form.
4     THE WITNESS: Please repeat the
5 question.
6 BY MR. UPADHYA:
7 Q.  This page illustrates or contains some
8    illustrative or preliminary figures related to a
9    secondary offering of Rocket stock, correct?
10     MR. SCOTT: Same objection.
11     THE WITNESS: I don't see that it says
12    secondary.
13 BY MR. UPADHYA:
14 Q.  The e-mails we were just looking at were from
15    October of 2020, which was a couple months after
16    the IPO, right?
17     So the offering listed here presumably
18    would be an additional secondary offering of
19    Rocket stock, right?
20 A.  It says a synthetic secondary, hundred percent.
21 Q.  What does synthetic secondary mean?
22 A.  I'd have to -- you know, it's been a long time,
23    so I'd have to remember what the structure meant.
24 Q.  Do you recall having discussions with Morgan
25    Stanley around this time about a secondary

## Page 23

1 offering of Rocket stock?
2 A.  Yeah.  I think we were open to make up the
3    shortfall from -- kind of call it the time of the
4    IPO, either through a secondary or a block trade.
5 Q.  So at this time in October of 2020, you were
6    having discussions with Morgan Stanley about both
7    the secondary offering and the block trade?
8 A.  I think Morgan Stanley presented multiple options
9    for monetization.
10 Q.  When you say block trade or monetization, are you
11    referring to a block trade by RHI?
12 A.  It could be either, yes.  RHI or Rocket, but I
13    think the intent was RHI.
14 Q.  If you look at the same page that we were just on
15    towards the bottom, there's a line that says
16    target launch date, and it says as early as in
17    brackets November 9, 2020.  Do you see that?
18 A.  Yes.
19 Q.  How far along were Rocket's and Morgan Stanley's
20    discussions and plans about conducting a
21    secondary offering at this time?
22 A.  They were ongoing.
23 Q.  Was Rocket close to actually conducting a
24    secondary offering in August or November of 2020?
25 A.  Yes.  We considered it.

## Page 24

1 Q.  How close did you get would you say?
2 A.  I don't know how to define close.
3 Q.  If you could, please, turn to the page ending
4    811.  The title at the top should be
5    "Illustrative Timeline."  You there?
6 A.  Yes.
7 Q.  If you look at the sort of grid on the page, the
8    title of the call up to the left says timing, and
9    then there's a number of dates listed under
10    there.  Do you see that?
11 A.  Are we on the left or on the right side of the
12    page?
13 Q.  Middle left under timing.
14 A.  Oh, yes.
15 Q.  So you will see that the first entry there is
16    preparation it says weeks of October 26 and
17    November 2nd, and then the last date in this
18    column is closing, which is listed as
19    November 13th.  Do you see that?
20 A.  Yes.
21 Q.  So that's roughly a period of two and a half
22    weeks or so between preparing for a secondary
23    offering and closing the secondary offering,
24    right?
25     MR. SCOTT: Objection to form.

## Page 25

1     THE WITNESS: It says an illustrative
2    timeline, so ...
3 BY MR. UPADHYA:
4 Q.  Sure.
5 A.  Yeah.
6 Q.  Is that consistent with your understanding of how
7    long this process for a secondary offering could
8    be expected to take?
9 A.  Morgan Stanley would be the expert here.
10 Q.  You do have experience with offerings by public
11    companies, right?
12     MR. SCOTT: Objection, form.
13     THE WITNESS: Well, I did conduct the
14    one secondary -- or I didn't conduct the
15    secondary offering, no.
16 BY MR. UPADHYA:
17 Q.  Okay.
18 A.  I was an M&A -- I have an M&A background, not a
19    capital markets background.
20 Q.  So you don't have an understanding one way or the
21    other as to whether this is a typical timeline
22    for conducting a secondary offering?
23 A.  I don't.
24 Q.  Okay.  Please turn to the page ending 815.  And
25    if you look at the bottom left of the page,

Page 26

1  there's a little section that's called "Achieving
2  Parity with the IPO."  Do you see that?
3  A.  Yes.
4  Q.  So just quickly it says here that the original
5  IPO target was to sell 150 million shares, which
6  would raise somewhere between 3 and 3.3 billion
7  dollars.  Do you see that?
8  A.  Yes.
9  Q.  Is that consistent with your recollection of what
10  Rocket was hoping to achieve through the IPO?
11  A.  Yes, it is.
12  Q.  And the last row in that section is called "Price
13  to Achieve Parity," and that shows a range of 1.2
14  to 1.5 billion dollars, right?
15  A.  Yes.
16  Q.  And is that consistent with your recollection of
17  how much Rocket was hoping to raise through a
18  secondary offering or otherwise to make up the
19  shortfall of the IPO?
20  A.  Yes.
21  Q.  So roughly 1.2 to 1.5 billion dollars or so?
22  A.  I think up to that amount we were looking.
23  Q.  If you could turn to the page ending 836, please.
24  It should be titled "Concurrent Share Repurchase
25  by Rocket."

Page 27

1  Do you have an understanding of what
2  that page is talking about?
3  A.  I'm just reading the page here.
4  Q.  Sure, take your time.
5  A.  Generally.
6  Q.  I don't even remember what my question was, but
7  what's your understanding of what a concurrent
8  share repurchase by Rocket means in this context?
9  A.  It was monetization by RHI and a share repurchase
10  by Rocket that happened concurrently.
11  Q.  Share repurchase by Rocket of shares from RHI?
12  A.  Could be RHI or the public.
13  Q.  Well, RHI wouldn't offer stock to the public and
14  buy stock back from the public at the same time,
15  right, presumably?
16  A.  Clarify the question again.  Maybe we're talking
17  past each other.
18  Q.  Sure.  So let's do it this way.  My understanding
19  of what this page is talking about is an offering
20  of stock by Rocket to the public.  Rocket would
21  then use the funds raised from that offering to
22  repurchase stock from RHI.  Is that consistent
23  with your understanding of what this is about?
24  MR. SCOTT:  Objection, form.
25  THE WITNESS:  No.

Page 28

1  BY MR. UPADHYA:
2  Q.  So if you don't mind, could you give me your
3  understanding of what this is discussing when it
4  says concurrent shares repurchase by Rocket?
5  A.  I think RHI would sell shares in one form or
6  another and Rocket would repurchase shares.
7  Q.  Put that aside.
8  Rocket didn't end up conducting a
9  secondary offering in October or November or
10  December of 2020, right?
11  A.  Correct.
12  Q.  Why not?
13  A.  The market conditions.
14  Q.  By that do you mean Rocket would be unable to get
15  the price that it was hoping to get?
16  A.  Rocket was looking for a fair price and that
17  wasn't available in the market.
18  Q.  When you say fair price, was there a specific
19  number that you or others involved had in mind?
20  A.  Not that I specifically recall.
21  Q.  Do you recall generally what Rocket was hoping to
22  raise?
23  A.  A fair price.
24  Q.  Numerically.  Numerically.
25  A.  I think it would depend on what time period we're

Page 29

1  talking about.
2  Q.  Around the time this presentation and these
3  discussions were happening in around October,
4  November of 2020.
5  A.  What was the stock price at that time?
6  Q.  I can tell you that hopefully.  And I can show
7  this to you as well so you're not taking my word
8  for it.  Hovering between 19 and 22 dollars or
9  so.
10  A.  So more than that.
11  Q.  So Rocket wanted to raise more than 19, 20
12  dollars?
13  A.  Yes.
14  MR. UPADHYA:  This will be Elkins
15  Exhibit 2.  This document is Bates stamped Rocket
16  Delaware 00098511.
17  (Exhibit 2 marked.)
18  BY MR. SCOTT:
19  Q.  So we're going to be looking at a few documents
20  of this type today, Mr. Elkins, just to orient
21  you in case you're not familiar these are how
22  some text messages from various Rocket affiliated
23  people were produced in this case.
24  So the first page lists the date and
25  participants and things and then the actual text

Page 30

1    messages appear on the second page just to orient
2    you.
3         So this text you'll see is -- or these
4    texts are between yourself and Brian Brown on
5    March 1st, 2021, right?
6  A.  Yes.
7  Q.  And what was Mr. Brown's role at the time?
8  A.  Chief accounting officer.
9  Q.  So if you could turn to the second page that has
10    the actual texts, you'll see that you texted
11    Mr. Brown on March 1st and asked him where are we
12    on the secondary filing.  Do you see that?
13  A.  Yes.
14  Q.  So what prompted you to ask Mr. Brown about a
15    secondary filing at this time?
16  A.  I think Rocket was trading well in the market and
17    we had inbound inquiries from Morgan Stanley and
18    others about either doing a secondary or a block
19    sale.
20  Q.  Do you recall if between November of 2020 and the
21    end of February of 2021 whether Rocket was
22    having -- was continuing to have discussions
23    about a secondary offering or a block sale?
24  A.  I think bankers would reach out frequently to us
25    about -- about that share.

Page 31

1  Q.  Do you remember if you were personally involved
2    in any discussions on those topics in that time
3    frame?
4  A.  Yes, I would have been involved.
5  Q.  Do you recall specifically what discussions were
6    had in that time frame?
7  A.  I don't recall specifically right now, but, you
8    know, yeah.
9  Q.  So your recollection is that you reached out to
10    Mr. Brown at this time because Morgan Stanley
11    reached out to you first?
12  A.  Yes.
13  Q.  You'll see the third text down Mr. Brown wrote to
14    you, "We can't do secondary until after 10k is
15    filed, which is March 25th."  Do you see that?
16  A.  Yes.
17  Q.  Do you have an understanding as to why Mr. Brown
18    said that you couldn't do a secondary offering
19    until after the 10k was filed?
20  A.  I understand there's, you know, a legal
21    accounting and, you know, process with our, you
22    know, accounting folks, regulatory folks, legal
23    folks, and Mr. Brown's part of that, so -- but I
24    don't understand specifically why he said that.
25  Q.  So you didn't have an independent understanding

Page 32

1    of your own as to whether Rocket had to wait
2    until after the 10k was filed that conduct a
3    secondary offering?
4  A.  I did not.
5  Q.  So did you take Mr. Brown's word for it that a
6    secondary offering would have to wait until after
7    the 10k was filed?
8         MR. SCOTT:  Objection to form.
9         THE WITNESS:  I think I certainly would
10    have asked others about it as well.
11  BY MR. UPADHYA:
12  Q.  Do you recall if there was a decision made or a
13    consensus reached that a secondary offering would
14    have to wait until after the 10k was filed?
15         MR. SCOTT:  Objection to form.
16         THE WITNESS:  I would -- I recall that,
17    you know, I would need, you know, to have good
18    market conditions and approval from a process by
19    all these lawyers, accountants, Paul Weiss, etc.,
20    to sell stock.
21  BY MR. UPADHYA:
22  Q.  My basic question is assuming market conditions
23    were right in this, say, the first or second week
24    of March.  Was it your understanding or was there
25    a decision made that Rocket would nonetheless

Page 33

1    have to wait until after the 10k was filed to
2    conduct a secondary offering?
3         MR. SCOTT:  Objection.  Asked and
4    answered.
5  BY MR. UPADHYA:
6  Q.  You can answer the question.
7  A.  I am not, like, responsible for that.  There's --
8    I regularly kind of rely on our legal team or
9    accounting team who are more kind of up to speed
10    on whatever regulatory or legal things that we
11    need to do.
12  Q.  But it was your understanding at this time that
13    Rocket could not conduct a secondary offering
14    until after the 10k was filed; is that accurate?
15         MR. SCOTT:  Objection to form.
16    Argumentative, asked and answered.
17  BY MR. UPADHYA:
18  Q.  You can answer the question.
19         THE WITNESS:  Can you read back what I
20    said before?
21  BY MR. UPADHYA:
22  Q.  I'm just trying to make sure I'm clear on what
23    your understanding is, because I'm not sure I got
24    a clear answer.
25         MR. SCOTT:  No, I think you understood

his answer. Just reask it again.
MR. UPADHYA: I don't think -- my basic question was whether there was --
MR. SCOTT: He said he didn't know already is what he said. If you go back. That's what he's saying. Reread his answer from the same question earlier. But you can ask the question again.
BY MR. UPADHYA:
Q. You were involved in discussions at this time in March of 2021 about a potential secondary offering by Rocket, correct?
A. Secondary or block sale.
Q. Or block sale, okay.
And my question was, was it your understanding that Rocket could not conduct a secondary offering until after the 10k was filed?
MR. SCOTT: Objection. Asked and answered.
THE WITNESS: I rely on our legal team, our external Paul Weiss advisors, and accountants who were much more versed in regulatory or legal or accounting requirements in order to do so.
And if that -- you know, if that works and there's an attractive price, then, you know,

I can do a transaction.
BY MR. UPADHYA:
Q. So that's what I'm trying to understand is were you told one way or another that a secondary offering would have to wait until after the 10k was filed?
MR. SCOTT: Objection.
THE WITNESS: Was I told that?
BY MR. UPADHYA:
Q. Correct, yes.
A. I think this is -- you know, it wasn't clear. It's not clear from this.
Q. You're not clear as to whether you were told that at the time?
A. It wasn't -- I was never told something specific related to the 10k.
Q. Okay. When Mr. Brown sent this text to you saying we can't do secondary until after 10k is filed, did you have any additional discussions with him about how the secondary offering related to the filing of the 10k?
A. I may have asked others. I don't know that Mr. Brown is a definitive expert on this either.
Q. Do you recall specifically discussing this topic with others at the time?

A. I may have asked Morgan Stanley or our legal advisor is Paul Weiss or internal legal team.
Q. So in the second text here you wrote, "MS is trying to reach me likely to discuss," right?
A. Where?
Q. Second text on the page from you.
A. Yes.
Q. Did you -- do you recall if you ended up having a call with Morgan Stanley on March 1st?
A. I presume I did.
MR. UPADHYA: Elkins Exhibit 3, right? This document is Bates stamped Rocket Delaware 0009769.
(Exhibit 3 marked.)
BY MR. UPADHYA:
Q. Again, Mr. Elkins, these are texts between you and Jay Farner on the same day on March 1st. Just briefly, if you look to the second page, Mr. Farner texted you saying secondary with a bunch of question marks. Do you see that?
A. Yes.
Q. Do you have any understanding as to why Mr. Farner also reached out to you about a secondary on March 1st?
A. I don't know why he personally did at that point

other than the stock was trading well.
Q. I guess my question is, had you -- you know, did Mr. Farner independently reach out to you about a secondary offering or had you already discussed something about this before this conversation?
A. We've been having discussions about a secondary or a block sale since the time of the IPO.
Q. But you don't remember specifically why Mr. Farner reached out on the afternoon of March 1st?
A. I presume because the stock was trading well.
Q. Do you remember what the stock was at at that time?
A. It must have been in the low to mid 20s.
MR. UPADHYA: Elkins Exhibit 4. This document is Bates stamped Rocket Delaware 00097685.
(Exhibit 4 marked.)
BY MR. UPADHYA:
Q. Again, these are some more texts between you, Mr. Elkins, and Brian Brown on -- and Mr. Farner on March 1st.
So if you look at the second page of the document with the text messages. In the first text, it's a long message, but you write,

Page 38

1    "MS says they can sell relatively quietly without
2    a roadshow now via a 500 million plus 144a
3    private issuance at roughly $2 below the public
4    share price provided we rep that there is no MNPI
5    in the 10k." Do you see that?
6  A.  Yes.
7  Q.  So does this refresh your recollection that you
8    had a discussion of some sort with Morgan Stanley
9    on this date?
10 A.  Looks like it.
11 Q.  So according to this text, Morgan Stanley was
12   talking about doing -- well, let me back up.
13      What does 144a private issuance mean?
14 A.  A block sale.
15 Q.  So Morgan Stanley told you that instead of doing
16   a secondary offering, they could instead do a
17   $500 million block sale at a discount of
18   approximately $2 to market -- to Rocket's
19   prevailing stock price, right?
20 A.  Yes.
21      MR. SCOTT:  Objection, form.
22 BY MR. UPADHYA:
23 Q.  And I think you had said you had also had
24   previous discussions with Morgan Stanley about a
25   block sale before March 1st?

Page 39

1  A.  Yes.
2  Q.  Did you have an understanding as to how the price
3    of a block sale compared to the price of doing a
4    secondary offering?
5      MR. SCOTT:  Objection to form.
6      THE WITNESS:  Generally.
7  BY MR. UPADHYA:
8  Q.  What's your understanding?
9  A.  A secondary is priced at a discount to market and
10   the underwriter takes a fee, and a block sale the
11   underwriter is buying it directly and they are
12   earning the -- call it the spread between where
13   they sell the shares and what they buy it from
14   you.
15 Q.  Do you have an understanding as to which option
16   would be more cost-effective in raising capital?
17 A.  It just depends.
18 Q.  Depends on what?
19 A.  Market conditions.
20 Q.  So at this time given that Morgan Stanley told
21   you a block sale would involve a discount of
22   around $2, did you have an understanding as to
23   whether that would be more or less cost-effective
24   than doing a secondary offering?
25 A.  I think we were just trying to get to the best

Page 40

1    execution, so either way could be -- because you
2    could have a discount and a fee as a secondary,
3    or you have this, you know, $2 discount, which is
4    less than 10 percent.  Either way, you're kind of
5    -- they are getting paid one way or the other.
6  Q.  Right.
7      Do you recall if you personally made a
8    recommendation as to whether Rocket should pursue
9    a secondary offering or RHI should pursue a block
10   sale at this time?
11 A.  I think this was simpler from a transaction
12   standpoint, so yeah.
13 Q.  So you mean block sale would be simpler?
14 A.  Yes.
15 Q.  Did you have an understanding as to whether RHI
16   would have to wait until after the 10k was filed
17   to engage in a block sale?
18      MR. SCOTT:  Objection to form.
19      THE WITNESS:  Isn't it asked and
20   answered?
21 BY MR. UPADHYA:
22 Q.  I'm asking -- so we were previously talking about
23   whether the secondary offering would have to wait
24   until after the 10k was filed.  I'm now asking if
25   you had an understanding as to whether a block

Page 41

1    sale would also have to wait for the 10k to be
2    filed before it could be executed.
3      MR. SCOTT:  Objection to form.
4      THE WITNESS:  I don't think I
5    understood that there was a difference between
6    one or the other in terms of the regulatory,
7    legal, or, you know, process in terms of timing.
8    You know, I defer to counsel either way.
9  BY MR. UPADHYA:
10 Q.  If you look at -- so the same text we were just
11   looking at, the last sentence in the first
12   paragraph you wrote, "We would file a Form 4 on
13   Friday night to minimize the impact of the share
14   price." Do you see that?
15 A.  Yes.
16 Q.  So there were you talking about Friday night in
17   general or like a specific upcoming Friday in
18   this time frame in the early March?
19      MR. SCOTT:  Objection, form.
20      THE WITNESS:  What's your question?
21 BY MR. UPADHYA:
22 Q.  When you refer to filing a Form 4 on a Friday
23   night, were you talking about filing a Form 4 on
24   a Friday night in general or were you
25   specifically referring to an upcoming Friday in

## Page 42

1  this early March time period?
2  A.  It sounds like in general.
3  Q.  So that was the reason for my earlier question,
4  which was, if you were considering executing the
5  sale in the first or second week of March, that
6  would be before the 10k was filed, so that's what
7  I was trying to get your understanding of that.
8      MR. SCOTT:  Okay.  I'm just going to
9  move to strike that comment by counsel, but you
10  can proceed.
11     MR. UPADHYA:  That's fine.
12 BY MR. UPADHYA:
13 Q.  Your next text you wrote, 0.5 billion is not
14  much.  Or I'm sorry, let me back up.
15     First text, second paragraph, later in
16  the sentence you write, "Not sure $500 million
17  moves the needle."  Do you see that towards the
18  end of the first line of the second paragraph?
19 A.  Yes, I see it.
20 Q.  What did you mean by that?
21 A.  I think we saw it from the time of the IPO 3 to
22  3.5 billion of proceeds.  So if you were at 2 at
23  the time of the IPO, 2 plus point -- you know,
24  500 million is 2.5 million, not 3 to 3.5.
25 Q.  So when you said not sure if 500 million moves

## Page 43

1  the needle, you meant that you weren't sure the
2  500 million dollars would move the needle
3  sufficiently to make up the shortfall from the
4  IPO?  Is that what you mean?
5      MR. SCOTT:  Object to the form.
6      THE WITNESS:  Or if it was enough to
7  achieve goals.  It wasn't, you know, much.  I'm
8  not making the decision here, so I'm kind of
9  asking.
10 BY MR. UPADHYA:
11 Q.  At this time, early March of 2021, was Rocket
12  still hoping to raise a billion to a billion and
13  a half dollars as it was -- or later in 2020?
14 A.  I mean, I remember discussions of 500 to a
15  billion.
16 Q.  Well, my question is, so do you remember when we
17  were looking at the Morgan Stanley dec it
18  showed -- when I was talking about achieving
19  parity with the IPO, it was looking at a range of
20  raising between 1.2 to 1.5 billion dollars.  Do
21  you remember that?
22 A.  We were -- we did a $2 billion IPO and we were 3
23  to 3.5 we were looking for at that time.
24 Q.  Right.  So my question is, at this time around
25  March 1st of 2021, was Rocket still hoping to

## Page 44

1  raise a similar amount of roughly 1 to 1.5
2  billion dollars?
3  A.  It was subject to market conditions, so I think
4  we were looking for half a billion to a billion
5  at that point in time.
6  Q.  This 500-million-dollar figure that is discussed
7  here, did that -- do you recall if that came from
8  the Rocket side or if that's something that
9  Morgan Stanley proposed?
10 A.  Morgan Stanley proposed it.
11 Q.  If you look a couple texts down, you see that
12  Mr. Brown asked you, "Why are they saying only
13  500 million?"  And you responded, "Saying could
14  do more, but it would create more noise, require
15  bigger discount, and impact the market more."  Do
16  you see that?
17     So around this time on March 1st, did
18  Morgan Stanley tell you that a 500-million-dollar
19  block sale was the largest they could do?
20 A.  Repeat the question.
21 Q.  At this time around March 1st, did Morgan Stanley
22  tell you that a 500-million-dollar block sale was
23  the largest that they could do?
24 A.  No.
25 Q.  But they did tell you that if they executed a

## Page 45

1  block sale larger than $500 million that it would
2  create more noise, require bigger discount, and
3  impact the market more, right?
4  A.  Yes.
5  Q.  The next text down is from Mr. Farner, and he
6  wrote, "Tell MS we have no interest at this time.
7  Stock is going to 30 plus."  Do you see that?
8  A.  I do.
9  Q.  Do you recall having any -- other than this text,
10  do you recall having any discussions with
11  Mr. Farner on March 1st about the potential price
12  of a block sale or a secondary offering?
13 A.  I do not.
14 Q.  And after you got Mr. Farner's text, did you
15  convey to Morgan Stanley that you didn't want to
16  proceed at that time?
17 A.  Yes.
18 Q.  Do you recall if there was a reason Morgan
19  Stanley proposed doing a private sale as opposed
20  to a secondary at this time?
21 A.  I think I recall that there's some rules around
22  the size of a private sale and that was
23  something -- that was an option available to us.
24 Q.  Do you have an understanding of what those rules
25  are?

Page 46

1  A.  The size is limited by, I think, some trailing
2      trading volume.
3  Q.  The size of a private sale, you mean?
4  A.  Yes.
5  Q.  Do you have a sense – do you have an
6      understanding as to whether – what that limit
7      was at this time?
8  A.  I think it was larger -- larger than what we
9      executed.
10 Q.  So higher than $500 million you mean?
11 A.  Yes.
12     MR. UPADHYA:  Elkins Exhibit 5.  This
13     document is Bates stamped Rocket Delaware
14     00097650.
15     (Exhibit 5 marked.)
16 BY MR. UPADHYA:
17 Q.  Mr. Elkins, these are texts between you and a
18     couple others on March 1st, 2021.  If you look at
19     the first text on the page from you towards the
20     end of that first message.  You would like it to
21     stabilize, but first, which I think is a typo.
22     What were you referring to when you would like it
23     to stabilize?
24 A.  To sell into the market, we needed a stable price
25     for several days so that there's sufficient

Page 47

1      volume that our counter-parties feel that that's
2      the real -- you know, real price of the stock.
3  Q.  When you say sell into the market, do you mean
4      with regards to both the secondary offering and
5      the private sale?
6  A.  Yes.  It would be true for either.
7  Q.  The next sentence in that same text, you refer to
8      a B of A request a call on this topic.  Do you
9      see that?
10 A.  I don't.
11 Q.  So the same – the very first text on the page,
12     the second sentence beginning with Taylor – or
13     the second paragraph, I guess, beginning with
14     Taylor.
15 A.  Yes.
16 Q.  B of A means Bank of America, I assume?
17 A.  Yes.
18 Q.  Were you also having discussions with Bank of
19     America about a potential private sale or
20     secondary offering at this time?
21 A.  I'm certain they pitched us at some point in time
22     about this.
23 Q.  Apart from Morgan Stanley and Bank of America, do
24     you remember if you were having discussions with
25     any other banks at this time?

Page 48

1  A.  I mean, I think I – a lot of banks reached out
2      to us during this period of time.
3  Q.  So, I mean, setting aside just simple outreach
4      from banks, I mean active discussions involving
5      Rocket and banks other than Morgan Stanley.
6      MR. SCOTT:  Objection, form.
7      THE WITNESS:  I mean, I think as you
8      can see in this text, I wanted to limit those
9      discussions, but there was a lot of outreach.
10 BY MR. UPADHYA:
11 Q.  Why did you want to limit those discussions?
12 A.  Because it's typically by capital markets groups
13     that talk to investors as well, so I didn't want
14     to create a signal into the market if it wasn't
15     something that we were going to do.
16 Q.  If you look a few texts down, there's another
17     text from you towards the middle of the page.
18     And you again refer to your conversation with
19     Morgan Stanley, and that's basically the same
20     message that we saw in the previous document we
21     looked at, right, about the feedback you received
22     from Morgan Stanley?
23     Sorry, could you just say yes or no for
24     the court reporter?
25 A.  What were you saying?

Page 49

1  Q.  When you – in that text towards the middle of
2      page that says, "MS said we could do a 144a now,"
3      and then it goes on.  You say, "It's too small;
4      it could send us down to 20."  That text is
5      referring to the discussion that you had with
6      Morgan Stanley that we were just looking at,
7      right?
8      MR. SCOTT:  Objection, form.
9      You can answer.
10     THE WITNESS:  It refers to my
11     discussion with Morgan Stanley.
12 BY MR. UPADHYA:
13 Q.  Same text, last sentence.  You texted Jay, and he
14     wants to wait for a higher price, example, $30
15     plus, right?
16 A.  Is that a question?
17 Q.  Yes.  Just making sure you see that on the page.
18 A.  I see that.
19 Q.  Was that your understanding that Mr. Farner
20     wanted to wait for a price of $30 or higher at
21     this time?
22     MR. SCOTT:  Objection, form.
23     You can answer.
24     THE WITNESS:  My understanding is that
25     Mr. Farner wanted to give us confidence in that,

## Page 50

1   you know, over time.  He was very bullish on our
2   stock.  Sometimes, you know, he'd throw out
3   something, you know, whether it's -- you know, he
4   meant exactly a certain price or not, he was just
5   trying to give us confidence overall.
6   BY MR. UPADHYA:
7   Q.   Confidence about what?
8   A.   That the stock will do well and we don't need to
9   sell.
10   Q.   But it was because of Mr. Farner's statement to
11   you that he wanted to wait for a price closer to
12   $30 that you told Morgan Stanley that you didn't
13   want to proceed at that time, right?
14         MR. SCOTT:  Objection, form.  That
15   misstates his testimony.  Don't know if it was
16   intentional or not, but he never said what you
17   just said.
18         You can answer.
19   BY MR. UPADHYA:
20   Q.   The previous document you looked at, Mr. Farner
21   told you that he wanted to wait for a higher
22   price, example $30, and he asked you to tell
23   Morgan Stanley that you had no interest at that
24   time.  Do you remember that?
25         MR. SCOTT:  Objection to form.

## Page 51

1         THE WITNESS:  Say again.
2   BY MR. UPADHYA:
3   Q.   The previous -- we can go back to it if it's
4   helpful.  Just trying to save time.
5         The previous text we looked at with
6   yourself and Mr. Farner, Mr. Farner told you that
7   he wanted to wait for a price, a higher price, of
8   $30 or so, and he asked you to tell Morgan
9   Stanley to -- that you had no interest at that
10   time, right?
11         MR. SCOTT:  Objection to form.
12         THE WITNESS:  I'd have to see the text
13   again.
14   BY MR. UPADHYA:
15   Q.   Okay.  Let's just -- I don't want to
16   mischaracterize.  I think it was Exhibit 4.
17         MR. SCOTT:  I have it.
18         MR. UPADHYA:  Just to make clear, this
19   was the document with the Bates stamp ending
20   97685.
21   BY MR. UPADHYA:
22   Q.   So these are the texts we just looked at.  What I
23   was referring to was the text from Mr. Farner
24   towards the middle of the page where he wrote,
25   "Tell MS we have no interest at this time.  Stock

## Page 52

1   is going to 30 plus."  Do you see that?
2   A.   Yes.
3   Q.   And because of Mr. Farner's text, you did tell
4   Morgan Stanley that you were not interested in
5   proceeding at that time, correct?
6         MR. SCOTT:  Objection to form.
7         THE WITNESS:  I told Morgan Stanley
8   we're not interested at this time.
9   BY MR. UPADHYA:
10   Q.   Because Mr. Farner asked you to, right?
11         MR. SCOTT:  Objection to form.  He's
12   just asking if you recall is that the reason why.
13   BY MR. UPADHYA:
14   Q.   Well, no -- you testified that you did convey to
15   Morgan Stanley that you were not interested in
16   proceeding at this time, and my question was, you
17   conveyed that to Morgan Stanley because
18   Mr. Farner asked you to?
19         MR. SCOTT:  Objection to form.
20         THE WITNESS:  I conveyed to them that
21   we weren't interested at this time.
22   BY MR. UPADHYA:
23   Q.   Because Mr. Farner asked you to do that, right?
24         MR. SCOTT:  Objection.  Asked and
25   answered.

## Page 53

1   BY MR. UPADHYA:
2   Q.   You can still answer the question.
3   A.   I conveyed to that to Morgan Stanley that we weren't
4   interested at the time.
5   Q.   When Mr. Farner told you that he wanted to wait
6   for a higher price, example $30 or higher, you
7   also relayed that to Julie Booth and others,
8   right?  We can flip back to Exhibit 5 if you'd
9   like.
10         MR. SCOTT:  He wants you to look at
11   Exhibit 5.
12         THE WITNESS:  I conveyed that to Julie
13   Booth that he wants to wait for a higher price.
14   BY MR. UPADHYA:
15   Q.   Am I correct that Julie Booth was Rocket's chief
16   financial officer at the time?
17   A.   She was.
18   Q.   And who are -- who is Taylor Roel or Roel?
19   A.   She's my assistant.
20   Q.   So if you have Exhibit 5 in front of you, which I
21   think you do, the very last text on the page you
22   wrote, "We're a ways from $30.  We have some
23   blocking and tackling basics before that we can
24   -- before that we can discuss on the call in one
25   minute.  Do you see that?

| Page 54 | Page 56 |
|---|---|

**Page 54**

1  What do you mean when you wrote
2  blocking and tackling basics?
3  A.  I think at this point in time we were -- felt
4  that if we met with more investors, we could get
5  our story out better.
6  Q.  And when you wrote, "We're a ways from $30," you
7  meant that Rocket stock price was significantly
8  below the $30 level that Mr. Farner had
9  referenced, right?
10  MR. SCOTT:  Objection, form.
11  THE WITNESS:  I'm trying to give Julie
12  confidence.  I'm not really focused on the $30.
13  BY MR. UPADHYA:
14  Q.  You're trying to give Julie confidence about the
15  future of Rocket stock price?
16  A.  Yeah, I believe that the market would be
17  receptive to our investment thesis.
18  Q.  So as of March 1st, based on the texts we looked
19  at, you told Morgan Stanley that you weren't
20  interested in proceeding with a secondary
21  offering or block sale at that time, right?
22  MR. SCOTT:  Objection to form.  Asked
23  and answered, misstates the testimony.
24  THE WITNESS:  I told Morgan Stanley we
25  weren't interested at the time.

**Page 55**

1  MS. BIRNBACH:  If we're switching
2  topics, would this be a good time for a break?
3  MR. UPADHYA:  Absolutely.
4  MS. BIRNBACH:  Thank you.
5  VIDEO OPERATOR:  This marks the end of
6  Media Unit No. 1.  We are off the record at
7  10:48.
8  (Break was taken.)
9  VIDEO OPERATOR:  This marks the
10  beginning of Media Unit No. 2.  We're back on the
11  record at 11:05.
12  MR. UPADHYA:  Welcome back, Mr. Elkins.
13  BY MR. UPADHYA:
14  Q.  Did you discuss the substance of your testimony
15  with counsel during the break?
16  A.  No.
17  Q.  So going back to March 1st that we've already
18  spent so much time on, do you recall that we
19  looked at the text from Mr. Brown to you saying
20  that you couldn't conduct a secondary offering
21  until after Rocket filed its 10k?
22  MR. SCOTT:  Objection to form.
23  THE WITNESS:  I recall I had a text
24  exchange with Mr. Brown.
25  BY MR. UPADHYA:

**Page 56**

1  Q.  And he told you that you couldn't -- Rocket
2  couldn't conduct a secondary offering until after
3  the 10k was filed, correct?
4  A.  Can I just look at it again?
5  Q.  Absolutely.  It was -- I can do my best -- Bates
6  stamped ending 9851--
7  MR. SCOTT:  It's Exhibit 2.
8  MR. UPADHYA:  Okay, thanks.
9  THE WITNESS:  Mr. Brown says we can't
10  do a secondary until after the 10k is filed,
11  which is March 25th, yes.  Occi reached out to me
12  as well.
13  MR. UPADHYA:  Yes, thank you.
14  BY MR. UPADHYA:
15  Q.  Not trying to mischaracterize, just to
16  double-check.  I think you testified that it was
17  your understanding that any limitation imposed by
18  the filing of the 10k would apply to both
19  secondary offering and private sale; is that
20  correct?
21  MR. SCOTT:  Objection, form.  Misstates
22  his testimony.
23  THE WITNESS:  Yeah, I think I said
24  whatever process with the legal accounting,
25  regulatory, Paul Weiss, etc., you know, like I

**Page 57**

1  need to go through a process like that for
2  whatever the form of the monetization would be.
3  BY MR. UPADHYA:
4  Q.  And we also saw -- and, again, you're free to
5  look at the text again.  But we also saw that
6  Mr. Farner wrote you in a separate document
7  asking you to tell Morgan Stanley that you had no
8  interest at that time.  Stock is going to 30
9  plus.  Do you remember that?
10  MR. SCOTT:  Objection to form.  Asked
11  and answered I think maybe five times now.
12  BY MR. UPADHYA:
13  Q.  I'm just asking you if you remember that text
14  exchange.
15  A.  We can pull it up.  I can read it to you.
16  Q.  I'm just trying to orient you.  If you would like
17  to look at it you can.
18  A.  Yeah, sure.  That would be great.
19  MR. UPADHYA:  You're better with the
20  exhibits than I am, Jeff, so if you have the
21  number handy.
22  MR. SCOTT:  Sure.  It's Exhibit 4.
23  THE WITNESS:  Mr. Farner wrote, "Tell
24  MS we have no interest at this time.  Stock is
25  going to 30 plus."

Page 58

1  BY MR. UPADHYA:
2  Q.   Right.  So on March 1st, Mr. Brown told you that
3       the secondary would have to wait until after the
4       10k was filed and Mr. Farner told you that -- or
5       asked you to tell Morgan Stanley that you had no
6       interest in proceeding at the time because stock
7       is going to 30 plus.
8            Why did you tell Morgan Stanley that
9       you did not want to proceed with a secondary
10      offering or a private sale as of March 1st?
11          MR. SCOTT:  Objection to form.
12          THE WITNESS:  I think I was -- you
13      know, didn't want to signal to the market that we
14      were selling at that point in time.
15 BY MR. UPADHYA:
16 Q.   But did you tell Morgan Stanley that you didn't
17      want to proceed because of Mr. Farner's request
18      to you to convey that because of the stock price,
19      or did you tell Morgan Stanley that you didn't
20      want to proceed because you believe that it would
21      have to wait until after the 10k was filed?
22          MR. SCOTT:  Objection.  Just answered.
23          THE WITNESS:  I -- it wasn't
24      necessarily based on the 10k.  I mean, I don't
25      think -- I think it was just the stock price

Page 59

1       wasn't attractive enough for us to proceed, and
2       we didn't want to signal to the market that there
3       was, you know, going to be a sale.
4  BY MR. UPADHYA:
5  Q.   So I didn't hear the first part of your answer.
6       Did you say the stock price?  Could you just
7       repeat the first part of what you said?
8            MR. SCOTT:  Can you read it back,
9       please?
10           (Requested portion read back.)
11 BY MR. UPADHYA:
12 Q.   So you didn't want to proceed at this time
13      because the stock price wasn't at a good enough
14      level?  Is that your testimony?
15          MR. SCOTT:  Objection to form.
16          THE WITNESS:  The market condition, the
17      stock price, the stable stock price that we could
18      sell into was not attractive.  And that, you
19      know, I think we continually -- if you look back
20      all the way from the time of the IPO kind of
21      going forward, we kept on assessing the market
22      price of the stock, and so we kept on watching to
23      see if there was a moment where it would be more
24      attractive.
25 BY MR. UPADHYA:

Page 60

1  Q.   And do you remember what the stock price was at
2       around this time on March 1st or so?
3  A.   I think it was probably in the low, low 20s, if
4       it wasn't attractive, and it probably wasn't
5       stable as well.
6  Q.   And what were you waiting for the stock price to
7       be before you would be willing to move forward?
8            MR. SCOTT:  Objection to form.
9            THE WITNESS:  I think, you know, it
10      depends on the time period that we were kind of
11      looking at.
12 BY MR. UPADHYA:
13 Q.   March of 2021.
14 A.   March of 2021.
15 Q.   Yes.
16 A.   I think we were looking -- looking for the stock
17      price to be in the -- call it the mid-20s or
18      higher for a sustained period of time.
19 Q.   And the answer that the court reporter just read
20      back, I think you also said -- I'm not trying to
21      mischaracterize, but I think you also said you
22      weren't sure if it was related to the 10k.
23 A.   The 10k -- and you keep on asking me this
24      question --
25 Q.   I do.

Page 61

1  A.   -- is really outside kind of my knowledge base,
2       so I relied on Mr. Brown's team of folks and,
3       like, outside experts on regulatory and also Paul
4       Weiss and the legal counsels to do their process.
5            I'm really just there looking at the
6       market price and market volume and seeing if
7       there's kind of counter-parties that are able to
8       transact.
9  Q.   So you didn't know one way or the other whether a
10      secondary offering or a private sale would have
11      to wait for the 10k?
12 A.   I would have relied on my team of folks that
13      handled that kind of thing.  I'm not a regulatory
14      or a securities lawyer or, you know, accountant.
15 Q.   Do you recall if you specifically told Morgan
16      Stanley that you didn't want to move forward
17      until after the 10k was filed?
18          MR. SCOTT:  Objection, form.
19          THE WITNESS:  I don't recall saying
20      that.
21          MR. UPADHYA:  This will be Elkins
22      Exhibit 6.  This document is Bates stamped Rocket
23      Delaware 00097662.
24          (Exhibit 6 marked.)
25 BY MR. UPADHYA:

Page 62

1  Q.  Mr. Elkins, you'll see that again these are some
2      texts between you and Jay Farner on March 2nd.
3      If you could turn to the second page that has the
4      actual text messages, the second part of the
5      second text message on that page you write, "Ted
6      called the MS desk. We'll be shorting RKT to
7      find out the cost and they asked him for
8      400 percent interest on the borrow." Do you see
9      that?
10         MR. SCOTT:  I'm sorry. Which – where
11     are you reading from? Can you just read the
12     time?
13         MR. UPADHYA:  It's the second text at
14     2:26 p.m. on the second paragraph of that.
15 BY MR. UPADHYA:
16  Q.  Do you see the language, Mr. Elkins?
17  A.  I'm just trying to familiarize myself with this
18     text exchange.
19  Q.  Sure.
20  A.  I'm sorry, can you repeat your reference here so
21     I can find it?
22  Q.  Yes. So the second text on the page, the last
23     sentence that begins with, "Ted called the MS
24     desk." What were you talking about in that – in
25     this part of that text message?

Page 63

1  A.  We're talking about how hard the borrow is on the
2      Rocket stock.
3  Q.  And I'm not the finance person, so what does that
4      mean, how hard the borrower is?
5  A.  It means how many people are trying to – the
6      demand for shorting of Rocket stock.
7  Q.  And who is the Ted that you refer to here?
8  A.  He's a person on my team.
9  Q.  So was he with – what was his last name?
10  A.  Bealin.
11  Q.  So was he with Rock Financial at the time?
12  A.  Yes.
13  Q.  Do you have an understanding as to why Mr. Bealin
14     called Morgan Stanley about shorting Rocket
15     stock?
16         MR. SCOTT:  Objection, form.
17         THE WITNESS:  I probably instructed him
18     to.
19 BY MR. UPADHYA:
20  Q.  Were you looking to short Rocket stock at the
21     time?
22  A.  No.
23  Q.  So what was the purpose of asking Mr. Bealin to
24     call Morgan Stanley about that?
25  A.  Just to assess the market conditions.

Page 64

1  Q.  The fourth text down you wrote, "Looking into
2      issuing an overnight convert at 0 percent
3      interest." Do you see that?
4  A.  Yes.
5  Q.  What does that refer to?
6  A.  It's just a capital markets option.
7  Q.  Was that another option that you were evaluating
8      to raise funds for RHI for Rocket?
9  A.  I think it's possible. It looks like it was very
10     preliminary. Just asking questions about it.
11     Someone may have called me.
12  Q.  What does an overnight convert actually mean?
13  A.  We could issue debt in a convert.
14  Q.  Converted equity, I assume?
15  A.  It's debt that converts into equity at a price.
16  Q.  If you look back to the first text we were just
17     looking at, the line right above the ones we
18     read, your stock went to $40. Do you see that?
19  A.  Yes.
20  Q.  Do you remember what was going on with the Rocket
21     stock price at the time?
22  A.  Was a meme craze that was kind of going on at
23     that point in time.
24  Q.  And that sent Rocket stock price up for some
25     period of time?

Page 65

1  A.  Yes, for a short period of time.
2  Q.  Did you consider trying to execute a secondary
3      sale to capitalize on that surge in Rocket stock
4      price around this time?
5  A.  The difficulty was we needed a stable price, and
6      I think during a meme craze, we had a lot of
7      retail shareholders trading over. So we're
8      always looking for a good price, but a stable
9      price.
10  Q.  When you say stable price, how do you evaluate
11     that?
12  A.  Consistent kind of price over an extended kind of
13     period of time.
14  Q.  Extended meaning, like, a couple days or a week?
15  A.  Yeah, because you need, like, the counter-parties
16     that are willing to transact at that level. So
17     you need investors or banks or the like to
18     actually transact.
19  Q.  When you say consistent, like roughly what sort
20     of dollar range are we talking about?
21  A.  It depends. I mean, it just really depends.
22     It's subjective.
23         MR. UPADHYA:  Elkins Exhibit 7. This
24     document is Bates stamped Rocket Delaware
25     00097412.

Page 66

1          (Exhibit 7 marked.)
2    BY MR. UPADHYA:
3    Q.   So these are texts between you and a few other
4         individuals on March 10th, 2021.  If you look on
5         the second page, the very first text you'll see
6         that you're asking if DG is confidentially
7         planning an announcement for a donation for
8         Detroit.  Do you see that?
9              MR. SCOTT:  Mr. Elkins, were you done
10        reviewing the text?
11   BY MR. UPADHYA:
12   Q.   Take your time.
13   A.   What was your question?
14   Q.   My question was whether you see the very first
15        text on the second page of the document where you
16        asked if DG is confidentially planning an
17        announcement for a donation for Detroit.
18   A.   It's not the full text, but I see it.  I see what
19        you're referring.
20   Q.   I'm just orienting you to the page.
21             What were you referring to there?
22   A.   Well, kind of for years, Dan was making
23        investments in the revitalization of Detroit and
24        into donations to Detroit for connectivity, for
25        ending veterans homelessness and other things and

Page 67

1         that had been contemplated since, you know, years
2         ago as part of the IPO and ongoing.
3              And I kind of knew from Matt previously
4         that there was always in kind of the works
5         another donation.
6    Q.   When you say Matt, do you mean Matt Rizek?
7    A.   Yes.
8    Q.   So before this day in March 10th, you didn't know
9         if Mr. Gilbert was planning any particular
10        charitable donation in the near future, right?
11             MR. SCOTT:  Objection to form.
12        Misstates the testimony.
13             THE WITNESS:  I just said, like, there
14        was kind of a plan of donation, you know, in the
15        works for a really long time.
16   BY MR. UPADHYA:
17   Q.   But at this time, did you have any understanding
18        of what the particulars of that donation were?
19   A.   I didn't know the particulars.  I knew there was
20        some donation being planned, and I knew it was in
21        the works and was going to be announced at some
22        point.  I just didn't know the exact time.
23        That's why I'm asking, asking him.  But I think
24        it had been planned for a long time.
25   Q.   So you didn't have any understanding of what the

Page 68

1         specific size of this donation would be?
2    A.   No.
3    Q.   And you didn't have any specific understanding as
4         to when the donation would either be announced or
5         made?
6    A.   No.
7    Q.   In the same text, later on in that paragraph you
8         wrote, "We'd like to concurrently announce the
9         secondary or 144a sale of RHI shares."  Do you
10        see that?
11             MR. SCOTT:  He's on the same exact text
12        at the beginning.  He meant in the second
13        sentence of the paragraph you were looking.
14             THE WITNESS:  Yes.
15             MR. UPADHYA:  Sorry if I misspoke.
16             THE WITNESS:  Yes.
17   BY MR. UPADHYA:
18   Q.   Do you have any understanding as to whether a
19        secondary offering or a 144a sale was related to
20        Mr. Gilbert's charitable donation?
21   A.   Well, I think going back to the time of the IPO,
22        there are a lot of reasons for the IPO or
23        subsequent secondary or share sale, and that
24        included, you know, Mr. Gilbert able to kind of
25        pursue some of his philanthropic and Detroit

Page 69

1         revitalization endeavors.
2    Q.   At this time did anybody tell you that
3         Mr. Gilbert or RHI had to conduct a secondary
4         offering or engage in a private sale in order to
5         fund Mr. Gilbert's planned charitable donation?
6              MR. SCOTT:  Objection.  Asked and
7         answered.
8              THE WITNESS:  It was ongoing for a very
9         long time that Mr. Gilbert was planning to make a
10        contribution to the City of Detroit or
11        philanthropically or through his investments in
12        real estate and revitalization.
13   BY MR. UPADHYA:
14   Q.   My question specifically was whether you had an
15        understanding that Mr. Gilbert or RHI needed to
16        sell shares in some form or another in order to
17        fund the charitable donation that you're
18        referencing in this text message?
19             MR. SCOTT:  Objection to form.  Asked
20        and answered three times now.
21             THE WITNESS:  I don't really understand
22        "needed."
23   BY MR. UPADHYA:
24   Q.   Needed.  If Mr. Gilbert wanted to donate a
25        hundred dollars, did you have an understanding

Page 70

| | |
|---|---|
| 1 | that he had to sell a hundred dollars' worth of |
| 2 | shares in order to fund that commitment? |
| 3 | MR. SCOTT: Objection to form. |
| 4 | THE WITNESS: I mean, there are always |
| 5 | options available to Rock. |
| 6 | BY MR. UPADHYA: |
| 7 | Q. What do you mean by that? |
| 8 | A. What I mean is there's options available. If he |
| 9 | wanted to raise money from other -- his other |
| 10 | assets or likes, so ... |
| 11 | So needed, I don't think needed is -- |
| 12 | you know, I'm not sure that's the right way to |
| 13 | frame something. |
| 14 | Q. So Mr. Gilbert didn't need to sell any RHI or |
| 15 | Rocket shares in order to fund his charitable |
| 16 | commitments? |
| 17 | A. It was helpful. |
| 18 | Q. You were discussing -- you had been discussing |
| 19 | either a secondary offering or a private sale in |
| 20 | the months before these texts on March 10th, |
| 21 | right? |
| 22 | A. Yes. |
| 23 | Q. But you didn't specifically know any of |
| 24 | Mr. Gilbert's plans for a charitable donation |
| 25 | until you asked these individuals about it on |

Page 71

| | |
|---|---|
| 1 | March 10th, right? |
| 2 | MR. SCOTT: Objection to form. |
| 3 | THE WITNESS: Well, I knew there was |
| 4 | going to be, you know, some contribution to |
| 5 | philanthropies announced. I think Matt told me |
| 6 | about it before. That's why I'm asking about it |
| 7 | again here. |
| 8 | BY MR. UPADHYA: |
| 9 | Q. But you didn't know any specifics as to the size |
| 10 | or potential timing of the donation, right? |
| 11 | MR. SCOTT: Objection. Asked and |
| 12 | answered. |
| 13 | BY MR. UPADHYA: |
| 14 | Q. You can answer. |
| 15 | A. I -- I didn't know the specifics. It was a |
| 16 | separate process. |
| 17 | Q. If you look at -- so the same sentence we were |
| 18 | just looking at where you wrote, "We'd like to |
| 19 | concurrently announce a secondary," do you still |
| 20 | see that? |
| 21 | A. Uh-huh. |
| 22 | Q. Was it your intention to plan the timing of any |
| 23 | private issuance or secondary offering with |
| 24 | Mr. Gilbert's announcement of his charitable |
| 25 | donation? |

Page 72

| | |
|---|---|
| 1 | A. I don't -- I think the intention was that if a |
| 2 | founder is selling, you know, selling, that, you |
| 3 | know, this is one of the proceed-- use of |
| 4 | proceeds, and it's a good use of proceeds for, |
| 5 | you know, market for the market to understand. |
| 6 | Q. Could you explain a little bit more about what |
| 7 | you mean by that? |
| 8 | A. From the time of the IPO, the purpose of the IPO |
| 9 | was to give us some, you know, M&A currency, |
| 10 | liquidity, liquidity at RHI, liquidity for the |
| 11 | company, and if Mr. Gilbert so choose, cash |
| 12 | towards his charities. And, you know, the market |
| 13 | is probably the most receptive to the use of |
| 14 | proceeds to cash towards other, you know, like, |
| 15 | something that's not signaling a lack of belief |
| 16 | in Rocket. |
| 17 | Q. So it was your belief that the market would react |
| 18 | more favorably to Mr. Gilbert's sale of stock if |
| 19 | it was disclosed that the sale of stock was for |
| 20 | charity as opposed to for some other reason? |
| 21 | MR. SCOTT: Objection. Objection to |
| 22 | form. |
| 23 | THE WITNESS: It was one of many good |
| 24 | reasons. |
| 25 | BY MR. UPADHYA: |

Page 73

| | |
|---|---|
| 1 | Q. Good reasons for the private sale you mean? |
| 2 | A. Or the IPO, yes. |
| 3 | Q. What were the other reasons to your knowledge? |
| 4 | A. Well, we granted team member stock. We had a |
| 5 | currency for M&A. We had -- there's like a |
| 6 | 2-billion-dollar-line from RHI to Quicken Loans. |
| 7 | Provide ample liquidity. There's other assets in |
| 8 | RHI that's general corporate purposes. |
| 9 | Mr. Gilbert can direct a distribution that he can |
| 10 | use for whatever purpose he may choose. |
| 11 | Q. And when you wrote, "We'd like to concurrently |
| 12 | announce," who were you referring to in the "we" |
| 13 | there? |
| 14 | A. I don't think I was that specific. I'm not, |
| 15 | like, a lawyer, so I don't think I was, like -- |
| 16 | you know, it's not an uppercase we that I'm |
| 17 | defining the term or anything. Just, you know, |
| 18 | speaking generally. |
| 19 | Q. As of this date March 10th, had you had any |
| 20 | discussions with anyone about timing the sale of |
| 21 | stock to coincide with the announcement of the |
| 22 | charitable donation? |
| 23 | A. Say that again. I'm sorry. |
| 24 | Q. At this time as of March 10th, had you had any |
| 25 | discussions with anybody else about timing the |

Page 74

1    sale of stock with the announcement of
2    Mr. Gilbert's charitable donation?
3  A.  Before this time you're asking me or what time
4    period are we talking about?
5  Q.  As of March 10.
6  A.  I think we -- I mean, I think we kind of have
7    always been talking about it since the time of
8    the IPO.
9  Q.  Talking about linking the two together, you mean?
10 A.  I think it was always one of the uses of
11   proceeds.
12 Q.  Fourth text down you'll see that Mr. Rizek wrote,
13   "Confirmed. Big announcement the 25th. It's
14   very confidential." Do you see that?
15 A.  Yes. I think it's around the 25th. Is that what
16   you're saying?
17 Q.  Yes, that text message referencing the 25th.
18 A.  Yes, I see that.
19 Q.  What other details did you learn, if any, about
20   the charitable donation around March 10th?
21 A.  I don't recall.
22 Q.  Do you remember if you learned anything about the
23   size of the donation or timing or anything else?
24 A.  I don't recall.
25 Q.  When -- so Mr. Rizek confirmed to you that the

Page 75

1    donation was going to be announced on March 25th,
2    right?
3  A.  Yes.
4  Q.  So once you learned that, did you either make the
5    decision to or have discussions about executing
6    the stock sale also around March 25th?
7        MR. SCOTT: Objection, compound. Do
8    you want to rephrase?
9        MR. UPADHYA: That's fine.
10       MR. SCOTT: You're asking two
11   questions. Which one do you want him to answer?
12       MR. UPADHYA: Could you read the
13   question back, please?
14       (Requested portion read back.)
15       MR. SCOTT: He wants to know about
16   decision and he wants to know about discussions.
17       THE WITNESS: I think you're asking a
18   question that's, like, causation that's really
19   just correlation that it was happening at the
20   same time.
21 BY MR. UPADHYA:
22 Q.  So it was coincidence that the donation and the
23   sale were going to take place roughly around the
24   March 25th time frame? Is that what you're
25   saying?

Page 76

1  A.  Yes.
2  Q.  So as of this date, March 10th, were you already
3    planning to execute the sale around the
4    March 25th time period?
5  A.  I think we were looking into -- we were looking
6    into doing it. I don't know if we targeted that
7    specific date. We were, like, constantly
8    assessing the market. I don't know if, like, we
9    were -- you know, it wasn't, like, a targeted
10   date.
11 Q.  What I'm trying to understand is you testified
12   that it's your understanding that it was a
13   coincidence that the sale of stock and the
14   announcement of the donation happened around
15   March 25th, right?
16       MR. SCOTT: Objection, form.
17       THE WITNESS: I don't think they
18   happened on the same day, did they?
19 BY MR. UPADHYA:
20 Q.  No, roughly. They didn't, but that sort of late
21   March time frame.
22 A.  They did both happen in that late March time
23   frame.
24 Q.  Right. So when you said that was coincidental,
25   what I'm trying to understand is as of this date,

Page 77

1    March 10th, was it already planned that the stock
2    sale would happen in that last week of March time
3    frame or is that something that got decided later
4    on?
5  A.  I think we were certainly kind of getting
6    prepared and the like. The time frame to
7    actually do it, I think we were looking for a
8    time when we were prepared and also had a good
9    price, and I think it was coincidental that
10   that's when the announcement occurred.
11 Q.  But you wanted the announcement and stock sale to
12   be executed or announced contemporaneously,
13   right?
14       MR. SCOTT: Objection, form. I don't
15   think it mattered what I wanted.
16 BY MR. UPADHYA:
17 Q.  Regardless of whether it matters, I'm just asking
18   if that's what your goal was at this time.
19       MR. SCOTT: Objection, form. Misstates
20   his testimony.
21       THE WITNESS: I don't -- I didn't have
22   control over either. I'm not the decision maker
23   in either process. All I was doing was, you
24   know, asking -- asking what was going on.
25 BY MR. UPADHYA:

Page 78

1  Q.  Well, I'm asking, because you wrote in this text
2      message that, "We'd like to concurrently announce
3      a secondary or 144a sale." So that's why I'm
4      asking if it was your recommendation that the
5      donation was announced and the stock sale was
6      executed at roughly the same time.
7            MR. SCOTT:  Objection to form. Asked
8      and answered.
9            THE WITNESS:  Yeah, I don't think I
10     have any influence over, you know, what the
11     timing was in the charitable contribution process
12     or involvement in that.
13            And then on the other point, I was
14     just, you know, looking for a point in time where
15     there was an attractive market price, and we were
16     legally or otherwise kind of prepared to do it.
17            I'm not really -- you know, I'm not
18     directly involved in philanthropy.
19 BY MR. UPADHYA:
20 Q.  So I don't remember exactly what you said, but a
21     couple answers ago, I think you said that around
22     this time as of March 10th, you were taking steps
23     to prepare for the stock sale. Is that right?
24 A.  It's not right. I wasn't taking steps. I was
25     just assessing the market. I think there was a

Page 79

1      team that did a lot of stuff whether they were,
2      you know, lawyers internally or Paul Weiss, our
3      accountants. I think the accountants have, you
4      know, I know auditors or other accounting
5      advisors as well, and then the regulatory and the
6      like. They did a bunch of work, but that wasn't
7      me. I'm just focused on the market and the
8      execution of the trade.
9  Q.  Do you remember if Rocket's stock price as of
10     around March 10th or so was more favorable than
11     it was a few days earlier on March 1st?
12 A.  I believe it was.
13 Q.  Is that why -- sorry.
14 A.  I believe it was.
15 Q.  And -- okay.
16            So same document, if you could go to
17     the next page. It's toward the middle of the
18     page. It's a text in between two of the
19     redaction blocks from Brian Brown at 1:33 p.m.
20 A.  Is this his golf handicap?
21 Q.  Above that. It's the likely big diff in
22     effort.
23 A.  Where is that?
24 Q.  If this helps, I can point it to you.
25 A.  Yes, I see it.

Page 80

1  Q.  So Mr. Brown --
2            MR. SCOTT:  Maybe can we just use the
3      times? That might be the easiest.
4            MR. UPADHYA:  I said -- I think I said
5      1:33.
6            MR. SCOTT:  Great. So it's in
7      chronological order.
8  BY MR. UPADHYA:
9  Q.  So Mr. Brown wrote, "Likely a big diff in effort
10     for 144a versus true secondary," and then he goes
11     on, right?
12 A.  Yes.
13 Q.  What's your understanding of what Mr. Brian was
14     referring to there?
15 A.  I assume a secondary would require more -- more
16     filings and maybe a marketing or something of
17     that nature. So it's just more work for
18     Mr. Brown's team.
19 Q.  So was there -- to your knowledge, was there a
20     preference at this time to conduct a private sale
21     instead of secondary offering?
22 A.  I think we were relying on advice from Morgan
23     Stanley at what we could kind of execute the
24     best.
25 Q.  And do you remember as of March 10 if they

Page 81

1      recommended either a secondary or a private sale?
2            MR. SCOTT:  Objection, form. Who is
3      the "they"?
4            MR. UPADHYA:  Morgan Stanley.
5            THE WITNESS:  I mean, I think we were
6      -- I think we were open to options. I don't
7      recall which they were recommending at that
8      point.
9  BY MR. UPADHYA:
10 Q.  So next page, right below the redaction block,
11     the text from you at 4:16 p.m. You wrote, "Jay
12     said we should be ready to pull the trigger." Do
13     you see that?
14 A.  Yes.
15 Q.  What discussion did you have with Mr. Farner that
16     you were referring to there?
17 A.  I don't recall a discussion. I mean, I had a
18     text exchange or something with him.
19 Q.  Do you remember -- go ahead. Sorry.
20 A.  I think to start the legal accounting process
21     that we could actually transact if we were able
22     to transact.
23 Q.  And do you have an understanding as to why
24     Mr. Farner said that at this particular time?
25 A.  I think --

Page 82

1       MR. SCOTT: Hold on a second.
2   Objection.
3   BY MR. UPADHYA:
4   Q.  You can answer.
5   A.  I think, you know, the stock was trading and
6       began trading in the mid-20s.
7   Q.  Was this the first time to your knowledge that
8       Mr. Farner had said that you should be ready to
9       pull the trigger on a stock sale or a secondary
10      offering since November of 2020?
11  A.  Well, I think going into, you know, other
12      periods, you know, we may have said, like, let's
13      be ready or he asked me to kind of assess what
14      the market was doing, but I think at this point,
15      this was the first time it was -- looked
16      attractive in the market.
17  Q.  Do you specifically remember Mr. Farner saying
18      that you should be ready to pull the trigger at
19      some other point before March of 2021 and after
20      November of 2020?
21      MR. SCOTT: Objection to form. Asked
22  and answered.
23      THE WITNESS: Generally I was always
24      assessing the market and, you know, if, you know,
25      if we were -- we may have -- Brian or Angelo may

Page 83

1       have been getting ready for things along the way,
2       because we were -- since the time of the IPO, we
3       were always looking to do a secondary or a block
4       sale.
5   BY MR. UPADHYA:
6   Q.  But do you remember Mr. Farner specifically
7       saying something like this before March 10th?
8       MR. SCOTT: Objection. Asked and
9       answered.
10      THE WITNESS: Can you read back what I
11      said a few minutes ago?
12  BY MR. UPADHYA:
13  Q.  Respectfully, I don't think that would be
14      productive. I'm just trying --
15      MR. SCOTT: He can always ask to have
16      testimony reread. If you're going to ask the
17      same question over and over again, of course he
18      has a right to do that.
19      MR. UPADHYA: Go ahead.
20      MR. SCOTT: If you don't like his
21      answers, just stop asking the questions over and
22      over again, okay?
23      MR. UPADHYA: I think you know very
24      well that there was not a straight answer to the
25      question, but we don't need to bicker about it.

Page 84

1   I'm just trying to get --
2       MR. SCOTT: It was a straight answer to
3       the question. Don't accuse my witness of not
4       giving a straight answer to the question.
5       MR. UPADHYA: Jeff, my question was
6       whether he had had such an instruction from
7       Mr. Farner before, and the answer was that he had
8       previously evaluated the markets and other
9       things, which is --
10      MR. SCOTT: The record is the record.
11  BY MR. UPADHYA:
12  Q.  Let's take a step back. Mr. Elkins, would you
13      like your --
14  A.  I don't think I said "and other things."
15  Q.  No, no, that was me. I wasn't quoting you.
16  A.  Oh, okay. But you were saying that's what I was
17      saying. I didn't say that.
18  Q.  It doesn't matter what I say, because that's not
19      the testimony.
20  A.  Okay.
21  Q.  It's only what you say that goes.
22  A.  Okay.
23  Q.  Would you still like your previous answer read
24      back?
25  A.  Sure.

Page 85

1       (Requested portion read back.)
2       THE WITNESS: Do I really sound like
3       that?
4       MR. UPADHYA: It always reads back
5       worse on paper.
6   BY MR. UPADHYA:
7   Q.  Is there anything else you would like read back?
8   A.  No, that's fine.
9   Q.  I'm going to ask the question again.
10      Was this the first time to your
11      recollection that Mr. Farner instructed or said
12      you should be ready to pull the trigger on a
13      private sale or a secondary offering?
14  A.  Now you can read the question back again.
15      MR. SCOTT: Objection to form.
16      THE WITNESS: Can you read it again,
17      ma'am?
18  BY MR. UPADHYA:
19  Q.  So you're not going to answer the question?
20  A.  No. I answered it twice already.
21  Q.  I'm asking you if this was the first time that
22      Mr. Farner issued such -- I don't want to call it
23      instruction, but made a statement to that effect?
24  A.  I think that's the first text I got to that
25      effect.

Page 86

```
 1  Q.   Did you have some other conversation with Mr.
 2       Farner that wasn't on text to that effect?
 3  A.   I don't recall.
 4  Q.   Same page two texts down at 4:22 p.m.  You wrote,
 5       "If we pursue, we can call MS the week of 22nd."
 6       Do you see that?
 7  A.   Yes.
 8  Q.   What were you referring to there?
 9  A.   If we pursue a stock sale or a secondary, I
10       think.
11  Q.   Sorry, what was the last part?
12  A.   Or a secondary.
13  Q.   And MS means Morgan Stanley, I assume?
14  A.   Yes.
15  Q.   And why were you suggesting that you could call
16       Morgan Stanley in the week of the 22nd?
17  A.   I'm trying to give the team time to prepare and
18       see if that's something that we could -- that we
19       could do or not.
20  Q.   What was your understanding of what sort of
21       preparations the team had to make in order to
22       conduct a private sale?
23  A.   I don't know.  I'm not, like, an expert on that
24       kind of legal and accounting process.  I
25       regularly kind of rely on the legal team to work
```

Page 87

```
 1       that out.
 2  Q.   Was there a specific reason that you suggested
 3       the week of the 22nd?
 4  A.   We're on the 10th, right?
 5  Q.   Yes.
 6  A.   I think I was trying to give him time to prepare,
 7       and if it was coincidental, then so be it.
 8  Q.   Coincidental in relation to what?
 9  A.   The coincidental timing between the contribution
10       announcement and coincidental stock sale.
11  Q.   So your suggestion for calling Morgan Stanley the
12       week of the 22nd wasn't driven by your knowledge
13       that the donation was going to be announced on
14       March 25th?
15  A.   I think it's just -- you know, I know the team
16       needs time to do their work to kind of prepare,
17       and I saw that, you know, we might be announcing
18       something, too, and it would be kind of
19       coincidental and helpful in the explanation of
20       the proceeds.
21  Q.   And was your proposal to call Morgan Stanley the
22       week of the 22nd related in any way to the filing
23       of Rocket's 10k?
24  A.   I don't recall.  I wasn't really involved in the
25       filing process for the 10k.
```

Page 88

```
 1  Q.   I think you had said a little while ago that it
 2       was your recollection that as of this time,
 3       March 10th or so, Rocket stock price was at a
 4       more favorable level.  Is that correct?
 5  A.   Yes.
 6  Q.   Why didn't RHI choose to proceed either with a
 7       secondary offering or with a stock sale in this
 8       time frame around March 10th or so?
 9  A.   I think we needed stability in the price, so it
10       may have just started to be in the mid-20s and
11       needed more days for it to be at that level.  And
12       I don't know if, you know, we need to, you know
13       -- I need to give the lawyers and accountants
14       time to do their process to see if we can sell.
15           (Exhibit 8 marked.)
16  BY MR. UPADHYA:
17  Q.   Elkins Exhibit 8.  This document was introduced
18       at a previous deposition, but it's a list of
19       Rocket's stock price trading information between
20       the time of the IPO to about July 2021.
21           Mr. Elkins, you wouldn't have seen this
22       before, because this is just information we
23       pulled from Blumberg.  Take your time to look at
24       it if you would like.
25           Unfortunately, we don't have page
```

Page 89

```
 1       numbers, but if you could turn to the fourth
 2       page, which has stock price information for the
 3       month of March 2021.
 4  A.   Sure.
 5  Q.   So if we look generally between, say, March 5th
 6       up through March 17th, 18th, or so, you'll see
 7       that Rocket's stock price generally closed at
 8       roughly 24 or 25 dollars per share, correct?
 9  A.   I'm sorry, through what dates?  Say again.
10  Q.   Just roughly between March 4th and March 18th.
11  A.   March 4th and March 18th.
12  Q.   Or March 17th, I guess.  One week after the
13       March 10th text we were looking at.
14  A.   Yes.
15           MR. SCOTT:  You said March 18th.
16           THE WITNESS:  He said 18th?
17           MR. SCOTT:  Yeah.  I thought you said
18       18th at first.
19           MR. UPADHYA:  I did, and then I
20       corrected myself to 17th, because that's just one
21       week after.
22           MR. SCOTT:  Is that because the price
23       went down on the twenty -- on the 18th, you want
24       to eliminate the $23 price?
25           MR. UPADHYA:  I'm not eliminating
```

## Page 90

1  anything. I'm trying to give it a fair range of
2  one week around.
3        MR. SCOTT:  That's 23 on the 19th and
4  22 on the 22nd?
5        MR. UPADHYA:  Jeff, are you trying --
6        MR. SCOTT:  What's the cut-off you want
7  here?
8        MR. UPADHYA:  I don't know why you are
9  trying to testify.  I explained what the cut-off
10  was.
11        MR. SCOTT:  I'm just asking what's
12  cut-off.  You gave him multiple dates now.
13        MR. UPADHYA:  I said one date, and then
14  I corrected myself.
15  BY MR. UPADHYA:
16  Q.  So to be clear, I would like you to look at the
17     closing stock price between March 5th and
18     March 17th.
19  A.  What's your question?
20  Q.  And my question was generally in that time frame,
21     Rocket stock price was -- stock was trading at
22     around the 24-, 25-dollar range, correct?
23  A.  I mean, I can't trade on a closing stock price; I
24     can only trade during kind of the market period
25     so I can see that it goes -- call it as low as 23

## Page 91

1     during that period and as high as 30.
2  Q.  You mean during inter-day trading?
3  A.  When the market is open, yes.
4  Q.  And did you believe that Rocket stock price was
5     too volatile in this window to execute on a stock
6     sale or on a secondary offering?
7  A.  I think we were trying to assess whether it was
8     stable enough that we could pursue something.
9  Q.  And did you reach a conclusion as to whether it
10     was stable or not?
11  A.  I think the -- I think we determined that we
12     should see if we were able to legally sell
13     something at that point.
14  Q.  And do you recall --
15  A.  I have to have -- you know, I have to have
16     clearance from all the lawyers, accountants,
17     etc., to be able to sell something, and then it
18     also needs to be a stable market price in order
19     for me to transact or recommend a transaction and
20     that Jay approves.
21  Q.  So during, as an example, the week of March 10th,
22     did you have that authorization that you were
23     referring to to proceed with the stock sale?
24  A.  I don't think we had completed a legal process at
25     that point in time.

## Page 92

1  Q.  Okay.
2  A.  And, you know, I don't think we had enough
3     stability in the stock price either.  If you
4     look, we just came off that meme craze, and so
5     the stock was moving a fair amount.
6  Q.  So I think it was the fluctuations between --
7  A.  It's also the volume during that time frame as
8     well.  So you've got to look at kind of the
9     volume during the day or at what price as well.
10     It's just not, like -- it's a little more
11     subjective than here's a closing price.
12  Q.  So all else equal, is higher volume or lower
13     volume more indicative of the stability you were
14     looking for?
15  A.  I mean, it depends on what type of volume, but,
16     you know, higher volume is better, but it depends
17     on what type.  If it's a bunch of retail
18     shareholders just trading it over and over and
19     over again, it's not really indicative of
20     something I can do a lot with.
21  Q.  So when you refer to the volume during this time
22     period, were you trying to say that the volume
23     was too low or too high?
24  A.  I wasn't trying to say either.  You're saying
25     that.  I don't know what you're saying.

## Page 93

1  Q.  I believe you testified that another fact that
2     you look at when evaluating whether the stock
3     price is stable is the volume.
4  A.  I mean, I think, you know, it was starting -- it
5     was starting to get to a level that we were
6     looking at it.  You know, we were actively
7     actively looking at options here.
8  Q.  Right.  So what I'm trying to understand is when
9     you say getting to the right level, do you mean
10     the volume was getting sufficiently high or
11     sufficiently low?
12        MR. SCOTT:  Objection, form.  Asked and
13     answered.
14        THE WITNESS:  I don't -- is that my
15     only options here, high or low?  I mean, I'm
16     trying to tell you it's a bit more subjective.
17     It's the type of volume, it's over what kind of
18     duration over what kind of price while the market
19     is open and who are the participants.
20  BY MR. UPADHYA:
21  Q.  And taking all those factors into account, you
22     thought that it was moving closer to the
23     direction that you wanted in terms of stability
24     as of the week of March 10th?
25  A.  It was looking better definitely.

## Page 94

1  Q.  Feel free to keep that chart handy if you want to
2     --
3  A.  Sure.
4  Q.  It's going to be helpful to look at stock prices
5     and different dates. Totally up to you.
6         MR. UPADHYA:  Elkins Exhibit 9.  Rocket
7     Delaware 00097633.
8         (Exhibit 9 marked.)
9  BY MR. UPADHYA:
10 Q.  Mr. Elkins, these are some more texts between you
11    and Mr. Farner also on March 10th.  Take your
12    time to look at the document if you like and let
13    me know when you're ready.
14        So if you look at the first text in
15    this document, you wrote, "RKT could accelerate
16    the 10k filing through the 24th and depending on
17    the RKT share price, then RHI sell
18    500-plus-million shares via 144a in the market."
19    Do you see that?
20 A.  I see where you're referencing.
21 Q.  Why were you talking about accelerating the
22    filing of Rocket's Form 10k?
23 A.  I probably was relying on whatever Brian or legal
24    counsel was advising us to do.
25        MR. SCOTT:  And talking about

## Page 95

1     conversations with legal, I'd ask you not to
2     divulge on the record any conversations with
3     legal counsel, okay?
4         THE WITNESS:  Okay.
5         MR. SCOTT:  Thank you.
6  BY MR. UPADHYA:
7  Q.  As of this date, March 10th, was your
8     understanding that RHI couldn't proceed with a
9     stock sale until after the 10k was the filed?
10 A.  I don't recall.
11 Q.  But you specifically reference accelerating the
12    10k filing to the 24th and then RHI sell the
13    stock, right?
14 A.  I mean, it could have been just the teams were
15    busy.  I don't know.
16 Q.  So you don't remember one way or the other if the
17    stock sale had to wait until after the 10k was
18    filed?
19 A.  I don't remember.
20 Q.  The next sentence on the same text, you wrote,
21    "We timed the Form 4 filing to come out Friday
22    night after market close and after DG's
23    announcement on a commitment to Detroit."  What
24    Form 4 are you referring to there?
25 A.  I mean, I think it's -- there wasn't a Form 4 at

## Page 96

1     this point, because I'm talking about a future
2     Form 4.
3  Q.  Right?
4  A.  You're asking me to identify a specific Form 4.
5     It's the one that might occur as part of a stock
6     sale.
7  Q.  How does the Form 4 filing -- Strike that.
8         Does the Form 4 filing that you refer
9     to here have any relation to Mr. Gilbert's
10    announcement of the charitable donation?
11 A.  It's just coincidental the timing is very close
12    and, you know -- yeah.
13        MR. UPADHYA:  Elkins Exhibit 10, I
14    believe.  This document is Bates stamped Rocket
15    Delaware 00097667.
16        (Exhibit 10 marked.)
17 BY MR. UPADHYA:
18 Q.  These are more texts, Mr. Elkins, again on
19    March 10th, and these are between you and Ted
20    Bealin.  I believe you testified that Mr. Bealin
21    was a member on your team, right?
22 A.  Yes.
23 Q.  The second text on the second page, again, take
24    your time to look it over.  But you wrote towards
25    the end of that second text, "If we do a 144a or

## Page 97

1     a secondary at the same time, does that lessen
2     the price impact to RKT?"  Do you see that?
3  A.  Yes.
4  Q.  And earlier in the text you're referring to
5     Mr. Gilbert's announcement of a
6     500-million-dollar donation on March 25th, and
7     you refer to the filing of the Form 10k on
8     March 26.  Do you see that?
9  A.  Uh-huh.
10 Q.  So --
11        MR. SCOTT:  No, that's not a Form --
12    oh, 10k, yes.  Got it.
13 BY MR. UPADHYA:
14 Q.  So when you wrote, "If we do a 144a or secondary
15    at the same time," were you referring to at the
16    same time as the announcement of the donation or
17    at the same time as the announcement -- as the
18    filing of the Form 10k?
19 A.  I don't recall.
20 Q.  Did you have a discussion with Mr. Bealin about
21    this on March 10th?
22 A.  I don't recall.
23 Q.  How would doing a 144a sale or a secondary
24    offering at the same time as either the
25    announcement of the donation or the filing of the

**Page 98**

1 Form 10k lessen the price impact to Rocket stock?
2 MR. SCOTT: Objection, form.
3 THE WITNESS: It could be some good
4 news in a 10k or some good news in the donation
5 to Detroit. Same time.
6 BY MR. UPADHYA:
7 Q. Rocket had already filed a Form 10Q reflecting
8 its results for the fourth quarter of 2020 as of
9 this time, correct?
10 A. Yes, I believe so.
11 Q. So was there any additional information or good
12 news as you put it that Rocket would be
13 announcing via its Form 10k?
14 A. I don't know. I wasn't involved in the
15 preparation of the 10k.
16 Q. Did you believe that the market would react more
17 favorably to news of Mr. Gilbert's sale if the
18 sale was connected to the announcement of the
19 charitable donation?
20 A. I think that's one of the many but good kind use
21 of proceeds that the market would be kind of
22 receptive to based on, I think, Morgan Stanley
23 gave me advice to that end as well.
24 Q. Morgan Stanley gave you advice to what end?
25 A. That the proceeds -- you know, the use of

**Page 99**

1 proceeds how the market kind of views the
2 different uses of proceeds.
3 Q. So it would be more beneficial -- Strike that.
4 It would have less of an impact to
5 Rocket stock price if the market believed that
6 the use of proceeds was for charitable purposes.
7 MR. SCOTT: Objection, form.
8 You can answer.
9 THE WITNESS: I don't know if I -- you
10 know, you have to ask someone in the market that
11 question.
12 BY MR. UPADHYA:
13 Q. I'm asking in the context of the advice that
14 Morgan Stanley gave you.
15 A. That -- their advice? I think they had, like,
16 three or four things that they thought would be
17 fine, I think, in terms of use of proceeds that I
18 recall.
19 Q. And when you say that they thought would be fine,
20 what do you mean by that?
21 A. I mean that -- I think, you know, markets
22 typically are like --
23 THE WITNESS: Sorry. I realize you're
24 squinting to hear me here.
25 A founder selling his shares, if it was

**Page 100**

1 for, you know, the wrong purpose could show a
2 lack of faith or something in the market, and I
3 don't think it was for that purpose. It was for
4 things that would help the company. Among those
5 were the company's commitment to its community
6 and Mr. Gilbert's efforts to help the Detroit
7 revitalization and charitable contributions that
8 he was making to the city of Detroit and
9 otherwise; general corporate purposes, M&A, you
10 know, other kind of things that the business
11 could raise capital for.
12 BY MR. UPADHYA:
13 Q. So those -- that list of different potential uses
14 --
15 A. It would be more than that. I'm just, you know,
16 having a conversation with you here.
17 Q. So the list of potential uses that you just went
18 through --
19 A. Yeah.
20 Q. -- is that your understanding of the use as to
21 which these funds could be put or is that what
22 Morgan Stanley advised you?
23 A. I mean, I think the capital was -- could be used
24 for, you know, a broad number of purposes. I
25 think, you know, it provides kind of liquidity to

**Page 101**

1 Quicken Loans as well, but I don't -- I think
2 Morgan Stanley's comments was just around what
3 potential market reactions would be more or less
4 favorable.
5 I think there was a desire that we were
6 -- remained kind of committed as the largest
7 shareholder to Rocket.
8 Q. Did Morgan Stanley advise you that listing the
9 use of proceeds as for charity would result in a
10 more favorable reaction from the market?
11 A. Listing? What do you mean by listing?
12 Q. So in the previous text we were looking at, you
13 made reference to a Form 4, right?
14 A. Yes.
15 Q. And I believe in this -- what actually happened
16 was the Form 4 that was ultimately filed on
17 March 29 specified that the proceeds of the sale
18 would be used to fund Mr. Gilbert's charitable
19 donation to Detroit. Are you familiar with that?
20 MR. SCOTT: Objection, form.
21 THE WITNESS: Do you want to show me
22 the Form 4?
23 BY MR. UPADHYA:
24 Q. I don't have it as a dep exhibit, so I'm just
25 asking if you recall anything about the actual

Page 102

1   Form 4 that was filed.
2 A.  Yeah, I recall, you know, it showed there was 500
3   million in proceeds and --
4       MR. SCOTT: You can finish. Go ahead.
5       THE WITNESS: And I recall charitable
6   contributions for one of the helping -- helping
7   with that was one of the uses of proceeds.
8 BY MR. UPADHYA:
9 Q.  Listed on the -- again, I'm not trying to test
10   your memory. My mistake. I don't have the
11   document.
12 A.  I recall something to that effect, yes.
13 Q.  So when you were referring to the text we looked
14   at a minute ago to the Form 4, were you referring
15   to the Form 4 because the Form 4 would disclose
16   that the purpose of the stock sale was to fund
17   Mr. Gilbert's charitable donations?
18 A.  When was the text exchange? I don't know if we
19   even got to the specifics of the Form 4 as of
20   this text exchange.
21 Q.  So I was looking at -- I think it was Exhibit 9.
22   Feel free to look at it if you have it, but that
23   was on March 10th.
24       MR. SCOTT: What's the question to him?
25       MR. UPADHYA: That's a great question.

Page 103

1       Could you read my question back, if
2   there was one?
3       (Requested portion read back.)
4       THE WITNESS: I think I'm just asking
5   if it's coincidentally going to happen at the
6   same time.
7       MR. UPADHYA: I'm not trying to
8   interrupt. I think we should just wait for the
9   question to come back so we know what you're
10   responding to.
11       THE WITNESS: Okay.
12       MR. UPADHYA: Thanks.
13       (Requested portion read back.)
14       THE WITNESS: I think at the time of
15   the text, I hadn't really looked at Form 4s in my
16   life that much, so I don't know. You know,
17   again, at that point, I don't think I was
18   referring to that specific Form 4.
19 BY MR. UPADHYA:
20 Q.  Do you have that text we were just looking at in
21   front of you, which I think was Exhibit 10? It's
22   a document ending 97663.
23       MR. SCOTT: That's Exhibit 9.
24       MR. UPADHYA: It might be. It's the
25   one with only three text messages on it.

Page 104

1       MR. SCOTT: It's this one. It's this
2   one here. It's Exhibit 9.
3       MR. MORGANROTH: I think it's 10.
4       MR. SCOTT: He said 97663.
5       MR. UPADHYA: 97, yeah, 663.
6       MR. SCOTT: On the first page.
7       MR. UPADHYA: 97663, the opening Bates
8   number.
9       MS. BIRNBACH: That's 9.
10       MR. UPADHYA: Nine, okay. Just to make
11   sure we're on the same page, we're hopefully
12   looking at Exhibit 9, which are texts on March
13   10th. There's only three text messages on the
14   page, and the Bates number with texts ends in
15   97664.
16       THE WITNESS: Yes.
17 BY MR. UPADHYA:
18 Q.  So just to make sure I understand, if you look at
19   the first text, the second line, you refer to
20   timing the Form 4 file to come out Friday night.
21   Do you see that?
22 A.  Yes.
23 Q.  So when you said that in the text message to
24   Mr. Farner, were you envisioning that the Form 4
25   would connect the stock sale to Mr. Gilbert's

Page 105

1   charitable donation?
2 A.  I think it was just conveniently coincidental if
3   it came out around that same time, because then
4   the market would understand that part of those
5   proceeds might be for Dan's charitable
6   contributions.
7       MR. SCOTT: We've been going just over
8   an hour now, and Mr. Elkins said he has very sore
9   knees; it's hard to sit. So before you mark that
10   exhibit, can we just take a break?
11       MR. UPADHYA: Absolutely.
12       VIDEO OPERATOR: This marks the end of
13   Media Unit No. 2. The time is 12:14 p.m. We are
14   off the record.
15       (Break was taken.)
16       VIDEO OPERATOR: This marks the
17   beginning of Media No. 3. We are back on the
18   record at 12:38.
19       MR. UPADHYA: Mr. Elkins, welcome back.
20   Did you discuss the substance of your testimony
21   during break?
22       THE WITNESS: No.
23       MR. UPADHYA: Elkins Exhibit 11, it's
24   Bates stamped Rocket Delaware 00089571.
25       (Exhibit 11 marked.)

Page 106

1 BY MR. UPADHYA:
2 Q. So this is just -- just quickly on this,
3 Mr. Elkins, you'll see that these are a series of
4 emails on March 11th, and the subject line is
5 RHI/DG Transaction Options Discussion. Do you
6 see that? And take your time to look it over.
7 A. Am I on the recipients here?
8 Q. So you're not on the recipients, but if you turn
9 to page 2, you'll see there is a list of
10 individuals, and you're the fifth name down.
11 A. Okay.
12 Q. Do you recall participating in some sort of call
13 on March 11th or March 12th about transaction
14 options for RHI or Dan Gilbert?
15 A. Let me just read this. I don't know the context
16 of this. I've never seen it.
17 MR. SCOTT: You can start in the back,
18 right. That's where the first e-mail
19 chronologically. Maybe that will help you.
20 BY MR. UPADHYA:
21 Q. I think my question was, do you recall
22 participating in a call about RHI or -- let me
23 rephrase.
24 Do you recall participating in a call
25 about transaction options for RHI or Dan Gilbert

Page 107

1 around March 10th -- March 11 or March 12th?
2 A. I do not.
3 Q. You don't? Do you remember if this call
4 happened?
5 A. I don't recall.
6 Q. As of this date, March 11, had there been a
7 decision made whether to pursue a secondary
8 offering or a private sale?
9 A. I don't recall.
10 MR. UPADHYA: Elkins Exhibit 12.
11 Document is Bates stamped Rocket Delaware
12 00099127.
13 (Exhibit 12 marked.)
14 BY MR. UPADHYA:
15 Q. Mr. Elkins, this is an e-mail on March 22nd.
16 You'll see that you're the second recipient under
17 the cc line. Are you familiar with this e-mail
18 and the document that's attached to it?
19 A. I'm not very familiar with it. You know, I
20 probably saw it before.
21 Q. Were you involved in the decision to submit this
22 attached notice of exchange to Rocket?
23 A. No, I'm sure that was the legal counsels that
24 were doing this.
25 Q. So you didn't have any involvement in this

Page 108

1 process?
2 A. No.
3 Q. As of this date, March 21st, had there been a
4 decision made as to whether to pursue a private
5 sale or a secondary offering?
6 A. I don't recall.
7 Q. Do you recall that the stocks, the 144 sale,
8 finally happened on March 29th, right?
9 A. Yes.
10 Q. When was the decision made to do a private sale
11 as opposed to a secondary or some other
12 transaction type?
13 A. I think we were considering a sale before, but
14 the price wasn't ever at that level that we would
15 kind of pursue something.
16 So I remember we passed on doing other
17 transactions. So I'm trying to remember if this
18 was, you know, when we passed the first -- you
19 know, the first time. Because I think we passed
20 on selling because the price wasn't sufficient,
21 and I don't know if this was part of that or not.
22 I think we were preparing for
23 something, but I don't recall if it was -- it was
24 probably another block at this point, but the
25 price wasn't sufficient, and I recall on, you

Page 109

1 know, that Friday -- or I don't know if it was
2 Friday -- it was a few days before that -- the
3 window closed; we passed on doing anything.
4 Q. In the first part of your answer when you said
5 you passed on selling, do you mean passed on both
6 the secondary and a private sale or just a
7 private sale?
8 A. Yes, on either.
9 Q. On either?
10 A. Yes.
11 Q. So was there a specific point in time when a
12 decision was made to do a private sale instead of
13 a secondary?
14 A. I don't recall. I think we were kind of always
15 open to options, but probably there was some
16 point in time given the legal paperwork
17 necessary.
18 Q. Do you have any understanding as to whether RHI
19 would have had to have submitted this notice of
20 exchange in connection with a secondary offering?
21 A. I told you I didn't prepare this. This was
22 prepared by kind of legal counsels. I think it
23 could have been done for either probably, but I
24 don't know. You'd have to ask them about
25 counsels or, you know, the accounting team.

1  Q.  Why did -- to your understanding, why did RHI
2      eventually choose to execute a private sale
3      instead of a secondary offering?
4          MR. SCOTT:  You mean on March 29th?
5          MR. UPADHYA:  Correct.
6          MR. SCOTT:  Yeah, March 29th.
7          THE WITNESS:  I think we thought that
8      was the best execution at that point in time and
9      it was efficient.
10 BY MR. UPADHYA:
11 Q.  When you say best and efficient, what are you
12     referring to specifically?
13 A.  That we would get the best execution in terms of
14     price and -- you know, and being efficient that
15     it wouldn't -- you know, from aware of all the
16     time and steps necessary that would be an
17     effective use of people's time.
18 Q.  So the time and steps involved with a private
19     sale would be more efficient than the time and
20     steps involved with the secondary?  Is that what
21     you mean?
22 A.  I think that's typically the case, yes.
23         MR. UPADHYA:  Elkins Exhibit 13 is a
24     document Bates stamped Rocket Delaware 00097464.
25         (Exhibit 13 marked.)

1  BY MR. UPADHYA:
2  Q.  So skipping ahead another couple days,
3      Mr. Elkins, these are some texts from March 26,
4      2021, between yourself and a few others.
5          Do you happen to remember one way or
6      the other if March 26 was a Friday?
7  A.  Nope.  It was -- the 29th was a Monday when we
8      sold, right?
9  Q.  I believe so.
10         MR. SCOTT:  Yes.  Yes.
11         THE WITNESS:  Yes.  I remember -- I
12     remember going to -- I remember thinking, like,
13     we were going to, you know -- stock price wasn't
14     sufficient, and we weren't going to do a
15     transaction, and I got sick with COVID.  So I
16     think it was Monday morning, so that would be the
17     29th; Sunday, the 28th; Saturday, the 27th.  26th
18     would have been the Friday.  Yeah, all good.
19         MR. UPADHYA:  Next time I'll introduce
20     a calendar as an exhibit.
21         THE WITNESS:  Thanks.  Appreciate it.
22 BY MR. UPADHYA:
23 Q.  So the first main page of the document, if you
24     could look at the text from Mr. Farner at 5:09
25     p.m.  He wrote, "I will try and execute Monday."

1      Do you see that?
2  A.  5:09?
3  Q.  Yes.
4  A.  I see that.
5  Q.  So as of March 26th, had a decision been made to
6      proceed with the stock sale on March 29th?
7  A.  No.
8  Q.  What did -- what's your understanding of what
9      Mr. Farner meant when he said, "I will try and
10     execute on Monday"?
11 A.  I think if you read further in this, I gave kind
12     of color that I thought it was this
13     triple-witching day where there's all these
14     options or index options or index, you know,
15     options expiring, and it was unusual activity.
16     And it was just, you know, a few moments of
17     trading.
18         So I didn't think -- I didn't think
19     there would be anything on Monday.  I didn't
20     think we would be able to execute.  As a matter
21     of fact, on Monday I kind of slept in.  I had
22     COVID; I slept in.  I just didn't think we would
23     have, like, a transaction.
24 Q.  A couple texts down, the text at 5:10, you wrote,
25     "We'll get quotes from MS, RBC, and JPM on Monday

1      a.m."  Do you see that?
2  A.  Yes.
3  Q.  So as of this Friday, March 26th, you were
4      planning to solicit quotes from these three banks
5      on the phone on Monday, right?
6          MR. SCOTT:  Objection to form.
7          THE WITNESS:  I think I was trying to
8      be responsive to the group here, but I didn't
9      think that the stock -- I definitely thought we
10     -- there was no -- there's no transaction to have
11     going into that weekend.  I specifically remember
12     that.  I thought we were done here.
13 BY MR. UPADHYA:
14 Q.  And why did you think -- go ahead.
15 A.  Because the stock never really traded at a level
16     where we would transact, and it traded a few
17     minutes at the very end of the day based on some
18     unusual kind of options activity.
19         That's not a stable price level where
20     we would transact.  And so I remember, I was,
21     like, you know, I thought we did a bunch of work,
22     you know, for nothing.  And I got COVID over the
23     weekend, and I remember sleeping in on Monday,
24     Monday morning.
25 Q.  So you thought that the options related trading

Page 114

1    on this Friday made Rocket's stock price to
2    unstable to proceed with the transaction.  Is
3    that your testimony?
4  A.  I thought the little bit of trading at the very
5    end of the day was not indicative of anything
6    besides some odd, you know, coincidence on the
7    calendar related to options activity, and I
8    thought we were done here.  I mean, we did pass
9    before as well, so we were very price sensitive.
10    I didn't expect us to do a transaction.
11  Q.  I think a couple answers ago you referred to
12    stability.
13  A.  Yes.
14  Q.  I was trying to get an understanding of what you
15    meant by that in connection with -- sir, if I
16    could just finish the question.
17  A.  Yes.
18  Q.  I was just trying to get an understanding of what
19    you meant by stability in the context of this
20    options-related trading on March 26th.
21  A.  Well, you need a counter-party to actually
22    transact with you.  And so I'm saying, like, I
23    can check with some counter-parties on Monday,
24    but I don't really expect anything to happen,
25    because it looks like just some option activity

Page 115

1    at the end of the day.  And I got COVID; I slept
2    in.  I thought we were going to do nothing on
3    Monday.  I thought we were done.
4  Q.  Do you remember a few couple hours ago we looked
5    at documents suggesting you would have
6    conversations with Morgan Stanley on March 1st
7    where they indicated to you that they could do a
8    sale at roughly a $2 discount?  Do you remember
9    that?
10  A.  Yes.  I don't know if it was on the 1st, the $2
11    discount, or is that --
12  Q.  That's what the document suggested.
13  A.  Okay.  Sure.
14  Q.  Between that time, March 1st, and these messages
15    on March 26th, had you solicited quotes or bids
16    from any of these banks?
17  A.  I don't think I had at the point gone to other
18    banks.  I was trying to keep -- if we weren't
19    going to do a transaction, I didn't want the
20    market to think that we were going to do a
21    transaction at that point overall, yeah.
22  Q.  And so the very next text from the one we were
23    just looking at is 5:10 p.m.
24        MR. SCOTT:  By the way, Mr. Elkins, if
25    you need to review the entire text to answer his

Page 116

1    questions because he's asking a lot, feel free to
2    read the whole text, okay?
3        THE WITNESS:  Okay.  Okay.
4        MR. UPADHYA:  Do you want some time or
5    can I ask a question?
6        MR. SCOTT:  I just want to make sure if
7    you're going to ask him of various sections he
8    understands.
9        MR. UPADHYA:  That's fine.
10        THE WITNESS:  Okay.
11  BY MR. UPADHYA:
12  Q.  So the very next text on that second page at
13    5:10 p.m., Mr. Brown wrote, How about 9 a.m.
14    diligence and go -- go/no go call Monday morning?
15    Do you see that?
16  A.  Where is that?
17  Q.  So it's the page ending 465.  It's the text from
18    Brian Brown at 5:10 p.m.
19  A.  Yes, I see that.
20  Q.  So Monday morning he's referring to March 29th,
21    right?
22  A.  Yes.
23  Q.  Was that the first time that you had scheduled a
24    diligence call or go/no-go call in connection
25    with the stock sale?

Page 117

1        MR. SCOTT:  Objection, form.
2        THE WITNESS:  I didn't schedule any
3    diligence calls.
4  BY MR. UPADHYA:
5  Q.  No, but here Mr. Brown is suggesting that this
6    group of individuals on these texts hold a
7    diligence and go/no call on Monday morning,
8    right?
9  A.  Does he say diligence here?
10  Q.  Yes.  If you look right below the time stamp at
11    the end of the privilege block, it says, "How
12    about 9 a.m. diligence?"
13  A.  Okay.  I probably was involved in if there was a
14    go/no-go call, but probably not coordinating kind
15    of diligence.  And maybe they did it on the same
16    call.  But, yeah, I was very focused on the
17    market trading at this point in time.
18  Q.  Was this the first time that a go/no-go call was
19    scheduled during this March time frame?
20        MR. SCOTT:  Objection, form.  I think
21    the record's pretty clear on that.
22        THE WITNESS:  Go/no-go call, like, is a
23    colloquialism that Brian Brown is using at this
24    point in time.  There were possibly discussions,
25    but I don't think, you know,

Page 118

1    go/no-go call's, like, a particularly meaningful
2    distinction here.
3 BY MR. UPADHYA:
4 Q.  Am I correct in understanding go/no-go call to
5    mean a call to decide whether to proceed with the
6    stock sale or not?
7 A.  I think the stock sale was dependent on market
8    price, right?  So at 9 a.m. in the morning, I
9    don't know that we could make that assessment
10   based on just a little bit of trading on the 26th
11   at the very end of the day on options activity.
12       So I needed -- you know, all the way
13   going back to the IPO, I always needed the legal
14   and accounting teams and outside advisors to say,
15   yes, we could do a transaction if that was such
16   or not, and then I also needed the stock price
17   performance to be stable and transactable as
18   well.
19       And so I don't think at that point, you
20   know, we were in a position to certainly assess
21   the part that I was concerned about, which is
22   just the market price.
23 Q.  Okay.  I think you testified that you fell sick
24   over the weekend, right?
25 A.  Yes.

Page 119

1 Q.  And I think you said you slept in on Monday
2    morning?
3 A.  Yes.
4 Q.  Did you -- so the sale was made on Monday,
5    March 29th, right?
6 A.  Correct.
7 Q.  So given your illness, to what extent did you
8    participate in the discussions leading up to the
9    sale and the mechanics of the sale itself?
10       MR. SCOTT:  Objection, form.
11       You can answer.
12       THE WITNESS:  I remember monitoring the
13   market price very well, making the
14   recommendations.  I remember reading about -- I
15   always pronounce it wrong because I never really
16   have conversations about it, but I remember
17   reading about Archegos over the weekend as well.
18   I remember the voice mail that I received from
19   Goldman Sachs telling me that there were hedge
20   funds unwinding that morning.  I remember I
21   missed that call by an hour or so, because I
22   probably slept in at that point.
23       And I remember thinking, let's see what
24   happens in the market and recommending let's just
25   see what happens in the market today.

Page 120

1       And that was significant kind of news
2    that we didn't know on that Friday, and so that
3    was really -- you know, looking at that stock
4    price performance that day and there was kind of
5    a very gradual kind of stair step up that looked
6    like there was consistent buying.
7       At that point, you know, it looked much
8    more, you know, worthwhile an endeavor to
9    actually check with the three -- you know, three
10   banks that were kind of market makers potentially
11   for us.
12       I knew Morgan Stanley was able to
13   transact.  I didn't know if the other main banks,
14   which are kind of house banks that were part of
15   the IPO, would be able to transact.
16 BY MR. UPADHYA:
17 Q.  So you weren't totally out of commission over the
18   weekend and on Monday?
19       MR. SCOTT:  Objection, form.
20       THE WITNESS:  I was sick with COVID,
21   but I, you know -- we traded a half a billion
22   dollars I recommend -- I recommended proceeding
23   on.  I remember it really well, yeah.
24 BY MR. UPADHYA:
25 Q.  You refer to a voice mail that you received from

Page 121

1    I think it was Morgan Stanley.  Is that right?
2 A.  No, it was Goldman Sachs.
3 Q.  Goldman Sachs, okay.
4       Could you remind me what the gist of
5    what you were told by whoever it was at Goldman
6    Sachs?
7 A.  They offered if we wanted to transact on the
8    Friday close, we could transact and sell, I
9    think, you know, like, 5 million shares or
10   something along those lines, or we could just see
11   how it performed in the market and, you know,
12   just let it run the market and potentially drive
13   up the stock price and then decide what to do.
14 Q.  And I think you also referred to a step up in
15   Rocket stock price on the Monday.  What's your
16   understanding of what was driving that increase
17   in Rocket stock price?
18 A.  I don't think I used the word "step up."  I'm not
19   sure I referred to a step up.  There was
20   consistent buying throughout that day.
21 Q.  And do you have any understanding as to what was
22   driving that purchasing activity?
23 A.  I mean, I can speculate.  I'm not, you know, I
24   didn't -- I don't know.  But looking at it, I
25   would say that people were trying to cover, you

Page 122

1  know, a shorter or a swap with people that were
2  short the stock.
3      I don't know for sure, but I can
4  speculate based on what I read on the weekend it
5  could have been driven by Archegos or it could
6  have been just a fear of others that Archegos was
7  unwinding and some people would want to unwind
8  ahead of it. We don't know.
9 Q.  With regard to the trading activity that you
10  referenced late in the day on the Friday, I think
11  you said, and correct me, but I think you said
12  that limited trading information wasn't enough
13  information for you to proceed with a
14  recommendation to sell at that time on Friday,
15  correct?
16 A.  Yeah, because, remember, I told you since the
17  beginning of the IPO, we were always looking for
18  price stability and, you know, in order to kind
19  of transact. And, you know, a short moment in
20  time on that day was not enough to transact,
21  because – just because some option people were
22  willing to trade at that price doesn't mean in
23  the case of, like, for example, a block sale,
24  that a large bank would transact at that price at
25  a much larger volume.

Page 123

1 Q.  And when you say stability, not trying to
2  mischaracterize, I think you said sometime you
3  meant price stability over a period of days or
4  what do you mean by that?
5 A.  Well, the reason – let's say it's a block sale.
6  The reason to have price stability is so that the
7  counter-party feels comfortable transacting at
8  that price.
9      In the case of – you know, the reason
10  I'm saying I'll check with brokers is I didn't
11  think any counter-party would feel comfortable
12  transacting at that price based on a little
13  option trading at the end of the day. So that's
14  why I kind of – I figured this was over and
15  we're done here.
16      And then I said I would check with the
17  brokers to just see if that was not the case.
18  And, you know, if someone was willing to
19  transact, then, sure, I'd consider it. But
20  usually they are not unless there's price
21  stability over some duration and volume so that
22  they know that they can, you know, in turn sell
23  the stock as well.
24      But there was such dramatic buying
25  during that Monday that when I did call Morgan

Page 124

1  Stanley, they did have a bid for 20 million
2  shares. And so that's why, you know, we ended up
3  transacting. It was a very – it was a very fair
4  price and then on top of it, there was a
5  counter-party who was willing to transact given
6  the events of that day.
7 Q.  When you say counter-party, did you mean the
8  counter-party to Morgan Stanley's sale that
9  wanted to buy this 20 million shares?
10 A.  Our counter-party would have been Morgan Stanley.
11  But I assume, you know, talking to Morgan
12  Stanley, not that they tell me, but Morgan
13  Stanley, they talk to accounts and so they know
14  that they can also in turn sell that block. I
15  mean, you probably know how these banks work
16  better than I do.
17 Q.  I really don't.
18 A.  Okay. But I'm sure, like, if they are buying,
19  they know they can sell.
20      (Exhibit 14 marked.)
21      MR. UPADHYA: Elkins Exhibit 14 is
22  Bates stamped Rocket Delaware 00097655.
23 BY MR. UPADHYA:
24 Q.  So, again, take your time to look this over.
25  What I wanted to direct your attention to when

Page 125

1  you're ready is the third page of the document
2  ending 657, the text from you at 10:52 a.m.
3 A.  Let me get up there.
4 Q.  Sure.
5 A.  Okay.
6 Q.  So in that text at 10:52, you write, "Confirm we
7  sold $500 million at $24.75, right?
8 A.  Yes, I do.
9 Q.  So you managed to execute the sale of Morgan
10  Stanley in less than two hours after the market
11  is opened on March 29, right?
12      MR. SCOTT: Objection to form.
13      THE WITNESS: We – we executed the
14  sale. I didn't check out the time that you're
15  saying, but we executed the sale, yes.
16 BY MR. UPADHYA:
17 Q.  Do you remember whether the sale was executed
18  around – you know, by around 11:00 in the
19  morning based on these texts?
20 A.  I think the sale was executed – the sale was
21  executed at 10:30 a.m.
22 Q.  Which – is there a specific text you're
23  referring to when you say that?
24 A.  When I say, "Told Evan we are good." Evan did
25  some weird thing where he kind of left out –

Page 126

1    left me kind of hanging at the very end. And so
2    I got a little nervous, because this is during
3    COVID, and we were both on cell phones, so I
4    wanted to make sure that we actually, you know,
5    confirmed the trade. And so I called Julie,
6    because I wanted a witness to the trade to call
7    back Evan in case he tried to, like, change
8    whatever he said before.
9          And so Evan confirmed it. And then I
10   asked him to send me an e-mail confirmation,
11   which he did do after that point in time.
12   Because otherwise, I just had a
13   half-a-billion-dollar trade on two cell phones,
14   and I was a little bit nervous about that at the
15   time.
16 Q.   And Evan is someone at Morgan Stanley, I assume?
17 A.   Evan is the head of capital markets at Morgan
18        Stanley.
19 Q.   What's his last name, if you recall?
20 A.   I don't know how to pronounce it, but it's
21        Damast, D-A-M-A-S-T, I believe. I mean, I
22        checked with JPM and RBC. I recall I couldn't
23        get a trade executed with them. And with Morgan
24        Stanley willing to transact at that time at a
25        price that was fair to us, Jay made the decision

Page 127

1    here, where is it -- if you look on the text
2    here, Jay said let's do it 10:28, and I probably
3    sold it somewhere between 10:28 and 10:30.
4    Because I wanted to make the recommendation I'm
5    not -- Jay is the one who decided to sell.
6 Q.   Given that there had only been 90 minutes or so
7        of trading activity that day, how did you become
8        comfortable with the stock being sufficiently
9        stable to transact at?
10 A.   Like I said, the stability is a test to see if
11        there's a counter-party willing to transact at
12        that level. And so given the demand that was
13        expressed by Goldman Sachs earlier in the day and
14        given that Evan was willing to transact, then
15        that was sufficient.
16          It wasn't necessary for me to kind of
17        wait multiple days because it was kind of unusual
18        institutional activity. You know, it wasn't like
19        some retail guys just trading a stock a lot.
20        There was clearly some real institutional
21        activity that was steadily buying, and it was
22        likely to cover, and it was -- and sufficient
23        size even at that point in the morning.
24          And I assume Evan was sufficiently -- I
25        mean, he's very sophisticated I'm sure, you know.

Page 128

1    I think they -- I'm sure they knew they had the
2    institutional demand.
3          So we were -- you know, this is really
4    just -- we were reacting to market events at this
5    point, and it was a much more kind of favorable
6    price than when we closed, you know. We passed
7    and the window closed the first time.
8 Q.   By window, do you mean -- what do you mean when
9        you say window?
10 A.   I think there was a window where we had a --
11        there was a window, I think, through that
12        Wednesday of the prior week where we were kind of
13        actively looking for -- we were kind of cleared
14        through the legal and whatever process to sell,
15        and we were -- you know, we were ready to
16        transact, but we didn't see a price that was
17        attractive, and I think Farner -- Farner said
18        "fuck it" or something, and we passed on the
19        transaction.
20 Q.   When was that?
21 A.   Earlier, I think, the week before. So I remember
22        the window closing, and I thought, okay, we're
23        not going to -- you know, we'll wait till some
24        future point in time.
25 Q.   So it's your recollection that Mr. Farner and

Page 129

1    others had made the decision to pause on the sale
2    before the trading window closed?
3 A.   I think it was -- I mean, I have to -- there was
4        probably a text exchange of the like. I have to,
5        like, look at the exact timing, but I know we let
6        that trading window close the first time, and we
7        were comfortable that we didn't get the -- you
8        know, the price that we felt the business was
9        fair at.
10 Q.   Do you remember we looked at the notice of
11        exchange that RHI submitted that was dated
12        March 19, 2021?
13 A.   I remember you gave it to me as an exhibit, yes.
14 Q.   Do you have any understanding if -- as to why RHI
15        submitted that notice of exchange if the stock
16        price was at a level that you wanted to transact
17        at?
18          MR. SCOTT: Objection, form.
19          THE WITNESS: I don't think that notice
20        of exchange specifies a price, does it? Like, I
21        think it was just a hunting license and it
22        probably, you know -- and it probably gave us,
23        you know -- it probably needed to be prepared in
24        advance, and it probably took a while to kind of
25        prepare it. So I don't know if even it wasn't at

Page 130

1    the price, I think we were just trying to be
2    prepared, I imagine, but I'm speculating.
3    BY MR. UPADHYA:
4    Q.  Do you know if that was the first time RHI
5        submitted a notice of exchange to sell shares?
6    A.  I don't know.
7    Q.  And did you have any involvement in the process
8        by which Rocket and its board decided to reopen
9        the trading window to allow RHI to transact?
10   A.  I think the only -- I might have asked them to,
11       you know, let us know if this is something that
12       we can do, but I don't think I had an involvement
13       in that process.  It was much more of something
14       that the legal team -- I think, particularly
15       Angelo, Julie Rogers, Paul Weiss, et cetera --
16       were kind of leading along with, you know,
17       Brian's team on the accounting and finance side.
18   Q.  And when RHI submitted the notice of exchange on
19       March 19, I assume it's fair to say it had no
20       idea that the short interest would drive up
21       rocket stock price later in March?
22   A.  Well, yeah, but you have to remember, there
23       was -- I think if you go back to that meeting,
24       there was a meme craze that probably scared out
25       some of the shorts as well at that point, but

Page 131

1    they may have reentered or something.  I don't
2    know.  I'm speculating, because I can't know what
3    the market is.
4        MR. UPADHYA:  Could we go off for a
5    couple minutes?
6        MR. SCOTT:  Sure.
7        MR. UPADHYA:  Hopefully we'll just keep
8    it short.  I just want to tidy things up.
9        MR. SCOTT:  We'll just step out.
10       VIDEO OPERATOR:  This is the end of
11   Media Unit No. 3.  The time is 1:12 p.m., and we
12   are off the record.
13       (Off the record.)
14       VIDEO OPERATOR:  This marks the
15   beginning of Media Unit No. 4.  The time is 1:16
16   p.m.  We are back on the record.
17       MR. UPADHYA:  Mr. Elkins, I have no
18   further questions.  Thanks for your time today.
19   I don't know if your counsel has any.
20       MR. SCOTT:  I do have a few questions.
21       MR. UPADHYA:  Sure.
22           EXAMINATION
23   BY MR. SCOTT:
24   Q.  Mr. Elkins, did you base your recommendation to
25       Mr. Farner on March 29, 2021, to sell Rocket

Page 132

1    securities on any information presented to
2    Rocket's board on March 3rd, 2021?
3    A.  No.  I wasn't even aware there was a board
4        meeting.
5    Q.  Were you ever made aware of any information
6        presented to Rocket's board on March 23, 2021?
7    A.  No, I was not.
8    Q.  Did Mr. Farner discuss with you any information
9        presented to Rocket's board on March 23rd, 2021?
10   A.  No, he did not.
11   Q.  As far as you are aware, did any information
12       presented at the March 23rd, 2021, board meeting
13       motivate the decision to sell Rocket's securities
14       on March 29, 2021?
15   A.  Not that I'm aware of.
16   Q.  Mr. Elkins, have you ever seen something called
17       the compass reports before?
18   A.  Only, like, five years ago.  Some -- Julie Booth
19       showed me something about servicing.
20   Q.  Did you ever see them or recall seeing them in
21       2021?
22   A.  No.  I wasn't a recipient, and I wouldn't have
23       had a physical copy.  I was working from home
24       during COVID.
25   Q.  Did you base your recommendation to Mr. Farner on

Page 133

1    March 29, 2021, to sell Rocket securities on any
2    information included in the compass reports?
3    A.  No.
4    Q.  Were you aware that the compass reports contained
5        gain on sale margin estimates?
6    A.  No, I did not.  I wasn't aware of that.
7    Q.  Was your recommendation to Mr. Farner to sell
8        securities on March 29 based on a gain on sale
9        margin estimates included in the compass reports?
10   A.  No.
11   Q.  As far as you're aware, did any of the gain on
12       sale margin estimates included in the compass
13       reports motivate the decision to sell Rocket
14       stock on March 29, 2021?
15   A.  Not that I'm aware.
16   Q.  Did you ever discuss with Mr. Gilbert the
17       March 29, 2021, stock sale?
18   A.  No, never.
19   Q.  To your knowledge, was Mr. Gilbert involved in
20       the March 29, 2021, stock sale?
21   A.  No, although I know going back to the time of the
22       IPO, he had given authority to Jay to proceed
23       with any secondary or stock -- or block sale
24       transaction.
25   Q.  To your knowledge, who is the person who

In Re: Rocket Companies, Inc. Stockholder Derivative Litigation
Confidential

Scott Elkins
December 15, 2023

Page 134

1   authorized the sale on March 29, 2021?
2   A.   Jay Farner.
3   Q.   And what was your role in connection with that
4   sale?
5   A.   I advised Jay on the market conditions.
6   Q.   If Rocket securities had not spiked on March 29,
7   2021, would you have recommended the sale to
8   Mr. Farner?
9   A.   No, I would not have.
10          MR. SCOTT:  Okay.  Those are all the
11   questions I have.
12          THE WITNESS:  Okay.
13          MR. UPADHYA:  Nothing further.
14          VIDEO OPERATOR:  This concludes today's
15   testimony given to us by Mr. Scott Elkins.
16          Total number of media units used was
17   four.
18          We are off the record at 1:19 p.m.
19          (Signature not requested.)
20          (Deposition concluded at 1:19 p.m.)
21              - - -
22
23
24
25

Page 135

1
2      C E R T I F I C A T E   O F   N O T A R Y
3   STATE OF MICHIGAN )
            )ss.
4   COUNTY OF OAKLAND )
5          I, Cindy A. Boedy, do hereby
6   certify that the preceding deposition was reported by
7   me, was recorded by me stenographically and later
8   reduced to typewritten form under my supervision, and
9   is a true and complete transcript.
10          I further certify that I am not
11   connected by blood or by marriage with any of the
12   parties, their attorney or agents; and that I am not
13   interested directly, indirectly, or financially in the
14   matter of controversy.
15          In witness whereof, I have hereunto
16   set my hand this day in Lake Orion, Michigan, County of
17   Oakland, State of Michigan.
18
19      _____
20      Cindy A. Boedy, CSR 4696
21      Certified Shorthand Reporter
22      Oakland County, Michigan
23      My commission expires 10/4/26
24
25

In Re: Rocket Companies, Inc. Stockholder Derivative Litigation
Confidential

Cash R. Rocket Companies, Inc. Stockholder Derivative Litigation 29990   Filed 07/16/24   Page 41 of 56
Scott Elkins
December 15, 2023

## $

**$2**  38:3,18 39:22 40:3 43:22 115:8,10

**$23**  89:24

**$24.75**  125:7

**$3**  16:13

**$30**  49:14,20 50:12,22 51:8 53:6,22 54:6,8,12

**$40**  64:18

**$500**  38:17 42:16 45:1 46:10 125:7

## 0

**0**  64:2

**0.5**  42:13

**00022799**  17:13

**00089571**  105:24

**00097412**  65:25

**00097464**  110:24

**00097633**  94:7

**00097650**  46:14

**00097655**  124:22

**00097662**  61:23

**00097667**  96:15

**00097685**  37:17

**0009769**  36:13

**00098511**  29:16

**00099127**  107:12

## 1

**1**  5:11 6:13 17:12,14 18:1 44:1 55:6

**1.2**  26:13,21 43:20

**1.5**  26:14,21 43:20 44:1

**1.8**  16:9

**10**  5:20 40:4 74:5 80:25 96:13,16 103:21 104:3

**105**  5:21

**107**  5:22

**10:28**  127:2,3

**10:30**  125:21 127:3

**10:48**  55:7

**10:52**  125:2,6

**10k**  31:14,19 32:2,7,14 33:1,14 34:17 35:5,16,18,21 38:5 40:16,24 41:1 42:6 55:21 56:3,10,18 58:4,21,24 60:22,23 61:11,17 87:23,25 94:16,22 95:9,12,17 97:7,12,18 98:1,4,13,15

**10Q**  98:7

**10th**  66:4 67:8 70:20 71:1 73:19,24 74:20 76:2 77:1 78:22 79:10 83:7 87:4 88:3,8 89:13 91:21 93:24 94:11 95:7 96:19 97:21 102:23 104:13 107:1

**11**  5:21 105:23,25 107:1,6

**110**  5:23

**11:00**  125:18

**11:05**  55:11

**11th**  106:4,13

**12**  5:22 14:1 107:10,13

**124**  5:24

**12:14**  105:13

**12:38**  105:18

**12th**  106:13 107:1

**13**  5:23 110:23,25

**131**  5:6

**13th**  24:19

**14**  5:24 124:20,21

**144**  108:7

**144a**  38:2,13 49:2 68:9,19 78:3 80:10 94:18 96:25 97:14,23

**15**  6:2,10

**150**  26:5

**17**  5:11

**17th**  89:6,12,20 90:18

**18th**  89:6,10,11,15,16,18,23

**19**  29:8,11 129:12 130:19

**19th**  90:3

**1:12**  131:11

**1:16**  131:15

**1:19**  134:18,20

**1:33**  79:19 80:5

**1st**  30:5,11 36:9,17,24 37:10,22

38:25 43:25 44:17,21 45:11 46:18 54:18 55:17 58:2,10 60:2 79:11 115:6,10,14

## 2

**2**  5:12 29:15,17 42:22,23 55:10 56:7 105:13 106:9

**2-billion-dollar-line**  73:6

**2.5**  42:24

**20**  29:11 49:4 124:1,9

**2020**  10:1,10,18 11:5 14:6 18:17,23 22:15 23:5,17,24 28:10 29:4 30:20 43:13 82:10,20 98:8

**2021**  10:2,10,18 12:7 13:1 14:4 30:5, 21 34:11 43:11,25 46:18 60:13,14 66:4 82:19 88:20 89:3 111:4 129:12 131:25 132:2,6,9,12,14,21 133:1,14, 17,20 134:1,7

**2023**  6:2,10

**20s**  37:14 60:3

**21st**  108:3

**22**  29:8 90:4

**22nd**  86:5,16 87:3,12,22 90:4 107:15

**23**  90:3,25 132:6

**23rd**  132:2,9,12

**24**  89:8

**24-**  90:22

**24th**  94:16 95:12

**25**  89:8

**25-dollar**  90:22

**25th**  31:15 56:11 74:13,15,17 75:1,6, 24 76:4,15 87:14 97:6

**26**  24:16 97:8 111:3,6

**26th**  111:17 112:5 113:3 114:20 115:15 118:10

**27th**  111:17

**28th**  111:17

**29**  5:12 101:17 125:11 131:25 132:14 133:1,8,14,17,20 134:1,6

**29th**  108:8 110:4,6 111:7,17 112:6 116:20 119:5

**2:26**  62:14

**2nd**  24:17 62:2

**3**

**3** 5:13 26:6 36:11,14 42:21,24 43:22
105:17 131:11

**3.3** 26:6

**3.5** 42:22,24 43:23

**30** 45:7 52:1 57:8,25 58:7 91:1

**344** 6:16

**36** 5:13

**37** 5:14

**4**

**4** 5:14 37:15,18 41:12,22,23 51:16
57:22 95:21,24,25 96:2,4,7,8 101:13,
16,22 102:1,14,15,19 103:18 104:20,
24 131:15

**400** 62:8

**46** 5:15

**465** 116:17

**48009** 6:18

**4:16** 81:11

**4:22** 86:4

**4s** 103:15

**4th** 89:10,11

**5**

**5** 5:15 46:12,15 53:8,11,20 121:9

**500** 38:2 42:24,25 43:2,14 44:13
102:2

**500-million-dollar** 44:6,18,22 97:6

**500-plus-million** 94:18

**5:09** 111:24 112:2

**5:10** 112:24 115:23 116:13,18

**5th** 89:5 90:17

**6**

**6** 5:16 61:22,24

**61** 5:16

**657** 125:2

**66** 5:17

**663** 104:5

**7**

**7** 5:17 65:23 66:1

**8**

**8** 5:18 88:15,17

**808** 21:23

**811** 24:4

**815** 25:24

**836** 26:23

**88** 5:18

**9**

**9** 5:5,19 23:17 94:6,8 102:21 103:23
104:2,9,12 116:13 117:12 118:8

**90** 127:6

**94** 5:19

**96** 5:20

**97** 104:5

**97663** 103:22 104:4,7

**97664** 104:15

**97685** 51:20

**9851--** 56:6

**9:42** 6:3,11

**A**

**a.m.** 6:3 113:1 116:13 117:12 118:8
125:2,21

**Absolutely** 55:3 56:5 105:11

**accelerate** 94:15

**accelerating** 94:21 95:11

**access** 19:25

**account** 93:21

**accountant** 61:14

**accountants** 15:15 32:19 34:21
79:3 88:13 91:16

**accounting** 30:8 31:21,22 33:9
34:23 56:24 79:4 81:20 86:24 109:25
118:14 130:17

**accounts** 16:18 17:7 124:13

**accurate** 33:14

**accuse** 84:3

**achieve** 26:10,13 43:7

**achieving** 26:1 43:18

**active** 48:4

**actively** 93:6,7 128:13

**activity** 112:15 113:18 114:7,25
118:11 121:22 122:9 127:7,18,21

**actual** 15:13 29:25 30:10 62:4
101:25

**additional** 19:24,25 20:1,2 22:18
35:19 98:11

**advance** 129:24

**advice** 16:4 80:22 98:23,24 99:13,15

**advise** 14:21 101:8

**advised** 100:22 134:5

**advising** 12:8,9,11,14,16 14:13,14
94:24

**advisor** 36:2

**advisors** 21:13 34:21 79:5 118:14

**affiliated** 29:22

**afternoon** 37:9

**ahead** 18:20 81:19 83:19 102:4
111:2 113:14 122:8

**America** 47:16,19,23

**amount** 26:22 44:1 92:5

**ample** 73:7

**Angelo** 82:25 130:15

**announce** 68:8 71:19 73:12 78:2

**announced** 67:21 68:4 71:5 75:1
77:12 78:5 87:13

**announcement** 66:7,17 71:24 73:21
74:1,13 76:14 77:10,11 87:10 95:23
96:10 97:5,16,17,25 98:18

**announcing** 87:17 98:13

**answers** 8:16,18 78:21 83:21 114:11

**apply** 56:18

**approval** 32:18

**approves** 91:20

**approximately** 9:10 13:22,24 38:18

**Archegos** 119:17 122:5,6

**Argumentative** 33:16

**arranging** 13:8

**assess** 14:12 63:25 82:13 91:7 118:20

**assessing** 59:21 76:8 78:25 82:24

**assessment** 118:9

**assets** 70:10 73:7

**assistant** 53:19

**association** 6:21

**assume** 47:16 64:14 80:15 86:13 124:11 126:16 127:24 130:19

**assuming** 32:22

**attached** 5:10 107:18,22

**attention** 18:10 124:25

**attractive** 34:25 59:1,18,24 60:4 78:15 82:16 128:17

**auditors** 79:4

**August** 10:1,9,17,18 11:5 14:6 23:24

**authority** 133:22

**authorization** 91:22

**authorized** 134:1

**Avenue** 6:17

**aware** 110:15 132:3,5,11,15 133:4,6, 11,15

### B

**back** 27:14 33:19 34:5 38:12 42:14 51:3 53:8 55:10,12,17 59:8,10,19 60:20 64:16 68:21 75:13,14 83:10 84:12,24 85:1,4,7,14 103:1,3,9,13 105:17,19 106:17 118:13 126:7 130:23 131:16 133:21

**background** 25:18,19

**bank** 47:16,18,23 122:24

**bankers** 16:5 30:24

**banks** 47:25 48:1,4,5 65:17 113:4 115:16,18 120:10,13,14 124:15

**Barry** 4:2

**base** 61:1 131:24 132:25

**based** 16:4 54:18 58:24 98:22 113:17 118:10 122:4 123:12 125:19 133:8

**basic** 10:16 32:22 34:2

**basically** 16:22 48:19

**basics** 53:23 54:2

**basis** 13:25 14:1,2

**Bates** 17:12,17 21:21 29:15 36:12 37:16 46:13 51:19 56:5 61:22 65:24 96:14 104:7,14 105:24 107:11 110:24 124:22

**Bealin** 63:10,13,23 96:20 97:20

**began** 82:6

**beginning** 6:12 47:12,13 55:10 68:12 105:17 122:17 131:15

**begins** 62:23

**behalf** 7:7,14,17

**belief** 72:15,17

**believed** 99:5

**beneficial** 99:3

**benefit** 8:10

**bicker** 83:25

**bid** 124:1

**bids** 115:15

**big** 74:13 79:21 80:9

**bigger** 44:15 45:2

**billion** 16:2,9,13 26:6,14,21 42:13,22 43:12,15,20,22 44:2,4 120:21

**Birmingham** 6:1,17

**Birnbach** 7:16 55:1,4 104:9

**bit** 12:21 72:6 93:16 114:4 118:10 126:14

**block** 23:4,7,10,11 30:18,23 34:13,14 37:7 38:14,17,25 39:3,10,21 40:9,13, 17,25 44:19,22 45:1,12 54:21 81:10 83:3 108:24 117:11 122:23 123:5 124:14 133:23

**blocking** 53:23 54:2

**blocks** 79:19

**Blumberg** 88:23

**board** 130:8 132:2,3,6,9,12

**Boedy** 6:21

**Booth** 53:7,13,15 132:18

**borrow** 62:8 63:1

**borrower** 63:4

**bottom** 19:15 21:22 23:15 25:25

**brackets** 23:17

**Brandon** 4:9 6:19

**break** 8:21,24 55:2,8,15 105:10,15, 21

**Brian** 4:5 30:4 37:21 79:19 80:13 82:25 94:23 116:18 117:23

**Brian's** 130:17

**briefly** 36:18

**broad** 100:24

**brokers** 123:10,17

**Brown** 30:4,11,14 31:10,13,17 35:17, 23 37:21 44:12 55:19,24 56:9 58:2 79:19 80:1,9 116:13,18 117:5,23

**Brown's** 30:7 31:23 32:5 61:2 80:18

**bullish** 50:1

**bunch** 36:20 79:6 92:17 113:21

**business** 100:10 129:8

**busy** 95:15

**buy** 27:14 39:13 124:9

**buyback** 20:20 21:4,18

**buying** 39:11 120:6 121:20 123:24 124:18 127:21

### C

**calendar** 111:20 114:7

**call** 23:3 24:8 36:9 39:12 47:8 53:24 60:17 63:24 85:22 86:5,15 87:21 90:25 106:12,22,24 107:3 116:14,24 117:7,14,16,18,22 118:4,5 119:21 123:25 126:6

**call's** 118:1

**called** 19:10 26:1,12 62:6,23 63:14 64:11 126:5 132:16

**calling** 87:11

**calls** 117:3

**capital** 19:2 25:19 39:16 48:12 64:6 100:11,23 126:17

**capitalize** 65:3

**carryover** 19:13

**case** 10:1 29:21,23 110:22 122:23 123:9,17 126:7

cash 72:11,14

causation 75:18

cell 126:3,13

cetera 130:15

change 126:7

charitable 67:10 68:20 69:5,17
70:15,24 71:24 73:22 74:2,20 78:11
96:10 98:19 99:6 100:7 101:18 102:5,
17 105:1,5

charities 13:6 72:12

charity 13:15 72:20 101:9

chart 94:1

CHAT 5:12,13,14,15,16,17,19,20,23,
24

check 114:23 120:9 123:10,16
125:14

checked 126:22

chief 30:8 53:15

choose 72:11 73:10 88:6 110:2

chronological 80:7

chronologically 106:19

Cindy 6:21

city 69:10 100:8

Clarify 27:16

clear 33:22,24 35:11,12,13 51:18
90:16 117:21

clearance 91:16

cleared 128:13

close 23:23 24:1,2 95:22 96:11 121:8
129:6

closed 89:7 109:3 128:6,7 129:2

closer 15:14,15 50:11 93:22

closing 24:18,23 90:17,23 92:11
128:22

coincide 73:21

coincidence 75:22 76:13 114:6

coincidental 76:24 77:9 87:7,8,9,10,
19 96:11 105:2

coincidentally 103:5

colloquialism 117:23

color 112:12

column 24:18

comfortable 123:7,11 127:8 129:7

comment 42:9

comments 101:2

commission 120:17

commitment 70:2 95:23 100:5

commitments 70:16

committed 101:6

community 100:5

companies 6:14 7:17 10:20 11:18
12:10 15:5 25:11

company 15:13 19:18 20:20 72:11
100:4

company's 100:5

compared 20:2 39:3

compass 132:17 133:2,4,9,12

completed 91:24

compound 75:7

concerned 118:21

concluded 134:20

concludes 134:14

conclusion 91:9

concurrent 20:21 21:8 26:24 27:7
28:4

concurrently 27:10 68:8 71:19
73:11 78:2

condition 59:16

conditions 14:12 16:4 28:13 32:18,
22 39:19 44:3 63:25 134:5

conduct 25:13,14 32:2 33:2,13
34:16 55:20 56:2 69:3 80:20 86:22

conducted 14:6

conducting 21:7 23:20,23 25:22
28:8

confidence 49:25 50:5,7 54:12,14

confidential 6:7 74:14

confidentially 66:6,16

Confirm 125:6

confirmation 126:10

confirmed 74:13,25 126:5,9

confirming 18:21

connect 104:25

connected 98:18

connection 20:7 109:20 114:15
116:24 134:3

connectivity 66:24

consensus 32:13

considered 23:25

consistent 14:25 25:6 26:9,16 27:22
65:12,19 120:6 121:20

constantly 76:7

contained 133:4

contemplated 67:1

contemporaneously 77:12

context 20:10 21:17 27:8 99:13
106:15 114:19

continually 59:19

continuing 30:22

contribution 69:10 71:4 78:11 87:9

contributions 100:7 102:6 105:6

control 77:22

conveniently 105:2

conversation 37:5 48:18 86:1
100:16

conversations 5:12,13,14,15,16,17,
19,20,23,24 95:1,2 115:6 119:16

convert 64:2,12,13

converted 14:24 64:14

converts 64:15

convey 45:15 52:14 58:18

conveyed 52:17,20 53:3,12

coordinating 117:14

copy 132:23

corporate 73:8 100:9

correct 18:23 22:9 28:11 34:12
35:10 52:5 53:15 56:3,20 88:4 89:8
90:22 98:9 110:5 118:4 119:6 122:11,
15

corrected 89:20 90:14

correlation 75:19

cost 62:7

cost-effective 39:16,23

counsel 6:23 9:5,11,15 41:8 42:9
55:15 94:24 95:3 131:19

**counsels** 61:4 107:23 109:22,25

**counter-parties** 47:1 61:7 65:15 114:23

**counter-party** 114:21 123:7,11 124:5,7,8,10 127:11

**couple** 8:6 9:7,12,13 18:11,16,22 19:16 22:15 44:11 46:18 65:14 78:21 111:2 112:24 114:11 115:4 131:5

**court** 6:20,22,25 7:4 8:11,18 12:20 48:24 60:19

**cover** 121:25 127:22

**COVID** 111:15 112:22 113:22 115:1 120:20 126:3 132:24

**craze** 64:22 65:6 92:4 130:24

**create** 44:14 45:2 48:14

**Cromwell** 7:7,11

**currency** 72:9 73:5

**cut-off** 90:6,9,12

**D**

**D-A-M-A-S-T** 126:21

**Damast** 126:21

**Dan** 66:22 106:14,25

**Dan's** 105:5

**Daniel** 7:9,14

**date** 11:9 23:16 24:17 29:24 38:9 73:19 76:2,7,10,25 90:13 95:7 107:6 108:3

**dated** 129:11

**dates** 24:9 89:9 90:12 94:5

**day** 36:17 67:8 76:18 92:9 112:13 113:17 114:5 115:1 118:11 120:4 121:20 122:10,20 123:13 124:6 127:7,13

**days** 9:7 46:25 65:14 79:11 88:11 109:2 111:2 123:3 127:17

**deal** 20:22

**Deborah** 7:16

**debt** 64:13,15

**dec** 43:17

**December** 6:2,10 28:10

**decide** 118:5 121:13

**decided** 16:3 77:3 127:5 130:8

**decision** 32:12,25 43:8 75:5,16 77:22 107:7,21 108:4,10 109:12 112:5 126:25 129:1 132:13 133:13

**defendant** 7:17

**defendants** 7:8

**defer** 41:8

**define** 24:2

**defining** 73:17

**definitive** 35:23

**Delaware** 17:13 29:16 36:12 37:16 46:13 61:23 65:24 94:7 96:15 105:24 107:11 110:24 124:22

**demand** 16:21 17:2 63:6 127:12 128:2

**dep** 101:24

**department** 19:3

**depend** 28:25

**dependent** 118:7

**depending** 94:16

**depends** 39:17,18 60:10 65:21 92:15,16

**deposed** 8:4

**deposition** 6:13,16 9:3,11 88:18 134:20

**Derivative** 6:15

**desire** 101:5

**desk** 62:6,24

**details** 74:19

**determined** 91:11

**Detroit** 66:8,17,23,24 68:25 69:10 95:23 98:5 100:6,8 101:19

**DG** 66:6,16

**DG's** 95:22

**diff** 79:21 80:9

**difference** 41:5

**difficulty** 12:21 65:5

**digitally** 17:20,22 18:5

**diligence** 116:14,24 117:3,7,9,12,15

**direct** 18:10 73:9 124:25

**direction** 93:23

**directly** 13:4 39:11 78:18

**disclose** 102:15

**disclosed** 72:19

**discount** 38:17 39:9,21 40:2,3 44:15 45:2 115:8,11

**discuss** 36:4 53:24 55:14 105:20 132:8 133:16

**discussed** 9:21 20:20 21:12 37:4 44:6

**discussing** 28:3 35:24 70:18

**discussion** 19:9 38:8 49:5,11 81:15,17 97:20 106:5

**discussions** 16:6 21:6 22:24 23:6, 20 29:3 30:22 31:2,5 34:10 35:19 37:6 38:24 43:14 45:10 47:18,24 48:4,9,11 73:20,25 75:5,16 117:25 119:8

**disease** 13:15

**distinction** 118:2

**distinguishment** 15:1

**distribution** 73:9

**dividend** 21:18

**divulge** 95:2

**document** 17:11,12 18:8,19,21 21:20 29:15 36:12 37:16,24 46:13 48:20 50:20 51:19 57:6 61:22 65:24 66:15 79:16 88:17 94:12,15 96:14 102:11 103:22 107:11,18 110:24 111:23 115:12 125:1

**documents** 17:16 29:19 115:5

**dollar** 65:20

**dollars** 26:7,14,21 29:8,12 43:2,13, 20 44:2 69:25 89:8 120:22

**dollars'** 70:1

**donate** 69:24

**donation** 66:7,17 67:5,10,14,18,20 68:1,4,20 69:5,17 70:24 71:10,25 73:22 74:2,20,23 75:1,22 76:14 78:5 87:13 96:10 97:6,16,25 98:4,19 101:19 105:1

**donations** 13:8 66:24 102:17

**double-check** 56:16

**dramatic** 123:24

**drive** 121:12 130:20

**driven** 87:12 122:5

**driving** 121:16,22

**duly** 7:23

**duration** 93:18 123:21

---

### E

**e-mail** 19:8,16 20:11 106:18 107:15, 17 126:10

**e-mails** 5:11,21,22 18:15,22 22:14

**earlier** 34:7 42:3 79:11 97:4 127:13 128:21

**early** 12:7 13:1 14:3 23:16 41:18 42:1 43:11

**earning** 39:12

**easiest** 80:3

**Eastern** 6:11

**effect** 85:23,25 86:2 102:12

**effective** 110:17

**efficient** 110:9,11,14,19

**effort** 79:22 80:9

**efforts** 100:6

**Eisenhofer** 7:3

**eliminate** 89:24

**eliminating** 89:25

**Elkins** 5:4 6:14 7:8 8:1 12:18 17:11, 15 18:8 29:14,20 36:11,16 37:15,21 46:12,17 55:12 61:21 62:1,16 65:23 66:9 84:12 88:17,21 94:6,10 96:13,18 105:8,19,23 106:3 107:10,15 110:23 111:3 115:24 124:21 131:17,24 132:16 134:15

**email** 19:14

**emails** 106:4

**end** 13:15 28:8 30:21 42:18 46:20 55:5 96:25 98:23,24 105:12 113:17 114:5 115:1 117:11 118:11 123:13 126:1 131:10

**endeavor** 120:8

**endeavors** 13:3 69:1

**ended** 36:8 124:2

**ending** 21:22 24:3 25:24 26:23 51:19 56:6 66:25 103:22 116:17 125:2

**ends** 104:14

**engage** 40:17 69:4

**entail** 11:21 12:5

**entire** 115:25

**entities** 12:9

**entity** 15:5

**entry** 24:15

**envisioning** 104:24

**equal** 92:12

**equity** 15:4 64:14,15

**estate** 69:12

**estimates** 133:5,9,12

**evaluate** 65:10

**evaluated** 84:8

**evaluating** 64:7 93:2

**Evan** 125:24 126:7,9,16,17 127:14, 24

**events** 124:6 128:4

**eventually** 110:2

**exact** 11:9 67:22 68:11 129:5

**Examination** 5:5,6 9:1 131:22

**examined** 7:25

**exchange** 55:24 57:14 62:18 81:18 102:18,20 107:22 109:20 129:4,11, 15,20 130:5,18

**execute** 65:2 76:3 80:23 91:5 110:2 111:25 112:10,20 125:9

**executed** 41:2 44:25 46:9 77:12 78:6 125:13,15,17,20,21 126:23

**executing** 42:4 75:5

**execution** 40:1 79:8 110:8,13

**exhibit** 5:11,12,13,14,15,16,17,18, 19,20,21,22,23,24 17:11,14 29:15,17 36:11,14 37:15,18 46:12,15 51:16 53:8,11,20 56:7 57:22 61:22,24 65:23 66:1 88:15,17 94:6,8 96:13,16 101:24 102:21 103:21,23 104:2,12 105:10, 23,25 107:10,13 110:23,25 111:20 124:20,21 129:13

**exhibits** 5:10 57:20

**expect** 114:10,24

**expected** 25:8

**experience** 25:10

**expert** 25:9 35:23 86:23

**experts** 61:3

**expiring** 112:15

**explain** 72:6

**explained** 90:9

**explanation** 87:19

**expressed** 127:13

**extended** 65:12,14

**extent** 119:7

**external** 34:21

---

### F

**fact** 93:1 112:21

**factors** 93:21

**fair** 28:16,18,23 90:1 92:5 124:3 126:25 129:9 130:19

**faith** 100:2

**familiar** 16:18 17:8 19:6 29:21 101:19 107:17,19

**familiarize** 62:17

**family** 10:20 11:18

**Farner** 36:17,19,23 37:3,9,21 45:5,11 49:19,25 50:20 51:6,23 52:10,18,23 53:5 54:8 57:6,23 58:4 62:2 81:15,24 82:8,17 83:6 84:7 85:11,22 86:2 94:11 104:24 111:24 112:9 128:17,25 131:25 132:8,25 133:7 134:2,8

**Farner's** 45:14 50:10 52:3 58:17

**favorable** 79:10 88:4 101:4,10 128:5

**favorably** 72:18 98:17

**fear** 122:6

**February** 30:21

**fee** 39:10 40:2

**feedback** 48:21

**feel** 47:1 94:1 102:22 116:1 123:11

**feels** 123:7

**fell** 118:23

**felt** 54:3 129:8

**figure** 16:3 44:6

**figured** 123:14

**figures** 22:1,8

**file** 41:12 104:20

**filed** 31:15,19 32:2,7,14 33:1,14

---

34:17 35:6,19 40:16,24 41:2 42:6 55:21 56:3,10 58:4,21 61:17 95:9,18 98:7 101:16 102:1

**filing** 30:12,15 35:21 41:22,23 56:18 87:22,25 94:16,22 95:12,21 96:7,8 97:7,18,25

**filings** 80:16

**final** 15:16

**finally** 108:8

**finance** 11:21,22 13:9 63:3 130:17

**financial** 53:16 63:11

**find** 62:7,21

**fine** 42:11 75:9 85:8 99:17,19 116:9

**finish** 8:11,13 102:4 114:16

**flip** 53:8

**flowed** 15:21

**fluctuations** 92:6

**focused** 54:12 79:7 117:16

**folks** 31:22,23 61:2,12

**follow** 20:7

**form** 10:3,11 14:19 15:10 16:23 20:9 21:2 22:3 24:25 25:12 27:24 28:5 32:8,15 33:15 38:21 39:5 40:18 41:3, 12,19,22,23 43:5 48:6 49:8,22 50:14, 25 51:11 52:6,11,19 54:10,22 55:22 56:21 57:2,10 58:11 59:15 60:8 61:18 63:16 67:11 69:16,19 70:3 71:2 72:22 76:16 77:14,19 78:7 81:2 82:21 85:15 93:12 94:22 95:21,24,25 96:2,4,7,8 97:7,11,18 98:1,2,7,13 99:7 101:13, 16,20,22 102:1,14,15,19 103:15,18 104:20,24 113:6 117:1,20 119:10 120:19 125:12 129:18

**forward** 13:10,13,14 59:21 60:7 61:16

**founder** 72:2 99:25

**founder's** 20:21

**fourth** 64:1 74:12 89:1 98:8

**frame** 10:16 31:3,6 41:18 70:13 75:24 76:21,23 77:3,6 88:8 90:20 92:7 117:19

**free** 18:9 57:4 94:1 102:22 116:1

**frequently** 30:24

**Friday** 6:2,10 41:13,16,17,22,24,25 95:21 104:20 109:1,2 111:6,18 113:3 114:1 120:2 121:8 122:10,14

**front** 53:20 103:21

**fuck** 128:18

**full** 66:18

**fund** 69:5,17 70:2,15 101:18 102:16

**fundraising** 13:7

**funds** 27:21 64:8 100:21 119:20

**future** 54:15 67:10 96:1 128:24

## G

**gain** 133:5,8,11

**gave** 13:6 90:12 98:23,24 99:14 112:11 129:13,22

**general** 41:17,24 42:2 73:8 100:9

**generally** 11:20 27:5 28:21 39:6 73:18 82:23 89:5,7 90:20

**gestures** 8:20

**Gilbert** 7:9,12,15 12:14 13:17 67:9 68:24 69:3,9,15,24 70:14 72:11 73:9 106:14,25 133:16,19

**Gilbert's** 13:2,8 68:20 69:5 70:24 71:24 72:18 74:2 96:9 97:5 98:17 100:6 101:18 102:17 104:25

**gist** 121:4

**give** 7:19 18:8 28:2 49:25 50:5 54:11, 14 72:9 86:17 87:6 88:13 90:1

**giving** 8:15 84:4

**go/no** 116:14 117:7

**go/no-go** 116:24 117:14,18,22 118:1,4

**goal** 77:18

**goals** 43:7

**Goldman** 119:19 121:2,3,5 127:13

**golf** 79:20

**good** 6:9 8:1 17:25 32:17 55:2 59:13 65:8 72:4,23 73:1 77:8 98:3,4,11,20 111:18 125:24

**gradual** 120:5

**Grant** 7:3

**granted** 73:4

**great** 57:18 80:6 102:25

**green** 16:10 19:10,13,19,21,23 21:4

**grid** 24:7

**ground** 8:7

**group** 113:8 117:6

**groups** 48:12

**grow** 20:22

**guess** 21:25 37:2 47:13 89:12

**Guha** 18:25

**guys** 127:19

## H

**half** 16:2 24:21 43:13 44:4 120:21

**half-a-billion-dollar** 126:13

**hand** 17:11

**handicap** 79:20

**handled** 61:13

**handy** 57:21 94:1

**hanging** 126:1

**happen** 76:22 77:2 103:5 111:5 114:24

**happened** 27:10 76:14,18 101:15 107:4 108:8

**happening** 29:3 75:19

**hard** 63:1,4 105:9

**head** 126:17

**hear** 59:5 99:24

**hedge** 119:19

**held** 6:16 15:4

**helped** 13:10 14:12,13,21

**helpful** 51:4 70:17 87:19 94:4

**helping** 102:6

**helps** 79:24

**high** 91:1 92:23 93:10,15

**higher** 12:19 46:10 49:14,20 50:21 51:7 53:6,13 60:18 92:12,16

**hold** 82:1 117:6

**Holding** 7:11

**Holdings** 7:9,14 12:12 13:19

**home** 132:23

**homelessness** 66:25

**hoping** 26:10,17 28:15,21 43:12,25

**hour** 105:8 119:21

**hours** 9:12,13 115:4 125:10

**house** 120:14

**Hovering** 29:8

**hundred** 22:20 69:25 70:1

**hunting** 129:21

---

**I**

**idea** 130:20

**identify** 6:23 96:4

**illness** 119:7

**illustrates** 22:7

**illustrative** 22:8 24:5 25:1

**imagine** 130:2

**impact** 41:13 44:15 45:3 97:2 98:1 99:4

**important** 8:9,17

**imposed** 56:17

**inbound** 30:17

**included** 68:24 133:2,9,12

**increase** 121:16

**independent** 31:25

**independently** 37:3

**index** 5:2 112:14

**indicative** 92:13,19 114:5

**indirectly** 13:5

**individuals** 14:17 18:16,22 19:16 66:4 70:25 106:10 117:6

**influence** 78:10

**information** 88:19,22 89:2 98:11 122:12,13 132:1,5,8,11 133:2

**initial** 20:4,5

**initially** 20:7

**inquiries** 30:17

**institutional** 127:18,20 128:2

**instructed** 63:17 85:11

**instruction** 84:6 85:23

**intent** 23:13

**intention** 71:22 72:1

**intentional** 50:16

**inter-day** 91:2

**interest** 45:6 50:23 51:9,25 57:8,24 58:6 62:8 64:3 130:20

**interested** 52:4,8,15,21 53:4 54:20, 25

**internal** 16:6 36:2

**internally** 79:2

**interrupt** 103:8

**introduce** 111:19

**introduced** 88:17

**investment** 16:5 54:17

**investments** 10:21 11:15,16 12:2,4 66:23 69:11

**investors** 48:13 54:4 65:17

**involve** 39:21

**involved** 12:11,14,16 13:4,5 14:9 19:4 21:6 28:19 31:1,4 34:10 78:18 87:24 98:14 107:21 110:18,20 117:13 133:19

**involvement** 13:2 14:11 78:12 107:25 130:7,12

**involves** 18:21

**involving** 48:4

**IPO** 11:4,5,7,14 12:1 14:6,18,23 15:3, 8,20,24 16:12 19:4 20:6 21:16 22:16 23:4 26:2,5,10,19 37:7 42:21,23 43:4, 19,22 59:20 67:2 68:21,22 72:8 73:2 74:8 83:2 88:20 118:13 120:15 122:17 133:22

**issuance** 38:3,13 71:23

**issue** 9:25 64:13

**issued** 15:9 85:22

**issuing** 64:2

---

**J**

**Jay** 36:17 49:13 62:2 81:11 91:20 126:25 127:2,5 133:22 134:2,5

**Jeff** 7:6 8:14 57:20 84:5 90:5

**Jeffrey** 7:13

**Jennifer** 4:3

**JPM** 112:25 126:22

**Julie** 53:7,12,15 54:11,14 126:5

130:15 132:18

**July** 88:20

---

**K**

**kind** 14:12 15:17 23:3 33:8,9 40:4 43:8 59:20 60:10 61:1,7,13 64:22 65:12 66:22 67:3,4,14 68:24 74:6 77:5 78:16 80:23 82:13 86:24,25 87:16,18 90:24 92:8 93:17,18 98:20, 21 99:1 100:10,25 101:6 108:15 109:14,22 112:11,21 113:18 117:14 120:1,4,5,10,14 122:18 123:14 125:25 126:1 127:16,17 128:5,12,13 129:24 130:16

**knees** 105:9

**knew** 67:3,19,20 71:3 120:12 128:1

**knowledge** 61:1 73:3 80:19 82:7 87:12 133:19,25

---

**L**

**lack** 72:15 100:2

**language** 62:16

**large** 122:24

**larger** 45:1 46:8 122:25

**largest** 44:19,23 101:6

**late** 76:20,22 122:10

**launch** 8:12 23:16

**lawyer** 61:14 73:15

**lawyers** 15:14 32:19 79:2 88:13 91:16

**leading** 119:8 130:16

**learn** 74:19

**learned** 74:22 75:4

**Lee** 4:4

**left** 24:8,11,13 25:25 125:25 126:1

**legal** 6:20 31:20,22 33:8,10 34:20,22 36:1,2 41:7 56:24 61:4 81:20 86:24, 25 91:24 94:23 95:1,3 107:23 109:16, 22 118:13 128:14 130:14

**legally** 78:16 91:12

**lessen** 97:1 98:1

**level** 54:8 59:14 65:16 88:4,11 93:5,9 108:14 113:15,19 127:12 129:16

In Re: Rocket Companies, Inc. Stockholder Derivative Litigation

Cash R. Rockett Companies, Inc. Stockholder Derivative Litigation 29998    Filed 07/16/24    Page 49 of 56 Scott Elkins
Confidential
December 15, 2023

**Lexitas** 6:22

**license** 129:21

**life** 103:16

**likes** 70:10

**limit** 46:6 48:8,11

**limitation** 56:17

**limited** 46:1 122:12

**lines** 121:10

**linking** 74:9

**liquidity** 13:8 72:10 73:7 100:25

**list** 88:18 100:13,17 106:9

**listed** 20:7 22:17 24:9,18 102:9

**listing** 101:8,11

**lists** 29:24

**litigation** 6:15 9:23 10:9

**Loans** 10:21,22 11:13 12:10 73:6
101:1

**long** 8:23 9:10 16:20 17:9 22:22 25:7
37:25 67:15,24 69:9

**looked** 48:21 50:20 51:5,22 54:18
55:19 82:15 102:13 103:15 115:4
120:5,7 129:10

**lot** 48:1,9 65:6 68:22 79:1 92:20
116:1 127:19

**louder** 12:20

**low** 37:14 60:3 90:25 92:23 93:11,15

**lower** 92:12

---

**M**

**M&a** 12:8 25:18 72:9 73:5 100:9

**made** 32:12,25 40:7 68:5 85:23
101:13 107:7 108:4,10 109:12 112:5
114:1 119:4 126:25 129:1 132:5

**mail** 119:18 120:25

**main** 111:23 120:13

**majority** 15:4

**make** 8:7 17:23 21:15 23:2 26:18
33:22 43:3 51:18 69:9 75:4 86:21
104:10,18 116:6 118:9 126:4 127:4

**maker** 77:22

**makers** 120:10

**making** 43:8 49:17 66:22 100:8
119:13

**managed** 125:9

**March** 30:5,11 31:15 32:24 34:11
36:9,17,24 37:10,22 38:25 41:18
42:1,5 43:11,25 44:17,21 45:11 46:18
54:18 55:17 56:11 58:2,10 60:2,13,14
62:2 66:4 67:8 70:20 71:1 73:19,24
74:5,20 75:1,6,24 76:2,4,15,21,22
77:1,2 78:22 79:10,11 80:25 82:19
83:7 87:14 88:3,8 89:3,5,6,10,11,12,
13,15 90:17,18 91:21 93:24 94:11
95:7 96:19 97:6,8,21 101:17 102:23
104:12 106:4,13 107:1,6,15 108:3,8
110:4,6 111:3,6 112:5,6 113:3 114:20
115:6,14,15 116:20 117:19 119:5
125:11 129:12 130:19,21 131:25
132:2,6,9,12,14 133:1,8,14,17,20
134:1,6

**margin** 133:5,9,12

**mark** 17:18,21,23 18:6 105:9

**marked** 17:14 29:17 36:14 37:18
46:15 61:24 66:1 88:15 94:8 96:16
105:25 107:13 110:25 124:20

**market** 14:12 15:9 16:4 28:13,17
30:16 32:18,22 38:18 39:9,19 44:3,15
45:3 46:24 47:3 48:14 54:16 58:13
59:2,16,21 61:6 63:25 72:5,12,17
76:8 78:15,25 79:7 82:14,16,24 90:24
91:3,18 93:18 94:18 95:22 98:16,21
99:1,5,10 100:2 101:3,10 105:4
115:20 117:17 118:7,22 119:13,24,25
120:10 121:11,12 125:10 128:4 131:3
134:5

**marketing** 80:16

**markets** 19:2 25:19 48:12 64:6 84:8
99:21 126:17

**marks** 6:12 36:20 55:5,9 105:12,16
131:14

**Matt** 67:3,6 71:5

**matter** 6:14 84:18 112:20

**mattered** 77:15

**matters** 77:17

**meaning** 65:14

**meaningful** 118:1

**means** 20:22 27:8 47:16 63:5 86:13

**meant** 13:7 22:23 43:1 50:4 54:7
68:12 112:9 114:15,19 123:3

**mechanics** 15:14,16 119:9

**media** 6:12 55:6,10 105:13,17
131:11,15 134:16

**meet** 8:2

**meeting** 130:23 132:4,12

**meetings** 9:15

**member** 73:4 96:21

**meme** 64:22 65:6 92:4 130:24

**memory** 102:10

**message** 37:25 46:20 48:20 62:5,25
69:18 74:17 78:2 104:23

**messages** 29:22 30:1 37:24 62:4
103:25 104:13 115:14

**met** 9:5 54:4

**Michael** 4:2 18:25

**Michael's** 19:6

**Michigan** 6:1,17

**mid** 37:14

**mid-20s** 60:17 82:6 88:10

**middle** 20:13 24:13 48:17 49:1 51:24
79:17

**million** 26:5 38:2,17 42:16,24,25
43:2 44:13 45:1 46:10 102:3 121:9
124:1,9 125:7

**mind** 16:14 28:2,19

**minimize** 41:13

**minute** 53:25 102:14

**minutes** 83:11 113:17 127:6 131:5

**mischaracterize** 51:16 56:15 60:21
123:2

**missed** 119:21

**misspoke** 68:15

**misstate** 15:18

**misstates** 50:15 54:23 56:21 67:12
77:19

**mistake** 102:10

**MNPI** 38:4

**moment** 59:23 122:19

**moments** 112:16

**Monday** 111:7,16,25 112:10,19,21,
25 113:5,23,24 114:23 115:3 116:14,
20 117:7 119:1,4 120:18 121:15
123:25

Case 1:21-cv-01520-KMW Document 111-2 Filed 07/16/24 Page 50 of 56
In Re: Rocket Companies, Inc. Stockholder Derivative Litigation
Confidential
Scott Elkins
December 15, 2023
PageID #: 29999

**monetization** 20:23 23:9,10 27:9 57:2

**money** 13:10 15:23 70:9

**monitoring** 119:12

**month** 89:3

**months** 22:15 70:20

**Morgan** 18:17,23 19:3,17 21:6 22:24 23:6,8,19 25:9 30:17 31:10 36:1,9 38:8,11,15,24 39:20 43:17 44:9,10, 18,21 45:15,18 47:23 48:5,19,22 49:6,11 50:12,23 51:8 52:4,7,15,17 53:3 54:19,24 57:7 58:5,8,16,19 61:15 63:14,24 80:22 81:4 86:13,16 87:11,21 98:22,24 99:14 100:22 101:2,8 115:6 120:12 121:1 123:25 124:8,10,11,12 125:9 126:16,17,23

**Morganroth** 7:13 104:3

**morning** 6:9 8:1 111:16 113:24 116:14,20 117:7 118:8 119:2,20 125:19 127:23

**motivate** 132:13 133:13

**move** 42:9 43:2 60:7 61:16

**moves** 42:17,25

**moving** 8:13 92:5 93:22

**multiple** 23:8 90:12 127:17

**N**

**nature** 13:9 80:17

**necessarily** 58:24

**needed** 46:24 65:5 69:15,22,24 70:11 88:9,11 118:12,13,16 129:23

**needle** 42:17 43:1,2

**Neil** 18:25 19:7

**Nelles** 7:10

**nervous** 126:2,14

**neurofibromatosis** 13:16

**news** 98:4,12,17 120:1

**NF** 13:10,13,14

**night** 41:13,16,23,24 95:22 104:20

**nods** 8:20

**noise** 44:14 45:2

**nominal** 7:17

**nonetheless** 32:25

**North** 6:17

**notated** 18:1

**notice** 107:22 109:19 129:10,15,19 130:5,18

**November** 23:17,24 24:17,19 28:9 29:4 30:20 82:10,20

**number** 24:9 28:19 57:21 100:24 104:8,14 134:16

**numbers** 21:21 89:1

**Numerically** 28:24

**O**

**object** 8:15 43:5

**objection** 10:3,11 14:19 15:10 16:23 17:5 20:9 21:2 22:3,10 24:25 25:12 27:24 32:8,15 33:3,15 34:18 35:7 38:21 39:5 40:18 41:3,19 48:6 49:8, 22 50:14,25 51:11 52:6,11,19,24 54:10,22 55:22 56:21 57:10 58:11,22 59:15 60:8 61:18 63:16 67:11 69:6,19 70:3 71:2,11 72:21 75:7 76:16 77:14, 19 78:7 81:2 82:2,21 83:8 85:15 93:12 98:2 99:7 101:20 113:6 117:1, 20 119:10 120:19 125:12 129:18

**Occi** 18:25 19:1 20:15,17,19 21:1 56:11

**occur** 96:5

**occurred** 77:10

**October** 18:17,23 22:15 23:5 24:16 28:9 29:3

**odd** 114:6

**offer** 20:8,22 27:13

**offered** 9:22 121:7

**offering** 20:4,5 21:8,23 22:1,9,17,18 23:1,7,21,24 24:23 25:7,15,22 26:18 27:19,21 28:9 30:23 31:18 32:3,6,13 33:2,13 34:12,17 35:5,20 37:4 38:16 39:4,24 40:9,23 45:12 47:4,20 54:21 55:20 56:2,19 58:10 61:10 68:19 69:4 70:19 71:23 80:21 82:10 85:13 88:7 91:6 97:24 107:8 108:5 109:20 110:3

**offerings** 25:10

**officer** 30:8 53:16

**official** 6:20

**one-eight** 16:10

**ongoing** 23:22 67:2 69:8

**open** 23:2 81:6 91:3 93:19 109:15

**opened** 125:11

**opening** 104:7

**OPERATOR** 4:8 6:9 7:4 55:5,9 105:12,16 131:10,14 134:14

**opposed** 45:19 72:20 108:11

**option** 19:23 39:15 45:23 64:6,7 114:25 122:21 123:13

**options** 21:10,12,14,15,17 23:8 70:5, 8 81:6 93:7,15 106:5,14,25 109:15 112:14,15 113:18,25 114:7 118:11

**options-related** 114:20

**order** 34:23 69:4,16 70:2,15 80:7 86:21 91:18 122:18

**orient** 29:20 30:1 57:16

**orienting** 18:19 66:20

**original** 20:6 26:4

**outreach** 48:3,9

**overnight** 64:2,12

**overseeing** 14:17

**ownership** 13:19

**P**

**p.m.** 62:14 79:19 81:11 86:4 105:13 111:25 115:23 116:13,18 131:11,16 134:18,20

**pages** 18:11 21:20

**paid** 40:5

**paper** 85:5

**paperwork** 109:16

**paragraph** 41:12 42:15,18 47:13 62:14 68:7,13

**Pardon** 12:3

**parity** 26:2,13 43:19

**part** 16:5 31:23 59:5,7 62:4,25 67:2 86:11 96:5 105:4 108:21 109:4 118:21 120:14

**participants** 29:25 93:19

**participate** 119:8

**participating** 106:12,22,24

**particulars** 67:18,19

**partners** 13:11,13

www.LexitasLegal.com/Premier
Lexitas
888-267-1200   Index: monetization–partners

**pass** 114:8

**passed** 108:16,18,19 109:3,5 128:6, 18

**past** 27:17

**Paul** 32:19 34:21 36:2 56:25 61:3 79:2 130:15

**pause** 129:1

**pending** 8:24

**people** 29:23 63:5 121:25 122:1,7,21

**people's** 110:17

**percent** 22:20 40:4 62:8 64:2

**percentage** 13:25

**performance** 118:17 120:4

**performed** 121:11

**period** 9:25 10:8,13 24:21 28:25 42:1 48:2 60:10,18 64:25 65:1,13 74:4 76:4 90:24 91:1 92:22 123:3

**periods** 82:12

**person** 9:17,19,20 63:3,8 133:25

**personally** 12:15 31:1 36:25 40:7

**philanthropic** 13:3 68:25

**philanthropically** 69:11

**philanthropies** 71:5

**philanthropy** 78:18

**phone** 9:17 113:5

**phones** 126:3,13

**physical** 132:23

**pitched** 47:21

**place** 75:23

**plaintiffs** 7:3

**plan** 67:14 71:22

**planned** 67:20,24 69:5 77:1

**planning** 66:7,16 67:9 69:9 76:3 113:4

**plans** 23:20 70:24

**Pleasure** 8:2

**point** 8:21 12:16 36:25 42:23 44:5 47:21 54:3 58:14 64:23 67:22 78:13, 14 79:24 81:8 82:14,19 91:13,25 96:1 103:17 108:24 109:11,16 110:8 115:17,21 117:17,24 118:19 119:22 120:7 126:11 127:23 128:5,24 130:25

**points** 14:1,2

**portion** 59:10 75:14 85:1 103:3,13

**position** 118:20

**positioning** 14:14

**possibly** 117:24

**potential** 34:11 45:11 47:19 71:10 100:13,17 101:3

**potentially** 120:10 121:12

**predecessor** 15:4

**preference** 80:20

**preliminary** 21:23 22:1,8 64:10

**preparation** 24:16 98:15

**preparations** 86:21

**prepare** 9:3 78:23 86:17 87:6,16 109:21 129:25

**prepared** 77:6,8 78:16 109:22 129:23 130:2

**preparing** 9:11 24:22 108:22

**present** 4:1 9:15

**presentation** 21:19 29:2

**presented** 23:8 132:1,6,9,12

**presume** 36:10 37:11

**pretty** 117:21

**prevailing** 38:19

**previous** 38:24 48:20 50:20 51:3,5 84:23 88:18 101:12

**previously** 40:22 67:3 84:8

**price** 20:22 26:12 28:15,16,18,23 29:5 34:25 38:4,19 39:2,3 41:14 45:11 46:24 47:2 49:14,20 50:4,11,22 51:7 53:6,13 54:7,15 58:18,25 59:6, 13,17,22 60:1,6,17 61:6 64:15,21,24 65:4,5,8,9,10,12 77:9 78:15 79:9 88:3,9,19 89:2,7,22,24 90:17,21,23 91:4,18 92:3,9,11 93:3,18 94:17 97:2 98:1 99:5 108:14,20,25 110:14 111:13 113:19 114:1,9 118:8,16,22 119:13 120:4 121:13,15,17 122:18, 22,24 123:3,6,8,12,20 124:4 126:25 128:6,16 129:8,16,20 130:1,21

**priced** 39:9

**prices** 5:18 94:4

**prior** 128:12

**private** 16:19 17:9 38:3,13 45:19,22 46:3 47:5,19 56:19 58:10 61:10 69:4

**Q**

**quarter** 98:8

**question** 8:14,23 10:5,16 15:7,18 17:2 18:18 19:20,21 22:5 27:6,16 32:22 33:6,18 34:3,7,8,15 36:20 37:2 41:20 42:3 43:16,24 44:20 49:16 52:16 53:2 60:24 66:13,14 69:14 75:13,18 83:17,25 84:3,4,5 85:9,14,

70:19 71:23 73:1 80:20 81:1 85:13 86:22 107:8 108:4,10 109:6,7,12 110:2,18

**privilege** 117:11

**proceed** 42:10 45:16 50:13 58:9,17, 20 59:1,12 72:3 88:6 91:23 95:8 112:6 114:2 118:5 122:13 133:22

**proceeding** 52:5,16 54:20 58:6 120:22

**proceeds** 15:20,22 42:22 72:4,14 74:11 87:20 98:21,25 99:1,2,6,17 101:9,17 102:3,7 105:5

**process** 14:9,18 19:4 25:7 31:21 32:18 41:7 56:24 57:1 61:4 71:16 77:23 78:11 81:20 86:24 87:25 88:14 91:24 108:1 128:14 130:7,13

**produced** 29:23

**productive** 83:14

**prompted** 30:14

**pronounce** 119:15 126:20

**pronounced** 20:15

**proposal** 87:21

**proposed** 44:9,10 45:19

**Provide** 73:7

**provided** 38:4

**public** 10:17 25:10 27:12,13,14,20 38:3

**pull** 57:15 81:12 82:9,18 85:12

**pulled** 88:23

**purchasing** 121:22

**purpose** 63:23 72:8 73:10 100:1,3 102:16

**purposes** 73:8 99:6 100:9,24

**pursue** 40:8,9 68:25 86:5,9 91:8 107:7 108:4,15

**put** 28:7 98:12 100:21

19 90:19,20 99:11 102:24,25 103:1,9
106:21 114:16 116:5

**questions** 8:11,16 64:10 75:11
83:21 116:1 131:18,20 134:11

**Quicken** 10:21 11:13 12:10 73:6
101:1

**Quickens** 10:22

**quickly** 26:4 106:2

**quietly** 38:1

**quotes** 112:25 113:4 115:15

**quoting** 84:15

---

## R

**raise** 13:10 15:24 26:6,17 28:22
29:11 43:12 44:1 64:8 70:9 100:11

**raised** 16:7 27:21

**raising** 39:16 43:20

**range** 26:13 43:19 65:20 90:1,22

**RBC** 112:25 126:22

**reach** 30:24 36:4 37:3 91:9

**reached** 31:9,11 32:13 36:23 37:9
48:1 56:11

**react** 72:17 98:16

**reacting** 128:4

**reaction** 101:10

**reactions** 101:3

**read** 33:19 57:15 59:8,10 60:19 62:11
64:18 75:12,14 83:10 84:23 85:1,7,
14,16 103:1,3,13 106:15 112:11
116:2 122:4

**reading** 27:3 62:11 119:14,17

**reads** 85:4

**ready** 18:12 81:12 82:8,13,18 83:1
85:12 94:13 125:1 128:15

**real** 47:2 69:12 127:20

**realize** 16:13 99:23

**reask** 34:1

**reason** 42:3 45:18 52:12 72:20 87:2
123:5,6,9

**reasons** 68:22 72:24 73:1,3

**recall** 15:23 22:24 28:20,21 30:20
31:5,7 32:12,16 35:24 36:8 40:7 44:7
45:9,10,18,21 52:12 55:18,23 61:15,

19 74:21,24 81:7,17 86:3 87:24 91:14
95:10 97:19,22 99:18 101:25 102:2,5,
12 106:12,21,24 107:5,9 108:6,7,23,
25 109:14 126:19,22 132:20

**received** 48:21 119:18 120:25

**receptive** 54:17 72:13 98:22

**recipient** 107:16 132:22

**recipients** 106:7,8

**recognize** 19:6

**recollection** 14:25 26:9,16 31:9 38:7
85:11 88:2 128:25

**recommend** 91:19 120:22

**recommendation** 40:8 78:4 122:14
127:4 131:24 132:25 133:7

**recommendations** 119:14

**recommended** 81:1 120:22 134:7

**recommending** 81:7 119:24

**record** 6:11,24 55:6,11 84:10 95:2
105:14,18 131:12,13,16 134:18

**record's** 117:21

**redaction** 79:19 81:10

**reentered** 131:1

**refer** 41:22 47:7 48:18 63:7 64:5
92:21 96:8 97:7 104:19 120:25

**reference** 62:20 95:11 101:13

**referenced** 54:9 122:10

**referencing** 69:18 74:17 94:20

**referred** 114:11 121:14,19

**referring** 23:11 41:25 46:22 49:5
51:23 66:19,21 73:12 80:14 81:16
86:8 91:23 95:24 97:4,15 102:13,14
103:18 110:12 116:20 125:23

**refers** 49:10

**reflecting** 98:7

**refresh** 38:7

**regard** 122:9

**regularly** 33:8 86:25

**regulatory** 31:22 33:10 34:22 41:6
56:25 61:3,13 79:5

**related** 10:19 22:8 35:16,20 60:22
68:19 87:22 113:25 114:7

**relates** 21:17

**relation** 87:8 96:9

**relayed** 53:7

**relevant** 10:8

**relied** 61:2,12

**rely** 33:8 34:20 86:25

**relying** 80:22 94:23

**remained** 101:6

**remember** 11:9 22:23 27:6 31:1
37:8,12 43:14,16,21 47:24 50:24
57:9,13 60:1 64:20 74:22 78:20 79:9
80:25 81:19 82:17 83:6 95:16,19
107:3 108:16,17 111:5,11,12 113:11,
20,23 115:4,8 119:12,14,16,18,20,23
120:23 122:16 125:17 128:21 129:10,
13 130:22

**remind** 121:4

**reopen** 130:8

**rep** 38:4

**repeat** 22:4 44:20 59:7 62:20

**rephrase** 75:8 106:23

**reporter** 7:5,18 8:11,19 12:20 17:20
18:2 48:24 60:19

**Reporting** 6:22

**reports** 132:17 133:2,4,9,13

**represent** 6:24

**repurchase** 19:18 21:7 26:24 27:8,
9,11,22 28:4,6

**request** 47:8 58:17

**requested** 59:10 75:14 85:1 103:3,
13 134:19

**require** 44:14 45:2 80:15

**requirements** 34:23

**reread** 34:6 83:16

**Respectfully** 83:13

**responded** 44:13

**responding** 103:10

**responsible** 12:8 14:17 33:7

**responsive** 113:8

**result** 101:9

**results** 21:16 98:8

**retail** 65:7 92:17 127:19

**review** 115:25

**reviewed** 9:21

**reviewing** 66:10

**revitalization** 66:23 69:1,12 100:7

**RHI** 12:11 13:2 14:24 15:3,9,21,22 21:7 23:11,12,13 27:9,11,12,13,22 28:5 40:9,15 64:8 68:9 69:3,15 70:14 72:10 73:6,8 88:6 94:17 95:8,12 106:14,22,25 109:18 110:1 129:11,14 130:4,9,18

**RHI/DG** 106:5

**Rizek** 67:6 74:12,25

**RKT** 5:18 62:6 94:15,17 97:2

**roadshow** 38:2

**Rock** 7:9,11,14 11:1,6,11,13 12:1,12, 16 13:19 63:11 70:5

**rocket** 6:14 7:17 10:17,20,24 11:18 12:10 14:6,23 15:5,23 16:7,21 17:3, 12 22:2,9,19 23:1,12,23 26:10,17,25 27:8,10,11,20 28:4,6,8,14,16,21 29:11,15,22 30:16,21 32:1,25 33:13 34:12,16 36:12 37:16 40:8 43:11,25 44:8 46:13 48:5 54:7,15 55:21 56:1 61:22 63:2,6,14,20 64:8,20,24 65:3, 24 70:15 72:16 88:3 90:21 91:4 94:6 96:14 98:1,7,12 99:5 101:7 105:24 107:11,22 110:24 121:15,17 124:22 130:8,21 131:25 133:1,13 134:6

**Rocket's** 11:5 19:4 23:19 38:18 53:15 79:9 87:23 88:19 89:7 94:22 114:1 132:2,6,9,13

**Roel** 53:18

**Rogers** 130:15

**role** 10:23 11:1,6,20,23 12:4 30:7 134:3

**roles** 10:19 11:18

**roughly** 10:1,9 14:3 24:21 26:21 38:3 44:1 65:19 75:23 76:20 78:6 89:8,10 115:8

**row** 26:12

**rule** 8:9,17

**rules** 8:7 45:21,24

**run** 121:12

---

**S**

**Sachs** 119:19 121:2,3,6 127:13

**sale** 30:19,23 34:13,14 37:7 38:14, 17,25 39:3,10,21 40:10,13,17 41:1 42:5 44:19,22 45:1,12,19,22 46:3

47:5,19 54:21 56:19 58:10 59:3 61:10 65:3 68:9,19,23 69:4 70:19 72:18,19 73:1,20 74:1 75:6,23 76:3,13 77:2,11 78:3,5,23 80:20 81:1 82:9 83:4 85:13 86:9,22 87:10 88:7 91:6,23 95:9,17 96:6 97:23 98:17,18 101:17 102:16 104:25 107:8 108:5,7,10,13 109:6,7, 12 110:2,19 112:6 115:8 116:25 118:6,7 119:4,9 122:23 123:5 124:8 125:9,14,15,17,20 129:1 133:5,8,12, 17,20,23 134:1,4,7

**Sarnelli** 4:3

**Saturday** 111:17

**save** 51:4

**scared** 130:24

**schedule** 117:2

**scheduled** 116:23 117:19

**Scott** 5:4,6 6:14 7:6,8 10:3,11 12:18 14:19 15:10 16:23 17:5,17,22 18:5 20:9 21:2 22:3,10 24:25 25:12 27:24 29:18 32:8,15 33:3,15,25 34:4,18 35:7 38:21 39:5 40:18 41:3,19 42:8 43:5 48:6 49:8,22 50:14,25 51:11,17 52:6,11,19,24 53:10 54:10,22 55:22 56:7,21 57:10,22 58:11,22 59:8,15 60:8 61:18 62:10 63:16 66:9 67:11 68:11 69:6,19 70:3 71:2,11 72:21 75:7,10,15 76:16 77:14,19 78:7 80:2, 6 81:2 82:1,21 83:8,15,20 84:2,10 85:15 89:15,17,22 90:3,6,11 93:12 94:25 95:5 97:11 98:2 99:7 101:20 102:4,24 103:23 104:1,4,6 105:7 106:17 110:4,6 111:10 113:6 115:24 116:6 117:1,20 119:10 120:19 125:12 129:18 131:6,9,20,23 134:10,15

**secondary** 20:8 21:8 22:1,9,12,18, 20,21,25 23:4,7,21,24 24:22,23 25:7, 14,15,22 26:18 28:9 30:12,15,18,23 31:14,18 32:3,6,13 33:2,13 34:11,13, 17 35:4,18,20 36:19,24 37:4,6 38:16 39:4,9,24 40:2,9,23 45:12,20 47:4,20 54:20 55:20 56:2,10,19 58:3,9 61:10 65:2 68:9,19,23 69:3 70:19 71:19,23 78:3 80:10,15,21 81:1 82:9 83:3 85:13 86:9,12 88:7 91:6 97:1,14,23 107:7 108:5,11 109:6,13,20 110:3,20 133:23

**section** 26:1,12

**sections** 116:7

**securities** 61:14 132:1,13 133:1,8 134:6

**sell** 19:24 26:5 28:5 32:20 38:1 39:13 46:24 47:3 50:9 59:18 69:16 70:1,14

88:14 91:12,17 94:17 95:12 121:8 122:14 123:22 124:14,19 127:5 128:14 130:5 131:25 132:13 133:1,7, 13

**selling** 58:14 72:2 99:25 108:20 109:5

**send** 49:4 126:10

**sense** 46:5

**sensitive** 114:9

**sentence** 20:24 41:11 42:16 47:7,12 49:13 62:23 68:13 71:17 95:20

**separate** 57:6 71:16

**series** 106:3

**servicing** 132:19

**setting** 48:3

**share** 21:18 26:24 27:8,9,11 30:25 38:4 41:13 68:23 89:8 94:17

**shareholder** 101:7

**shareholders** 65:7 92:18

**shares** 14:23,24 15:7,8 19:18,24,25 20:1,2,6 21:8 26:5,7 27:11 28:4,5,6 39:13 68:9 69:16 70:2,15 94:18 99:25 121:9 124:2,9 130:5

**Sharon** 7:10

**shift** 11:3

**shifted** 11:13,24 12:1

**shoe** 16:11 19:10,11,13,19,22,23 21:4

**short** 63:20 65:1 122:2,19 130:20 131:8

**shorter** 122:1

**shortfall** 21:15 23:3 26:19 43:3

**shorting** 62:6 63:6,14

**shorts** 130:25

**show** 29:6 100:1 101:21

**showed** 43:18 102:2 132:19

**shows** 26:13

**sick** 111:15 118:23 120:20

**side** 13:9 24:11 44:8 130:17

**signal** 48:14 58:13 59:2

**signaling** 72:15

**signature** 134:19

**significant** 120:1

**significantly** 54:7

**similar** 44:1

**simple** 48:3

**simpler** 40:11,13

**sir** 114:15

**sit** 105:9

**size** 13:24 20:4,23 45:22 46:1,3 68:1 71:9 74:23 127:23

**sketching** 21:25

**skipping** 111:2

**sleeping** 113:23

**slept** 112:21,22 115:1 119:1,22

**small** 49:3

**Smith** 4:5

**smoothly** 8:8

**soft-spoken** 12:24

**sold** 14:23 15:7,8 19:25 111:8 125:7 127:3

**solicit** 113:4

**solicited** 115:15

**sophisticated** 127:25

**sore** 105:8

**sort** 24:7 38:8 65:19 76:20 86:20 106:12

**sought** 15:23

**sound** 85:2

**sounds** 42:2

**speak** 8:10

**speaking** 11:20 73:18

**specific** 28:18 35:15 41:17 68:1,3 73:14 76:7 87:2 96:4 103:18 109:11 125:22

**specifically** 28:20 31:5,7,24 35:24 37:8 41:25 61:15 69:14 70:23 82:17 83:6 95:11 110:12 113:11

**specifics** 71:9,15 102:19

**specifies** 129:20

**speculate** 121:23 122:4

**speculating** 130:2 131:2

**speed** 33:9

**spent** 9:11 55:18

**spiked** 134:6

**spread** 39:12

**squinting** 99:24

**Squitieri** 4:4

**stability** 88:9 92:3,13 93:23 114:12, 19 122:18 123:1,3,6,21 127:10

**stabilize** 46:21,23

**stable** 46:24 59:17 60:5 65:5,8,10 91:8,10,18 93:3 113:19 118:17 127:9

**stair** 120:5

**stake** 13:19,24

**stamp** 51:19 117:10

**stamped** 17:12,18 29:15 36:12 37:16 46:13 56:6 61:22 65:24 96:14 105:24 107:11 110:24 124:22

**Standard** 6:11

**standpoint** 40:12

**Stanley** 18:17,23 19:3,17 21:7 22:25 23:6,8 25:9 30:17 31:10 36:1,9 38:8, 11,15,24 39:20 43:17 44:9,10,18,21 45:15,19 47:23 48:5,19,22 49:6,11 50:12,23 51:9 52:4,7,15,17 53:3 54:19,24 57:7 58:5,8,16,19 61:16 63:14,24 80:23 81:4 86:13,16 87:11, 21 98:22,24 99:14 100:22 101:8 115:6 120:12 121:1 124:1,10,12,13 125:10 126:16,18,24

**Stanley's** 23:19 101:2 124:8

**start** 81:20 106:17

**started** 88:10

**starting** 93:4,5

**statement** 50:10 85:23

**steadily** 127:21

**STENO** 7:18 17:20 18:2

**stenographer** 6:21,25

**step** 84:12 120:5 121:14,18,19 131:9

**steps** 78:22,24 110:16,18,20

**stock** 16:21 17:3 20:21 22:2,9,19 23:1 27:13,14,20,22 29:5 32:20 37:1, 11,12 38:19 45:7 47:2 50:2,8 51:25 54:7,15 57:8,24 58:6,18,25 59:6,13, 17,22 60:1,6,16 63:2,6,15,20 64:18, 21,24 65:3 72:18,19 73:4,21 74:1 75:6 76:13 77:1,11 78:5,23 79:9 82:5, 9 86:9 87:10 88:3,7,19 89:2,7 90:17,

21,23 91:4,5,23 92:3,5 93:2 94:4 95:9,13,17 96:5 98:1 99:5 102:16 104:25 111:13 112:6 113:9,15 114:1 116:25 118:6,7,16 120:3 121:13,15, 17 122:2 123:23 127:8,19 129:15 130:21 133:14,17,20,23

**Stockholder** 6:15

**stocks** 108:7

**stop** 83:21

**story** 16:19 17:8 54:5

**straight** 83:24 84:2,4

**strategic** 14:13,14

**strike** 42:9 96:7 99:3

**structure** 14:14 15:13,16 22:23

**stuff** 79:1

**subject** 19:8,12 44:3 106:4

**subjective** 65:22 92:11 93:16

**submit** 107:21

**submitted** 109:19 129:11,15 130:5, 18

**subsequent** 68:23

**substance** 55:14 105:20

**sufficient** 46:25 108:20,25 111:14 127:15,22

**sufficiently** 43:3 93:10,11 127:8,24

**suggested** 87:2 115:12

**suggesting** 86:15 115:5 117:5

**suggestion** 87:11

**Sullivan** 7:7,11

**Summary** 21:24

**Sunday** 111:17

**surge** 65:3

**sustained** 60:18

**SVP** 10:21 11:15,20,22 12:2,4

**swap** 122:1

**swear** 6:25 7:5,18

**switched** 11:9

**switching** 55:1

**sworn** 7:23

**syndicate** 14:15 16:6

**synthetic** 22:20,21

## T

**tackling** 53:23 54:2

**takes** 39:10

**taking** 29:7 78:22,24 93:21

**talk** 48:13 124:13

**talking** 19:9 21:1,4 27:2,16,19 29:1 38:12 40:22 41:16,23 43:18 62:24 63:1 65:20 74:4,7,9 94:21,25 96:1 124:11

**target** 16:13 23:16 26:5

**targeted** 76:6,9

**tax** 15:15

**Taylor** 47:12,14 53:18

**team** 33:8,9 34:20 36:2 61:2,12 63:8 73:4 79:1 80:18 86:17,21,25 87:15 96:21 109:25 130:14,17

**teams** 95:14 118:14

**technical** 15:17

**Ted** 62:5,23 63:7 96:19

**telling** 119:19

**term** 73:17

**terms** 15:13 21:11 41:6,7 93:23 99:17 110:13

**test** 102:9 127:10

**testified** 7:25 52:14 56:16 76:11 93:1 96:20 118:23

**testify** 90:9

**testimony** 7:19 9:22 50:15 54:23 55:14 56:22 59:14 67:12 77:20 83:16 84:19 105:20 114:3 134:15

**text** 29:22,25 30:3 31:13 35:17 36:3,6 37:24,25 38:11 41:10 42:13,15 45:5, 9,14 46:19 47:7,11 48:8,17 49:1,4,13 51:5,12,23 52:3 53:21 55:19,23 57:5, 13 62:4,5,13,18,22,25 64:1,16 66:5, 10,15,18 68:7,11 69:18 74:12,17 78:1 79:18 81:11,18 85:24 86:2 89:13 94:14 95:20 96:23,25 97:4 101:12 102:13,18,20 103:15,20,25 104:13, 19,23 111:24 112:24 115:22,25 116:2,12,17 125:2,6,22 127:1 129:4

**texted** 30:10 36:19 49:13

**texts** 30:4,10 36:16 37:20 44:11 46:17 48:16 51:22 54:18 62:2 66:3 70:20 86:4 94:10 96:18 104:12,14

111:3 112:24 117:6 125:19

**thesis** 54:17

**thing** 61:13 125:25

**things** 8:20 13:9 29:25 33:10 66:25 83:1 84:9,14 99:16 100:4,10 131:8

**thinking** 111:12 119:23

**thought** 89:17 93:22 99:16,19 110:7 112:12 113:9,12,21,25 114:4,8 115:2, 3 128:22

**throw** 50:2

**tidy** 131:8

**till** 128:23

**time** 6:11 9:25 10:8,13,16,24 11:21 12:5,6 13:1 16:20,22 17:3,9 18:11 21:9 22:22,25 23:3,5,21 27:4,14 28:25 29:2,5 30:7,15 31:2,6,10 33:12 34:10 35:14,25 37:7,13 39:20 40:10 41:18 42:1,21,23 43:11,23,24 44:5, 17,21 45:6,16,20 46:7 47:20,21,25 48:2 49:21 50:1,13,24 51:4,10,25 52:5,8,16,21 53:4,16 54:3,21,25 55:2, 18 57:8,24 58:6,14 59:12,20 60:2,10, 18 62:12 63:11,21 64:21,23,25 65:1, 4,13 66:12 67:15,17,22,24 68:21 69:2,9 72:8 73:24 74:3,7 75:20,24 76:4,21,22 77:2,6,8,18 78:6,14,22 80:20 81:24 82:7,15 83:2 85:10,21 86:17 87:6,16 88:2,8,14,20,23 90:20 91:25 92:7,21 94:12 96:24 97:1,15, 16,17,24 98:5,9 103:6,14 105:3,13 106:6 108:19 109:11,16 110:8,16,17, 18,19 111:19 115:14 116:4,23 117:10,17,18,19,24 122:14,20 124:24 125:14 126:11,15,24 128:7,24 129:6 130:4 131:11,15,18 133:21

**timed** 95:21

**timeline** 24:5 25:2,21

**times** 57:11 69:20 80:3

**timing** 24:8,13 41:7 71:10,22 73:20, 25 74:23 78:11 87:9 96:11 104:20 129:5

**title** 10:23 11:10 24:4,8

**titled** 26:24

**titles** 10:19

**today** 6:9 8:3 9:4 29:20 119:25 131:18

**today's** 6:16 134:14

**told** 35:4,8,13,15 38:15 39:20 50:12, 21 51:6 52:7 53:5 54:19,24 56:1 58:2,

4 61:15 71:5 109:21 121:5 122:16 125:24

**top** 18:14 21:24 24:4 124:4

**topic** 35:24 47:8

**topics** 31:2 55:2

**Total** 134:16

**totally** 94:5 120:17

**trade** 23:4,7,10,11 79:8 90:23,24 122:22 126:5,6,13,23

**traded** 113:15,16 120:21

**trading** 30:16 37:1,11 46:2 65:7 82:5,6 88:19 90:21 91:2 92:18 112:17 113:25 114:4,20 117:17 118:10 122:9,12 123:13 127:7,19 129:2,6 130:9

**trailing** 46:1

**transact** 61:8 65:16,18 81:21,22 91:19 113:16,20 114:22 120:13,15 121:7,8 122:19,20,24 123:19 124:5 126:24 127:9,11,14 128:16 129:16 130:9

**transactable** 118:17

**transacting** 123:7,12 124:3

**transaction** 35:1 40:11 91:19 106:5, 13,25 108:12 111:15 112:23 113:10 114:2,10 115:19,21 118:15 128:19 133:24

**transactions** 108:17

**trigger** 81:12 82:9,18 85:12

**triple-witching** 112:13

**true** 47:6 80:10

**truth** 7:19,20,24,25

**turn** 24:3 25:24 26:23 30:9 62:3 89:1 106:8 123:22 124:14

**Twelve** 14:2

**twenty** 89:23

**type** 29:20 92:15,17 93:17 108:12

**typical** 25:21

**typically** 48:12 99:22 110:22

**typo** 46:21

## U

**Uh-huh** 20:18,25 71:21 97:9

**ultimately**  15:8,21 16:7 101:16

**unable**  28:14

**understand**  9:25 10:8 15:1,12 31:20,24 35:3 69:21 72:5 76:11,25 93:8 104:18 105:4

**understanding**  16:12,16,17 25:6,20 27:1,7,18,23 28:3 31:17,25 32:24 33:12,23 34:16 36:22 39:2,8,15,22 40:15,25 42:7 45:24 46:6 49:19,24 56:17 63:13 67:17,25 68:3,18 69:15, 25 76:12 80:13 81:23 86:20 95:8 100:20 109:18 110:1 112:8 114:14,18 118:4 121:16,21 129:14

**understands**  116:8

**understood**  33:25 41:5

**underwriter**  19:24 39:10,11

**Unit**  6:12 55:6,10 105:13 131:11,15

**units**  14:24 134:16

**unstable**  114:2

**unusual**  112:15 113:18 127:17

**unwind**  122:7

**unwinding**  119:20 122:7

**Upadhya**  5:5 7:2 8:1,6 9:2 10:7,15 12:23,25 14:22 15:19 16:24 17:10,15, 25 18:3,7 20:12 21:5 22:6,13 25:3,16 28:1 29:14 32:11,21 33:5,17,21 34:2, 9 35:2,9 36:11,15 37:15,19 38:22 39:7 40:21 41:9,21 42:11,12 43:10 46:12,16 48:10 49:12 50:6,19 51:2, 14,18,21 52:9,13,22 53:1,14 54:13 55:3,12,13,25 56:8,13,14 57:3,12,19 58:1,15 59:4,11,25 60:12 61:21,25 62:13,15 63:19 65:23 66:2,11 67:16 68:15,17 69:13,23 70:6 71:8,13 72:25 75:9,12,21 76:19 77:16,25 78:19 80:4,8 81:4,9 82:3 83:5,12,19,23 84:5,11 85:4,6,18 88:16 89:19,25 90:5,8,13,15 93:20 94:6,9 95:6 96:13, 17 97:13 98:6 99:12 100:12 101:23 102:8,25 103:7,12,19,24 104:5,7,10, 17 105:11,19,23 106:1,20 107:10,14 110:5,10,23 111:1,19,22 113:13 116:4,9,11 117:4 118:3 120:16,24 124:21,23 125:16 130:3 131:4,7,17, 21 134:13

**upcoming**  41:17,25

**uppercase**  73:16

## V

**Ventures**  10:24 11:1,6,11,14 12:1,17

**verbal**  8:18

**versed**  34:22

**versus**  19:18 80:10

**veterans**  66:25

**VIDEO**  4:8 6:9 7:4 55:5,9 105:12,16 131:10,14 134:14

**video-recorded**  6:13

**views**  99:1

**Vivek**  7:2

**voice**  12:19 119:18 120:25

**volatile**  91:5

**volume**  46:2 47:1 61:6 92:7,9,12,13, 15,16,21,22 93:3,10,17 122:25 123:21

**volunteered**  13:6

**Vosburgh**  4:9 6:19

## W

**wait**  32:1,6,14 33:1 35:5 40:16,23 41:1 49:14,20 50:11,21 51:7 53:5,13 58:3,21 61:11 95:17 103:8 127:17 128:23

**waiting**  60:6

**wanted**  29:11 48:8 49:20,25 50:11, 21 51:7 53:5 69:24 70:9 77:11,15 93:23 121:7 124:9,25 126:4,6 127:4 129:16

**watching**  59:22

**ways**  53:22 54:6

**Wednesday**  128:12

**week**  32:23 42:5 65:14 77:2 86:5,16 87:3,12,22 89:12,21 90:2 91:21 93:24 128:12,21

**weekend**  113:11,23 118:24 119:17 120:18 122:4

**weeks**  24:16,22

**weird**  125:25

**Weiss**  32:19 34:21 36:2 56:25 61:4 79:2 130:15

**window**  91:5 109:3 128:7,8,9,10,11, 22 129:2,6 130:9

**witnesses**  9:22

**Woodward**  6:17

**word**  29:7 32:5 121:18

**work**  8:20 19:2 79:6 80:17 86:25 87:16 113:21 124:15

**working**  132:23

**works**  34:24 67:4,15,21

**worse**  85:5

**worth**  70:1

**worthwhile**  120:8

**write**  37:25 42:16 62:5 125:6

**wrong**  100:1 119:15

**wrote**  20:19 31:13 36:3 41:12 42:13 45:6 51:24 53:22 54:1,6 57:6,23 64:1 68:8 71:18 73:11 74:12 78:1 80:9 81:11 86:4 94:15 95:20 96:24 97:14 111:25 112:24 116:13

## Y

**years**  66:22 67:1 132:18

## Z

**Zoom**  4:1 9:18