# Exhibit 23

Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

CARL SHUPE, et al.,
          Plaintiffs,

     vs.     Case No. 1:21-cv-11528-TLL-APP

ROCKET COMPANIES, INC., JAY D.
FARNER, DANIEL GILBERT, and
ROCK HOLDINGS INC.,
          Defendants.
_____

** CONFIDENTIAL **
The Videotaped Deposition of JAY D. FARNER
Commencing at 9:18 a.m.
Friday, January 26, 2024
Before Renee J. Ogden, CSR-3455, RPR.

HUDSON COURT REPORTING & VIDEO     (800) 310-1769

---

Page 2

1   APPEARANCES:
2
3   LABATON KELLER SUCHAROW LLP
4   Carol Villegas
5   David Saldamando
6   Derick I. Cividini
7   140 Broadway
8   New York, New York 10005
9   (212) 907-0700
10  cvillegas@labaton.com
11  Dsaldamando@labaton.com
12  Dcividini@labaton.com
13        Appearing on behalf of the Lead Plaintiff
14        Carl Shupe.
15
16  GOODWIN PROCTER LLP
17  Adam Slutsky
18  100 Northern Ave
19  Boston, Massachusetts 02210
20  (617) 570-1000
21  Aslutsky@goodwinlaw.com
22     Appearing on behalf of the Defendant
23     Rocket Companies, Inc.
24
25

---

Page 3

1   SULLIVAN & CROMWELL LLP
2   Jeffrey T. Scott
3   Sharon L. Nelles
4   125 Broad Street
5   New York, New York 10004
6   (212) 558-4000
7   Scottj@sullcrom.com
8   Nelless@sullcrom.com
9      Attorneys for Individual Defendants and
10     Rock Holdings, Inc.
11
12  SHAWN SOLON
13  Rocket Central
14  1050 Woodward Avenue
15  Detroit, Michigan 48226
16  (313) 782-8188
17  Shawnsolon@rocketcentral.com
18     Appearing on behalf of the Defendant
19     Rocket Companies
20
21  ALSO PRESENT:
22  Lauren Louzod - Video Technician
23
24
25

---

Page 4

1              TABLE OF CONTENTS
2
3   WITNESS                              PAGE
4   JAY D. FARNER
5   EXAMINATION                           7
6   BY ATTORNEY VILLEGAS
7   EXAMINATION                          274
8   BY ATTORNEY SCOTT
9
10
11            INDEX TO EXHIBITS
12  EXHIBIT                              PAGE
13  (Exhibits attached to transcript.)
14
15   DEPOSITION EXHIBIT 1                 57
16   Email from Rachel Rizik
17   DEPOSITION EXHIBIT 2                 87
18   Cover Email and Attachment
19   DEPOSITION EXHIBIT 3                119
20   Earnings Call Transcript
21   DEPOSITION EXHIBIT 4                146
22   Tab 26
23   DEPOSITION EXHIBIT 5                154
24   Email from Brandon McCann
25

Pages 1 to 4

Page 5

| 1 | DEPOSITION EXHIBIT 6 | 168 |
| 2 | Exchange with James Eugene Faucette | |
| 3 | DEPOSITION EXHIBIT 7 | 182 |
| 4 | Video | |
| 5 | DEPOSITION EXHIBIT 8 | 184 |
| 6 | Complaint | |
| 7 | DEPOSITION EXHIBIT 9 | 205 |
| 8 | Tweet | |
| 9 | DEPOSITION EXHIBIT 10 | 220 |
| 10 | Text Chain | |
| 11 | DEPOSITION EXHIBIT 11 | 228 |
| 12 | Email to Peter Giacchi | |
| 13 | DEPOSITION EXHIBIT 12 | 247 |
| 14 | Email from Natasha Cooksey | |
| 15 | DEPOSITION EXHIBIT 13 | 258 |
| 16 | Text Message Exchange | |
17
18
19
20
21
22
23
24
25

Page 6

1    Friday, January 26, 2024
2    9:18 a.m.
3
4            VIDEO TECHNICIAN:  Good morning.  We are
5    on the record at 9:18 a.m. on January the 26th,
6    year 2024.  This is the video -- stenographically
7    recorded and videotaped deposition of Jay Farner
8    being taken in the matter of Shupe versus Rocket
9    Companies.
10           My name is Lauren Luzod, the
11   videographer, and Renee Ogden is the court
12   reporter.  We are both with Hudson Reporting &
13   Video Nationwide.
14           This deposition is being taken at
15   Morganroth & Morganroth, PLCC, located at 344 North
16   Old Woodward, Suite 200, in Birmingham, Michigan.
17           Before swearing the witness, would all
18   counsel please identify themselves for the record,
19   please?
20           ATTORNEY VILLEGAS:  Carol Villegas from
21   Labaton Keller Sucharow for the plaintiff, and with
22   me is David Saldamando.
23           ATTORNEY SCOTT:  Jeff Scott from
24   Sullivan & Cromwell for the witness, Jay Farner,
25   for Mr. Gilbert and Rock Holdings, Inc.

Page 7

1            ATTORNEY NELLES:  Sharon Nelles, also
2    from Sullivan & Cromwell, for the witness and
3    Rock Holdings.
4            ATTORNEY SOLON:  Shawn Solon, in-house
5    counsel for Rocket.
6            ATTORNEY SCOTT:  Adam Slutsky from
7    Goodwin Procter for Rocket Companies.
8
9            JAY D. FARNER
10   was thereupon called as a witness herein, and after
11   having first been duly sworn or affirmed to testify
12   to the truth, the whole truth and nothing but the
13   truth, was examined and testified as follows:
14           EXAMINATION
15   BY ATTORNEY VILLEGAS:
16   Q.  Good morning, Mr. Farner.
17   A.  Hi.
18   Q.  My name is Carol Villegas.  I'm from the law firm
19       Labaton Keller Sucharow, and I represent the
20       plaintiffs in this action.  I'm here to ask you
21       some questions today.
22           I just want to go over some ground
23       rules.  You may have been deposed before, but
24       just -- we want to make sure we get a -- a clean
25       record here.

Page 8

1            It's important that the court reporter
2    transcribing your answers is able to hear you, so
3    instead of answering with a nod or a shake of the
4    head, I'd like you to answer with -- audibly so she
5    can take down what you say.
6    A.  Sure.
7    Q.  It's important that we not talk over each other.
8        I'm going to be asking you a series of questions,
9        and I'm sure you're going to know where I'm going,
10       but just let me finish asking the question before
11       you answer it.
12           If you don't understand a question, let
13       me know, and I'll do my best to clarify it.  Okay?
14   A.  Yes.
15   Q.  And then, if you would like to take a break, that's
16       fine.  The only thing I ask is that if there's a
17       question pending, you answer the question before
18       you take a break.
19           We'll try to take a break around every
20       hour.  If you'd like to go longer, that's fine.
21       You know, we can check in about every hour or so.
22       Okay?
23   A.  Okay.
24   Q.  Do you understand that you've just taken an oath to
25       tell the truth, and that oath is the same oath you

Pages 5 to 8

**New York**
**212-273-9911**

**Hudson Court Reporting & Video**
**1-800-310-1769**

**New Jersey**
**732-906-2078**

1 would take if you were testifying in a court before
2 a judge and a jury?
3 A. I do.
4 Q. Do you understand that your testimony here today is
5 going to be treated with the same weight as if it
6 were given in court?
7 A. I do.
8 Q. Is there any reason, medical or otherwise, why you
9 can't provide truthful, complete, and honest
10 testimony today?
11 A. No.
12 Q. Have you ever been deposed before?
13 A. I have.
14 Q. How many times?
15 A. Maybe three or four.
16 Q. When?
17 A. Many years ago in a case, and then again a few
18 years later in another case, and then just about a
19 month or so ago in a case, and now today.
20 Q. Have any of those cases involved Rocket?
21 A. Well, all cases involved either Rocket or the
22 previous companies, Rock Financial or
23 Quicken Loans.
24 Q. So let's start with the -- the first case in time,
25 I guess, moving from the most recent to the least

1 recent. What was the subject matter of that case?
2 A. The most recent deposition I did was a -- a -- a
3 Delaware case involving share trading.
4 Q. And what about the case before that?
5 A. I was a witness, maybe a -- I'll get the term
6 wrong, but I believe like a company representative
7 in a case for one of our -- our companies in Texas,
8 a title -- a title company.
9 Q. Do you remember the name of the title company?
10 A. No. It's Amrock today. I don't know if it was
11 Amrock or Title Source at -- at the time.
12 Q. And what about the third case?
13 A. That was many years ago. It was a case we won. I
14 think we were Rock Financial, maybe Quicken Loans,
15 at the time. It was an overtime case, mortgage
16 bankers overtime case.
17 Q. Did that case go to trial?
18 A. It did.
19 Q. Did you testify at trial?
20 A. I did.
21 Q. What did you do to prepare for this deposition
22 today?
23 A. I -- I met with the attorneys here.
24 Q. The attorneys in this room?
25 A. Three of the four, yes.

1 Q. And how many times did you meet with the attorneys?
2 A. Twice.
3 Q. When?
4 A. Yesterday and the day before.
5 Q. Did you review any documents to prepare for this
6 deposition?
7 A. Yes, they showed me some documents.
8 Q. What documents were they?
9     ATTORNEY SCOTT: I'm going to instruct
10 you not to answer that question on the grounds of
11 attorney-work product.
12     THE WITNESS: Okay.
13 BY ATTORNEY VILLEGAS:
14 Q. Did the documents refresh your recollection as to
15 the events that are related to this lawsuit?
16 A. No.
17 Q. Did you talk to anyone else besides your attorneys
18 about this deposition?
19 A. No.
20 Q. Did you talk to anyone else about this litigation
21 besides your attorney -- attorneys?
22 A. I guess maybe a clarifying question, meaning
23 specifically discuss it or -- or certainly people
24 have seen and asked me if there's a case, and I
25 have said, yes. No specifics around what's

1 happening or anything that we discussed with my
2 attorneys.
3 Q. Did you talk to Dan Gilbert about this deposition?
4 A. No.
5 Q. Did you talk to Dan Gilbert about this litigation?
6 A. No.
7 Q. Do you understand that other -- others from Rocket
8 have been deposed in this lawsuit?
9 A. I have been told that others would be deposed, or
10 it's my understanding. I don't know who has or who
11 hasn't.
12 Q. Did you review any deposition transcripts of anyone
13 else that's been deposed in this lawsuit?
14 A. No.
15 Q. Did you review the complaint in this lawsuit?
16 A. I may have seen the complaint many months or years
17 ago, but I've not reviewed it.
18 Q. What's your understanding of the claims in this
19 lawsuit?
20 A. I have two understandings. One is that some
21 comments that I made explaining the company or my
22 belief in the long-term growth of the company have
23 been --
24     VIDEO TECHNICIAN: Excuse me. Somebody
25 has a cell phone near a microphone.

**New York**
212-273-9911

**Hudson Court Reporting & Video**
1-800-310-1769

**New Jersey**
732-906-2078

Page 13

1     THE WITNESS:  Me, do you think?
2     VIDEO TECHNICIAN:  Maybe like near a
3  pocket or some- -- yeah, if you could remove it and
4  just put it a little -- a little distance away.
5     THE WITNESS:  How about -- there you go.
6     VIDEO TECHNICIAN:  I was just kidding,
7  though.
8     ATTORNEY NELLES:  No worries.
9     VIDEO TECHNICIAN:  It doesn't have to be
10  too far away.  Just a little.
11     ATTORNEY NELLES:  Take it away from him.
12     VIDEO TECHNICIAN:  Go ahead.
13     THE WITNESS:  Okay.
14  A.  I think you had asked me -- maybe could you repeat
15     the question --
16  BY ATTORNEY VILLEGAS:
17  Q.  Sure.
18  A.  -- so I get it right.
19  Q.  What is your understanding of the claims in this
20     lawsuit?
21  A.  My -- again, my -- my understandings are two topics
22     or themes.  One is that over the course of a few
23     interviews or earnings calls, a statement that I
24     made was taken out of context regarding the entire
25     description of the company, my belief in the

Page 14

1     long-term growth of the company.
2         And then the second is that when we did
3  a private sale in late March, we received a phone
4  call from someone that wanted to buy our stock,
5  that we're being told that that was insider
6  trading.
7  Q.  So I just want to go over your educational and
8     employment background.
9  A.  Okay.
10  Q.  Can you tell me what your education was, starting
11     from college?
12  A.  I went to Michigan State University.  I graduated
13     with a finance degree.
14  Q.  Did you get a master's?
15  A.  I did not.
16  Q.  What was your first job out of school?
17  A.  Well, I was painting houses.  But then I graduated
18     in December of -- December of '95?  '94, '95.  And
19     my first job was being a mortgage banker at what
20     was called Rock Financial at the time.
21  Q.  And what are your responsibilities as a mortgage
22     broker?
23  A.  Yeah, we -- we weren't a broker at the time.  We --
24     we were bankers because we funded our own loans.
25     We didn't broker them.

Page 15

1     But I would talk to clients and review
2  their financial situations, follow up on leads that
3  the company provided, take down, you know, the
4  information about their income and their assets or
5  their credit, determine if we thought they might
6  qualify for a mortgage, try to find a mortgage that
7  was best for them to save money or whatever their
8  goals were, buy a home.
9         Collect the application documents.  At
10  that time there wasn't an internet yet, so most of
11  that was done, like UPS, federal -- FedEx packages
12  out.
13         And then put that information together,
14  provide it to an underwriter, who would approve or
15  deny the file, and then we'd close their loan.
16  Q.  And what about after that?  What was your job after
17     that?
18  A.  Boy, at -- I think maybe nine or ten months
19     after -- after that, give or take, I had been
20     promoted to what was at the time called a sales
21     director.  So I led a group of, you know, 8, 9, 10,
22     11 mortgage bankers and taught them what I had
23     learned and helped them with their clients and, you
24     know, just kind of led them.
25  Q.  What about after that?

Page 16

1  A.  I believe after that, my official title -- I don't
2     know if it immediately went to vice president or
3     there was another title we had before that, but I
4     then led all of the -- what we called web mortgage
5     bankers.
6         So the company had -- at the time, it
7  had two different groups.  One group was an outside
8  sales group, and one side was an inside sales
9  group.  So I led the inside sales group and kind of
10  came up with strategy, and I worked with marketing
11  to develop Leadflow, and grew -- you know, grew
12  that from a handful, 3- -- 30, 40 people to a large
13  organization.
14  Q.  What about after that?
15  A.  If I remember correctly, at that time, Dan and a
16     group of people had bought a company called One
17     Reverse Mortgage.  It was in California.  And I had
18     been doing the web mortgage banking for seven,
19     eight years maybe.
20         And so I think at that point in time I
21  stepped in to be the CEO of that company for a
22  period of time.  You know, kind of bring it along
23  to -- to kind of get up to speed to what we were
24  doing at Rock -- or -- or Quicken.  So, yeah, then
25  I led that -- I led that -- that company for a

Pages 13 to 16

**New York**
**212-273-9911**

**Hudson Court Reporting & Video**
**1-800-310-1769**

**New Jersey**
**732-906-2078**

Page 17

```
 1    short -- fairly short period of time.
 2    Q. And then what about after that?
 3    A. After that -- I'm trying to go back, because it
 4       was the Great Recession, I was still leading all
 5       the bankers, worked through that. Then One
 6       Reverse.
 7          Then I think I talked to -- to Dan and
 8       to Bill Emerson about growing the retail mortgage
 9       side, the forward mortgage, as they call it. And
10       one of the things that was holding us back was our
11       marketing. Or we didn't have -- it wasn't growing.
12          So I believe I came back from One
13       Reverse to Quicken -- it was Quicken Loans at the
14       time -- officially, and became the chief marketing
15       officer of -- of the organization.
16    Q. And what about after that?
17    A. Well, I don't remember if I was chief marketing
18       officer and president initially, or if I was chief
19       marketing officer for a period of time and then
20       president. But at some point in time, I became the
21       president as well, and so the -- the banking force
22       and the marketing team and maybe a few other teams,
23       I can't recall, reported up to me then.
24    Q. When did you become CEO of Rocket?
25    A. In early 2017, I believe.
```

Page 18

```
 1    Q. And what were your duties as the chief executive
 2       officer at Rocket?
 3    A. You know, over- -- overall leading the company. So
 4       helping support the leaders in each area, helping
 5       to set strategy for the organization, you know,
 6       trying to make good decisions to help the company
 7       grow.
 8    Q. Who did you report to as the CEO?
 9    A. I think initially -- probably always Dan. On an
10       org chart, it may have had, you know, some other
11       names in there. I worked closely with Bill Emerson
12       for a long period of time.
13    Q. Who is Bill Emerson?
14    A. Bill was the former CEO of Quicken Loans before I
15       became CEO. And he had been my leader when I was a
16       mortgage banker, when I was a sales director. So
17       we had worked together for quite some time.
18    Q. Were you the CEO of Rocket Companies, Inc., or just
19       Rocket Mortgage, LLC?
20    A. Well, I think it was kind of a -- a two-step
21       process, if I remember properly. Before we went
22       cub- -- public, we were Rocket Mortgage.
23          Right before I had become CEO, we had
24       launched the Rocket Mortgage product, which was
25       really meant to differentiate us from kind of the
```

Page 19

```
 1    traditional mortgage lender, tech platform, great
 2    client service, high speed. And that became so
 3    popular that we moved the name -- the Quicken brand
 4    we had supported for a long time.
 5       When I became CMO, we were putting a lot
 6    of money into the Quicken brand to make sure that
 7    it was strong. But the Rocket Mortgage brand
 8    was -- you know, that really caught on, and so we
 9    moved the -- at some point in time, we moved the --
10    I think first we were maybe doing business as
11    Rocket Mortgage, even though we were Quicken Loans,
12    but then we moved to become Rocket Mortgage as a
13    company.
14       And then when we went public, we had
15    many -- not many, we had other organizations we
16    were starting to build to support the growing
17    FinTech platform, and so we decided to name the
18    public company "Rocket Companies" because I think
19    it better described all the things we were working
20    on.
21       Somewhere after we went public, if I
22    remember properly -- when we -- when we went
23    public, I believe I was the CEO of Rocket Companies
24    and Rocket Mortgage. And then later I was the CEO
25    of Rocket Companies, and Bob Walters became the CEO
```

Page 20

```
 1    of Rocket Mortgage.
 2    Q. When you say the "Rocket Mortgage product," are you
 3       referring to this FinTech platform?
 4    A. Well, initially, what I'm talking about,
 5       traditionally a lot of the -- a lot of the
 6       application taking was done over -- over the
 7       telephone from a mortgage banker. And, you know,
 8       as we did a lot of market research, people were
 9       saying, I want to -- I do everything else on my
10       phone, I do my banking on my phone, why can't I get
11       my mortgage on -- on the computer, on my phone.
12          So the initial Rocket Mortgage product
13       was the ability for the client to go in and get
14       virtually fully approved in about seven or eight
15       minutes with -- on the computer or on the phone.
16          Then, I think, later the meaning of that
17       kind of expanded to other technologies that we
18       built that would make the mortgage process more
19       efficient, more streamlined.
20          So that's what I'm referring to when I
21       say "Rocket Mortgage product."
22    Q. During your time as CEO of Rocket, did you
23       communicate with your employees via email?
24    A. During the time I was the CEO of Rocket Mortgage,
25       did I use email? Yes.
```

Pages 17 to 20

New York
212-273-9911

Hudson Court Reporting & Video
1-800-310-1769

New Jersey
732-906-2078

Page 21

1 Q. Do you use text messaging on your cell phone to
2 communicate with Rocket employees about Rocket
3 business?
4 A. Sparingly.
5 Q. Did you use a firm -- a company-issued laptop to
6 communicate through email with your employees?
7 A. I had a -- I had a laptop and a desktop, or
8 perhaps -- I think, somewhere along the way, the
9 laptop became the desktop, right, where you just
10 plugged it in, so it may have been the same
11 computer.
12 Q. Are you aware that documents -- excuse me. Let me
13 start that question over.
14 Are you aware that documents you
15 authored or received during your time at Rocket
16 were collected and produced to plaintiffs in this
17 action?
18 A. The documents I authored, meaning an email that
19 I -- I had sent or --
20 Q. Yes.
21 A. I would assume so, yes.
22 Q. Without revealing any communications with your
23 lawyers, do you know how your documents were
24 searched for and collected in this action?
25 A. I don't.

Page 22

1 Q. Was your personal cell phone searched?
2 A. I gave my cell phone to the lawyers, yes.
3 Q. So, Mr. Farner, I'm going to ask you some questions
4 about Rocket's mortgage loan origination business.
5 And I'm interested in Q3 2020 through Q2 2021.
6 A. Q3 2020, so October, November, December.
7 Q. Let's probably start in August of 2020, right
8 around the IPO.
9 A. Okay. So when we went -- when we went public
10 through it. I'm sorry. It's just that -- I'll do
11 my best, obviously --
12 Q. Sure.
13 I meant --
14 A. -- because I don't really think about the business
15 that way, but...
16 Q. I'm happy to remind you of the time frame that
17 we're talking about.
18 A. Okay.
19 Q. And it's the time frame that this lawsuit is
20 focused on. So when I say "relevant time period,"
21 I'm talking about August 2020 to the end of
22 May 2021.
23 A. Okay.
24 Q. So I'm going to ask a number of questions about the
25 relevant time period. That's the time period I'm

Page 23

1 referring to. If you need me to remind you, just
2 let me know.
3 A. Okay.
4 Q. So do you have an understanding of what the term
5 "loan origination" means?
6 A. Probably not. Because I -- I've heard the term
7 used in a variety of ways in the industry. We
8 might use it differently than other people, so we
9 probably need to be more specific.
10 Q. Sure.
11 Have -- have you ever used the term
12 "loan origination" at Rocket?
13 A. I'm sure that I've used that term from time to
14 time, and others would use the term, yes.
15 Q. Can you tell me what loan origination means, in
16 your words, as you use it at Rocket?
17 A. It kind of covers a broad category of statuses. So
18 in some cases, people would be referencing
19 something that we call a registration, which is, in
20 many cases, the beginning of a loan origination.
21 I think, in other cases, people might
22 use the term "loan origination" and reference it
23 towards something we called a folder, which was --
24 if we're going back to my description of my job, it
25 was the collection of the documentation.

Page 24

1 In other cases, people would use the
2 term "loan origination" to describe a closed loan.
3 Probably, in other cases, people might
4 use that term to describe a funded loan.
5 So, kind of, in context, I -- I guess,
6 it could mean all of those things, some of those
7 things.
8 Q. What is a closed loan?
9 A. At Rocket, a closed loan is a loan that we've
10 originated, meaning we've taken the application,
11 underwritten, and a client has gone to a closing
12 and signed the closing documents.
13 Then, if there's a right of recision
14 period, that period has passed, so a closed loan.
15 Q. And what is a funded loan at Rocket?
16 A. Well, the end of that process is, we close, and I
17 guess, there's two funded loans, to be clear.
18 If you're talking to operations or a
19 mortgage banker, they might think of a funded loan
20 as a loan that the client has received their funds.
21 If you're talking to somebody in capital
22 markets or accounting, they may be referencing it
23 to a time when we have sold the loan and we've
24 received the funds.
25 Q. During the relevant time period, how did Rocket

Pages 21 to 24

New York
212-273-9911

Hudson Court Reporting & Video
1-800-310-1769

New Jersey
732-906-2078

Page 25

```
 1    make money?
 2  A. I'm going to maybe ask a clarifying question.
 3  Q. Sure.
 4  A. Like, received cash, or like, make money on the
 5    P&L, or what do you -- what do you mean when you
 6    say "make money"?
 7  Q. Sure.  Let me ask it a different way.
 8       During the relevant time period, what
 9    was Rocket's business?
10  A. During the relevant time period, Rocket's business
11    was the accu- -- the acquisition of clients,
12    building our client database.  One of the primary
13    ways that we did that was through what you called
14    loan origination.
15       But I think broader, and we've touched
16    on this before, when we moved from Rocket Mortgage
17    to Rocket Companies, we were -- we were shifting
18    the organization -- I'm going to take a step back.
19       A traditional mortgage lender, or you
20    said earlier a mortgage broker, that's a one-time
21    transaction.  I write a loan, I get paid, I'm done.
22    Maybe next week you go, their business isn't even
23    there any longer.
24       The -- one of the primary purposes of
25    all of the investment we had been making in
```

Page 26

```
 1    technology, marketing, data, Rocket Autos, Rocket
 2    Homes, was to transform kind of the traditional
 3    mortgage space into a FinTech platform.  That --
 4    that's important, because it changes how you think
 5    about things.
 6       So when I say our mission was to acquire
 7    clients, if you're only a loan originator, then all
 8    you really care about is that one loan you did.
 9       But if you're a FinTech platform, the
10    driving -- one of the driving factors for you is
11    the acquisition of the client.
12       For us, we had a 90-percent retention
13    rate.  That means that once a client is in the door
14    the first time, 90 percent of the time, they get
15    the next mortgage, they're doing it with us.
16       The first time, there's marketing costs
17    involved, in most cases.  The second time, there
18    isn't.  So it completes -- it, like, just changes
19    the dynamic of the business.
20       More like when Apple sells you a phone,
21    maybe it costs them a lot of money to get you in
22    the door the first time to buy that phone -- I
23    don't know if you have Apple phone or an Android --
24    but then, they're thinking about you 5 years, 10
25    years, 15 years, what's the value of that client?
```

Page 27

```
 1    How many more phones will she buy?  No marketing
 2    cost.  How many apps will she download?
 3       And so, when we went public, and we were
 4    thinking about what we were doing as a company, of
 5    course, we want to be the most efficient mortgage
 6    lender.  Of course, we want to have investment in
 7    the brand, investment in the technology.
 8       It was all based on acquiring clients
 9    who are incredibly happy, so we're developing this
10    long-term revenue stream, much like a SaaS model or
11    a tech company, than a mortgage originator.
12  Q. When you say "SaaS," do you mean Software as a
13    Service?
14  A. I -- I do, yes.
15  Q. So as part of Rocket's home loan origination
16    business, did Rocket originate refinance loans?
17  A. Yes.  We always had done, as far as I can -- as far
18    as I can remember being at the company, we always
19    did rate and term refinance.  We did cash out
20    refinance.
21       In many cases, we used to do home equity
22    lines of credit, if they were available.  And, of
23    course, purchase loans.
24       And we really shifted our marketing and
25    spend based on what was most attractive in the
```

Page 28

```
 1    marketplace to -- again, to acquire clients.
 2    Again, thinking about that client as, like, the
 3    lifetime value, not just the first transaction.
 4       And so, in the time frame -- again, I'm
 5    going back to the time frame that you're
 6    referencing, I think, in the beginning of that, or
 7    through most of that, we were probably more focused
 8    on refinance transactions, because that was the
 9    fastest or best way to -- for us to grow our client
10    base.
11  Q. So, in terms of refinance or purchase, what type of
12    loans resulted in the most revenue for Rocket?
13  A. Well, that's -- that is a tricky question, because
14    you could look at the type of refinance.  But
15    really, the loan size is going to drive that.
16       So, I -- I guess I wouldn't
17    necessarily -- or I didn't look at it specifically
18    like refinance or purchase, I would think -- again,
19    being the CMO for a long period of time, a purchase
20    transaction in California, where the average
21    purchase price was $800,000 and the average
22    mortgage was $500,000, would generate more revenue.
23    Even if the gain-on-sale margin was two, then a
24    refinance transaction in Cleveland, Ohio, where the
25    loan balance was 120,000.
```

Pages 25 to 28

**New York**
**212-273-9911**

**Hudson Court Reporting & Video**
**1-800-310-1769**

**New Jersey**
**732-906-2078**

Page 29

```
 1          So we would look at those attributes of
 2    a loan, and then try to market to drive the most
 3    revenue based on the geographic, the conversion
 4    rate.  Maybe it's more competitive in California.
 5    So even though the loan balances are higher, we're
 6    in a fight with ten other competitors, where if we
 7    market in Iowa, there's only two.
 8          So the gain-on-sale margin might be
 9    higher or lower, but the conversion rate might be
10    double, or my marketing costs might be less.
11          So -- so there's not a -- I can't give
12    you a -- a direct, straight, because it -- it
13    varied on all of those -- all of those things.
14          Hope that makes sense.
15    Q.  During the relevant time period, did Rocket
16        originate more refinance loans or more purchase
17        loans?
18    A.  Yes.  Like we talked about, even though the
19        pandemic had -- I'm not going to say it was --
20        well, it certainly wasn't over, but, you know, the
21        government was still driving down interest rates.
22          And so, at that point in time, it made
23        more sense to dedicate the resources and the
24        marketing dollar for the refinance transactions.
25        So I think we did more refinance than purchase for
```

Page 30

```
 1    that period of time.
 2          Over the course of time, I remember
 3    looking at some report from, like, 2017 to 2020 or
 4    2019, something of that nature, where someone had
 5    broken down all of our business, rate sensitive,
 6    not rate sensitive.
 7          And I -- I think, during that period of
 8    time, the majority, meaning more than 50 percent,
 9    was non-rate sensitive, so cash-out transactions,
10    purchase transactions, home equity, those types of
11    things.
12          So we had the ability to do multiple
13    things, but because the Fed had cut rates so low,
14    we were leaning into.
15          And actually, going back to that concept
16    of the lifetime value of a client -- the term
17    "a lot" can be -- many of our loans were repeat
18    clients, so people that had already been in our
19    servicing book, who had a higher interest rate, who
20    were just coming back to -- to lower their rate.
21    So that caused the -- I think the refinance number
22    to go up a bit, as well.
23    Q.  You've used the term "rate sensitive," can you
24        explain what that means?
25    A.  Sure.  If I don't need cash out, and I'm not
```

Page 31

```
 1    looking to pay off any credit card debt or anything
 2    else, the only purpose for my refinance would be
 3    that I want to save money on the borrowing cost.
 4          Then someone who, let's say, has an
 5    interest rate of 4 1/2 percent would be -- would
 6    benefit if the current rate was 3 percent.  But if
 7    they had a rate of 4 1/2 percent and the rate was
 8    6, then they wouldn't benefit.  So those clients,
 9    you know, the -- the fluctuation of the interest
10    rate matters.
11          It also matters duration of time,
12    because someone might be at a 4 1/2 percent on a
13    30-year but they've paid down the mortgage seven
14    years, and now, even if the rate is a little higher
15    on a 15-year, they're -- they're carrying costs
16    would be lower if they refinanced to a 15-year.  So
17    they might even move to a different mortgage
18    program, even if the rate was a bit -- a bit
19    higher.
20          So, you have to look at all of those --
21    those numbers, but that's -- hopefully, that
22    example explains that.
23    Q.  Do you have an understanding of what Rocket's
24        direct-to-consumer business segment is?
25    A.  I believe so.
```

Page 32

```
 1    Q.  What is it?
 2    A.  It's the segment we looked at where we directly
 3        marketed to clients, or we worked with third-party
 4        partners to market to clients to generate what we
 5        would call leads, client inquiries.
 6          And then our mortgage bankers would, you
 7        know, assist those clients and help them get a
 8        mortgage.
 9    Q.  So is a direct-to-consumer business segment
10        considered a channel at Rocket?
11    A.  Yes.  At -- at some point in time, when we really
12        started defining or breaking down the different
13        ways that we could grow market share, we would have
14        direct-to-consumer.  We would have a TPO or -- or
15        wholesale.  We would have our realtor network.  We
16        would have the relationships that we had within
17        that time, I believe Charles Schwab or E*TRADE.
18          So there were multiple, but I think we
19        really thought of it as two channels.  One was one
20        where we marketed or -- or interacted with the
21        consumer directly, and the other channel was one
22        where -- third party, where we worked with, as I
23        just described, wholesale or Charles Schwab or
24        whoever to -- to help introduce that client to us.
25    Q.  So was the direct-to-consumer channel also referred
```

Pages 29 to 32

**New York**
**212-273-9911**

**Hudson Court Reporting & Video**
**1-800-310-1769**

**New Jersey**
**732-906-2078**

Page 33

1    to as the "retail channel" internally at Rocket?
2    A. I -- I've heard that, yes.
3    Q. And when you talk about third parties or
4       wholesalers, are you referring to Rocket Pro TPO
5       business?
6    A. That'd be one aspect of it, yes. But, as I said,
7       there are quite a few other aspects that we've
8       built out in addition to that.
9    Q. So can you explain a little more what
10      Rocket Pro TPO was?
11   A. Well, you had started off by using the term
12      "broker," so there are mortgage brokers in the
13      country. They're originating loans or taking
14      applications. In some cases, they have the ability
15      to underwrite the file. In other cases, they
16      don't. I think it's called delegated underwriting.
17           So we would offer those brokers a Rocket
18      product, Rocket technology in some cases. Really,
19      the Rocket client experience is, I think, what
20      drove a lot of the brokers to use us.
21           They would help the client, take the
22      app, and submit the documentation to us. We'd
23      underwrite the file, give them approval, and the
24      loan would close. We'd pay the broker their
25      portion for the mortgage. Then we would have the

Page 34

1    mortgage. And in most cases, we would service that
2    mortgage. In some cases, we would sell off the
3    servicing.
4    Q. Who would you sell off the servicing to?
5    A. Oh, there's a variety of large servicers in the
6       country. Somebody in capital markets could
7       probably give you a better answer than me.
8    Q. Would you also sell off the loans?
9    A. Yeah, that -- so maybe taking a step back. That's
10      an -- that's an important piece. There are like --
11      there's multiple components that make up the
12      revenue of a -- of a mortgage.
13           Almost all loans that the country does
14      and -- and almost all that we do, the loan itself,
15      like the -- the financial instrument, will get --
16      will get put together in a pool, and that's traded,
17      mortgage-backed securities. And so they're either
18      Fannie Mae, Freddie Mac, FHA.
19           So they get the loans, they have the
20      data, they understand how the loans operate. They
21      understand the default rates of these loans. They
22      understand the weighted interest rate, and everyone
23      can see what's happening because you're trading
24      these mortgage-backed securities.
25           Then you have the -- other side,

Page 35

1    which is the servicing rights. It's called MSRs,
2    mortgage servicing rights. And that's what you get
3    paid to collect the monthly payment from the
4    client.
5         And we had made the decision, quite a
6    few years earlier -- earlier than 2020, but it's
7    relevant for 2020, that we also wanted to be able a
8    very large servicer. And so we didn't sell off the
9    mortgage servicing rights in many cases, we
10   retained them. So as opposed to getting the
11   revenue when you funded the loan, you're waiting,
12   and you're getting a little piece of it every
13   mortgage payment.
14        And when you write a loan or close a
15   loan, you think to yourself, okay, well, based on
16   the current interest rate, I believe this client is
17   going to pay the mortgage for five years, six
18   years. So you're -- you're speculating what the
19   revenue will be, but you don't know for sure what
20   the revenue will be, because things change, a
21   pandemic happens and the Fed cuts rates. And all
22   of those loans you thought were going to be worth
23   five years of payments become worth one year of
24   payments.
25        But we decided to become a mortgage

Page 36

1    servicer because of the other thing I -- I talked
2    about, which is if you stop thinking about the
3    client as a one-time transaction and you start
4    thinking about the client as a lifetime
5    transaction, then the gain on sale and the revenue
6    you earn, the first time because less and less
7    important because you're thinking about the value
8    of the client over time.
9         And one way to make sure that you
10   continue to have interaction with that client over
11   time is to service their loan. Now I have a reason
12   to speak with them every single month. I can tell
13   them about their taxes, their escrows, those sorts
14   of things.
15        And so we decided to become a mortgage
16   servicer so we would, A, we're good at it, provide
17   a great client experience, because some people were
18   not happy after we would get somebody else to
19   service their mortgage. But it also gives us a
20   marketing approach to the client that allows us to
21   expand that lifetime value, drive up that client
22   retention rate.
23        And then the third is that it's a
24   natural hedge, or it balances. So if you're
25   looking at your business and saying, you know,

Pages 33 to 36

New York
212-273-9911

Hudson Court Reporting & Video
1-800-310-1769

New Jersey
732-906-2078

Page 37

1   rates are going to go up and down, will it be more
2   challenging -- and everybody understands as rates
3   change or rates go up, it gets harder and harder to
4   originate a loan.  It's common knowledge.  But if
5   rates are going up, the same thing is happening at
6   my -- on this book of -- millions of clients.
7   I've -- I wrote that loan thinking the client was
8   only going to make four and a half years of
9   payments or three, but now, because rates have gone
10  up, they're actually going to make six years of
11  payments.
12          So from, like, my position as a CEO,
13  I'm -- I'm trying to think, okay, what's the
14  lifetime value of the client I'm originating?
15  That's more important to me than the immediate
16  revenue.  Plus, I know as the rates rise, I'm
17  actually gaining revenue on the -- on the mortgage
18  servicing side of the house.
19          So it becomes a nice balance because the
20  goal -- the goal is to not -- the goal is to have
21  long-term strategy in view for the business and not
22  react to things you can't predict, like the up and
23  down changes in interest rate.
24          And so that servicing book gave us the
25  ability -- or gave me the ability to have more

Page 38

1   confidence in knowing that we could stick to the
2   long-term market share strategy that we were
3   approaching.
4   Q.  Do you remember during the relevant time period how
5       much of -- how much mortgage servicing provided the
6       company in terms of revenue?
7   A.  Oh, I -- no, I couldn't tell you the specific
8       amount, but it's millions and millions of dollars.
9   Q.  What about as a percentage compared to loan
10      origination?
11  A.  I couldn't tell you the exact percentage.
12  Q.  Was it larger or smaller?
13  A.  I believe it was smaller.
14  Q.  So would you have also referred to Rocket Pro TPO's
15      business as a channel internally at Rocket?
16  A.  Maybe I missed -- when you asked me the question,
17      what -- help me understand the difference in those
18      two questions.  I don't want to...
19  Q.  Sure.
20          So we have the Rocket's
21      direct-to-consumer business, and sometimes you
22      refer to that as "retail" internally; is that
23      right?
24  A.  Yes.
25  Q.  And it's also considered a channel for which you

Page 39

1   receive mortgages; is that right?
2   A.  Yes, but you had asked me whether TPO was a channel
3       before.  So that's what I'm -- I'm trying to make
4       sure I don't...
5   Q.  Oh, sure.  So I might ask you the same question --
6   A.  Okay.
7   Q.  -- more than once.
8   A.  Okay.
9   Q.  Yeah.  So let me just ask you again:  Was
10      Rocket Pro TPO's business segment also referred to
11      as a channel internally at Rocket?
12  A.  Well, like -- like we talked about before, it -- it
13      was an -- an avenue.  But I think when we used the
14      term "channel," we -- it was broader than that.  It
15      was a TPO, The Real Estate Network, the State Farm
16      agent network.  I think E*TRADE was in there during
17      that period of time.
18          So it -- it was -- I don't -- I think
19      when we said "channel," it was direct-to-consumer,
20      or we were talking about this broader third-party
21      channel where TPO would be a portion of it.
22  Q.  So would you have called that the third-party
23      channel or the wholesale channel?
24          ATTORNEY SCOTT:  Objection to form.
25  A.  I'm sure somebody would refer to it as a wholesale

Page 40

1   channel, yes.
2   BY ATTORNEY VILLEGAS:
3   Q.  Would you have referred to it as a wholesale
4       channel?
5   A.  I -- I may have from time to time.
6   Q.  Were there other channels that brought in business
7       for the home loan origination part of Rocket's
8       business?
9   A.  Were -- were the other channels?
10  Q.  Were -- were there other channels beyond retail and
11      wholesale?
12  A.  Sure.  We just talked about those other components,
13      the third party partners.  Charles Schwab was a big
14      one.  The Real Estate Network was, at the time, you
15      know, was an exciting opportunity for us.  We were
16      signing up other -- the -- the concept -- maybe
17      think about this, so a consumer can go to a
18      mortgage banker or a mortgage broker, but they're
19      also -- like if they're -- they're buying a house,
20      they're already talking to a real estate agent, so
21      why make them go to yet another party if the real
22      estate agent could help them.  That's why we rolled
23      out that piece.  Or they have a financial planner,
24      like a Charles Schwab or a -- an E*TRADE, if I
25      remember it was one.  So let them also help with

Pages 37 to 40

New York
212-273-9911

Hudson Court Reporting & Video
1-800-310-1769

New Jersey
732-906-2078

Page 41

1    the origination.
2        So there were those channels, and there
3    are probably more I'm missing right now.
4    Q. I guess I'm just trying to understand the -- was
5    what you just described with Charles Schwab and The
6    Real Estate Network, is that part of the wholesale
7    channel or is that considered something different?
8    A. That's not -- we didn't consider that wholesale
9    because I think -- again, these terms, much like
10   "loan origination," get tossed around, and so
11   you'll find people using them broadly in certain
12   cases.
13       But I think wholesale is where the
14   person -- the broker is receiving that fee on the
15   closing statement.  And these others, they were
16   third party, but I think their compensation, excuse
17   me, was different.  So technically, I don't think
18   we considered it wholesale.  But, again, the terms
19   probably were used interchangeably from time to
20   time.
21   Q. So I just want to go over some metrics we'll be
22   talking about today.  You've mentioned some of them
23   already.  And I'm going to list out some terms, and
24   I just would like you to tell me if you know what
25   they are and what they mean and how they were used

Page 42

1    internally at Rocket.
2    A. Okay.
3    Q. Is gain-on-sale margin a term used at Rocket?
4    A. Yes, it is.
5    Q. And what does gain-on-sale margin mean, as it was
6    used in Rocket?
7        ATTORNEY SCOTT:  Objection, form.
8        You can answer.
9    A. Okay.  Again, I think we've kind of talked about
10   this.  When you're originating a loan, you're
11   looking at the cost to acquire that loan.  You
12   know, is it a hundred bucks, a thousand bucks, two
13   thousand bucks, $6,000.
14       You're looking at the loan size.  You're
15   looking at the type of loan that it is; FHA,
16   Fannie, Freddie, all those will kind of impact the
17   value.
18       And those things -- some of those
19   things -- well, then you have your gain-on-sale,
20   what are you going to earn on that loan?
21       And then you're thinking about your cost
22   to produce the loan, the banker commission, the
23   operations cost.  So the gain-on-sale is part of
24   that calculation to determine what you might earn
25   on that loan.

Page 43

1        And then, as I said before, kind of
2    under that line, you have to think, okay, what's
3    the lifetime value of this client, because that can
4    impact your decision on what you're willing to do
5    the loan for all those other components.
6    Q. Is "closed-loan volume" a term used at Rocket?
7    A. Yes.
8    Q. And what is closed-loan volume?
9    A. It would be the day or week or, I suppose, month,
10   number of -- well, people used it both ways.
11       Sometimes people would use that term to
12   describe the units or the number of clients, even
13   though, technically, the term "volume" would --
14   would speak to the loan balances, I think, added
15   together that had closed over a period of time.
16   Q. So you said people used it both ways.  What was the
17   other way people used it?
18   A. The unit.  So someone might say we -- you know,
19   someone might ask:  What's the closed-loan volume?
20   And someone would say:  Oh, it was -- we did -- we
21   did 3,000 loans today.  That's actually the num- --
22   and, again, going back and forth, that's the number
23   of clients that we would close, so...
24       Which in many cases, was a more relevant
25   number than the actual loan sizes, because you're

Page 44

1    thinking -- again, you understand my thinking about
2    lifetime value of -- of a client.  But I've -- I've
3    heard people give the answer both ways for that --
4    for that question.
5    Q. Is "gain-on-sale revenue" a term used at Rocket?
6    A. I -- I'm sure it was used.  It's not a term that
7    was used frequently.
8    Q. What is gain-on-sale revenue?
9    A. Like I said, it's not a term that's -- so I
10   would -- I could speculate on what it would be, but
11   it's not a term I would -- I would use because I
12   just use revenue.
13       So would you like me to speculate on
14   what I think it might be?
15   Q. No.
16   A. Okay.
17   Q. When you say "revenue," what did you mean by that?
18   A. The amount of money or profit -- not profit, but
19   top-line -- I mean, revenue is revenue -- that you
20   could earn on a particular product.  It could be a
21   mortgage.  It could be a personal loan.
22       And then, of course, the question would
23   be, okay, is that this transaction revenue, or is
24   that lifetime value or revenue.  But that's
25   before -- I should take that -- in most cases,

Page 45

1  that's before any other expenses.
2      I have seen other people back out
3  certain things before they use revenue. But for
4  us, it was the top-line revenue that we would earn
5  on a loan.
6  Q. Did you use the term "key performance indicators"
7  while you were at Rocket?
8  A. I did.
9  Q. And what were you referring to when you used the
10  term "key performance indicators"?
11  A. So KPIs, or key performance indicators, is a very
12  common term used in most businesses. Specifically,
13  as we would set the strategy for the organization,
14  we would come up with something called OKRs,
15  outcomes -- I don't even -- I couldn't even tell
16  you the specific.
17      But these are objectives -- objectives
18  and key results. Sorry about that. It's been a
19  while.
20      And so these -- these are what we're
21  working on as a team to contemplate how we're going
22  to grow the company, grow market share.
23      And then, underneath those objectives --
24  and key results were the -- were the KPIs that
25  would drive those strategies. So that's what I

Page 46

1  would think about.
2      I saw other areas of the business come
3  up with their own KPIs that they might think are
4  important.
5      So I'm sure there were lots of them, the
6  dilemma, of course, being the definition of "key,"
7  because what's key to me, like I said, tying to the
8  OKRs versus what -- if I was in facilities, I might
9  think that what's key is making sure that the
10  bathroom's clean. Okay. That's fine.
11      But -- so it's really kind of key to
12  whatever area a person was working on.
13  Q. So which KPIs were key for you during your time at
14  Rocket?
15  A. During my time at Rocket?
16  Q. During --
17  A. 27 years?
18  Q. No. Let -- let's say during the relevant time.
19  Let me ask the question again.
20      Which KPIs were key for you during the
21  relevant time period?
22  A. Boy, I mean, that's going back quite a few years,
23  so -- but I -- I think I've talked about some of
24  things that were most important to me.
25      And I would imagine that we -- I know we

Page 47

1  had strategies to grow them, so I -- I -- maybe I
2  can't articulate the exact way we talked about the
3  key performance indicator, but growing market
4  share, growing lifetime value.
5      I was focused on marketing, marketing
6  efficiencies. So to grow lifetime value, the
7  better your marketing works, the lower your cost to
8  acquire, the better off you're going to be.
9      And those are -- those, for me, are
10  probably the things that add the most value to the
11  company.
12  Q. Was gain-on-sale margin a KPI that you focused on?
13  A. Again, going back to that definition of KPI,
14  certainly, in any business, people are going to
15  have a way they try to think about the generation
16  of first-time revenue and lifetime revenue, and
17  gain-on-sale was a component of that.
18      As I already mentioned, I think the
19  difference between Rocket Companies and Rocket and
20  a traditional mortgage lender is the -- is the
21  disruption of that thinking.
22      A traditional mortgage lender is going
23  to be focused on gain-on-sale revenue because
24  they're only thinking about what am I earning at
25  that moment in time.

Page 48

1      The transformation that we went through
2  was to think about the acquisition of that client
3  and the value that that client could bring us over
4  the lifetime that we kept engaged with them;
5  mortgage, real estate, hopefully auto, personal
6  loans, HELOCs, perhaps insurance.
7      At one point in time during that period,
8  I think we were talking about partnering with
9  financial planners. So although a --
10      ATTORNEY SCOTT: Just hold on one
11  second.
12      Sorry.
13  A. Yes. So -- so gain-on-sale margin would be a
14  component, but not a key -- not probably my top key
15  components because of the real value of the
16  organization was being created through the
17  acquisition of -- of the lifetime value of clients.
18  BY ATTORNEY VILLEGAS:
19  Q. What about closed-loan volume? Would that be a KPI
20  that you focused on?
21  A. Yes. I looked at closed-loan volume because it
22  represents whether we're going to be able to grow
23  market share or not grow market share.
24  Q. And what about gain-on-sale revenue? Is that a KPI
25  that you focused on?

Pages 45 to 48

**New York**
**212-273-9911**

**Hudson Court Reporting & Video**
**1-800-310-1769**

**New Jersey**
**732-906-2078**

Page 49

1    A. Like I said -- and I -- it -- it could be there,
2       and perhaps -- I just -- I don't recall that
3       being -- revenue and gain-on-sale, I don't -- I
4       don't know, so I'd say no.
5    Q. Are you aware that Rocket told the market that
6       these metrics were KPIs in its quarterly filings
7       with the SEC?
8          And by "these metrics," I'm referring to
9       gain-on-sale margin, closed loan volume, and
10      gain-on-sale revenue.
11   A. I -- again, I don't know the term that Rocket used,
12      but I know we put these metrics in forms, sure.
13   Q. Do you know what the "primary-secondary spread" is
14      referring to?
15   A. I believe I have a cursory understanding.  It would
16      be -- someone in capital markets would be the right
17      person to give you the specific to that.
18   Q. Tell me what your understanding of the
19      primary-secondary spread is.
20   A. I -- I believe it's, you know, as you are
21      originating and closing loans, you -- you have one
22      idea of what the value of that loan is.  And then
23      there's the actual, I guess, value that the loan is
24      going to trade at.
25          And I think that spread can compress or

Page 50

1       grow, depending on what's happening in the markets
2       or the economic situation in the -- in the country
3       or the world, I guess.
4    Q. Do changes in mortgage interest rates affect the
5       primary-secondary spread?
6    A. I believe they -- they -- no, I couldn't say for
7       sure if that's the exact driver of it.  Again,
8       probably Bill -- Bill Banfield or someone who does
9       this for a living could give you a better answer.
10   Q. Do you know if changes in the mortgage -- mortgage
11      interest rate is a factor that could affect the
12      primary-secondary spread?
13   A. I don't know if the change in mortgage interest
14      rate is the factor.  Maybe the change in mortgage
15      interest rate changes other things that might be
16      the factor.  But, again, probably best for a
17      capital markets person to answer.
18   Q. Is the primary-secondary spread something that you
19      discussed internally at Rocket during the relevant
20      time period?
21   A. As you can probably tell, I -- I'm certain that
22      people in capital markets or so forth discussed it.
23      It was not something that was a hot discussion
24      point for me.
25   Q. Do changes in the primary-secondary spread affect

Page 51

1       closed loan volume at Rocket?
2    A. I don't believe so.  I think marketing spend, you
3       know, sales skill, those sorts of things probably
4       have more of an impact on how many loans we're
5       going to write.
6    Q. Do changes to the primary-secondary spread affect
7       gain-on-sale margin at Rocket?
8    A. Again, probably a better question for someone in
9       capital markets.  My understanding is that the
10      folks in capital markets, they -- they know what's
11      happening in the market.  Everybody does.  This is
12      on your Bloomberg screen.  I've walked -- I've
13      walked by their areas, and they have the screens up
14      everywhere, and they are looking at that.
15          But they get to set -- they get to set
16      the target price every morning.  And sometimes
17      they'll adjust it two or three times a day.  So
18      I -- I would say that capital markets would have
19      the ability to change pricing, so if they wanted to
20      offset other changes that they're seeing taking
21      place in mortgage-backed security trades.
22   Q. When you say "they get to set target price" --
23      "pricing every morning," what do you mean by that?
24   A. So in the old days, we had something called a
25      rate -- a rate sheet.  It's on the computer now.

Page 52

1          But a mortgage banker and the mortgage
2       banker leadership, they have flexibility, but
3       within a -- a range of -- of -- of rate or -- or
4       fees or discounts.  There's a variety of little
5       components that could -- could make up the
6       economics for the client.
7          But capital markets will -- when they
8       publish that rate sheet or put the information into
9       the computer, they're going to set what the
10      interest rate is that day to offer the client and
11      what they're -- they're targeting to earn on the
12      loan.
13          Again, that was not specific because
14      what they don't know is, okay, I set that at
15      9:00 a.m., but I didn't know that this marketing
16      initiative was launching -- we talked about this
17      earlier -- in California.  And so that brought more
18      loans in than I expected from that region.  So --
19      or I didn't know that the divisional vice president
20      in this area was going to run an incentive, and
21      that incentive allowed the bankers to reduce the
22      earning by 3/8 of a point or something like that.
23          So they're -- they're putting -- we have
24      to have something to react to.  But then throughout
25      the day, there's other variables or other changes

Pages 49 to 52

New York
212-273-9911

Hudson Court Reporting & Video
1-800-310-1769

New Jersey
732-906-2078

Page 53

```
 1    that leadership could make that would alter that.
 2          THE WITNESS:  Can I get -- could you
 3    grab me a bottle of water or something?  Thanks.
 4    I'm doing a lot of talking here.  Thank you.
 5    BY ATTORNEY VILLEGAS:
 6    Q.  Do you have an understanding as to whether changes
 7        to the primary, secondary spread affect
 8        gain-on-sale revenue at Rocket?
 9    A.  Again, I didn't use the gain-on-sale revenue, but
10        im- -- implying that or -- or thinking that there's
11        a, you know, obviously gain-on-sale margin is
12        driving that.  We already talked about that, that I
13        believe that can affect the value of a trade or how
14        loans are traded, but that's information or data
15        that's understood that then capital markets can
16        adjust accordingly.
17    Q.  Do you have an understanding as to whether capital
18        markets was responsible for modeling how rising
19        interest rates may affect the primary, secondary
20        spread?
21    A.  I would find it interesting for capital markets to
22        be able to model how that would work, because, if
23        anything, they would go out and probably look at
24        the MBA or Fannie or Freddie or JPMorgan Chase,
25        someone who has a lot more analysts than we do, to
```

Page 54

```
 1        try to understand what people think might happen.
 2              But my experience over the almost 30
 3        years was, outside of about a few days in either
 4        direction, mostly looking backwards, it's very hard
 5        to predict what will happen in the markets.  You
 6        could be sitting here today and a world event could
 7        happen tomorrow and it changes everything.  And I
 8        have lived through that multiple times in my
 9        career, from the late '90s -- so what was that
10        called?  The dotcom bubble to, unfortunately, the
11        attack on the World Trade Centers to the Great
12        Recession.
13              I can remember sitting in the office on
14        a Thursday or Wednesday in November, out of the
15        blue, the Fed cut interest rates, and everything
16        changed.  So -- and, again, the pandemic.  I mean,
17        January of whatever that was, 2020, no one had any
18        idea what was going to happen in March.
19              So -- so it would be hard for capital --
20        someone in capital markets to say, I'm going to put
21        together a model.  But in terms of its viability or
22        to use that to make decisions, probably not wise.
23    Q.  Do you know if anyone in capital markets was
24        responsible for putting together a model of how
25        rising interest rates might affect the
```

Page 55

```
 1        primary-secondary spread?
 2    A.  No, I don't know if a specific person is
 3        responsible for that.
 4    Q.  But is the primary-secondary spread something that
 5        capital markets would attract?
 6    A.  Yeah, I think every mortgage-backed security trader
 7        needs to track information that matters to how they
 8        trade their assets.
 9    Q.  At Rocket, did you ever use the term "turn time" in
10        the context of home loan origination?
11    A.  Yes.  We used that term probably, again, in a
12        variety of ways, maybe depending on the area that
13        was using the term.
14    Q.  When you say the "area that was using the term,"
15        what do you mean by that?
16    A.  Well, mortgage banking might use that term and
17        define how quickly the client returns the
18        documentation.  Remember, we discussed the old --
19        the older term.  So for them, it's, I wrote the app
20        on Monday, we should get the folder back by
21        Tuesday.  But this banker's turn time is 72 hours.
22        They're slow at getting that back.
23              Operations may look at that and say turn
24        time is how quickly does an underwriter underwrite
25        a file or how long does -- a "file" being a loan or
```

Page 56

```
 1        a client -- how long does a file stay from
 2        application received to clo- -- it just -- it could
 3        mean any -- it's a broad term that kind of speaks
 4        to one status of a loan to another status of a
 5        loan.
 6    Q.  At Rocket, did you ever use the term "pipeline" in
 7        the context of home loan originations?
 8    A.  We did.
 9    Q.  And what does "pipeline" mean in that context?
10    A.  I know this -- it would be eight different versions
11        of that.  It could mean a -- an account executive's
12        pipeline of mortgage brokers that they're talking
13        to that would sign up for Rocket.
14              It could be a mortgage banker's pipeline
15        of clients they're talking to who they think they
16        are going to offer a mortgage to.
17              In operations, it could be all the loans
18        in an underwriter's pipeline that they had to
19        underwrite in the next day.  It -- it -- again,
20        it's a broad term, just really describing what's
21        the work that you're -- that -- that you've got --
22        that you're working on.
23
24
25
```

Pages 53 to 56

New York
212-273-9911

Hudson Court Reporting & Video
1-800-310-1769

New Jersey
732-906-2078

Page 57

1    ATTORNEY VILLEGAS: All right. Derick,
2  can you get Tab 31 and mark that as an exhibit?
3    MARKED FOR IDENTIFICATION:
4    DEPOSITION EXHIBIT 1
5    Email from Rachel Rizik
6    10:22 a.m.
7    ATTORNEY SCOTT: So are you going to
8  mark them with deposition stickers, or you mark
9  them online?
10    ATTORNEY VILLEGAS: We're marking them
11  online.
12    ATTORNEY SCOTT: Online, okay.
13    ATTORNEY CIVIDINI: It should be up.
14    ATTORNEY SCOTT: It's up. And what was
15  this marked as, 31, did you say?
16    ATTORNEY VILLEGAS: This is Farner 1.
17    ATTORNEY SCOTT: Oh, Farner 1.
18    THE WITNESS: You guys don't have a --
19  I'd like to read it. The print is so damn small.
20    ATTORNEY SCOTT: They're going to put it
21  up I think --
22    THE WITNESS: Okay.
23    ATTORNEY SCOTT: -- on this computer
24  somehow.
25    ATTORNEY VILLEGAS: Okay. Jeff, do you

Page 58

1  have the website Agile Law on up there?
2    ATTORNEY SCOTT: No, I don't.
3    ATTORNEY VILLEGAS: Okay.
4    ATTORNEY SCOTT: This isn't my computer.
5    ATTORNEY VILLEGAS: We can -- if you
6  want to hand that over to me, maybe we can get
7  moving.
8    ATTORNEY SCOTT: They have it up here
9  too, I guess.
10  BY ATTORNEY VILLEGAS:
11  Q. So, Mr. Farner, I have questions about specific
12    parts of this document, but you can take your time
13    and review it and let me know when you're ready.
14    THE WITNESS: Shawn, do you want to go
15  down to my car and get my glasses maybe, while I
16  read this. It's an old Benz station wagon.
17    ATTORNEY SCOTT: Can we take a break?
18    ATTORNEY VILLEGAS: Sure.
19    VIDEO TECHNICIAN: We are going off the
20  record. It's 10:27 a.m.
21    (Off the record at 10:27 a.m.)
22    (Back on the record at 10:35 a.m.)
23    VIDEO TECHNICIAN: We are back on the
24  record. 10:35.
25  BY ATTORNEY VILLEGAS:

Page 59

1  Q. So, Mr. Farner, you have a document marked as
2    Exhibit Farner 1 in front of you. Please take your
3    time to review it and let me know when you're
4    ready?
5  A. Thank you.
6    Okay.
7  Q. Thank you.
8    So I'm just going to start with the
9    cover email, which is an email from Rachel Rizik to
10    Pete Mareskas, and I'm going to note that you are
11    not a sender or receiver on this email, right?
12  A. Correct.
13  Q. Do you see where it says: "Attachments, Project
14    Destiny"?
15  A. Yes.
16  Q. What is Project Destiny?
17  A. It was the name we used internally as we were
18    working on taking the company public.
19  Q. And do you see the subject line: "CODM package"?
20  A. I do.
21  Q. Do you have an understanding of what "CODM package"
22    is referring to?
23  A. No. I'm not -- as far as I can remember, I've not
24    heard that before. So I'm trying to quickly digest
25    what was in the document. But, no, I don't quite

Page 60

1    understand.
2  Q. Okay. Let's go over to the attachment. Dated
3    June 11, 2020. "Project Destiny. Topic name:
4    Segment Reporting from Destiny Accounting Team."
5    Do you see that?
6  A. Yes, on page 2?
7  Q. Yep.
8    Do you know what this document is?
9  A. I -- I don't. I've not seen it before.
10  Q. Was PWC hired in connection with the IPO of Rocket?
11  A. I don't -- PWC has been involved. I know that they
12    are accountants for Rock Holdings. And so I
13    believe they were involved, but I couldn't say
14    whether they were -- remember, to take Rocket
15    public, we were selling a portion of the -- the
16    companies were owned by Rock -- are still owned --
17    95 percent are still owned by Rock Holdings -- 94,
18    or whatever it is.
19    We were taking 5 percent or so of -- of
20    their holdings and selling them to the public. So
21    I don't know if they were -- PWC was employed by
22    Rocket or Rock Holdings. But I believe they were
23    involved in some way, shape, or form.
24  Q. Have you heard the term "CODM" used before
25    internally at Rocket?

Pages 57 to 60

New York
212-273-9911

Hudson Court Reporting & Video
1-800-310-1769

New Jersey
732-906-2078

Page 61

1  A. I haven't, no.
2  Q. So if you look at the bottom right of the document,
3     it has what we call a Bates number. And I'm going
4     to be referring to the last three numbers when we
5     go through this document just so it's easy for you
6     to find what I'm talking about.
7        So let's start with the Bates ending in
8     567. Just let me know when you're there.
9  A. Okay.
10 Q. So do you see where it says: "Issue Number 1. Who
11    is the chief operating decision maker, CODM" in the
12    middle of the page?
13 A. I do.
14 Q. And then do you see where it says, two small
15    paragraphs below that: "Based on the analysis
16    above, management determined that Jay Farner is
17    ultimately responsible for allocating resources and
18    assessing the performance of the company. As such,
19    management concluded he is the CODM in accordance
20    with ASC 280-10-50-5?
21 A. Yeah, just to specify, I don't know if this is -- I
22    thought I read in here somewhere that this was a --
23    a white paper.
24 Q. Mm-hmm.
25 A. So I don't know if this is someone's

Page 62

1     recommendation. I can't speak to the validity, I
2     suppose, but it appears that one -- someone wrote
3     this up and made this suggestion in this white
4     paper.
5  Q. Did you ever consider yourself the chief operating
6     decision-maker at Rocket?
7  A. As we talked about, I -- I didn't think of -- I
8     wasn't familiar with that term. And I -- I'd say,
9     as the CEO, I thought of myself as a person who was
10    responsible for making decisions, but along with my
11    team and a lot of the people that were experts in
12    their field, and that -- that I trusted.
13 Q. Do you see where it says, "Analysis" on the bottom
14    quarter of the page --
15 A. Yes.
16 Q. -- and there's a bolded paragraph below that?
17       Can you just read that to yourself, and
18    let me know when you're done?
19 A. Okay. I'm done.
20 Q. Okay. Do you have an understanding as to why this
21    white paper referred to the "remaining entities
22    within combined financial statements of the legal
23    entities to be taken public are immaterial"?
24 A. I don't have a direct definition of what that would
25    be. Certainly, from my perspective, as I thought

Page 63

1     about -- and I think I saw in this paper somewhere,
2     it speaks to some of the primary key metrics being
3     cost to acquire lifetime value.
4        I thought of these growing, smaller
5     companies as being very important to the future of
6     the organization.
7        I would have to speculate that from --
8     this appears to be written from an accounting
9     perspective, that there's some sort of a -- I don't
10    want to say rule, but guideline that looks at
11    revenue or profit today at this moment. I think it
12    was -- I saw June of 2020, and used that to
13    determine what might be -- from an accounting
14    purpose -- may be material or immaterial.
15 Q. So did you consider what you called these growing,
16    smaller companies to be material to Rocket?
17 A. I don't know if I would have thought of them in the
18    term "material." I certainly would think that they
19    were important. And I think I've given some
20    examples.
21       But to grow in a purchase market,
22    helping guide the client through the real estate
23    process is as important as getting the mortgage,
24    and so, even if Rocket Homes didn't necessarily
25    earn revenue directly from a real estate

Page 64

1     commission, the fact that they would be engaged in
2     the process to assist the client and ultimately
3     that helps us get their mortgage, still winds up
4     benefitting the organization, even though you can't
5     measure that on a document somewhere.
6        And so that's how I thought about the
7     ecosystem that we were building. Again, going back
8     to the -- you're spending a marketing dollar, your
9     requirement -- you're acquiring a client, and then
10    you're thinking about the value of that client over
11    the lifetime. I'm thinking what's going to be
12    important in the coming years as we build this
13    company.
14 Q. So could you just go to the next page, which ends
15    in 568? And I'm focused on the section underneath
16    the diagram.
17       Do you see that paragraph?
18 A. The -- the footnote or the -- the "per
19    Section 211"?
20 Q. Starting "per Section 211."
21       So I have a question starting at the
22    second sentence, which reads: "Based on the above
23    organizational chart, Bob Walters, President and
24    Chief Operating Officer, is primarily responsible
25    for managing the partner network channel of

Pages 61 to 64

New York
212-273-9911

Hudson Court Reporting & Video
1-800-310-1769

New Jersey
732-906-2078

Page 65

1   Quicken Loans, and he oversees Amrock, Inc.
2       "Tim Birkmeier, Chief Revenue Officer of
3   Mortgage Banking, is primarily responsible for
4   managing the direct-to-consumer channel of
5   Quicken Loans, as well as overseeing the large
6   corporate relationships within the partner
7   network."
8       Do you see that?
9   A. Yeah, I -- I see that, and I think that may have
10  been when the -- when the company was -- earlier
11  on, Bob had been active in the -- the specific
12  partner network of wholesale.
13      I think, in reality, as we move forward
14  in the time period that you were referencing, so
15  August, September through -- through May, Tim and
16  Bob worked much -- much more closely, as they're
17  working on the broader partner network together.
18      This, again, I think, is a white paper
19  from a -- maybe a bit before we went public.
20  Q. So, in your view, was Bob Walters responsible for
21  managing the partner network during the relevant
22  time period that we're talking about?
23  A. As I mentioned, Bob was leaning in more because he
24  had participated more in the wholesale component of
25  it. He had a gentleman -- because Bob was also

Page 66

1   responsible for operations, capital markets, all
2   the kind of fundamental mortgage segments of the
3   business.
4       He had a gentleman named Austin Niemiec,
5   who was leading wholesale, I think, at this time.
6   But Tim, Austin, and Bob, I think, worked together.
7   There were some differences between wholesale and
8   other partner segments, like realtor and so forth,
9   but there are some similarities too.
10      But, again, try -- try to think of the
11  company from a -- a marketing perspective, and
12  maybe the -- so I was the CMO. But -- but you're
13  either marketing direct to consumer or you're
14  marketing to a third party that's going to work
15  with the consumer.
16      And so "partner" encompassed those types
17  of things. And it could be a mortgage broker or it
18  could be a real estate agent or an insurance agent.
19      And so, I -- I don't know what the
20  direct -- at that time what the direct reporting
21  lines would look like, but -- but those guys had to
22  work together to get efficiencies for the partner
23  network.
24  Q. Did you consider anyone at the organization, at
25  Rocket, primarily responsible for managing the

Page 67

1   direct-to-consumer channel during the relevant time
2   period?
3   A. Yeah, that was before we made Bob the CEO of the
4   mortgage company. Again, I think Bob and Tim
5   worked together. I would assist.
6       I think -- and just like Bob lean -- was
7   leaning in more toward the wholesale because he had
8   done that longer, Tim was leaning more into the
9   direct-to-consumer because he had done -- done that
10  longer, so he would have, I think, a little bit
11  more involvement than Bob in that case.
12  Q. So now we're going to the next page ending 569.
13  And it's the first full paragraph on the page. Do
14  you see where it starts "additionally"?
15  A. I do.
16  Q. "Additionally, although Jay Farner seeks input from
17  the leadership team, ultimately, Jay Farner
18  oversees those individuals and has sole
19  decision-making authority on matters of business,
20  operations, and strategy for each legal entity to
21  be taken public. This is consistent with
22  Section 25.4.2.1 of PWC FSPG, which states that
23  while the CEO or COO may receive input from others
24  within the reporting entity, decisions to assess
25  performance and allocate resources are usually made

Page 68

1   by one individual.
2       "For example, if a disagreement about
3   pricing exists between Bob Walters and Tim
4   Birkmeier," the ultimate pricing decision is made by
5   Jay Farner."
6       Do you see that?
7   A. I see that.
8   Q. Would you agree that this statement was true during
9   the relevant time period?
10  A. No. I would say that the way I approached the
11  business, yes, Tim and Bob reported to me. But I
12  had worked with these individuals for over 20
13  years. They were as close, if not closer, to the
14  day-to-day operations than I was. And so I relied,
15  I think rightfully so, heavily on them to make
16  these decisions.
17      And I -- I honestly can't think of a
18  time in -- for this specific example where Bob or
19  Tim came to me -- certainly, there were -- there
20  were times where they were having discussions, and
21  there were times where they didn't see eye to eye.
22  But I can't recall a time where I then stepped in
23  and kind of made an overriding pricing decision.
24      Again, we had worked together for
25  multiple decades. So, in practice, the way I

Pages 65 to 68

**New York**
**212-273-9911**
**Hudson Court Reporting & Video**
**1-800-310-1769**
**New Jersey**
**732-906-2078**

Page 69

1  operated the business, every -- I trusted -- I
2  trusted people who had lots of experience to do
3  their job.
4  Q. So just a little bit lower down the page, do you
5    see where it says: "The following is a summary of
6    key considerations:  Analyzed to arrive at
7    management's determination of CODM"?
8  A. I see that, yes.
9  Q. So I'm just going to go through these bullet
10   points.
11     "Jay Farner is solely responsible for
12   managing and evaluating the performance of
13   Quicken Loans and Amrock and is authorized to make
14   decisions with respect to the allocation of
15   resources and use of capital."
16     Was that also true during the relevant
17   time period?
18  A. Again, I know we're kind of looking at this, and --
19   and kind of the way you're reading it is -- is as
20   if this is like an official document.  The way I'm
21   reading this is this is a white paper someone
22   did, so I don't know what the end result was of
23   this.
24     But once we went public, we had a board.
25   And so, certainly, I would make many decisions.  My

Page 70

1  leaders would make many decisions.  If I felt it
2  was appropriate, we -- at one point in time in my
3  career, and I can't recall the exact month, but we
4  made an acquisition of a company, which would, of
5  course, I think, have been the use of capital.
6     But I went to the board and made sure
7  that they approved of that.  So that's how, in
8  practice, things worked.
9  Q. So what about the second bullet point?
10     "Jay Farner sets guidelines and
11   philosophies on pricing for both direct to consumer
12   and partner network channels.  Additionally, he
13   sets the budgets, and if there are disagreements
14   between Tim and Bob on pricing, Jay has the
15   ultimate decision-making authority."
16     Was that true during the relevant
17   period?
18  A. No.  As I mentioned before, capital markets, Bill
19   Banfield, were responsible for setting the
20   guidelines and philosophies.  And they would talk
21   to marketing and banking to get their input.  But I
22   would say I trusted Bill Banfield to understand
23   markets and you, know, make the decision on what
24   was appropriate for pricing.
25     Maybe a caveat to that or -- or a

Page 71

1  reminder is -- and -- and it is Bill's job, and
2  Bill is capital markets, so he's focused on that
3  day-to-day.  But I think, in other segments of this
4  white paper, as it points out, my focus was on the
5  growing of the platform, on the acquiring of the
6  client.
7     So I don't want to say that -- I don't
8  want to say that a component like gain on sale
9  isn't important, but -- but it -- whether that
10  thing moves 15 or 20 basis points, in the -- in the
11  grand scheme of the overall value of that client,
12  that should not be how you're making your
13  decisions.
14     You should be looking at what is my
15  contribution margin on this client, and what's my
16  lifetime contribution on this client.
17     So for me to get embroiled in, like, a
18  day-to-day discussion over 15 or 20 basis -- just
19  that -- I did not view that as the proper use of my
20  time.
21  Q. So what about the next bullet point?
22     "Jay Farner is involved with roadmaps
23  and allocation decisions for product innovation?"
24     Was that true during the relevant time
25  period?

Page 72

1  A. In -- in some cases, depending on the product type.
2  In other cases, I delegated those products to the
3  areas of the business that were using them, and
4  they made the decisions.
5  Q. So which product types were you involved with?
6  A. I participated with Tim and Heather Lovier in the
7  sales force technology, because I had experience
8  operating the call center for a long period of
9  time.
10    I would work -- I think there's another
11  segment of this that breaks down the different
12  businesses.  But a lot of our technology resources
13  had been -- were -- were stationed in Rocket
14  Central, because it's a central services provider.
15    So think about it, like a mortgage or
16  real estate would come and say, like, We want to
17  build an app, we want to build a website, and the
18  team leading that would report to me.
19    So I would be involved in decisioning
20  (sic) that -- is this a viable product, would this
21  help us grow our client base, will this improve
22  client experience.  So a website would be another
23  one that would have some involvement with.
24  Q. So what about the next bullet point?
25    "Jay Farner evaluates and makes

Pages 69 to 72

New York
212-273-9911

Hudson Court Reporting & Video
1-800-310-1769

New Jersey
732-906-2078

Page 73

1     decisions regarding the financial information
2     presented to him by the segment managers, finance
3     team, and other areas of the organization."
4            Was that true during the relevant time
5     period?
6     A.  I guess I would have to understand better.  When it
7     says "makes decisions," are we talking about me
8     deciding what financial materials are produced, or
9     are we talking about me using the financial
10    information to then, like, set a budget?  Or I'm a
11    little -- I'm not sure how to interpret that.
12    Q.  Did you decide what financial materials would be
13    produced in evaluating Rocket's business during the
14    relevant period?
15    A.  Sparingly.  We empowered much of the organization.
16    This was an internaldebate that we had, should we
17    centralize some of these functions, should we
18    continue to let them be in each area for the -- for
19    most of the time and during the period we allowed
20    them to be decentralized.
21           And -- and going back to the
22    conversation we had about key performance
23    indicators, so each area of the business had their
24    own analytics groups, and they could decide
25    measurements that they thought were important to

Page 74

1     them.  I -- I may not view that as important to me.
2            So I would say, for the most part,
3     people were able to use their resources and create
4     the reports that they felt were relevant to them.
5     Q.  What reports did you feel were relevant to you?
6     A.  I really looked at the world in -- in two ways.
7     Maybe because of my background as a mortgage banker
8     and the -- and the chief marketing officer, there
9     is what I would consider maybe the immediate
10    information by the day, by the hour.
11           So it's 11:00 a.m. and, you know, I'm
12    watching -- typically, my day-to-day practice, I
13    wake up at whatever time in the morning.  The
14    minute the markets open, and I'm watching to see
15    what the ten-year Treasury is going to do, because
16    that's going -- that's about the most relevant
17    indicator to try to figure out what might be
18    happening in capital markets.
19           Then I might look at Leadflow.  Was
20    there -- was there Leadflow coming in, not coming
21    in.  And then, you know, do we have -- are we
22    staffed or do -- you know, are we making phone
23    calls, et cetera.  So that's, like, the day-to-day.
24    Because there's only a certain amount of business
25    days in a year.  You can't blow them.

Page 75

1            Or I'm looking at the long term.  Are we
2     growing client accounts, are we engaging clients,
3     are we building that lifetime value flywheel, are
4     we executing on the technology strategies, you
5     know, what's the status of building out the new
6     Rocket Homes website that will allow us to engage
7     clients more.
8            So, really, those two focuses.
9            Immediate, just to make sure if I need
10    to reach out to Tim, or someone saying, hey, are
11    you paying attention to this, or long term -- I
12    was -- I was thinking about this today as I drove
13    in.
14           General Motors has been in business for,
15    like, 140 years now.  So I used to tell the story
16    all the time, I mean, the reason the companies
17    don't do well isn't because of how they performed
18    last quarter or the next quarter.  It's because
19    they don't have a thoughtful strategy to grow in
20    the next five years, ten years, et cetera.
21           So it was kind of those two types of --
22    of things that I was thinking about or looking at.
23    Q.  So you testified that the ten-year Treasury is
24    going -- sorry.  Strike that.  Let me start over.
25           You testified, "I wake up at whatever

Page 76

1     time in the morning.  The minute the market is
2     open, I'm watching to see what the ten-year
3     Treasury is going to do.  That's about the most," I
4     believe you testified, important review indicator
5     to what might be happening in the capital markets.
6            Why is that?
7     A.  Well, because mortgage-backed securities typically
8     trade close to the ten-year Treasury bill, and so
9     if it's moving -- volatility is a good thing.
10           As I've said before, interest rates will
11    tick up, interest rates will tick down.  The
12    movement of the direction isn't as important as the
13    movement, because the movement creates marketing
14    opportunities, the movement gives a reason for a
15    mortgage banker to call a client and have a
16    discussion.
17           And so, much like the rest of the world,
18    I'm looking to see what's going to happen, because
19    that movement will usually translate to some sort
20    of a movement in the -- in the mortgage interest
21    rate.
22    Q.  You've also mentioned Leadflow as being important.
23    What is Leadflow?
24    A.  Well, in a broad sense, it's the number of clients
25    that -- that the direct-to-consumer mortgage

Pages 73 to 76

**New York**
212-273-9911

**Hudson Court Reporting & Video**
1-800-310-1769

**New Jersey**
732-906-2078

Page 77

```
 1    bankers have the opportunity to speak with.
 2  Q. So are there specific reports that were important
 3    to you to assess the short-term and long-term
 4    metrics of the business?
 5  A. Certainly, there was data available.  By that point
 6    in time, most of the short-term stuff was available
 7    on your phone.  It's realtime, so if I was thinking
 8    about something, I would just pull it up and look
 9    at, like I told you before, total Leadflow by
10    channel or -- and when I say "channel" in that
11    perspective, I'm talking marketing channel, so
12    LowerMyBills versus LendingTree versus our organic
13    search versus paid, et cetera.
14        Or as I touched on before, our product
15    strategy team would have reports on how the build
16    was going for sales -- the next implementation of
17    sales force.
18        That's important because there's certain
19    things in the business I can control or have more
20    control over, that's probably a better term, and
21    things I can't.  I don't know where interest rates
22    are going.  No one does.  So spending a lot of time
23    thinking about that is not going to be beneficial.
24        I can determine if we build out the next
25    component to sales force that studies or detects a
```

Page 78

```
 1    motion in people's words.
 2        And if I can build that out and
 3    determine that today 2,000 of our clients -- let's
 4    say we talked to 50,000 -- 2,000 of those clients
 5    had anxiety in their voice, and now we can follow
 6    back up with them and make them feel better or
 7    answer their question, and I can get conversion up
 8    1 percentage point, it dwarfs any other revenue
 9    opportunity at the organization not just at that
10    moment, but in the lifetime.
11        And so that's why focusing on these
12    longer-term strategies is so critical, because it's
13    the real driver, consistent, controllable driver of
14    the business.
15  Q. I guess my question is a little bit different.  I
16    just want to know if there were specific reports by
17    name that were important for you to look at?
18  A. Yeah.  It -- it's been a few years, so I couldn't
19    tell you the name.  But I'm trying to describe the
20    report --
21  Q. Mm-hmm.
22  A. -- which are those minute-by-minute or day-by-day
23    broad production reports that were in -- online
24    or -- or these larger kinds of product strategy
25    reports that I would look at before I went to
```

Page 79

```
 1    meetings with them, et cetera.
 2  Q. And you testified, by that point in time, most of
 3    the short term stuff was available on your phone
 4    realtime.  What did you mean by that?
 5  A. We had a -- a reporting system called BiGG.  Again,
 6    the name may have changed now.  In my -- in my time
 7    frame, I believe we called it BiGG.
 8        And it was an online portal where you
 9    can select to -- I want to look at, as -- as I said
10    before, show me all the leads that had come through
11    on paid search, and what was -- you know, have we
12    called them.  So we -- it allows you to kind of
13    customize or filter things.
14  Q. So I just want to ask you to turn to the Bates
15    ending in 573 in the document.
16        My question is going to be about the
17    chart in the middle of the page that says
18    "Information received by CODM."
19        Do you see that?
20  A. I do.
21  Q. Did you receive a monthly report that had all ten
22    operating segments in it?
23  A. Yeah.  Again, this document, I think, is pre-IPO.
24    I know that I was given some report, maybe two.  I
25    couldn't say if they were, you know, monthly or
```

Page 80

```
 1    by -- I didn't really spend a lot of time reviewing
 2    them, so I couldn't tell you the frequency.
 3  Q. What about weekly reports?  Did you receive weekly
 4    reports on the direct-to-consumer and partner
 5    network segments of the business?
 6  A. I know that I did receive a report weekly that,
 7    from time to time, would ask my -- I would go to
 8    my assistant, and if there was something, I guess,
 9    by time or so forth, I -- I might glance at them.
10        It may -- the reason I'm pausing is I'm
11    trying to think what was in it, if it was direct
12    consumer, partner, or -- or broader.
13        But I think, more importantly, because I
14    was engaging in the things I thought were important
15    daily, this wasn't as relevant to me.
16  Q. So you mentioned BiGG as a repository of data that
17    you could access from your phone.
18        Did you receive reports from the BiGG
19    repository?
20  A. From time to time, someone may have generated
21    something that they wanted to show me, but for the
22    most part, that's a -- that's a -- more like a --
23    you engage with the system, right.
24        I mean, you kind of even -- I just
25    happened to glance down here, and it says, "Jay
```

Pages 77 to 80

**New York**
**212-273-9911**

**Hudson Court Reporting & Video**
**1-800-310-1769**

**New Jersey**
**732-906-2078**

Page 81

1    does look at a certain amount of nonfinancial
2    information, website views, click-through reports."
3          I think that's what they're kind of
4    getting to.  And a lot of that was, I would go just
5    kind of seek that out.
6          You know, look, I can't -- I still do it
7    today.  I'll see an ad for some company, I think
8    it's interesting.  I go, oh, my gosh.  Okay.  I
9    wonder if we're doing something like that.  I visit
10   the website, I see if we have it.  I then would
11   generate a report to look at it.
12         Exam- -- another example of that would
13   be, hey, I know marketing is spending X amount of
14   dollars on Cyber Monday.  I wonder if we were sharp
15   enough to make sure that we had the full mortgage
16   banking team in at that same time.
17         I would then go and look at, you know,
18   what our acceptance of calls were, just -- but a
19   lot of that's kind of self-driven for -- for BiGG,
20   to answer your question.
21  Q.  Did BiGG track actual information coming in, or did
22      it involve projecting information for either the
23      near term or the long term?
24         ATTORNEY SCOTT:  Hold on.  Objection,
25      form.

Page 82

1          You can answer.
2    A.  Okay.  You probably could sense this already, but
3    in this -- all businesses, I think, are
4    challenging.
5          In this business, it is incredibly
6    challenging to do projections for the future,
7    because you have so little control over the
8    economy, which is what's driving housing markets,
9    interest rates.
10         So BiGG was not -- BiGG was not designed
11   to look forward, because now you're just throwing
12   in just random variables, or maybe you are
13   embedding the Mortgage Bankers Association forecast
14   or Fannie or whatnot.
15         BiGG was really designed to look
16   backwards and say, hey, what's the performance of
17   the business been, or maybe you can study that and
18   say, okay, if I don't like how that performance is,
19   what strategy could I now build for the future.
20  BY ATTORNEY VILLEGAS:
21  Q.  Did you have any internal reports that were meant
22      to look forward or forecast metrics at Rocket?
23  A.  I would say that there were areas of our business
24      that would take external forecasts in particular,
25      again, Mortgage Bankers Association, other banking

Page 83

1    analysts, Fannie, Freddie, FHA, and use those to
2    come up with different scenarios, mostly, I would
3    think from an expense perspective.
4          But the way I viewed that would be --
5    and I think this is why when you look at how we
6    reported our numbers once we were public, you can
7    talk about the quarter you have just closed out,
8    and because usually the earnings calls were, you
9    know, a few months into the next quarter, you could
10   give some guidance around that one quarter moving
11   forward.  But that's about where it stops from a --
12   really using information to think about the future.
13         Because now after that, you've got to
14   rely on the execution of your strategies to drive
15   the business long term.  And what will happen in
16   the middle -- I don't want to say it's irrelevant,
17   but you -- I think it's dangerous to get hung up on
18   running the business that way.
19  Q.  Are you familiar with The Compass report at Rocket?
20  A.  I've heard of the report before, yes.
21  Q.  What was that report meant to track?
22  A.  You know, probably, without looking at it, I
23      couldn't give you specifics.  But I think it was a
24      report perhaps created by Brian Brown or the
25      accounting team.  And I think it had in it company

Page 84

1    performance -- maybe the last quarter or, from time
2    to time, maybe that previous year-to-date
3    performance, those sorts of things.
4    Q.  Did you receive The Compass reports during the
5        relevant time period?
6    A.  I think they were sent to me, yes.
7    Q.  Did you review The Compass reports during the
8        relevant time period?
9    A.  Not really, no.
10   Q.  Why not?
11   A.  Well, we kind of touched on this, but a lot of
12       the -- those reports, as I recall, were either kind
13       of information I already would know.  I'm looking
14       at information day to day.  I have a pretty good
15       understanding of how the business is operating.
16       And they didn't involve a lot of long-term data
17       about execution of strategies.
18          So the rest was kind of reporting news
19       that I could gain insight from, either by what I
20       had already looked at or talking to my leaders.
21   Q.  So you testified:  "A lot of those reports, as I
22       recall, were either kind of information I already
23       would know.  I'm looking at the information
24       day to day."
25          So did The Compass report embed within

Pages 81 to 84

New York
212-273-9911

Hudson Court Reporting & Video
1-800-310-1769

New Jersey
732-906-2078

Page 85

1     the report information that you were looking at day
2     to day?
3  A.  There may have been some.  Again, without you
4     showing me the -- I haven't worked there in quite
5     some time.  I probably should look at the report,
6     so I actually know what you're -- what you're
7     asking me.
8  Q.  Did you attend any meetings associated with
9     reviewing The Compass report?
10          ATTORNEY SCOTT:  Object -- hold on a
11    second.  Objection, form.
12          You can answer.
13  A.  Not on a regular basis.  I couldn't say that there
14    wasn't a time where someone may have had it or
15    referenced it.  But my recollection is that it was
16    sent to me electronically.  Just if you wanted to
17    review it, you could do it on -- on your time.
18  BY ATTORNEY VILLEGAS:
19  Q.  Did you attend any meetings associated with
20    reviewing The Compass report?
21          ATTORNEY SCOTT:  Objection to form,
22    lacks a factual predicate.
23          You can answer.
24  A.  Okay.  Now you've got me a little con- -- confused.
25    Isn't that what you just asked me?

Page 86

1  BY ATTORNEY VILLEGAS:
2  Q.  Yes.  And I believe your response was not on a
3     regular basis.
4          So my question is:  Did you attend any
5     meetings associated with reviewing The Compass
6     reports?
7  A.  Right.  And as I -- as I responded, I can't recall
8     a meeting that I attended that was specific to
9     reviewing The Compass report.  I'm not saying that
10    I wasn't in a meeting where someone may have had it
11    and used it to reference a particular piece of data
12    they wanted, but my -- my remembering is that The
13    Compass reports were sent to me digitally, not
14    structured in a meeting.  Again, that's -- that's
15    how I recall it.
16          ATTORNEY VILLEGAS:  So I'm about to
17    introduce a Compass report.  I don't know if you
18    guys want to take a break or not.  But I have a
19    long line of questioning that is going to be
20    associated with that.  It's up to you.
21          THE WITNESS:  Yeah.  What are you
22    thinking about lunch?  What time are you -- I know
23    it's only 11:30.
24          ATTORNEY SCOTT:  Well, let's -- probably
25    like 1:00 or so for lunch.  Let's take a quick

Page 87

1     break now, and then if you're -- have another long
2     segment --
3          ATTORNEY VILLEGAS:  Yeah.
4          ATTORNEY SCOTT:  -- just do it then and
5     try and go all the way up to lunch.
6          VIDEO TECHNICIAN:  Off the record,
7     11:27.
8          (Off the record at 11:27 a.m.)
9          (Back on the record at 11:44 a.m.)
10          VIDEO TECHNICIAN:  Back on the record at
11    11:44.  It's File 2.
12          ATTORNEY VILLEGAS:  Derick, could you
13    introduce Tab 81 as Farner Exhibit 2.
14          MARKED FOR IDENTIFICATION:
15          DEPOSITION EXHIBIT 2
16          Cover Email and Attachment
17          11:44 a.m.
18  BY ATTORNEY VILLEGAS:
19  Q.  So, Mr. Farner, you've been handed Farner
20    Exhibit 2, which is a cover email with an
21    attachment.
22          Do you see -- do you see your name
23    listed on the "to sign" on the first page of the
24    email?
25  A.  I do.

Page 88

1  Q.  And you received those weekly Compass reports on
2     February 16th, 2021, correct?
3  A.  Yeah, that's the date here on the -- on the email.
4  Q.  So I'm just going to go over to the attachment now.
5          VIDEO TECHNICIAN:  Excuse me.  Do you
6     have your mic on?
7          ATTORNEY VILLEGAS:  No.
8          VIDEO TECHNICIAN:  I could hear you
9     fine, but --
10  BY ATTORNEY VILLEGAS:
11  Q.  Is this Compass report in the form of The Compass
12    report that you received every week?
13  A.  As I had said before, I didn't spend a lot of time
14    looking at it.  So I -- I have no reason to believe
15    that it wouldn't be in the form, but...
16  Q.  Was The Compass report prepared in the ordinary
17    course of Rocket's business?
18  A.  Well, over -- over my career there, this was not a
19    report we used.  Perhaps based on the other form
20    you showed me, it came into existence around the
21    time that we went public.
22          And I don't know if it's still in
23    existence today.  So it -- I don't know the length
24    of time it was used.
25  Q.  Do you know why The Compass report came into

Pages 85 to 88

New York
212-273-9911

Hudson Court Reporting & Video
1-800-310-1769

New Jersey
732-906-2078

Page 89

1   existence around the time you went public?
2   A. No, I can't say for certain.
3   Q. So I'm going to ask you to turn to the Bates ending
4      in 112.
5   A. Okay. I think I'm -- so it's "February 16th, 2021
6      QL and Amrock" on the top?
7   Q. Yes.
8   A. Okay.
9   Q. Do you see where it says on the top left corner:
10     "FCST 7 - 2.12.21"?
11  A. Yeah, I'm not sure what that means, but I -- I do
12     see those letters, yes.
13  Q. Does that mean Forecast 7?
14  A. Like I said, I've never seen that before until you
15     pointed it out, so...
16  Q. Does the company prepare weekly forecasts to track
17     its business?
18  A. There may be people who are putting -- apparently
19     this is an Enzo Barretta -- people putting
20     information together, as I had referenced before.
21     The relevant data for us to operate the business is
22     really looking at what we have achieved and maybe
23     looking 30 days out or so because some of that
24     information is -- is knowable.
25         Outside of that, having an understanding

Page 90

1   of kind of the broader future really would be for a
2   few reasons -- because it's incredibly hard to
3   predict. I can't predict what is going to happen
4   in the mortgage market, in the interest rate
5   market, in the housing market. No one can.
6       So the thing you're thinking about is
7   someone has a strategy, we're going to spend
8   $15 million with sales force. Okay. Can we afford
9   that, even if things fluctuate a bit?
10      I remember having a conversation with
11  somebody over -- Doug Patton (phonetic) over at
12  JPMorgan Chase many years ago after the Great
13  Recession. And he said: Look, the accountants
14  have to put together different scenarios -- this
15  was in terms of capital, I think, that the bank
16  held -- just to make sure that any scenario, you
17  can still execute your strategy. It's not a
18  forecast of what you think is going to happen.
19  It's more an understanding of you can continue to
20  move forward with what you want to do, regardless
21  of possible changes that you can't predict.
22      And so things like this could be helpful
23  because you can look and see, okay, where are we
24  going to be with -- and I'm trying to search here
25  to see where that might be on this page. I see

Page 91

1   volume, rate locks. I see revenue and that's
2   blank. Jeez, somewhere in here there must be
3   information that would show net income.
4       And you would look at it and say, okay,
5   in these scenarios, am I okay spending that
6   marketing budget, am I okay doing that Super Bowl
7   ad for $25 million, am I okay hiring another 1,000
8   mortgage bankers? So to ensure that you can
9   continue to fund the strategies that you're --
10  you're going to be doing moving forward.
11  Q. Would you look at net income in this report?
12  A. Like I said, I -- I don't really recall using this
13     report. But I have looked at net income before.
14  Q. So let's just go through some of the metrics in
15     this report, starting at line 3 with "net rate
16     locks."
17         Do you see that?
18  A. Well, on -- on mine, it says: "Gross rate locks"
19     for 3. I may be looking at different --
20  Q. So I just want to make sure we're on the same page.
21     We are on the page ending 114.
22  A. Oh, I'm sorry. I was on 112.
23  Q. Oh, yeah.
24  A. Okay.
25  Q. Wait. Let me make sure. Give me one second.

Page 92

1   A. Okay.
2   Q. I think you should be on 112.
3       All right. Yeah, let's go back to 112.
4   A. Okay.
5   Q. So starting with "gross rate locks," what does that
6      mean?
7   A. It says here it's a "Volume metrics include
8      correspondent and HELOC at draw amount, and
9      excludes ORM."
10         I'm going to suppose, because there's
11     a -- the line below that says "net," that gross is
12     maybe at the time the client locks the loan, and
13     net is the difference between who locks and who
14     actually sends their application back.
15  Q. Did the BiGG database that we talked about earlier
16     track gross rate locks?
17  A. I couldn't -- I couldn't say. It -- it was not a
18     report I used. I can't speak to all the data that
19     it might -- might house.
20  Q. What about net rate locks? Did the BiGG database
21     track net rate locks?
22  A. Hmm. That's a good question. So I'm trying to
23     think about -- I would look at clients or
24     loans-originated registrations.
25         And a registration is similar to a, you

Pages 89 to 92

New York
212-273-9911

Hudson Court Reporting & Video
1-800-310-1769

New Jersey
732-906-2078

Page 93

1    know, net rate lock, but not the exact same.  It --
2    it may have tracked it.  I used a slightly
3    different -- again, I'm more interested in the
4    number of clients we're acquiring than the -- than
5    the loan volume we're -- we're getting.
6    Q.  What -- what does loans-originated registrations
7    mean?
8    A.  Is that on --
9    Q.  No.  That's what you just said --
10   A.  Oh.
11   Q.  -- you track in BiGG.
12   A.  Oh.  So we talked about that on, like, a daily
13   basis or a weekly basis or whatever it might be.
14   It's the number of loans that a banker or a team of
15   bankers, however, you want to slice and dice it,
16   wrote in that day.
17   Q.  Was BiGG able to look retrospectively at metrics to
18   do comparisons?  In other words, could it do a
19   week-over-week comparison?
20   A.  It could.
21   Q.  And what about a month-over-month comparison?
22   A.  It could.
23   Q.  And what about a quarter-over-quarter comparison?
24   A.  I -- my recollection is that you could put in a
25   date range when you're going to create the report,

Page 94

1    and you could look backwards to see things.
2    Q.  What about a year-over-year comparison?  Was BiGG
3    able --
4    A.  Same --
5    Q.  -- to do that?
6    A.  -- same concept, that you were able to put in the
7    date range of -- of it.  I think some of that would
8    depend on -- as you probably can imagine, some data
9    is clean, some data is not clean, and -- and so I
10   couldn't say in every sit- -- I couldn't tell you
11   in every situation how far back it could go.
12   Q.  Do you know if the data that's located in this
13   Compass report was pulled from the BiGG database?
14   A.  I don't know.
15   Q.  Do you know who would know that?
16   A.  All I could guess is that the pre- -- preparer
17   might know.
18   Q.  And did the BiGG database track metrics for the
19   whole business, or was it just home loans?
20   A.  That would be a question dependent on the time
21   frame.  The goal was to continue to use analysts
22   and spreadsheets and those sorts of things.  But
23   depending on what month it was, different
24   businesses would be online or not online.  I -- so
25   I guess it depends.  Right.

Page 95

1    Q.  Do you have an understanding as to whether, during
2    the relevant time frame, the BiGG database tracked
3    the full business of Rocket?
4    A.  I don't believe every business we had was in BiGG
5    at that time.  Auto may not have -- you know,
6    again, I don't want to speculate, but I don't
7    recall thinking every single business was in there.
8    Sometimes Victor You, our business
9    leader, might give me some reports they had
10   created, if it was a start-up or a smaller
11   business.
12   Q.  Who is Victor You?
13   A.  He -- he ran Rocket Auto.
14   Q.  So I'm just going to go to line 10.
15   Do you see where it says, "Folder
16   volume"?
17   A.  I do.
18   Q.  Can you tell me what your understanding of folder
19   volume is?
20   A.  Well, in this case, I'm trying to figure out what
21   exactly is in this metric in terms of the different
22   channels we talked about.
23   But, in general, if you're looking at
24   line, you said, 10?
25   Q.  Yes.

Page 96

1    A.  Those would be the loans that we had received back
2    that the client had sent the information so that we
3    could underwrite it.
4    And you can see here, obviously,
5    January -- because this is February 16th, and I
6    don't know where he's getting his data.  Maybe it's
7    a week behind.  Who knows.  You know, so he has the
8    actuals for January.  He may have some of the
9    information, a week or two, for February.
10   And then, from here, but -- we
11   wouldn't have any data around this.  So I don't
12   know if he's looking at the MBA and taking our
13   market-share percentage, or I don't know what --
14   where he -- he's coming with these numbers after
15   that point.
16   Q.  So you don't have an understanding of what he based
17   the February '21 forecast on?
18   A.  Like I said, he would -- he would have, I think,
19   some data from the first week or -- or maybe two.
20   But at least the way we would look at
21   it, we would take Fannie's forecasts, MBA
22   forecasts.  They were all over the board, and so,
23   eventually, you say to yourself, no one can predict
24   what's going on here, so let's not worry about it.
25   Let's worry about actually just doing our job and

Pages 93 to 96

New York
212-273-9911

Hudson Court Reporting & Video
1-800-310-1769

New Jersey
732-906-2078

1    executing on the strategies we have at this
2    company.
3            If I were Enzo, all I could surmise is
4    that he would go out to some sort of public, you
5    know, record like that and try to, you know,
6    determine what our market share would be.
7    Q.  Do you see on line 14 where it says, "Closed
8    volume"?
9    A.  I do.
10   Q.  Can you tell me what that means?
11   A.  Same situation here.  I -- I don't know right here
12   if this is for direct or both direct and TPO.  I'm
13   seeing TPO down below, so maybe it's both areas.
14          But it's -- a closed volume, in general,
15   is the -- is the loan volume that we have closed
16   that month.
17          So that's the client went to the signing
18   and signed their paperwork, and we gave them their
19   money or refin- -- you know, paid off their loan or
20   whatever the case is.
21          And, again, it's got the actuals for
22   January, which should be pretty accurate.  And then
23   it's got forecast for the rest.  And I -- I can't
24   tell you how he would have came up with that.
25   Q.  I just want to go back to No. 10 on folder volume.

1            Is folder volume something the BiGG
2    database would have tracked?
3    A.  I believe, in BiGG, you could pull up by team or
4    banker that day or that week what certain people
5    had done with folders.
6    Q.  Is folder volume something that you looked at in
7    the BiGG database?
8    A.  I did.
9    Q.  And did you look at folder volume as a comparison
10   week over week?
11   A.  I looked more at folder volume -- more at folder
12   units.  You could -- I'm thinking of a direct
13   competitor.  You could -- you could be increasing
14   your folder volume and think, wow, that's great.
15          But instead of 30 percent, now
16   50 percent of your loan volume is coming from the
17   state of California.  Loan balances have doubled.
18   You're actually bringing in fewer clients.  And in
19   the long run, that's going to hurt your business.
20   You're not growing, you're shrinking.
21          So, for me, I probably spent more time
22   looking at the unit number to determine were we
23   doing more units, was the marketing dollar working,
24   were we acquiring more clients.
25          I could do a comparison week over week.

1    At times, I can recall doing that.  Would be if I
2    saw either an anomaly, and then you'd go back and
3    say, well, oh, that was when there was a holiday,
4    you know, some day, Columbus Day fell on that day
5    and --
6            Or if I was trying to compare a
7    marketing initiative.  So we tried one thing,
8    rolled it out, how did it work, and then we
9    adjusted that marketing initiative.  Now let me
10   go -- so that last marketing initiative was
11   Thursday of last month, the new one is this
12   Thursday, how might those two compare from a
13   performance perspective.
14   Q.  Circling back to No. 4, net rate locks.
15          Is net rate locks something that you
16   would look at in the BiGG database?
17   A.  I think we touched on this.  I don't know if net
18   rate lock -- I'm not saying it's not in there.  I
19   can't recall if there was a report that even had
20   that.
21          I -- I would look at registration in the
22   comparison, because the vast majority of people who
23   wrote -- wrote a loan locked their loan, so I kind
24   of thought about it that way.
25   Q.  So do you see line 14, closed volume?

1    A.  Yes.
2    Q.  What is closed volume?
3    A.  Again, I think closed volume is the total loan
4    balances we closed in January added together.  And
5    then, in February, it's whatever data we have
6    whenever he prepared this that was available, plus
7    some sort of a guesstimate.
8            And then, of course, same -- same --
9    same deal, some sort of a guesstimate moving
10   forward that I don't know how you predict that.
11   Q.  And is closed volume something that the BiGG
12   database tracked?
13   A.  Yes.
14   Q.  And is closed volume something that you tracked on
15   the BiGG database?
16   A.  Yes, there were times that I would look at closed
17   volume.  Mostly, I would think as comparison to the
18   originations or marketing programs that we had
19   done, because the first step, of course, is the
20   loan application, but the last step is the closed
21   volume.
22          And so you're trying to look and just,
23   you know, understand what had happened in that
24   marketing campaign.
25   Q.  Do you see line 20, where it says, "Average closed

Page 101

1    loan amount"?
2    A. I do.
3    Q. What is that?
4    A. Without having the -- these calculations this
5    person used, my assumption will be he or she has
6    taken the loan volume number and the total number
7    of units, which I believe -- well, that's funded,
8    so that'll be a different number, probably.
9         But you can see in line 23, it says
10   121,000, and they probably divided it to get the
11   average loan -- loan balance. Again, probably not
12   the best way to look at things, because you're
13   combining a lot of different stuff together.
14        But that 121 number is a really -- you
15   know, a valuable number, because that's reflecting
16   the number of clients you have now brought into
17   the -- the ecosystem.
18   Q. Is the average closed loan amount something that
19   the BiGG database tracked?
20   A. Maybe a pause on the word "tracked." My
21   understanding of it is it's a -- it's a database.
22   And there's a filter on top that you can use to
23   select the report that you would like.
24        So I believe that there was a category
25   for average closed loan amount that you could

Page 102

1    select.
2         But when you say "track," like, it's
3    there. It's a matter of whether you are choosing
4    to use it or -- or not use it.
5         I'm not sure "tracked" is the right
6    word. "Kept" or "repository" perhaps.
7    Q. You testified earlier, I believe, that you would
8    check the BiGG database. Would you do that every
9    day?
10   A. I would do it on a regular basis. I would say that
11   as we went public and there were other
12   responsibilities or, you know, the -- other
13   things that come added with a public company -- I
14   know one of the -- one of the things maybe we will
15   get to are some of the alleged misstatements that I
16   made. I had to spend more time out doing
17   conferences or those sorts of things to educate
18   the -- the analysts and investors on why our
19   company was different from.
20        You know, again, I saw the few words
21   that were taken out of context. But if you look at
22   my full statement, you'll see I clearly talk about
23   rates ticking up and down. And I clearly discuss
24   the cycles. I talk about the channels. I discuss
25   our marketing abilities and the long-term value of

Page 103

1    clients.
2         Anyway, those types of activities were
3    things that I had to do more of, and so I probably
4    spent a little less time in BiGG than I had in the
5    past.
6    Q. Would you say that there are, for example, top-five
7    metrics you would look at in BiGG when you did the
8    revenue materials in BiGG?
9    A. It may vary a bit, based on the day, but the -- you
10   know, one thing I looked at a lot was Leadflow, the
11   number of leads.
12        I looked at the number of phone calls
13   that we would make, because that's an important
14   part of getting in touch with the client.
15        There were conversion rates in BiGG so,
16   you know, I'd want to see how a marketing campaign
17   or a certain banker group was converting those
18   leads.
19        And we talked about daily registrations,
20   how many -- based on that, how many loans did we
21   write in that day.
22        I mean, those -- those are the type
23   of things I would say I spent most of my time
24   looking at.
25   Q. Going back to The Compass report. At line 14 we

Page 104

1    talked about closed volume. Do you see below that
2    where it says "Refinance" and then below that where
3    it says "Purchase" and then below that where it
4    says "Units"?
5    A. Try- -- trying not to get distracted here with the
6    spelling.
7         Yeah, I see that. I'm noticing because
8    this is coming off of December and January, which,
9    of course, the winter months there's not a lot of
10   purchase activity because it's -- you know, I'm
11   noticing that the refinance activity is pretty
12   substantial right here. But then I realized the --
13   the date range.
14   Q. Did the BiGG database keep information on closed
15   volume broken down by refinance, purchase, and
16   units?
17   A. Yes, I believe you were able to look at the data by
18   those segments.
19   Q. Did you look at the data by those segments in the
20   BiGG database?
21   A. Yes, from time to time, I probably looked at the
22   difference between purchase and refinance, mm-hmm.
23   Q. Can you look at line 26 where it says: "Retail
24   production margin."
25        Do you see that?

Pages 101 to 104

New York
212-273-9911

Hudson Court Reporting & Video
1-800-310-1769

New Jersey
732-906-2078

Page 105

1   A.  I do.
2   Q.  What is that?
3   A.  I believe that is the -- well, I'm going to be
4       cautious here.  I can't say the exact components
5       that go into that.  But roughly in January, for
6       example, when we closed a retail loan, that was the
7       percentage we were earning -- or I should say, we
8       believed we would earn.
9             Again, you had to close the loan, fund
10      the loan, make salable, and then who knows what
11      happens to the mortgage servicing rights of it
12      later in life.  But that -- that's what was thought
13      we had earned at that point in time.
14  Q.  Is retail production margin something that the BiGG
15      database kept information on?
16  A.  I -- I don't know.  I don't ever recall looking at
17      it in there.
18  Q.  Do you see line 30 where it says:  "QL Rate Lock
19      GOS Margin"?
20  A.  I do.
21  Q.  What is that?
22  A.  Well, I think it's a combination -- and, again,
23      January should be accurate because if he's pulling
24      this right, we have the information in January.  A
25      combination of the retail and the third party

Page 106

1       margin that has been averaged out.
2             Once you get past February, then I
3       wouldn't pay attention to that because I don't know
4       how he could possibly know what's going to happen
5       in the future.
6   Q.  Is the QL Rate Lock GOS Margin something that the
7       BiGG database kept information on?
8   A.  Again, much like the retail, I don't know.  I don't
9       recall ever seeing it there.
10  Q.  Did you look at the gain-on-sale margin in the BiGG
11      database?
12  A.  Like I said, I don't recall ever seeing it there.
13  Q.  Just going back to line 18, where it says "Retail
14      Closed Volume."  What is that?
15  A.  Well, we had discussed closed volume.  And then
16      here it is showing, I believe, a breakdown.  Again,
17      I'm looking at January, which is the only month
18      that would have accurate information.  Between what
19      came through the retail channel and what -- oh,
20      boy, the line below it is the third party -- what
21      came through the third party channel.
22  Q.  When you say "what came through," what do you mean?
23  A.  The loan was originated through that -- that
24      channel.  So the direct-to-consumer channel, Rocket
25      marketing directly to -- to consumers; the third

Page 107

1       party channel being the broker, the real estate
2       agent, the insurance provider.
3   Q.  And did the BiGG database keep information on the
4       retail closed volume?
5   A.  Did the BiGG database -- yes.  I believe in the
6       BiGG database, you could select whether you wanted
7       to look at the closed units from a retail
8       perspective or a third party perspective going
9       backwards in time.
10  Q.  And did you look at the retail closed volume on the
11      BiGG database?
12  A.  I would say that from time to time, I would look at
13      the units and perhaps the volume closed in the
14      past.
15  Q.  And would you, like, look at the Rocket Pro TPO
16      closed volume on the BiGG database?
17  A.  I would say from time to time, I would also look at
18      the historic information of Rocket TPO closed units
19      and volume.
20  Q.  If you look at the other metrics on this page, are
21      there any other metrics on this page that you would
22      look at on the BiGG database?
23  A.  There are a lot of metrics on this page.  They're
24      categorized in certain terms.  The BiGG database
25      may have used different terms.  We've touched on

Page 108

1       quite a few.  I, at this time, am not able to think
2       of anything else.  But it was a long time ago, and
3       there could be something in a different term or a
4       different word or something of that nature that I
5       happen to look at.  Nothing's standing out to me at
6       this moment.
7   Q.  Did you, yourself, run reports on BiGG, or did
8       someone do it for you?
9   A.  If I was the one thinking about information, I
10      would run the report.  I had been using this
11      database for a long period of time.  And it started
12      as simply a mortgage banking database, so I was
13      familiar with it.
14            There may have been occasions where
15      someone else had gone into BiGG, had the same -- a
16      curiosity or level of interest and pulled their own
17      report and showed me that report.
18  Q.  Can you recall that happening during the relevant
19      time frame?
20            ATTORNEY SCOTT:  Object -- sorry.
21      Object to form.
22            You can answer.
23  A.  Again, going back to your relevant time frame of,
24      like, August of 2020 to May of 2021?
25  BY ATTORNEY VILLEGAS:

Pages 105 to 108

New York
212-273-9911

Hudson Court Reporting & Video
1-800-310-1769

New Jersey
732-906-2078

Page 109

1    Q.  Yes.
2    A.  I can't recall a specific time.  I would assume
3         that over a eight- or ninth-period, someone had
4         generated a production report in BiGG and shown it
5         or shared it with me.
6    Q.  And who would have generated a production report
7         during that time frame to show you?
8              ATTORNEY SCOTT:  I'm sorry.  Objection,
9    form.
10             You can answer.
11   A.  BiGG is available to hundreds, if not thousands of
12        people.  A sales director could have pulled it to
13        say, Hey, you're about to walk into a meeting to
14        talk to my team, and here's a report of how they
15        performed the last week so you know the names and
16        how they're doing.  That's one example.  Right.
17        But that -- it -- I couldn't give you -- there's a
18        lot of people.
19   BY ATTORNEY VILLEGAS:
20   Q.  Could you turn to the Bates ending 128?
21             Do you see where it says, "2021 RKT
22        Internal Forecast Versus Annual Operating Plan"?
23   A.  I see that, yes.
24   Q.  What is the annual operating plan?
25   A.  I don't know.  I don't ever recall having a

Page 110

1         specific title of -- of that used on a regular
2         basis.
3    Q.  What does this report show to you?
4              ATTORNEY SCOTT:  Objection, form.
5    A.  In this report shows me an individual -- and it
6         looks like probably using some of the data that we
7         looked at in the previous pages -- coming up with a
8         Q1 forecast, as they're calling it, which, because
9         this was generated on February 16th, and as we've
10        talked about multiple times, might be slightly
11        accurate.  It's got about half of the data baked.
12             And then, creating another column where
13        they're now looking at the full year of 2021,
14        which, as I've said to you before, I don't know how
15        they would come up with that number because it's,
16        in this case, ten months of data in an incredibly
17        volatile business.  So perhaps they used external
18        forecasts, market share.  I don't know.  But it's
19        showing those two forms of information, according
20        to this individual.
21   BY ATTORNEY VILLEGAS:
22   Q.  Did you ever work on an annual financial plan for
23        the company?
24   A.  I would have worked on an annual plan for the
25        company.  As I had talked with -- about before, the

Page 111

1         practice was to set the key objectives for the
2         organization, determine the strategies that would
3         have to be executed on to achieve those objectives,
4         which would result in number of clients acquired,
5         cost to acquire, et cetera.
6              And then other individuals, such as
7         people in accounting, et cetera, would probably
8         take those objectives and try to hypothesize what
9         might occur.
10             As I mentioned before, for me, the
11        concept would be, are we able to achieve or fund
12        the strategies that we're implementing, a full well
13        knowing in this business after many, many years --
14        and we've had this happen multiple times -- you set
15        one strategy early in the year and you have to
16        pivot and completely change that strategy as you
17        get into the year, because you don't -- you cannot
18        rely on a guesstimate of what might occur as the
19        year goes on.
20             It could be that something happens, like
21        it happened in early 2020 and you've got to send
22        all of your team members home in two days and buy
23        lots of equipment and completely change how you're
24        operating your business.
25             It could be that the Fed makes a mistake

Page 112

1         in increasing interest rates and generates a ton of
2         inflation that no one has predicted, and now you've
3         got to pivot your business differently to focus on
4         different products.  Those things are going to
5         happen over and over and over again, and no one can
6         predict those things.
7              So the focus of that annual plan that
8         you referenced would be, and I said this before, on
9         the things that we can control, the strategies that
10        we can control.  That, to me, is the most important
11        thing, and that's where I spent my time.
12   Q.  Were you involved in setting financial targets on a
13        quarterly basis?
14   A.  I suppose I -- I'll need you to better define
15        "financial targets."
16   Q.  Were you involved in setting a goal for
17        gain-on-sale margin on a quarterly basis?
18   A.  As we talked about before, a gain-on-sale margin is
19        something that you really cannot predict more
20        than -- you know, it's hard to predict at all.  But
21        setting a goal more than a few weeks out would be
22        challenging.  So I was involved in discussing
23        gain-on-sale margin with finance, accounting, Bob
24        Walters and Bill Banfield in particular.
25             When it came to giving guidance -- when

Pages 109 to 112

New York
212-273-9911

Hudson Court Reporting & Video
1-800-310-1769

New Jersey
732-906-2078

Page 113

1    I say "guidance," guidance in our quarterly
2    earnings -- and we did that because, as I talked
3    about before, by the time we were doing our
4    earnings calls, we were usually halfway or more
5    than halfway through the quarter we were providing
6    guidance on.
7        So much like I was pointing out in these
8    reports, there's a decent amount of real data to
9    look at.  Outside of that, I would not spend much
10   time discussing with people what gain-on-sale
11   margin would be because -- and I can go through
12   everything we've discussed this morning -- there
13   are so many variables.  There's not a lot of --
14   you're not -- there's not a lot of productive
15   things that are going to come from that discussion.
16   Q.  Were you involved in setting a goal for closed loan
17   volume on a quarterly basis?
18   A.  Same -- same type of situation.  Closed loan volume
19   is a little different because the strategies that
20   we were executing on had -- would have more of an
21   impact on growing market share.  And so you could
22   think about how much closed-loan volume you might
23   do next quarter if you execute on those strategies.
24       So we would have discussions.  I believe
25   we also gave guidance for the quarter -- if we're

Page 114

1    reporting Q4, I believe we gave guidance in Q1
2    for -- for closed loan volume, because we had data
3    of what had already closed.  And as I just
4    referenced, we had a relatively good understanding
5    of some of the strategies we were -- we had
6    implemented.
7    Q.  Do you have an understanding of what an earnings
8    call is?
9    A.  I believe so.  I participated in a few.  They occur
10   quarterly.  I believe -- anybody, I think, can
11   participate, analysts, investors.
12       The way that we did our earnings calls
13   there, a press release would go out roughly the
14   same time as the earnings call.  We had prepared
15   remarks that the team worked on, IR, legal.  We had
16   a Q&A session, again, that the team worked on.  I
17   mean, clearly, as the CEO, I had a good
18   understanding of the business.  But I thought it
19   was important that finance, accounting, legal,
20   investor relations, everyone kind of weighed in.
21       And then we would take the -- a Q&A.  In
22   most cases, the questions were pretty spot on to
23   what we had prepared for.  And then the call would
24   end.
25   Q.  What's the purpose of an earnings call, in your

Page 115

1    view?
2    A.  I think the primary purpose of -- in my view, the
3    primary purpose of that call was to share with
4    everyone what the company had done in the previous
5    quarter.
6        As I referenced before, where we thought
7    it was relevant or where we thought we could
8    provide accurate information, provide a little
9    guidance for the -- for the next quarter, build
10   relationships with -- when we -- when -- unlike
11   most companies, when we went public, we only sold
12   5 percent of -- of the company.
13       So one of the dilemmas that we had run
14   into is we -- is something that they called
15   "float."  We didn't have a lot of float in the
16   marketplace.  That means there's not a lot of
17   shares to trade.
18       And so you prefer, I think -- as -- as
19   it was explained to me by -- by investment bankers,
20   you prefer to have long-term investors on your --
21   your shares.
22       They get the long-term strategy.  They
23   understand what you're trying to achieve as a
24   business.  They -- they understand the model of
25   growing that client base, the lifetime value.

Page 116

1        It was harder for long-term
2    investors to, I think -- we were a new company --
3    to own shares.
4        And I think we had some shorter-term --
5    I don't know if you recall, but during this period
6    of time, there was, like, a situation where there
7    were these retail meme investors that were not
8    really looking at the strategies of a company.
9    They were kind of jumping on the bandwagon and
10   trading the stock, and I think our stock got caught
11   up in that for a period of time.
12       And so you're trying, through these
13   earnings calls, to build a relationship with the
14   long-term investors.  They -- they understand what
15   your strategies are.  They understand what you're
16   trying to achieve.
17       And then we -- we also used that as an
18   opportunity to -- or I did -- to -- to thank or
19   congratulate team members if we were doing a good
20   job.
21       I'm trying to think if I missed
22   anything.  I -- I think that -- that's the purpose
23   of our earnings calls.
24   Q.  How did you prepare for an earnings call?
25   A.  Well, a -- a team would prepare for the earnings

Pages 113 to 116

New York
212-273-9911

Hudson Court Reporting & Video
1-800-310-1769

New Jersey
732-906-2078

Page 117

1  call.  Julie Booth, our CFO, who also had prepared
2  remarks.  Bob Walters.  Some folks from our public
3  relations team.  Some -- our general counsel and a
4  deputy counsel.  Accounting.  Some individuals who
5  had some experience working in investment banks and
6  knew a little bit more about Wall Street.  Everyone
7  participated to give their guidance, suggestions.
8         The public relations gentleman would
9  write a -- write a script for me, and then I would
10  look at it and make sure that I thought it was
11  reflective of how I felt about the company.  Most
12  of my comments were directed, again, towards the
13  strategy and the long-term vision of the company.
14  I believe Julie Booth wrote most of her script
15  herself.  She would know better than I would.  So
16  we would do that.
17         The team would, as I had mentioned
18  before, work on the Q&A portion of it.  We would
19  get together and -- and review it, get everybody's
20  feedback on does it look good, does the -- do the
21  questions look good, do the proposed responses to
22  the questions look good.  Of course, that's why we
23  had legal there, as well.  And then we would show
24  up the day of the earnings call and -- and do it.
25  Q.  Who prepared your script for the earnings call?

Page 118

1  A.  Like I said, I think, most of the time, Aaron
2  Emerson would take the first crack at writing the
3  script.  He was my head of PR.
4  Q.  Did you have practice sessions to prepare for the
5  earnings calls?
6  A.  We would do -- as we just touched on, we -- we
7  would get together and kind of review the
8  information.
9         I wouldn't necessarily call them
10  practice sessions.  We didn't sit there and, you
11  know, practice.  It was more of just a discussion.
12  And then that would get -- that was an opportunity
13  for anybody to give their feedback on -- on, hey,
14  we shouldn't say that, say this, you know, whatever
15  it might be.
16  Q.  Did someone prepare draft answers to questions that
17  you thought you might get from analysts during the
18  earnings calls?
19  A.  Yes.
20  Q.  And I believe you testified earlier that it would
21  be important to be accurate during -- during the
22  earnings calls; is that right?
23  A.  I don't recall saying that, but I think everyone
24  did their best, as human beings, to represent the
25  company and what -- how we felt it was performing,

Page 119

1  et cetera.
2  Q.  Was it important to you to be accurate on the
3  earnings calls?
4  A.  I believe I was always very accurate in my feelings
5  about the business, the long-term strategy, the
6  lifetime value of clients, the flywheel we were
7  building.  I endeavored to do my best.
8         ATTORNEY VILLEGAS:  So let's, Derick,
9  introduce Tab 33 as Farner 3.
10         MARKED FOR IDENTIFICATION:
11         DEPOSITION EXHIBIT 3
12         Earnings Call Transcript
13         12:34 p.m.
14  BY ATTORNEY VILLEGAS:
15  Q.  So, Mr. Farner, you've been handed Exhibit
16  Farner 3.  If you could just take some time to
17  familiarize yourself with the document, and let me
18  know when you're ready.
19  A.  Okay.  A lot of questions here.
20         ATTORNEY NELLES:  I was bounced off.  If
21  somebody could authenticate and let me back on.
22         ATTORNEY VILLEGAS:  Derick, can you
23  authenticate Sharon, please?
24         ATTORNEY CIVIDINI:  Oh, sure.
25  BY ATTORNEY VILLEGAS:

Page 120

1  Q.  So, Mr. Farner, you should feel free to read the
2  whole document.  My questions are going to be about
3  pages 10, 11, or 12, but you should feel free to
4  read whatever you need to read in order to answer
5  questions.
6  A.  I'm almost -- I'm almost done.
7  Q.  Yeah, fine.
8  A.  I'll make sure I go back -- back there.  It's
9  just -- it's a 20-pager.
10  Q.  Yep.
11  A.  Okay.  I'm sorry.  You said pages...
12  Q.  If you could go to page 10.
13         My first question is:  Do you know what
14  this document is?
15  A.  It -- it looks to be the -- the -- the transcripts
16  from the -- the earnings call that -- that we did
17  on February 25th of 2021.
18  Q.  Does Rocket post earnings call transcripts on its
19  Investor Relations web page?
20  A.  I don't know.
21  Q.  Do you have any reason to doubt that this is
22  available on Rocket's Investor Relations web page?
23         ATTORNEY SCOTT:  Objection, form.
24  A.  I don't have any reason to think it would be there
25  or it wouldn't be there.  I honestly just don't

Page 121

```
1     know.
2     BY ATTORNEY VILLEGAS:
3     Q.  Okay.  Did you review a transcript of this
4         conference call with your attorneys to prepare for
5         this deposition?
6             ATTORNEY SCOTT:  I'm going to obviously
7         instruct him not to answer a question that was
8         designed to invade the attorney-client privilege
9         and the attorney work-product doctrine.
10    BY ATTORNEY VILLEGAS:
11    Q.  Are --
12            ATTORNEY SCOTT:  I don't know if that
13        was intentional, but I will instruct the witness
14        not -- not to answer.
15    BY ATTORNEY VILLEGAS:
16    Q.  And are you going to follow your counsel's
17        instruction?
18    A.  I think I should.
19    Q.  All right.  Let's go to the bottom of page 10.
20    A.  Okay.
21    Q.  Do you see there that James Eugene Faucette, at the
22        bottom -- very, very bottom of the page has a
23        question for Julie Booth?
24    A.  Yes, I see he has a question.
25    Q.  Could you read that exchange, and let me know when
```

Page 122

```
1         you are done?
2     A.  Yeah, I see that he asked a question about -- or he
3         makes a statement about guidance that we provided
4         for the first quarter.
5             He then asks a question about providing
6         color for, I think he says, the -- the course of
7         the year.
8             Julie then responds by, I think,
9         reminding him of what we'd done in previous
10        historical quarters.  She talks about the business
11        and some of the different levers we have, and then
12        reiterates the guidance that we provided in the
13        first quarter.
14    Q.  Do you see where Julie Booth responds -- this is
15        towards the end of her response:  "So to put this
16        in perspective, just a little bit more, the
17        midpoint for our guidance is roughly 90 percent" --
18        strike that.
19            Let me read it again.
20            Do you see in Julie Booth's response
21        where she says:  "So to put this in perspective,
22        just a little bit more, the midpoint for our
23        guidance is roughly 95 percent higher than our 1Q
24        (sic) volume"?
25            Do you see that?
```

Page 123

```
1     A.  Yeah, I'm trying to put it in context here, so I'm
2         going to have to back up and maybe read how we got
3         to that.
4             Yeah, so she is talking about the
5         guidance in -- the midpoint guidance of loan volume
6         in Q1 of 2021 and comparing it, as she said above,
7         to the Q1 -- is this 2021?  Yes -- of the year
8         prior.
9     Q.  I guess my question is:  I just want to understand
10        whether you have an understanding of what she means
11        by "the midpoint of our guidance is roughly
12        95-percent higher than our Q1 volume"?
13    A.  Yes.  Again, reading the entire -- her entire
14        statement, I believe she's saying the midpoint of
15        the guidance we provided is 95 percent higher than
16        what we had done in Q1 2020 a year ago.
17    Q.  Got it.  Thank you.
18    A.  It's important you -- you have to read all of these
19        things.  If you take a few words out of a statement
20        someone's made and take it out of context, it can
21        be confusing.
22    Q.  Yeah, I just wanted to get an understanding of
23        whether you knew what she was talking about.
24    A.  Sure.  You have to read it at all.
25    Q.  So was it your understanding that during the first
```

Page 124

```
1         quarter of 2021, mortgage interest rates were
2         rising?
3     A.  Was it my understanding during the first quarter of
4         2021 -- as we had talked about before -- well, let
5         me take a step back.
6             Because if you -- if you read this whole
7         transcript -- and I think if we were to look back
8         at other earnings calls we had done, we had agreed
9         with analysts, Jamie Dimon, all talking heads on
10        television.  The rates we experienced during the
11        pandemic were abnormally low.  Everyone had talked
12        about the fact that we would see -- and I said
13        it -- rates would tick up.  So rates were going to
14        move, and the general consensus was that rates
15        would be moving up, and so we discussed that.
16            Is it very difficult, impossible in my
17        opinion, for me to determine where interest rates
18        will be 6 months, 12 months.  I don't know.  No one
19        knows.
20            So my understanding in Q1 was we had a
21        great 2020, I thought 2021 would be better, and it
22        was.  And we were executing on the strategies that
23        we'd come up with.  As I, I think, used the word
24        "testified" before, the short-term movement -- and
25        I said this in this earnings call -- the short-term
```

Pages 121 to 124

**New York**
212-273-9911

**Hudson Court Reporting & Video**
1-800-310-1769

**New Jersey**
732-906-2078

Page 125

1     movement of interest rates, you can't predict it.
2     It's not a -- it is not -- there are far more
3     important components to growing the value and
4     market share of a company.
5           So I wouldn't have been thinking about
6     what interest rates are going to be doing in 2021,
7     and outside of having a general view of what the
8     general public or analysts thought, I think my view
9     would be the same.
10  Q. So you testified, "So I wouldn't have been thinking
11    about what interest" -- you testified, "So I
12    wouldn't have been thinking about what interest
13    rates are going to be doing in 2021."
14          You weren't concerned about how interest
15    rates might affect Rocket's mortgage business?
16          ATTORNEY SCOTT:  Objection to form.
17    Misstates the testimony.
18  A. Well, what I think I said was, the world, everyone
19    had a -- had an understanding that rates had been
20    abnormally low and they were probably going to tick
21    up or rise.
22          If you read this entire transcript,
23    you'll the partner channel, the E*TRADE
24    announcement, the Schwab, the marketing, the
25    flywheel, Rocket Auto, Rocket real estate, all of

Page 126

1     these other components that we had that no one else
2     has, which was giving us the ability to transform.
3           So a blip or movement in mortgage
4     interest rates isn't going to affect the lifetime
5     value of a client.  In fact, usually -- and I think
6     I spoke to this in this -- in this earnings call as
7     well.  If rates were to rise for a short period of
8     time, that will help move people out of the
9     business.  People who got in the business in the
10    pandemic, the second half of the pandemic when it
11    was easy, they'll leave.  They'll go do something
12    else.
13          And although the universe of clients who
14    might get a mortgage for a period of time, six
15    months or a year, might shrink, our ability to lean
16    in and gain market share as those other people step
17    away, gives us an opportunity to accelerate our
18    business, to lean in, to do the marketing.
19          So as I said here, I viewed the movement
20    of interest rates -- and I've witnessed that in the
21    27 years I was there -- some of our best times came
22    after the movement of interest rates.
23          I'm not there now, but I very much hope
24    that they'll continue to execute on that, because
25    yet another opportunity has been created.  That's

Page 127

1     why I was probably the largest buyer of Rocket
2     stock in the last year and a half, because I
3     believe in the long-term value.  And this situation
4     created an opportunity for us to be able to grow
5     market share.
6           So, no, I wasn't concerned.  I looked at
7     it, as I've just described, playing out much like
8     many other situations over the course of my time
9     there had played out.
10  BY ATTORNEY VILLEGAS:
11  Q. What about in the short term, how would rising
12    interest rates affect Rocket in the short term?
13          ATTORNEY SCOTT:  Hold on.  Objection,
14    form.
15  A. Yeah, I don't know -- I don't know what you mean by
16    "short term."  I don't know what you mean by
17    "affect."  I think I've been pretty clear that I
18    believe the movement of interest rates, up or down,
19    creates opportunity for a company that can reach
20    and market.
21          And I think it is, in my thought process
22    at the time as the CEO of what we were building,
23    was not something that I was going to spend a lot
24    of time thinking about.  I was focused on the tech
25    platform, the investments in that technology,

Page 128

1     creating a business that was different than a
2     traditional mortgage originator.
3           So I -- I don't necessarily think I have
4     a view about what affect -- as I said before,
5     "affect" probably means if we lean in, eventually
6     creates an opportunity for us to grow.
7     BY ATTORNEY VILLEGAS:
8     Q. From the first quarter of 2021 to the second
9        quarter of 2021, were you concerned that rising
10       interest rates were going to have a negative impact
11       on Rocket's revenue?
12    A. At what time period are you asking?
13    Q. From the first quarter of 2021 to the second
14       quarter of 2021.
15    A. In the first quarter of 2021, I would not have
16       known what the second quarter interest rates would
17       be.  So I guess I'm kind of...
18    Q. My question is:  For the first quarter of 2021 to
19       the second quarter of 2021, were you concerned that
20       rising interest rates were going to have a negative
21       impact on Rocket's revenue?
22    A. Again, I believe in 2021, Rocket had a record year.
23       Did more loan volume than in 2020, and I think
24       maybe equal or more revenue than in 2020, which
25       speaks to the business initiatives that we put in

Pages 125 to 128

**New York**
**212-273-9911**

**Hudson Court Reporting & Video**
**1-800-310-1769**

**New Jersey**
**732-906-2078**

Page 129

1       place to allow the company to grow, even if rates
2       were going to move.
3               So my -- my understanding of and belief
4       in the strategies that we were implementing allowed
5       me to feel pretty comfortable about what was going
6       to happen with the company, regardless of interest
7       rate movement.
8   Q.  So is your testimony that you weren't concerned
9       about how rising interest rates were going to be
10      affecting revenue from the first quarter of 2021 to
11      the second quarter of 2021?
12              ATTORNEY SCOTT:  Hold on.  Hold on.
13      Objection to form.  Misstates the testimony.
14              You can answer.
15  A.  Okay.  I -- you're using the word "concern."  But
16      that's kind of like a personal -- I would think
17      about the company in a long-term perspective.  We
18      had been a private company for all the years I had
19      been there, save the last seven or eight months.
20      We still -- "we" being RHI -- still owned
21      95 percent of the company.
22              My philosophy is around investing time,
23      energy, and effort to build something special over
24      the long haul.  I read an article the other day
25      that Amazon stock didn't, like, move positively

Page 130

1       for, like, ten years or something crazy like that.
2       Now, it's the most valuable company in the world.
3               And I think I subscribe to that same
4       view, that that's why you're there, at least that's
5       why I'm there.  I'm there to set strategies to
6       build something special over the long haul.
7       There'll be quarters that the revenue goes up.
8       There'll be quarters that the revenue goes down.
9               More interesting to me is:  Are we
10      growing market share?  Are we gaining clients?
11      That's how I thought about the business.
12              I'm going to step over here and just
13      grab this water really quick, unless somebody wants
14      to grab it for me.
15              ATTORNEY SCOTT:  I'll get it for you.
16      I'll get it.
17              THE WITNESS:  Thank you.
18  BY ATTORNEY VILLEGAS:
19  Q.  Was it your understanding that analysts were
20      concerned about how rising interest rates might
21      affect Rocket's business during this time?
22              ATTORNEY SCOTT:  Objection to form.
23  A.  I -- I can -- all I can use is -- is the
24      information I have in listening to analysts'
25      questions, talking with them.  And, again, just --

Page 131

1       just refreshing my memory, reading this, it reminds
2       me that analysts were aware -- again, everyone was
3       aware.  The projections had been that interest
4       rates were going to change.  People thought the Fed
5       had overdone it.  Clearly, I think everyone was
6       shocked in whatever it was, the middle of April,
7       when things moved much quicker than people had
8       expected.
9               But my sense is that analysts understood
10      what we were doing, why we were different.  They
11      talked about it in reports they would write, that
12      we had the flywheel, that we had the multiple small
13      businesses that were growing to generate other
14      revenue, that we had the different channels.
15              And although interest rates could be
16      going up or down and affect a short run, they
17      understood the value of the company and how it was
18      different than other mortgage originators.  I think
19      that's why we traded at a higher multiple than
20      others.
21              And so I didn't sense that they were
22      concerned.  I -- I sensed that they were excited
23      about what we were building and what we were going
24      to do and how it was going to lead to a different
25      type of business.

Page 132

1   BY ATTORNEY VILLEGAS:
2   Q.  So it's your testimony that you didn't think
3       analysts were concerned about how rising interest
4       rates might affect Rocket's business during this
5       time?
6               ATTORNEY SCOTT:  Objection to form.
7   A.  I think what I just said was that I acknowledged
8       that everyone, including the analysts, were aware
9       that rates were going to be ticking up.  I can't
10      speak to their level of concern.  Probably go look
11      at their reports and -- but what I sensed was that
12      they understood the value of this company and all
13      the things we were working on.
14              And if you -- if you read -- in here
15      they even acknowledge that they understand that and
16      they get it, and they say words like "that's very
17      helpful."  So, yeah, I'm -- and I can't speak to
18      someone's concern.  What I'm trying to address is
19      what I think they understood about the company, and
20      I think they understand its long-term value.
21  BY ATTORNEY VILLEGAS:
22  Q.  So let's go to page 12 of the transcript.
23      Actually, I think the question from Ryan Matthew
24      Nash from Goldman Sachs starts at the bottom of
25      page 11 and goes on to page 12.

Pages 129 to 132

New York
212-273-9911

Hudson Court Reporting & Video
1-800-310-1769

New Jersey
732-906-2078

Page 133

1      Could you read his question and then
2  read your answer, and let me know when you're
3  ready?
4  A.  Sure.
5      ATTORNEY SCOTT:  I'm sorry, you said his
6  question begins on the bottom of 11?
7      ATTORNEY VILLEGAS:  So -- yes, sorry.
8  The bottom of 11, Ryan Matthew Nash from Goldman
9  Sachs Group asked a question.  The actual text of
10  the question is located on the next page.  It
11  starts "got it."
12      ATTORNEY SCOTT:  Okay.  I just wanted to
13  make sure this wasn't cut off.  Yeah.  So it lists
14  his name and title, and then the question starts on
15  the top of 12?
16      ATTORNEY VILLEGAS:  Correct.
17      ATTORNEY SCOTT:  Okay.
18  A.  Okay.  Yeah.  I've read the -- the question.  And I
19  think he's asking me about the dynamics of the
20  industry, the mortgage industry and rates, and I go
21  on to kind of remind him of all the -- I think that
22  day we actually announced that we were going to be
23  partnering with E*TRADE, including Charles Schwab,
24  State Farm, Intuit, TurboTax.  So we have all of
25  these strong partnerships.

Page 134

1      I think the point I'm making here is
2  that in a market that might experience some
3  headwind, companies -- large companies like that
4  are more likely to want to partner with other
5  strong companies, so that bodes well for us, which
6  I say right here.
7      It's the same situation with -- with the
8  broker community, that they're going to be -- if --
9  if the market becomes more challenging, they're
10  going to be nervous.  It was not but seven or eight
11  months prior, where one of the larger TPO providers
12  had stopped -- stopped accepting broker
13  applications because they didn't have the capital
14  to manage their hedge.  So that was obviously fresh
15  on my mind, that these brokers would want to work
16  with somebody who really is stable.
17      I then go on to say that as we see
18  interest rates tick up a bit, I think we're going
19  to see an opportunity to lean in and invest our
20  marketing dollars.  Again, this is because others
21  who aren't as efficient as us don't have the
22  ability to make marketing dollars work when we can.
23  So we can invest more there and hopefully grab
24  market share, which, as I've talked about, is
25  really the primary thing that I'm thinking about,

Page 135

1  because if we get that client today, it gives us an
2  opportunity for revenue in the future.
3      I say that right here:  We're not
4  thinking about -- not only are we thinking about
5  the profitability, of course, in the first
6  transaction, we're thinking about the lifetime
7  value of that client, lifetime value, not only with
8  mortgage, but real estate, auto, the other
9  businesses that we were working on building.  And
10  so that -- that's why I say, I think interest rates
11  going up or down isn't what we're focused on.
12      I'm excited about it because I think it
13  creates a real opportunity for us to grow market
14  share and grow our business in the long run.
15  BY ATTORNEY VILLEGAS:
16  Q.  So thank you for that answer.
17      Do you see the end of that section where
18  it says:  "So I guess you can tell we're pretty
19  excited about it and don't see interest rates going
20  up or down really having an impact on our business
21  one way or the other"?
22  A.  Yes.  That's why I read the entire question, so we
23  could have context for that statement as it relates
24  to all of the other things I had just discussed,
25  what would create our excitement and confidence.

Page 136

1  Q.  So did you believe that interest rates going up or
2  down was not going to have an impact on the
3  business one way or another?
4  A.  Yes, ma'am.  I felt as if our strategies were going
5  to allow us to grow that business, and in effect,
6  they did.
7      2021 was a better year than 2020, so we
8  executed on those strategies, closed, I think, $351
9  billion in mortgage volume.  And that's what gave
10  me the confidence.
11      Again, I don't find myself looking at
12  week to week or month to month, because I can't
13  control the little ups and downs.
14      What I can control is making the larger
15  long-term investments in the business to allow it
16  to succeed.  And that's what I'm speaking to here.
17  Q.  So I just want to understand what you meant by this
18  statement.
19      ATTORNEY SCOTT:  He just answered your
20  question about the statement.
21      ATTORNEY VILLEGAS:  Jeff, let me finish
22  my question --
23      ATTORNEY SCOTT:  You're going to ask
24  again?
25      ATTORNEY VILLEGAS:  -- then you can

Pages 133 to 136

Page 137

1    object.  Let me finish my question.
2        ATTORNEY SCOTT:  You're going to ask him
3    again?  Pay attention.
4    BY ATTORNEY VILLEGAS:
5    Q. "So I guess you can tell we're pretty excited about
6       it and don't see interest rates going up or down
7       really having an impact on our business one way or
8       the other."
9            Were you referring to a long-term impact
10      or a short-term impact?
11   A. Well, I suppose when you use the term "short" or
12      "long," I don't know what you're referencing.
13           From my response that I previously said,
14      I'm focusing on where this business is going and
15      growing.
16           There will be ups and downs in any
17      business weekly, monthly, but the things we can
18      control are these strategies, are these
19      partnerships.  And that's exactly what happened.
20      That's why we were able to grow and do more in
21      2021.
22           Remember, this is February of 2021.  So
23      ten months later, if we look -- and 2020 was our
24      best year ever -- 2021 we outperformed 2020.
25   Q. Do you recall that Rocket told the market in its

Page 138

1    IPO registration statement that Rocket's business
2    was significantly impacted by interest rates?
3    A. I don't recall specific language that a lawyer
4       might write, nor do I ask them to run the business.
5    Q. Do you disagree with the statement that Rocket's
6       business is significantly impacted by interest
7       rates?
8    A. I believe that Rocket's business, Rocket Companies,
9       as a FinTech provider, has the opportunity --
10      again, I'm not there anymore, I'm not leading the
11      organization anymore -- when I was there, had the
12      opportunity to transform into something different
13      than what the traditional mortgage industry had
14      seen.
15           Could there be the ups and downs over a
16      short period of time?  Of course, every business
17      has that.  Maybe that's what those attorneys are
18      referencing in that statement you've said.
19           But long-term, Rocket Money, Rocket
20      Auto, Rocket Mortgage, Rocket Loans, creating an
21      ecosystem, similar to a bank without a large
22      balance sheet, I firmly believe would create a
23      company that could continue to grow and grow market
24      share, regardless of what interest rates are doing.
25   Q. Did you review the IPO registration statement

Page 139

1    before it was filed with the SEC?
2    A. I'm certain that I -- if I remember correctly, it
3       was about this thick, so I know I reviewed it, but
4       I couldn't recall every word that was in it.
5    Q. Do you disagree that --
6    A. And I would say that I would rely on attorneys,
7       accountants, all of the people that we paid a lot
8       of money to, to ensure that that was written
9       properly.
10   Q. Do you disagree with the statement that Rocket's
11      business is significantly impacted by interest
12      rates?
13   A. I think I will refer you back to the comment I just
14      made, which is I don't know.  Whoever wrote that, I
15      don't know what they're solving for.  I don't know
16      if they're speaking about a week or a day or a
17      month.
18           My focus, my leadership was focused on
19      growing a business, creating value for a business.
20      We were discussing long-term investors earlier.
21           Long-term investors are not concerned
22      about what happens over a week or a month.  They're
23      thinking about what's going to happen over three
24      years or five years.
25           In that context, my belief is that

Page 140

1    interest rates become far less relevant in all of
2    these other strategies of acquiring clients, being
3    able to sell those other products to those clients.
4         That's -- and it's been demonstrated.
5    Amazon, Apple, Microsoft, over and over again,
6    other companies have achieved this very thing.
7    Q. So let me ask it this way:  Would you agree with
8       the statement that Rocket's business is
9       significantly impacted by interest rates?
10          ATTORNEY SCOTT:  Objection to form,
11      asked and answered four times now.
12   A. I don't know what else to say to you.  I've told
13      you exactly how I feel about it, so I don't have
14      anything to add.
15   BY ATTORNEY VILLEGAS:
16   Q. If you saw a statement in the IPO registration
17      statement that you disagreed with, what would you
18      have done about it?
19          ATTORNEY SCOTT:  Objection to form.
20   A. I would probably reach out to an attorney or Paul
21      Weiss or someone and ask them if there was a reason
22      for that statement.  And I'm sure they might give
23      me an explanation.  And if I thought it was a
24      sufficient one, then I would be okay with it.
25   BY ATTORNEY VILLEGAS:

Pages 137 to 140

**New York**
212-273-9911

**Hudson Court Reporting & Video**
1-800-310-1769

**New Jersey**
732-906-2078

Page 141

1  Q. Did you raise a concern with the statement that
2     Rocket's business is significantly impacted by
3     interest rates?
4        ATTORNEY SCOTT:  Objection to form,
5     lacks the actual predicate.
6        You can answer.
7        THE WITNESS:  Okay.
8  A. I -- I can't recall what I did many years ago on a
9     document that had thousands of words on it.
10 BY ATTORNEY VILLEGAS:
11 Q. So you don't have a specific recollection of
12    reading these words and alerting someone to the
13    fact that you may have disagreed with this
14    statement?
15       ATTORNEY SCOTT:  Objection to form.
16 A. Yeah, I can't remember if I did or did not.
17 BY ATTORNEY VILLEGAS:
18 Q. Looking at the statement here that you made to
19    investors:  "So I guess you can tell we're pretty
20    excited about it and don't see interest rates going
21    up or down really having an impact on our business
22    one way or another," do you see that statement in
23    conflict with what Rocket told the market in its
24    IPO registration statement, that Rocket's business
25    was significantly impacted by interest rates?

Page 142

1        ATTORNEY SCOTT:  Objection, form.
2        You can answer.
3  A. I don't.  Again, I would probably talk to Angelo
4     Vitale or someone to understand the purpose of that
5     statement on that -- at that IPO time, recalling
6     this is many months later.
7        And I think I've done a nice job of
8     explaining to investors, analysts, and whoever else
9     is -- is reading or listening to this where my
10    confidence comes from, and why the company did have
11    success in 2021.  All of these different business
12    initiatives, that did give me the confidence to
13    know that we had the opportunity to operate a
14    strong business, even if rates were going up or
15    down.
16 BY ATTORNEY VILLEGAS:
17 Q. So you just made the comment that "this was many
18    months later" after the IPO.
19       Do you think at the time you made this
20    statement in the first quarter of 2021, the
21    statement, "Rocket's business was significantly
22    impacted by interest rates" was no longer true?
23       ATTORNEY SCOTT:  Objection of time.
24 A. You're -- I -- I think I'm being lost in your
25    question.  You're saying at the time in February of

Page 143

1     2025?
2  BY ATTORNEY VILLEGAS:
3  Q. 2021.
4  A. I'm sorry.
5  Q. Sorry if I said 2025.
6  A. No, it's me.  I'm getting confused.  I'm sorry.
7  Q. You just -- let me just reread the question.
8        You just made the comment, "This was
9     many months after" -- "this was many months later,
10    after the IPO."
11       Do you think that at the time you made
12    this statement in the first quarter of 2021, the
13    statement "Rocket's business was significantly
14    impacted by interest rates" was no longer true?
15       ATTORNEY SCOTT:  Objection to form,
16    lacks a factual predicate.
17       You can answer.
18 A. I think -- well, if we go -- go back, you actually
19    kind of shared with me that statement in the IPO
20    filing.
21       When I was doing this, that statement
22    was not something that I think I was thinking
23    about, aware of, so I would not have -- I think
24    you're asking me did I have some sort of conflict.
25       My statement here was based on all the

Page 144

1     knowledge that I had here.  I wasn't -- only now
2     that you brought that up to me, am I aware of that
3     at this time, I can't think --
4        ATTORNEY SCOTT:  That was the predicate
5     problem.
6        ATTORNEY VILLEGAS:  Can you just let him
7     answer the question, Jeff, and then you can make
8     your objection.
9        ATTORNEY SCOTT:  No, but that's why I
10    was objecting because you have to lay a factual
11    predicate and show that he was aware of it at the
12    time that he could answer it.
13 BY ATTORNEY VILLEGAS:
14 Q. Mr. Farner, did you sign the companies' Form 10-Ks?
15 A. I believe I did.
16 Q. And did you review the information in the 10-Ks
17    before you signed the Form 10-Ks?
18 A. Yes.  They -- they gave me the 10-Ks, and I did my
19    best to review them.
20 Q. What about the Form 10-Qs?  Did you review the form
21    10-Qs?
22 A. This is -- remembering that we had only been public
23    for a short period of time.  I know we did 10-Qs.
24    I'm sure if you showed me that, I could tell you.
25    But sitting here right now, I can't recall what's

Pages 141 to 144

New York
212-273-9911

Hudson Court Reporting & Video
1-800-310-1769

New Jersey
732-906-2078

Page 145

1  on a 10-Q, so I -- I can't say for certain.
2       If it was information that was relevant
3  to me that I'm reporting, then I would imagine I
4  would have signed. I'm just not that familiar with
5  it.
6  Q. During the relevant time period, did you sign the
7  Form 10-Qs?
8  A. Like I said, if you could show me the form, I could
9  probably become more knowledgeable about it and
10  then tell you. But I'm -- I just can't remember
11  what is on a 10-Q right now.
12  Q. I'm not asking you about what was in the 10-Q. I'm
13  just asking whether you signed the 10-Q during the
14  relevant period?
15  A. Yeah. Knowing what's in it would help me
16  understand or tell you if I signed it or not.
17       ATTORNEY VILLEGAS: I'm going to move on
18  to an email, but if you think this is a good time
19  to break for lunch, we can do that.
20       ATTORNEY SCOTT: That'd be great. We --
21  I think it was here about 20 minutes ago.
22       ATTORNEY VILLEGAS: Mm-hmm.
23       ATTORNEY SCOTT: So, yeah, thank you.
24       VIDEO TECHNICIAN: We are going off the
25  record. 1:18.

Page 146

1       (Off the record at 1:18 p.m.)
2       (Back on the record at 1:51 p.m.)
3       VIDEO TECHNICIAN: We are back on the
4  record. 1:52.
5       ATTORNEY VILLEGAS: Derick, could you
6  introduce Tab 26 as Farner 4, please.
7       MARKED FOR IDENTIFICATION:
8       DEPOSITION EXHIBIT 4
9       Tab 26
10       1:52 p.m.
11  BY ATTORNEY VILLEGAS:
12  Q. Mr. Farner, you've just been handed Exhibit Farner
13  4. If you could read it and let me know when
14  you're ready.
15  A. Okay.
16  Q. Do you recognize this document?
17  A. I mean, I don't remember seeing this document, but
18  it looks like a document that Brian Brown sent to
19  me and to Julie Booth.
20  Q. Who is Brian Brown?
21  A. He's the CFO now of the company. I believe he was
22  maybe the chief accounting officer back then.
23  Q. So starting with the email, it reads: "Here's the
24  side-by-side comparison you asked for. This is
25  just Rocket Mortgage FYI. It's almost 1 billion

Page 147

1  less in revenue (990 million) to your point
2  yesterday. I have 380 margins for the quarter and
3  so far they are hanging around 4 all-in so
4  hopefully I'm being too conservative. Locks are
5  85 billion."
6       Do you see that?
7  A. I do.
8  Q. What's your understanding of what Brian was trying
9  to convey to you?
10       ATTORNEY SCOTT: Objection, form.
11       You can answer.
12       THE WITNESS: Okay.
13  A. Yeah. I -- I don't know when he says "here's the
14  side-by-side," if he's talking to me or -- or
15  Julie. I don't have a recollection of having a
16  discussion with him about this. But it's early
17  January or mid-January. Around that time period is
18  when we would do our strategic planning for the
19  organization. Sometimes in December and sometimes
20  the first weeks of January. I can't recall this
21  year. If I remember correctly, it may have been
22  somewhere in -- somewhere in Georgia, and it may
23  have been after the first of the year.
24       So, again, if we go back to the
25  conversation we were having around setting the

Page 148

1  strategies, the key objectives for the
2  organization, usually those involve some sort of
3  tech investment, marketing investment, banker
4  hiring.
5       And when you hire a mortgage banker, you
6  don't hire them today and, you know, they write
7  loans tomorrow. You hire them, you train them,
8  they get licensed, so you're carrying the cost of
9  the mortgage banker for four or five, six months,
10  maybe longer.
11       So as you're thinking about all of the
12  strategies, you need to figure out, okay, am I
13  going to have the capital to pay for these
14  strategies.
15       So based on the timing of this, I can
16  surmise that maybe I was asking him that so I can
17  ensure, as we were coming up with our strategies
18  for the year, you know, are we -- are we going to
19  be looking profitable. I'm not sure I would have
20  asked for a comparison, that maybe something that
21  he was doing. Again, I don't recall the
22  conversation.
23       I think looking at Q1, which, again, is
24  the beginning part of the quarter, so there's still
25  a lot of uncertainty. We could go look at the

Pages 145 to 148

New York
212-273-9911

Hudson Court Reporting & Video
1-800-310-1769

New Jersey
732-906-2078

Page 149

1     earnings to see what we actually did.  But a basic
2     understanding of EBITDA so we can plan properly.
3     BY ATTORNEY VILLEGAS:
4     Q.  Was part of the strategic planning that you did in
5         2021, did that involve a review of how the company
6         was doing financially?
7     A.  I would say it involved having some foundation of
8         knowing the dollars we were going to spend would
9         result in growth of the organization.
10            And we've talked about this already.
11        There's multiple ways to look at growth.  I think
12        the most important way is to look at market share
13        and gaining clients because that brings the most
14        value over the lifetime of the organization.
15            But you want to pressure test that and
16        say, hey, if we're going to spend -- let's say this
17        year, perhaps, we -- we can go back.  I believe we
18        increased the marketing budget.  Will that result
19        in -- and it did -- more closed-loan volume.  So
20        using that to pressure test the strategies.
21    Q.  Did the strategic planning in January of 2021
22        involve a review of what Rocket was going to be
23        forecasting financially for the rest of the year?
24    A.  When you say Rocket forecasting, I want to be
25        cautious because, based on knowing how the industry

Page 150

1     works, I don't think -- we didn't say, here's our
2     set forecast.  It would involve some rough ideas on
3     what different scenarios or possibilities might be,
4     knowing that there's no way to know for certain.
5            But, again, in the context of what will
6         that look like, I think we added team members in
7         2021.  So we knew we were going to grow expenses
8         for the long-term strategy, and does that work
9         inside of the, you know, context of the --
10        the -- roughly the range of loans we would be
11        originating.
12    Q.  So just going to the attachment on the second page,
13        do you see the -- at line 7, net gain on sale from
14        4Q 2020 to 1Q 2021 decreasing?
15    A.  Again, in this document, I see that someone has put
16        in that the net gain-on-sale revenue is lower.  I
17        can't speak to whether that's accurate, not
18        accurate.
19            In general, the industry and everyone
20        involved had an understanding that probably
21        interest rates were rising and gain-on-sale margins
22        were going to decrease a little bit.  But I -- I
23        don't know the accuracy of this forecast number and
24        how it actually turned out.
25    Q.  Do you also see at line 6 of the attachment that it

Page 151

1     indicates closed volume was going to decrease from
2     the fourth quarter of 2020 to the first quarter of
3     2021?
4     A.  I see a range there.  And when we think about the
5         number of units, I think in a previous document we
6         looked at, was in the hundreds of thousands.  I'm
7         not sure on January 15th how we could make that
8         prediction because there's so much time left in
9         that quarter.  So it's a number.  I'm not sure it's
10        a relevant number based on the relatively small
11        difference in the volume.
12    Q.  When you say you see a range, what are you
13        referring to?
14    A.  Well, I see that we did 107, and this says, in this
15        particular document, 95 billion.  So that range or
16        difference between 107 and 95 is a relatively small
17        difference.
18            And, again, I don't know how somebody
19        would come up with the $95 billion number so early
20        in the quarter.  But perhaps this was a baseline,
21        and then we were layering our strategies on top of
22        it.  Again, I can't remember the context of the
23        purpose of the document.
24    Q.  Were you concerned that the net gain-on-sale number
25        appeared to be decreasing in this document?

Page 152

1     A.  In the mortgage business, Q4 would represent loans
2         you wrote -- when I say "wrote," applications you
3         took -- in September, October, November, and then
4         you, you know, close them in October, November,
5         December.
6            Q1 would represent loans you originated
7         in November and December and into January.  And
8         traditionally, because November, December are
9         holidays and Christmas and people work, obviously,
10        and the kids are in the middle of school, the
11        weather's terrible, so a lot of people don't list
12        their homes.  It's sort of known that your loan
13        volume will probably be down a little bit from
14        where you had been in Q4.  So I would not have been
15        concerned about that because that would seem normal
16        to me.
17    Q.  Same question for closed volume.  Were you
18        concerned that closed volume was decreasing between
19        Q4 2020 and the forecast for Q1 2021?
20    A.  I may have misspoke myself, than I thought the last
21        question you asked was for closed volume.  Did I...
22    Q.  It was for net gain on sale?
23    A.  Oh, I didn't -- I didn't --
24    Q.  Here, I -- I can ask them again.
25            Let me start with net gain on sale.

Pages 149 to 152

**New York**
212-273-9911

**Hudson Court Reporting & Video**
1-800-310-1769

**New Jersey**
732-906-2078

Page 153

1    A. Okay.
2    Q. Were you concerned that the net gain-on-sale number
3       appeared to be decreasing in this document from 4Q
4       2020 to the forecast for 1Q 2021?
5    A. I was not concerned. And for the same response
6       I -- I gave, it's similar drivers in -- either,
7       that seasonality would impact the folders and then
8       that translates to the selling of the loans.
9    Q. But you would agree with me that this document does
10      show that the forecast for Q1 2021 is lower than
11      the actuals for Q4 2020 for net gain on sale?
12   A. Again, I don't know -- I wouldn't call this a
13      forecast. And I don't know how someone could
14      predict Q1 so early in the month. So on this piece
15      of paper, I can tell you that the numbers are
16      different. I see no relevance in that.
17   Q. Do you see in the top left where it says "FCST"?
18      Do you know what that means?
19   A. No. We -- we talked about this before. I -- until
20      you had pointed that out in the last document, I
21      had not seen it before.
22   Q. That doesn't mean forecast to you?
23   A. It could. Again, I had never seen that until today
24      when you pointed it out.
25               ATTORNEY VILLEGAS: Derick, let's do Tab

Page 154

1       36 as Farner 5.
2               MARKED FOR IDENTIFICATION:
3               DEPOSITION EXHIBIT 5
4               Email from Brandon McCann
5               2:06 p.m.
6    BY ATTORNEY VILLEGAS:
7    Q. So, Mr. Farner, you have just been handed an
8       Exhibit labeled Farner 5. If you can, just review
9       it and let me know when you're ready.
10   A. Okay.
11   Q. Do you see this is an email from Brandon McCann to
12      you and others sent on February 24th, 2021?
13   A. Yeah, this is an email from the hedge desk. So
14      this is in capital markets. It looks like I was a
15      recipient of the email but not an email that I
16      would be reviewing.
17   Q. What is the hedge desk?
18   A. At the time, the hedge desk was the individuals in
19      capital markets that were, I believe, responsible
20      for hedging the loans that were rate locked.
21   Q. What do you mean by "hedging the loans that were
22      rate locked"?
23   A. So when a client makes an application for a
24      mortgage, in many cases they want to lock in their
25      interest rate. That way they don't have to worry

Page 155

1       about market fluctuation. Even though they lock in
2       the interest rate, our capital markets group is
3       still subject to that market fluctuation.
4               So -- and this is where probably a Bob
5       or a Bill -- Bob Walters or Bill Banfield would be
6       more helpful. But they have a process to invest in
7       other financial instruments. And their goal is to
8       make sure that -- I'm going to use an example. If
9       that interest rate is locked at 5 percent, when we
10      close the loan 45 days later, we're -- we're going
11      to be okay when we sell the loan, even if rates
12      have moved up or down, because they're offsetting
13      that with the other financial instruments
14      they're -- they're buying.
15              So they're kind of normalizing the
16      profitability on the loan through this -- this
17      hedging process.
18   Q. Do you see where Brandon McCann writes: "Good
19      afternoon, Revenue Forecasts. Our Q1 revenue
20      forecast decreased negative 21 million, and our net
21      volume decreased negative 728 million DOD. This
22      was mainly due to a decrease in our NRL projection
23      for the remainder of the quarter and decreases in
24      forecasted margins across the channels. Some of
25      the decrease in forecasted margins was offset by

Page 156

1       our mix continuing to move in favor of DTC"?
2               Do you see that?
3    A. Yeah, he is pointing out -- and we've discussed
4       that there are so many levers we can pull, that,
5       you know, if one channel is causing a decrease in
6       revenue and another channel has the opportunity to
7       make that up, we can lean more into marketing and
8       so forth.
9               I don't know -- this goes back to the
10      other discussion we had about multiple teams in
11      multiple areas. So we could have finance working
12      on one forecast as they think about expenses. You
13      could have the hedge desk working on another set of
14      documents as they think about what they're --
15      they're hedging.
16              So I'm interpreting this as -- this is
17      Brandon's work for whatever he's doing in capital
18      markets. I couldn't say specifically how he's
19      using it.
20   Q. Do you understand NRL to mean rate lock in this
21      email?
22   A. I think it means net rate lock.
23   Q. Thank you.
24              And do you understand DTC in this email
25      to mean direct-to-consumer?

Pages 153 to 156

**New York**
**212-273-9911**

**Hudson Court Reporting & Video**
**1-800-310-1769**

**New Jersey**
**732-906-2078**

Page 157

1  A.  That's my understanding.
2  Q.  Were there finance meetings where quarterly
3      forecasts were discussed during the relevant time
4      period?
5  A.  Maybe a qualifier:  Meetings, or meetings that I
6      participated in?
7  Q.  Let's just start with meetings that you are aware
8      of.
9  A.  I know the finance team met regularly.  They had a
10     lot of people working on reports and so forth.
11         Again, I want to be cautious about the
12     term "forecast," because as I've stressed before,
13     outside of looking at a Fannie Mae or a Freddie Mac
14     or a Mortgage Bankers Association guesstimate of
15     what the mortgage market might do, it's -- I don't
16     know of a way to forecast what's going to happen
17     in -- in the future with interest rates or -- we
18     went from whatever it was, 4 trillion, to less
19     than, I think, a trillion and a half in mortgages
20     in a year.  No one would have forecasted that or
21     thought of that.
22         So they -- the finance team, they have
23     discussed different scenarios as they think about
24     what we're doing.  And -- and I think a lot of that
25     is in conjunction to the -- like I said, the

Page 158

1      investments we were making in the tech platform,
2      the other companies.  We were obviously doing quite
3      well, so we had the capital to continue those
4      investments.
5  Q.  So was it the finance team's responsibility to put
6      together scenarios forecasting quarterly results?
7  A.  The finance team was responsible for putting
8      together the GAAP or quarterly results when a
9      quarter was closed.  I mean, we needed that to be
10     able to prepare our earnings calls, et cetera.
11 Q.  I think my question was a little bit different.
12         Was it the finance team's responsibility
13     to put together scenarios forecasting quarterly
14     results versus putting together the GAAP quarterly
15     results that were final?
16 A.  Are you saying kind of forward looking?
17 Q.  Yes.
18 A.  Okay.  I would say that there were multiple -- and
19     we kind of saw it here.  I think there were
20     multiple areas of the company that were all
21     thinking about the future, and then trying to plan
22     their business, you know, according -- plan the
23     business accordingly.
24         So marketing would -- would look at some
25     sort of a projection so that they could make some

Page 159

1      decisions about spend.  I think banking would be
2      thinking about that from a hiring perspective.
3          Did finance maybe support them or help
4      them?  Possibly.  In other cases, I don't think so.
5      We were pretty decentralized.
6          And, again, that's because, maybe
7      different than another public company, our mission
8      is to grow market share and increase clients.
9      That's how you add value to the organization.
10         And whether you make a billion dollars
11     or a billion and a half dollars, that will come out
12     in the wash over time, but we weren't driving
13     toward a specific number.
14         So each person was thinking about how
15     can I -- or what do I need to do inside my business
16     area to achieve the strategy that's going to help
17     the business grow, which is what kind of caused
18     everyone to create these scenarios, I think, on
19     their own.
20 Q.  When you say, "which is what kind of caused
21     everyone to create these scenarios, I think, on
22     their own," what do you mean by that?
23 A.  Well, you had asked me if finance had -- had done
24     them, and I was trying to clarify that I think a
25     lot of different areas had thought about the

Page 160

1      business so they could work on their strategies.
2          And finance may have participated if
3      they had a question or a concern, but I wouldn't
4      say that finance was responsible.  Each area took
5      the charge of building what they thought related to
6      their -- their business area.
7  Q.  Was there an organization in Rocket that was
8      responsible for putting together scenarios to
9      forecast how the business was going to do
10     financially quarter over quarter?
11 A.  For who?
12 Q.  For the business as a whole.
13 A.  There -- if I'm Brian Brown or Julie Booth and I'm
14     the CFO of the company, I may have people running
15     scenarios because I'm interested in those things
16     through my purview, meaning their purview.
17         If I'm Tim Birkmeier, I may have people
18     running different scenarios because of the things
19     I'm focused on.
20         We -- we encourage people to help each
21     other and support each other, but we didn't say
22     this one area has the responsibility.
23         And I did not think to myself, I'm
24     running this business because of a report that
25     somebody, an -- an analyst, in -- in finance or

Pages 157 to 160

New York
212-273-9911

Hudson Court Reporting & Video
1-800-310-1769

New Jersey
732-906-2078

Page 161

1    accounting puts out about a future projection that,
2    after 27 years of doing this, I know can't be
3    relied upon.
4         So I would not, you know, make them
5    responsible, I guess, because -- because looking
6    forward was very challenging in this business.
7    Q. So are you saying that you wouldn't rely upon
8    internal forecasts from the finance team when they
9    were forecasting out how the business was going to
10   do from one quarter to the next?
11   A. Thank you for asking a clarifying question. I
12   appreciate it.
13        I did work with the finance team
14   specifically around earnings calls when we knew one
15   quarter was done and we had good visibility into
16   that next quarter.
17        Outside of that, if the finance team or
18   others were doing longer term forecasts, they may
19   share them with me, they may give me their opinions
20   on them, but we didn't -- or I did not anchor to
21   those things because of the -- all of the various
22   reasons I've brought up just finding that not to be
23   reliable in terms of -- and actually could be a
24   distraction.
25        If you're -- if you have confidence in

Page 162

1    your strategies, but you choose to look at
2    someone's forecast 60 days out, you may stop a very
3    important initiative that could harm the business.
4         So I think focus on what you know, and
5    don't focus on things that you can't control.
6    Q. So would you rely upon Julie Booth to update you as
7    to potential forecasts for the company quarter to
8    quarter?
9    A. And, again, when you say "quarter to quarter," my
10   interpretation is we're in one quarter, and she is
11   talking to me about that quarter and the next
12   quarter --
13   Q. That's right.
14   A. -- right?
15        And, again, because that's in a tight
16   time frame where you have more understanding, Julie
17   may give me her thoughts, suggestions, concerns.
18   She may say, you know, maybe we should take a look
19   at spending over here because of this.
20        So, yes, I -- I relied on her to give me
21   some of that information because she was closer to
22   some of those things than I was.
23   Q. Would you rely upon Julie Booth to update you as to
24   potential forecasts for the company for the full
25   year?

Page 163

1    A. I really didn't rely on forecasts for the full
2    year. Again, and I'm not saying other people in
3    finance or accounting didn't run scenarios to think
4    about or pressure test the spending of the
5    organization versus what different scenarios might
6    occur.
7         But I did not feel it was relevant to me
8    to look at these long-term forecasts, again,
9    because my experience told me that it's anybody's
10   guess as to what will happen.
11   Q. Could you go to the second page of the email?
12   A. The back side here?
13   Q. Yes.
14   A. Yes.
15   Q. Do you know what this is?
16   A. Well, there are four or five different, you know,
17   categories here. Is there a particular one
18   you're -- when you say that?
19   Q. I guess I'm asking: Do you know what this daily
20   hedge desk report is?
21   A. Like we talked about before, I think this is a
22   report that the hedge desk created. And I think
23   it's really meant for the capital markets team. I
24   know that they included some other people on this.
25        But, you know, like, the hedge position

Page 164

1    or the risk limits or so forth, I -- I wouldn't
2    know what to do with that information.
3    Q. So you weren't really involved in preparing this
4    report, correct?
5    A. It should say who -- it looks like it's been cut
6    off, but usually on our reports, we would put who
7    prepared the report. I don't believe I prepared
8    this report.
9    Q. And did you review this report when you received
10   it?
11   A. Like I said, this is not a report that I spent time
12   looking at.
13   Q. Is there anything on this -- the attachment, the
14   daily hedge desk report, that you would have looked
15   at?
16   A. Maybe let me clarify. What I've looked at in
17   another way or on this report?
18   Q. Is there -- let me ask it a different way.
19        Is there any metric on this report that
20   you would have thought is important?
21   A. I don't want to -- I don't want to dismiss -- these
22   may all be very important for the person doing
23   their job.
24        County -- counterparty exposure seems
25   very important. Those are big numbers. But I -- I

Pages 161 to 164

New York
212-273-9911

Hudson Court Reporting & Video
1-800-310-1769

New Jersey
732-906-2078

Page 165

1    personally would not have looked at that and
2    thought about that because I had Bob Walters and
3    Bill Banfield were very -- this is how they came up
4    in the -- you know, so they understood much better
5    than I did what to do here.
6         So I would say I'm sure those are
7    important to the company but not something I need
8    to be getting myself involved with.
9    Q.  Would Bob Banfield -- I'm sorry -- strike that.
10        Would Bob Walter (sic) or Bill Banfield
11   update you generally as to what was going on with
12   the hedge desk at Rocket?
13        ATTORNEY SCOTT:  Objection, form.
14   A.  So the way that -- well, you -- in the beginning,
15   we were kind of going through my career at the
16   company.  And you could probably tell I -- I spent
17   my time on the marketing and -- and sales sides.
18        Bob Walters spent his time on the
19   capital markets' side.
20        And I think Dan's thought was I've got
21   two people who have very different skills but very
22   complimentary skills.  And I -- and I think Bob
23   started within a year of when I began working with
24   the organization, and he had been doing this that
25   entire time.  And Bill Banfield came right after.

Page 166

1         So there were some areas, like marketing
2    where I had spent a lot of my time, and I probably
3    got more involved.  This is an area that I did not
4    get involved with.  I didn't get updates from.  I
5    had a lot of confidence that Bill and Bob had it
6    figured out, and if there was some emergency or
7    something, they would reach out to me and say, hey.
8    Otherwise, they -- they had it.  I just didn't need
9    to check in.
10   BY ATTORNEY VILLEGAS:
11   Q.  Okay.  I'm going to move on to the Morgan Stanley
12   TMT Conference on March 3rd.  Do you recall
13   attending that conference?
14   A.  I did attend the Morgan Stanley conference.  I
15   think this particular conference was virtual, if I
16   remember correctly.  And I knew it was sometime, I
17   think, right after the earnings call.
18   Q.  What did you do to prepare for this conference?
19   A.  I'll speak in broader terms of what I would do to
20   prepare because I can't remember the specifics for
21   this exact conference.  But typically for something
22   like this, I would meet with PR/IR.  In many cases,
23   Tina John, who's a deputy counsel, would be
24   involved.
25        PR would kind of update me on what they

Page 167

1    thought the questions would be.  They would share
2    with me some of the responses they thought were
3    appropriate, making sure that everyone agreed.  I
4    would review those things and either say, yeah,
5    this makes sense to me based on what I know.  Or if
6    there was something I had a question about, I would
7    ask that question.  And then I would go to the
8    conference.
9    Q.  Do you recall telling a Morgan Stanley analyst at
10   that conference that all of Rockets' channels were
11   growing?
12   A.  That does sound familiar to me.  I believe I looked
13   at some information provided by the team that had
14   looked at 2020.  And, again, there's a document
15   somewhere, I'm sure, that speaks to this, but that
16   we had grown in direct-to-consumer from 2019 to
17   2020.  We had grown in wholesale from 2019 to 2020.
18   Grown in all the partner channels.  And so I think
19   that was accurate information provided to me, and
20   so I relayed that when that question was asked.
21   Q.  Okay.
22        ATTORNEY VILLEGAS:  Derick, could you
23   introduce Tab 38 as Farner 6.
24
25

Page 168

1         MARKED FOR IDENTIFICATION:
2         DEPOSITION EXHIBIT 6
3         Exchange with James Eugene Faucette
4         2:26 p.m.
5    BY ATTORNEY VILLEGAS:
6    Q.  So, Mr. Farner, you've just been handed a document
7    marked Farner 6.  If you could review it and let me
8    know when you're ready.
9    A.  Okay.
10        Look -- I'm -- I'm going to keep
11   reading.  It looks like something is missing here
12   in this -- James introduces me, and then he says he
13   is going to read some important disclosures, but I
14   don't see the disclosure in the -- or maybe just go
15   to the thing.  Maybe he doesn't read them there.
16   Okay.
17   Q.  Okay.  So if you turn to page 10, towards the
18   bottom of the page, can you read the exchange
19   between you and James Eugene Faucette?
20   A.  "We have five or six minutes left.  I went to hit
21   on a couple of points" --
22   Q.  Oh, I don't mean you need to read it out loud --
23   A.  Oh, sorry.
24   Q.  -- could you read it to yourself?  That's okay.
25   A.  Sure.

Pages 165 to 168

New York
212-273-9911

Hudson Court Reporting & Video
1-800-310-1769

New Jersey
732-906-2078

Page 169

1    You want me to move all the way to the
2  next page?
3  Q. Yes.
4  A. Okay.
5  Q. Do you see the last paragraph of your response:
6    "So I know we don't break down the percentages, and
7    I'm probably not going to go any further than what
8    we've already laid out in our earnings call, but as
9    you can probably sense from my passion, they're all
10   growing.  And with about less than 10 percent
11   market share, wherever we are, it's hard to say
12   today.  If you think about all those different
13   channels that can grow and give us reach, that's
14   why we get excited about what the company looks
15   like in the years to come."
16   So is that the statement that you recall
17   telling a Morgan Stanley analyst at this conference
18   that all Rocket channels were growing?
19  A. I'm, again, going to assume, based on this
20   transcript, that these are the things that I said.
21   I can't remember everything I've said.
22   But my understanding, and I think as I
23   read through my response here, the -- looking at
24   each one of these -- this was in 2021.  Looking at
25   each one of those channels in 2017, 2018, 2019,

Page 170

1    2020, they were all growing.  And as I pointed out,
2  because we had -- and I say it's hard to know
3  because some of the market share data comes out a
4  little later after the loans close and get sold,
5  but because we were roughly around 10 percent
6  market share, that represented 90 percent of the
7  mortgage market that -- that weren't our clients.
8    And so through all of these different
9  channels, we had the ability to engage and reach
10   these clients.  And so, as I say, they -- "all of
11   these different channels that can grow and give us
12   reach, that's why we're excited about what this
13   company looks like in the years to come."
14   I understand that each and every month,
15   that I think most people do, these analysts here,
16   there are ups and downs at all businesses.  You're
17   not going to have a consistent hockey stick, but
18   over the course of time, and as we demonstrated
19   from '17 to '18 to '19 to '20, over the course of
20   time, we had the strategies to continue to grow
21   these channels.  And, again, according to the data
22   that I was provided, and I have no reason not to
23   believe it, it seemed very accurate based on how we
24   were growing, that all those channels were growing.
25  Q. Did you look at actual quarter-to-date data to see

Page 171

1    if all the channels were growing in the first
2  quarter of 2021?
3    ATTORNEY SCOTT:  Objection, form.
4  A. Absolutely not.  And that would not be an accurate
5  way to look at it.  As I just mentioned, some of
6  these channels you can do initiatives in weeks or
7  months and get growth.  Others take longer
8  strategies.
9    And so I wouldn't look at them over one
10   quarter.  And I certainly wouldn't look at them
11   over Q1 because, as we already discussed, the
12   seasonality of the mortgage industry would mean
13   that there are bumps as you get through
14   December into January, as people aren't listing
15   their homes or selling their homes.  So it would
16   not be fair for me to compare.
17   What's a better comparison is that '17,
18   '18, '19, '20, consistent year over year, which
19   gives the time for those strategies to work.
20  BY ATTORNEY VILLEGAS:
21  Q. Do you see in the question that James asks you in
22   this second paragraph:  "Can you talk a little bit
23   about what portion each of those types of channels
24   or processes are of the overall volume and business
25   today?"

Page 172

1    Do you see that?
2  A. And as I said to Jimmy, I said:  "It'd be confusing
3  to try to understand all the different ways."
4    So then I went in and explained what I
5  was talking about, which is the long-term
6  strategies, and that's why I said, "in the years to
7  come."
8  Q. Where did you say in your response that you were
9  only looking at 2017, 2018, 2019, or 2020?
10  A. As you look through my response and you read my
11   explanation of these things, I believe it's very
12   obvious to the listener that these are long-term
13   strategies.
14   As I talk about signing long-term deals,
15   as I talk about building one of largest brands in
16   the -- in the mortgage space and beyond, as I talk
17   about here the last 12 months up above in the
18   statement.  I talk about 35 years.  I'm -- I'm
19   conveying that this -- these are longer term
20   thoughts that I'm discussing, not short run daily
21   or weekly or quarterly thoughts.
22  Q. But you didn't tell James Faucette that you were
23   just talking about numbers through 4Q 2020, right?
24  A. I felt no reason to tell him that because the
25   interview and the questions and my role at the

Pages 169 to 172

New York
212-273-9911

Hudson Court Reporting & Video
1-800-310-1769

New Jersey
732-906-2078

Page 173

```
1    company is about the strategic growth of the
2    organization.
3  Q.  In the last paragraph of your response, you say:
4    "So I know we don't break down the percentages, and
5    I'm probably not going to go any further than what
6    we've already laid out on our earnings call, but as
7    you can probably sense from my passion, they're all
8    growing."
9        What did you lay out in your earnings
10   call for Q1 2021 about the channels growing?
11 A.  I'd have to go back and look at that.  What I think
12   I'm referencing here is that we speak to direct
13   consumers and third parties.  We don't break down
14   Schwab versus wholesale versus State Farm.
15 Q.  So based on your testimony today, you don't think
16   this analyst, based on your statement about what
17   you've already laid out in the earnings call for 1Q
18   2021, believed you were talking about the channels
19   growing in 2021?
20 A.  No, ma'am --
21          ATTORNEY SCOTT:  Objection.  So sorry.
22   Objection, form.
23 A.  No, ma'am.
24 BY ATTORNEY VILLEGAS:
25 Q.  So why did you say:  "So I know we don't break down
```

Page 174

```
1    the percentages, and I'm probably not going to go
2    any further than what we've already laid out in our
3    earnings call"?
4  A.  Because he had asked me a question about the
5    different breakdown of the channels, and we had
6    talked about in multiple earnings calls that we
7    weren't going to break down the channels.  So I was
8    simply saying I'm not going to give more definition
9    to each individual channel because we don't do that
10   in the earnings calls.
11          I wasn't even ref- -- referencing, I
12   don't believe, the specific earnings call.  I'm
13   referencing that the way we convey the information
14   to the public doesn't give specific percentages by
15   each partnership.
16 Q.  So the rest of that sentence reads:  "As you can
17   probably sense from my passion, they're all
18   growing."
19          So you were not referring to Q1 at that
20   point?
21 A.  No, ma'am.
22 Q.  And did you know that in Q1 they were actually not
23   all growing?
24 A.  The information and data I looked at had been year
25   over year.  But as I said before, that would -- I
```

Page 175

```
1    should not be the CEO if I'm making decisions based
2    on what's happened in 30 or 60 or 90 days, because
3    many of these channels don't operate that way.
4        Signing up a company like State Farm to
5    have their real estate or their insurance agents do
6    mortgages is a long-term process.  They could be
7    growing.
8        In fact, if we went back and looked,
9    there might be more agents joining the platform,
10   growing.  There might be more insurance agents,
11   growing.  I don't define what I mean by growing
12   because it takes a while.
13       So I would not look at a short-run
14   period to define all of those partnerships in that
15   channel.
16 Q.  Did you tell James Eugene Faucette that you were
17   not referring to the overall volume in business
18   today, which was his question?
19 A.  I believe I understood his question as being, hey,
20   we're here today.  I did not view his question as,
21   tell me about the exact loan business and volume
22   happening on March 3rd.  I wouldn't even know what
23   loan volume was happening on March 3rd.  I was at a
24   conference.
25       So I did not interpret it as being that
```

Page 176

```
1    day.  I just interpreted it as kind of the general
2    way human beings talk to each other.  And, of
3    course, as a CEO of a large company, I'm going to
4    speak about the -- the long-term view of our -- our
5    company, not that particular day.
6  Q.  When you reviewed -- strike that.
7        As the CEO of the company, did you
8    review any reports that indicated that for Q1 the
9    channels weren't growing?
10 A.  The mortgage business is a cyclical business, so
11   whether you're an analyst or the leader of a
12   mortgage company, you wouldn't look at what
13   occurred in the first quarter of a year and use
14   that to determine whether anything was growing or
15   shrinking.  You're coming off the holidays, so I
16   would not have reviewed something.
17       And if someone said to me, hey, look, it
18   looks like this channel is shrinking right now over
19   the last two or three weeks, I would not have
20   thought, wow, that means it's shrinking.  I would
21   have thought to myself, wow, some insurance agents
22   took some time off for the holidays, and real
23   estate agents don't do a lot of listings in
24   January or February, but the normal cycles of
25   business will operate like they typically do.
```

New York
212-273-9911

Hudson Court Reporting & Video
1-800-310-1769

New Jersey
732-906-2078

Page 177

1          And I'm looking over the long term, and
2    have every reason to believe, based on more
3    insurance agents getting signed up, more real
4    estate agents getting signed up that that channel
5    will continue to grow.
6          And, again, I don't have all the
7    breakdowns for you, but I can tell you the company
8    did grow in 2021, and did more loan volume than it
9    had done in 2020.
10   Q. So are you testifying that it wouldn't have
11   mattered whether the channels were not growing in
12   Q1 at this time to this analyst?
13         ATTORNEY SCOTT:  Come on.  Objection.
14   You can answer, if you understand it.
15   A. I can't tell you what would matter to this analyst.
16   I can tell you that we didn't tell analysts or
17   anyone else what was specifically happening in each
18   one of these channels.
19         My interaction with analysts in the past
20   had taught me that they also understood the
21   cyclical nature of the business.
22         So my educated guess would be that Jim
23   would also think to himself, well, that's not a
24   data point to focus on, because it's the early part
25   of the year.

Page 178

1          But, again, I -- I don't know.  I didn't
2    think that was relevant.  I feel like four or five
3    years of history was something hard, like standing
4    up these channels, was the relevant data to look
5    at.
6    BY ATTORNEY VILLEGAS:
7    Q. Do you think that the market would have been
8    interested to know that, in Q1, the channels were
9    not growing?
10         ATTORNEY SCOTT:  Objection, form.
11   A. I don't know what the market would be interested
12   in.  I have seen situations where I thought the
13   market was going to be disappointed about
14   something, and they were incredibly excited.
15         I've seen situations -- I can think back
16   to the Q3, where I thought the market would be
17   incredibly excited about something, and they were
18   disappointed.
19         I remember reading something from an
20   analyst saying that they were still trying to
21   figure out our company because it looked different.
22   They couldn't figure out FinTech, mortgage, how
23   does this all work together.  So I wouldn't know
24   how they would have felt about it.
25         But I have to stress, we only reported

Page 179

1    information that I thought was relevant.  And as
2    I've explained, in terms of the seasonality and the
3    gestation or the cycle time of some of these
4    partnerships, I -- I cannot see someone relying on
5    that and using it to make an educated judgment
6    about the future value of the company.
7    BY ATTORNEY VILLEGAS:
8    Q. So when James Eugene Faucette said:  "Can you talk
9    a little bit about what portions each of those
10   types of channels or processes are of the overall
11   volume in business today," you understood him to be
12   limiting his question to what happened in 4Q 2020?
13         ATTORNEY SCOTT:  Objection to the form,
14   asked and answered a few times now.
15         But you -- you can answer again.
16   A. Yeah, I didn't say that.  I understood him to ask
17   about our business.  And when he uses the word
18   "today," kind of like, hey, we're here today, we're
19   sitting here today, tell me about the business.
20         I didn't understand it to tell me about
21   the business of what happened today on March 3rd,
22   and I certainly didn't think he was just
23   referencing Q4.  I -- I thought he was asking me a
24   general question about our business and what's
25   happening with -- with it, you know.

Page 180

1    BY ATTORNEY VILLEGAS:
2    Q. Did you think he wanted to know what was happening
3    in the business in Q1 2021?
4    A. I don't see anything here that would have led me --
5    led me to believe that that was his specific
6    question either.
7    Q. So you didn't include an answer about Q1 2021; is
8    that right?
9          ATTORNEY SCOTT:  Objection to form,
10   asked and answered.
11   A. I did my best to try to understand Jim's question.
12   My interpretation is that it was about the, hey,
13   tell me about these broad strategies of the
14   business and why you're excited about the
15   opportunity to grow market share.  And I responded.
16   I didn't put a -- a date range.  And I didn't
17   understand him to be putting a date range on it.
18   BY ATTORNEY VILLEGAS:
19   Q. But you chose not to talk about what was happening
20   in Q1 at that time, right?
21         ATTORNEY SCOTT:  Objection to form.
22   A. If we -- if we go through here, I'm talking about
23   the E*TRADE website.
24         I'm talking about Charles Schwab and
25   their advisors.

Pages 177 to 180

New York
212-273-9911

Hudson Court Reporting & Video
1-800-310-1769

New Jersey
732-906-2078

Page 181

1    I'm talking about 30,000 real estate
2    agents that have signed up to our Insight platform.
3    I'm talking about the Pro Network that's
4    been growing in the past 12 months.
5    I'm talking about the State Farm agents
6    getting -- getting licensed in all 50 states.
7    So then I probably couldn't tell you the
8    exact timing of each one of those things when it
9    was happening or going to happen. Today, I -- I
10    couldn't tell you.
11    I was speaking to the large -- large
12    initiatives that the company had that I thought
13    were relevant to the different types of channels
14    that we had. Wasn't time boxing then, nor did I
15    interpret the question to -- to be that way.
16    So I wasn't not talking about it. I
17    wasn't -- wasn't -- I -- I -- and I probably can
18    impress I don't think about the business as I think
19    about the strategies in a Q4 or a Q1, unless I'm
20    looking at a technology roadmap and wondering,
21    okay, are we going to get that built in that time
22    frame.
23    Q. Do you remember if you received a document via
24    email to prepare you for this conference?
25    A. I -- I think we had talked about kind of the

Page 182

1    general preparation for things like this. I
2    believe that James would have given the PR or IR
3    team some ideas of what he wanted to discuss. And
4    I believe they would have reviewed that with me,
5    which informs my -- my comments.
6    I don't know if that was an email sent
7    to me or whether I met with someone in person and
8    they reviewed it. I -- I couldn't tell you the way
9    I -- I was -- you know, the delivery mechanism.
10    Q. So we're going to move on to the Fox Business
11    interview.
12    ATTORNEY VILLEGAS: And, Derick, if you
13    could introduce the slip sheet. We're actually
14    going to play a clip of the video of -- the full
15    clip of the video.
16    That's going to Farner Exhibit 6.
17    MARKED FOR IDENTIFICATION:
18    DEPOSITION EXHIBIT 7
19    Video
20    2:54 p.m.
21    ATTORNEY VILLEGAS: Sorry. 7.
22    ATTORNEY CIVIDINI: I have it 7.
23    ATTORNEY VILLEGAS: Yes. You're right,
24    it's 7.
25    You should see it up there, Jeff, and

Page 183

1    then you can play that for Mr. Farner.
2    ATTORNEY SCOTT: What -- what am I
3    doing?
4    ATTORNEY VILLEGAS: So you are going to
5    the eighth document, which is the native of
6    Exhibit 7.
7    ATTORNEY SCOTT: Oh, okay. Oh, I see
8    what you're saying. Normally we press play to play
9    the video. There's no volume right now so...
10    ATTORNEY VILLEGAS: Oh.
11    ATTORNEY SCOTT: I'll -- no. No. I'll
12    get it.
13    (Video playing.)
14    BY ATTORNEY VILLEGAS:
15    Q. Mr. Farner, was that you speaking on the Fox
16    Business interview?
17    A. Yes, ma'am.
18    Q. So I want to focus on the part of the interview
19    where you said, "So, really, interest rates moving
20    around are a great benefit to us."
21    A. Can -- Can I get a copy of whatever you're looking
22    at that shows the transcripts of the interview?
23    Q. I don't have a transcript of the interview. I'm
24    happy to show you a Complaint which excerpts the
25    whole section.

Page 184

1    Would you like to see that?
2    A. I just think the interview has a lot of content,
3    and it -- as I said to you before, I -- I think
4    it's very dangerous to lift a few words out of a --
5    out of an interview.
6    But without me being able to see all of
7    the content, it doesn't feel quite fair.
8    Q. We can introduce a copy of the Complaint.
9    ATTORNEY VILLEGAS: David, if you want
10    to grab that.
11    BY ATTORNEY VILLEGAS:
12    Q. And I'm happy to play the video for you again.
13    A. Okay.
14    ATTORNEY VILLEGAS: That's -- Derick,
15    that's Exhibit -- sorry -- Tab 34, which will be
16    Farner 8.
17    MARKED FOR IDENTIFICATION:
18    DEPOSITION EXHIBIT 8
19    Complaint
20    3:01 p.m.
21    ATTORNEY SCOTT: No, it's 9. It's 9.
22    The audio file -- the video file was -- was 8.
23    ATTORNEY VILLEGAS: Okay.
24    ATTORNEY SCOTT: And this is 9 --
25    ATTORNEY VILLEGAS: Yeah.

Pages 181 to 184

New York
212-273-9911
Hudson Court Reporting & Video
1-800-310-1769
New Jersey
732-906-2078

Page 185

1    ATTORNEY SCOTT:  -- I think, yeah.
2    ATTORNEY CIVIDINI:  I had it as 7.
3    ATTORNEY VILLEGAS:  I thought the slip
4  sheet was 7 and --
5    ATTORNEY SCOTT:  Yeah, Farner 7 is the
6  slip sheet.  Farner 8 was the video.  And then
7  Farner 9, I think, is the Complaint, right?  It's
8  showing up as Document 9.  Or am I wrong about
9  this?  You -- you tell me.
10    ATTORNEY CIVIDINI:  No, I didn't mark
11  the video.
12    ATTORNEY SCOTT:  Oh, okay.
13    ATTORNEY CIVIDINI:  I just marked the
14  slip sheet to keep the Bates number -- you know,
15  the slip sheet has the Bates number for the video.
16    ATTORNEY SCOTT:  Got it.  Okay.  So this
17  is 8 then.  Here you go.
18    Here you go.
19  BY ATTORNEY VILLEGAS:
20  Q. So the excerpt that I'm referring to is on pages
21    102 and 103 of that document.  And if you want to
22    listen to the earlier part of the interview again,
23    we can do that.
24    ATTORNEY SCOTT:  Just play it again.
25  A. Maybe if you ask me the question, and if I have

Page 186

1    recollection, great, and if not --
2  BY ATTORNEY VILLEGAS:
3  Q. Sure.
4  A. -- we can go back to it.
5    So I'm -- I'm on 102 here.  Okay.  237?
6  Q. Yes.  And 238.
7  A. Okay.
8  Q. So my question for you is about a part of the
9    statement where you say:  "So, really, interest
10    rates moving around are a great benefit to us."
11    What did you rely upon in making that
12    statement?
13  A. My experience.  I had lived through it multiple
14    times at the company.  I think earlier in -- in the
15    day I kind of referenced that, whether it was a
16    financial crisis in the late '90s which caused
17    interest rates to move around; you know, the Great
18    Recession, which caused a lot of our competitors,
19    banks included, to get away from the business; the
20    pandemic.
21    And I -- if we had Bill Banfield here,
22    he could show you graph after graph of that
23    movement in interest rate will usually do a few
24    things.  Number one, a competitor that's less
25    capitalized will back away from the business.  And

Page 187

1  so the supply side decreases, which allows us to
2  gain market share.
3    Number two, a competitor that is less
4  efficient can't spend the same marketing dollar
5  because they don't earn -- they're not -- they
6  spend more in marketing, their cost to acquire is
7  higher, and so they back away from the marketing
8  before we do.  So now, typically, I'm now taking
9  real estate, in particular online real estate that
10  they were competing with me, so now I'm more
11  present there.
12    You know, I could go on.  I'm going to
13  lose my train of thought here.
14    But the -- yeah, my -- my experience is
15  that it just weeds out a lot of the competitors.
16    And then the other side of it,
17  especially because we're the servicer, you're
18  bringing in clients -- today, the company is
19  bringing in clients with a rate of 6 percent, 7
20  percent.  Those are all now clients that the minute
21  the rates drop, a 1/4, 3/8, 1/2 percent, we -- we
22  can help get a lower interest rate.  And there's no
23  marketing cost attached to that.
24    And so even if you said to yourself,
25  hey, we're going to do the first loan and the

Page 188

1  gain-on-sale margin is 60 basis points lower than
2  it was a -- 6 months ago, 12 months ago, a month
3  ago, in the grand scheme of life, you still want to
4  do that loan, because you're now going to refinance
5  that client again.  And the 2,000, 3,000, $5,000 in
6  marketing cost is gone.  And it doubles or -- if
7  you were to add the savings in marketing cost to
8  the gain-on-sale margin, now it's, like, north of
9  5 percent.
10    So you're looking at the lifetime value
11  of the client, and -- and you can see, wow, I -- so
12  that's my experience over a period of time.  Now,
13  some of these periods take longer than others.
14  This was an interesting situation during the
15  pandemic.  The amount of Fed cuts, the amount of
16  Fed increases -- and I'm not there at the company
17  now, so I can't speak to.  But -- but my living in
18  over almost three decades was that's when you have
19  to lean in, that's when you have to invest, that's
20  when you have to grow market share.  And every
21  single time we were able to grow the company
22  through those -- through those cycles.
23  Q. Do you remember when we looked at the 4Q earnings
24    call transcript from February 25th, 2021, and we
25    read a sentence where you said, "So I guess you can

Pages 185 to 188

**New York**
**212-273-9911**

**Hudson Court Reporting & Video**
**1-800-310-1769**

**New Jersey**
**732-906-2078**

Page 189

1    tell we're pretty excited about it and don't see
2    interest rates having an impact on our business one
3    way or the other."
4         Do you remember that statement?
5  A. I remember us talking about that. And I think I
6    remember us having the same type of conversation
7    we're having right now, which is that long view and
8    our opportunity to grow market share is how I think
9    about the business.
10 Q. So is it that the interest rates weren't going to
11   have an impact on the business one way or the
12   other, or is it that the interest rates would be a
13   great benefit to Rocket?
14 A. Well, I'd have to go back and read the rest of that
15   sentence that we discussed, because I'm not certain
16   if I'm referencing one way or the other as in the
17   interest rates moving down one way or the other.
18   Because, in general, you can tell my -- my firm
19   belief is that the movement of those interest rates
20   allows us to lean in.
21        When the interest rates dip down, our
22   efficiency as a company, as demonstrated in
23   March and April of 2020, we grew faster than anyone
24   else could grow because of the operational and
25   marketing efficiency that we have.

Page 190

1         So -- so I -- I would think -- again,
2    I'd have to go back and look. When I -- when I say
3    "one way or the other," I'm -- I'm talking about
4    the interest rate movement one way or the other.
5         ATTORNEY SCOTT: She's referring to
6    just, for the record, Exhibit 3.
7  BY ATTORNEY VILLEGAS:
8  Q. You can spend some time looking at Exhibit 3,
9    Mr. Farner. Do you want to refresh your --
10 A. Okay. Thank you.
11 Q. -- recollection as to the statement?
12 A. Yeah. I mean, right here I say, "interest rates
13   going up or down." Probably could have articulated
14   it cleaner. But I believe I'm -- it's one way or
15   the other I'm referring back to my statement about
16   interest rates going -- going down.
17 Q. So I guess I just want to understand that. The --
18   the statement is: So I guess you can tell we're
19   pretty excited about it, and don't see interest
20   rates having an impact on our business one way or
21   the other.
22 A. Yes. I mean, the interest rates one way or the
23   other. That's how I'm reading this today.
24 Q. So -- so is what you're saying that you -- in this
25   statement that you made on February 25th, that you

Page 191

1    don't see interest rates rising or falling having
2    an impact on your business? Is that what you mean?
3  A. Yes, that's kind of what we've been talking about
4    all the time, which is the movement of the interest
5    rates, typically, my experience has been is always
6    a benefit to our business.
7         We -- when the rates go up, we're able
8    to take advantage of -- and I just talked a lot
9    about those things. I don't want to do it again.
10   But take advantage of that opportunity. And if
11   rates go down, you know, then we can lean in and
12   take advantage of the opportunity.
13        That's my -- again, this is back a few
14   years. But I'm trying to use my best judgment
15   based on who I know I am and how I thought about
16   the business at that time.
17 Q. I guess my question is more it appears that in
18   February 25th, 2021, you're saying that interest
19   rates going up and down are not going to have an
20   impact on the business, but here during the Fox
21   Business interview, you said interest rates moving
22   around are great for the business, a great benefit
23   for the business.
24        So can you explain that?
25 A. Sure. I think everything's got to be put in

Page 192

1    context. So if you go through and look at all the
2    discussions we're having about the channels, the
3    partnerships, the opportunities, I think, in this
4    particular case -- and maybe it was the way the
5    question was -- was asked. It says here: "I think
6    you know there was a competitor in the partner
7    segment talking about exiting parts of the market."
8         "And if we do continue to see rates
9    going up, like where do you inevitably see
10   margins?"
11        So I think the way this question was
12   framed up, as me sitting here right at that point
13   in time, I viewed it as, hey, there's a -- this
14   person's asking me more about the concern to the
15   business. And so my response is explaining all the
16   things we're doing with the business. And so
17   that's probably why I used this phrase "impacting"
18   because I'm addressing his concern.
19        Over here, I'm talking more broadly
20   about the long-term excitement that I have
21   experienced over years when we've leaned in and
22   executed as rates have moved around. I think very,
23   very similar, maybe a slight difference in the
24   choice of words.
25 Q. So just to finish reading that portion, which you

Pages 189 to 192

**New York**
**212-273-9911**

**Hudson Court Reporting & Video**
**1-800-310-1769**

**New Jersey**
**732-906-2078**

Page 193

1   can follow along in the complaint, if you'd like.
2   A.  Oh, okay.
3   Q.  So are you with me?  "So, really," I'm going to
4   start there.
5           ATTORNEY SCOTT:  Start where?
6   BY ATTORNEY VILLEGAS:
7   Q.  So "so really" is where I'm starting in the
8   complaint.  I think it's paragraph 238.
9   A.  Yes, I see it.
10  Q.  "So, really, interest rates moving around are a
11  great benefit to us.  And then, of course, when
12  they drop back down, we've got a 90 percent
13  retention rate on our servicing book; we'll help
14  those clients refinance their mortgages and save
15  money.  So, you know, cycles are good, at least for
16  our business in the mortgage industry, and I think
17  that's what we're going to see here this year."
18          Do you see that?
19  A.  Yes, ma'am.
20  Q.  So did you think that interest rates moving around
21  would be a great benefit to Rocket that year, in
22  2021?
23  A.  I thought that the interest rate movement would
24  allow us to execute and maybe take advantage of the
25  different opportunities we had that others didn't

Page 194

1   have and grow market share.  And, again, I think
2   that's exactly what happened in 2021.  I think our
3   -- it was -- it was a record year.
4   Q.  Did you think that interest rates were going to be
5   a great benefit for Rocket -- for Rocket's revenue
6   for the second quarter of 2021?
7   A.  I wouldn't have been thinking about a particular
8   quarter.  I think I've expressed that multiple
9   times now.  I'm thinking about the overall growth
10  of the business.
11          And as you can tell here, I'm really
12  thinking about client acquisition and market share.
13  That's why I'm referencing the retention rate on
14  the servicing book because -- and I think we've
15  discussed this as well -- bringing those clients in
16  now allows us to benefit later when we refinance
17  them.  So getting fixated on a quarter's revenue
18  would -- could cause you to make mistakes that
19  could harm the business in the long run.
20  Q.  Did you think that interest rates going -- moving
21  around would be a great benefit to Rocket for the
22  full year of 2021?
23          Sorry.  Let -- let me rephrase that
24  question.
25  A.  Okay.

Page 195

1   Q.  Did you think that interest rates moving around
2   were going to be a great benefit for Rocket's
3   revenues for the whole of 2021?
4   A.  Yeah.  I don't see that I'm specifically speaking
5   to revenue here.  I see that I'm talking about our
6   clients in the lifetime value of clients as it
7   grows for us in the sentence above.
8           And so that -- again, you probably can
9   tell my mindset, as we've talked all day, that
10  that's really what I've experienced over my long
11  term at the company, was acquire the clients, make
12  them happy, and over the long run, you will do far
13  better than your competition.
14  Q.  Did you think that interest rates moving around
15  would be a great benefit for Rocket in terms of
16  volume for the second quarter of 2021?
17  A.  Again, I would not be thinking about that in a
18  quarter-to-quarter situation.  To recognize the
19  lifetime value of a client, it takes year -- it
20  takes a year or years to do so.  So my mindset is
21  more of that -- you know, that -- that -- as the
22  clients increase -- the revenue is there for you,
23  it's in your servicing book, and it's just a matter
24  of time that you'll be able to extract it.
25          But it -- I did not think it was wise to

Page 196

1   try to measure that and make business decisions
2   around, you know, arbitrary, like, a quarter, three
3   months, whatever.
4   Q.  Did you think interest rates moving around would be
5   a great benefit to Rocket in terms of volume for
6   the whole of 2021?
7   A.  Again, the '21 -- 2021 was a great year.  As I've
8   just explained, as I'm thinking about the lifetime
9   value of a client with a new mortgage, title,
10  perhaps an auto loan or a personal loan, I tended
11  not to time box that and, instead, kind of thought
12  if you build it, they will come.
13  Q.  Did you think that interest rates moving around
14  would be a great benefit to Rocket in terms of
15  gain-on-sale margin for the second quarter?
16  A.  When is this interview?
17          ATTORNEY SCOTT:  What's the date of it?
18          THE WITNESS:  Yeah.
19          ATTORNEY SCOTT:  It's March 11th.
20  A.  Yeah, I would have no idea what interest rates
21  would be in the second quarter.
22  BY ATTORNEY VILLEGAS:
23  Q.  There was no internal forecast as to what you
24  believed gain-on-sale margin would be at this time
25  for the -- for the second quarter?

Pages 193 to 196

New York
212-273-9911

Hudson Court Reporting & Video
1-800-310-1769

New Jersey
732-906-2078

Page 197

```
 1    A. As I've said before, there may be people putting
 2       forecasts together for planning purposes.
 3            But my experience has told me that I
 4       can't predict -- no one can predict what's going to
 5       happen 30, 60, 90 days out.
 6    Q. How many days were left in the quarter on March 11,
 7       2021?
 8    A. Business days?  I would have to get a calendar.
 9    Q. Yeah.
10    A. 15 or so.  20.
11    Q. So by March 11, 2021, you didn't have a good idea
12       as to what the gain-on-sale margin would be for the
13       second quarter --
14    A. No.
15    Q. -- sorry -- for the first quarter?
16    A. Sure, for the first quarter, yes.  We had
17       already --
18            ATTORNEY SCOTT:  You had asked about the
19       second quarter.
20    A. We had already reported that to the --
21            ATTORNEY SCOTT:  You had asked about the
22       second quarter.
23            ATTORNEY VILLEGAS:  Right.
24    BY ATTORNEY VILLEGAS:
25    Q. So for -- so as of March 11, 2021, you had no idea
```

Page 198

```
 1       how Rocket was going to do in terms of gain-on-sale
 2       margin for the second quarter?
 3    A. Yeah, again, you're talking about April, May, and
 4       June.  I do not know how to predict in March what
 5       will be happening with Treasuries and
 6       mortgage-backed securities in June.
 7    Q. But Rocket was forecasting internally how it
 8       believed it might do in the second quarter,
 9       correct?
10            ATTORNEY SCOTT:  Objection to form.
11    A. Yeah, we -- we've talked about this, too.  You --
12       you keep saying "forecasting."  Someone may have
13       been putting numbers down on a piece of paper.
14            But as I have touched on many times,
15       better to stick with the long-term strategies that
16       you've developed.  And as long as you have a
17       situation where you can continue to fund and do
18       those things, not get stuck in the day-to-day of
19       margin or interest rate fluctuation.
20    BY ATTORNEY VILLEGAS:
21    Q. Did you think interest rates moving around would be
22       a great benefit for Rocket in terms of gain-on-sale
23       margin for the whole year of 2021?
24    A. I thought you asked this question before.  I'll
25       answer it again.
```

Page 199

```
 1            I wouldn't -- I wouldn't think about
 2       interest rate movement in the context of
 3       gain-on-sale margin.
 4            I would think about interest rate
 5       movement in the context of marketing opportunity,
 6       competition falling away, clients needing something
 7       either way, a client that was going to buy a home,
 8       now maybe can't afford it, but now wants to put an
 9       addition their existing home, and maybe it
10       creates a cash-out transaction.  Rates go down, a
11       client who needs to save money or consolidate debt
12       does so, but not in a -- as I said before, I would
13       find it hard to forecast gain-on-sale margin 60 or
14       90 days ahead.  So thinking about it or thinking
15       that it would have an impact all throughout the
16       year would not be something that I would be
17       thinking about.
18    Q. Would you have trouble forecasting gain-on-sale
19       margin 30 days ahead?
20    A. Well, we -- when we reported numbers, we reported
21       quarterly.  And, again, the quarter was usually 50
22       or 60 percent of the way baked.
23            So when we were looking 30 days ahead
24       and we had the uncertainty of what they -- what
25       that would be, we also, though, knew what the first
```

Page 200

```
 1       60 had been, so I think it gave us enough
 2       confidence to report that -- that next quarter
 3       gain-on-sale margin, because two-thirds of that
 4       data was known.
 5    Q. So my question was a little bit different.
 6            Would -- would you be able to, based on
 7       past numbers, forecast gain-on-sale margin 30 days
 8       ahead?
 9    A. I don't know what the past gain-on-sale margin
10       would have to do -- again, from a forecast -- let's
11       try to clarify your question.
12            Would someone somewhere on a piece of
13       paper be doing these things?  I'm sure they were.
14       I think you showed me a Compass report where they
15       were doing that.
16            Would I use that forecast to make some
17       sort of business decision?  I would not, because my
18       experience is people would look at, you know, five
19       days of gain-on-sale margin, and then they might
20       take a MBA forecast or something of that nature,
21       which is just -- I'll use it again.
22            I can recall Jamie Dimon up on the
23       television screen over and over talking about how
24       we're going to have a recession in 2023.  I can't
25       think of another human being in the world that
```

Pages 197 to 200

Page 201

1  would have more data and information than this guy,
2  yet it didn't happen.
3         So to -- to -- to believe that you could
4  accurately predict what the ten-year Treasury is
5  going to do, China is going to decide to do
6  something, not buy, buy.  The feds are going to
7  start buying the mortgage-backed securities or not
8  buying the mortgage-backed securities.  There's
9  going to be a war somewhere.
10        There are so many things that are well
11 outside of our company's control, that to -- to
12 think about using that, from a business
13 perspective, was not something that I was
14 interested in doing.
15 Q.  Do you know if Julie Booth used financial forecasts
16 to make decisions about Rocket's business?
17 A.  Well, Julie Booth, the CFO, would be more
18 responsible for alerting certain areas of our
19 business about their expenses.
20        And so she might be using these
21 different scenarios or sensitivities just to keep
22 an eye.  I'll give you an example.
23        We were in many buildings.  She might go
24 to Mike Malloy and say, This is kind of where we
25 could come in.  This is a range of where we could

Page 202

1  come in.  We should consider that when taking a new
2  seven-year lease in a building or something of that
3  nature.
4         So I think it may have benefitted Julie
5  to try to have a variety of scenarios as we thought
6  about spending, but not as we thought about the
7  marketing we're going to spend, the loans we're
8  going to produce, the revenue we're going -- that
9  just wasn't the side of the house that she was
10 focused on.
11 Q.  So you don't believe that Julie Booth would have
12 used forecasts for gain-on-sale margin to make
13 business decisions for Rocket?
14 A.  Well, I just tried to clarify the types of business
15 decisions I think she might use that for.
16 Q.  Do you think Julie Booth would have used forecasts
17 for closed-loan volume to make business decisions
18 for Rocket's business?
19 A.  I think, very similar to the gain-on-sale margin,
20 Julie would want to think about what the year might
21 look like so she could be informing the different
22 business areas; and, again, primarily on
23 expenditures.
24 Q.  Do you think Julie Booth would have used forecasts
25 for revenue to make business decisions for Rocket's

Page 203

1  business?
2  A.  Well -- well, two of the components of revenue are
3  the first question you asked me and the second
4  question you asked me, and so my response will be
5  the same in terms of how she would use it and what
6  she would use it for.
7         ATTORNEY VILLEGAS:  Do you want to take
8  a short break?  We can keep going if you want.
9         ATTORNEY SCOTT:  I think we should.
10 It's been an hour and a half.
11        VIDEO TECHNICIAN:  Off the record at
12 3:25.
13        (Off the record at 3:25 p.m.)
14        (Back on the record at 3:42 p.m.)
15        VIDEO TECHNICIAN:  We are back on the
16 record at 3:42.
17 BY ATTORNEY VILLEGAS:
18 Q.  Mr. Farner, I want to switch to talking about the
19 UWM ultimatum in 2021.
20        Do you know what that was?
21 A.  I do.
22 Q.  Can you tell me what that was?
23 A.  It was a period of time where one of our
24 competitors in the wholesale space told mortgage --
25 so mortgage broker -- we've talked about this

Page 204

1  before.  Mortgage brokers, traditionally, they
2  choose from a multitude of lenders to -- for the --
3  for the loan programs.
4         The two probably strongest players in
5  the space, Rocket and Shore, or UWM.
6         And so, at that point in time, the guy
7  running Shore came out and said, you can't work
8  with Rocket and UWM, so make a -- make a choice.
9         And it was a strange situation because
10 our business has many -- we've already talked about
11 this -- many channels.  His business is only
12 broker.  And he's kind of taking the very thing
13 that makes a broker special from a direct lender
14 away from them.
15        And so it caused a lot of brokers or
16 brokerage shops to kind of pause and think about
17 what they were going to do.
18        And if I remember correctly, they had,
19 like, five or seven days to at first sign some sort
20 of an agreement.  And then it went from signing the
21 agreement to when they would go on his website to
22 register a loan.  They had to acknowledge that they
23 were doing it.
24        And then, I think, at the very end, kind
25 of later than this time frame, I found out that he

Pages 201 to 204

New York
212-273-9911

Hudson Court Reporting & Video
1-800-310-1769

New Jersey
732-906-2078

Page 205

1  then went in and changed -- this is my
2  understanding -- went in and changed the -- he had
3  the -- you know him better than me, because
4  unilateral right to change the loan sale agreement
5  with brokers.
6      And he put in there that the very act of
7  sending a loan to me is acknowledgement that you
8  are going to be part of the ultimatum.  I don't
9  know if that's legal or not, but whatever.
10      And then he said if you -- if you -- if
11  he found out that you sent a loan to him and to
12  Rocket, he would fine you $50,000.  And I think it
13  was $50,000 per loan file.  Again, it's been a few
14  years, but that's my recollection.
15      So, obviously, it was an interesting
16  decision, I suppose.
17      ATTORNEY VILLEGAS:  Let's introduce Tab
18  9, Derick.
19      MARKED FOR IDENTIFICATION:
20      DEPOSITION EXHIBIT 9
21      Tweet
22      3:45 p.m.
23      ATTORNEY VILLEGAS:  I have that as
24  Farner 9.  Can you confirm that, Derick?
25      ATTORNEY CIVIDINI:  It's confirmed.

Page 206

1      ATTORNEY VILLEGAS:  Thanks.
2  BY ATTORNEY VILLEGAS:
3  Q.  Have you had a chance to review the exhibit?
4  A.  Sure.
5  Q.  Did you post this tweet about the UWM ultimatum?
6  A.  Yeah, it's on my Twitter account.  I don't -- I
7  wasn't the one that posted it, but knew -- knew of
8  it, and I think someone in PR posted it for me.
9  Q.  And did you approve of the tweet being published in
10  your name?
11  A.  Yes.
12  Q.  Why did the UWM ultimatum matter to Rocket?
13  A.  Well, probably a few -- a few reasons.  And this
14  goes back to even the discussions we were having
15  about volatility in interest rates.
16      I try to think about every situation and
17  how you can turn that into an opportunity.  And so
18  here was an opportunity presented to us where --
19  where these brokers had to make a decision.  And I
20  think the thought process -- and, again, I --
21  this -- okay.  I think we touched on this as well.
22  Bob Walters, Tim Birkmeier, and Austin Niemiec were
23  kind of running the day-to-day on this business.
24      I got a little involved when this
25  happened, more from a marketing perspective.  And

Page 207

1  why not communicate?  Look, if there's somebody
2  who's talking about taking away the very thing that
3  is beneficial to you, why don't we talk about the
4  fact that we're not doing that, that we actually
5  are here to support you.  So I think it created an
6  opportunity for us to maybe grow market share in
7  this space.
8      And then, you know, this is a -- local
9  business, and over the course of time, this
10  gentleman had to send his team members down to
11  Detroit.  They had distributed thousands and
12  thousands of flyers on people's cars.  Some team
13  members, some -- and the wind came and now there's
14  thousands of pieces of paper blowing around
15  downtown Detroit.
16      And, you know, it said things -- I think
17  there was a conference where he told people that
18  Dan Gilbert was going to die after he had his
19  stroke.  There was another situation where a person
20  who he supported through a company called AIME made
21  really nasty comments about Austin Niemiec, who I
22  said ran this business with his wife and Mat
23  Ishbia.
24      So I would say there was an opportunity
25  here, but I was also important because I don't

Page 208

1  think we liked how -- how this person was, you
2  know, conducting themselves.
3  Q.  Was there a concern that through the UWM ultimatum,
4  UWM would take broker market share from you?
5  A.  I would say that in any business and in the broker
6  side of the business, you're always trying to
7  figure out if someone can take market share.  It
8  could through a new product.  It could be through
9  pricing.  It could be through opening additional
10  AEs.  I mean, that's just part of business.
11      I think -- I think both.  I think people
12  thought, okay, well, it would be unfortunate if a
13  bunch of brokers flipped, but it also created an
14  opportunity.
15      And the other strange thing, to peel
16  back the onion a little bit, a -- broker or a
17  brokerage shop, which what he was talking about,
18  has three or four loan officers underneath it or
19  maybe another one has five or ten, but there's a
20  lot of them, 14-, 15,000 of these brokerage shops
21  across America.  The -- loan officer, really
22  dropped -- the loan officer is the one with the
23  relationships.  The loan officer knows the real
24  estate agents.  The loan officer brings in the
25  business.

Page 209

1    So even though there's probably an
2  initial concern, what was also discussed was if one
3  of these brokerage shops decides to move only to
4  UWM and exclude us, there is a high likelihood that
5  the loan officers underneath who've been using
6  Rocket will simply go to work at another.
7    And so there's the short run enthused --
8  not enthusiasm, discussion around this, but usually
9  most things, you know, over the long run, it's
10 going to kind of work itself out.  So how do we in
11 the short run use this as -- as an opportunity for
12 us to grow.
13 Q.  So I just want to read the first part of the tweet.
14 It says: "Great news:  Rocket Pro TPO has
15 increased its market share in the weeks since UWM's
16 ultimatum to brokers."
17    How did you know that Rocket Pro TPO had
18 increased its market share in the weeks since UWM's
19 ultimatum to brokers?
20 A.  What had been shared with me, if I remember
21 correctly, this was on the 17th of March.  I don't
22 know if that's Friday, a Saturday.  I feel it was
23 right around the day or after, whatever the -- he
24 had given a deadline for the ultimatum.
25    And so we had looked at the registration

Page 210

1  number for that week between when he issued the
2  ultimatum and when the deadline was.  And Tim
3  Birkmeier, whoever -- again, I couldn't say
4  specifically who gave me the data.  But people
5  running the business gave me the data and said,
6  "Registrations are up a lot."
7  Q.  What do you mean by "registrations"?
8  A.  Well, that's the first step in the loan process, so
9  when a broker writes a loan for a client, they
10 register it with us, and they lock the loan, and
11 that's -- now we start working on the loan.
12 Q.  So did registrations mean that new brokers were
13 working with you?
14 A.  It -- it could mean both.  It could mean that
15 existing brokers were increasing.  It could mean
16 that brokers that hadn't worked with -- worked with
17 us in the past because the ultimatum switched over
18 to us.  And I suppose here, because "market share"
19 is a pretty broad term, that could also be the
20 market share of brokers.
21    Because in this business, the end
22 result -- in this particular business, this
23 wholesale business, the end result is the loan.
24 But, really, what -- what our business is trying
25 to -- you get the loan by getting the broker.  So

Page 211

1  if fewer brokers were going to be working with UWM,
2  then the opportunity for more brokers to work with
3  us was there, which would, of course, increase
4  our -- our market share.
5  Q.  So when you wrote:  "Rocket Pro TPO has increased
6  its market share in the weeks since UWM's ultimatum
7  to brokers," did you mean registrations or did you
8  mean brokers or did you mean something else?
9  A.  You know, again, going back a few years, what I'm
10 sharing with you is the data that had been provided
11 to me, that -- if I -- if I recall -- recall
12 correctly, he had 4,000 or so brokers, but only
13 3,000 had signed up.  So there were 1,000 new
14 brokers who had been given -- who had been going to
15 UWM who now were available.  So I knew that there
16 were, on the whole, more brokers for us to
17 approach, and I knew that the registration number
18 had gone up.
19    I can't tell you exactly -- you know,
20 you asked me if I approved this tweet.  In all
21 likelihood, someone in PR wrote the tweet.  I knew
22 those two data points were accurate, so I approved
23 the tweet.
24 Q.  Which two data points are you referring to?
25 A.  Thank you.  The data point that 25 percent of the

Page 212

1  brokers that had been with Shore, or UWM, had not
2  agreed to the ultimatum and that the registration
3  volume had been up that week.
4  Q.  So were you assuming that the 25 percent that had
5  not agreed to the ultimatum were going to come to
6  Rocket?
7  A.  I -- I -- it would be hard for me what I was
8  assuming a few years ago.  But I would say that the
9  registration number that's a hard number, right?
10 That's actual files coming in, which I think the
11 number -- the increase from the week over the week
12 is something like 40 percent.
13 Q.  And was that information provided to you in a
14 report?
15 A.  I believe either Austin or Bob or Tim or a
16 combination of them had shown me a report with
17 those numbers.
18 Q.  Do you know which one of them was tracking the
19 registration metric?
20 A.  I would think that they were all tracking or having
21 someone track it for them.
22 Q.  And where would they get information about the
23 registration metric?  Would it have been from the
24 BiGG repository?
25 A.  Yeah, that could be one place for sure.  Yeah.

Pages 209 to 212

New York
212-273-9911

Hudson Court Reporting & Video
1-800-310-1769

New Jersey
732-906-2078

Page 213

1    Q.  Where else might they get information about reg- --
2       the registration metric?
3    A.  There is another system.  Let me think of it.  For
4       many years, it was called Lakewood.  Now it's
5       called -- shoot.
6           THE WITNESS:  Shawn, I can't remember.
7    A.  Anyway it's a -- it's the system that actually does
8       the loan origination.
9    BY ATTORNEY VILLEGAS:
10   Q.  Is this sometimes referred to as the "data lake"?
11   A.  No.
12   Q.  Okay.
13   A.  If you ask somebody else what Lakewood currently is
14      called -- it's just I'm having a -- maybe it will
15      come to me in the next few minutes.  Anyway, you
16      could pull reports out of -- out of that system as
17      well.  It wasn't as common.  But some of the --
18      like, somebody who's worked at the company for a
19      long period of time may have -- may have pulled the
20      report from there as well, if they were looking at
21      it.  I -- again, I -- I was shown the information.
22      I don't know how -- where -- where exactly they got
23      it.
24   Q.  Would you be able to see the registration numbers
25      in real time, or was there a delay between when

Page 214

1      someone would register and you would see that
2      information?
3    A.  Is "you" me specifically?
4    Q.  Yes.
5    A.  If I -- let me think through this question.
6          I was not -- I don't think I was --
7      again, Bob and Austin and Tim, so I wasn't looking
8      at the registrations on a regular basis.  I
9      probably could have if I wanted to use BiGG, as we
10      talked about.  I believe that was there, but I
11      wasn't.  I don't know how often they were looking
12      at it.  I would guess this week because of what was
13      going on, I bet you they were looking at it quite
14      often.
15   Q.  I guess my question is a little bit different.
16         The -- if someone registered for a loan,
17      would that be reflected immediately or is there a
18      lapse between that happening and that information
19      being reflected in the system?
20   A.  Good question.  A data person would be better at
21      telling us what the time delay may have been back
22      then.  Maybe it was an hour.  Yeah, I -- I don't
23      know what, you know, how often the database
24      reloaded.
25   Q.  Do you know who would know that information?

Page 215

1    A.  Well, I would imagine Austin Niemiec.  He did it
2      every single day.  So he would know if there was
3      a -- a delay or not.
4    Q.  How do you know whether the registrations would
5      actually close?
6    A.  Only looking back at historical performance.  And,
7      again, I -- I wasn't that close to this particular
8      business, but these gentlemen were.  And so I think
9      they had a pretty good, you know, feel -- remember,
10      we were talking earlier about pull-through -- of
11      what the pull-through was from a registration to a
12      closed loan.  And I don't remember anyone telling
13      me that there was a significant change in -- in
14      pull-through.
15   Q.  Do you recall what the pull-through was from a
16      registration to a closed loan during this point in
17      time?
18   A.  For -- for this wholesale business?
19   Q.  Yes.
20   A.  No.
21   Q.  Is pull-through something that was tracked
22      internally at Rocket for the wholesale business?
23   A.  Excuse me.
24         I would think that Austin would have
25      looked at that.  He has what we called "AEs,"

Page 216

1      account executives.  And if, you know, there's a
2      problem from registration to close, they would want
3      to be talking to brokers, saying, hey, what's
4      wrong?  Is there a concern?  So I -- I imagine that
5      that was data that he had -- was -- was able to
6      access.
7    Q.  Would you be able to access pull-through data in
8      the BiGG data repository?
9    A.  I don't know.  And I don't know because there had
10      been some technology changes on the wholesale side.
11      And I just don't know if that data at that time was
12      going into BiGG.
13   Q.  Would you equate the registrations that we're
14      talking about here with volume?
15   A.  Well -- well, it's a loan, and so it would be units
16      or volume.  I -- I probably wasn't equating it with
17      one -- one or the other.  Thinking back, I don't
18      know if I was equating it to a specific type of --
19      of market share.
20   Q.  Moving on to the next sentence in the tweet:  "More
21      than 8,000 independent brokers have rejected
22      becoming a controlled UWM branch."
23         How did you know that?
24   A.  So we had information that was shared with me,
25      again, from that -- in the same group of

Pages 213 to 216

**New York**
**212-273-9911**      **Hudson Court Reporting & Video**
**1-800-310-1769**      **New Jersey**
**732-906-2078**

Page 217

1    individuals.  They had worked, I think, with other
2    people in stats or -- or whatnot to look at the
3    denominator, the number of brokers in America.
4        And then I think they scrubbed out 1,500
5    or 2,000 that just were never doing business with
6    either of us, so it wasn't -- we didn't want to
7    include that in the denominator.
8        And then they took Mat Ishbia's direct
9    comment that I think he had had 3,000 brokers sign
10   the ultimatum.  And so, the very simple math was if
11   there are, whatever it was, 14,000-some registered
12   brokers and 12,000 have done business with either
13   of us, and 3,000 or so Mat claims he's got in the
14   ultimatum, that left a balance of 8 or 9,000
15   brokers that had not accepted his ultimatum.
16       And he made it very clear that either
17   you do it by this date, I think he said, or he was
18   going to -- I think he said at the time, "I
19   won't -- I won't kill loans out of my pipeline,"
20   meaning, once you have made application, I won't
21   kick the client to the curb.  That would be a
22   disaster.  But "you won't be allowed to put another
23   loan in my pipeline."
24   Q.  Do you know if more than 8,000 independent brokers
25   actually rejected becoming a controlled UWM branch,

Page 218

1    or was it that they didn't respond to the
2    ultimatum?
3    A.  Well, again, because of my understanding, the fact
4    of not -- and he was very adamant -- the fact of
5    not responding because he gave them a deadline, was
6    a rejection.
7    Q.  So if you look at the next sentence in the tweet,
8    "The results?  Volume is up significantly at
9    @rocketproTPO!"
10       What did you mean by "volume is up
11   significantly @rocketproTPO!"?
12   A.  Going back to the conversation that we had just had
13   about registrations, so that's a loan coming in,
14   and so I imagine someone would have shown me that
15   when you tabulate the loan volume of these
16   registrations, it's up from before the ultimatum,
17   and that Rocket Pro TPO is that -- that wholesale
18   channel.
19   Q.  When you say you "tabulate the loan volume of those
20   registrations," do you mean closed-loan volume?
21   A.  No.  I mean -- remember we said registrations, when
22   the broker says, look, I'm making -- I'm sending
23   you a loan for application.
24       And so you tabulate the volume of that
25   each one has a loan balance.  And if you add those

Page 219

1    up, that would be your -- your loan volume.
2    Q.  But you didn't specify one way or another in this
3    tweet that that's what you were referring to,
4    right?
5    A.  What's that?
6    Q.  Whether you were referring to closed-loan volume or
7    just loan volume.
8    A.  No.  Like we talked about at the beginning of this
9    deposition, volume can mean -- it's a very broad
10   word that can mean a lot of different things.
11       ATTORNEY VILLEGAS:  Let's do Tab 28,
12   Derick.
13       THE WITNESS:  Now, you've got me
14   wondering how many characters were left in my
15   tweet.
16   BY ATTORNEY VILLEGAS:
17   Q.  My next exhibit might give you some insight into
18   that.
19   A.  Okay.
20   Q.  So you have just been shown what's marked Farner
21   No. 10.  And if you could just take some time to
22   review it, and let me know when you are ready.
23   A.  Okay.

Page 220

1        MARKED FOR IDENTIFICATION:
2        DEPOSITION EXHIBIT 10
3        Text Chain
4        4:06 p.m.
5    A.  Okay.
6    BY ATTORNEY VILLEGAS:
7    Q.  Do you know what this is?
8    A.  It seems like a compilation of a text chain and
9    some other kind of documents about marketing
10   materials and a picture of Mat Ishbia.
11   Q.  Is (734) 552-6469 your cell phone number?
12   A.  It is.
13   Q.  Do you recall this being an exchange through text
14   messages on your phone?
15   A.  Or is there -- and I'm not trying to be difficult.
16   Is there another option?  Or --
17   Q.  Could it have been a Slack conversation or
18   something like that?
19   A.  Oh, okay.
20   Q.  So I can reask the question.
21       Do you recall this being an exchange
22   between text messages on an -- a cell phone?
23   A.  I think it was text messages.
24   Q.  And what are the text messages in this chat
25   describing?

Pages 217 to 220

New York
212-273-9911

Hudson Court Reporting & Video
1-800-310-1769

New Jersey
732-906-2078

Page 221

1  A. It's a discussion around the ultimatum.
2  Q. If we go to the bottom of page 741, three chats
3  from the bottom, at 10:17 a.m., were you texted:
4  "Aaron, write up a tweet for me"?
5  Do you see that?
6  A. I'm sorry. I'm at 740.
7  741. Okay.
8  I do.
9  Q. Okay. And if you go to page 742, at 10:55 a.m.,
10  Aaron Emerson sent you the suggested tweet, right?
11  A. Yeah.
12  Q. And if you go to the bottom of that page at 742, do
13  you see at 12:06 p.m., you write: "Adjusted
14  suggested tweet."
15  And on the next page, there is the
16  adjusted suggested tweet, and you write, "Does it
17  fit?"
18  Do you see that?
19  A. Yeah.
20  Q. If you could go to page 744, if you look at your
21  message at 1:05 p.m., you write: "There are 12k
22  plus brokers in the US. Ish claims he had 4,000
23  signed (don't believe him). 12 minus 4 equals 8,
24  do the fucking math Crain's. Every broker that
25  didn't sign goes to his site and gets the pop-up

Page 222

1  that they can (sic) submit loans. Send them the
2  screenshot."
3  Do you see that?
4  A. Yeah, can't submit loans. Yes.
5  Q. Thank you for the correction.
6  Are you referring -- who are you
7  referring to when you say "Ish"?
8  A. Mat Ishbia. I think later -- somewhere in here, I
9  read the news -- news article where they did -- I
10  thought, where the spokesman confirmed that not all
11  4,000 had signed, so...
12  Q. If you could go back to page 741, the very first
13  text message at the top.
14  A. Yes.
15  Q. Can you describe to me what's happening in this
16  conversation between you, Casey Hurbis and others?
17  A. I think, as we had discussed, after a multitude of
18  what I thought was kind of inappropriate business
19  practices, we were now dealing with this.
20  And if I'm -- Casey Hurbis, who's our
21  CMO, and so I am mentioning that we have done for
22  35 years a great job, best places to work,
23  countless J.D. Power Awards. There's a lot of
24  positive things.
25  And at the time, I think we were dealing

Page 223

1  with Crain's publication. Crain's is wanting to
2  discuss negative things.
3  And I'm interested in talking about
4  positive things. As I talked to you about before,
5  an opportunity to grow.
6  And so there's a list of people who we
7  were partnered with, and I'm encouraging Casey to
8  talk to them and get out and make sure that they're
9  also talking positive things about our company.
10  Q. When you say, "talking positive things about our
11  company," did you mean to the media?
12  A. Media, friends, family, you know, we just -- we had
13  a large group of people that we sponsored, and now
14  we're getting negative, you know, press created by
15  this.
16  And there were so many great things for
17  us to be discussing, why not use the people that we
18  have paid to represent us to talk positively about
19  us?
20  Q. In the first text message, who are "the folks at
21  WJR"?
22  A. That's a local radio station here.
23  Q. And in the next two text messages you referred to
24  Barry Sanders and Larry Fitzgerald.
25  Were they in some way working with

Page 224

1  Rocket at the time?
2  A. Yes. I -- I believe we had a sponsorship with
3  Barry locally, and I believe we had a sponsorship
4  with -- Larry Fitzgerald at the time was a, I
5  think, wide receiver for the Arizona Cardinals, so
6  a national sponsorship with him.
7  Q. And just a few texts down, what about Jason Momoa,
8  Tracy Morgan, and the WWE guy, and the social
9  influencer gal?
10  A. Yeah. Obviously, I don't know who they -- who they
11  are. But I think these were people -- we had done
12  some Super Bowl ads with Jason and with Tracy
13  Morgan.
14  Q. Were you also working with the commissioner of the
15  PGA or the commissioner of the NFL?
16  A. We host a golf tourn- -- PGA golf tournament here
17  every year in the City of Detroit, the first golf
18  tournament ever in the City of Detroit to help the
19  City. And we have a -- I think, at this time, an
20  NFL sponsorship.
21  Q. And you wanted the President of the United States
22  to come out for Rocket?
23  A. I don't believe so, no. I think what I was
24  referencing -- because sometimes people will say,
25  oh, they won't do it. What I was referencing is --

Pages 221 to 224

New York
212-273-9911

Hudson Court Reporting & Video
1-800-310-1769

New Jersey
732-906-2078

Page 225

1  again, I won't read it, but "I had noticed the
2  President of the United States had no problem
3  commenting on the Governor of New York or the
4  unions trying to penetrate Amazon."
5       And I can't remember what he said, but
6  it must have been a topic during that time.
7       And so, I was kind of commenting on the
8  fact that it's kind of funny -- not funny, but --
9  if you will look at the sentence above, that's a
10  reference to Tom Izzo, who we also are a sponsor at
11  Michigan State, and Tom was not willing to take a
12  stand on this.
13       And so I'm kind of having a -- I'm kind
14  of suggesting that, like, I mean, all these people
15  that we have brought onboard -- and we have good
16  stories to tell.  We do a good job.  We have the
17  highest client service rating in America.
18       Instead of getting wrapped up in this,
19  you know, not-good-for-business situation, where
20  he's basically telling people, even though you are
21  a broker, and you can -- you could only use me, you
22  can't use a competitor, because I'm afraid of
23  them -- and I think if we go back and look, we'd
24  been gaining market share on them in Q3 and Q4 of
25  the previous years.

Page 226

1       Let's -- let's not take that bait.
2  Let's get out there and talk positive about all the
3  great things we're doing, and let's be a little,
4  what I call, street here.  Let's use all the assets
5  that we already have at our disposal.
6  Q.  On the message that you started reading before
7  about the President of the United States, you
8  write:  "I know we helped with big dollars for his
9  inauguration.  Shouldn't he be speaking out against
10  anticompetitive action?  Get with RGR team."
11       What is the RGR team?
12  A.  Something with government relations.  And so -- and
13  I think I brought up this earlier, but -- and I
14  think there may have been a few lawsuits actually
15  filed, but this is anticompetitive, to force
16  someone to not use a competitor.
17       That would be like Ford Motor Company
18  saying, If you buy a General Motors product, you
19  can never buy a Ford product again.
20       So isn't that worth bringing certainly
21  to the government and whoever makes these rules?
22  Q.  If you go up a little bit to the message you send
23  at 10:14 a.m.  I think it's -- yeah.  You wrote:
24  "Anyone who does not get onboard we will work to
25  terminate their contracts immediately.  I'm

Page 227

1  absolutely done begging people to do the right
2  thing."
3       Did you end up terminating anyone's
4  contract due to them not coming out for Rocket on
5  the UWM ultimatum?
6  A.  Not that I'm aware of, no.  I think I was just a
7  little hot under the collar at the time.
8  Q.  How did you know Tom Izzo wasn't willing to take a
9  stand on behalf of Rocket?
10  A.  I had talked to Tom in the past.
11  Q.  You had talked to Tom in this two-week time frame
12  about the UWM ultimatum?
13  A.  No.
14  Q.  But you knew that Tom Izzo wasn't willing to take a
15  stand against UWM?
16  A.  I had talked to Tom in the past about some of the
17  concerns that I already surfaced with you about the
18  flyers, the sexual comments about my team member's
19  wife.  And just said to Tom, because Tom knew
20  Mr. Ishbia, Hey, you know, do you like these
21  comments?  We're sponsoring Michigan State, and I
22  don't like how this feels.  You know, you know this
23  guy.  You know, how do you feel about this?  Tom
24  didn't seem to care.
25       ATTORNEY SCOTT:  Yes, Ishbia was a bench

Page 228

1  warmer at Michigan State, right?
2       THE WITNESS:  Yeah.
3       Sorry.
4       ATTORNEY VILLEGAS:  No.  That's okay.
5       Are you testifying, Jeff?
6       ATTORNEY SCOTT:  No, I'm just saying.
7  It's an observation.
8       ATTORNEY VILLEGAS:  I'm kidding.
9       THE WITNESS:  That's how Tom knew him.
10       ATTORNEY VILLEGAS:  Okay.
11       ATTORNEY SCOTT:  Yeah, that's how Tom
12  knew him.
13       ATTORNEY VILLEGAS:  Let's go to Tab 25,
14  Derick.
15       MARKED FOR IDENTIFICATION:
16       DEPOSITION EXHIBIT 11
17       Email to Peter Giacchi
18       4:21 p.m.
19  A.  Different --
20  BY ATTORNEY VILLEGAS:
21  Q.  Yes, you can put that one aside.
22       So, Mr. Farner, you've just been handed
23  what's marked as Exhibit Farner 11.  If you could
24  just read it and let me know when you're ready.
25  A.  Okay.

Pages 225 to 228

New York
212-273-9911

Hudson Court Reporting & Video
1-800-310-1769

New Jersey
732-906-2078

Page 229

1    Q.  So this is an email from you to Peter Giacchi,
2         copying others.  Who is Peter Giacchi?
3    A.  I think he was a member of Citadel Securities, who
4         was a, you know, an investor or possible investor.
5         I'm not even sure if they actually had investments
6         in Rocket or not at the time.
7              But it was somebody we knew that was
8         just sharing, I think, a Wall Street Journal
9         article about the fact this -- this was in
10        September or -- September, we had just gone public
11        a month earlier -- about the fact that the stock
12        was bouncing around.  And it just -- I think the
13        Wall Street Journal article or something or maybe
14        it's him, I don't know who created the bullet
15        point, it says, the market is just undecided about
16        how to think about our company.
17   Q.  So do you see the "re" line under "Subject," where
18        it says:  "Moving below $25"?
19   A.  I do.
20   Q.  Are you referring to Rocket moving below $25 a
21        share?
22   A.  Yeah, I'm trying to see -- because I can't -- I
23        can't see this.  I don't if I -- am I -- this looks
24        like a chain where I'm -- I'm replying.
25   Q.  Mm-hmm.

Page 230

1    A.  But the heading -- the headings -- it says:  "Heard
2         on" -- I just can't tell if I typed that or
3         that's -- doesn't sound like something I would
4         type, or someone else typed that and I'm responding
5         to it.  I'm just trying to make...
6    Q.  So if you start at the very bottom --
7    A.  Yeah.
8    Q.  -- on page 423, it looks like Peter Giacchi is
9         emailing you and others at Rocket.
10   A.  Correct.
11   Q.  And the subject is:  "Rocket in 'Heard in the
12        Street' column, WSJ."
13   A.  Correct.
14   Q.  Right?
15             And then if you look below, it says:
16        "Rocket WSJ's 'Heard on the Street' column expects
17        trading in Rocket Companies to be volatile for some
18        time."
19   A.  Yeah.
20   Q.  And then parentheses "$26.49."
21   A.  Right.  And that's what I was referencing.  It's a
22        discussion about the marketing trying to figure out
23        what type of -- what company we are.
24             Where I'm getting a little lost is so
25        you can see that subject line, and then it seems

Page 231

1         like maybe he sends another, like, a separate, you
2         know, maybe related but separate chain three hours
3         later.  And now he's changed the subject line to
4         where the shares are trading.
5              And then this next one, we don't see a
6         subject line, but I'm wondering if the subject line
7         he had in the next one was "Moving below 25."  I
8         just -- I'm saying I think I'm responding to -- to
9         him.  I'm -- I didn't create the subject line.
10        I -- I don't think I was watching the 5:00 to
11        8:00 a.m. movement of the stock.
12   Q.  Do you think the market was having a hard time
13        understanding what kind of company Rocket was at
14        this time?
15   A.  Yeah, as we've been kind of talking about all day,
16        there wasn't another company that had all the
17        things that we had from a marketing, servicing,
18        retention, and other -- there wasn't other
19        companies viewing the lifetime value of a client
20        that -- the way that we were.  And that's normal.
21        I mean, we were public for 30 days.
22             And going back, remember, we -- we
23        decided to do the IPO, we started talking about it
24        in '19, the fall of '19 after Dan had had a stroke.
25        He had said, Look, I'd like to do something.  I'd

Page 232

1         like to raise roughly $3 billion or so.  And then
2         the pandemic hit.  And then we weren't sure if we
3         could or should do it.  And then the -- and then we
4         worked our way through, making sure we still were
5         going to have a business.
6              But it was a much different, what they
7         call, road show in the -- you know, up to this
8         point in time, people, like, were traveling and
9         visiting and being able to share their story about
10        what kind of company they -- they had.  We -- that
11        was an abridged process for us on Zoom calls.  It
12        was -- it was choppy.
13             And so I think for our company, that
14        just added to the challenges that people might
15        have, like, okay, wait, who are these guys?  You
16        know, they're doing great things, but we still had
17        to work to explain to -- to people how the company
18        worked.
19   Q.  Do you think that by the first quarter of 2021, the
20        market had an understanding of what kind of company
21        Rocket was?
22   A.  Based on conversations that I had -- and you could
23        see the questions and so forth -- no, I don't think
24        we had gotten there yet, with people really
25        understanding the full platform that we were

Pages 229 to 232

Page 233

1    building.
2    Q. When did you leave Rocket?
3    A. Officially, I left Rocket the last day or maybe the
4       first day of June in 2023.
5    Q. Why did you leave Rocket?
6    A. It was time for me to go spend more time with my
7       kids.
8    Q. Do you think that as of June of 2023 the market had
9       an understanding of what kind of company Rocket
10      was?
11   A. I don't know in June because I had been
12      transitioning a lot of my work to Bill Emerson from
13      February to June, so I wasn't as in tune with what
14      happened in the spring of that year.
15   Q. What about in February of 2023, do you think the
16      market had an understanding of what kind of a
17      company Rocket was at that time?
18   A. That's a good question. I -- I don't know. We
19      were probably spending less time communicating. I
20      thought it was a great -- again, I bought a lot of
21      stock in that year because I thought it was a very
22      good time to be buying the stock, understanding the
23      company and its value.
24         But that would be a better question for
25      like a Brian Brown or a Julie Booth, probably spent

Page 234

1    more time talking to analysts during that period.
2    Q. So just going back to the -- the time period that
3       we're talking about, the relevant time period
4       between August 2020 and the end of May of 2021.
5          When you say you didn't think the market
6       had a good understanding of what kind of company
7       Rocket was, do you mean that they were focused too
8       much on short-term growth versus long-term growth?
9    A. I don't know if they were focused on short- or
10      long-term growth. I think the concept of the
11      millions of clients in our database, our ability to
12      bring clients in on a different product besides a
13      mortgage, at a lower cost to acquire, and then
14      later turn that client into a mortgage, you know,
15      they were still -- they were still figuring that
16      out.
17         One of the discussions we had had over
18      time, there were different sets of analysts. Some
19      analysts were traditional finance mortgage
20      analysts. Some analysts were FinTech analysts.
21      Some analysts were real estate analysts. You could
22      watch and see that depending on the analyst, they
23      even viewed the company a little differently.
24         And, again, I'll go back to our -- you
25      know, I wish we had more time through that IPO

Page 235

1    process to -- to educate, but it is -- it was what
2    it was.
3    Q. Were you concerned at all during the relevant time
4       period that analysts were focusing too much on
5       growth quarter over quarter versus growth year over
6       year?
7    A. I wouldn't say I was concerned either way. You can
8       probably see from my statement here: "Oh, well,
9       we'll just keep writing loans and making billions."
10         I'm basically saying I don't want to get
11      wrapped up in the day-to-day movements of this
12      stock. I can't control it. But what we can do is
13      keep proving out the strategies. We can keep
14      growing the client base. And over time my belief
15      was that people would see that, and they would have
16      a better and better understanding of the company.
17   Q. Did Rocket track internally during the relevant
18      time period the analysts' consensus?
19   A. To?
20   Q. Let me withdraw that question.
21         Do you have an understanding of what
22      analysts' consensus for quarterly earnings, for
23      example?
24   A. I know there are analysts. The con- -- the word
25      "consensus" I'm maybe a little less -- because I

Page 236

1    think that's a -- again, a numerator/denominator
2    type issue. So I think you would be moving around,
3    depending on which analyst, when they updated their
4    numbers. We -- we were -- because we had the data.
5    We're updating numbers pretty regularly, weekly or
6    so forth. But you could bump into analysts who
7    would update numbers in mid January and not do the
8    numbers again until the earnings call.
9       And so someone might say, well, there's
10   a consensus, but if you really peel the numbers
11   back, you've just got analysts who are covering a
12   lot of companies who just haven't spent any time
13   even updating the numbers. And so I was always
14   cautious about those comparisons because I knew
15   our -- where our data was, but I'm not -- was even
16   sure their data was relevant, timely, or accurate.
17   Q. I think you just said you were updating the weekly
18      numbers. What did you mean by that?
19   A. Well, as -- we talked about it on -- on BiGG. You
20      could -- once loans closed or things -- that data
21      is available to you, looking backwards.
22         So I guess my point was, not
23      specifically that we were doing, but just that we
24      had the data so we have the ability to do that.
25      Where an analyst, I don't know how often they look

Pages 233 to 236

**New York**
**212-273-9911**

**Hudson Court Reporting & Video**
**1-800-310-1769**

**New Jersey**
**732-906-2078**

Page 237

1  at it or do it.
2  Q. Did analysts have access to the information that
3      was housed in the BiGG database?
4  A. Analysts would have access to similar information.
5      They wouldn't be getting it from -- from BiGG.
6      But, certainly, in terms of closed loans,
7      securitizations, a lot of that information is going
8      to be public. You're going to see capital markets
9      trading in the Bloomberg. And so they probably
10     have more access to -- than me, based on their --
11     what they do for a living, to go in and look at
12     that -- that information.
13         So I would say those types of things,
14     they have access to MBA forecasts. They have
15     access to Fannie and Freddie. They have access to
16     the ten-year Treasury. We did not give them access
17     on like how many team members worked there on a
18     daily basis or things like that.
19 Q. Did analysts have access to registrations on a
20     weekly basis?
21 A. There are reporting companies or -- or like
22     magazines, IMF is one of them, that do report
23     originations. I couldn't tell you how often they
24     do that. But remember, we also gave guidance for
25     the quarter we were in and the upcoming quarter.

Page 238

1      So we were giving them, again, as close to relevant
2      data without providing something that no one could
3      predict.
4  Q. Did analysts have access to weekly gain-on-sale
5      margin?
6         ATTORNEY SCOTT: Objection, form.
7      You can answer.
8         THE WITNESS: Okay.
9  A. Whether that's Rocket or Shore or Fairway or
10     Wells Fargo, my understanding is, again, because
11     we're trading and hedging, they can -- they can
12     look and figure out kind of where Rocket is pricing
13     based on the trades we're making or the hedges
14     we're doing; and, again, we -- you wouldn't use
15     weekly gain on -- we talked about this is a lot.
16     It's just there's so many variables about what can
17     make that go up and down over time, a marketing
18     incentive, a banker incentive.
19         But what we tried to provide was, as you
20     know, the gain-on-sale margin for the quarter we
21     were reporting and also that -- that future quarter
22     to give them some insight into our best, you know,
23     thought about where it would be.
24 BY ATTORNEY VILLEGAS:
25 Q. What metrics that were houses indeed BiGG did

Page 239

1      analysts not have access to?
2  A. We -- we touched on that. Team member data and
3      information.
4         I want to be clear, we didn't have
5      analysts access to -- to our BiGG. What I'm trying
6      to do is compare the data that's in there that they
7      could probably find other ways from the data that I
8      don't know how they would -- they would find.
9         So, you know, again, team members -- I
10     don't think they could find out how many phone
11     calls we made on a daily basis or how many emails
12     we sent out on a daily basis. They can look
13     backwards into our marketing information, but they
14     wouldn't see how many leads we generated on a daily
15     basis.
16 Q. Would analysts know what Rocket's pull-through was
17     either in the retail channel or the TPO?
18         ATTORNEY SCOTT: Objection, form.
19 A. That's a good question. When we sell the vast
20     majority of our loans -- FHA, Fannie Mae, Freddie
21     Mac -- there's a ton of reporting on how our loans
22     perform in those sorts of things, so defining
23     pull-through, because we talked about there being a
24     lot different definitions of it, certain
25     definitions of that I think they could probably get

Page 240

1      to through using other reporting sources.
2  Q. So would analysts be able to determine what the
3      current pull-through was at Rocket at any given
4      point based on outside sources?
5  A. Again, we have to define, when you say
6      "pull-through," what you're specifying?
7  Q. So when I'm talking about pull-through, I mean the
8      time it takes from someone applying for a loan to
9      that loan being closed.
10         Would analysts have accessed that
11     internal data from Rocket?
12         ATTORNEY SCOTT: Objection, form.
13      You can answer.
14         THE WITNESS: Okay.
15 A. So that's like a turn time. And I believe we --
16     this, again, would be a better -- a better question
17     for Austin Niemiec or Heather Lovier, but I believe
18     we shared turn times with the broker community. I
19     don't know if we -- the J.D. Power report that I
20     was referencing, I believe that also spoke to
21     Rocket's turn times.
22         So they might not have the most -- you
23     know, the next day or the next week, but I think
24     there's data out there that helped shed light on
25     what our -- our turn times might be.

Pages 237 to 240

New York
212-273-9911

Hudson Court Reporting & Video
1-800-310-1769

New Jersey
732-906-2078

Page 241

1  BY ATTORNEY VILLEGAS:
2  Q. Was there data out there that said what your turn
3     times actually were?
4  A. The -- the two things I just mentioned, I think we
5     were the ones that gave the data.
6  Q. I'm just asking because I think your response was
7     what turn times might be.
8         My question was: Was there data out
9     there that said what your turn times actually were?
10 A. Yeah.  Again, with the caveat of probably reaching
11    out to the people that are closer to this than me.
12        My understanding was that we shared this
13    with the broker community quite regularly because
14    they were interested in how quickly a loan would
15    turn.  And I believe we shared it with J.D. Power
16    as well because that was part of their client
17    service rating.  And I have no reason to believe
18    that the data we shared which, obviously, is
19    public, I believe we shared our -- our real data.
20 Q. How often do you share that data with J.D. Power?
21 A. I don't know how often they required it.  They gave
22    us the award once a year.  I don't know the
23    frequency of the data being shared.
24 Q. So just to go back to my earlier question for
25    pull-through percentage, how long would it take to

Page 242

1     go from a loan lock to close, to a closed loan?
2  A. Okay.  I didn't remember you asking me that before.
3     Depends on the time frame.  In 2020, we'd go from
4     whatever 2 1/2 trillion to 4 1/2 trillion of
5     mortgages.  We didn't double the number of
6     appraisers in the country.
7         And, in fact, even -- even the
8     appraisers that were there, because of COVID and
9     also couldn't get in people's houses, so turn times
10    got much longer.  And, again, that was well known
11    in the industry, appraisers were talking about it,
12    et cetera, et cetera.
13        In a market where there's less demand,
14    turn times typically speed up.  And I -- you know,
15    again, I believe that I've seen this reported in
16    like, you know, a Motley Fool or other people that
17    rate mortgage companies.  But it -- it just depends
18    on what's happening in the economy or in the world,
19    I guess, that turn times can go up and down.
20 Q. What other metrics did analysts not have access to
21    that were housed in the BiGG database?
22 A. I don't know.
23 Q. But you're saying analysts could figure out what
24    was going on in Rocket just based on publicly
25    available information?

Page 243

1  A. I would say that we're in the USA mortgage market
2     which is a commodity business driven by the federal
3     government.  I would -- there are probably
4     industries that have more available data, but it
5     would be hard for me to think of them.
6         This is an industry where a considerable
7     portion of how you're performing or what you're
8     doing is tracked by government agencies, as I
9     talked about before, Fannie Mae, Freddie Mac, FHA,
10    state regulators, federal regulators.  There's just
11    a ton of reporting that exists out there to make
12    people pretty smart about the mortgage business.
13 Q. So if it's true that analysts knew what was going
14    on with Rocket based on publicly available
15    information, why would analysts who followed Rocket
16    come up with different numbers in terms of how they
17    believed Rocket was going to do for a given
18    quarter?
19        ATTORNEY SCOTT:  Objection, form.
20 A. Yeah, I would say that's above my pay grade in
21    terms of how they do their modeling.
22
23 BY ATTORNEY VILLEGAS:
24 Q. Was it important to Rocket to track how analysts
25    viewed the company?

Page 244

1         ATTORNEY SCOTT:  Objection, form.
2  A. In -- in what way or why or, I guess help me.
3  BY ATTORNEY VILLEGAS:
4  Q. Let me ask it a different way.
5  A. Okay.
6  Q. I'll withdraw that question.
7         Did Rocket review reports that were
8     published by Rocket from analysts?
9  A. I would say that those reports -- the IR team would
10    look at those.  Their job was to interact with
11    analysts and investors.  And, occasionally, those
12    reports might be shared.
13        As you can probably tell from some of my
14    communication, again, in -- in -- March 2nd or 3rd
15    when the stock price went up to, whatever it was,
16    $38 a share for -- there's nothing different
17    between March 1st and March 3rd, except for a bunch
18    of investors that shorted our stock, and they were
19    getting squeezed by meme or retail traders is my
20    understanding.
21        If you -- it may be interesting, a
22    gentleman I know who ran a public company for a
23    long time, said, look, that's -- it's always in- --
24    the company you're involved with, it's interesting
25    to watch or ask questions, but you -- you don't

Pages 241 to 244

**New York**
**212-273-9911**

**Hudson Court Reporting & Video**
**1-800-310-1769**

**New Jersey**
**732-906-2078**

Page 245

1  control that.
2      So the same philosophy around analysts,
3  if they have good feedback, if they're saying,
4  Listen, we're -- we're not understanding a portion
5  of your business and we'd like to, and there's
6  something we can educate them on that's within the
7  legal, proper bounds, certainly.
8      But if you invest -- Dan Gilbert used to
9  say:  This is a get rich slow scheme.  If you
10 invest in your people, in your clients over long
11 periods of time, your business will grow.
12      And that's a better view, I think, than
13 worrying about an analyst saying the ten-year
14 Treasury is reaching the highest level in 30 years
15 so we don't think mortgages are going to do as
16 well.  Of course, everybody knows that, but that
17 could change next week.  Let's focus on the big
18 items that allow our company to be successful.
19      So I don't think they paid a lot of
20 attention to what analysts thought.
21 Q.  So you're saying it wasn't important to Rocket to
22     meet analysts' expectations for a given quarter?
23      ATTORNEY SCOTT:  Objection, form.
24 A.  Yeah.  I don't know about the word "important."  I
25     would say that, again, going back to my experience,

Page 246

1  taking the company public, the inability to meet
2  with people, and build relationships, certainly you
3  want to -- you want to have relationships and build
4  trust.  And so being thoughtful about what we told
5  people in earnings calls, to the best of our
6  ability with the information we had, that matters.
7      ATTORNEY VILLEGAS:  Let's go to Tab 10,
8  Derick.
9      THE WITNESS:  You have another water
10 over there somewhere.
11      ATTORNEY SCOTT:  We've been going just
12 about over an hour now, you want to --
13      ATTORNEY VILLEGAS:  We can take a break.
14      ATTORNEY SCOTT:  You want to take a
15 quick break?
16      THE WITNESS:  Yeah.
17      VIDEO TECHNICIAN:  Off the record at
18 4:46.
19      (Off the record at 4:46 p.m.)
20      (Back on the record at 5:03 p.m.)
21      VIDEO TECHNICIAN:  We are back on the
22 record.  It's 5:03.
23
24
25

Page 247

1      ATTORNEY VILLEGAS:  Derick, did you
2  introduce Tab 10 as the next exhibit.
3      MARKED FOR IDENTIFICATION:
4      DEPOSITION EXHIBIT 12
5      Email from Natasha Cooksey
6      5:03 p.m.
7  BY ATTORNEY VILLEGAS:
8  Q.  Mr. Farner, you have been handed Exhibit Farner 12.
9      If you could take some time to review it.  There's
10     a lot of information in there.  I'm only going to
11     have a question about a few pages.  But please take
12     the time to familiarize yourself and then let me
13     know when you're ready.
14 A.  Thank you.
15 Q.  Just so you know, I'll be focused mostly on page
16     314 thereabouts, ending 314 -- sorry, ending 014.
17 A.  The Bates number?
18 Q.  That's correct.
19 A.  Okay.  Thanks.
20      ATTORNEY SCOTT:  Tell me the number you
21 said you're focused on?
22      ATTORNEY VILLEGAS:  Let me make sure
23 I've got -- I've got the right one.  Hold on a
24 second.
25      ATTORNEY SCOTT:  Yeah, I'm not sure it

Page 248

1  is this.
2      ATTORNEY SALDAMANDO:  A couple of Bates
3  numbers have the decimals.
4      ATTORNEY SCOTT:  Oh, you're talking
5  about the decimals.  Then I got it.  There are
6  decimals on some of the pages, yeah.  So there's a
7  page that's 094, 15 of 19.
8      THE WITNESS:  Yeah.  Uh-huh.
9      ATTORNEY VILLEGAS:  Yep, I got it.
10 A.  Okay.  I see 014.  Did you say there was another
11     page as well?
12 BY ATTORNEY VILLEGAS:
13 Q.  This is the page I wanted to ask questions about.
14 A.  Okay.  I want to zip through these others, just to
15     make sure.  Okay.
16 Q.  Could you actually go back to the cover email.  I
17     just had a couple questions about that first.
18 A.  Okay.
19 Q.  So this is an email from Natasha Cooksey to you,
20     Nicole McGrail, copying Brian Brown.  And the
21     subject is "Monday Folder."
22      Do you have an understanding of what
23 "Monday Folder" is?
24 A.  Back in September of 2020, I'm guessing it's
25     information that they sent to me on -- on a Monday.

Pages 245 to 248

New York
212-273-9911

Hudson Court Reporting & Video
1-800-310-1769

New Jersey
732-906-2078

Page 249

```
 1    But my practice of -- it's a lot of information
 2    here.
 3  Q. Did you request the information in the Monday
 4    Folder?
 5  A. I don't believe so.  I think that was a document
 6    that the finance team had put together.
 7  Q. Did you ask the finance team to put information
 8    together for you that was reflected in the Monday
 9    Folder?
10  A. Well, that I should -- I did not look a lot of time
11    through the entire folder because we were going to
12    focus on that one page.  There -- there might be
13    information that was of interest to me.  Let me
14    pause that.
15  Q. Let me -- you can review it but let me just ask it
16    a different way.
17          Do you remember during the relevant time
18    period receiving the Monday Folder Report?
19  A. I believe that I did receive this report.  I don't
20    recall spending a lot of time on a regular basis
21    looking at the report.
22  Q. Was there a meeting to discuss the contents of the
23    Monday Folder held during the relevant time period?
24  A. No, I don't believe there were meetings around
25    this.
```

Page 250

```
 1  Q. Okay.  So now if you want to go to the Bates ending
 2    .014, which I have as 17 out of 65 in the
 3    PowerPoint.  And the top of it says:  "Rocket
 4    Internal Forecast Versus Analyst Consensus
 5    Average."
 6          Just let me know when you're there.
 7  A. 0014?
 8  Q. Correct.
 9  A. Yeah.  Okay.
10  Q. Do you know why this slide was prepared?
11  A. In looking through this folder, it looks to me like
12    the finance team or Natasha Cooksey, who I think
13    was Brian Brown's assistant, has taken a variety of
14    other stuff, for lack of a better term, and kind of
15    mishmashed it all together.
16          This particular document may have been
17    something that the IR team was looking at.  But I
18    can't say for certain what the -- what her
19    decision-making process was to select what went
20    into this -- into this batch of stuff.
21  Q. Why did Rocket prepare a report of its own internal
22    forecast versus analysts' consensus?
23  A. Again, probably would need to track back who this
24    was, you know, created for and ask them.  Because
25    as -- as we have been talking about all day, this
```

Page 251

```
 1    was on October 2nd of 2020, which would put you
 2    into the end of the third quarter.  So a Column C
 3    would probably be pretty accurate.  But as you get
 4    into 4, you know, that's all they've done here,
 5    actually, it looks like.
 6          You know, it probably becomes less
 7    accurate.  I wonder if maybe the IR team, this
 8    would just help them as they were having
 9    communications with analysts to kind of gauge.
10    I -- I don't know.  We'd have to probably ask them.
11  Q. So you don't know why someone at Rocket would have
12    prepared this slide comparing internal forecasts to
13    analysts' consensus average?
14  A. Yes, I don't know how they were -- or what their --
15    what their purpose was in using this.
16  Q. Are you familiar with the concept of a trading
17    window?
18          You can put that document to the side.
19  A. Oh, yeah, I was just noticing here it said:
20    "Consensus average based on analysts' coverage as
21    of September 14th."  We were talking about this
22    earlier, which is two weeks pre this report.  And
23    my experience is analysts don't update every single
24    day, so let's say they updated 30 days prior, you
25    are looking at data that we've updated probably on
```

Page 252

```
 1    the 2nd and comparing it to a consensus that is
 2    probably 30, 45, 60 days dated.
 3          So back to your question about why would
 4    somebody do this.  It's -- I don't know any
 5    rationale for using dated information to make any
 6    decisions.  Interesting tidbit.
 7          I'm sorry.  What was your question?
 8  Q. Are you familiar with the concept of a trading
 9    window?
10  A. I am.
11  Q. Why do publicly traded companies set up trading
12    windows?
13          ATTORNEY SCOTT:  Objection to form.
14  A. This is probably a better question for Angelo
15    Vitale.  My understanding of a trading window is
16    that it tells our team members when they could buy
17    or sell shares without talking to an attorney.  I
18    don't know if that totally, you know, changes, but
19    I know for us, if we -- Angelo would open and close
20    the window.  If we closed a window, then we had to
21    go and talk to general counsel and go through a
22    process if we wanted to reopen a window to -- to
23    trade.
24          So I think it gives dates of when you
25    can or can't trade the stock.  And I don't know if
```

Pages 249 to 252

New York
212-273-9911

Hudson Court Reporting & Video
1-800-310-1769

New Jersey
732-906-2078

Page 253

1  that's the SEC.  I don't know the foundation about
2  how that was established.
3  BY ATTORNEY VILLEGAS:
4  Q.  Did Rocket have a calendar with trading windows on
5  it?
6  A.  Yeah, we -- we may have.  Again, Angelo would know
7  that.  I can just recall receiving emails from
8  Angelo about -- to the company about when the
9  window was open and when the window was closed.
10  Q.  Do you think trading windows are important for
11  public companies to have?
12          ATTORNEY SCOTT:  Objection to the form.
13  A.  I would have to imagine there's some logical
14  thinking behind them.  I think providing clarity to
15  our team members is important and also providing
16  training and/or avenues to reach out if they had
17  questions about what they were doing.
18          Again, we had just become a public
19  company, based on the last document you gave me, a
20  month prior.  And so people were learning.  But I'm
21  assuming that's why they exist, is to set some, you
22  know, guidelines for people about when they can and
23  can't trade or at least to know to raise their hand
24  and ask questions.
25  Q.  Do you have an understanding of what material

Page 254

1  nonpublic information is?
2  A.  I would say that I probably have a general
3  layperson's business understanding.  I would also
4  say that that -- the way it's been described to me
5  over the years is an important legal discussion.
6  And so if I was ever in a position, and I think I
7  was on two or three occasions, I would go to Angelo
8  or Tina or both and have a discussion with them
9  about what it really meant in context of whatever
10  we were talking about.
11  Q.  What were the two or three occasions that you're
12  referring to?
13  A.  Well -- so -- so we had taken the company public
14  August of 2020 -- August of 2020 -- with the
15  mission to, I think, do about 3-, 3.2 billion
16  dollar (sic), because Dan -- for a year prior,
17  after Dan's stroke, he had been talking about.  It
18  was important for a variety of reasons:  One, being
19  that we wanted to have some extra capital to
20  support the business, and he wanted to, of course,
21  support his initiatives in Detroit and charity,
22  et cetera.
23          So we worked to take the company public,
24  but we fell short of the amount that we were
25  looking to sell.  I think we did closer to

Page 255

1  $1.8 billion of RHI.
2          And so that meant that we continued our
3  process to see if there was other opportunities.
4  So one time that I would have been involved with
5  that would have been, as we got into late March,
6  you know, the stock price had gotten to a more fair
7  level and we discussed the possibility of
8  continuing the process we had started in August.
9          So I believe we, at that point in time,
10  had to go through the process of opening the
11  trading window, and it didn't work out.  There was
12  no proper stock price.  We closed it.  Then I think
13  we went and opened it again.  Again, I don't think
14  there was an active buyer or a proper stock price.
15  We closed it.
16          And then we received an inbound phone
17  call from Morgan Stanley telling us that they had a
18  buyer.  And we were talking before about that meme.
19  My understanding later was that some large hedge --
20  hedge funds were covering their short position and
21  needed to buy the stock.  And so we -- we had an
22  opportunity to sell.
23          Then I think it may have been before
24  that, but -- but certainly after that, we had put a
25  policy in place, 10b5-1 or something, where the

Page 256

1  company could set a target -- price target and --
2  and buy shares.  So if we thought that the stock
3  price was at a level that was a good use of our
4  capital.  So I think we had to go through that same
5  process at that point in time.
6          Then later when I personally wanted to
7  buy shares, I had to activate that process with
8  Angelo and so forth to set up my 10b5 (sic) plan.
9  So I think those are probably the three occasions
10  that I went -- that I went through that.
11  Q.  When you said "there was no proper stock price,"
12  what did you mean by that?
13  A.  I think I and others had a pretty firm view of what
14  the value of the organization was, and so if we
15  weren't able to sell the stock at a price that I
16  thought was fair, we weren't going to sell it.
17          And so even earlier on, going back to --
18  even though we knew we wanted to reach that
19  $3 billion number that Dan had set, there just
20  didn't present an opportunity.  And honestly didn't
21  think there was going to be an opportunity.
22          I left to take my daughter on college
23  visits down south.  Then I got a phone call that
24  Monday when I was heading to Clemson saying, we got
25  this phone call and Morgan Stanley wants to buy the

**New York**
**212-273-9911**

**Hudson Court Reporting & Video**
**1-800-310-1769**

**New Jersey**
**732-906-2078**

Page 257

1   stock, so okay.
2   Q. When you are talking about Morgan Stanley wanting
3      to buy the stock, are you referring to the
4      March 29th, 2021, trade for $500 million of Rocket
5      stock?
6   A. That's correct.
7   Q. And who was the buyer?
8   A. Oh, boy, at the end of the day, I think someone had
9      shared with me that it was a hedge fund. I'll get
10     the name wrong. But I think it was one of these
11     hedge funds that had gotten caught up earlier that
12     month in the meme trading, and they'd been shorting
13     our stock, and I think they were covering their
14     position. Again, the way it had been explained to
15     me.
16  Q. So was it only one buyer for --
17  A. Well --
18  Q. -- the stock?
19  A. -- yeah, technically the way it's been explained to
20     me is we didn't -- we sold the stock to Morgan
21     Stanley. It was their -- they then, you know, did
22     whatever they did. And maybe they disclosed to us
23     that it was this hedge fund, but for us, it was to
24     Morgan Stanley.
25  Q. Do you know for certain what Morgan Stanley did

Page 258

1      with the stock that it purchased?
2   A. Again, what was explained to me was that the reason
3      they received this inbound call was that somebody
4      was in trouble and needed to cover their -- their
5      short position. But Scott Elkins or somebody else
6      who actually dealt with it would know better than I
7      would.
8   Q. Who explained that to you?
9   A. Oh, boy, that's a good question. At the time it
10     was happening, no one explained. We -- we didn't
11     know. And I can't remember the specific time later
12     where someone had said to me, and it could have
13     been Scott Elkins or somebody on his team that,
14     hey, we found out the reason that Morgan Stanley
15     wanted to buy the stock was because of this buyer
16     that had come to them.
17  Q. Do you know if Morgan Stanley sold any of the stock
18     directly into the market?
19  A. I don't.
20         ATTORNEY VILLEGAS: Can we do Tab 12?
21     Oh, actually, sorry, Tab 29.
22         MARKED FOR IDENTIFICATION:
23         DEPOSITION EXHIBIT 13
24         Text Message Exchange
25         5:21 p.m.

Page 259

1   BY ATTORNEY VILLEGAS:
2   Q. Mr. Farner, you have been handed Exhibit 13. If
3      you could just review it and let me know when
4      you're ready.
5   A. Okay.
6   Q. Do you know what this is?
7   A. It looks like a text message or exchange between me
8      and a few other people.
9   Q. Do you remember having this text message exchange?
10  A. I do. I think I was kind of on the road at this
11     time. But I think I was kind of popping in every,
12     you know, every bit when I pulled over to the side
13     of the road or stopped or -- or whatever. But this
14     looks familiar to me.
15  Q. Why were you discussing the $500 million trade by
16     RHI?
17  A. Well, because RHI is the seller of the -- of the
18     stock.
19  Q. Why was Rocket interested in being involved in the
20     logistics of the RHI trade?
21  A. Okay. Now we're going to go -- we're going to go
22     back to a complex diagram a tax guy showed me many
23     years ago.
24         Dan and RHI own the stock in all these
25     companies. My understanding is that RHI has to --

Page 260

1      RHI is not a public company. So to get the stock
2      to convert it to, I think, what are called Class A
3      shares at Rocket, RHI has to exchange those shares
4      with shares at RCI. And then once that is approved
5      or done, then those shares can flow to Rocket to be
6      sold. Because, like I said before, RHI is still
7      the 95 percent owner of all the assets that sit at
8      Rocket. So it -- it took -- it takes both parties
9      to -- to make the -- to make the function work.
10  Q. I guess my question is: Why would Rocket have been
11     concerned about what RHI is doing at that point?
12     Why wouldn't it just be RHI making a decision to
13     sell?
14         ATTORNEY SCOTT: Objection, form.
15  A. When you say "why is Rocket concerned," can you --
16     can you maybe help me understand that?
17  BY ATTORNEY VILLEGAS:
18  Q. Sure. So you are the CEO of Rocket Mortgage?
19  A. Yes, and RHI.
20  Q. And RHI.
21         Okay. And what was Dan's role with RHI?
22  A. I think he was the chairman.
23  Q. So if you look at the chat starting at 9:47
24     a.m. --
25  A. Yes, ma'am.

Pages 257 to 260

**New York**
**212-273-9911**

**Hudson Court Reporting & Video**
**1-800-310-1769**

**New Jersey**
**732-906-2078**

Page 261

```
 1    Q. -- do you see where it says:  "MS, JPM, and RBC are
 2        checking on size and pricing"?
 3    A. I do.
 4    Q. Why would MS, JPM, and RBC be checking on size and
 5        pricing?
 6    A. Well, again, I believe that Mr. Elkins had fielded
 7        a call from Morgan Stanley, that there was interest
 8        in the market.  But I think he also wanted to make
 9        sure that, you know, Morgan -- you're selling to --
10        to Morgan.  You want to make sure that things are
11        fair and the right size.  Is it 500 million or is
12        it 400 million?  Is it -- so I think he was calling
13        other possible buyers, Royal Bank of Canada or --
14        or JPMorgan Chase to see where they're -- they
15        were, because they -- I think he's thinking, in all
16        likelihood, they may be receiving the same inbound
17        phone calls.
18            So he's just talking to them to say,
19        okay, guys, the price is now up in the mid 20s,
20        which was kind of the bare minimum, where we
21        thought that it would make sense to sell.  So are
22        you there?  Would you like to participate or
23        what -- what size block and -- that's my guess.
24            Again, it's Scott, not me.  I wasn't on
25        the call, but that's my best guess of why he'd be
```

Page 262

```
 1        doing that.
 2    Q. Do you see where at 10:16 a.m. Scott Elkin says,
 3        "MS will buy 500 million between 24 and 24.50.
 4        Stock is at 26.92 as a reference"?
 5    A. I do.
 6    Q. Why would you want to sell stock to Morgan Stanley
 7        at a discount to the currently trading stock price?
 8    A. My experience, even before we were public, we had
 9        done quite a few bond deals.  Someone has to get
10        paid.  If you do an IPO or secondary, there's all
11        kinds of banker fees.  If you do a bond deal, you
12        are negotiating -- I can remember to one time to
13        the last second I'm negotiating with the bank, is
14        it going a 6 1/4, 6 1/8.
15            Everyone's trying to get paid.  That's
16        probably why Scott was also reaching out to
17        JPMorgan Chase and RBC.  Because it's nice that the
18        stock price is at 26.92, but that's simply a
19        reflection of what a retail investor -- so very
20        little volume could be moving that share price.
21            That's not a reflection of what someone
22        would be willing to pay to buy a large chunk of
23        stock.  It's different.  And so he's probably
24        talking to make sure that's a fair price.
25            But my experience is whether it's an
```

Page 263

```
 1        IPO, a secondary, a bond deal, everyone has to make
 2        money in the process.  And so that's why there's a
 3        gap between the -- at that second stock price and
 4        what they're willing to offer us to buy $500
 5        million of it.
 6    Q. Why not sell the $500 million directly into the
 7        market?
 8    A. You can't.  There's no mechanism for that.  It's
 9        not how it works.  Even when you go IPO, the -- the
10        investment banks go out and they -- they set up a
11        book.  It's not a retail investor involved.  Right.
12        They get Fidelity and they get all these large --
13        and they make this book.
14            What happened to us was the book was
15        like 3.5 or 4 billion.  That's what people said.
16        It's called like level of interest.
17            Then you get closer and closer to the
18        price and then you really figure -- figure out
19        who's going to buy and who's not going to buy.
20        Then those shares are traded and eventually some
21        make it out to retail investors.
22            But my understanding is even all --
23        even -- even a SPAC, which was popular, the right
24        way or the regular way, I think they call this the
25        regular way you sell to the investment banks, then
```

Page 264

```
 1        the investment banks are what distribute the shares
 2        to the retail investors because that's how they get
 3        paid.  There's a spread between what they buy it
 4        for and what they sell it for.
 5            And I take back when I said "you can't."
 6        I think there may be a way to go direct.  I've
 7        never talked through it and it was described to me
 8        as, like, that's not what you do for a company like
 9        this.  So I don't even know how that would happen.
10    Q. Do you see at 10:43 a.m., we're at the Bates ending
11        43, Scott writes:  "Didn't want to ask too many and
12        get a rumor that we are selling out on the market."
13            What's your understanding of what he's
14        referring to?
15            ATTORNEY SCOTT:  Objection, form.
16            You can answer.
17    A. Again, prob- -- probably a better question for
18        Scott.  I can tell you that I think a lot of
19        confidence in companies, and particularly our
20        company, was that the founder or the people who had
21        been with the company for many decades were staying
22        around and driving the company forward.  We had a
23        pretty good track record.
24            And without people understanding why
25        you're selling, there's a few reasons to sell.  You
```

Pages 261 to 264

New York
212-273-9911

Hudson Court Reporting & Video
1-800-310-1769

New Jersey
732-906-2078

Page 265

1  could be raising capital that you need inside the
2  organization.  In this particular case, these were
3  shares that Dan and RHI owned and so he's selling
4  them into the market to help get float, but also
5  most importantly to help accomplish those goals we
6  talked about with the IPO.
7       You don't want people thinking that Dan
8  or I or others are leaving.  And so Scott, I think,
9  is trying to be thoughtful about not talking to too
10  many bankers or getting rumors out there that could
11  send the wrong message about how we feel about the
12  company.
13  BY ATTORNEY VILLEGAS:
14  Q.  If you go to the Bates ending 44 at 2:52 p.m., do
15  you see where Scott Elkin says, "Evan at MS called
16  to let me know they could not get it all out
17  b/f" -- I'm guessing before -- "news broke and
18  they lost money on the deal.  He said 'that's in
19  the big city and are big boys.'"
20       Do you have an understanding of why
21  Morgan Stanley lost money on the deal?
22  A.  Well, I couldn't say that Morgan Stanley lost money
23  on the deal.  My experience would be that what
24  people say to each other in this type of work
25  doesn't necessarily reflect what reality is.

Page 266

1       Because I'd want -- if I was
2  Morgan Stanley, I'd want Scott to think that
3  they're heroes.  These investment bankers are
4  always working for business or the next deal and
5  relationships matter.
6       But they agreed to buy the stock from us
7  at a certain price that we agreed to.  But as we've
8  seen, the stock moves around.  And so regardless of
9  what price they've agreed to buy from us, there's
10  no guarantee that in the market they're going --
11  they've also struck a deal with the counterparty
12  yet or it hasn't changed.
13       I don't know how they do that, but that
14  would be my presumption.  Again, if they lost money
15  at all.  I thought I saw another -- right above it
16  it says that they made $10 million, so who knows
17  what the truth is.
18  Q.  Was there any discussion around this time that the
19  company shouldn't engage in this sale because it
20  was in possession of material nonpublic
21  information?
22  A.  Well, we certainly followed the detailed process
23  that we had put in place for that.  So we did the
24  diligence calls.  We involved the --
25       I think, in this particular case, even

Page 267

1  though it's Angelo's call, I believe at one of
2  those -- maybe the first time we opened the window,
3  he also involved the -- the audit committee in the
4  discussion.  I believe he involved Paul Weiss in
5  the discussion.
6       So we would always follow a process to
7  ensure that we were not making a decision based on
8  nonpublic material information.  We followed that
9  process.
10       And whether it's Angelo or Tina or the
11  audit committee or we took it to the board, I think
12  all those individuals felt confident that we were
13  fine.  If we weren't, we would not have sold the
14  stock.  We did not need to sell the stock.  As you
15  can tell, we were doing fine as an organization.
16       So I believe we followed the process and
17  everyone felt very good that we were totally in the
18  clear to sell.
19  Q.  Whose conclusion was it that you were in possession
20  of material nonpublic information at the time this
21  trade was made?
22  A.  Again, I'm familiar with the process.  My process
23  is to do a due diligence call with Angelo Vitale.
24  I believe that he makes the decision, but I
25  couldn't speak for him in terms of all the other

Page 268

1  people that he may have relied on to ensure.
2       We had -- and we had hired Paul Weiss,
3  which I've said they're one of best, and they
4  correct me and say, no, we are the best at this in
5  the world.  So -- I'm getting a head shake.  Maybe
6  they're not.
7       ATTORNEY NELLES:  Second best.
8  A.  But he may have talked to them.  They were very
9  active in the process, but he would be the right
10  person to discuss, I suppose, that which involved,
11  you know, the different things he did once -- once
12  we did the diligence calls with him.
13  BY ATTORNEY VILLEGAS:
14  Q.  Did you believe that you were not in possession of
15  material nonpublic information about Rocket at that
16  time?
17  A.  Yes, I was not.
18  Q.  You had no internal information that you thought
19  was material that the market did not know at this
20  time?
21  A.  As I said before, that's why I went to Angelo.
22  That's why I followed the process.  That's why I
23  did the due diligence so he could tell me, and as I
24  should rely on my attorneys, to ensure that we are
25  fine to open the window and trade.  I'm not an

Pages 265 to 268

New York
212-273-9911

Hudson Court Reporting & Video
1-800-310-1769

New Jersey
732-906-2078

Page 269

1    attorney.  So I wouldn't be the one trying to
2    determine the legal definitions of those things.
3    Q.  Do you know what -- is it Anthony?  Is that -- is
4    that the name you said, the attorney?
5    A.  Angelo.
6    Q.  Angelo.
7    A.  Angelo.
8    Q.  Do you know what Angelo did to determine that you
9    were not in a position of material nonpublic
10   information?
11         ATTORNEY SLUTSKY:  Mr. Farner, I'm just
12   going to caution you in answering that question to
13   not reveal any privileged communications that you
14   may have with Mr. Vitale.
15   A.  No, I don't know.
16   BY ATTORNEY VILLEGAS:
17   Q.  Okay.  Are you going to follow --
18   A.  I follow his --
19   Q.  -- your counsel's instructions?
20   A.  -- his advice, yes.
21         ATTORNEY SCOTT:  I'm -- I'm not his
22   counsel.
23   A.  Yeah, he's -- he's asserting --
24         ATTORNEY SCOTT:  I'm Rocket Companies'
25   counsel.  I'm asserting Rocket Companies'

Page 270

1    privilege.
2         ATTORNEY VILLEGAS:  Got it.
3
4    BY ATTORNEY VILLEGAS:
5    Q.  Is it your intent to rely at trial on the fact that
6    Angelo gave you the okay to do this trade.
7         ATTORNEY SCOTT:  Objection to form.
8         And I'm going to instruct you not to
9    answer that.
10        The question of whether or not he's
11   going to assert a reliance on advice-of-counsel
12   defense is attorney-client privileged information
13   and covered by work product.  And I'm not going to
14   have the witness testify to that.
15        ATTORNEY VILLEGAS:  Okay.  Just to be
16   clear, if you are intending on relying upon that as
17   a defense, I get to ask him questions about that,
18   which is why I'm asking.
19        ATTORNEY SCOTT:  Right.  So there's a
20   way to go about it as a lawyer to figure that out.
21   You haven't fol- -- followed that way yet.  So I'm
22   going to give him the instruction.
23   BY ATTORNEY VILLEGAS:
24   Q.  Are you going to follow your attorney's
25   instructions?

Page 271

1    A.  Yes, ma'am.
2    Q.  Are you aware that there was a board meeting around
3    the time of the March 29th, 2021, trade?
4    A.  I believe there was a board meeting on March -- a
5    day -- within a day or two of my birthday, so
6    March 22 -- March 23rd, March 24th, right around
7    that time period.
8    Q.  Did you attend that board meeting?
9    A.  I did.
10   Q.  Did you receive any information at that board
11   meeting that you would consider to be material
12   nonpublic information?
13   A.  Well, that was a long time ago, but I can't think
14   of any information that was -- again, I'm going to
15   go back to maybe my business understanding.  That's
16   why, again, I relied on Angelo because we had the
17   call after.
18        But my business understanding is
19   information that if it was given to someone in the
20   public would change their view on whether they
21   wanted to buy or sell the stock or, you know,
22   thought -- the valuation of the company.
23        And I can't recall any information at
24   that date that, you know, I thought -- but, again,
25   that's why I went to Angelo.  That's why I followed

Page 272

1    the process.
2    Q.  So your testimony is you don't think there was any
3    information in the board materials that was
4    material nonpublic information?
5         ATTORNEY SCOTT:  Objection to the form,
6    asked and answered.
7    A.  I think I'm not the right person to make that legal
8    determination.  That's why I went to Angelo so he
9    could help the process.
10   BY ATTORNEY VILLEGAS:
11   Q.  So I'm not asking you for a legal conclusion.  I'm
12   asking you based on the CEO of the company who
13   attended that board meeting, is it your position
14   that there was nothing in the board materials that
15   constituted material nonpublic information?
16        ATTORNEY SCOTT:  So I'm going to object
17   to form.  It calls for a legal conclusion.
18        But you can give your business
19   understanding.
20   A.  Yeah, I did.  And -- and, yeah, I don't think I --
21   my role is to make a legal determination.  That's
22   why we have a general counsel.  That's why I went
23   to the general counsel.
24        So I think you're asking me to somehow
25   become an attorney and tell you what an attorney

Pages 269 to 272

New York
212-273-9911

Hudson Court Reporting & Video
1-800-310-1769

New Jersey
732-906-2078

Page 273

1  might say about the board meeting but I'm not
2  equipped to do that, that's why I have a general
3  counsel.
4  BY ATTORNEY VILLEGAS:
5  Q. Did Rocket publish its board meeting materials from
6     the March 2021 board meeting?
7          ATTORNEY SCOTT:  Objection to form.
8  A. There may have been materials in the board meeting
9     that we also shared in earnings calls or so forth.
10    But we didn't take the actual materials, that I'm
11    aware of, that were produced for the board
12    meeting -- and when you say "publish," I -- I
13    suppose you mean, like, to the public -- right? --
14    and give them out to the public that I'm aware of,
15    no.
16         ATTORNEY VILLEGAS:  I think we need a
17    few minutes.  I think we're getting close to time
18    so can we take a short break?
19         ATTORNEY SCOTT:  Sure.
20         VIDEO TECHNICIAN:  We are off the
21    record.  5:41.
22         (Off the record at 5:41 p.m.)
23         (Back on the record at 5:49 p.m.)
24         VIDEO TECHNICIAN:  We are back on the
25    record.  5:49.

Page 274

1          ATTORNEY VILLEGAS:  Mr. Farner, I have
2     no more questions for you at this time.
3          ATTORNEY SCOTT:  Jay, I have a couple
4     questions for you.
5             EXAMINATION
6  BY ATTORNEY SCOTT:
7  Q. Was the decision to sell Rocket stock on March 29,
8     2021, based on any information presented at the
9     March 23, 2021, board meeting?
10 A. No, sir.  We -- in fact, we opened the window, and
11    after the meeting, we left the window closed.  We
12    only reopened it because of the inbound interest
13    we'd received and the fact that the stock price was
14    up in the mid 20s, which is where we had thought
15    was a fair -- a fair price for the stock.
16 Q. Did -- did you discuss with Dan Gilbert the stock
17    sale that occurred on March 29, 2021, at any point
18    in March of 2021 before the sale occurred?
19 A. No, sir.  Dan and I had talked a long time ago,
20    when we took the company public, about his desires
21    to get closer to the 3- or 3.2 billion.  And,
22    unfortunately, we did not achieve that at the time
23    of the IPO, but we -- we never really stopped the
24    process.  So Dan, I think, had confidence in us and
25    knew that we were continuing to -- to try to get

Page 275

1  closer to the $3 billion that he had asked for.
2          ATTORNEY SCOTT:  Thank you.  That's all
3     the questions I have.
4          ATTORNEY VILLEGAS:  Nothing further for
5     me.
6          VIDEO TECHNICIAN:  That concludes the
7     deposition.  Off the record.  It's 5:51:13.
8          ATTORNEY SLUTSKY:  Can we not go off the
9     record for a second.
10         VIDEO TECHNICIAN:  Oh, I'm sorry.
11         ATTORNEY SLUTSKY:  That's okay.
12    Designate it confidential, the transcript.
13         ATTORNEY SCOTT:  Oh, I think under the
14    Rules, it's highly confidential for ten days from
15    the date of the deposition, the whole transcript,
16    and then we have an opportunity to review it and
17    desig- -- dedesignate so...
18         VIDEO TECHNICIAN:  Okay.  Off the
19    record.  5:51:33.
20         (The deposition was concluded at
21    5:51 p.m. Signature of the witness was not
22    requested by counsel for the respective parties
23    hereto.)
24
25

Page 276

1          CERTIFICATE OF NOTARY
2  STATE OF MICHIGAN      )
3                         )
4  COUNTY OF WAYNE        )
5
6          I, RENEE J. OGDEN, certify that this
7     deposition was taken before me on the date
8     hereinbefore set forth; that the foregoing
9     questions and answers were recorded by me
10    stenographically and reduced to computer
11    transcription; that this is a true, full and
12    correct transcript of my stenographic notes so
13    taken; and that I am not related to, nor of counsel
14    to, either party nor interested in the event of
15    this cause.
16
17
18
19
20
21
22         RENEE J. OGDEN, CSR-3455
23         Notary Public,
24         Wayne County, Michigan
25 My Commission expires: June 21, 2025

Pages 273 to 276

New York
212-273-9911

Hudson Court Reporting & Video
1-800-310-1769

New Jersey
732-906-2078

Page 277

```
 1              ERRATA SHEET
 2    I wish to make the following changes, for the
 3    following reasons:
 4    Page   Line
 5    ____   ____ CHANGE _____
 6              REASON _____
 7    ____   ____ CHANGE _____
 8              REASON _____
 9    ____   ____ CHANGE _____
10              REASON _____
11    ____   ____ CHANGE _____
12              REASON _____
13    ____   ____ CHANGE _____
14              REASON _____
15    ____   ____ CHANGE _____
16              REASON _____
17    ____   ____ CHANGE _____
18              REASON _____
19    ____   ____ CHANGE _____
20              REASON _____
21
                   _____
22                   JAY D. FARNER
23    Sworn to before me
      this ____ day of _____, 2024.
24
      _____
25         Notary Public
```

**New York**
212-273-9911

**Hudson Court Reporting & Video**
1-800-310-1769

**New Jersey**
732-906-2078

**A**

**a.m** 1:18 6:2
6:5 52:15
57:6 58:20
58:21,22
74:11 87:8
87:9,17
221:3,9
226:23
231:11
260:24
262:2
264:10
**Aaron** 118:1
221:4,10
**abilities**
102:25
**ability**
20:13
30:12
33:14
37:25,25
51:19
126:2,15
134:22
170:9
234:11
236:24
246:6
**able** 8:2
35:7 48:22
53:22 74:3
93:17 94:3
94:6
104:17
108:1
111:11
127:4
137:20
140:3
158:10
184:6
188:21
191:7
195:24
200:6
213:24
216:5,7
232:9

240:2
256:15
**abnormally**
124:11
125:20
**abridged**
232:11
**absolutely**
171:4
227:1
**accelerate**
126:17
**acceptance**
81:18
**accepted**
217:15
**accepting**
134:12
**access** 80:17
216:6,7
237:2,4,10
237:14,15
237:15,16
237:19
238:4
239:1,5
242:20
**accessed**
240:10
**accomplish**
265:5
**account**
56:11
206:6
216:1
**accountants**
60:12
90:13
139:7
**accounting**
24:22 60:4
63:8,13
83:25
111:7
112:23
114:19
117:4
146:22
161:1
163:3

**accounts**
75:2
**accu-** 25:11
**accuracy**
150:23
**accurate**
97:22
105:23
106:18
110:11
115:8
118:21
119:2,4
150:17,18
167:19
170:23
171:4
211:22
236:16
251:3,7
**accurately**
201:4
**achieve**
111:3,11
115:23
116:16
159:16
274:22
**achieved**
89:22
140:6
**acknowledge**
132:15
204:22
**acknowle...**
132:7
**acknowle...**
205:7
**acquire** 26:6
28:1 42:11
47:8 63:3
111:5
187:6
195:11
234:13
**acquired**
111:4
**acquiring**
27:8 64:9
71:5 93:4

98:24
140:2
**acquisition**
25:11
26:11 48:2
48:17 70:4
194:12
**act** 205:6
**action** 7:20
21:17,24
226:10
**activate**
256:7
**active** 65:11
255:14
268:9
**activities**
103:2
**activity**
104:10,11
**actual** 43:25
49:23
81:21
133:9
141:5
170:25
212:10
273:10
**actuals** 96:8
97:21
153:11
**ad** 81:7 91:7
**Adam** 2:17
7:6
**adamant**
218:4
**add** 47:10
140:14
159:9
188:7
218:25
**added** 43:14
100:4
102:13
150:6
232:14
**addition**
33:8 199:9
**additional**
208:9

**addition...**
67:14,16
70:12
**address**
132:18
**addressing**
192:18
**adjust** 51:17
53:16
**adjusted**
99:9
221:13,16
**ads** 224:12
**advantage**
191:8,10
191:12
193:24
**advice**
269:20
**advice-o...**
270:11
**advisors**
180:25
**AEs** 208:10
215:25
**affect** 50:4
50:11,25
51:6 53:7
53:13,19
54:25
125:15
126:4
127:12,17
128:4,5
130:21
131:16
132:4
**affirmed**
7:11
**afford** 90:8
199:8
**afraid**
225:22
**afternoon**
155:19
**agencies**
243:8
**agent** 39:16
40:20,22
66:18,18

107:2
agents 175:5
175:9,10
176:21,23
177:3,4
181:2,5
208:24
Agile 58:1
ago 9:17,19
10:13
12:17
90:12
108:2
123:16
141:8
145:21
188:2,2,3
212:8
259:23
271:13
274:19
agree 68:8
140:7
153:9
agreed 124:8
167:3
212:2,5
266:6,7,9
agreement
204:20,21
205:4
ahead 13:12
199:14,19
199:23
200:8
AIME 207:20
al 1:5
alerting
141:12
201:18
all-in 147:3
alleged
102:15
allocate
67:25
allocating
61:17
allocation
69:14
71:23

allow 75:6
129:1
136:5,15
193:24
245:18
allowed
52:21
73:19
129:4
217:22
allows 36:20
79:12
187:1
189:20
194:16
alter 53:1
Amazon
129:25
140:5
225:4
America
208:21
217:3
225:17
amount 38:8
44:18
74:24 81:1
81:13 92:8
101:1,18
101:25
113:8
188:15,15
254:24
Amrock 10:10
10:11 65:1
69:13 89:6
analysis
61:15
62:13
analyst
160:25
167:9
169:17
173:16
176:11
177:12,15
178:20
234:22
236:3,25
245:13

250:4
analysts
53:25 83:1
94:21
102:18
114:11
118:17
124:9
125:8
130:19
131:2,9
132:3,8
142:8
170:15
177:16,19
234:1,18
234:19,20
234:20,20
234:21,21
235:4,24
236:6,11
237:2,4,19
238:4
239:1,5,16
240:2,10
242:20,23
243:13,15
243:24
244:8,11
245:2,20
251:9,23
analysts'
130:24
235:18,22
245:22
250:22
251:13,20
analytics
73:24
Analyzed
69:6
anchor
161:20
and/or
253:16
Android
26:23
Angelo 142:3
252:14,19
253:6,8

254:7
256:8
267:10,23
268:21
269:5,6,7
269:8
270:6
271:16,25
272:8
Angelo's
267:1
announced
133:22
announce...
125:24
annual
109:22,24
110:22,24
112:7
anomaly 99:2
answer 8:4
8:11,17
11:10 34:7
42:8 44:3
50:9,17
78:7 81:20
82:1 85:12
85:23
108:22
109:10
120:4
121:7,14
129:14
133:2
135:16
141:6
142:2
143:17
144:7,12
147:11
177:14
179:15
180:7
198:25
238:7
240:13
264:16
270:9
answered
136:19

140:11
179:14
180:10
272:6
answering
8:3 269:12
answers 8:2
118:16
276:9
Anthony
269:3
anticomp...
226:10,15
anxiety 78:5
anybody
114:10
118:13
anybody's
163:9
anymore
138:10,11
anyone's
227:3
Anyway 103:2
213:7,15
app 33:22
55:19
72:17
apparently
89:18
APPEARANCES
2:1
appeared
151:25
153:3
Appearing
2:13,22
3:18
appears 62:2
63:8
191:17
Apple 26:20
26:23
140:5
application
15:9 20:6
24:10 56:2
92:14
100:20
154:23

217:20
218:23
applicat...
  33:14
  134:13
  152:2
applying
  240:8
appraisers
  242:6,8,11
appreciate
  161:12
approach
  36:20
  211:17
approached
  68:10
approaching
  38:3
appropriate
  70:2,24
  167:3
approval
  33:23
approve
  15:14
  206:9
approved
  20:14 70:7
  211:20,22
  260:4
apps 27:2
April 131:6
  189:23
  198:3
arbitrary
  196:2
area 18:4
  46:12
  52:20
  55:12,14
  73:18,23
  159:16
  160:4,6,22
  166:3
areas 46:2
  51:13 72:3
  73:3 82:23
  97:13
  156:11

158:20
159:25
166:1
201:18
202:22
Arizona
  224:5
arrive 69:6
article
  129:24
  222:9
  229:9,13
articulate
  47:2
articulated
  190:13
ASC 61:20
aside 228:21
asked 11:24
  13:14
  38:16 39:2
  85:25
  122:2
  133:9
  140:11
  146:24
  148:20
  152:21
  159:23
  167:20
  174:4
  179:14
  180:10
  192:5
  197:18,21
  198:24
  203:3,4
  211:20
  272:6
  275:1
asking 8:8
  8:10 85:7
  128:12
  133:19
  143:24
  145:12,13
  148:16
  161:11
  163:19
  179:23

192:14
241:6
242:2
270:18
272:11,12
272:24
asks 122:5
  171:21
Aslutsky...
  2:21
aspect 33:6
aspects 33:7
assert
  270:11
asserting
  269:23,25
assess 67:24
  77:3
assessing
  61:18
assets 15:4
  55:8 226:4
  260:7
assist 32:7
  64:2 67:5
assistant
  80:8
  250:13
associated
  85:8,19
  86:5,20
Association
  82:13,25
  157:14
assume 21:21
  109:2
  169:19
assuming
  212:4,8
  253:21
assumption
  101:5
attached
  4:13
  187:23
attachment
  4:18 60:2
  87:16,21
  88:4
  150:12,25

164:13
Attachments
  59:13
attack 54:11
attend 85:8
  85:19 86:4
  166:14
  271:8
attended
  86:8
  272:13
attending
  166:13
attention
  75:11
  106:3
  137:3
  245:20
attorney 4:6
  4:8 6:20
  6:23 7:1,4
  7:6,15
  11:9,13,21
  13:8,11,16
  39:24 40:2
  42:7 48:10
  48:18 53:5
  57:1,7,10
  57:12,13
  57:14,16
  57:17,20
  57:23,25
  58:2,3,4,5
  58:8,10,17
  58:18,25
  81:24
  82:20
  85:10,18
  85:21 86:1
  86:16,24
  87:3,4,12
  87:18 88:7
  88:10
  108:20,25
  109:8,19
  110:4,21
  119:8,14
  119:20,22
  119:24,25
  120:23

121:2,6,9
121:10,12
121:15
125:16
127:10,13
128:7
129:12
130:15,18
130:22
132:1,6,21
133:5,7,12
133:16,17
135:15
136:19,21
136:23,25
137:2,4
140:10,15
140:19,20
140:25
141:4,10
141:15,17
142:1,16
142:23
143:2,15
144:4,6,9
144:13
145:17,20
145:22,23
146:5,11
147:10
149:3
153:25
154:6
165:13
166:10
167:22
168:5
171:3,20
173:21,24
177:13
178:6,10
179:7,13
180:1,9,18
180:21
182:12,21
182:22,23
183:2,4,7
183:10,11
183:14
184:9,11

184:14,21
184:23,24
184:25
185:1,2,3
185:5,10
185:12,13
185:16,19
185:24
186:2
190:5,7
193:5,6
196:17,19
196:22
197:18,21
197:23,24
198:10,20
203:7,9,17
205:17,23
205:25
206:1,2
213:9
219:11,16
220:6
227:25
228:4,6,8
228:10,11
228:13,20
238:6,24
239:18
240:12
241:1
243:19,23
244:1,3
245:23
246:7,11
246:13,14
247:1,7,20
247:22,25
248:2,4,9
248:12
252:13,17
253:3,12
258:20
259:1
260:14,17
264:15
265:13
268:7,13
269:1,4,11
269:16,21

269:24
270:2,4,7
270:15,19
270:23
272:5,10
272:16,25
272:25
273:4,7,16
273:19
274:1,3,6
275:2,4,8
275:11,13
attorney's
270:24
attorney...
121:8
270:12
attorney...
11:11
attorneys
3:9 10:23
10:24 11:1
11:17,21
12:2 121:4
138:17
139:6
268:24
attract 55:5
attractive
27:25
attributes
29:1
audibly 8:4
audio 184:22
audit 267:3
267:11
August 22:7
22:21
65:15
108:24
234:4
254:14,14
255:8
Austin 66:4
66:6
206:22
207:21
212:15
214:7
215:1,24

240:17
authenti...
119:21,23
authored
21:15,18
authority
67:19
70:15
authorized
69:13
auto 48:5
95:5,13
125:25
135:8
138:20
196:10
Autos 26:1
available
27:22 77:5
77:6 79:3
100:6
109:11
120:22
211:15
236:21
242:25
243:4,14
Ave 2:18
avenue 3:14
39:13
avenues
253:16
average
28:20,21
100:25
101:11,18
101:25
250:5
251:13,20
averaged
106:1
award 241:22
Awards
222:23
aware 21:12
21:14 49:5
131:2,3
132:8
143:23
144:2,11

157:7
227:6
271:2
273:11,14

—— B ——
b/f 265:17
back 17:3,10
17:12
23:24
25:18 28:5
30:15,20
34:9 43:22
45:2 46:22
47:13
55:20,22
58:22,23
64:7 73:21
78:6 87:9
87:10 92:3
92:14
94:11 96:1
97:25 99:2
99:14
103:25
106:13
108:23
119:21
120:8,8
123:2
124:5,7
139:13
143:18
146:2,3,22
147:24
149:17
156:9
163:12
173:11
175:8
178:15
186:4,25
187:7
189:14
190:2,15
191:13
193:12
203:14,15
206:14
208:16

211:9
214:21
215:6
216:17
218:12
222:12
225:23
231:22
234:2,24
236:11
241:24
245:25
246:20,21
248:16,24
250:23
252:3
256:17
259:22
264:5
271:15
273:23,24
background
14:8 74:7
backwards
54:4 82:16
94:1 107:9
236:21
239:13
bait 226:1
baked 110:11
199:22
balance
28:25
37:19
101:11
138:22
217:14
218:25
balances
29:5 36:24
43:14
98:17
100:4
bandwagon
116:9
Banfield
50:8 70:19
70:22
112:24
155:5

165:3,9,10
165:25
186:21
**bank** 90:15
138:21
261:13
262:13
**banker** 14:19
18:16 20:7
24:19
40:18
42:22 52:1
52:2 74:7
76:15
93:14 98:4
103:17
148:3,5,9
238:18
262:11
**banker's**
55:21
56:14
**bankers**
10:16
14:24
15:22 16:5
17:5 32:6
52:21 77:1
82:13,25
91:8 93:15
115:19
157:14
265:10
266:3
**banking**
16:18
17:21
20:10
55:16 65:3
70:21
81:16
82:25
108:12
159:1
**banks** 117:5
186:19
263:10,25
264:1
**bare** 261:20
**Barretta**

89:19
**Barry** 223:24
224:3
**base** 28:10
72:21
115:25
235:14
**based** 27:8
27:25 29:3
35:15
61:15
64:22
88:19
96:16
103:9,20
143:25
148:15
149:25
151:10
167:5
169:19
170:23
173:15,16
175:1
177:2
191:15
200:6
232:22
237:10
238:13
240:4
242:24
243:14
251:20
253:19
267:7
272:12
274:8
**baseline**
151:20
**basic** 149:1
**basically**
225:20
235:10
**basis** 71:10
71:18
85:13 86:3
93:13,13
102:10
110:2

112:13,17
113:17
188:1
214:8
237:18,20
239:11,12
239:15
249:20
**batch** 250:20
**Bates** 61:3,7
79:14 89:3
109:20
185:14,15
247:17
248:2
250:1
264:10
265:14
**bathroom's**
46:10
**becoming**
216:22
217:25
**began** 165:23
**begging**
227:1
**beginning**
23:20 28:6
148:24
165:14
219:8
**begins** 133:6
**behalf** 2:13
2:22 3:18
227:9
**beings**
118:24
176:2
**belief** 12:22
13:25
129:3
139:25
189:19
235:14
**believe** 10:6
16:1 17:12
17:25
19:23
31:25
32:17

35:16
38:13
49:15,20
50:6 51:2
53:13
60:13,22
76:4 79:7
86:2 88:14
95:4 98:3
101:7,24
102:7
104:17
105:3
106:16
107:5
113:24
114:1,9,10
117:14
118:20
119:4
123:14
127:3,18
128:22
136:1
138:8,22
144:15
146:21
149:17
154:19
164:7
167:12
170:23
172:11
174:12
175:19
177:2
180:5
182:2,4
190:14
201:3
202:11
212:15
214:10
221:23
224:2,3,23
240:15,17
240:20
241:15,17
241:19
242:15

249:5,19
249:24
255:9
261:6
267:1,4,16
267:24
268:14
271:4
**believed**
105:8
173:18
196:24
198:8
243:17
**bench** 227:25
**beneficial**
77:23
207:3
**benefit** 31:6
31:8
183:20
186:10
189:13
191:6,22
193:11,21
194:5,16
194:21
195:2,15
196:5,14
198:22
**benefitted**
202:4
**benefitting**
64:4
**Benz** 58:16
**best** 8:13
15:7 22:11
28:9 50:16
101:12
118:24
119:7
126:21
137:24
144:19
180:11
191:14
222:22
238:22
246:5
261:25

```
268:3,4,7          106:7,10          birthday          112:23            119:20
bet 214:13         107:3,5,6          271:5            117:2             bouncing
better 19:19       107:11,16         bit 30:22         155:4,5           229:12
 34:7 47:7         107:22,24          31:18,18         165:2,9,10       bounds 245:7
 47:8 50:9         108:7,15           65:19            165:18,22        Bowl 91:6
 51:8 73:6         109:4,11           67:10 69:4       166:5             224:12
 77:20 78:6        212:24             78:15 90:9       206:22           box 196:11
 112:14            214:9              103:9            212:15           boxing
 117:15            216:8,12           117:6            214:7             181:14
 124:21            236:19             122:16,22        bodes 134:5      boy 15:18
 136:7             237:3,5            134:18           bolded 62:16      46:22
 165:4             238:25             150:22           bond 262:9        106:20
 171:17            239:5              152:13           262:11            257:8
 195:13            242:21             158:11           263:1            258:9
 198:15           bill 17:8           171:22          book 30:19       boys.'
 205:3             18:11,13           179:9            37:6,24           265:19
 214:20            18:14 50:8         200:5            193:13           branch
 233:24            50:8 70:18         208:16           194:14           216:22
 235:16,16         70:22 71:2         214:15           195:23           217:25
 240:16,16         76:8               226:22           263:11,13       brand 19:3,6
 245:12            112:24             259:12           263:14           19:7 27:7
 250:14            155:5,5           blank 91:2       Booth 117:1      Brandon 4:24
 252:14            165:3,10          blip 126:3        117:14           154:4,11
 258:6             165:25            block 261:23      121:23           155:18
 264:17            166:5             Bloomberg         122:14          Brandon's
beyond 40:10       186:21             51:12            146:19           156:17
 172:16            233:12             237:9            160:13          brands
big 40:13         Bill's 71:1        blow 74:25        162:6,23         172:15
 164:25           billion           blowing           201:15,17       break 8:15
 226:8             136:9             207:14            202:11,16        8:18,19
 245:17            146:25            blue 54:15        202:24           58:17
 265:19,19         147:5            board 69:24        233:25           86:18 87:1
BiGG 79:5,7        151:15,19          70:6 96:22      Booth's           145:19
 80:16,18          159:10,11         267:11           122:20           169:6
 81:19,21          232:1             271:2,4,8       borrowing         173:4,13
 82:10,10          254:15            271:10           31:3             173:25
 82:15             255:1             272:3,13        Boston 2:19       174:7
 92:15,20          256:19            272:14          bottle 53:3       203:8
 93:11,17          263:15            273:1,5,6       bottom 61:2       246:13,15
 94:2,13,18        274:21            273:8,11         62:13            273:18
 95:2,4            275:1             274:9            121:19,22       breakdown
 98:1,3,7         billions          Bob 19:25         121:22           106:16
 99:16             235:9             64:23            132:24           174:5
 100:11,15        Birkmeier          65:11,16        133:6,8         breakdowns
 101:19            65:2 68:4         65:20,23         168:18           177:7
 102:8             160:17            65:25 66:6       221:2,3,12      breaking
 103:4,7,8         206:22            67:3,4,6         230:6            32:12
 103:15            210:3             67:11 68:3      bought 16:16     breaks 72:11
 104:14,20        Birmingham         68:11,18        233:20          Brian 83:24
 105:14            6:16              70:14           bounced           146:18,20
```

147:8
160:13
233:25
248:20
250:13
**bring** 16:22
48:3
234:12
**bringing**
98:18
187:18,19
194:15
226:20
**brings**
149:13
208:24
**broad** 3:4
23:17 56:3
56:20
76:24
78:23
180:13
210:19
219:9
**broader**
25:15
39:14,20
65:17
80:12 90:1
166:19
**broadly**
41:11
192:19
**Broadway** 2:7
**broke** 265:17
**broken** 30:5
104:15
**broker** 14:22
14:23,25
25:20
33:12,24
40:18
41:14
66:17
107:1
134:8,12
203:25
204:12,13
208:4,5,16
210:9,25

218:22
221:24
225:21
240:18
241:13
**brokerage**
204:16
208:17,20
209:3
**brokers**
33:12,17
33:20
56:12
134:15
204:1,15
205:5
206:19
208:13
209:16,19
210:12,15
210:16,20
211:1,2,7
211:8,12
211:14,16
212:1
216:3,21
217:3,9,12
217:15,24
221:22
**brought** 40:6
52:17
101:16
144:2
161:22
225:15
226:13
**Brown** 83:24
146:18,20
160:13
233:25
248:20
**Brown's**
250:13
**bubble** 54:10
**bucks** 42:12
42:12,13
**budget** 73:10
91:6
149:18
**budgets**

70:13
**build** 19:16
64:12
72:17,17
77:15,24
78:2 82:19
115:9
116:13
129:23
130:6
196:12
246:2,3
**building**
25:12 64:7
75:3,5
119:7
127:22
131:23
135:9
160:5
172:15
202:2
233:1
**buildings**
201:23
**built** 20:18
33:8
181:21
**bullet** 69:9
70:9 71:21
72:24
229:14
**bump** 236:6
**bumps** 171:13
**bunch** 208:13
244:17
**business**
19:10 21:3
22:4,14
25:9,10,22
26:19
27:16 30:5
31:24 32:9
33:5 36:25
37:21
38:15,21
39:10 40:6
40:8 46:2
47:14 66:3
67:19

68:11 69:1
72:3 73:13
73:23
74:24
75:14 77:4
77:19
78:14 80:5
82:5,17,23
83:15,18
84:15
88:17
89:17,21
94:19 95:3
95:4,7,8
95:11
98:19
110:17
111:13,24
112:3
114:18
115:24
119:5
122:10
125:15
126:9,9,18
128:1,25
130:11,21
131:25
132:4
135:14,20
136:3,5,15
137:7,14
137:17
138:1,4,6
138:8,16
139:11,19
139:19
140:8
141:2,21
141:24
142:11,14
142:21
143:13
152:1
158:22,23
159:15,17
160:1,6,9
160:12,24
161:6,9
162:3

171:24
175:17,21
176:10,10
176:25
177:21
179:11,17
179:19,21
179:24
180:3,14
181:18
182:10
183:16
186:19,25
189:2,9,11
190:20
191:2,6,16
191:20,21
191:22,23
192:15,16
193:16
194:10,19
196:1
197:8
200:17
201:12,16
201:19
202:13,14
202:17,18
202:22,25
203:1
204:10,11
206:23
207:9,22
208:5,6,10
208:25
210:5,21
210:22,23
210:24
215:8,18
215:22
217:5,12
222:18
232:5
243:2,12
245:5,11
254:3,20
266:4
271:15,18
272:18
**businesses**

45:12
72:12 82:3
94:24
131:13
135:9
170:16
**buy** 14:4
15:8 26:22
27:1
111:22
199:7
201:6,6
226:18,19
252:16
255:21
256:2,7,25
257:3
258:15
262:3,22
263:4,19
263:19
264:3
266:6,9
271:21
**buyer** 127:1
255:14,18
257:7,16
258:15
**buyers**
261:13
**buying** 40:19
155:14
201:7,8
233:22

---

**C**

**C** 251:2
**calculation**
42:24
**calculat...**
101:4
**calendar**
197:8
253:4
**California**
16:17
28:20 29:4
52:17
98:17
**call** 4:20

14:4 17:9
23:19 32:5
61:3 72:8
76:15
114:8,14
114:23,25
115:3
116:23,24
117:1,24
117:25
118:9
119:12
120:16,18
121:4
124:25
126:6
153:12
166:17
169:8
173:6,10
173:17
174:3,12
188:24
226:4
232:7
236:8
255:17
256:23,25
258:3
261:7,25
263:24
267:1,23
271:17
**called** 7:10
14:20
15:20 16:4
16:16
23:23
25:13
33:16 35:1
39:22
45:14
51:24
54:10
63:15 79:5
79:7,12
115:14
207:20
213:4,5,14
215:25

260:2
263:16
265:15
**calling**
110:8
261:12
**calls** 13:23
74:23
81:18 83:8
103:12
113:4
114:12
116:13
118:5,18
118:22
119:3
124:8
158:10
161:14
174:6,10
232:11
239:11
246:5
261:17
266:24
268:12
272:17
273:9
**campaign**
100:24
103:16
**Canada**
261:13
**capital**
24:21 34:6
49:16
50:17,22
51:9,10,18
52:7 53:15
53:17,21
54:19,20
54:23 55:5
66:1 69:15
70:5,18
71:2 74:18
76:5 90:15
134:13
148:13
154:14,19
155:2

156:17
158:3
163:23
165:19
237:8
254:19
256:4
265:1
**capitalized**
186:25
**car** 58:15
**card** 31:1
**Cardinals**
224:5
**care** 26:8
227:24
**career** 54:9
70:3 88:18
165:15
**Carl** 1:5
2:14
**Carol** 2:4
6:20 7:18
**carrying**
31:15
148:8
**cars** 207:12
**case** 1:8
9:17,18,19
9:24 10:1
10:3,4,7
10:12,13
10:15,16
10:17
11:24
67:11
95:20
97:20
110:16
192:4
265:2
266:25
**cases** 9:20
9:21 23:18
23:20,21
24:1,3
26:17
27:21
33:14,15
33:18 34:1

34:2 35:9
41:12
43:24
44:25 72:1
72:2
114:22
154:24
159:4
166:22
**Casey** 222:16
222:20
223:7
**cash** 25:4
27:19
30:25
**cash-out**
30:9
199:10
**categories**
163:17
**categorized**
107:24
**category**
23:17
101:24
**caught** 19:8
116:10
257:11
**cause** 194:18
276:15
**caused** 30:21
159:17,20
186:16,18
204:15
**causing**
156:5
**caution**
269:12
**cautious**
105:4
149:25
157:11
236:14
**caveat** 70:25
241:10
**cell** 12:25
21:1 22:1
22:2
220:11,22
**center** 72:8

54:11
**central** 3:13
72:14,14
**centralize**
73:17
**CEO** 16:21
17:24 18:8
18:14,15
18:18,23
19:23,24
19:25
20:22,24
37:12 62:9
67:3,23
114:17
127:22
175:1
176:3,7
260:18
272:12
**certain**
41:11 45:3
50:21
74:24
77:18 81:1
89:2 98:4
103:17
107:24
139:2
145:1
150:4
189:15
201:18
239:24
250:18
257:25
266:7
**certainly**
11:23
29:20
47:14
62:25
63:18
68:19
69:25 77:5
171:10
179:22
226:20
237:6
245:7

246:2
255:24
266:22
**CERTIFICATE**
276:1
**certify**
276:6
**cetera** 74:23
75:20
77:13 79:1
111:5,7
119:1
158:10
242:12,12
254:22
**CFO** 117:1
146:21
160:14
201:17
**chain** 5:10
220:3,8
229:24
231:2
**chairman**
260:22
**challenges**
232:14
**challenging**
37:2 82:2
82:6
112:22
134:9
161:6
**chance** 206:3
**change** 35:20
37:3 50:13
50:14
51:19
111:16,23
131:4
205:4
215:13
245:17
271:20
277:5,7,9
277:11,13
277:15,17
277:19
**changed**
54:16 79:6

205:1,2
231:3
266:12
**changes** 26:4
26:18
37:23 50:4
50:10,15
50:25 51:6
51:20
52:25 53:6
54:7 90:21
216:10
252:18
277:2
**channel**
32:10,21
32:25 33:1
38:15,25
39:2,11,14
39:19,21
39:23,23
40:1,4
41:7 64:25
65:4 67:1
77:10,10
77:11
106:19,21
106:24,24
107:1
125:23
156:5,6
174:9
175:15
176:18
177:4
218:18
239:17
**channels**
32:19 40:6
40:9,10
41:2 70:12
95:22
102:24
131:14
155:24
167:10,18
169:13,18
169:25
170:9,11
170:21,24

171:1,6,23
173:10,18
174:5,7
175:3
176:9
177:11,18
178:4,8
179:10
181:13
192:2
204:11
**characters**
219:14
**charge** 160:5
**charity**
254:21
**Charles**
32:17,23
40:13,24
41:5
133:23
180:24
**chart** 18:10
64:23
79:17
**Chase** 53:24
90:12
261:14
262:17
**chat** 220:24
260:23
**chats** 221:2
**check** 8:21
102:8
166:9
**checking**
261:2,4
**chief** 17:14
17:17,18
18:1 61:11
62:5 64:24
65:2 74:8
146:22
**China** 201:5
**choice**
192:24
204:8
**choose** 162:1
204:2
**choosing**

102:3
**choppy**
232:12
**chose** 180:19
**Christmas**
152:9
**chunk** 262:22
**Circling**
99:14
**Citadel**
229:3
**city** 224:17
224:18,19
265:19
**Cividini** 2:6
57:13
119:24
182:22
185:2,10
185:13
205:25
**claims** 12:18
13:19
217:13
221:22
**clarify** 8:13
159:24
164:16
200:11
202:14
**clarifying**
11:22 25:2
161:11
**clarity**
253:14
**Class** 260:2
**clean** 7:24
46:10 94:9
94:9
**cleaner**
190:14
**clear** 24:17
127:17
217:16
239:4
267:18
270:16
**clearly**
102:22,23
114:17

131:5
**Clemson**
256:24
**Cleveland**
28:24
**click-th...**
81:2
**client** 19:2
20:13
24:11,20
25:12
26:11,13
26:25 28:2
28:9 30:16
32:5,24
33:19,21
35:4,16
36:3,4,8
36:10,17
36:20,21
37:7,14
43:3 44:2
48:2,3
52:6,10
55:17 56:1
63:22 64:2
64:9,10
71:6,11,15
71:16
72:21,22
75:2 76:15
92:12 96:2
97:17
103:14
115:25
126:5
135:1,7
154:23
188:5,11
194:12
195:19
196:9
199:7,11
210:9
217:21
225:17
231:19
234:14
235:14
241:16

**clients** 15:1
15:23
25:11 26:7
27:8 28:1
30:18 31:8
32:3,4,7
37:6 43:12
43:23
48:17
56:15 75:2
75:7 76:24
78:3,4
92:23 93:4
98:18,24
101:16
103:1
111:4
119:6
126:13
130:10
140:2,3
149:13
159:8
170:7,10
187:18,19
187:20
193:14
194:15
195:6,6,11
195:22
199:6
234:11,12
245:10
**clip** 182:14
182:15
**clo-** 56:2
**close** 15:15
24:16
33:24
35:14
43:23
68:13 76:8
105:9
152:4
155:10
170:4
215:5,7
216:2
238:1
242:1

252:19
273:17
**closed** 24:2
24:8,9,14
43:15 49:9
51:1 83:7
97:7,14,15
99:25
100:2,3,4
100:11,14
100:16,20
100:25
101:18,25
104:1,14
105:6
106:14,15
107:4,7,10
107:13,16
107:18
113:16,18
114:2,3
136:8
151:1
152:17,18
152:21
158:9
215:12,16
236:20
237:6
240:9
242:1
252:20
253:9
255:12,15
274:11
**closed-loan**
43:6,8,19
48:19,21
113:22
149:19
202:17
218:20
219:6
**closely**
18:11
65:16
**closer** 68:13
162:21
241:11
254:25

263:17,17
274:21
275:1
**closing**
24:11,12
41:15
49:21
**CMO** 19:5
28:19
66:12
222:21
**CODM** 59:19
59:21
60:24
61:11,19
69:7 79:18
**collar** 227:7
**collect** 15:9
35:3
**collected**
21:16,24
**collection**
23:25
**college**
14:11
256:22
**color** 122:6
**Columbus**
99:4
**column**
110:12
230:12,16
251:2
**combination**
105:22,25
212:16
**combined**
62:22
**combining**
101:13
**come** 45:14
46:2 72:16
79:10 83:2
97:24
102:13
110:15
113:15
124:23
151:19
159:11

169:15
170:13
172:7
177:13
196:12
201:25
202:1
212:5
213:15
224:22
243:16
258:16
**comes** 142:10
170:3
**comfortable**
129:5
**coming** 30:20
64:12
74:20,20
81:21
96:14
98:16
104:8
110:7
148:17
176:15
212:10
218:13
227:4
**Commencing**
1:18
**comment**
139:13
142:17
143:8
217:9
**commenting**
225:3,7
**comments**
12:21
117:12
182:5
207:21
227:18,21
**commission**
42:22 64:1
276:25
**commissi...**
224:14,15
**committee**

267:3,11
**commodity**
243:2
**common** 37:4
45:12
213:17
**communicate**
20:23 21:2
21:6 207:1
**communic...**
233:19
**communic...**
244:14
**communic...**
21:22
251:9
269:13
**community**
134:8
240:18
241:13
**companies**
1:10 2:23
3:19 6:9
7:7 9:22
10:7 18:18
19:18,23
19:25
25:17
47:19
60:16 63:5
63:16
75:16
115:11
134:3,3,5
138:8
140:6
158:2
230:17
231:19
236:12
237:21
242:17
252:11
253:11
259:25
264:19
**companies'**
144:14
269:24,25

**company** 10:6
10:8,9
12:21,22
13:25 14:1
15:3 16:6
16:16,21
16:25 18:3
18:6 19:13
19:18 27:4
27:11,18
38:6 45:22
47:11
59:18
61:18
64:13
65:10
66:11 67:4
70:4 81:7
83:25
89:16 97:2
102:13,19
110:23,25
115:4,12
116:2,8
117:11,13
118:25
125:4
127:19
129:1,6,17
129:18,21
130:2
131:17
132:12,19
138:23
142:10
146:21
149:5
158:20
159:7
160:14
162:7,24
165:7,16
169:14
170:13
173:1
175:4
176:3,5,7
176:12
177:7
178:21

179:6
181:12
186:14
187:18
188:16,21
189:22
195:11
207:20
213:18
223:9,11
226:17
229:16
230:23
231:13,16
232:10,13
232:17,20
233:9,17
233:23
234:6,23
235:16
243:25
244:22,24
245:18
246:1
253:8,19
254:13,23
256:1
260:1
264:8,20
264:21,22
265:12
266:19
271:22
272:12
274:20
**company's**
201:11
**company-...**
21:5
**compare** 99:6
99:12
171:16
239:6
**compared**
38:9
**comparing**
123:6
251:12
252:1
**comparison**

93:19,21
93:23 94:2
98:9,25
99:22
100:17
146:24
148:20
171:17
**comparisons**
93:18
236:14
**Compass**
83:19 84:4
84:7,25
85:9,20
86:5,9,13
86:17 88:1
88:11,11
88:16,25
94:13
103:25
200:14
**compensa...**
41:16
**competing**
187:10
**competition**
195:13
199:6
**competitive**
29:4
**competitor**
98:13
186:24
187:3
192:6
225:22
226:16
**competitors**
29:6
186:18
187:15
203:24
**compilation**
220:8
**complaint**
5:6 12:15
12:16
183:24
184:8,19

185:7
193:1,8
**complete** 9:9
**completely**
111:16,23
**completes**
26:18
**complex**
259:22
**complime...**
165:22
**component**
47:17
48:14
65:24 71:8
77:25
**components**
34:11
40:12 43:5
48:15 52:5
105:4
125:3
126:1
203:2
**compress**
49:25
**computer**
20:11,15
21:11
51:25 52:9
57:23 58:4
276:10
**con-** 85:24
235:24
**concept**
30:15
40:16 94:6
111:11
234:10
251:16
252:8
**concern**
129:15
132:10,18
141:1
160:3
192:14,18
208:3
209:2
216:4

| | | | |
|---|---|---|---|
| 125:14 | confiden... | 170:17 | 255:8 | 250:12 |
| 127:6 | 1:16 | 171:18 | 274:25 | **copy** 183:21 |
| 128:9,19 | 275:12,14 | **consolidate** | **contract** | 184:8 |
| 129:8 | **confirm** | 199:11 | 227:4 | **copying** |
| 130:20 | 205:24 | **constituted** | **contracts** | 229:2 |
| 131:22 | **confirmed** | 272:15 | 226:25 | 248:20 |
| 132:3 | 205:25 | **consumer** | **contribu...** | **corner** 89:9 |
| 139:21 | 222:10 | 32:21 | 71:15,16 | **corporate** |
| 151:24 | **conflict** | 40:17 | **control** | 65:6 |
| 152:15,18 | 141:23 | 66:13,15 | 77:19,20 | **correct** |
| 153:2,5 | 143:24 | 70:11 | 82:7 112:9 | 59:12 88:2 |
| 235:3,7 | **confused** | 80:12 | 112:10 | 133:16 |
| 260:11,15 | 85:24 | **consumers** | 136:13,14 | 164:4 |
| **concerns** | 143:6 | 106:25 | 137:18 | 198:9 |
| 162:17 | **confusing** | 173:13 | 162:5 | 230:10,13 |
| 227:17 | 123:21 | **contemplate** | 201:11 | 247:18 |
| **concluded** | 172:2 | 45:21 | 235:12 | 250:8 |
| 61:19 | **congratu...** | **content** | 245:1 | 257:6 |
| 275:20 | 116:19 | 184:2,7 | **controll...** | 268:4 |
| **concludes** | **conjunction** | **contents** 4:1 | 78:13 | 276:12 |
| 275:6 | 157:25 | 249:22 | **controlled** | **correction** |
| **conclusion** | **connection** | **context** | 216:22 | 222:5 |
| 267:19 | 60:10 | 13:24 24:5 | 217:25 | **correctly** |
| 272:11,17 | **consensus** | 55:10 56:7 | **conversa...** | 16:15 |
| **conducting** | 124:14 | 56:9 | 73:22 | 139:2 |
| 208:2 | 235:18,22 | 102:21 | 90:10 | 147:21 |
| **conference** | 235:25 | 123:1,20 | 147:25 | 166:16 |
| 121:4 | 236:10 | 135:23 | 148:22 | 204:18 |
| 166:12,13 | 250:4,22 | 139:25 | 189:6 | 209:21 |
| 166:14,15 | 251:13,20 | 150:5,9 | 218:12 | 211:12 |
| 166:18,21 | 252:1 | 151:22 | 220:17 | **correspo...** |
| 167:8,10 | **conserva...** | 192:1 | 222:16 | 92:8 |
| 169:17 | 147:4 | 199:2,5 | **conversa...** | **cost** 27:2 |
| 175:24 | **consider** | 254:9 | 232:22 | 31:3 42:11 |
| 181:24 | 41:8 62:5 | **continue** | **conversion** | 42:21,23 |
| 207:17 | 63:15 | 36:10 | 29:3,9 | 47:7 63:3 |
| **conferences** | 66:24 74:9 | 73:18 | 78:7 | 111:5 |
| 102:17 | 202:1 | 90:19 91:9 | 103:15 | 148:8 |
| **confidence** | 271:11 | 94:21 | **convert** | 187:6,23 |
| 38:1 | **consider...** | 126:24 | 260:2 | 188:6,7 |
| 135:25 | 243:6 | 138:23 | **converting** | 234:13 |
| 136:10 | **consider...** | 158:3 | 103:17 | **costs** 26:16 |
| 142:10,12 | 69:6 | 170:20 | **convey** 147:9 | 26:21 |
| 161:25 | **considered** | 177:5 | 174:13 | 29:10 |
| 166:5 | 32:10 | 192:8 | **conveying** | 31:15 |
| 200:2 | 38:25 41:7 | 198:17 | 172:19 | **counsel** 6:18 |
| 264:19 | 41:18 | **continued** | **COO** 67:23 | 7:5 117:3 |
| 274:24 | **consistent** | 255:2 | **Cooksey** 5:14 | 117:4 |
| **confident** | 67:21 | **continuing** | 247:5 | 166:23 |
| 267:12 | 78:13 | 156:1 | 248:19 | 252:21 |

272:22,23
273:3
275:22
276:13
**counsel's**
121:16
269:19
**counterp...**
164:24
266:11
**countless**
222:23
**country**
33:13 34:6
34:13 50:2
242:6
**County**
164:24
276:4,24
**couple**
168:21
248:2,17
274:3
**course** 13:22
27:5,6,23
30:2 44:22
46:6 70:5
88:17
100:8,19
104:9
117:22
122:6
127:8
135:5
138:16
170:18,19
176:3
193:11
207:9
211:3
245:16
254:20
**court** 1:1,25
6:11 8:1
9:1,6
**cover** 4:18
59:9 87:16
87:20
248:16
258:4

**coverage**
251:20
**covered**
270:13
**covering**
236:11
255:20
257:13
**covers** 23:17
**COVID** 242:8
**crack** 118:2
**Crain's**
221:24
223:1,1
**crazy** 130:1
**create** 74:3
93:25
135:25
138:22
159:18,21
231:9
**created**
48:16
83:24
95:10
126:25
127:4
163:22
207:5
208:13
223:14
229:14
250:24
**creates**
76:13
127:19
128:6
135:13
199:10
**creating**
110:12
128:1
138:20
139:19
**credit** 15:5
27:22 31:1
**crisis**
186:16
**critical**
78:12

**Cromwell** 3:1
6:24 7:2
**CSR-3455**
1:20
276:22
**cub-** 18:22
**curb** 217:21
**curiosity**
108:16
**current** 31:6
35:16
240:3
**currently**
213:13
262:7
**cursory**
49:15
**customize**
79:13
**cut** 30:13
54:15
133:13
164:5
**cuts** 35:21
188:15
**cvillega...**
2:10
**Cyber** 81:14
**cycle** 179:3
**cycles**
102:24
176:24
188:22
193:15
**cyclical**
176:10
177:21

———————
**D**
**D** 1:10,17
4:4 7:9
277:22
**daily** 80:15
93:12
103:19
163:19
164:14
172:20
237:18
239:11,12

239:14
**damn** 57:19
**Dan** 12:3,5
16:15 17:7
18:9
207:18
231:24
245:8
254:16
256:19
259:24
265:3,7
274:16,19
274:24
**Dan's** 165:20
254:17
260:21
**dangerous**
83:17
184:4
**DANIEL** 1:11
**data** 26:1
34:20
53:14 77:5
80:16
84:16
86:11
89:21
92:18 94:8
94:9,12
96:6,11,19
100:5
104:17,19
110:6,11
110:16
113:8
114:2
170:3,21
170:25
174:24
177:24
178:4
200:4
201:1
210:4,5
211:10,22
211:24,25
213:10
214:20
216:5,7,8

216:11
236:4,15
236:16,20
236:24
238:2
239:2,6,7
240:11,24
241:2,5,8
241:18,19
241:20,23
243:4
251:25
**database**
25:12
92:15,20
94:13,18
95:2 98:2
98:7 99:16
100:12,15
101:19,21
102:8
104:14,20
105:15
106:7,11
107:3,5,6
107:11,16
107:22,24
108:11,12
214:23
234:11
237:3
242:21
**date** 88:3
93:25 94:7
104:13
180:16,17
196:17
217:17
271:24
275:15
276:7
**dated** 60:2
252:2,5
**dates** 252:24
**daughter**
256:22
**David** 2:5
6:22 184:9
**day** 11:4
43:9 51:17

52:10,25
56:19
74:10
84:14,14
84:24,24
85:1,2
93:16 98:4
99:4,4,4
102:9
103:9,21
117:24
129:24
133:22
139:16
176:1,5
186:15
195:9
209:23
215:2
231:11
233:3,4
240:23
250:25
251:24
257:8
271:5,5
277:23
**day-by-day**
78:22
**day-to-day**
68:14 71:3
71:18
74:12,23
198:18
206:23
235:11
**days** 51:24
54:3 74:25
89:23
111:22
155:10
162:2
175:2
197:5,6,8
199:14,19
199:23
200:7,19
204:19
231:21
251:24

252:2
275:14
**Dcividin...**
2:12
**deadline**
209:24
210:2
218:5
**deal** 100:9
262:11
263:1
265:18,21
265:23
266:4,11
**dealing**
222:19,25
**deals** 172:14
262:9
**dealt** 258:6
**debt** 31:1
199:11
**decades**
68:25
188:18
264:21
**December**
14:18,18
22:6 104:8
147:19
152:5,7,8
171:14
**decent** 113:8
**decentra...**
73:20
159:5
**decide** 73:12
73:24
201:5
**decided**
19:17
35:25
36:15
231:23
**decides**
209:3
**deciding**
73:8
**decimals**
248:3,5,6
**decision**

35:5 43:4
61:11 68:4
68:23
70:23
200:17
205:16
206:19
260:12
267:7,24
274:7
**decision...**
62:6
**decision...**
67:19
70:15
250:19
**decisioning**
72:19
**decisions**
18:6 54:22
62:10
67:24
68:16
69:14,25
70:1 71:13
71:23 72:4
73:1,7
159:1
175:1
196:1
201:16
202:13,15
202:17,25
252:6
**decrease**
150:22
151:1
155:22,25
156:5
**decreased**
155:20,21
**decreases**
155:23
187:1
**decreasing**
150:14
151:25
152:18
153:3
**dedesignate**

275:17
**dedicate**
29:23
**default**
34:21
**Defendant**
2:22 3:18
**Defendants**
1:13 3:9
**defense**
270:12,17
**define** 55:17
112:14
175:11,14
240:5
**defining**
32:12
239:22
**definition**
46:6 47:13
62:24
174:8
**definitions**
239:24,25
269:2
**degree** 14:13
**Delaware**
10:3
**delay** 213:25
214:21
215:3
**delegated**
33:16 72:2
**delivery**
182:9
**demand**
242:13
**demonstr...**
140:4
170:18
189:22
**denominator**
217:3,7
**deny** 15:15
**depend** 94:8
**dependent**
94:20
**depending**
50:1 55:12
72:1 94:23

234:22
236:3
**depends**
94:25
242:3,17
**deposed** 7:23
9:12 12:8
12:9,13
**deposition**
1:17 4:15
4:17,19,21
4:23 5:1,3
5:5,7,9,11
5:13,15
6:7,14
10:2,21
11:6,18
12:3,12
57:4,8
87:15
119:11
121:5
146:8
154:3
168:2
182:18
184:18
205:20
219:9
220:2
228:16
247:4
258:23
275:7,15
275:20
276:7
**deputy** 117:4
166:23
**Derick** 2:6
57:1 87:12
119:8,22
146:5
153:25
167:22
182:12
184:14
205:18,24
219:12
228:14
246:8

247:1
**describe**
24:2, 4
43:12
78:19
222:15
**described**
19:19
32:23 41:5
127:7
254:4
264:7
**describing**
56:20
220:25
**description**
13:25
23:24
**desig-**
275:17
**Designate**
275:12
**designed**
82:10, 15
121:8
**desires**
274:20
**desk** 154:13
154:17, 18
156:13
163:20, 22
164:14
165:12
**desktop** 21:7
21:9
**Destiny**
59:14, 16
60:3, 4
**detailed**
266:22
**detects**
77:25
**determin...**
69:7 272:8
272:21
**determine**
15:5 42:24
63:13
77:24 78:3
97:6 98:22

111:2
124:17
176:14
240:2
269:2, 8
**determined**
61:16
**Detroit** 3:15
207:11, 15
224:17, 18
254:21
**develop**
16:11
**developed**
198:16
**developing**
27:9
**diagram**
64:16
259:22
**dice** 93:15
**die** 207:18
**difference**
38:17
47:19
92:13
104:22
151:11, 16
151:17
192:23
**differences**
66:7
**different**
16:7 25:7
31:17
32:12 41:7
41:17
56:10
72:11
78:15 83:2
90:14
91:19 93:3
94:23
95:21
101:8, 13
102:19
107:25
108:3, 4
112:4
113:19

122:11
128:1
131:10, 14
131:18, 24
138:12
142:11
150:3
153:16
157:23
158:11
159:7, 25
160:18
163:5, 16
164:18
165:21
169:12
170:8, 11
172:3
174:5
178:21
181:13
193:25
200:5
201:21
202:21
214:15
219:10
228:19
232:6
234:12, 18
239:24
243:16
244:4, 16
249:16
262:23
268:11
**differen...**
18:25
**differently**
23:8 112:3
234:23
**difficult**
124:16
220:15
**digest** 59:24
**digitally**
86:13
**dilemma** 46:6
**dilemmas**
115:13

**diligence**
266:24
267:23
268:12, 23
**Dimon** 124:9
200:22
**dip** 189:21
**direct** 29:12
62:24
66:13, 20
66:20
70:11
80:11
97:12, 12
98:12
173:12
204:13
217:8
264:6
**direct-t...**
31:24 32:9
32:14, 25
38:21
39:19 65:4
67:1, 9
76:25 80:4
106:24
156:25
167:16
**directed**
117:12
**direction**
54:4 76:12
**directly**
32:2, 21
63:25
106:25
258:18
263:6
**director**
15:21
18:16
109:12
**disagree**
138:5
139:5, 10
**disagreed**
140:17
141:13
**disagree...**

68:2
**disagree...**
70:13
**disappoi...**
178:13, 18
**disaster**
217:22
**disclosed**
257:22
**disclosure**
168:14
**disclosures**
168:13
**discount**
262:7
**discounts**
52:4
**discuss**
11:23
102:23, 24
182:3
223:2
249:22
268:10
274:16
**discussed**
12:1 50:19
50:22
55:18
106:15
113:12
124:15
135:24
156:3
157:3, 23
171:11
189:15
194:15
209:2
222:17
255:7
**discussing**
112:22
113:10
139:20
172:20
223:17
259:15
**discussion**
50:23

71:18
76:16
113:15
118:11
147:16
156:10
209:8
221:1
230:22
254:5,8
266:18
267:4,5
**discussions**
68:20
113:24
192:2
206:14
234:17
**dismiss**
164:21
**disposal**
226:5
**disruption**
47:21
**distance**
13:4
**distracted**
104:5
**distraction**
161:24
**distribute**
264:1
**distributed**
207:11
**DISTRICT** 1:1
1:2
**divided**
101:10
**DIVISION** 1:3
**divisional**
52:19
**doctrine**
121:9
**document**
58:12 59:1
59:25 60:8
61:2,5
64:5 69:20
79:15,23
119:17

120:2,14
141:9
146:16,17
146:18
150:15
151:5,15
151:23,25
153:3,9,20
167:14
168:6
181:23
183:5
185:8,21
249:5
250:16
251:18
253:19
**document...**
23:25
33:22
55:18
**documents**
11:5,7,8
11:14 15:9
21:12,14
21:18,23
24:12
156:14
220:9
**DOD** 155:21
**doing** 16:18
16:24
19:10
26:15 27:4
53:4 81:9
91:6,10
96:25
98:23 99:1
102:16
109:16
113:3
116:19
125:6,13
131:10
138:24
143:21
148:21
149:6
156:17
157:24

158:2
161:2,18
164:22
165:24
183:3
192:16
200:13,15
201:14
204:23
207:4
217:5
226:3
232:16
236:23
238:14
243:8
253:17
260:11
262:1
267:15
**dollar** 29:24
64:8 98:23
187:4
254:16
**dollars** 38:8
81:14
134:20,22
149:8
159:10,11
226:8
**door** 26:13
26:22
**dotcom** 54:10
**double** 29:10
242:5
**doubled**
98:17
**doubles**
188:6
**doubt** 120:21
**Doug** 90:11
**download**
27:2
**downs** 136:13
137:16
138:15
170:16
**downtown**
207:15
**draft** 118:16

**draw** 92:8
**drive** 28:15
29:2 36:21
45:25
83:14
**driven** 243:2
**driver** 50:7
78:13,13
**drivers**
153:6
**driving**
26:10,10
29:21
53:12 82:8
159:12
264:22
**drop** 187:21
193:12
**dropped**
208:22
**drove** 33:20
75:12
**Dsaldama...**
52:11
**DTC** 156:1,24
**due** 155:22
227:4
267:23
268:23
**duly** 7:11
**duration**
31:11
**duties** 18:1
**dwarfs** 78:8
**dynamic**
26:19
**dynamics**
133:19

—————————
**E**
—————————

**E*TRADE**
32:17
39:16
40:24
125:23
133:23
180:23
**earlier**
25:20 35:6
35:6 52:17

65:10
92:15
102:7
118:20
139:20
185:22
186:14
215:10
226:13
229:11
241:24
251:22
256:17
257:11
**early** 17:25
111:15,21
147:16
151:19
153:14
177:24
**earn** 36:6
42:20,24
44:20 45:4
52:11
63:25
105:8
187:5
**earned**
105:13
**earning**
47:24
52:22
105:7
**earnings**
4:20 13:23
83:8 113:2
113:4
114:7,12
114:14,25
116:13,23
116:24,25
117:24,25
118:5,18
118:22
119:3,12
120:16,18
124:8,25
126:6
149:1
158:10

161:14
166:17
169:8
173:6,9,17
174:3,6,10
174:12
188:23
235:22
236:8
246:5
273:9
**EASTERN** 1:2
**easy** 61:5
126:11
**EBITDA** 149:2
**economic**
50:2
**economics**
52:6
**economy** 82:8
242:18
**ecosystem**
64:7
101:17
138:21
**educate**
102:17
235:1
245:6
**educated**
177:22
179:5
**education**
14:10
**educational**
14:7
**effect** 136:5
**efficien...**
47:6 66:22
**efficiency**
189:22,25
**efficient**
20:19 27:5
134:21
187:4
**effort**
129:23
**eight** 16:19
20:14
56:10

129:19
134:10
**eight-** 109:3
**eighth** 183:5
**either** 9:21
34:17 54:3
66:13
81:22
84:12,19
84:22 99:2
153:6
167:4
180:6
199:7
212:15
217:6,12
217:16
235:7
239:17
276:14
**electron...**
85:16
**Elkin** 262:2
265:15
**Elkins** 258:5
258:13
261:6
**email** 4:16
4:18,24
5:12,14
20:23,25
21:6,18
57:5 59:9
59:9,11
87:16,20
87:24 88:3
145:18
146:23
154:4,11
154:13,15
154:15
156:21,24
163:11
181:24
182:6
228:17
229:1
247:5
248:16,19
**emailing**

230:9
**emails**
239:11
253:7
**embed** 84:25
**embedding**
82:13
**embroiled**
71:17
**emergency**
166:6
**Emerson** 17:8
18:11,13
118:2
221:10
233:12
**employed**
60:21
**employees**
20:23 21:2
21:6
**employment**
14:8
**empowered**
73:15
**encompassed**
66:16
**encourage**
160:20
**encouraging**
223:7
**endeavored**
119:7
**ends** 64:14
**energy**
129:23
**engage** 75:6
80:23
170:9
266:19
**engaged** 48:4
64:1
**engaging**
75:2 80:14
**ensure** 91:8
139:8
148:17
267:7
268:1,24
**enthused**

209:7
**enthusiasm**
209:8
**entire** 13:24
123:13,13
125:22
135:22
165:25
249:11
**entities**
62:21,23
**entity** 67:20
67:24
**Enzo** 89:19
97:3
**equal** 128:24
**equals**
221:23
**equate**
216:13
**equating**
216:16,18
**equipment**
111:23
**equipped**
273:2
**equity** 27:21
30:10
**ERRATA** 277:1
**escrows**
36:13
**especially**
187:17
**established**
253:2
**estate** 39:15
40:14,20
40:22 41:6
48:5 63:22
63:25
66:18
72:16
107:1
125:25
135:8
175:5
176:23
177:4
181:1
187:9,9

208:24
234:21
**et** 1:5 74:23
75:20
77:13 79:1
111:5,7
119:1
158:10
242:12,12
254:22
**Eugene** 5:2
121:21
168:3,19
175:16
179:8
**evaluates**
72:25
**evaluating**
69:12
73:13
**Evan** 265:15
**event** 54:6
276:14
**events** 11:15
**eventually**
96:23
128:5
263:20
**everybody**
37:2 51:11
245:16
**everybody's**
117:19
**Everyone's**
262:15
**everythi...**
191:25
**exact** 38:11
47:2 50:7
70:3 93:1
105:4
166:21
175:21
181:8
**exactly**
95:21
137:19
140:13
194:2
211:19

213:22
**Exam-** 81:12
**EXAMINATION**
  4:5,7 7:14
  274:5
**examined**
  7:13
**example**
  31:22 68:2
  68:18
  81:12
  103:6
  105:6
  109:16
  155:8
  201:22
  235:23
**examples**
  63:20
**excerpt**
  185:20
**excerpts**
  183:24
**exchange** 5:2
  5:16
  121:25
  168:3,18
  220:13,21
  258:24
  259:7,9
  260:3
**excited**
  131:22
  135:12,19
  137:5
  141:20
  169:14
  170:12
  178:14,17
  180:14
  189:1
  190:19
**excitement**
  135:25
  192:20
**exciting**
  40:15
**exclude**
  209:4
**excludes**

92:9
**excuse** 12:24
  21:12
  41:16 88:5
  215:23
**execute**
  90:17
  113:23
  126:24
  193:24
**executed**
  111:3
  136:8
  192:22
**executing**
  75:4 97:1
  113:20
  124:22
**execution**
  83:14
  84:17
**executive**
  18:1
**executive's**
  56:11
**executives**
  216:1
**exhibit** 4:12
  4:15,17,19
  4:21,23
  5:1,3,5,7
  5:9,11,13
  5:15 57:2
  57:4 59:2
  87:13,15
  87:20
  119:11,15
  146:8,12
  154:3,8
  168:2
  182:16,18
  183:6
  184:15,18
  190:6,8
  205:20
  206:3
  219:17
  220:2
  228:16,23
  247:2,4,8

258:23
  259:2
**Exhibits**
  4:11,13
**exist** 253:21
**existence**
  88:20,23
  89:1
**existing**
  199:9
  210:15
**exists** 68:3
  243:11
**exiting**
  192:7
**expand** 36:21
**expanded**
  20:17
**expectat...**
  245:22
**expected**
  52:18
  131:8
**expects**
  230:16
**expendit...**
  202:23
**expense** 83:3
**expenses**
  45:1 150:7
  156:12
  201:19
**experience**
  33:19
  36:17 54:2
  69:2 72:7
  72:22
  117:5
  134:2
  163:9
  186:13
  187:14
  188:12
  191:5
  197:3
  200:18
  245:25
  251:23
  262:8,25
  265:23

**experienced**
  124:10
  192:21
  195:10
**experts**
  62:11
**expires**
  276:25
**explain**
  30:24 33:9
  191:24
  232:17
**explained**
  115:19
  172:4
  179:2
  196:8
  257:14,19
  258:2,8,10
**explaining**
  12:21
  142:8
  192:15
**explains**
  31:22
**explanation**
  140:23
  172:11
**exposure**
  164:24
**expressed**
  194:8
**external**
  82:24
  110:17
**extra** 254:19
**extract**
  195:24
**eye** 68:21,21
  201:22

————————
**F**
————————
**facilities**
  46:8
**fact** 64:1
  124:12
  126:5
  141:13
  175:8
  207:4

**experienced**
  218:3,4
  225:8
  229:9,11
  242:7
  270:5
  274:10,13
**factor** 50:11
  50:14,16
**factors**
  26:10
**factual**
  85:22
  143:16
  144:10
**fair** 171:16
  184:7
  255:6
  256:16
  261:11
  262:24
  274:15,15
**fairly** 17:1
**Fairway**
  238:9
**fall** 231:24
**falling**
  191:1
  199:6
**familiar**
  62:8 83:19
  108:13
  145:4
  167:12
  251:16
  252:8
  259:14
  267:22
**familiarize**
  119:17
  247:12
**family**
  223:12
**Fannie** 34:18
  42:16
  53:24
  82:14 83:1
  157:13
  237:15
  239:20
  243:9

| | | | | |
|---|---|---|---|---|
| **Fannie's** | 269:11 | 140:13 | 33:15,23 | **finding** |
| 96:21 | 274:1 | 163:7 | 55:25,25 | 161:22 |
| **far** 13:10 | 277:22 | 178:2 | 56:1 87:11 | **fine** 8:16,20 |
| 27:17,17 | **faster** | 184:7 | 184:22,22 | 46:10 88:9 |
| 59:23 | 189:23 | 209:22 | 205:13 | 120:7 |
| 94:11 | **fastest** 28:9 | 215:9 | **filed** 139:1 | 205:12 |
| 125:2 | **Faucette** 5:2 | 227:23 | 226:15 | 267:13,15 |
| 140:1 | 121:21 | 265:11 | **files** 212:10 | 268:25 |
| 147:3 | 168:3,19 | **feelings** | **filing** | **finish** 8:10 |
| 195:12 | 172:22 | 119:4 | 143:20 | 136:21 |
| **Fargo** 238:10 | 175:16 | **feels** 227:22 | **filings** 49:6 | 137:1 |
| **Farm** 39:15 | 179:8 | **fees** 52:4 | **filter** 79:13 | 192:25 |
| 133:24 | **favor** 156:1 | 262:11 | 101:22 | **FinTech** |
| 173:14 | **FCST** 89:10 | **fell** 99:4 | **final** 158:15 | 19:17 20:3 |
| 175:4 | 153:17 | 254:24 | **finance** | 26:3,9 |
| 181:5 | **February** | **felt** 70:1 | 14:13 73:2 | 138:9 |
| **Farner** 1:11 | 88:2 89:5 | 74:4 | 112:23 | 178:22 |
| 1:17 4:4 | 96:5,9,17 | 117:11 | 114:19 | 234:20 |
| 6:7,24 7:9 | 100:5 | 118:25 | 156:11 | **firm** 7:18 |
| 7:16 22:3 | 106:2 | 136:4 | 157:2,9,22 | 21:5 |
| 57:16,17 | 110:9 | 172:24 | 158:5,7,12 | 189:18 |
| 58:11 59:1 | 120:17 | 178:24 | 159:3,23 | 256:13 |
| 59:2 61:16 | 137:22 | 267:12,17 | 160:2,4,25 | **firmly** |
| 67:16,17 | 142:25 | **fewer** 98:18 | 161:8,13 | 138:22 |
| 68:5 69:11 | 154:12 | 211:1 | 161:17 | **first** 7:11 |
| 70:10 | 176:24 | **FHA** 34:18 | 163:3 | 9:24 14:16 |
| 71:22 | 188:24 | 42:15 83:1 | 234:19 | 14:19 |
| 72:25 | 190:25 | 239:20 | 249:6,7 | 19:10 |
| 87:13,19 | 191:18 | 243:9 | 250:12 | 26:14,16 |
| 87:19 | 233:13,15 | **Fidelity** | **financial** | 26:22 28:3 |
| 119:9,15 | **Fed** 30:13 | 263:12 | 9:22 10:14 | 36:6 67:13 |
| 119:16 | 35:21 | **field** 62:12 | 14:20 15:2 | 87:23 |
| 120:1 | 54:15 | **fielded** | 34:15 | 96:19 |
| 144:14 | 111:25 | 261:6 | 40:23 48:9 | 100:19 |
| 146:6,12 | 131:4 | **fight** 29:6 | 62:22 73:1 | 118:2 |
| 146:12 | 188:15,16 | **figure** 74:17 | 73:8,9,12 | 120:13 |
| 154:1,7,8 | **federal** | 95:20 | 110:22 | 122:4,13 |
| 167:23 | 15:11 | 148:12 | 112:12,15 | 123:25 |
| 168:6,7 | 243:2,10 | 178:21,22 | 155:7,13 | 124:3 |
| 182:16 | **FedEx** 15:11 | 208:7 | 186:16 | 128:8,13 |
| 183:1,15 | **feds** 201:6 | 230:22 | 201:15 | 128:15,18 |
| 184:16 | **fee** 41:14 | 238:12 | **financially** | 129:10 |
| 185:5,6,7 | **feedback** | 242:23 | 149:6,23 | 135:5 |
| 190:9 | 117:20 | 263:18,18 | 160:10 | 142:20 |
| 203:18 | 118:13 | 270:20 | **find** 15:6 | 143:12 |
| 205:24 | 245:3 | **figured** | 41:11 | 147:20,23 |
| 219:20 | **feel** 74:5 | 166:6 | 53:21 61:6 | 151:2 |
| 228:22,23 | 78:6 120:1 | **figuring** | 136:11 | 171:1 |
| 247:8,8 | 120:3 | 234:15 | 199:13 | 176:13 |
| 259:2 | 129:5 | **file** 15:15 | 239:7,8,10 | 187:25 |

197:15,16
199:25
203:3
204:19
209:13
210:8
222:12
223:20
224:17
232:19
233:4
248:17
267:2
**first-time**
47:16
**fit** 221:17
**Fitzgerald**
223:24
224:4
**five** 35:17
35:23
75:20
139:24
148:9
163:16
168:20
178:2
200:18
204:19
208:19
**fixated**
194:17
**flexibility**
52:2
**flipped**
208:13
**float** 115:15
115:15
265:4
**flow** 260:5
**fluctuate**
90:9
**fluctuation**
31:9 155:1
155:3
198:19
**flyers**
207:12
227:18
**flywheel**

75:3 119:6
125:25
131:12
**focus** 71:4
112:3,7
139:18
162:4,5
177:24
183:18
245:17
249:12
**focused**
22:20 28:7
47:5,12,23
48:20,25
64:15 71:2
127:24
135:11
139:18
160:19
202:10
234:7,9
247:15,21
**focuses** 75:8
**focusing**
78:11
137:14
235:4
**fol-** 270:21
**folder** 23:23
55:20
95:15,18
97:25 98:1
98:6,9,11
98:11,14
248:21,23
249:4,9,11
249:18,23
250:11
**folders** 98:5
153:7
**folks** 51:10
117:2
223:20
**follow** 15:2
78:5
121:16
193:1
267:6
269:17,18

270:24
**followed**
243:15
266:22
267:8,16
268:22
270:21
271:25
**following**
69:5 277:2
277:3
**follows** 7:13
**Fool** 242:16
**footnote**
64:18
**force** 17:21
72:7 77:17
77:25 90:8
226:15
**Ford** 226:17
226:19
**forecast**
82:13,22
89:13
90:18
96:17
97:23
109:22
110:8
150:2,23
152:19
153:4,10
153:13,22
155:20
156:12
157:12,16
160:9
162:2
196:23
199:13
200:7,10
200:16,20
250:4,22
**forecasted**
155:24,25
157:20
**forecasting**
149:23,24
158:6,13
161:9

198:7,12
199:18
**forecasts**
82:24
89:16
96:21,22
110:18
155:19
157:3
161:8,18
162:7,24
163:1,8
197:2
201:15
202:12,16
202:24
237:14
251:12
**foregoing**
276:8
**form** 39:24
42:7 60:23
81:25
85:11,21
88:11,15
88:19
108:21
109:9
110:4
120:23
125:16
127:14
129:13
130:22
132:6
140:10,19
141:4,15
142:1,23
143:15
144:14,17
144:20,20
145:7,8
147:10
165:13
171:3
173:22
178:10
179:13
180:9,21
198:10

238:6
239:18
240:12
243:19
244:1
245:23
252:13
253:12
260:14
264:15
270:7
272:5,17
273:7
**former** 18:14
**forms** 49:12
110:19
**forth** 43:22
50:22 66:8
80:9 156:8
157:10
164:1
232:23
236:6
256:8
273:9
276:8
**forward** 17:9
65:13
82:11,22
83:11
90:20
91:10
100:10
158:16
161:6
264:22
**found** 204:25
205:11
258:14
**foundation**
149:7
253:1
**founder**
264:20
**four** 9:15
10:25 37:8
140:11
148:9
163:16
178:2

New York
212-273-9911

Hudson Court Reporting & Video
1-800-310-1769

New Jersey
732-906-2078

208:18
**fourth** 151:2
**Fox** 182:10
183:15
191:20
**frame** 22:16
22:19 28:4
28:5 79:7
94:21 95:2
108:19,23
109:7
162:16
181:22
204:25
227:11
242:3
**framed**
192:12
**Freddie**
34:18
42:16
53:24 83:1
157:13
237:15
239:20
243:9
**free** 120:1,3
**frequency**
80:2
241:23
**frequently**
44:7
**fresh** 134:14
**Friday** 1:19
6:1 209:22
**friends**
223:12
**front** 59:2
**FSPG** 67:22
**fucking**
221:24
**full** 67:13
81:15 95:3
102:22
110:13
111:12
162:24
163:1
182:14
194:22

232:25
276:11
**fully** 20:14
**function**
260:9
**functions**
73:17
**fund** 91:9
105:9
111:11
198:17
257:9,23
**fundamental**
66:2
**funded** 14:24
24:4,15,17
24:19
35:11
101:7
**funds** 24:20
24:24
255:20
257:11
**funny** 225:8
225:8
**further**
169:7
173:5
174:2
275:4
**future** 63:5
82:6,19
83:12 90:1
106:5
135:2
157:17
158:21
161:1
179:6
238:21
**FYI** 146:25

--- G ---

**GAAP** 158:8
158:14
**gain** 36:5
71:8 84:19
126:16
150:13
152:22,25

153:11
187:2
238:15
**gain-on-...**
28:23 29:8
42:3,5,19
42:23 44:5
44:8 47:12
47:17,23
48:13,24
49:3,9,10
51:7 53:8
53:9,11
106:10
112:17,18
112:23
113:10
150:16,21
151:24
153:2
188:1,8
196:15,24
197:12
198:1,22
199:3,13
199:18
200:3,7,9
200:19
202:12,19
238:4,20
**gaining**
37:17
130:10
149:13
225:24
**gal** 224:9
**gap** 263:3
**gauge** 251:9
**general**
75:14
95:23
97:14
117:3
124:14
125:7,8
150:19
176:1
179:24
182:1
189:18

226:18
252:21
254:2
272:22,23
273:2
**generally**
165:11
**generate**
28:22 32:4
81:11
131:13
**generated**
80:20
109:4,6
110:9
239:14
**generates**
112:1
**generation**
47:15
**gentleman**
65:25 66:4
117:8
207:10
244:22
**gentlemen**
215:8
**geographic**
29:3
**Georgia**
147:22
**gestation**
179:3
**getting**
35:10,12
55:22
63:23 81:4
93:5 96:6
103:14
143:6
165:8
177:3,4
181:6,6
194:17
210:25
223:14
225:18
230:24
237:5
244:19

265:10
268:5
273:17
**Giacchi** 5:12
228:17
229:1,2
230:8
**Gilbert** 1:11
6:25 12:3
12:5
207:18
245:8
274:16
**give** 15:19
29:11
33:23 34:7
44:3 49:17
50:9 83:10
83:23
91:25 95:9
109:17
117:7
118:13
140:22
142:12
161:19
162:17,20
169:13
170:11
174:8,14
201:22
219:17
237:16
238:22
270:22
272:18
273:14
**given** 9:6
63:19
79:24
182:2
209:24
211:14
240:3
243:17
245:22
271:19
**gives** 36:19
76:14
126:17

135:1
171:19
252:24
**giving**
112:25
126:2
238:1
**glance** 80:9
80:25
**glasses**
58:15
**go** 7:22 8:20
10:17 13:5
13:12 14:7
17:3 20:13
25:22
30:22 37:1
37:3 40:17
40:21
41:21
53:23
58:14 60:2
61:5 64:14
69:9 80:7
81:4,8,17
87:5 88:4
91:14 92:3
94:11
95:14 97:4
97:25 99:2
99:10
105:5
113:11
114:13
120:8,12
121:19
126:11
132:10,22
133:20
134:17
143:18,18
147:24
148:25
149:17
163:11
167:7
168:14
169:7
173:5,11
174:1

180:22
185:18
186:4
187:12
189:14
190:2
191:7,11
192:1
199:10
201:23
204:21
209:6
221:2,9,12
221:20
222:12
225:23
226:22
228:13
233:6
234:24
237:11
238:17
241:24
242:1,3,19
246:7
248:16
250:1
252:21,21
254:7
255:10
256:4
259:21,21
263:9,10
264:6
265:14
270:20
271:15
275:8
**goal** 37:20
37:20,20
94:21
112:16,21
113:16
155:7
**goals** 15:8
265:5
**goes** 111:19
130:7,8
132:25
156:9

206:14
221:25
**going** 8:8,9
8:9 9:5
11:9 22:3
22:24
23:24 25:2
25:18 28:5
28:15
29:19
30:15
35:17,22
37:1,5,8
37:10
41:23
42:20
43:22
45:21
46:22 47:8
47:13,14
47:22
48:22
49:24 51:5
52:9,20
54:18,20
56:16 57:7
57:20
58:19 59:8
59:10 61:3
64:7,11
66:14
67:12 69:9
73:21
74:15,16
75:24 76:3
76:18
77:16,22
77:23
79:16
86:19 88:4
89:3 90:3
90:7,18,24
91:10
92:10
93:25
95:14
96:24
98:19
103:25
105:3

106:4,13
107:8
108:23
112:4
113:15
120:2
121:6,16
123:2
124:13
125:6,13
125:20
126:4
127:23
128:10,20
129:2,5,9
130:12
131:4,16
131:23,24
132:9
133:22
134:8,10
134:18
135:11,19
136:1,2,4
136:23
137:2,6,14
139:23
141:20
142:14
145:17,24
148:13,18
149:8,16
149:22
150:7,12
150:22
151:1
155:8,10
157:16
159:16
160:9
161:9
165:11,15
166:11
168:10,13
169:7,19
170:17
173:5
174:1,7,8
176:3
178:13

181:9,21
182:10,14
182:16
183:4
187:12,25
188:4
189:10
190:13,16
190:16
191:19,19
192:9
193:3,17
194:4,20
195:2
197:4
198:1
199:7
200:24
201:5,5,6
201:9
202:7,8,8
203:8
204:17
205:8
207:18
209:10
211:1,9,14
212:5
214:13
216:12
217:18
218:12
231:22
232:5
234:2
237:7,8
242:24
243:13,17
245:15,25
246:11
247:10
249:11
256:16,17
256:21
259:21,21
262:14
263:19,19
266:10
269:12,17
270:8,11

270:13,22
270:24
271:14
272:16
**Goldman**
132:24
133:8
**golf** 224:16
224:16,17
**good** 6:4
7:16 18:6
36:16 76:9
84:14
92:22
114:4,17
116:19
117:20,21
117:22
145:18
155:18
161:15
193:15
197:11
214:20
215:9
225:15,16
233:18,22
234:6
239:19
245:3
256:3
258:9
264:23
267:17
**Goodwin** 2:16
7:7
**GOS** 105:19
106:6
**gosh** 81:8
**gotten**
232:24
255:6
257:11
**government**
29:21
226:12,21
243:3,8
**Governor**
225:3
**grab** 53:3

130:13,14
134:23
184:10
**grade** 243:20
**graduated**
14:12,17
**grand** 71:11
188:3
**graph** 186:22
186:22
**great** 17:4
19:1 36:17
54:11
90:12
98:14
124:21
145:20
183:20
186:1,10
186:17
189:13
191:22,22
193:11,21
194:5,21
195:2,15
196:5,7,14
198:22
209:14
222:22
223:16
226:3
232:16
233:20
**grew** 16:11
16:11
189:23
**gross** 91:18
92:5,11,16
**ground** 7:22
**grounds**
11:10
**group** 15:21
16:7,8,9,9
16:16
103:17
133:9
155:2
216:25
223:13
**groups** 16:7

73:24
**grow** 18:7
28:9 32:13
45:22,22
47:1,6
48:22,23
50:1 63:21
72:21
75:19
127:4
128:6
129:1
135:13,14
136:5
137:20
138:23,23
150:7
159:8,17
169:13
170:11,20
177:5,8
180:15
188:20,21
189:8,24
194:1
207:6
209:12
223:5
245:11
**growing** 17:8
17:11
19:16 47:3
47:4 63:4
63:15 71:5
75:2 98:20
113:21
115:25
125:3
130:10
131:13
137:15
139:19
167:11
169:10,18
170:1,24
170:24
171:1
173:8,10
173:19
174:18,23

175:7,10
175:11,11
176:9,14
177:11
178:9
181:4
235:14
**grown** 167:16
167:17,18
**grows** 195:7
**growth** 12:22
14:1 149:9
149:11
171:7
173:1
194:9
234:8,8,10
235:5,5
**guarantee**
266:10
**guess** 9:25
11:22 24:5
24:17
28:16 41:4
49:23 50:3
58:9 73:6
78:15 80:8
94:16,25
123:9
128:17
135:18
137:5
141:19
161:5
163:10,19
177:22
188:25
190:17,18
191:17
214:12,15
236:22
242:19
244:2
260:10
261:23,25
**guessing**
248:24
265:17
**guesstimate**
100:7,9

111:18
157:14
**guidance**
83:10
112:25
113:1,1,6
113:25
114:1
115:9
117:7
122:3,12
122:17,23
123:5,5,11
123:15
237:24
**guide** 63:22
**guideline**
63:10
**guidelines**
70:10,20
253:22
**guy** 201:1
204:6
224:8
227:23
259:22
**guys** 57:18
66:21
86:18
232:15
261:19

---

**H**

**half** 37:8
110:11
126:10
127:2
157:19
159:11
203:10
**halfway**
113:4,5
**hand** 58:6
253:23
**handed** 87:19
119:15
146:12
154:7
168:6
228:22

| | | | | |
|---|---|---|---|---|
| 247:8 | **happens** | **hedge** 36:24 | **helps** 64:3 | 178:3 |
| 259:2 | 35:21 | 134:14 | **hereinbe...** | **hit** 168:20 |
| **handful** | 105:11 | 154:13,17 | 276:8 | 232:2 |
| 16:12 | 111:20 | 154:18 | **hereto** | **Hmm** 92:22 |
| **hanging** | 139:22 | 156:13 | 275:23 | **hockey** |
| 147:3 | **happy** 22:16 | 163:20,22 | **heroes** 266:3 | 170:17 |
| **happen** 54:1 | 27:9 36:18 | 163:25 | **hey** 75:10 | **hold** 48:10 |
| 54:5,7,18 | 183:24 | 164:14 | 81:13 | 81:24 |
| 76:18 | 184:12 | 165:12 | 82:16 | 85:10 |
| 83:15 90:3 | 195:12 | 255:19,20 | 109:13 | 127:13 |
| 90:18 | **hard** 54:4,19 | 257:9,11 | 118:13 | 129:12,12 |
| 106:4 | 90:2 | 257:23 | 149:16 | 247:23 |
| 108:5 | 112:20 | **hedges** | 166:7 | **holding** |
| 111:14 | 169:11 | 238:13 | 175:19 | 17:10 |
| 112:5 | 170:2 | **hedging** | 176:17 | **holdings** |
| 129:6 | 178:3 | 154:20,21 | 179:18 | 1:12 3:10 |
| 139:23 | 199:13 | 155:17 | 180:12 | 6:25 7:3 |
| 157:16 | 212:7,9 | 156:15 | 187:25 | 60:12,17 |
| 163:10 | 231:12 | 238:11 | 192:13 | 60:20,22 |
| 181:9 | 243:5 | **held** 90:16 | 216:3 | **holiday** 99:3 |
| 197:5 | **harder** 37:3 | 249:23 | 227:20 | **holidays** |
| 201:2 | 37:3 116:1 | **HELOC** 92:8 | 258:14 | 152:9 |
| 264:9 | **harm** 162:3 | **HELOCs** 48:6 | **Hi** 7:17 | 176:15,22 |
| **happened** | 194:19 | **help** 18:6 | **high** 19:2 | **home** 15:8 |
| 80:25 | **haul** 129:24 | 32:7,24 | 209:4 | 27:15,21 |
| 100:23 | 130:6 | 33:21 | **higher** 29:5 | 30:10 40:7 |
| 111:21 | **head** 8:4 | 38:17 | 29:9 30:19 | 55:10 56:7 |
| 137:19 | 118:3 | 40:22,25 | 31:14,19 | 94:19 |
| 175:2 | 268:5 | 72:21 | 122:23 | 111:22 |
| 179:12,21 | **heading** | 126:8 | 123:12,15 | 199:7,9 |
| 194:2 | 230:1 | 145:15 | 131:19 | **homes** 26:2 |
| 206:25 | 256:24 | 159:3,16 | 187:7 | 63:24 75:6 |
| 233:14 | **headings** | 160:20 | **highest** | 152:12 |
| 263:14 | 230:1 | 187:22 | 225:17 | 171:15,15 |
| **happening** | **heads** 124:9 | 193:13 | 245:14 | **honest** 9:9 |
| 12:1 34:23 | **headwind** | 224:18 | **highly** | **honestly** |
| 37:5 50:1 | 134:3 | 244:2 | 275:14 | 68:17 |
| 51:11 | **hear** 8:2 | 251:8 | **hire** 148:5,6 | 120:25 |
| 74:18 76:5 | 88:8 | 260:16 | 148:7 | 256:20 |
| 108:18 | **heard** 23:6 | 265:4,5 | **hired** 60:10 | **hope** 29:14 |
| 175:22,23 | 33:2 44:3 | 272:9 | 268:2 | 126:23 |
| 177:17 | 59:24 | **helped** 15:23 | **hiring** 91:7 | **hopefully** |
| 179:25 | 60:24 | 226:8 | 148:4 | 31:21 48:5 |
| 180:2,19 | 83:20 | 240:24 | 159:2 | 134:23 |
| 181:9 | 230:1,11 | **helpful** | **historic** | 147:4 |
| 198:5 | 230:16 | 90:22 | 107:18 | **host** 224:16 |
| 214:18 | **Heather** 72:6 | 132:17 | **historical** | **hot** 50:23 |
| 222:15 | 240:17 | 155:6 | 122:10 | 227:7 |
| 242:18 | **heavily** | **helping** 18:4 | 215:6 | **hour** 8:20,21 |
| 258:10 | 68:15 | 18:4 63:22 | **history** | 74:10 |

203:10
214:22
246:12
**hours** 55:21
231:2
**house** 37:18
40:19
92:19
202:9
**housed** 237:3
242:21
**houses** 14:17
238:25
242:9
**housing** 82:8
90:5
**Hudson** 1:25
6:12
**human** 118:24
176:2
200:25
**hundred**
42:12
**hundreds**
109:11
151:6
**hung** 83:17
**Hurbis**
222:16,20
**hurt** 98:19
**hypothesize**
111:8

---

**I**

**idea** 49:22
54:18
196:20
197:11,25
**ideas** 150:2
182:3
**IDENTIFI...**
57:3 87:14
119:10
146:7
154:2
168:1
182:17
184:17
205:19
220:1

228:15
247:3
258:22
**identify**
6:18
**im-** 53:10
**imagine**
46:25 94:8
145:3
215:1
216:4
218:14
253:13
**IMF** 237:22
**immaterial**
62:23
63:14
**immediate**
37:15 74:9
75:9
**immediately**
16:2
214:17
226:25
**impact** 42:16
43:4 51:4
113:21
128:10,21
135:20
136:2
137:7,9,10
141:21
153:7
189:2,11
190:20
191:2,20
199:15
**impacted**
138:2,6
139:11
140:9
141:2,25
142:22
143:14
**impacting**
192:17
**implemen...**
77:16
**implemented**
114:6

**implemen...**
111:12
129:4
**implying**
53:10
**important**
8:1,7 26:4
34:10 36:7
37:15 46:4
46:24 63:5
63:19,23
64:12 71:9
73:25 74:1
76:4,12,22
77:2,18
78:17
80:14
103:13
112:10
114:19
118:21
119:2
123:18
125:3
149:12
162:3
164:20,22
164:25
165:7
168:13
207:25
243:24
245:21,24
253:10,15
254:5,18
**importantly**
80:13
265:5
**impossible**
124:16
**impress**
181:18
**improve**
72:21
**in-** 244:23
**in-house** 7:4
**inability**
246:1
**inapprop...**
222:18

**inaugura...**
226:9
**inbound**
255:16
258:3
261:16
274:12
**incentive**
52:20,21
238:18,18
**include** 92:7
180:7
217:7
**included**
163:24
186:19
**including**
132:8
133:23
**income** 15:4
91:3,11,13
**increase**
159:8
195:22
211:3
212:11
**increased**
149:18
209:15,18
211:5
**increases**
188:16
**increasing**
98:13
112:1
210:15
**incredibly**
27:9 82:5
90:2
110:16
178:14,17
**independent**
216:21
217:24
**INDEX** 4:11
**indicated**
176:8
**indicates**
151:1
**indicator**

47:3 74:17
76:4
**indicators**
45:6,10,11
73:23
**individual**
3:9 68:1
110:5,20
174:9
**individuals**
67:18
68:12
111:6
117:4
154:18
217:1
267:12
**industries**
243:4
**industry**
23:7
133:20,20
138:13
149:25
150:19
171:12
193:16
242:11
243:6
**inevitably**
192:9
**inflation**
112:2
**influencer**
224:9
**information**
15:4,13
52:8 53:14
55:7 73:1
73:10
74:10
79:18 81:2
81:21,22
83:12
84:13,14
84:22,23
85:1 89:20
89:24 91:3
96:2,9
104:14

105:15,24
106:7,18
107:3,18
108:9
110:19
115:8
118:8
130:24
144:16
145:2
162:21
164:2
167:13,19
174:13,24
179:1
201:1
212:13,22
213:1,21
214:2,18
214:25
216:24
237:2,4,7
237:12
239:3,13
242:25
243:15
246:6
247:10
248:25
249:1,3,7
249:13
252:5
254:1
266:21
267:8,20
268:15,18
269:10
270:12
271:10,12
271:14,19
271:23
272:3,4,15
274:8
**informing**
202:21
**informs**
182:5
**initial**
20:12
209:2

**initially**
17:18 18:9
20:4
**initiative**
52:16 99:7
99:9,10
162:3
**initiatives**
128:25
142:12
171:6
181:12
254:21
**innovation**
71:23
**input** 67:16
67:23
70:21
**inquiries**
32:5
**inside** 16:8
16:9 150:9
159:15
265:1
**insider** 14:5
**insight**
84:19
181:2
219:17
238:22
**instruct**
11:9 121:7
121:13
270:8
**instruction**
121:17
270:22
**instruct...**
269:19
270:25
**instrument**
34:15
**instruments**
155:7,13
**insurance**
48:6 66:18
107:2
175:5,10
176:21
177:3

**intending**
270:16
**intent** 270:5
**intentional**
121:13
**interact**
244:10
**interacted**
32:20
**interaction**
36:10
177:19
**intercha...**
41:19
**interest**
29:21
30:19 31:5
31:9 34:22
35:16
37:23 50:4
50:11,13
50:15
52:10
53:19
54:15,25
76:10,11
76:20
77:21 82:9
90:4
108:16
112:1
124:1,17
125:1,6,11
125:12,14
126:4,20
126:22
127:12,18
128:10,16
128:20
129:6,9
130:20
131:3,15
132:3
134:18
135:10,19
136:1
137:6
138:2,6,24
139:11
140:1,9

141:3,20
141:25
142:22
143:14
150:21
154:25
155:2,9
157:17
183:19
186:9,17
186:23
187:22
189:2,10
189:12,17
189:19,21
190:4,12
190:16,19
190:22
191:1,4,18
191:21
193:10,20
193:23
194:4,20
195:1,14
196:4,13
196:20
198:19,21
199:2,4
206:15
249:13
261:7
263:16
274:12
**interested**
22:5 93:3
160:15
178:8,11
201:14
223:3
241:14
259:19
276:14
**interesting**
53:21 81:8
130:9
188:14
205:15
244:21,24
252:6
**internal**

82:21
109:22
161:8
196:23
240:11
250:4,21
251:12
268:18
**internal...**
73:16
**internally**
33:1 38:15
38:22
39:11 42:1
50:19
59:17
60:25
198:7
215:22
235:17
**internet**
15:10
**interpret**
73:11
175:25
181:15
**interpre...**
162:10
180:12
**interpreted**
176:1
**interpre...**
156:16
**interview**
172:25
182:11
183:16,18
183:22,23
184:2,5
185:22
191:21
196:16
**interviews**
13:23
**introduce**
32:24
86:17
87:13
119:9
146:6

167:23
182:13
184:8
205:17
247:2
**introduces**
168:12
**Intuit**
133:24
**invade** 121:8
**invest**
134:19,23
155:6
188:19
245:8,10
**investing**
129:22
**investment**
25:25 27:6
27:7
115:19
117:5
148:3,3
263:10,25
264:1
266:3
**investments**
127:25
136:15
158:1,4
229:5
**investor**
114:20
120:19,22
229:4,4
262:19
263:11
**investors**
102:18
114:11
115:20
116:2,7,14
139:20,21
141:19
142:8
244:11,18
263:21
264:2
**involve**
81:22

84:16
148:2
149:5,22
150:2
**involved**
9:20,21
26:17
60:11,13
60:23
71:22 72:5
72:19
112:12,16
112:22
113:16
149:7
150:20
164:3
165:8
166:3,4,24
206:24
244:24
255:4
259:19
263:11
266:24
267:3,4
268:10
**involvement**
67:11
72:23
**involving**
10:3
**Iowa** 29:7
**IPO** 22:8
60:10
138:1,25
140:16
141:24
142:5,18
143:10,19
231:23
234:25
262:10
263:1,9
265:6
274:23
**IR** 114:15
182:2
244:9
250:17

251:7
**irrelevant**
83:16
**Ish** 221:22
222:7
**Ishbia**
207:23
220:10
222:8
227:20,25
**Ishbia's**
217:8
**issue** 61:10
236:2
**issued** 210:1
**It'd** 172:2
**items** 245:18
**Izzo** 225:10
227:8,14

———————
**J**
**J** 1:20 276:6
276:22
**J.D** 222:23
240:19
241:15,20
**James** 5:2
121:21
168:3,12
168:19
171:21
172:22
175:16
179:8
182:2
**Jamie** 124:9
200:22
**January** 1:19
6:1,5
54:17 96:5
96:8 97:22
100:4
104:8
105:5,23
105:24
106:17
147:17,20
149:21
151:7
152:7

171:14
176:24
236:7
**Jason** 224:7
224:12
**Jay** 1:10,17
4:4 6:7,24
7:9 61:16
67:16,17
68:5 69:11
70:10,14
71:22
72:25
80:25
274:3
277:22
**Jeez** 91:2
**Jeff** 6:23
57:25
136:21
144:7
182:25
228:5
**Jeffrey** 3:2
**Jim** 177:22
**Jim's** 180:11
**Jimmy** 172:2
**job** 14:16,19
15:16
23:24 69:3
71:1 96:25
116:20
142:7
164:23
222:22
225:16
244:10
**John** 166:23
**joining**
175:9
**Journal**
229:8,13
**JPM** 261:1,4
**JPMorgan**
53:24
90:12
261:14
262:17
**judge** 9:2
**judgment**

179:5
191:14
**Julie** 117:1
117:14
121:23
122:8,14
122:20
146:19
147:15
160:13
162:6,16
162:23
201:15,17
202:4,11
202:16,20
202:24
233:25
**jumping**
116:9
**June** 60:3
63:12
198:4,6
233:4,8,11
233:13
276:25
**jury** 9:2

———————
**K**
**keep** 104:14
107:3
168:10
185:14
198:12
201:21
203:8
235:9,13
235:13
**Keller** 2:3
6:21 7:19
**kept** 48:4
102:6
105:15
106:7
**key** 45:6,10
45:11,18
45:24 46:6
46:7,9,11
46:13,20
47:3 48:14
48:14 63:2

| | | | | |
|---|---|---|---|---|
| 69:6 73:22 | 222:18 | 50:10,13 | 120:13,20 | 195:21 |
| 111:1 | 225:7,8,13 | 51:3,10 | 121:1,12 | 196:2 |
| 148:1 | 225:13 | 52:14,15 | 121:25 | 198:4 |
| **kick** 217:21 | 231:13,15 | 52:19 | 124:18 | 200:9,18 |
| **kidding** 13:6 | 232:10,20 | 53:11 | 127:15,15 | 201:15 |
| 228:8 | 233:9,16 | 54:23 55:2 | 127:16 | 203:20 |
| **kids** 152:10 | 234:6 | 56:10 | 133:2 | 205:3,9 |
| 233:7 | 238:12 | 58:13 59:3 | 137:12 | 207:8,16 |
| **kill** 217:19 | 250:14 | 60:8,11,21 | 139:3,14 | 208:2 |
| **kind** 15:24 | 251:9 | 61:8,21,25 | 139:15,15 | 209:9,17 |
| 16:9,22,23 | 259:10,11 | 62:18 | 140:12 | 209:22 |
| 18:20,25 | 261:20 | 63:17 | 142:13 | 211:9,19 |
| 20:17 | **kinds** 78:24 | 66:19 | 144:23 | 212:18 |
| 23:17 24:5 | 262:11 | 69:18,22 | 146:13 | 213:22 |
| 26:2 42:9 | **knew** 117:6 | 70:23 | 147:13 | 214:11,23 |
| 42:16 43:1 | 123:23 | 74:11,21 | 148:6,18 | 214:23,25 |
| 46:11 56:3 | 150:7 | 74:22 75:5 | 150:4,9,23 | 214:25 |
| 66:2 68:23 | 161:14 | 77:21 | 151:18 | 215:2,4,9 |
| 69:18,19 | 166:16 | 78:16 | 152:4 | 216:1,9,9 |
| 75:21 | 199:25 | 79:11,24 | 153:12,13 | 216:11,18 |
| 79:12 | 206:7,7 | 79:25 80:6 | 153:18 | 216:23 |
| 80:24 81:3 | 211:15,17 | 81:6,13,17 | 154:9 | 217:24 |
| 81:5,19 | 211:21 | 83:9,22 | 156:5,9 | 219:22 |
| 84:11,12 | 227:14,19 | 84:13,23 | 157:9,16 | 220:7 |
| 84:18,22 | 228:9,12 | 85:6 86:17 | 158:22 | 223:12,14 |
| 90:1 99:23 | 229:7 | 86:22 | 161:2,4 | 224:10 |
| 114:20 | 236:14 | 88:22,23 | 162:4,18 | 225:19 |
| 116:9 | 243:13 | 88:25 93:1 | 163:15,16 | 226:8 |
| 118:7 | 256:18 | 94:12,14 | 163:19,24 | 227:8,20 |
| 128:17 | 274:25 | 94:15,15 | 163:25 | 227:22,22 |
| 129:16 | **know** 8:9,13 | 94:17 95:5 | 164:2 | 227:23 |
| 133:21 | 8:21 10:10 | 96:6,7,12 | 165:4 | 228:24 |
| 143:19 | 12:10 15:3 | 96:13 97:5 | 167:5 | 229:4,14 |
| 155:15 | 15:21,24 | 97:5,11,19 | 168:8 | 231:2 |
| 158:16,19 | 16:2,11,22 | 99:4,17 | 169:6 | 232:7,16 |
| 159:17,20 | 18:3,5,10 | 100:10,23 | 170:2 | 233:11,18 |
| 165:15 | 19:8 20:7 | 101:15 | 173:4,25 | 234:9,14 |
| 166:25 | 21:23 23:2 | 102:12,14 | 174:22 | 234:25 |
| 176:1 | 26:23 | 102:20 | 175:22 | 235:24 |
| 179:18 | 29:20 31:9 | 103:10,16 | 178:1,8,11 | 236:25 |
| 181:25 | 32:7 35:19 | 104:10 | 178:23 | 238:20,22 |
| 186:15 | 36:25 | 105:16 | 179:25 | 239:8,9,16 |
| 191:3 | 37:16 | 106:3,4,8 | 180:2 | 240:19,23 |
| 196:11 | 40:15 | 109:15,25 | 182:6,9 | 241:21,22 |
| 201:24 | 41:24 | 110:14,18 | 185:14 | 242:14,16 |
| 204:12,16 | 42:12 | 112:20 | 186:17 | 242:22 |
| 204:24 | 43:18 | 116:5 | 187:12 | 244:22 |
| 206:23 | 46:25 49:4 | 117:15 | 191:11,15 | 245:24 |
| 209:10 | 49:11,12 | 118:11,14 | 192:6 | 247:13,15 |
| 220:9 | 49:13,20 | 119:18 | 193:15 | 250:6,10 |

```
250:24
251:4,6,10
251:11,14
252:4,18
252:18,19
252:25
253:1,6,22
253:23
255:6
257:21,25
258:6,11
258:17
259:3,6,12
261:9
264:9
265:16
266:13
268:11,19
269:3,8,15
271:21,24
knowable
89:24
knowing 38:1
111:13
145:15
149:8,25
150:4
knowledge
37:4 144:1
knowledg...
145:9
known 128:16
152:12
200:4
242:10
knows 96:7
105:10
124:19
208:23
245:16
266:16
KPI 47:12,13
48:19,24
KPIs 45:11
45:24 46:3
46:13,20
49:6
```

---

**L**

```
L 3:3
```

```
Labaton 2:3
6:21 7:19
labeled
154:8
lack 250:14
lacks 85:22
141:5
143:16
laid 169:8
173:6,17
174:2
lake 213:10
Lakewood
213:4,13
language
138:3
lapse 214:18
laptop 21:5
21:7,9
large 16:12
34:5 35:8
65:5 134:3
138:21
176:3
181:11,11
223:13
255:19
262:22
263:12
larger 38:12
78:24
134:11
136:14
largest
127:1
172:15
Larry 223:24
224:4
late 14:3
54:9
186:16
255:5
launched
18:24
launching
52:16
Lauren 3:22
6:10
law 7:18
58:1
```

```
lawsuit
11:15 12:8
12:13,15
12:19
13:20
22:19
lawsuits
226:14
lawyer 138:3
270:20
lawyers
21:23 22:2
lay 144:10
173:9
layering
151:21
layperson's
254:3
lead 2:13
131:24
leader 18:15
95:9
176:11
leaders 18:4
70:1 84:20
leadership
52:2 53:1
67:17
139:18
Leadflow
16:11
74:19,20
76:22,23
77:9
103:10
leading 17:4
18:3 66:5
72:18
138:10
leads 15:2
32:5 79:10
103:11,18
239:14
lean 67:6
126:15,18
128:5
134:19
156:7
188:19
189:20
```

```
191:11
leaned
192:21
leaning
30:14
65:23 67:7
67:8
learned
15:23
learning
253:20
lease 202:2
leave 126:11
233:2,5
leaving
265:8
led 15:21,24
16:4,9,25
16:25
180:4,5
left 89:9
151:8
153:17
168:20
197:6
217:14
219:14
233:3
256:22
274:11
legal 62:22
67:20
114:15,19
117:23
205:9
245:7
254:5
269:2
272:7,11
272:17,21
lender 19:1
25:19 27:6
47:20,22
204:13
lenders
204:2
LendingTree
77:12
length 88:23
let's 9:24
```

```
22:7 31:4
46:18 60:2
61:7 78:3
86:24,25
91:14 92:3
96:24,25
119:8
121:19
132:22
149:16
153:25
157:7
200:10
205:17
219:11
226:1,1,2
226:3,4
228:13
245:17
246:7
251:24
letters
89:12
level 108:16
132:10
245:14
255:7
256:3
263:16
levers
122:11
156:4
licensed
148:8
181:6
life 105:12
188:3
lifetime
28:3 30:16
36:4,21
37:14 43:3
44:2,24
47:4,6,16
48:4,17
63:3 64:11
71:16 75:3
78:10
115:25
119:6
126:4
```

135:6,7
149:14
188:10
195:6,19
196:8
231:19
**lift** 184:4
**light** 240:24
**liked** 208:1
**likelihood**
209:4
211:21
261:16
**limiting**
179:12
**limits** 164:1
**line** 43:2
59:19
86:19
91:15
92:11
95:14,24
97:7 99:25
100:25
101:9
103:25
104:23
105:18
106:13,20
150:13,25
229:17
230:25
231:3,6,6
231:9
277:4
**lines** 27:22
66:21
**list** 41:23
152:11
223:6
**listed** 87:23
**listen**
185:22
245:4
**listener**
172:12
**listening**
130:24
142:9
**listing**

171:14
**listings**
176:23
**lists** 133:13
**litigation**
11:20 12:5
**little** 13:4
13:4,10
31:14 33:9
35:12 52:4
67:10 69:4
73:11
78:15 82:7
85:24
103:4
113:19
115:8
117:6
122:16,22
136:13
150:22
152:13
158:11
170:4
171:22
179:9
200:5
206:24
208:16
214:15
226:3,22
227:7
230:24
234:23
235:25
262:20
**lived** 54:8
186:13
**living** 50:9
188:17
237:11
**LLC** 18:19
**LLP** 2:3,16
3:1
**loan** 15:15
22:4 23:5
23:12,15
23:20,22
24:2,2,4,8
24:9,9,14

24:15,19
24:20,23
25:14,21
26:7,8
27:15
28:15,25
29:2,5
33:24
34:14
35:11,14
35:15
36:11 37:4
37:7 38:9
40:7 41:10
42:10,11
42:14,15
42:20,22
42:25 43:5
43:14,25
44:21 45:5
49:9,22,23
51:1 52:12
55:10,25
56:4,5,7
92:12 93:5
97:15,19
98:16,17
99:23,23
100:3,20
101:1,6,11
101:11,18
101:25
105:6,9,10
106:23
113:16,18
114:2
123:5
128:23
152:12
155:10,11
155:16
175:21,23
177:8
187:25
188:4
196:10,10
204:3,22
205:4,7,11
205:13
208:18,21

208:22,23
208:24
209:5
210:8,9,10
210:11,23
210:25
213:8
214:16
215:12,16
216:15
217:23
218:13,15
218:19,23
218:25
219:1,7
240:8,9
241:14
242:1,1
**loans** 9:23
10:14
14:24
17:13
18:14
19:11
24:17
27:16,23
28:12
29:16,17
30:17
33:13 34:8
34:13,19
34:20,21
35:22
43:21 48:6
49:21 51:4
52:18
53:14
56:17 65:1
65:5 69:13
93:14
94:19 96:1
103:20
138:20
148:7
150:10
152:1,6
153:8
154:20,21
170:4
202:7

217:19
222:1,4
235:9
236:20
237:6
239:20,21
**loans-or...**
92:24 93:6
**local** 207:8
223:22
**locally**
224:3
**located** 6:15
94:12
133:10
**lock** 93:1
99:18
105:18
106:6
154:24
155:1
156:20,22
210:10
242:1
**locked** 99:23
154:20,22
155:9
**locks** 91:1
91:16,18
92:5,12,13
92:16,20
92:21
99:14,15
147:4
**logical**
253:13
**logistics**
259:20
**long** 18:12
19:4 28:19
55:25 56:1
72:8 75:1
75:11
81:23
83:15
86:19 87:1
98:19
108:2,11
129:24
130:6

| | | | | |
|---|---|---|---|---|
| 135:14 | 242:10 | 173:11 | 83:22 | 251:5 |
| 137:12 | **longer-term** | 175:13 | 84:13,23 | 259:7,14 |
| 177:1 | 78:12 | 176:12,17 | 85:1 88:14 | **lose** 187:13 |
| 189:7 | **look** 28:14 | 178:4 | 89:22,23 | **lost** 142:24 |
| 194:19 | 28:17 29:1 | 190:2 | 91:19 | 230:24 |
| 195:10,12 | 31:20 | 192:1 | 95:23 | 265:18,21 |
| 198:16 | 53:23 | 200:18 | 96:12 | 265:22 |
| 209:9 | 55:23 61:2 | 202:21 | 98:22 | 266:14 |
| 213:19 | 66:21 | 207:1 | 103:24 | **lot** 19:5 |
| 241:25 | 74:19 77:8 | 217:2 | 105:16 | 20:5,5,8 |
| 244:23 | 78:17,25 | 218:7,22 | 106:17 | 26:21 |
| 245:10 | 79:9 81:1 | 221:20 | 110:13 | 30:17 |
| 271:13 | 81:6,11,17 | 225:9,23 | 116:8 | 33:20 53:4 |
| 274:19 | 82:11,15 | 230:15 | 136:11 | 53:25 |
| **long-term** | 82:22 83:5 | 231:25 | 141:18 | 62:11 |
| 12:22 14:1 | 85:5 90:13 | 236:25 | 148:19,23 | 72:12 |
| 27:10 | 90:23 91:4 | 237:11 | 157:13 | 77:22 80:1 |
| 37:21 38:2 | 91:11 | 238:12 | 158:16 | 81:4,19 |
| 77:3 84:16 | 92:23 | 239:12 | 161:5 | 84:11,16 |
| 102:25 | 93:17 94:1 | 244:10,23 | 164:12 | 84:21 |
| 115:20,22 | 96:20 98:9 | 249:10 | 169:23,24 | 88:13 |
| 116:1,14 | 99:16,21 | 260:23 | 172:9 | 101:13 |
| 117:13 | 100:16,22 | **looked** 32:2 | 177:1 | 103:10 |
| 119:5 | 101:12 | 48:21 74:6 | 181:20 | 104:9 |
| 127:3 | 102:21 | 84:20 | 183:21 | 107:23 |
| 129:17 | 103:7 | 91:13 98:6 | 188:10 | 109:18 |
| 132:20 | 104:17,19 | 98:11 | 190:8 | 113:13,14 |
| 136:15 | 104:23 | 103:10,12 | 199:23 | 115:15,16 |
| 137:9 | 106:10 | 104:21 | 213:20 | 119:19 |
| 138:19 | 107:7,10 | 110:7 | 214:7,11 | 127:23 |
| 139:20,21 | 107:12,15 | 127:6 | 214:13 | 139:7 |
| 150:8 | 107:17,20 | 151:6 | 215:6 | 148:25 |
| 163:8 | 107:22 | 164:14,16 | 236:21 | 152:11 |
| 172:5,12 | 108:5 | 165:1 | 249:21 | 157:10,24 |
| 172:14 | 113:9 | 167:12,14 | 250:11,17 | 159:25 |
| 175:6 | 117:10,20 | 174:24 | 251:25 | 166:2,5 |
| 176:4 | 117:21,22 | 175:8 | 254:25 | 176:23 |
| 192:20 | 124:7 | 178:21 | **looks** 63:10 | 184:2 |
| 198:15 | 132:10 | 188:23 | 110:6 | 186:18 |
| 234:8,10 | 137:23 | 209:25 | 120:15 | 187:15 |
| **longer** 8:20 | 148:25 | 215:25 | 146:18 | 191:8 |
| 25:23 67:8 | 149:11,12 | **looking** 30:3 | 154:14 | 204:15 |
| 67:10 | 150:6 | 31:1 36:25 | 164:5 | 208:20 |
| 142:22 | 158:24 | 42:11,14 | 168:11 | 210:6 |
| 143:14 | 162:1,18 | 42:15 | 169:14 | 219:10 |
| 148:10 | 163:8 | 51:14 54:4 | 170:13 | 222:23 |
| 161:18 | 168:10 | 69:18 | 176:18 | 233:12,20 |
| 171:7 | 170:25 | 71:14 75:1 | 229:23 | 236:12 |
| 172:19 | 171:5,9,10 | 75:22 | 230:8 | 237:7 |
| 188:13 | 172:10 | 76:18 | 250:11 | 238:15 |

239:24
245:19
247:10
249:1,10
249:20
264:18
**lots** 46:5
69:2
111:23
**loud** 168:22
**Louzod** 3:22
**Lovier** 72:6
240:17
**low** 30:13
124:11
125:20
**lower** 29:9
30:20
31:16 47:7
69:4
150:16
153:10
187:22
188:1
234:13
**LowerMyB...**
77:12
**lunch** 86:22
86:25 87:5
145:19
**Luzod** 6:10

**M**
**ma'am** 136:4
173:20,23
174:21
183:17
193:19
260:25
271:1
**Mac** 34:18
157:13
239:21
243:9
**Mae** 34:18
157:13
239:20
243:9
**magazines**
237:22

**majority**
30:8 99:22
239:20
**maker** 61:11
**making** 25:25
46:9 62:10
71:12
74:22
134:1
136:14
158:1
167:3
175:1
186:11
218:22
232:4
235:9
238:13
260:12
267:7
**Malloy**
201:24
**manage**
134:14
**management**
61:16,19
**manageme...**
69:7
**managers**
73:2
**managing**
64:25 65:4
65:21
66:25
69:12
**March** 14:3
54:18
166:12
175:22,23
179:21
189:23
196:19
197:6,11
197:25
198:4
209:21
244:14,17
244:17
255:5
257:4

271:3,4,6
271:6,6
273:6
274:7,9,17
274:18
**Mareskas**
59:10
**margin** 28:23
29:8 42:3
42:5 47:12
48:13 49:9
51:7 53:11
71:15
104:24
105:14,19
106:1,6,10
112:17,18
112:23
113:11
188:1,8
196:15,24
197:12
198:2,19
198:23
199:3,13
199:19
200:3,7,9
200:19
202:12,19
238:5,20
**margins**
147:2
150:21
155:24,25
192:10
**mark** 57:2,8
57:8
185:10
**marked** 57:3
57:15 59:1
87:14
119:10
146:7
154:2
168:1,7
182:17
184:17
185:13
205:19
219:20

220:1
228:15,23
247:3
258:22
**market** 20:8
29:2,7
32:4,13
38:2 45:22
47:3 48:23
48:23 49:5
51:11
63:21 76:1
90:4,5,5
97:6
110:18
113:21
125:4
126:16
127:5,20
130:10
134:2,9,24
135:13
137:25
138:23
141:23
149:12
155:1,3
157:15
159:8
169:11
170:3,6,7
178:7,11
178:13,16
180:15
187:2
188:20
189:8
192:7
194:1,12
207:6
208:4,7
209:15,18
210:18,20
211:4,6
216:19
225:24
229:15
231:12
232:20
233:8,16

234:5
242:13
243:1
258:18
261:8
263:7
264:12
265:4
266:10
268:19
**market-s...**
96:13
**marketed**
32:3,20
**marketing**
16:10
17:11,14
17:17,19
17:22 26:1
26:16 27:1
27:24
29:10,24
36:20 47:5
47:5,7
51:2 52:15
64:8 66:11
66:13,14
70:21 74:8
76:13
77:11
81:13 91:6
98:23 99:7
99:9,10
100:18,24
102:25
103:16
106:25
125:24
126:18
134:20,22
148:3
149:18
156:7
158:24
165:17
166:1
187:4,6,7
187:23
188:6,7
189:25

199:5
202:7
206:25
220:9
230:22
231:17
238:17
239:13
**marketplace**
28:1
115:16
**markets**
24:22 34:6
49:16 50:1
50:17,22
51:9,10,18
52:7 53:15
53:18,21
54:5,20,23
55:5 66:1
70:18,23
71:2 74:14
74:18 76:5
82:8
154:14,19
155:2
156:18
163:23
237:8
**markets'**
165:19
**marking**
57:10
**Massachu...**
2:19
**master's**
14:14
**Mat** 207:22
217:8,13
220:10
222:8
**material**
63:14,16
63:18
253:25
266:20
267:8,20
268:15,19
269:9
271:11

**materials**
73:8,12
103:8
220:10
272:3,14
273:5,8,10
**math** 217:10
221:24
**matter** 6:8
10:1 102:3
177:15
195:23
206:12
266:5
**mattered**
177:11
**matters**
31:10,11
55:7 67:19
246:6
**Matthew**
132:23
133:8
**MBA** 53:24
96:12,21
200:20
237:14
**McCann** 4:24
154:4,11
155:18
**McGrail**
248:20
**mean** 24:6
25:5 27:12
41:25 42:5
44:17,19
46:22
51:23
54:16
55:15 56:3
56:9,11
75:16 79:4
80:24
89:13 92:6
93:7
103:22
106:22
114:17
127:15,16

146:17
153:22
154:21
156:20,25
158:9
159:22
168:22
171:12
175:11
190:12,22
191:2
208:10
210:7,12
210:14,14
210:15
211:7,8,8
218:10,20
218:21
219:9,10
223:11
225:14
231:21
234:7
236:18
240:7
256:12
273:13
**meaning**
11:22
20:16
21:18
24:10 30:8
160:16
217:20
**means** 23:5
23:15
26:13
30:24
89:11
97:10
115:16
123:10
128:5
153:18
156:22
176:20
**meant** 18:25
22:13
82:21
83:21

136:17
163:23
254:9
255:2
**measure** 64:5
196:1
**measurem...**
73:25
**mechanism**
182:9
263:8
**media** 223:11
223:12
**medical** 9:8
**meet** 11:1
166:22
245:22
246:1
**meeting** 86:8
86:10,14
109:13
249:22
271:2,4,8
271:11
272:13
273:1,5,6
273:8,12
274:9,11
**meetings**
79:1 85:8
85:19 86:5
157:2,5,5
157:7
249:24
**member** 229:3
239:2
**member's**
227:18
**members**
111:22
116:19
150:6
207:10,13
237:17
239:9
252:16
253:15
**meme** 116:7
244:19
255:18

257:12
**memory** 131:1
**mentioned**
41:22
47:18
65:23
70:18
76:22
80:16
111:10
117:17
171:5
241:4
**mentioning**
222:21
**message** 5:16
221:21
222:13
223:20
226:6,22
258:24
259:7,9
265:11
**messages**
220:14,22
220:23,24
223:23
**messaging**
21:1
**met** 10:23
157:9
182:7
**metric** 95:21
164:19
212:19,23
213:2
**metrics**
41:21 49:6
49:8,12
63:2 77:4
82:22
91:14 92:7
93:17
94:18
103:7
107:20,21
107:23
238:25
242:20
**mic** 88:6

Case 1:21-cv-11528-TLL-APP   ECF No. 190-24, PageID.30259   Filed 07/16/24   Page 105 of 138

Page 311

**Michigan** 1:2
3:15 6:16
14:12
225:11
227:21
228:1
276:2,24
**microphone**
12:25
**Microsoft**
140:5
**mid** 236:7
261:19
274:14
**mid-January**
147:17
**middle** 61:12
79:17
83:16
131:6
152:10
**midpoint**
122:17,22
123:5,11
123:14
**Mike** 201:24
**million** 90:8
91:7 147:1
155:20,21
257:4
259:15
261:11,12
262:3
263:5,6
266:16
**millions**
37:6 38:8
38:8
234:11
**mind** 134:15
**mindset**
195:9,20
**mine** 91:18
**minimum**
261:20
**minus** 221:23
**minute** 74:14
76:1
187:20
**minute-b...**

78:22
**minutes**
20:15
145:21
168:20
213:15
273:17
**mishmashed**
250:15
**missed** 38:16
116:21
**missing** 41:3
168:11
**mission** 26:6
159:7
254:15
**misspoke**
152:20
**misstate...**
102:15
**Misstates**
125:17
129:13
**mistake**
111:25
**mistakes**
194:18
**mix** 156:1
**mm-hmm** 61:24
78:21
104:22
145:22
229:25
**model** 27:10
53:22
54:21,24
115:24
**modeling**
53:18
243:21
**moment** 47:25
63:11
78:10
108:6
**Momoa** 224:7
**Monday** 55:20
81:14
248:21,23
248:25
249:3,8,18

249:23
256:24
**money** 15:7
19:6 25:1
25:4,6
26:21 31:3
44:18
97:19
138:19
139:8
193:15
199:11
263:2
265:18,21
265:22
266:14
**month** 9:19
36:12 43:9
70:3 94:23
97:16
99:11
106:17
136:12,12
139:17,22
153:14
170:14
188:2
229:11
253:20
257:12
**month-ov...**
93:21
**monthly** 35:3
79:21,25
137:17
**months** 12:16
15:18 83:9
104:9
110:16
124:18,18
126:15
129:19
134:11
137:23
142:6,18
143:9,9
148:9
171:7
172:17
181:4

188:2,2
196:3
**Morgan**
166:11,14
167:9
169:17
224:8,13
255:17
256:25
257:2,20
257:24,25
258:14,17
261:7,9,10
262:6
265:21,22
266:2
**Morganroth**
6:15,15
**morning** 6:4
7:16 51:16
51:23
74:13 76:1
113:12
**mortgage**
10:15
14:19,21
15:6,6,22
16:4,17,18
17:8,9
18:16,19
18:22,24
19:1,7,11
19:12,24
20:1,2,7
20:11,12
20:18,21
20:24 22:4
24:19
25:16,19
25:20 26:3
26:15 27:5
27:11
28:22
31:13,17
32:6,8
33:12,25
34:1,2,12
35:2,9,13
35:17,25
36:15,19

37:17 38:5
40:18,18
44:21
47:20,22
48:5 50:4
50:10,10
50:13,14
52:1,1
55:16
56:12,14
56:16
63:23 64:3
65:3 66:2
66:17 67:4
72:15 74:7
76:15,20
76:25
81:15
82:13,25
90:4 91:8
105:11
108:12
124:1
125:15
126:3,14
128:2
131:18
133:20
135:8
136:9
138:13,20
146:25
148:5,9
152:1
154:24
157:14,15
170:7
171:12
172:16
176:10,12
178:22
193:16
196:9
203:24,25
204:1
234:13,14
234:19
242:17
243:1,12
260:18

New York
212-273-9911

Hudson Court Reporting & Video
1-800-310-1769

New Jersey
732-906-2078

**mortgage...**
34:17,24
51:21 55:6
76:7 198:6
201:7,8
**mortgages**
39:1
157:19
175:6
193:14
242:5
245:15
**motion** 78:1
**Motley**
242:16
**Motor** 226:17
**Motors** 75:14
226:18
**move** 31:17
65:13
90:20
124:14
126:8
129:2,25
145:17
156:1
166:11
169:1
182:10
186:17
209:3
**moved** 19:3,9
19:9,12
25:16
131:7
155:12
192:22
**movement**
76:12,13
76:13,14
76:19,20
124:24
125:1
126:3,19
126:22
127:18
129:7
186:23
189:19
190:4

191:4
193:23
199:2,5
231:11
**movements**
235:11
**moves** 71:10
266:8
**moving** 9:25
58:7 76:9
83:10
91:10
100:9
124:15
183:19
186:10
189:17
191:21
193:10,20
194:20
195:1,14
196:4,13
198:21
216:20
229:18,20
231:7
236:2
262:20
**MSRs** 35:1
**multiple**
30:12
32:18
34:11 54:8
68:25
110:10
111:14
131:12,19
149:11
156:10,11
158:18,20
174:6
186:13
194:8
**multitude**
204:2
222:17

————————
**N**
————————
**name** 6:10
7:18 10:9

19:3,17
59:17 60:3
78:17,19
79:6 87:22
133:14
206:10
257:10
269:4
**named** 66:4
**names** 18:11
109:15
**Nash** 132:24
133:8
**nasty** 207:21
**Natasha** 5:14
247:5
248:19
250:12
**national**
224:6
**Nationwide**
6:13
**native** 183:5
**natural**
36:24
108:4
177:21
200:20
202:3
**near** 12:25
13:2 81:23
**necessarily**
28:17
63:24
118:9
128:3
265:25
**need** 23:1,9
30:25 75:9
112:14
120:4
148:12
159:15
165:7
166:8
168:22
250:23
265:1
267:14

273:16
**needed** 158:9
255:21
258:4
**needing**
199:6
**needs** 55:7
199:11
**negative**
128:10,20
155:20,21
223:2,14
**negotiating**
262:12,13
**Nelles** 3:3
7:1,1 13:8
13:11
119:20
268:7
**Nelless@...**
3:8
**nervous**
134:10
**net** 91:3,11
91:13,15
92:11,13
92:20,21
93:1 99:14
99:15,17
150:13,16
151:24
152:22,25
153:2,11
155:20
156:22
**network**
32:15
39:15,16
40:14 41:6
64:25 65:7
65:12,17
65:21
66:23
70:12 80:5
181:3
**never** 89:14
153:23
217:5
226:19
264:7

274:23
**new** 2:8,8
3:5,5 75:5
99:11
116:2
196:9
202:1
208:8
210:12
211:13
225:3
**news** 84:18
209:14
222:9,9
265:17
**NFL** 224:15
224:20
**nice** 37:19
142:7
262:17
**Nicole**
248:20
**Niemiec** 66:4
206:22
207:21
215:1
240:17
**nine** 15:18
**ninth-pe...**
109:3
**nod** 8:3
**non-rate**
30:9
**nonfinan...**
81:1
**nonpublic**
254:1
266:20
267:8,20
268:15
269:9
271:12
272:4,15
**normal**
152:15
176:24
231:20
**normalizing**
155:15
**Normally**

183:8
**north** 6:15
188:8
**Northern** 1:3
2:18
**not-good...**
225:19
**Notary** 276:1
276:23
277:25
**note** 59:10
**notes** 276:12
**Nothing's**
108:5
**noticed**
225:1
**noticing**
104:7,11
251:19
**November**
22:6 54:14
152:3,4,7
152:8
**NRL** 155:22
156:20
**num-** 43:21
**number** 22:24
30:21
43:10,12
43:22,25
61:3,10
76:24 93:4
93:14
98:22
101:6,6,8
101:14,15
101:16
103:11,12
110:15
111:4
150:23
151:5,9,10
151:19,24
153:2
159:13
185:14,15
186:24
187:3
210:1
211:17

212:9,9,11
217:3
220:11
242:5
247:17,20
256:19
**numbers**
31:21 61:4
83:6 96:14
153:15
164:25
172:23
198:13
199:20
200:7
212:17
213:24
236:4,5,7
236:8,10
236:13,18
243:16
248:3
**numerato...**
236:1

─────── **O** ───────

**oath** 8:24,25
8:25
**object** 85:10
108:20,21
137:1
272:16
**objecting**
144:10
**objection**
39:24 42:7
81:24
85:11,21
109:8
110:4
120:23
125:16
127:13
129:13
130:22
132:6
140:10,19
141:4,15
142:1,23
143:15

144:8
147:10
165:13
171:3
173:21,22
177:13
178:10
179:13
180:9,21
198:10
238:6
239:18
240:12
243:19
244:1
245:23
252:13
253:12
260:14
264:15
270:7
272:5
273:7
**objectives**
45:17,17
45:23
111:1,3,8
148:1
**observation**
228:7
**obvious**
172:12
**obviously**
22:11
53:11 96:4
121:6
134:14
152:9
158:2
205:15
224:10
241:18
**occasion...**
244:11
**occasions**
108:14
254:7,11
256:9
**occur** 111:9
111:18

114:9
163:6
**occurred**
176:13
274:17,18
**October** 22:6
152:3,4
251:1
**offer** 33:17
52:10
56:16
263:4
**office** 54:13
**officer**
17:15,18
17:19 18:2
64:24 65:2
74:8
146:22
208:21,22
208:23,24
**officers**
208:18
209:5
**official**
16:1 69:20
**officially**
17:14
233:3
**offset** 51:20
155:25
**offsetting**
155:12
**Ogden** 1:20
6:11 276:6
276:22
**oh** 34:5 38:7
39:5 43:20
57:17 81:8
91:22,23
93:10,12
99:3
106:19
119:24
152:23
168:22,23
183:7,7,10
185:12
193:2
220:19

224:25
235:8
248:4
251:19
257:8
258:9,21
275:10,13
**Ohio** 28:24
**okay** 8:13,22
8:23 11:12
13:13 14:9
22:9,18,23
23:3 35:15
37:13 39:6
39:8 42:2
42:9 43:2
44:16,23
46:10
52:14
57:12,22
57:25 58:3
59:6 60:2
61:9 62:19
62:20 81:8
82:2,18
85:24 89:5
89:8 90:8
90:23 91:4
91:5,6,7
91:24 92:1
92:4
119:19
120:11
121:3,20
129:15
133:12,17
133:18
140:24
141:7
146:15
147:12
148:12
153:1
154:10
155:11
158:18
166:11
167:21
168:9,16
168:17,24

181:21
183:7
184:13,23
185:12,16
186:5,7
190:10
193:2
194:25
206:21
208:12
213:12
219:19,23
220:5,19
221:7,9
228:4,10
228:25
232:15
238:8
240:14
242:2
244:5
247:19
248:10,14
248:15,18
250:1,9
257:1
259:5,21
260:21
261:19
269:17
270:6,15
275:11,18
**OKRs** 45:14
46:8
**old** 6:16
51:24
55:18
58:16
**older** 55:19
**onboard**
225:15
226:24
**once** 26:13
39:7 69:24
83:6 106:2
217:20
236:20
241:22
260:4
268:11,11

**one-time**
25:20 36:3
**ones** 241:5
**onion** 208:16
**online** 57:9
57:11,12
78:23 79:8
94:24,24
187:9
**open** 74:14
76:2
252:19
253:9
268:25
**opened**
255:13
267:2
274:10
**opening**
208:9
255:10
**operate**
34:20
89:21
142:13
175:3
176:25
**operated**
69:1
**operating**
61:11 62:5
64:24 72:8
79:22
84:15
109:22,24
111:24
**operational**
189:24
**operations**
24:18
42:23
55:23
56:17 66:1
67:20
68:14
**opinion**
124:17
**opinions**
161:19
**opportun...**

76:14
192:3
193:25
255:3
**opportunity**
40:15 77:1
78:9
116:18
118:12
126:17,25
127:4,19
128:6
134:19
135:2,13
138:9,12
142:13
156:6
180:15
189:8
191:10,12
199:5
206:17,18
207:6,24
208:14
209:11
211:2
223:5
255:22
256:20,21
275:16
**opposed**
35:10
**option**
220:16
**order** 120:4
**ordinary**
88:16
**org** 18:10
**organic**
77:12
**organiza...**
16:13
17:15 18:5
25:18
45:13
48:16 63:6
64:4 66:24
73:3,15
78:9 111:2
138:11

147:19
148:2
149:9,14
159:9
160:7
163:5
165:24
173:2
256:14
265:2
267:15
**organiza...**
64:23
**organiza...**
19:15
**originate**
27:16
29:16 37:4
**originated**
24:10
106:23
152:6
**originating**
33:13
37:14
42:10
49:21
150:11
**origination**
22:4 23:5
23:12,15
23:20,22
24:2 25:14
27:15
38:10 40:7
41:1,10
55:10
213:8
**originat...**
56:7
100:18
237:23
**originator**
26:7 27:11
128:2
**originators**
131:18
**ORM** 92:9
**outcomes**
45:15

**outperfo...**
137:24
**outside** 16:7
54:3 89:25
113:9
125:7
157:13
161:17
201:11
240:4
**over-** 18:3
**overall** 18:3
71:11
171:24
175:17
179:10
194:9
**overdone**
131:5
**overriding**
68:23
**overseeing**
65:5
**oversees**
65:1 67:18
**overtime**
10:15,16
**owned** 60:16
60:16,17
129:20
265:3
**owner** 260:7

———————
**P**

**P&L** 25:5
**p.m** 119:13
146:1,2,10
154:5
168:4
182:20
184:20
203:13,14
205:22
220:4
221:13,21
228:18
246:19,20
247:6
258:25
265:14

273:22,23
275:21
**package**
59:19,21
**packages**
15:11
**page** 4:3,12
60:6 61:12
62:14
64:14
67:12,13
69:4 79:17
87:23
90:25
91:20,21
107:20,21
107:23
120:12,19
120:22
121:19,22
132:22,25
132:25
133:10
150:12
163:11
168:17,18
169:2
221:2,9,12
221:15,20
222:12
230:8
247:15
248:7,11
248:13
249:12
277:4
**pages** 110:7
120:3,11
185:20
247:11
248:6
**paid** 25:21
31:13 35:3
77:13
79:11
97:19
139:7
223:18
245:19
262:10,15

264:3
**painting**
14:17
**pandemic**
29:19
35:21
54:16
124:11
126:10,10
186:20
188:15
232:2
**paper** 61:23
62:4,21
63:1 65:18
69:21 71:4
153:15
198:13
200:13
207:14
**paperwork**
97:18
**paragraph**
62:16
64:17
67:13
169:5
171:22
173:3
193:8
**paragraphs**
61:15
**parentheses**
230:20
**part** 27:15
40:7 41:6
42:23 74:2
80:22
103:14
148:24
149:4
177:24
183:18
185:22
186:8
205:8
208:10
209:13
241:16
**participate**

114:11
261:22
**particip...**
65:24 72:6
114:9
117:7
157:6
160:2
**particular**
44:20
82:24
86:11
112:24
151:15
163:17
166:15
176:5
187:9
192:4
194:7
210:22
215:7
250:16
265:2
266:25
**particul...**
264:19
**parties** 33:3
173:13
260:8
275:22
**partner**
64:25 65:6
65:12,17
65:21 66:8
66:16,22
70:12 80:4
80:12
125:23
134:4
167:18
192:6
**partnered**
223:7
**partnering**
48:8
133:23
**partners**
32:4 40:13
**partnership**

174:15
**partners...**
133:25
137:19
175:14
179:4
192:3
**parts** 58:12
192:7
**party** 32:22
40:13,21
41:16
66:14
105:25
106:20,21
107:1,8
276:14
**passed** 24:14
**passion**
169:9
173:7
174:17
**Patton** 90:11
**Paul** 140:20
267:4
268:2
**pause** 101:20
204:16
249:14
**pausing**
80:10
**pay** 31:1
33:24
35:17
106:3
137:3
148:13
243:20
262:22
**paying** 75:11
**payment** 35:3
35:13
**payments**
35:23,24
37:9,11
**peel** 208:15
236:10
**pending** 8:17
**penetrate**
225:4

**people** 11:23
16:12,16
20:8 23:8
23:18,21
24:1,3
30:18
36:17
41:11
43:10,11
43:16,17
44:3 45:2
47:14
50:22 54:1
62:11 69:2
74:3 89:18
89:19 98:4
99:22
109:12,18
111:7
113:10
126:8,9,16
131:4,7
139:7
152:9,11
157:10
160:14,17
160:20
163:2,24
165:21
170:15
171:14
197:1
200:18
207:17
208:11
210:4
217:2
223:6,13
223:17
224:11,24
225:14,20
227:1
232:8,14
232:17,24
235:15
241:11
242:16
243:12
245:10
246:2,5

253:20,22
259:8
263:15
264:20,24
265:7,24
268:1
people's
78:1
207:12
242:9
percent
26:14 30:8
31:5,6,7
31:12
60:17,19
98:15,16
115:12
122:17,23
123:15
129:21
155:9
169:10
170:5,6
187:19,20
187:21
188:9
193:12
199:22
211:25
212:4,12
260:7
percentage
38:9,11
78:8 96:13
105:7
241:25
percentages
169:6
173:4
174:1,14
perform
239:22
performance
45:6,10,11
47:3 61:18
67:25
69:12
73:22
82:16,18
84:1,3

99:13
215:6
performed
75:17
109:15
performing
118:25
243:7
period 16:22
17:1,19
18:12
22:20,25
22:25
24:14,14
24:25 25:8
25:10
28:19
29:15 30:1
30:7 38:4
39:17
43:15
46:21 48:7
50:20
65:14,22
67:2 68:9
69:17
70:17
71:25 72:8
73:5,14,19
84:5,8
108:11
116:5,11
126:7,14
128:12
138:16
144:23
145:6,14
147:17
157:4
175:14
188:12
203:23
213:19
234:1,2,3
235:4,18
249:18,23
271:7
periods
188:13
245:11

person 41:14
46:12
49:17
50:17 55:2
62:9 101:5
159:14
164:22
182:7
207:19
208:1
214:20
268:10
272:7
person's
192:14
personal
22:1 44:21
48:5
129:16
196:10
personally
165:1
256:6
perspective
62:25 63:9
66:11
77:11 83:3
99:13
107:8,8
122:16,21
129:17
159:2
201:13
206:25
Pete 59:10
Peter 5:12
228:17
229:1,2
230:8
PGA 224:15
224:16
philosop...
70:11,20
philosophy
129:22
245:2
phone 12:25
14:3 20:10
20:10,11
20:15 21:1

22:1,2
26:20,22
26:23
74:22 77:7
79:3 80:17
103:12
220:11,14
220:22
239:10
255:16
256:23,25
261:17
phones 27:1
phonetic
90:11
phrase
192:17
picture
220:10
piece 34:10
35:12
40:23
86:11
153:14
198:13
200:12
pieces
207:14
pipeline
56:6,9,12
56:14,18
217:19,23
pivot 111:16
112:3
place 51:21
129:1
212:25
255:25
266:23
places
222:22
plaintiff
2:13 6:21
plaintiffs
1:6 7:20
21:16
plan 109:22
109:24
110:22,24
112:7

149:2
158:21,22
256:8
planner
40:23
planners
48:9
planning
147:18
149:4,21
197:2
platform
19:1,17
20:3 26:3
26:9 71:5
127:25
158:1
175:9
181:2
232:25
play 182:14
183:1,8,8
184:12
185:24
played 127:9
players
204:4
playing
127:7
183:13
PLCC 6:15
please 6:18
6:19 59:2
119:23
146:6
247:11
plugged
21:10
plus 37:16
100:6
221:22
pocket 13:3
point 16:20
17:20 19:9
29:22
32:11 48:7
50:24
52:22 70:2
70:9 71:21
72:24 77:5

```
78:8 79:2        portions        practice          88:16            251:3
96:15             179:9           68:25 70:8       100:6            256:13
105:13           position         74:12           114:14,23        264:23
134:1             37:12           111:1           117:1,25         previous
147:1             163:25          118:4,10        164:7,7           9:22 84:2
174:20            254:6           118:11          250:10            110:7
177:24            255:20          249:1           251:12           115:4
192:12            257:14         practices        preparer         122:9
204:6             258:5           222:19          94:16            151:5
211:25            269:9          pre 251:22       preparing        225:25
215:16            272:13         pre- 94:16        164:3           previously
229:15           positive        pre-IPO         present 3:21      137:13
232:8             222:24          79:23           187:11          price 28:21
236:22            223:4,9,10     predicate        256:20           51:16,22
240:4             226:2           85:22          presented        244:15
255:9            positively      141:5            73:2            255:6,12
256:5             129:25          143:16          206:18          255:14
260:11            223:18          144:4,11        274:8           256:1,3,11
274:17           possession      predict         president        256:15
pointed           266:20          37:22 54:5      16:2 17:18      261:19
89:15             267:19          90:3,3,21       17:20,21        262:7,18
153:20,24         268:14          96:23           52:19          262:20,24
170:1            possibil...      100:10          64:23          263:3,18
pointing          150:3           112:6,19        224:21         266:7,9
113:7            possibility      112:20          225:2          274:13,15
156:3             255:7           125:1           226:7          pricing
points 69:10     possible         153:14         press 114:13    51:19,23
71:4,10           90:21           197:4,4         183:8          68:3,4,23
168:21            229:4           198:4           223:14         70:11,14
188:1             261:13          201:4          pressure        70:24
211:22,24        possibly         238:3           149:15,20      208:9
policy            106:4          predicted        163:4          238:12
255:25            159:4           112:2          presumption     261:2,5
pool 34:16       post 120:18     prediction       266:14         primarily
pop-up            206:5           151:8          pretty 84:14    64:24 65:3
221:25           posted 206:7    prefer           97:22          66:25
popping           206:8           115:18,20       104:11         202:22
259:11           potential       preparation      114:22         primary
popular 19:3      162:7,24        182:1           127:17         25:12,24
263:23           Power 222:23    prepare          129:5          53:7,19
portal 79:8       240:19          10:21 11:5      135:18         63:2 115:2
portion           241:15,20       89:16           137:5          115:3
33:25            PowerPoint       116:24,25       141:19         134:25
39:21             250:3           118:4,16        159:5          primary-...
60:15            PR 118:3         121:4           189:1          49:13,19
117:18            166:25          158:10          190:19         50:5,12,18
171:23            182:2           166:18,20       210:19         50:25 51:6
192:25            206:8           181:24          215:9          55:1,4
243:7             211:21          250:21          236:5          print 57:19
245:4            PR/IR 166:22    prepared         243:12         prior 123:8
```

134:11
251:24
253:20
254:16
**private** 14:3
129:18
**privilege**
121:8
270:1
**privileged**
269:13
270:12
**Pro** 33:4,10
38:14
39:10
107:15
181:3
209:14,17
211:5
218:17
**prob-** 264:17
**probably**
18:9 22:7
23:6,9
24:3 28:7
34:7 41:3
41:19
47:10
48:14 50:8
50:16,21
51:3,8
53:23
54:22
55:11
77:20 82:2
83:22 85:5
86:24 94:8
98:21
101:8,10
101:11
103:3
104:21
110:6
111:7
125:20
127:1
128:5
132:10
140:20
142:3

145:9
150:20
152:13
155:4
165:16
166:2
169:7,9
173:5,7
174:1,17
181:7,17
190:13
192:17
195:8
204:4
206:13
209:1
214:9
216:16
233:19,25
235:8
237:9
239:7,25
241:10
243:3
244:13
250:23
251:3,6,10
251:25
252:2,14
254:2
256:9
262:16,23
264:17
**problem**
144:5
216:2
225:2
**process**
18:21
20:18
24:16
63:23 64:2
127:21
155:6,17
175:6
206:20
210:8
232:11
235:1
250:19

252:22
255:3,8,10
256:5,7
263:2
266:22
267:6,9,16
267:22,22
268:9,22
272:1,9
274:24
**processes**
171:24
179:10
**Procter** 2:16
7:7
**produce**
42:22
202:8
**produced**
21:16 73:8
73:13
273:11
**product**
11:11
18:24 20:2
20:12,21
33:18
44:20
71:23 72:1
72:5,20
77:14
78:24
208:8
226:18,19
234:12
270:13
**production**
78:23
104:24
105:14
109:4,6
**productive**
113:14
**products**
72:2 112:4
140:3
**profit** 44:18
44:18
63:11
**profitab...**

135:5
155:16
**profitable**
148:19
**program**
31:18
**programs**
100:18
204:3
**Project**
59:13,16
60:3
**projecting**
81:22
**projection**
155:22
158:25
161:1
**projections**
82:6 131:3
**promoted**
15:20
**proper** 71:19
245:7
255:12,14
256:11
**properly**
18:21
19:22
139:9
149:2
**proposed**
117:21
**provide** 9:9
15:14
36:16
115:8,8
238:19
**provided**
15:3 38:5
122:3,12
123:15
167:13,19
170:22
211:10
212:13
**provider**
72:14
107:2
138:9

**providers**
134:11
**providing**
113:5
122:5
238:2
253:14,15
**proving**
235:13
**public** 18:22
19:14,18
19:21,23
22:9 27:3
59:18
60:15,20
62:23
65:19
67:21
69:24 83:6
88:21 89:1
97:4
102:11,13
115:11
117:2,8
125:8
144:22
159:7
174:14
229:10
231:21
237:8
241:19
244:22
246:1
253:11,18
254:13,23
260:1
262:8
271:20
273:13,14
274:20
276:23
277:25
**publication**
223:1
**publicly**
242:24
243:14
252:11
**publish** 52:8

273:5,12
**published**
206:9
244:8
**pull** 77:8
98:3 156:4
213:16
**pull-thr...**
215:10,11
215:14,15
215:21
216:7
239:16,23
240:3,6,7
241:25
**pulled** 94:13
108:16
109:12
213:19
259:12
**pulling**
105:23
**purchase**
27:23
28:11,18
28:19,21
29:16,25
30:10
63:21
104:3,10
104:15,22
**purchased**
258:1
**purpose** 31:2
63:14
114:25
115:2,3
116:22
142:4
151:23
251:15
**purposes**
25:24
197:2
**purview**
160:16,16
**put** 13:4
15:13
34:16
49:12  52:8

54:20
57:20
90:14
93:24  94:6
122:15,21
123:1
128:25
150:15
158:5,13
164:6
180:16
191:25
199:8
205:6
217:22
228:21
249:6,7
251:1,18
255:24
266:23
**puts** 161:1
**putting** 19:5
52:23
54:24
89:18,19
158:7,14
160:8
180:17
197:1
198:13
**PWC** 60:10,11
60:21
67:22

——————
**Q**
——————
**Q&A** 114:16
114:21
117:18
**Q1** 110:8
114:1
123:6,7,12
123:16
124:20
148:23
152:6,19
153:10,14
155:19
171:11
173:10
174:19,22

176:8
177:12
178:8
180:3,7,20
181:19
**Q2** 22:5
**Q3** 22:5,6
178:16
225:24
**Q4** 114:1
152:1,14
152:19
153:11
179:23
181:19
225:24
**QL** 89:6
105:18
106:6
**qualifier**
157:5
**qualify** 15:6
**quarter**
62:14
75:18,18
83:7,9,10
84:1  113:5
113:23,25
115:5,9
122:4,13
124:1,3
128:8,9,13
128:14,15
128:16,18
128:19
129:10,11
142:20
143:12
147:2
148:24
151:2,2,9
151:20
155:23
158:9
160:10,10
161:10,15
161:16
162:7,8,9
162:9,10
162:11,12

171:2,10
176:13
194:6,8
195:16
196:2,15
196:21,25
197:6,13
197:15,16
197:19,22
198:2,8
199:21
200:2
232:19
235:5,5
237:25,25
238:20,21
243:18
245:22
251:2
**quarter's**
194:17
**quarter-...**
93:23
**quarter-...**
170:25
**quarter-...**
195:18
**quarterly**
49:6
112:13,17
113:1,17
114:10
157:2
158:6,8,13
158:14
172:21
199:21
235:22
**quarters**
122:10
130:7,8
**question**
8:10,12,17
8:17  11:10
11:22
13:15
21:13  25:2
28:13
38:16  39:5
44:4,22

46:19  51:8
64:21  78:7
78:15
79:16
81:20  86:4
92:22
94:20
120:13
121:7,23
121:24
122:2,5
123:9
128:18
132:23
133:1,6,9
133:10,14
133:18
135:22
136:20,22
137:1
142:25
143:7
144:7
152:17,21
158:11
160:3
161:11
167:6,7,20
171:21
174:4
175:18,19
175:20
179:12,24
180:6,11
181:15
185:25
186:8
191:17
192:5,11
194:24
198:24
200:5,11
203:3,4
214:5,15
214:20
220:20
233:18,24
235:20
239:19
240:16

241:8,24
244:6
247:11
252:3,7,14
258:9
260:10
264:17
269:12
270:10
**questioning**
86:19
**questions**
7:21 8:8
22:3,24
38:18
58:11
114:22
117:21,22
118:16
119:19
120:2,5
130:25
167:1
172:25
232:23
244:25
248:13,17
253:17,24
270:17
274:2,4
275:3
276:9
**quick** 86:25
130:13
246:15
**Quicken** 9:23
10:14
16:24
17:13,13
18:14 19:3
19:6,11
65:1,5
69:13
**quicker**
131:7
**quickly**
55:17,24
59:24
241:14
**quite** 18:17

33:7 35:5
46:22
59:25 85:4
108:1
158:2
184:7
214:13
241:13
262:9

---
**R**

**Rachel** 4:16
57:5 59:9
**radio** 223:22
**raise** 141:1
232:1
253:23
**raising**
265:1
**ran** 95:13
207:22
244:22
**random** 82:12
**range** 52:3
93:25 94:7
104:13
150:10
151:4,12
151:15
180:16,17
201:25
**rate** 26:13
27:19 29:4
29:9 30:5
30:6,19,20
30:23 31:5
31:6,7,7
31:10,14
31:18
34:22
35:16
36:22
37:23
50:11,14
50:15
51:25,25
52:3,8,10
76:21 90:4
91:1,15,18
92:5,16,20

92:21 93:1
99:14,15
99:18
105:18
106:6
129:7
154:20,22
154:25
155:2,9
156:20,22
186:23
187:19,22
190:4
193:13,23
194:13
198:19
199:2,4
242:17
**rates** 29:21
30:13
34:21
35:21 37:1
37:2,3,5,9
37:16 50:4
53:19
54:15,25
76:10,11
77:21 82:9
102:23
103:15
112:1
124:1,10
124:13,13
124:14,17
125:1,6,13
125:15,19
126:4,7,20
126:22
127:12,18
128:10,16
128:20
129:1,9
130:20
131:4,15
132:4,9
133:20
134:18
135:10,19
136:1
137:6

138:2,7,24
139:12
140:1,9
141:3,20
141:25
142:14,22
143:14
150:21
155:11
157:17
183:19
186:10,17
187:21
189:2,10
189:12,17
189:19,21
190:12,16
190:20,22
191:1,5,7
191:11,19
191:21
192:8,22
193:10,20
194:4,20
195:1,14
196:4,13
196:20
198:21
199:10
206:15
**rating**
225:17
241:17
**rationale**
252:5
**RBC** 261:1,4
262:17
**RCI** 260:4
**reach** 75:10
127:19
140:20
166:7
169:13
170:9,12
253:16
256:18
**reaching**
241:10
245:14
262:16

**react** 37:22
52:24
**read** 57:19
58:16
61:22
62:17
120:1,4,4
121:25
122:19
123:2,18
123:24
124:6
125:22
129:24
132:14
133:1,2,18
135:22
146:13
168:13,15
168:18,22
168:24
169:23
172:10
188:25
189:14
209:13
222:9
225:1
228:24
**reading**
69:19,21
123:13
131:1
141:12
142:9
168:11
178:19
190:23
192:25
226:6
**reads** 64:22
146:23
174:16
**ready** 58:13
59:4
119:18
133:3
146:14
154:9
168:8

219:22
228:24
247:13
259:4
**real** 39:15
40:14,20
40:21 41:6
48:5,15
63:22,25
66:18
72:16
78:13
107:1
113:8
125:25
135:8,13
175:5
176:22
177:3
181:1
187:9,9
208:23
213:25
234:21
241:19
**reality**
65:13
265:25
**realized**
104:12
**really** 18:25
19:8 22:14
26:8 27:24
28:15
32:11,19
33:18
46:11
56:20 74:6
75:8 80:1
82:15
83:12 84:9
89:22 90:1
91:12
101:14
112:19
116:8
130:13
134:16,25
135:20
137:7

141:21
163:1,23
164:3
183:19
186:9
193:3,7,10
194:11
195:10
207:21
208:21
210:24
232:24
236:10
254:9
263:18
274:23
**realtime**
77:7 79:4
**realtor**
32:15 66:8
**reask** 220:20
**reason** 9:8
36:11
75:16
76:14
80:10
88:14
120:21,24
140:21
170:22
172:24
177:2
241:17
258:2,14
277:6,8,10
277:12,14
277:16,18
277:20
**reasons** 90:2
161:22
206:13
254:18
264:25
277:3
**recall** 17:23
49:2 68:22
70:3 84:12
84:22 86:7
86:15
91:12 95:7

99:1,19
105:16
106:9,12
108:18
109:2,25
116:5
118:23
137:25
138:3
139:4
141:8
144:25
147:20
148:21
166:12
167:9
169:16
200:22
211:11,11
215:15
220:13,21
249:20
253:7
271:23
**recalling**
142:5
**receive** 39:1
67:23
79:21 80:3
80:6,18
84:4
249:19
271:10
**received**
14:3 21:15
24:20,24
25:4 56:2
79:18 88:1
88:12 96:1
164:9
181:23
255:16
258:3
274:13
**receiver**
59:11
224:5
**receiving**
41:14
249:18

253:7
261:16
**recession**
17:4 54:12
90:13
186:18
200:24
**recipient**
154:15
**recision**
24:13
**recognize**
146:16
195:18
**recollec...**
11:14
85:15
93:24
141:11
147:15
186:1
190:11
205:14
**recommen...**
62:1
**record** 6:5
6:18 7:25
58:20,21
58:22,24
87:6,8,9
87:10 97:5
128:22
145:25
146:1,2,4
190:6
194:3
203:11,13
203:14,16
246:17,19
246:20,22
264:23
273:21,22
273:23,25
275:7,9,19
**recorded** 6:7
276:9
**reduce** 52:21
**reduced**
276:10
**ref-** 174:11

**refer** 38:22
39:25
139:13
**reference**
23:22
86:11
225:10
262:4
**referenced**
85:15
89:20
112:8
114:4
115:6
186:15
**referencing**
23:18
24:22 28:6
65:14
137:12
138:18
173:12
174:11,13
179:23
189:16
194:13
224:24,25
230:21
240:20
**referred**
32:25
38:14
39:10 40:3
62:21
213:10
223:23
**referring**
20:3,20
23:1 33:4
45:9 49:8
49:14
59:22 61:4
137:9
151:13
174:19
175:17
185:20
190:5,15
211:24
219:3,6

222:6,7
229:20
254:12
257:3
264:14
refin- 97:19
refinance
    27:16,19
    27:20 28:8
    28:11,14
    28:18,24
    29:16,24
    29:25
    30:21 31:2
    104:2,11
    104:15,22
    188:4
    193:14
    194:16
refinanced
    31:16
reflect
    265:25
reflected
    214:17,19
    249:8
reflecting
    101:15
reflection
    262:19,21
reflective
    117:11
refresh
    11:14
    190:9
refreshing
    131:1
reg- 213:1
regarding
    13:24 73:1
regardless
    90:20
    129:6
    138:24
    266:8
region 52:18
register
    204:22
    210:10
    214:1

registered
    214:16
    217:11
registra...
    23:19
    92:25
    99:21
    138:1,25
    140:16
    141:24
    209:25
    211:17
    212:2,9,19
    212:23
    213:2,24
    215:11,16
    216:2
registra...
    92:24 93:6
    103:19
    210:6,7,12
    211:7
    214:8
    215:4
    216:13
    218:13,16
    218:20,21
    237:19
regular
    85:13 86:3
    102:10
    110:1
    214:8
    249:20
    263:24,25
regularly
    157:9
    236:5
    241:13
regulators
    243:10,10
reiterates
    122:12
rejected
    216:21
    217:25
rejection
    218:6
related
    11:15

160:5
231:2
276:13
relates
    135:23
relations
    114:20
    117:3,8
    120:19,22
    226:12
relation...
    116:13
relation...
    32:16 65:6
    115:10
    208:23
    246:2,3
    266:5
relatively
    114:4
    151:10,16
relayed
    167:20
release
    114:13
relevance
    153:16
relevant
    22:20,25
    24:25 25:8
    25:10
    29:15 35:7
    38:4 43:24
    46:18,21
    50:19
    65:21 67:1
    68:9 69:16
    70:16
    71:24 73:4
    73:14 74:4
    74:5,16
    80:15 84:5
    84:8 89:21
    95:2
    108:18,23
    115:7
    140:1
    145:2,6,14
    151:10
    157:3

163:7
178:2,4
179:1
181:13
234:3
235:3,17
236:16
238:1
249:17,23
reliable
    161:23
reliance
    270:11
relied 68:14
    161:3
    162:20
    268:1
    271:16
reloaded
    214:24
rely 83:14
    111:18
    139:6
    161:7
    162:6,23
    163:1
    186:11
    268:24
    270:5
relying
    179:4
    270:16
remainder
    155:23
remaining
    62:21
remarks
    114:15
    117:2
remember
    10:9 16:15
    17:17
    18:21
    19:22
    27:18 30:2
    38:4 40:25
    54:13
    55:18
    59:23
    60:14

90:10
137:22
139:2
141:16
145:10
146:17
147:21
151:22
166:16,20
169:21
178:19
181:23
188:23
189:4,5,6
204:18
209:20
213:6
215:9,12
218:21
225:5
231:22
237:24
242:2
249:17
258:11
259:9
262:12
remembering
    86:12
    144:22
remind 22:16
    23:1
    133:21
reminder
    71:1
reminding
    122:9
reminds
    131:1
remove 13:3
Renee 1:20
    6:11 276:6
    276:22
reopen
    252:22
reopened
    274:12
repeat 13:14
    30:17
rephrase

| | | | | |
|---|---|---|---|---|
| 194:23 | reporter | 249:3 | 160:22 | retention |
| replying | 6:12 8:1 | requested | responsible | 26:12 |
| 229:24 | reporting | 275:22 | 53:18 | 36:22 |
| report 18:8 | 1:25 6:12 | required | 54:24 55:3 | 193:13 |
| 30:3 72:18 | 60:4 66:20 | 241:21 | 61:17 | 194:13 |
| 78:20 | 67:24 79:5 | requirement | 62:10 | 231:18 |
| 79:21,24 | 84:18 | 64:9 | 64:24 65:3 | retrospe... |
| 80:6 81:11 | 114:1 | reread 143:7 | 65:20 66:1 | 93:17 |
| 83:19,20 | 145:3 | research | 66:25 | returns |
| 83:21,24 | 237:21 | 20:8 | 69:11 | 55:17 |
| 84:25 85:1 | 238:21 | resources | 70:19 | reveal |
| 85:5,9,20 | 239:21 | 29:23 | 154:19 | 269:13 |
| 86:9,17 | 240:1 | 61:17 | 158:7 | revealing |
| 88:11,12 | 243:11 | 67:25 | 160:4,8 | 21:22 |
| 88:16,19 | reports 74:4 | 69:15 | 161:5 | revenue |
| 88:25 | 74:5 77:2 | 72:12 74:3 | 201:18 | 27:10 |
| 91:11,13 | 77:15 | respect | rest 76:17 | 28:12,22 |
| 91:15 | 78:16,23 | 69:14 | 84:18 | 29:3 34:12 |
| 92:18 | 78:25 80:3 | respective | 97:23 | 35:11,19 |
| 93:25 | 80:4,18 | 275:22 | 149:23 | 35:20 36:5 |
| 94:13 | 81:2 82:21 | respond | 174:16 | 37:16,17 |
| 99:19 | 84:4,7,12 | 218:1 | 189:14 | 38:6 44:5 |
| 101:23 | 84:21 86:6 | responded | result 69:22 | 44:8,12,17 |
| 103:25 | 86:13 88:1 | 86:7 | 111:4 | 44:19,19 |
| 108:10,17 | 95:9 108:7 | 180:15 | 149:9,18 | 44:23,24 |
| 108:17 | 113:8 | responding | 210:22,23 | 45:3,4 |
| 109:4,6,14 | 131:11 | 218:5 | resulted | 47:16,16 |
| 110:3,5 | 132:11 | 230:4 | 28:12 | 47:23 |
| 160:24 | 157:10 | 231:8 | results | 48:24 49:3 |
| 163:20,22 | 164:6 | responds | 45:18,24 | 49:10 53:8 |
| 164:4,7,8 | 176:8 | 122:8,14 | 158:6,8,14 | 53:9 63:11 |
| 164:9,11 | 213:16 | response | 158:15 | 63:25 65:2 |
| 164:14,17 | 244:7,9,12 | 86:2 | 218:8 | 78:8 91:1 |
| 164:19 | repository | 122:15,20 | retail 17:8 | 103:8 |
| 200:2,14 | 80:16,19 | 137:13 | 33:1 38:22 | 128:11,21 |
| 212:14,16 | 102:6 | 153:5 | 40:10 | 128:24 |
| 213:20 | 212:24 | 169:5,23 | 104:23 | 129:10 |
| 237:22 | 216:8 | 172:8,10 | 105:6,14 | 130:7,8 |
| 240:19 | represent | 173:3 | 105:25 | 131:14 |
| 249:18,19 | 7:19 | 192:15 | 106:8,13 | 135:2 |
| 249:21 | 118:24 | 203:4 | 106:19 | 147:1 |
| 250:21 | 152:1,6 | 241:6 | 107:4,7,10 | 150:16 |
| 251:22 | 223:18 | responses | 116:7 | 155:19,19 |
| reported | represen... | 117:21 | 239:17 | 156:6 |
| 17:23 | 10:6 | 167:2 | 244:19 | 194:5,17 |
| 68:11 83:6 | represented | responsi... | 262:19 | 195:5,22 |
| 178:25 | 170:6 | 14:21 | 263:11,21 | 202:8,25 |
| 197:20 | represents | 102:12 | 264:2 | 203:2 |
| 199:20,20 | 48:22 | responsi... | retained | revenues |
| 242:15 | request | 158:5,12 | 35:10 | 195:3 |

16:17 17:6
17:13
**review** 11:5
12:12,15
15:1 58:13
59:3 76:4
84:7 85:17
117:19
118:7
121:3
138:25
144:16,19
144:20
149:5,22
154:8
164:9
167:4
168:7
176:8
206:3
219:22
244:7
247:9
249:15
259:3
275:16
**reviewed**
12:17
139:3
176:6,16
182:4,8
**reviewing**
80:1 85:9
85:20 86:5
86:9
154:16
**RGR** 226:10
226:11
**RHI** 129:20
255:1
259:16,17
259:20,24
259:25
260:1,3,6
260:11,12
260:19,20
260:21
265:3
**rich** 245:9
**right** 13:18

18:23 21:9
22:7 24:13
38:23 39:1
41:3 49:16
57:1 59:11
61:2 80:23
86:7 92:3
94:25
97:11
102:5
104:12
105:24
109:16
118:22
121:19
134:6
135:3
144:25
145:11
162:13,14
165:25
166:17
172:23
176:18
180:8,20
182:23
183:9
185:7
189:7
190:12
192:12
197:23
205:4
209:23
212:9
219:4
221:10
227:1
228:1
230:14,21
247:23
261:11
263:11,23
266:15
268:9
270:19
271:6
272:7
273:13
**rightfully**

68:15
**rights** 35:1
35:2,9
105:11
**rise** 37:16
125:21
126:7
**rising** 53:18
54:25
124:2
127:11
128:9,20
129:9
130:20
132:3
150:21
191:1
**risk** 164:1
**Rizik** 4:16
57:5 59:9
**RKT** 109:21
**road** 232:7
259:10,13
**roadmap**
181:20
**roadmaps**
71:22
**Rock** 1:12
3:10 6:25
7:3 9:22
10:14
14:20
16:24
60:12,16
60:17,22
**Rocket** 1:10
2:23 3:13
3:19 6:8
7:5,7 9:20
9:21 12:7
17:24 18:2
18:18,19
18:22,24
19:7,11,12
19:18,23
19:24,25
20:1,2,12
20:21,22
20:24 21:2
21:2,15

23:12,16
24:9,15,25
25:16,17
26:1,1
27:16
28:12
29:15
32:10 33:1
33:4,10,17
33:18,19
38:14,15
39:10,11
42:1,3,6
43:6 44:5
45:7 46:14
46:15
47:19,19
49:5,11
50:19 51:1
51:7 53:8
55:9 56:6
56:13
60:10,14
60:22,25
62:6 63:16
63:24
66:25
72:13 75:6
82:22
83:19 95:3
95:13
106:24
107:15,18
120:18
125:25,25
127:1,12
128:22
137:25
138:8,19
138:19,20
138:20
141:23
146:25
149:22,24
160:7
165:12
169:18
189:13
193:21
194:5,21

195:15
196:5,14
198:1,7,22
202:13
204:5,8
205:12
206:12
209:6,14
209:17
211:5
212:6
215:22
218:17
224:1,22
227:4,9
229:6,20
230:9,11
230:16,17
231:13
232:21
233:2,3,5
233:9,17
234:7
235:17
238:9,12
240:3,11
242:24
243:14,15
243:17,24
244:7,8
245:21
250:3,21
251:11
253:4
257:4
259:19
260:3,5,8
260:10,15
260:18
268:15
269:24,25
273:5
274:7
**Rocket's**
22:4 25:9
25:10
27:15
31:23
38:20 40:7
73:13

88:17
120:22
125:15
128:11,21
130:21
132:4
138:1,5,8
139:10
140:8
141:2,24
142:21
143:13
194:5
195:2
201:16
202:18,25
239:16
240:21
rocketpr...
218:9,11
Rockets'
167:10
role 172:25
260:21
272:21
rolled 40:22
99:8
room 10:24
rough 150:2
roughly
105:5
114:13
122:17,23
123:11
150:10
170:5
232:1
Royal 261:13
RPR 1:20
rule 63:10
rules 7:23
226:21
275:14
rumor 264:12
rumors
265:10
run 52:20
98:19
108:7,10
115:13

131:16
135:14
138:4
163:3
172:20
194:19
195:12
209:7,9,11
running
83:18
160:14,18
160:24
204:7
206:23
210:5
Ryan 132:23
133:8

S

SaaS 27:10
27:12
Sachs 132:24
133:9
salable
105:10
Saldamando
2:5 6:22
248:2
sale 14:3
36:5 71:8
150:13
152:22,25
153:11
205:4
266:19
274:17,18
sales 15:20
16:8,8,9
18:16 51:3
72:7 77:16
77:17,25
90:8
109:12
165:17
Sanders
223:24
Saturday
209:22
save 15:7
31:3

129:19
193:14
199:11
savings
188:7
saw 46:2
63:1,12
99:2
102:20
140:16
158:19
266:15
saying 20:9
36:25
75:10 86:9
99:18
118:23
123:14
142:25
158:16
161:7
163:2
174:8
178:20
183:8
190:24
191:18
198:12
216:3
226:18
228:6
231:8
235:10
242:23
245:3,13
245:21
256:24
says 59:13
61:10,14
62:13 69:5
73:7 79:17
80:25 89:9
91:18 92:7
92:11
95:15 97:7
100:25
101:9
104:2,3,4
104:23
105:18

106:13
109:21
122:6,21
135:18
147:13
151:14
153:17
168:12
192:5
209:14
218:22
229:15,18
230:1,15
250:3
261:1
262:2
265:15
266:16
scenario
90:16
scenarios
83:2 90:14
91:5 150:3
157:23
158:6,13
159:18,21
160:8,15
160:18
163:3,5
201:21
202:5
scheme 71:11
188:3
245:9
school 14:16
152:10
Schwab 32:17
32:23
40:13,24
41:5
125:24
133:23
173:14
180:24
Scott 3:2
4:8 6:23
6:23 7:6
11:9 39:24
42:7 48:10
57:7,12,14

57:17,20
57:23 58:2
58:4,8,17
81:24
85:10,21
86:24 87:4
108:20
109:8
110:4
120:23
121:6,12
125:16
127:13
129:12
130:15,22
132:6
133:5,12
133:17
136:19,23
137:2
140:10,19
141:4,15
142:1,23
143:15
144:4,9
145:20,23
147:10
165:13
171:3
173:21
177:13
178:10
179:13
180:9,21
183:2,7,11
184:21,24
185:1,5,12
185:16,24
190:5
193:5
196:17,19
197:18,21
198:10
203:9
227:25
228:6,11
238:6
239:18
240:12
243:19

244:1
245:23
246:11,14
247:20,25
248:4
252:13
253:12
258:5,13
260:14
261:24
262:2,16
264:11,15
264:18
265:8,15
266:2
269:21,24
270:7,19
272:5,16
273:7,19
274:3,6
275:2,13
Scottj@s...
  3:7
screen 51:12
  200:23
screens
  51:13
screenshot
  222:2
script 117:9
  117:14,25
  118:3
scrubbed
  217:4
search 77:13
  79:11
  90:24
searched
  21:24 22:1
seasonality
  153:7
  171:12
  179:2
SEC 49:7
  139:1
  253:1
second 14:2
  26:17
  48:11
  64:22 70:9

85:11
91:25
126:10
128:8,13
128:16,19
129:11
150:12
163:11
171:22
194:6
195:16
196:15,21
196:25
197:13,19
197:22
198:2,8
203:3
247:24
262:13
263:3
268:7
275:9
secondary
  53:7,19
  262:10
  263:1
section
  64:15,19
  64:20
  67:22
  135:17
  183:25
securities
  34:17,24
  76:7 198:6
  201:7,8
  229:3
securiti...
  237:7
security
  51:21 55:6
see 34:23
  59:13,19
  60:5 61:10
  61:14
  62:13
  64:17 65:8
  65:9 67:14
  68:6,7,21
  69:5,8

74:14 76:2
76:18
79:19 81:7
81:10
87:22,22
89:9,12
90:23,25
90:25 91:1
91:17 94:1
95:15 96:4
97:7 99:25
100:25
101:9
102:22
103:16
104:1,7,25
105:18
109:21,23
121:21,24
122:2,14
122:20,25
124:12
134:17,19
135:17,19
137:6
141:20,22
147:6
149:1
150:13,15
150:25
151:4,12
151:14
153:16,17
154:11
155:18
156:2
168:14
169:5
170:25
171:21
172:1
179:4
180:4
182:25
183:7
184:1,6
188:11
189:1
190:19
191:1

192:8,9
193:9,17
193:18
195:4,5
213:24
214:1
221:5,13
221:18
222:3
229:17,22
229:23
230:25
231:5
232:23
234:22
235:8,15
237:8
239:14
248:10
255:3
261:1,14
262:2
264:10
265:15
seeing 51:20
  97:13
  106:9,12
  146:17
seek 81:5
seeks 67:16
seen 11:24
  12:16 45:2
  60:9 89:14
  138:14
  153:21,23
  178:12,15
  242:15
  266:8
segment
  31:24 32:2
  32:9 39:10
  60:4 72:11
  73:2 87:2
  192:7
segments
  66:2,8
  71:3 79:22
  80:5
  104:18,19
select 79:9

101:23
102:1
107:6
250:19
self-driven
  81:19
sell 34:2,4
  34:8 35:8
  140:3
  155:11
  239:19
  252:17
  254:25
  255:22
  256:15,16
  260:13
  261:21
  262:6
  263:6,25
  264:4,25
  267:14,18
  271:21
  274:7
seller
  259:17
selling
  60:15,20
  153:8
  171:15
  261:9
  264:12,25
  265:3
sells 26:20
send 111:21
  207:10
  222:1
  226:22
  265:11
sender 59:11
sending
  205:7
  218:22
sends 92:14
  231:1
sense 29:14
  29:23
  76:24 82:2
  131:9,21
  167:5
  169:9

173:7
174:17
261:21
**sensed**
131:22
132:11
**sensitive**
30:5,6,9
30:23
**sensitiv...**
201:21
**sent** 21:19
84:6 85:16
86:13 96:2
146:18
154:12
182:6
205:11
221:10
239:12
248:25
**sentence**
64:22
174:16
188:25
189:15
195:7
216:20
218:7
225:9
**separate**
231:1,2
**September**
65:15
152:3
229:10,10
248:24
251:21
**series** 8:8
**service** 19:2
27:13 34:1
36:11,19
225:17
241:17
**servicer**
35:8 36:1
36:16
187:17
**servicers**
34:5

**services**
72:14
**servicing**
30:19 34:3
34:4 35:1
35:2,9
37:18,24
38:5
105:11
193:13
194:14
195:23
231:17
**session**
114:16
**sessions**
118:4,10
**set** 18:5
45:13
51:15,15
51:22 52:9
52:14
73:10
111:1,14
130:5
150:2
156:13
252:11
253:21
256:1,8,19
263:10
276:8
**sets** 70:10
70:13
234:18
**setting**
70:19
112:12,16
112:21
113:16
147:25
**seven** 16:18
20:14
31:13
129:19
134:10
204:19
**seven-year**
202:2
**sexual**

227:18
**shake** 8:3
268:5
**shape** 60:23
**share** 10:3
32:13 38:2
45:22 47:4
48:23,23
97:6
110:18
113:21
115:3
125:4
126:16
127:5
130:10
134:24
135:14
138:24
149:12
159:8
161:19
167:1
169:11
170:3,6
180:15
187:2
188:20
189:8
194:1,12
207:6
208:4,7
209:15,18
210:18,20
211:4,6
216:19
225:24
229:21
232:9
241:20
244:16
262:20
**shared** 109:5
143:19
209:20
216:24
240:18
241:12,15
241:18,19
241:23

244:12
257:9
273:9
**shares**
115:17,21
116:3
231:4
252:17
256:2,7
260:3,3,4
260:5
263:20
264:1
265:3
**sharing**
211:10
229:8
**Sharon** 3:3
7:1 119:23
**sharp** 81:14
**Shawn** 3:12
7:4 58:14
213:6
**Shawnsol...**
3:17
**shed** 240:24
**sheet** 51:25
52:8
138:22
182:13
185:4,6,14
185:15
277:1
**shifted**
27:24
**shifting**
25:17
**shocked**
131:6
**shoot** 213:5
**shop** 208:17
**shops** 204:16
208:20
209:3
**Shore** 204:5
204:7
212:1
238:9
**short** 17:1,1
79:3 126:7

127:11,12
127:16
131:16
137:11
138:16
144:23
172:20
203:8
209:7,11
254:24
255:20
258:5
273:18
**short-** 234:9
**short-run**
175:13
**short-term**
77:3,6
124:24,25
137:10
234:8
**shorted**
244:18
**shorter-...**
116:4
**shorting**
257:12
**show** 79:10
80:21 91:3
109:7
110:3
117:23
144:11
145:8
153:10
183:24
186:22
232:7
**showed** 11:7
88:20
108:17
144:24
200:14
259:22
**showing** 85:4
106:16
110:19
185:8
**shown** 109:4
212:16

213:21
218:14
219:20
**shows** 110:5
183:22
**shrink**
126:15
**shrinking**
98:20
176:15,18
176:20
**Shupe** 1:5
2:14 6:8
**sic** 72:20
122:24
165:10
222:1
254:16
256:8
**side** 16:8
17:9 34:25
37:18
163:12
165:19
187:1,16
202:9
208:6
216:10
251:18
259:12
**side-by-...**
146:24
147:14
**sides** 165:17
**sign** 56:13
87:23
144:14
145:6
204:19
217:9
221:25
**Signature**
275:21
**signed** 24:12
97:18
144:17
145:4,13
145:16
177:3,4
181:2

211:13
221:23
222:11
**significant**
215:13
**signific...**
138:2,6
139:11
140:9
141:2,25
142:21
143:13
218:8,11
**signing**
40:16
97:17
172:14
175:4
204:20
**similar**
92:25
138:21
153:6
192:23
202:19
237:4
**similari...**
66:9
**simple**
217:10
**simply**
108:12
174:8
209:6
262:18
**single** 36:12
95:7
188:21
215:2
251:23
**sir** 274:10
274:19
**sit** 118:10
260:7
**sit-** 94:10
**site** 221:25
**sitting** 54:6
54:13
144:25
179:19

192:12
**situation**
50:2 94:11
97:11
113:18
116:6
127:3
134:7
188:14
195:18
198:17
204:9
206:16
207:19
225:19
**situations**
15:2 127:8
178:12,15
**six** 35:17
37:10
126:14
148:9
168:20
**size** 28:15
42:14
261:2,4,11
261:23
**sizes** 43:25
**skill** 51:3
**skills**
165:21,22
**Slack** 220:17
**slice** 93:15
**slide** 250:10
251:12
**slight**
192:23
**slightly**
93:2
110:10
**slip** 182:13
185:3,6,14
185:15
**slow** 55:22
245:9
**Slutsky** 2:17
7:6 269:11
275:8,11
**small** 57:19
61:14

131:12
151:10,16
**smaller**
38:12,13
63:4,16
95:10
**smart** 243:12
**social** 224:8
**Software**
27:12
**sold** 24:23
115:11
170:4
257:20
258:17
260:6
267:13
**sole** 67:18
**solely** 69:11
**Solon** 3:12
7:4,4
**solving**
139:15
**some-** 13:3
**somebody**
12:24
24:21 34:6
36:18
39:25
90:11
119:21
130:13
134:16
151:18
160:25
207:1
213:13,18
229:7
252:4
258:3,5,13
**someone's**
61:25
123:20
132:18
162:2
**sorry** 22:10
45:18
48:12
75:24
91:22

108:20
109:8
120:11
133:5,7
143:4,5,6
165:9
168:23
173:21
182:21
184:15
194:23
197:15
221:6
228:3
247:16
252:7
258:21
275:10
**sort** 63:9
76:19 97:4
100:7,9
143:24
148:2
152:12
158:25
200:17
204:19
**sorts** 36:13
51:3 84:3
94:22
102:17
239:22
**sound** 167:12
230:3
**Source** 10:11
**sources**
240:1,4
**south** 256:23
**SPAC** 263:23
**space** 26:3
172:16
203:24
204:5
207:7
**Sparingly**
21:4 73:15
**speak** 36:12
43:14 62:1
77:1 92:18
132:10,17

150:17
166:19
173:12
176:4
188:17
267:25
**speaking**
136:16
139:16
181:11
183:15
195:4
226:9
**speaks** 56:3
63:2
128:25
167:15
**special**
129:23
130:6
204:13
**specific**
23:9 38:7
45:16
49:17
52:13 55:2
58:11
65:11
68:18 77:2
78:16 86:8
109:2
110:1
138:3
141:11
159:13
174:12,14
180:5
216:18
258:11
**specific...**
11:23
28:17
45:12
156:18
161:14
177:17
195:4
210:4
214:3
236:23

**specifics**
11:25
83:23
166:20
**specify**
61:21
219:2
**specifying**
240:6
**speculate**
44:10,13
63:7 95:6
**speculating**
35:18
**speed** 16:23
19:2
242:14
**spelling**
104:6
**spend** 27:25
51:2 80:1
88:13 90:7
102:16
113:9
127:23
149:8,16
159:1
187:4,6
190:8
202:7
233:6
**spending**
64:8 77:22
81:13 91:5
162:19
163:4
202:6
233:19
249:20
**spent** 98:21
103:4,23
112:11
164:11
165:16,18
166:2
233:25
236:12
**spoke** 126:6
240:20
**spokesman**

222:10
**sponsor**
225:10
**sponsored**
223:13
**sponsoring**
227:21
**sponsorship**
224:2,3,6
224:20
**spot** 114:22
**spread** 49:13
49:19,25
50:5,12,18
50:25 51:6
53:7,20
55:1,4
264:3
**spreadsh...**
94:22
**spring**
233:14
**squeezed**
244:19
**stable**
134:16
**staffed**
74:22
**stand** 225:12
227:9,15
**standing**
108:5
178:3
**Stanley**
166:11,14
167:9
169:17
255:17
256:25
257:2,21
257:24,25
258:14,17
261:7
262:6
265:21,22
266:2
**start** 9:24
21:13 22:7
36:3 59:8
61:7 75:24

152:25
157:7
193:4,5
201:7
210:11
230:6
**start-up**
95:10
**started**
32:12
33:11
108:11
165:23
226:6
231:23
255:8
**starting**
14:10
19:16
64:20,21
91:15 92:5
146:23
193:7
260:23
**starts** 67:14
132:24
133:11,14
**state** 14:12
39:15
98:17
133:24
173:14
175:4
181:5
225:11
227:21
228:1
243:10
276:2
**statement**
13:23
41:15 68:8
102:22
122:3
123:14,19
135:23
136:18,20
138:1,5,18
138:25
139:10

140:8,16
140:17,22
141:1,14
141:18,22
141:24
142:5,20
142:21
143:12,13
143:19,21
143:25
169:16
172:18
173:16
186:9,12
189:4
190:11,15
190:18,25
235:8
**statements**
62:22
**states** 1:1
67:22
181:6
224:21
225:2
226:7
**station**
58:16
223:22
**stationed**
72:13
**stats** 217:2
**status** 56:4
56:4 75:5
**statuses**
23:17
**stay** 56:1
**staying**
264:21
**stenogra...**
276:12
**stenogra...**
6:6 276:10
**step** 25:18
34:9
100:19,20
124:5
126:16
130:12
210:8

| | | | | |
|---|---|---|---|---|
| stepped | strange | 119:5 | submit 33:22 | sure 7:24 |
| 16:21 | 204:9 | 150:8 | 222:1,4 | 8:6,9 |
| 68:22 | 208:15 | 159:16 | subscribe | 13:17 19:6 |
| stick 38:1 | strategic | stream 27:10 | 130:3 | 22:12 |
| 170:17 | 147:18 | streamlined | substantial | 23:10,13 |
| 198:15 | 149:4,21 | 20:19 | 104:12 | 25:3,7 |
| stickers | 173:1 | street 3:4 | succeed | 30:25 |
| 57:8 | strategies | 117:6 | 136:16 | 35:19 36:9 |
| stock 14:4 | 45:25 47:1 | 226:4 | success | 38:19 39:4 |
| 116:10,10 | 75:4 78:12 | 229:8,13 | 142:11 | 39:5,25 |
| 127:2 | 83:14 | Street' | successful | 40:12 44:6 |
| 129:25 | 84:17 91:9 | 230:12,16 | 245:18 | 46:5,9 |
| 229:11 | 97:1 111:2 | stress | Sucharow 2:3 | 49:12 50:7 |
| 231:11 | 111:12 | 178:25 | 6:21 7:19 | 58:18 70:6 |
| 233:21,22 | 112:9 | stressed | sufficient | 73:11 75:9 |
| 235:12 | 113:19,23 | 157:12 | 140:24 | 81:15 |
| 244:15,18 | 114:5 | strike 75:24 | suggested | 89:11 |
| 252:25 | 116:8,15 | 122:18 | 221:10,14 | 90:16 |
| 255:6,12 | 124:22 | 165:9 | 221:16 | 91:20,25 |
| 255:14,21 | 129:4 | 176:6 | suggesting | 102:5 |
| 256:2,11 | 130:5 | stroke | 225:14 | 117:10 |
| 256:15 | 136:4,8 | 207:19 | suggestion | 119:24 |
| 257:1,3,5 | 137:18 | 231:24 | 62:3 | 120:8 |
| 257:13,18 | 140:2 | 254:17 | suggestions | 123:24 |
| 257:20 | 148:1,12 | strong 19:7 | 117:7 | 133:4,13 |
| 258:1,15 | 148:14,17 | 133:25 | 162:17 | 140:22 |
| 258:17 | 149:20 | 134:5 | Suite 6:16 | 144:24 |
| 259:18,24 | 151:21 | 142:14 | Sullivan 3:1 | 148:19 |
| 260:1 | 160:1 | strongest | 6:24 7:2 | 151:7,9 |
| 262:4,6,7 | 162:1 | 204:4 | summary 69:5 | 155:8 |
| 262:18,23 | 170:20 | struck | Super 91:6 | 165:6 |
| 263:3 | 171:8,19 | 266:11 | 224:12 | 167:3,15 |
| 266:6,8 | 172:6,13 | structured | supply 187:1 | 168:25 |
| 267:14,14 | 180:13 | 86:14 | support 18:4 | 186:3 |
| 271:21 | 181:19 | stuck 198:18 | 19:16 | 191:25 |
| 274:7,13 | 198:15 | studies | 159:3 | 197:16 |
| 274:15,16 | 235:13 | 77:25 | 160:21 | 200:13 |
| stop 36:2 | strategy | study 82:17 | 207:5 | 206:4 |
| 162:2 | 16:10 18:5 | stuff 77:6 | 254:20,21 | 212:25 |
| stopped | 37:21 38:2 | 79:3 | supported | 223:8 |
| 134:12,12 | 45:13 | 101:13 | 19:4 | 229:5 |
| 259:13 | 67:20 | 250:14,20 | 207:20 | 232:2,4 |
| 274:23 | 75:19 | subject 10:1 | suppose 43:9 | 236:16 |
| stops 83:11 | 77:15 | 59:19 | 62:2 92:10 | 247:22,25 |
| stories | 78:24 | 155:3 | 112:14 | 248:15 |
| 225:16 | 82:19 90:7 | 229:17 | 137:11 | 260:18 |
| story 75:15 | 90:17 | 230:11,25 | 205:16 | 261:9,10 |
| 232:9 | 111:15,16 | 231:3,6,6 | 210:18 | 262:24 |
| straight | 115:22 | 231:9 | 268:10 | 273:19 |
| 29:12 | 117:13 | 248:21 | 273:13 | surfaced |

227:17
**surmise** 97:3
148:16
**swearing**
6:17
**switch**
203:18
**switched**
210:17
**sworn** 7:11
277:23
**system** 79:5
80:23
213:3,7,16
214:19

———————
**T**
**T** 3:2
**Tab** 4:22
57:2 87:13
119:9
146:6,9
153:25
167:23
184:15
205:17
219:11
228:13
246:7
247:2
258:20,21
**TABLE** 4:1
**tabulate**
218:15,19
218:24
**take** 8:5,15
8:18,19
9:1 13:11
15:3,19
25:18
33:21
44:25
58:12,17
59:2 60:14
82:24
86:18,25
96:21
111:8
114:21
118:2

119:16
123:19,20
124:5
162:18
171:7
188:13
191:8,10
191:12
193:24
200:20
203:7
208:4,7
219:21
225:11
226:1
227:8,14
241:25
246:13,14
247:9,11
254:23
256:22
264:5
273:10,18
**taken** 6:8,14
8:24 13:24
24:10
62:23
67:21
101:6
102:21
250:13
254:13
276:7,13
**takes** 175:12
195:19,20
240:8
260:8
**talk** 8:7
11:17,20
12:3,5
15:1 33:3
70:20 83:7
102:22,24
109:14
142:3
171:22
172:14,15
172:16,18
176:2
179:8

180:19
207:3
223:8,18
226:2
252:21
**talked** 17:7
29:18 36:1
39:12
40:12 42:9
46:23 47:2
52:16
53:12 62:7
78:4 92:15
93:12
95:22
103:19
104:1
110:10,25
112:18
113:2
124:4,11
131:11
134:24
149:10
153:19
163:21
174:6
181:25
191:8
195:9
198:11
203:25
204:10
214:10
219:8
223:4
227:10,11
227:16
236:19
238:15
239:23
243:9
264:7
265:6
268:8
274:19
**talking** 20:4
22:17,21
24:18,21
39:20

40:20
41:22 48:8
53:4 56:12
56:15 61:6
65:22 73:7
73:9 77:11
84:20
123:4,23
124:9
130:25
147:14
162:11
172:5,23
173:18
180:22,24
181:1,3,5
181:16
189:5
190:3
191:3
192:7,19
195:5
198:3
200:23
203:18
207:2
208:17
215:10
216:3,14
223:3,9,10
231:15,23
234:1,3
240:7
242:11
248:4
250:25
251:21
252:17
254:10,17
255:18
257:2
261:18
262:24
265:9
**talks** 122:10
**target** 51:16
51:22
256:1,1
**targeting**
52:11

**targets**
112:12,15
**taught** 15:22
177:20
**tax** 259:22
**taxes** 36:13
**team** 17:22
45:21 60:4
62:11
67:17
72:18 73:3
77:15
81:16
83:25
93:14 98:3
109:14
111:22
114:15,16
116:19,25
117:3,17
150:6
157:9,22
158:7
161:8,13
161:17
163:23
167:13
182:3
207:10,12
226:10,11
227:18
237:17
239:2,9
244:9
249:6,7
250:12,17
251:7
252:16
253:15
258:13
**team's** 158:5
158:12
**teams** 17:22
156:10
**tech** 19:1
27:11
127:24
148:3
158:1
**technically**

| | | | | |
|---|---|---|---|---|
| 41:17 | 153:15 | **term** 10:5 | 198:1,22 | 156:23 |
| 43:13 | 165:16 | 23:4,6,11 | 203:5 | 161:11 |
| 257:19 | 172:22,24 | 23:13,14 | 237:6 | 185:17 |
| **Technician** | 175:16,21 | 23:22 24:2 | 243:16,21 | 190:10 |
| 3:22 6:4 | 177:7,15 | 24:4 27:19 | 267:25 | 211:25 |
| 12:24 13:2 | 177:16,16 | 30:16,23 | **terrible** | 222:5 |
| 13:6,9,12 | 179:19,20 | 33:11 | 152:11 | 247:14 |
| 58:19,23 | 180:13 | 39:14 42:3 | **test** 149:15 | 275:2 |
| 87:6,10 | 181:7,10 | 43:6,11,13 | 149:20 | **Thanks** 53:3 |
| 88:5,8 | 182:8 | 44:5,6,9 | 163:4 | 206:1 |
| 145:24 | 185:9 | 44:11 45:6 | **testified** | 247:19 |
| 146:3 | 189:1,18 | 45:10,12 | 7:13 75:23 | **That'd** 33:6 |
| 203:11,15 | 190:18 | 49:11 55:9 | 75:25 76:4 | 145:20 |
| 246:17,21 | 194:11 | 55:11,13 | 79:2 84:21 | **themes** 13:22 |
| 273:20,24 | 195:9 | 55:14,16 | 102:7 | **thereabouts** |
| 275:6,10 | 203:22 | 55:19 56:3 | 118:20 | 247:16 |
| 275:18 | 211:19 | 56:6,20 | 124:24 | **they'd** |
| **technolo...** | 225:16 | 60:24 62:8 | 125:10,11 | 257:12 |
| 20:17 | 230:2 | 63:18 75:1 | **testify** 7:11 | **thick** 139:3 |
| **technology** | 237:23 | 75:11 | 10:19 | **thing** 8:16 |
| 26:1 27:7 | 244:13 | 77:20 79:3 | 270:14 | 36:1 37:5 |
| 33:18 72:7 | 247:20 | 81:23,23 | **testifying** | 71:10 76:9 |
| 72:12 75:4 | 264:18 | 83:15 | 9:1 177:10 | 90:6 99:7 |
| 127:25 | 267:15 | 108:3 | 228:5 | 103:10 |
| 181:20 | 268:23 | 127:11,12 | **testimony** | 112:11 |
| 216:10 | 272:25 | 127:16 | 9:4,10 | 134:25 |
| **telephone** | **telling** | 137:11 | 125:17 | 140:6 |
| 20:7 | 167:9 | 157:12 | 129:8,13 | 168:15 |
| **television** | 169:17 | 161:18 | 132:2 | 204:12 |
| 124:10 | 214:21 | 172:19 | 173:15 | 207:2 |
| 200:23 | 215:12 | 177:1 | 272:2 | 208:15 |
| **tell** 8:25 | 225:20 | 195:11 | **Texas** 10:7 | 227:2 |
| 14:10 | 255:17 | 210:19 | **text** 5:10,16 | **things** 17:10 |
| 23:15 | **tells** 252:16 | 250:14 | 21:1 133:9 | 19:19 24:6 |
| 36:12 38:7 | **ten** 15:18 | **terminate** | 220:3,8,13 | 24:7 26:5 |
| 38:11 | 29:6 75:20 | 226:25 | 220:22,23 | 29:13 |
| 41:24 | 79:21 | **terminating** | 220:24 | 30:11,13 |
| 45:15 | 110:16 | 227:3 | 222:13 | 35:20 |
| 49:18 | 130:1 | **terms** 28:11 | 223:20,23 | 36:14 |
| 50:21 | 137:23 | 38:6 41:9 | 258:24 | 37:22 |
| 75:15 | 208:19 | 41:18,23 | 259:7,9 | 42:18,19 |
| 78:19 80:2 | 275:14 | 54:21 | **texted** 221:3 | 45:3 46:24 |
| 94:10 | **ten-year** | 90:15 | **texts** 224:7 | 47:10 |
| 95:18 | 74:15 | 95:21 | **thank** 53:4 | 50:15 51:3 |
| 97:10,24 | 75:23 76:2 | 107:24,25 | 59:5,7 | 66:17 70:8 |
| 135:18 | 76:8 201:4 | 161:23 | 116:18 | 75:22 |
| 137:5 | 237:16 | 166:19 | 123:17 | 77:19,21 |
| 141:19 | 245:13 | 179:2 | 130:17 | 79:13 |
| 144:24 | **tended** | 195:15 | 135:16 | 80:14 84:3 |
| 145:10,16 | 196:10 | 196:5,14 | 145:23 | 90:9,22 |

| | | | | |
|---|---|---|---|---|
| 101:12 | 24:19 | 116:21,22 | 180:2 | 229:3,8,12 |
| 102:13,14 | 25:15 26:4 | 118:1,23 | 181:18,18 | 229:16 |
| 102:17 | 28:6,18 | 120:24 | 181:25 | 231:8,10 |
| 103:3,23 | 29:25 30:7 | 121:18 | 184:2,3 | 231:12 |
| 112:4,6,9 | 30:21 | 122:6,8 | 185:1,7 | 232:13,19 |
| 113:15 | 32:18 | 124:7,23 | 186:14 | 232:23 |
| 123:19 | 33:16,19 | 125:8,18 | 189:5,8 | 233:8,15 |
| 131:7 | 35:15 | 126:5 | 190:1 | 234:5,10 |
| 132:13 | 37:13 | 127:17,21 | 191:25 | 236:1,2,17 |
| 135:24 | 39:13,16 | 128:3,23 | 192:3,5,11 | 239:10,25 |
| 137:17 | 39:18 | 129:16 | 192:22 | 240:23 |
| 160:15,18 | 40:17 41:9 | 130:3 | 193:8,16 | 241:4,6 |
| 161:21 | 41:13,16 | 131:5,18 | 193:20 | 243:5 |
| 162:5,22 | 41:17 42:9 | 132:2,7,19 | 194:1,2,4 | 245:12,15 |
| 167:4 | 43:2,14 | 132:20,23 | 194:8,14 | 245:19 |
| 169:20 | 44:14 46:1 | 133:19,21 | 194:20 | 249:5 |
| 172:11 | 46:3,9,23 | 134:1,18 | 195:1,14 | 250:12 |
| 181:8 | 47:15,18 | 135:10,12 | 195:25 | 252:24 |
| 182:1 | 48:2,8 | 136:8 | 196:4,13 | 253:10,14 |
| 186:24 | 49:25 51:2 | 139:13 | 198:21 | 254:6,15 |
| 191:9 | 54:1 55:6 | 142:7,19 | 199:1,4 | 254:25 |
| 192:16 | 56:15 | 142:24 | 200:1,14 | 255:12,13 |
| 198:18 | 57:21 62:7 | 143:11,18 | 200:25 | 255:23 |
| 200:13 | 63:1,11,18 | 143:22,23 | 201:12 | 256:4,9,13 |
| 201:10 | 63:19 65:9 | 144:3 | 202:4,15 | 256:21 |
| 207:16 | 65:13,18 | 145:18,21 | 202:16,19 | 257:8,10 |
| 209:9 | 66:5,6,10 | 148:23 | 202:20,24 | 257:13 |
| 219:10 | 67:4,6,10 | 149:11 | 203:9 | 259:10,11 |
| 222:24 | 68:15,17 | 150:1,6 | 204:16,24 | 260:2,22 |
| 223:2,4,9 | 70:5 71:3 | 151:4,5 | 205:12 | 261:8,12 |
| 223:10,16 | 72:10,15 | 156:12,14 | 206:8,16 | 261:15 |
| 226:3 | 79:23 | 156:22 | 206:20,21 | 263:24 |
| 231:17 | 80:11,13 | 157:19,23 | 207:5,16 | 264:6,18 |
| 232:16 | 81:3,7 | 157:24 | 208:1,11 | 265:8 |
| 236:20 | 82:3 83:3 | 158:11,19 | 208:11,11 | 266:2,25 |
| 237:13,18 | 83:5,12,17 | 159:1,4,18 | 212:10,20 | 267:11 |
| 239:22 | 83:23,25 | 159:21,24 | 213:3 | 271:13 |
| 241:4 | 84:6 89:5 | 160:23 | 214:5,6 | 272:2,7,20 |
| 261:10 | 90:15,18 | 162:4 | 215:8,24 | 272:24 |
| 268:11 | 92:2,23 | 163:3,21 | 217:1,4,9 | 273:16,17 |
| 269:2 | 94:7 96:18 | 163:22 | 217:17,18 | 274:24 |
| **think** 10:14 | 98:14 | 165:20,22 | 220:23 | 275:13 |
| 13:1,14 | 99:17 | 166:15,17 | 222:8,17 | **thinking** |
| 15:18 | 100:3,17 | 167:18 | 222:25 | 26:24 27:4 |
| 16:20 17:7 | 105:22 | 169:12,22 | 224:5,11 | 28:2 36:2 |
| 18:9,20 | 108:1 | 170:15 | 224:19,23 | 36:4,7 |
| 19:10,18 | 113:22 | 173:11,15 | 225:23 | 37:7 42:21 |
| 20:16 21:8 | 114:10 | 177:23 | 226:13,14 | 44:1,1 |
| 22:14 | 115:2,18 | 178:2,7,15 | 226:23 | 47:21,24 |
| 23:21 | 116:2,4,10 | 179:22 | 227:6 | 53:10 |

64:10,11
75:12,22
77:7,23
86:22 90:6
95:7 98:12
108:9
125:5,10
125:12
127:24
134:25
135:4,4,6
139:23
143:22
148:11
158:21
159:2,14
194:7,9,12
195:17
196:8
199:14,14
199:17
216:17
253:14
261:15
265:7
**third** 10:12
32:22 33:3
36:23
40:13
41:16
66:14
105:25
106:20,21
106:25
107:8
173:13
251:2
**third-party**
32:3 39:20
39:22
**thought** 15:5
32:19
35:22
61:22 62:9
62:25 63:4
63:17 64:6
73:25
80:14
99:24
105:12

114:18
115:6,7
117:10
118:17
124:21
125:8
127:21
130:11
131:4
140:23
152:20
157:21
159:25
160:5
164:20
165:2,20
167:1,2
176:20,21
178:12,16
179:1,23
181:12
185:3
187:13
191:15
193:23
196:11
198:24
202:5,6
206:20
208:12
222:10,18
233:20,21
238:23
245:20
256:2,16
261:21
266:15
268:18
271:22,24
274:14
**thoughtful**
75:19
246:4
265:9
**thoughts**
162:17
172:20,21
**thousand**
42:12,13
**thousands**

109:11
141:9
151:6
207:11,12
207:14
**three** 9:15
10:25 37:9
51:17 61:4
139:23
176:19
188:18
196:2
208:18
221:2
231:2
254:7,11
256:9
**throwing**
82:11
**Thursday**
54:14
99:11,12
**tick** 76:11
76:11
124:13
125:20
134:18
**ticking**
102:23
132:9
**tidbit** 252:6
**tight** 162:15
**Tim** 65:2,15
66:6 67:4
67:8 68:3
68:11,19
70:14 72:6
75:10
160:17
206:22
210:2
212:15
214:7
**time** 9:24
10:11,15
14:20,23
15:10,20
16:6,15,20
16:22 17:1
17:14,19

17:20
18:12,17
19:4,9
20:22,24
21:15
22:16,19
22:20,25
22:25
23:13,14
24:23,25
25:8,10
26:14,14
26:16,17
26:22 28:4
28:5,19
29:15,22
30:1,2,8
31:11
32:11,17
36:6,8,11
38:4 39:17
40:5,5,14
41:19,20
43:15
46:13,15
46:18,21
47:25 48:7
50:20 55:9
55:21,24
58:12 59:3
65:14,22
66:5,20
67:1 68:9
68:18,22
69:17 70:2
71:20,24
72:9 73:4
73:19
74:13
75:16 76:1
77:6,22
79:2,6
80:1,7,7,9
80:20,20
81:16 84:1
84:2,5,8
85:5,14,17
86:22
88:13,21
88:24 89:1

92:12
94:20 95:2
95:5 98:21
102:16
103:4,23
104:21,21
105:13
107:9,12
107:12,17
107:17
108:1,2,11
108:19,23
109:2,7
112:11
113:3,10
114:14
116:6,11
118:1
119:16
126:8,14
127:8,22
127:24
128:12
129:22
130:21
132:5
138:16
142:5,19
142:25
143:11
144:3,12
144:23
145:6,18
147:17
151:8
154:18
157:3
159:12
162:16
164:11
165:17,18
165:25
166:2
170:18,20
171:19
176:22
177:12
179:3
180:20
181:14,21

| | | | |
|---|---|---|---|
| 188:12,21 | **timely** | 179:21 | **touched** |
| 190:8 | 236:16 | 181:9 | 25:15 |
| 191:4,16 | **times** 9:14 | 187:18 | 77:14 |
| 192:13 | 11:1 51:17 | 190:23 | 84:11 |
| 195:24 | 54:8 68:20 | **told** 12:9 | 99:17 |
| 196:11,24 | 68:21 99:1 | 14:5 49:5 | 107:25 |
| 203:23 | 100:16 | 77:9 | 118:6 |
| 204:6,25 | 110:10 | 137:25 | 198:14 |
| 207:9 | 111:14 | 140:12 | 206:21 |
| 213:19,25 | 126:21 | 141:23 | 239:2 |
| 214:21 | 140:11 | 163:9 | **tourn-** |
| 215:17 | 179:14 | 197:3 | 224:16 |
| 216:11 | 186:14 | 203:24 | **tournament** |
| 217:18 | 194:9 | 207:17 | 224:16,18 |
| 219:21 | 198:14 | 246:4 | **TPO** 32:14 |
| 222:25 | 240:18,21 | **Tom** 225:10 | 33:4,10 |
| 224:1,4,19 | 240:25 | 225:11 | 39:2,15,21 |
| 225:6 | 241:3,7,9 | 227:8,10 | 97:12,13 |
| 227:7,11 | 242:9,14 | 227:11,14 | 107:15,18 |
| 229:6 | 242:19 | 227:16,19 | 134:11 |
| 230:18 | **timing** | 227:19,23 | 209:14,17 |
| 231:12,14 | 148:15 | 228:9,11 | 211:5 |
| 232:8 | 181:8 | **tomorrow** | 218:17 |
| 233:6,6,17 | **Tina** 166:23 | 54:7 148:7 | 239:17 |
| 233:19,22 | 254:8 | **ton** 112:1 | **TPO's** 38:14 |
| 234:1,2,3 | 267:10 | 239:21 | 39:10 |
| 234:18,25 | **title** 10:8,8 | 243:11 | **track** 55:7 |
| 235:3,14 | 10:9,11 | **top** 48:14 | 81:21 |
| 235:18 | 16:1,3 | 89:6,9 | 83:21 |
| 236:12 | 110:1 | 101:22 | 89:16 |
| 238:17 | 133:14 | 133:15 | 92:16,21 |
| 240:8,15 | 196:9 | 151:21 | 93:11 |
| 242:3 | **TMT** 166:12 | 153:17 | 94:18 |
| 244:23 | **today** 7:21 | 222:13 | 102:2 |
| 245:11 | 9:4,10,19 | 250:3 | 212:21 |
| 247:9,12 | 10:10,22 | **top-five** | 235:17 |
| 249:10,17 | 41:22 | 103:6 | 243:24 |
| 249:20,23 | 43:21 54:6 | **top-line** | 250:23 |
| 255:4,9 | 63:11 | 44:19 45:4 | 264:23 |
| 256:5 | 75:12 78:3 | **topic** 60:3 | **tracked** 93:2 |
| 258:9,11 | 81:7 88:23 | 225:6 | 95:2 98:2 |
| 259:11 | 135:1 | **topics** 13:21 | 100:12,14 |
| 262:12 | 148:6 | **tossed** 41:10 | 101:19,20 |
| 266:18 | 153:23 | **total** 77:9 | 102:5 |
| 267:2,20 | 169:12 | 100:3 | 215:21 |
| 268:16,20 | 171:25 | 101:6 | 243:8 |
| 271:3,7,13 | 173:15 | **totally** | **tracking** |
| 273:17 | 175:18,20 | 252:18 | 212:18,20 |
| 274:2,19 | 179:11,18 | 267:17 | **Tracy** 224:8 |
| 274:22 | 179:18,19 | **touch** 103:14 | 224:12 |

| |
|---|
| **trade** 49:24 |
| 53:13 |
| 54:11 55:8 |
| 76:8 |
| 115:17 |
| 252:23,25 |
| 253:23 |
| 257:4 |
| 259:15,20 |
| 267:21 |
| 268:25 |
| 270:6 |
| 271:3 |
| **traded** 34:16 |
| 53:14 |
| 131:19 |
| 252:11 |
| 263:20 |
| **trader** 55:6 |
| **traders** |
| 244:19 |
| **trades** 51:21 |
| 238:13 |
| **trading** 10:3 |
| 14:6 34:23 |
| 116:10 |
| 230:17 |
| 231:4 |
| 237:9 |
| 238:11 |
| 251:16 |
| 252:8,11 |
| 252:15 |
| 253:4,10 |
| 255:11 |
| 257:12 |
| 262:7 |
| **traditional** |
| 19:1 25:19 |
| 26:2 47:20 |
| 47:22 |
| 128:2 |
| 138:13 |
| 234:19 |
| **traditio...** |
| 20:5 152:8 |
| 204:1 |
| **train** 148:7 |
| 187:13 |
| **training** |

253:16
**transaction**
25:21 28:3
28:20,24
36:3,5
44:23
135:6
199:10
**transact...**
28:8 29:24
30:9,10
**transcri...**
8:2
**transcript**
4:13,20
119:12
121:3
124:7
125:22
132:22
169:20
183:23
188:24
275:12,15
276:12
**transcri...**
276:11
**transcripts**
12:12
120:15,18
183:22
**transform**
26:2 126:2
138:12
**transfor...**
48:1
**transiti...**
233:12
**translate**
76:19
**translates**
153:8
**traveling**
232:8
**Treasuries**
198:5
**Treasury**
74:15
75:23 76:3
76:8 201:4

237:16
245:14
**treated** 9:5
**trial** 10:17
10:19
270:5
**tricky** 28:13
**tried** 99:7
202:14
238:19
**trillion**
157:18,19
242:4,4
**trouble**
199:18
258:4
**true** 68:8
69:16
70:16
71:24 73:4
142:22
143:14
243:13
276:11
**trust** 246:4
**trusted**
62:12 69:1
69:2 70:22
**truth** 7:12
7:12,13
8:25
266:17
**truthful** 9:9
**try** 8:19
15:6 29:2
47:15 54:1
66:10,10
74:17 87:5
97:5 111:8
172:3
180:11
196:1
200:11
202:5
206:16
274:25
**Try-** 104:5
**trying** 17:3
18:6 37:13
39:3 41:4

59:24
78:19
80:11
90:24
92:22
95:20 99:6
100:22
104:5
115:23
116:12,16
116:21
123:1
132:18
147:8
158:21
159:24
178:20
191:14
208:6
210:24
220:15
225:4
229:22
230:5,22
239:5
262:15
265:9
269:1
**Tuesday**
55:21
**tune** 233:13
**TurboTax**
133:24
**turn** 55:9,21
55:23
79:14 89:3
109:20
168:17
206:17
234:14
240:15,18
240:21,25
241:2,7,9
241:15
242:9,14
242:19
**turned**
150:24
**tweet** 5:8
205:21

206:5,9
209:13
211:20,21
211:23
216:20
218:7
219:3,15
221:4,10
221:14,16
**Twice** 11:2
**Twitter**
206:6
**two** 12:20
13:21 16:7
24:17
28:23 29:7
32:19
38:18
42:12
51:17
61:14 74:6
75:8,21
79:24 96:9
96:19
99:12
110:19
111:22
165:21
176:19
187:3
203:2
204:4
211:22,24
223:23
241:4
251:22
254:7,11
271:5
**two-step**
18:20
**two-thirds**
200:3
**two-week**
227:11
**tying** 46:7
**type** 28:11
28:14
42:15 72:1
103:22
113:18

131:25
189:6
216:18
230:4,23
236:2
265:24
**typed** 230:2
230:4
**types** 30:10
66:16 72:5
75:21
103:2
171:23
179:10
181:13
202:14
237:13
**typically**
74:12 76:7
166:21
176:25
187:8
191:5
242:14

**U**

**Uh-huh** 248:8
**ultimate**
68:4 70:15
**ultimately**
61:17 64:2
67:17
**ultimatum**
203:19
205:8
206:5,12
208:3
209:16,19
209:24
210:2,17
211:6
212:2,5
217:10,14
217:15
218:2,16
221:1
227:5,12
**uncertainty**
148:25
199:24

229:15
**underneath**
45:23
64:15
208:18
209:5
**understand**
8:12,24
9:4  12:7
34:20,21
34:22
38:17  41:4
44:1  54:1
60:1  70:22
73:6
100:23
115:23,24
116:14,15
123:9
132:15,20
136:17
142:4
145:16
156:20,24
170:14
172:3
177:14
179:20
180:11,17
190:17
260:16
**understa...**
12:10,18
13:19  23:4
31:23
49:15,18
51:9  53:6
53:17
59:21
62:20
84:15
89:25
90:19  95:1
95:18
96:16
101:21
114:4,7,18
123:10,22
123:25
124:3,20

125:19
129:3
130:19
147:8
149:2
150:20
157:1
162:16
169:22
205:2
218:3
231:13
232:20,25
233:9,16
233:22
234:6
235:16,21
238:10
241:12
244:20
245:4
248:22
252:15
253:25
254:3
255:19
259:25
263:22
264:13,24
265:20
271:15,18
272:19
**understa...**
12:20
13:21
**understands**
37:2
**understood**
53:15
131:9,17
132:12,19
165:4
175:19
177:20
179:11,16
**underwrite**
33:15,23
55:24
56:19  96:3
**underwriter**

15:14
55:24
**underwri...**
56:18
**underwri...**
33:16
**underwri...**
24:11
**unfortunate**
208:12
**unfortun...**
54:10
274:22
**unilateral**
205:4
**unions** 225:4
**unit** 43:18
98:22
**United** 1:1
224:21
225:2
226:7
**units** 43:12
98:12,23
101:7
104:4,16
107:7,13
107:18
151:5
216:15
**universe**
126:13
**University**
14:12
**upcoming**
237:25
**update** 162:6
162:23
165:11
166:25
236:7
251:23
**updated**
236:3
251:24,25
**updates**
166:4
**updating**
236:5,13
236:17

**ups** 15:11
136:13
137:16
138:15
170:16
**USA** 243:1
**use** 20:25
21:1,5
23:8,16,22
24:1,4
33:20
43:11
44:11,12
45:3,6
53:9  54:22
55:9,16
56:6  69:15
70:5  71:19
74:3  83:1
94:21
101:22
102:4,4
130:23
137:11
155:8
176:13
191:14
200:16,21
202:15
203:5,6
209:11
214:9
223:17
225:21,22
226:4,16
238:14
256:3
**uses** 179:17
**usually**
67:25
76:19  83:8
113:4
126:5
148:2
164:6
186:23
199:21
209:8
**UWM** 203:19
204:5,8

206:5,12
208:3,4
209:4
211:1,15
212:1
216:22
217:25
227:5,12
227:15
**UWM's** 209:15
209:18
211:6

---

**V**

**validity**
62:1
**valuable**
101:15
130:2
**valuation**
271:22
**value** 26:25
28:3  30:16
36:7,21
37:14
42:17  43:3
44:2,24
47:4,6,10
48:3,15,17
49:22,23
53:13  63:3
64:10
71:11  75:3
102:25
115:25
119:6
125:3
126:5
127:3
131:17
132:12,20
135:7,7
139:19
149:14
159:9
179:6
188:10
195:6,19
196:9
231:19

256:14
**variables**
52:25
82:12
113:13
238:16
**varied** 29:13
**variety** 23:7
34:5 52:4
55:12
202:5
250:13
254:18
**various**
161:21
**vary** 103:9
**vast** 99:22
239:19
**versions**
56:10
**versus** 6:8
46:8 77:12
77:12,13
109:22
158:14
163:5
173:14,14
234:8
235:5
250:4,22
**viability**
54:21
**viable** 72:20
**vice** 16:2
52:19
**Victor** 95:8
95:12
**video** 1:25
3:22 5:4
6:4,6,13
12:24 13:2
13:6,9,12
58:19,23
87:6,10
88:5,8
145:24
146:3
182:14,15
182:19
183:9,13

184:12,22
185:6,11
185:15
203:11,15
246:17,21
273:20,24
275:6,10
275:18
**videogra...**
6:11
**videotaped**
1:17 6:7
**view** 37:21
65:20
71:19 74:1
115:1,2
125:7,8
128:4
130:4
175:20
176:4
189:7
245:12
256:13
271:20
**viewed** 83:4
126:19
192:13
234:23
243:25
**viewing**
231:19
**views** 81:2
**Villegas** 2:4
4:6 6:20
6:20 7:15
7:18 11:13
13:16 40:2
48:18 53:5
57:1,10,16
57:25 58:3
58:5,10,18
58:25
82:20
85:18 86:1
86:16 87:3
87:12,18
88:7,10
108:25
109:19

110:21
119:8,14
119:22,25
121:2,10
121:15
127:10
128:7
130:18
132:1,21
133:7,16
135:15
136:21,25
137:4
140:15,25
141:10,17
142:16
143:2
144:6,13
145:17,22
146:5,11
149:3
153:25
154:6
166:10
167:22
168:5
171:20
173:24
178:6
179:7
180:1,18
182:12,21
182:23
183:4,10
183:14
184:9,11
184:14,23
184:25
185:3,19
186:2
190:7
193:6
196:22
197:23,24
198:20
203:7,17
205:17,23
206:1,2
213:9
219:11,16

220:6
228:4,8,10
228:13,20
238:24
241:1
243:23
244:3
246:7,13
247:1,7,22
248:9,12
253:3
258:20
259:1
260:17
265:13
268:13
269:16
270:2,4,15
270:23
272:10
273:4,16
274:1
275:4
**virtual**
166:15
**virtually**
20:14
**visibility**
161:15
**vision**
117:13
**visit** 81:9
**visiting**
232:9
**visits**
256:23
**Vitale** 142:4
252:15
267:23
269:14
**voice** 78:5
**volatile**
110:17
230:17
**volatility**
76:9
206:15
**volume** 43:6
43:8,13,19
48:19,21

49:9 51:1
91:1 92:7
93:5 95:16
95:19 97:8
97:14,15
97:25 98:1
98:6,9,11
98:14,16
99:25
100:2,3,11
100:14,17
100:21
101:6
104:1,15
106:14,15
107:4,10
107:13,16
107:19
113:17,18
113:22
114:2
122:24
123:5,12
128:23
136:9
149:19
151:1,11
152:13,17
152:18,21
155:21
171:24
175:17,21
175:23
177:8
179:11
183:9
195:16
196:5
202:17
212:3
216:14,16
218:8,10
218:15,19
218:20,24
219:1,6,7
219:9
262:20
**vs** 1:8

**W**

**wagon** 58:16
**wait** 91:25
  232:15
**waiting**
  35:11
**wake** 74:13
  75:25
**walk** 109:13
**walked** 51:12
  51:13
**Wall** 117:6
  229:8,13
**Walter**
  165:10
**Walters**
  19:25
  64:23
  65:20 68:3
  112:24
  117:2
  155:5
  165:2,18
  206:22
**want** 7:22,24
  14:7 20:9
  27:5,6
  31:3 38:18
  41:21 58:6
  58:14
  63:10 71:7
  71:8 72:16
  72:17
  78:16 79:9
  79:14
  83:16
  86:18
  90:20
  91:20
  93:15 95:6
  97:25
  103:16
  123:9
  134:4,15
  136:17
  149:15,24
  154:24
  157:11
  164:21,21
  169:1
  183:18

184:9
185:21
188:3
190:9,17
191:9
202:20
203:7,8,18
209:13
216:2
217:6
235:10
239:4
246:3,3,12
246:14
248:14
250:1
261:10
262:6
264:11
265:7
266:1,2
**wanted** 14:4
  35:7 51:19
  80:21
  85:16
  86:12
  107:6
  123:22
  133:12
  180:2
  182:3
  214:9
  224:21
  248:13
  252:22
  254:19,20
  256:6,18
  258:15
  261:8
  271:21
**wanting**
  223:1
  257:2
**wants** 130:13
  199:8
  256:25
**war** 201:9
**warmer** 228:1
**wash** 159:12
**wasn't** 15:10

17:11
29:20 62:8
80:15
85:14
86:10
127:6
133:13
144:1
174:11
181:14,16
181:17,17
202:9
206:7
213:17
214:7,11
215:7
216:16
217:6
227:8,14
231:16,18
233:13
245:21
261:24
**watch** 234:22
  244:25
**watching**
  74:12,14
  76:2
  231:10
**water** 53:3
  130:13
  246:9
**way** 21:8
  22:15 25:7
  28:9 36:9
  43:17 47:2
  47:15
  60:23
  68:10,25
  69:19,20
  83:4,18
  87:5 96:20
  99:24
  101:12
  114:12
  135:21
  136:3
  137:7
  140:7
  141:22

149:12
150:4
154:25
157:16
164:17,18
165:14
169:1
171:5
174:13
175:3
176:2
181:15
182:8
189:3,11
189:16,17
190:3,4,14
190:20,22
192:4,11
199:7,22
219:2
223:25
231:20
232:4
235:7
244:2,4
249:16
254:4
257:14,19
263:24,24
263:25
264:6
270:20,21
**Wayne** 276:4
  276:24
**ways** 23:7
  25:13
  32:13
  43:10,16
  44:3 55:12
  74:6
  149:11
  172:3
  239:7
**we'll** 8:19
  41:21
  193:13
  235:9
**we're** 14:5
  22:17
  23:24 27:9

29:5 36:16
45:20,21
48:22 51:4
57:10
65:22
67:12
69:18 81:9
90:7 91:20
93:4,5,5
111:12
113:25
134:18
135:3,6,11
135:18
137:5
141:19
149:16
155:10,10
157:24
162:10
170:12
175:20
179:18,18
182:10,13
187:17,25
189:1,7
190:18
191:7
192:2,16
193:17
200:24
202:7,7,8
207:4
216:13
223:14
226:3
227:21
234:3
236:5
238:11,13
238:14
243:1
245:4,4
259:21,21
264:10
273:17
**we've** 24:9
  24:10,23
  25:15 33:7
  42:9

107:25
110:9
111:14
113:12
149:10
156:3
169:8
173:6
174:2
191:3
192:21
193:12
194:14
195:9
198:11
203:25
204:10
231:15
246:11
251:25
266:7
**weather's**
152:11
**web** 16:4,18
120:19,22
**website** 58:1
72:17,22
75:6 81:2
81:10
180:23
204:21
**Wednesday**
54:14
**weeds** 187:15
**week** 25:22
43:9 88:12
96:7,9,19
98:4,10,10
98:25,25
109:15
136:12,12
139:16,22
210:1
212:3,11
212:11
214:12
240:23
245:17
**week-ove...**
93:19

**weekly** 80:3
80:3,6
88:1 89:16
93:13
137:17
172:21
236:5,17
237:20
238:4,15
**weeks** 112:21
147:20
171:6
176:19
209:15,18
211:6
251:22
**weighed**
114:20
**weight** 9:5
**weighted**
34:22
**Weiss** 140:21
267:4
268:2
**Wells** 238:10
**went** 14:12
16:2 18:21
19:14,21
19:22 22:9
22:9 27:3
48:1 65:19
69:24 70:6
78:25
88:21 89:1
97:17
102:11
115:11
157:18
168:20
172:4
175:8
204:20
205:1,2
244:15
250:19
255:13
256:10,10
268:21
271:25
272:8,22

**weren't**
14:23
125:14
129:8
159:12
164:3
170:7
174:7
176:9
189:10
232:2
256:15,16
267:13
**whatnot**
82:14
217:2
**white** 61:23
62:3,21
65:18
69:21 71:4
**who've** 209:5
**wholesale**
32:15,23
39:23,25
40:3,11
41:6,8,13
41:18
65:12,24
66:5,7
67:7
167:17
173:14
203:24
210:23
215:18,22
216:10
218:17
**wholesalers**
33:4
**wide** 224:5
**wife** 207:22
227:19
**willing** 43:4
225:11
227:8,14
262:22
263:4
**wind** 207:13
**window**
251:17

252:9,15
252:20,20
252:22
253:9,9
255:11
267:2
268:25
274:10,11
**windows**
252:12
253:4,10
**winds** 64:3
**winter** 104:9
**wise** 54:22
195:25
**wish** 234:25
277:2
**withdraw**
235:20
244:6
**witness** 4:3
6:17,24
7:2,10
10:5 11:12
13:1,5,13
53:2 57:18
57:22
58:14
86:21
121:13
130:17
141:7
147:12
196:18
213:6
219:13
228:2,9
238:8
240:14
246:9,16
248:8
270:14
275:21
**witnessed**
126:20
**WJR** 223:21
**won** 10:13
**wonder** 81:9
81:14
251:7

**wondering**
181:20
219:14
231:6
**Woodward**
3:14 6:16
**word** 101:20
102:6
108:4
124:23
129:15
139:4
179:17
219:10
235:24
245:24
**words** 23:16
78:1 93:18
102:20
123:19
132:16
141:9,12
184:4
192:24
**work** 53:22
56:21
66:14,22
72:10 99:8
110:22
117:18
134:15,22
150:8
152:9
156:17
160:1
161:13
171:19
178:23
204:7
209:6,10
211:2
222:22
226:24
232:17
233:12
255:11
260:9
265:24
270:13
**work-pro...**

121:9
**worked** 16:10
  17:5 18:11
  18:17 32:3
  32:22
  65:16 66:6
  67:5 68:12
  68:24 70:8
  85:4
  110:24
  114:15,16
  210:16,16
  213:18
  217:1
  232:4,18
  237:17
  254:23
**working**
  19:19
  45:21
  46:12
  56:22
  59:18
  65:17
  98:23
  117:5
  132:13
  135:9
  156:11,13
  157:10
  165:23
  210:11,13
  211:1
  223:25
  224:14
  266:4
**works** 47:7
  150:1
  263:9
**world** 50:3
  54:6,11
  74:6 76:17
  125:18
  130:2
  200:25
  242:18
  268:5
**worries** 13:8
**worry** 96:24
  96:25

154:25
**worrying**
  245:13
**worth** 35:22
  35:23
  226:20
**wouldn't**
  28:16 31:8
  88:15
  96:11
  106:3
  118:9
  120:25
  125:5,10
  125:12
  153:12
  160:3
  161:7
  164:1
  171:9,10
  175:22
  176:12
  177:10
  178:23
  194:7
  199:1,1
  235:7
  237:5
  238:14
  239:14
  260:12
  269:1
**wow** 98:14
  176:20,21
  188:11
**wrapped**
  225:18
  235:11
**write** 25:21
  35:14 51:5
  103:21
  117:9,9
  131:11
  138:4
  148:6
  221:4,13
  221:16,21
  226:8,23
**writes**
  155:18

210:9
  264:11
**writing**
  118:2
  235:9
**written** 63:8
  139:8
**wrong** 10:6
  185:8
  216:4
  257:10
  265:11
**wrote** 37:7
  55:19 62:2
  93:16
  99:23,23
  117:14
  139:14
  152:2,2
  211:5,21
**WSJ** 230:12
**WSJ's** 230:16
**WWE** 224:8

———————
**X**
———————
**X** 81:13

———————
**Y**
———————
**yeah** 13:3
  14:23
  16:24 34:9
  39:9 55:6
  61:21 65:9
  67:3 78:18
  79:23
  86:21 87:3
  88:3 89:11
  91:23 92:3
  104:7
  120:7
  122:2
  123:1,4,22
  127:15
  132:17
  133:13,18
  141:16
  145:15,23
  147:13
  154:13
  156:3

167:4
  179:16
  184:25
  185:1,5
  187:14
  190:12
  195:4
  196:18,20
  197:9
  198:3,11
  206:6
  212:25,25
  214:22
  221:11,19
  222:4
  224:10
  226:23
  228:2,11
  229:22
  230:7,19
  231:15
  241:10
  243:20
  245:24
  246:16
  247:25
  248:6,8
  250:9
  251:19
  253:6
  257:19
  269:23
  272:20,20
**year** 6:6
  35:23
  74:25
  110:13
  111:15,17
  111:19
  122:7
  123:7,16
  126:15
  127:2
  128:22
  136:7
  137:24
  147:21,23
  148:18
  149:17,23
  157:20

162:25
  163:2
  165:23
  171:18,18
  174:24,25
  176:13
  177:25
  193:17,21
  194:3,22
  195:19,20
  196:7
  198:23
  199:16
  202:20
  224:17
  233:14,21
  235:5,6
  241:22
  254:16
**year-ove...**
  94:2
**year-to-...**
  84:2
**years** 9:17
  9:18 10:13
  12:16
  16:19
  26:24,25
  26:25
  31:14 35:6
  35:17,18
  35:23 37:8
  37:10
  46:17,22
  54:3 64:12
  68:13
  75:15,20
  75:20
  78:18
  90:12
  111:13
  126:21
  129:18
  130:1
  139:24,24
  141:8
  161:2
  169:15
  170:13
  172:6,18

| | | | | |
|---|---|---|---|---|
| 191:14 | **1:00** 86:25 | 151:16 | 99:25 | 217:5 |
| 192:21 | **1:05** 221:21 | **10b5** 256:8 | 103:25 | **2.12.21** |
| 195:20 | **1:18** 145:25 | **10b5-1** | **14-** 208:20 | 89:10 |
| 205:14 | 146:1 | 255:25 | **14,000-some** | **2:06** 154:5 |
| 211:9 | **1:21-cv-...** | **11** 5:11 | 217:11 | **2:26** 168:4 |
| 212:8 | 1:8 | 15:22 60:3 | **140** 2:7 | **2:52** 265:14 |
| 213:4 | **1:51** 146:2 | 120:3 | 75:15 | **2:54** 182:20 |
| 222:22 | **1:52** 146:4 | 132:25 | **146** 4:21 | **20** 68:12 |
| 225:25 | 146:10 | 133:6,8 | **14th** 251:21 | 71:10,18 |
| 245:14 | **10** 5:9 15:21 | 197:6,11 | **15** 26:25 | 100:25 |
| 254:5 | 26:24 | 197:25 | 71:10,18 | 145:21 |
| 259:23 | 95:14,24 | 228:16,23 | 90:8 | 170:19 |
| **Yep** 60:7 | 97:25 | **11:00** 74:11 | 197:10 | 171:18 |
| 120:10 | 120:3,12 | **11:27** 87:7,8 | 248:7 | 197:10 |
| 248:9 | 121:19 | **11:30** 86:23 | **15-year** | **20-pager** |
| **yesterday** | 168:17 | **11:44** 87:9 | 31:15,16 | 120:9 |
| 11:4 147:2 | 169:10 | 87:11,17 | **15,000** | **200** 6:16 |
| **York** 2:8,8 | 170:5 | **112** 89:4 | 208:20 | **2017** 17:25 |
| 3:5,5 | 219:21 | 91:22 92:2 | **154** 4:23 | 30:3 |
| 225:3 | 220:2 | 92:3 | **15th** 151:7 | 169:25 |
| | 246:7 | **114** 91:21 | **168** 5:1 | 172:9 |
| | 247:2 | **119** 4:19 | **16th** 88:2 | **2018** 169:25 |
| **Z** | 266:16 | **11th** 196:19 | 89:5 96:5 | 172:9 |
| **zip** 248:14 | **10-Ks** 144:14 | **12** 5:13 | 110:9 | **2019** 30:4 |
| **Zoom** 232:11 | 144:16,17 | 120:3 | **17** 170:19 | 167:16,17 |
| | 144:18 | 124:18 | 171:17 | 169:25 |
| **0** | **10-Q** 145:1 | 132:22,25 | 250:2 | 172:9 |
| **0014** 250:7 | 145:11,12 | 133:15 | **17th** 209:21 | **2020** 22:5,6 |
| **014** 247:16 | 145:13 | 172:17 | **18** 106:13 | 22:7,21 |
| 248:10 | **10-Qs** 144:20 | 181:4 | 170:19 | 30:3 35:6 |
| 250:2 | 144:21,23 | 188:2 | 171:18 | 35:7 54:17 |
| **022** 102:19 | 145:7 | 221:23 | **182** 5:3 | 60:3 63:12 |
| **094** 248:7 | **10:14** 226:23 | 247:4,8 | **184** 5:5 | 108:24 |
| | **10:16** 262:2 | 258:20 | **19** 170:19 | 111:21 |
| **1** | **10:17** 221:3 | **12,000** | 171:18 | 123:16 |
| **1** 4:15 57:4 | **10:22** 57:6 | 217:12 | 231:24,24 | 124:21 |
| 57:16,17 | **10:27** 58:20 | **12:06** 221:13 | 248:7 | 128:23,24 |
| 59:2 61:10 | 58:21 | **12:34** 119:13 | **1Q** 122:23 | 136:7 |
| 78:8 | **10:35** 58:22 | **120,000** | 150:14 | 137:23,24 |
| 146:25 | 58:24 | 28:25 | 153:4 | 150:14 |
| **1,000** 91:7 | **10:43** 264:10 | **121** 101:14 | 173:17 | 151:2 |
| 211:13 | **10:55** 221:9 | **121,000** | **1st** 244:17 | 152:19 |
| **1,500** 217:4 | **100** 2:18 | 101:10 | | 153:4,11 |
| **1.8** 255:1 | **1000** 4 3:5 | **125** 3:4 | **2** | 167:14,17 |
| **1/2** 31:5,7 | **1000** 5 2:8 | **128** 109:20 | **2** 4:17 60:6 | 167:17 |
| 31:12 | **102** 185:21 | **12k** 221:21 | 87:11,13 | 170:1 |
| 187:21 | 186:5 | **13** 5:15 | 87:15,20 | 172:9,23 |
| 242:4,4 | **103** 185:21 | 258:23 | 242:4 | 177:9 |
| **1/4** 187:21 | **1050** 3:14 | 259:2 | **2,000** 78:3,4 | 179:12 |
| 262:14 | **107** 151:14 | **14** 97:7 | 188:5 | 189:23 |
| **1/8** 262:14 | | | | |

234:4
242:3
248:24
251:1
254:14,14
**2021** 22:5,22
88:2 89:5
108:24
109:21
110:13
120:17
123:6,7
124:1,4,21
125:6,13
128:8,9,13
128:14,15
128:18,19
128:22
129:10,11
136:7
137:21,22
137:24
142:11,20
143:3,12
149:5,21
150:7,14
151:3
152:19
153:4,10
154:12
169:24
171:2
173:10,18
173:19
177:8
180:3,7
188:24
191:18
193:22
194:2,6,22
195:3,16
196:6,7
197:7,11
197:25
198:23
203:19
232:19
234:4
257:4
271:3

273:6
274:8,9,17
274:18
**2023** 200:24
233:4,8,15
**2024** 1:19
6:1,6
277:23
**2025** 143:1,5
276:25
**205** 5:7
**20s** 261:19
274:14
**21** 96:17
155:20
196:7
276:25
**211** 64:19,20
**212** 2:9 3:6
**22** 271:6
**220** 5:9
**228** 5:11
**23** 101:9
274:9
**237** 186:5
**238** 186:6
193:8
**23rd** 271:6
**24** 262:3
**24.50** 262:3
**247** 5:13
**24th** 154:12
271:6
**25** 91:7
211:25
212:4
228:13
229:18,20
231:7
**25.4.2.1**
67:22
**258** 5:15
**25th** 120:17
188:24
190:25
191:18
**26** 1:19 4:22
6:1 104:23
146:6,9
**26.49** 230:20

**26.92** 262:4
262:18
**26th** 6:5
**27** 46:17
126:21
161:2
**274** 4:7
**28** 219:11
**280-10-50-5**
61:20
**29** 258:21
274:7,17
**29th** 257:4
271:3
**2nd** 244:14
251:1
252:1

_____

**3**

**3** 4:19 31:6
91:15,19
119:9,11
119:16
190:6,8
232:1
256:19
275:1
**3-** 16:12
254:15
274:21
**3,000** 43:21
188:5
211:13
217:9,13
**3.2** 254:15
274:21
**3.5** 263:15
**3/8** 52:22
187:21
**3:01** 184:20
**3:25** 203:12
203:13
**3:42** 203:14
203:16
**3:45** 205:22
**30** 16:12
54:2 89:23
98:15
105:18
175:2

197:5
199:19,23
200:7
231:21
245:14
251:24
252:2
**30-year**
31:13
**30,000** 181:1
**31** 57:2,15
**310-1769**
1:25
**313** 3:16
**314** 247:16
247:16
**33** 119:9
**34** 184:15
**344** 6:15
**35** 172:18
222:22
**351** 136:8
**36** 154:1
**38** 167:23
244:16
**380** 147:2
**3rd** 166:12
175:22,23
179:21
244:14,17

_____

**4**

**4** 4:21 31:5
31:7,12
99:14
146:6,8,13
147:3
157:18
221:23
242:4
251:4
263:15
**4,000** 211:12
221:22
222:11
**4:06** 220:4
**4:21** 228:18
**4:46** 246:18
246:19
**40** 16:12

212:12
**400** 261:12
**423** 230:8
**43** 264:11
**44** 265:14
**45** 155:10
252:2
**48** 226 3:15
**4Q** 150:14
153:3
172:23
179:12
188:23

_____

**5**

**5** 4:23 26:24
60:19
115:12
154:1,3,8
155:9
188:9
**5,000** 188:5
**5:00** 231:10
**5:03** 246:20
246:22
247:6
**5:21** 258:25
**5:41** 273:21
273:22
**5:49** 273:23
273:25
**5:51** 275:21
**5:51:13**
275:7
**5:51:33**
275:19
**50** 30:8
98:16
181:6
199:21
**50,000** 78:4
205:12,13
**500** 257:4
259:15
261:11
262:3
263:4,6
**500,000**
28:22
**552-6469**

```
  220:11
558-4000 3:6
567 61:8
568 64:15
569 67:12
57 4:15
570-1000
   2:20
573 79:15
```

---
**6**
```
6 5:1  31:8
  124:18
  150:25
  167:23
  168:2,7
  182:16
  187:19
  188:2
  262:14,14
6,000 42:13
60 162:2
  175:2
  188:1
  197:5
  199:13,22
  200:1
  252:2
617 2:20
65 250:2
```

---
**7**
```
7 4:5  5:3
  89:10,13
  150:13
  182:18,21
  182:22,24
  183:6
  185:2,4,5
  187:19
72 55:21
728 155:21
734 220:11
740 221:6
741 221:2,7
  222:12
742 221:9,12
744 221:20
782-8188
   3:16
```

---
**8**
```
8 5:5  15:21
  184:16,18
  184:22
  185:6,17
  217:14
  221:23
8,000 216:21
  217:24
8:00 231:11
800 1:25
800,000
   28:21
81 87:13
85 147:5
87 4:17
```

---
**9**
```
9 5:7  15:21
  184:21,21
  184:24
  185:7,8
  205:18,20
  205:24
9,000 217:14
9:00 52:15
9:18 1:18
   6:2,5
9:47 260:23
90 26:14
  122:17
  170:6
  175:2
  193:12
  197:5
  199:14
90-percent
   26:12
907-0700 2:9
90s 54:9
  186:16
94 14:18
   60:17
95 14:18,18
   60:17
  122:23
  123:15
  129:21
  151:15,16
  151:19
```

```
  260:7
95-percent
  123:12
990 147:1
```