# Exhibit 26

Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

CARL SHUPE et al.,
    Plaintiffs,

v.           Civil Action No.
           1:21-cv-11528-TLL-APP

ROCKET COMPANIES, INC., JAY D.
FARNER, DANIEL GILBERT, and
ROCK HOLDINGS INC.,
    Defendants.
_____

CONFIDENTIAL
VIDEO DEPOSITION

DEPONENT:   DANIEL GILBERT
DATE:     Friday, March 22, 2024
TIME:     11:21 a.m.
LOCATION:  One Campus Martius
         91 Monroe Street
         Detroit, Michigan 48226
REPORTER:  Jeanette M. Fallon, CRR/RMR/CSR-3267
HUDSON COURT REPORTING & VIDEO    (800) 310-1769

Page 2

1  APPEARANCES:
2
3  LABATON KELLER SUCHAROW LLP
4  By:  Christine M. Fox
5  140 Broadway
6  New York, NY 10005
7  212.907.0700
8  cfox@labaton.com
9  -and-
10  SCHENK & BRUETSCH PLC
11  By:  James P. Allen, Sr.
12  211 West Fort Ste 1410
13  Detroit, Michigan 48226
14  313.774.1000
15  james.allen@sbdetroit.com
16    Appearing on behalf of the Plaintiffs.
17
18  GOODWIN PROCTER LLP
19  By:  Adam Slutsky
20  100 Northern Ave
21  Boston, MA 02210
22  617.570.1000
23  aslutsky@goodwinlaw.com
24    Appearing on behalf of the Defendant,
25    Rocket Companies, Inc.

Page 3

1  APPEARANCES (continued):
2
3  SULLIVAN & CROMWELL LLP
4  By:  Jeffrey T. Scott
5  125 Broad Street
6  New York, NY 10004
7  212.558.4000
8  scottj@sullcrom.com
9  -and-
10  MORGANROTH & MORGANROTH PLLC
11  By:  Jeffrey B. Morganroth
12  344 North Old Woodward Ave Ste 200
13  Birmingham, Michigan 48009
14  248.864.4000
15  jmorganroth@morganrothlaw.com
16    Appearing on behalf of the Defendants,
17    Rock Holdings Inc., Jay Farner, and Daniel Gilbert.
18
19
20
21
22
23
24  ALSO PRESENT:
25  Lauren Luzod, Videographer

Page 4

1         TABLE OF CONTENTS
2
3  WITNESS             PAGE
4
5  DANIEL GILBERT
6

7  Examination by Ms. Fox       6
8
9
10       E X H I B I T S
11
12  NUMBER    DESCRIPTION       PAGE
13  Emerson Exhibit 2 Rocket_Mortgage 00126424 - 126432  62
14  Rizik Exhibit 11 Rocket_Michigan00030482 - 30485  65
15  Gilbert Exhibit 1 LinkedIn Profile, 2pp    8
16  Gilbert Exhibit 2 Rocket_Michigan00126698, 3pp   51
17  Gilbert Exhibit 3 Rocket_Michigan00164828 - 164836  78
18  Gilbert Exhibit 4 Rocket_Michigan00116067 - 116111  85
19  Gilbert Exhibit 5 Form 4 RHI, 2pp     103
20  Gilbert Exhibit 6 Form 4 Daniel B Gilbert, 2pp  106
21  Gilbert Exhibit 7 Form 4 Jennifer L. Gilbert, 2pp 109
22  Gilbert Exhibit 8 Crain's Detroit Business
23        Article, 6pp     112
24
25

Pages 1 to 4

**New York**
**212-273-9911**

**Hudson Court Reporting & Video**
**1-800-310-1769**

**New Jersey**
**732-906-2078**

Detroit, Michigan
Friday, March 22, 2024
11:21 a.m.
* * *
THE VIDEOGRAPHER: Good morning. We are on the record at 11:21 a.m. on Friday, March the 22nd, 2024, for the stenographically reported and videotaped deposition of Dan Gilbert in the action of Shupe versus Rocket Companies, et al.
My name's Lauren Luzod, the videographer, and Ms. Jeanette Fallon is the court reporter. We are both from Hudson Reporting Nationwide. This video deposition is being held at One Campus Martius, located at 91 Monroe Street, Detroit, Michigan.
Before swearing in the witness, will all counsel please introduce themselves for the record?
MS. FOX: Christine Fox from Labaton Keller Sucharow on behalf of the plaintiffs.
MR. ALLEN: James Allen on behalf of the plaintiffs from Schenk & Bruetsch.
MR. MORGANROTH: Jeffrey Morganroth on behalf of all the defendants except for Rocket Companies and on behalf of Mr. Dan Gilbert.
MR. SCOTT: Jeff Scott from Sullivan and Cromwell on behalf of Rock Holdings, Inc., Daniel Gilbert, and Jay Farner.

MR. SLUTSKY: Adam Slutsky from Goodwin Procter for Rocket Companies.
DANIEL GILBERT
having first been duly sworn, was examined and testified as follows:
EXAMINATION
BY MS. FOX:
Q. Good morning, Mr. Gilbert.
A. Hello.
Q. As I mentioned off the record, I'm Christine Fox with the law firm of Labaton Keller & Sucharow and I represent plaintiffs in a federal securities class action pending in Michigan in which you're appearing here today.
Could you say your full legal name for the record?
A. Daniel Gilbert.
Q. And today we are taking this deposition at One Campus Martius. Is this your business address?
A. Yes.
Q. And I understand, Mr. Gilbert, you have been deposed before?
A. Yes.
Q. And how many times would you say you've been deposed?

A. In my life?
Q. In connection with your Rocket businesses.
A. Oh, probably half a dozen maybe.
Q. Is it possible for you to speak a little bit louder?
A. Yeah, half a dozen probably.
Q. And you understand that you're under oath today?
A. Yes.
Q. And are you taking any medications today that would affect your ability to testify truthfully?
A. No.
Q. Since you have been deposed before, I'm just going to run briefly through the --
A. Sure.
Q. -- instructions or guidelines.
When you answer, if you could answer audibly, it would be helpful for the court reporter. She can't transcribe a nod of the head.
A. Right.
Q. If I ask you a question and you don't understand the parties I'm referring to or the time period, please ask me to clarify. If you answer my question, I will assume you understood my question.
A. Right.
Q. During the course of the day if you need a break, please let me know and we will take a break as soon as there's no question pending.

A. Great.
Q. I'm going to ask you a little bit about your background and I'd like to go through that relatively quickly.
A. Sure.
Q. So for the ease of that, I'm going to introduce what I was able to download as a copy of your LinkedIn profile. Again, this would be very quick.
MS. FOX: I would like the court reporter to mark as Gilbert Exhibit 1 a copy of a PDF of Mr. Gilbert's LinkedIn profiled.
(Marked for identification Gilbert Exhibit 1.)
THE WITNESS: Do I get a copy of that too?
MR. MORGANROTH: Yes.
BY MS. FOX:
Q. And if you go to the second page, the very bottom, there's something that says activity and it says, "Viewed by Conner Rutherford." That is the person at Labaton that I asked to download this for me. So other than that information, does this look like -- strike that.
Do you maintain a LinkedIn profile?
A. I didn't know I did, so I guess I do because I've

1   never seen this before.

2   Q.  Do you have somebody that you have assigned to

3       maintain a LinkedIn profile for you?

4   A.  I have not, but somebody must have, because it looks

5       like it's there.

6   Q.  And this lists some experience of yours.  If you take

7       a look at the first page, is that -- does this

8       represent some of the companies which you are

9       affiliated with?

10  A.  Yes.

11  Q.  And the reason I'm using this is it has some dates on

12      it, and rather than ask you to remember from memory

13      when certain of these companies were founded, I just

14      want you to be able to look at this if you need to.

15  A.  Okay.

16  Q.  It says that you have been the chairman of

17      Rocket Companies for approximately 39 years; do you

18      see that?

19  A.  Yes.

20  Q.  Is that consistent with your memory of how long --

21  A.  Yes.

22  Q.  -- you've been involved with Rocket Companies?

23  A.  Yes.  I mean, we had different names than

24      Rocket Companies, but over all 39 years, yep.

25  Q.  And you founded Rocket Companies in approximately

1   1985?

2   A.  Yes.

3   Q.  And it says cofounder; is that correct?

4   A.  Well, I was the primary founder, there was a couple

5       other minority shareholders.

6   Q.  And are those minority shareholders still involved

7       with Rocket Companies?

8   A.  One still works here, but one's not.

9   Q.  And the one who still works here is?

10  A.  His name is Lindsay Gross.  He doesn't have a big role

11      here, but he's still here.

12  Q.  The Gilbert Family Foundation is also linked -- is

13      also listed on what I've marked as Exhibit 1 on the

14      first page of the document.  And it says that you are

15      cofounder of that foundation since approximately 2015;

16      do you see that?

17  A.  I don't see it.

18          MR. MORGANROTH:  Yeah, it's on the other

19      page.

20          THE WITNESS:  Oh.

21  A.  Yes, I see it now.

22  BY MS. FOX:

23  Q.  And it says that you are a cofounder of the Gilbert

24      Family Foundation?

25  A.  Yes.

1   Q.  And who are you cofounder of that foundation with?

2   A.  That would be my wife, Jennifer.

3   Q.  And what is the primary mission of the Gilbert Family

4       Foundation?

5   A.  There's two missions.  One is to find a cure for

6       neurofibromatosis, which is a disease, genetic

7       disease, and the other is Detroit related things.

8   Q.  And does the Gilbert Family Foundation have any

9       employees?

10  A.  I think there's a handful of employees there, yes.

11  Q.  And how is the Gilbert Family Foundation structured?

12  A.  Not sure what you --

13          MR. MORGANROTH:  Objection as to form.

14  A.  What do you mean by that, how it's structured?

15  BY MS. FOX:

16  Q.  Are you a majority owner of the Gilbert Family

17      Foundation?

18  A.  I don't think there's --

19          MR. MORGANROTH:  Objection as to form.

20  A.  I don't think there's owners of foundations, but

21      there's a board actually and I'm a board member.

22  BY MS. FOX:

23  Q.  And is your wife, Jennifer, also a board member --

24  A.  Yes.

25  Q.  -- of the Gilbert Family Foundation?

1           And are there any other Rocket Company

2       employees who are on the board of the Gilbert Family

3       Foundation?

4   A.  There's ones that are affiliated, I don't know if

5       they're employees.

6           THE WITNESS:  I mean, Jeff, you're a board

7       member.

8   A.  Jeff Morganroth is a board member.  There's another

9       guy named Matt Rizik who is a board member who is

10      affiliated with our companies, but I don't think

11      they're employees.

12  BY MS. FOX:

13  Q.  And are you familiar with a Laura Grannemann?

14  A.  Yes.

15  Q.  And is she the executive director of Gilbert Family

16      Foundation?

17  A.  Yes.

18  Q.  And in very general, broad strokes, how is the Gilbert

19      Family Foundation funded?

20  A.  Jennifer and myself fund it.

21  Q.  With your personal money?

22  A.  Yes.

23  Q.  And in 2020, do you know approximately what the assets

24      were of the Gilbert Family Foundation?

25  A.  2020, I couldn't tell you, no.

New York
212-273-9911

Hudson Court Reporting & Video
1-800-310-1769

New Jersey
732-906-2078

1 Q. How about for 2021, do you recall what the assets of
2 the Gilbert Family Foundation were?
3 A. I couldn't tell you that either.
4 Q. Are you familiar -- strike that.
5 You're familiar with Rock Holdings, Inc.?
6 A. Yes.
7 Q. Throughout the course of the deposition, I may refer
8 to Rock Holdings, Inc. as RHI.
9 A. Okay.
10 Q. And you are chairman of RHI?
11 A. Yes.
12 Q. And how long have you been chairman of RHI?
13 A. I don't know how long RHI Technology, that's been
14 around, 20 years maybe.
15 Q. And are you the primary shareholder -- strike that.
16 Are you the majority shareholder of RHI?
17 A. I believe so.
18 ███████████████████████████████
19 ███████ ███████████████████
20 ███ ████████████████████████████
21 Q. Are you familiar with a fund called the Rocket
22 Community Fund?
23 A. Yes.
24 Q. And that is also listed on what we've marked as
25 Exhibit 1 and it says you are a cofounder of the

1 Rocket Community Fund and that was founded in 2010.
2 Is that consistent with your recollection?
3 A. That sounds about right.
4 Q. And what is the mission of the Rocket Community Fund?
5 A. Well, that's part of Rocket Companies really, they set
6 it up as a fund to support housing all over the
7 country, nonprofit, it's a nonprofit foundation, and
8 also to support nonprofits that are related to housing
9 primarily in urban markets.
10 Q. And who funds Rocket Community Fund?
11 A. That would come out of either Rocket Companies or RHI
12 or some combination.
13 Q. And is there any funding commitment by
14 Rocket Companies, Inc. of the Rocket Community Fund?
15 MR. MORGANROTH: Objection as to form.
16 MS. FOX: Yeah, let me try to phrase that
17 another way.
18 BY MS. FOX:
19 Q. Does Rocket Companies, Inc., to the best of your
20 knowledge, donate any set amount of money to the
21 Rocket Community Fund on an annual basis?
22 A. I don't know if it's annual, they do fund it.
23 Q. And what is your understanding of how they fund it?
24 A. What do you mean by how?
25 Q. Is -- is there any minimum funding promised or

1 guaranteed by Rocket Companies to the Rocket Community
2 Fund?
3 A. No, I think it's periodic and I don't think there's
4 any set commitment or annual amount.
5 Q. And other than cofounder, what if any is your
6 involvement in the Rocket Community Fund?
7 A. There's no other involvement really.
8 Q. Is there a board of directors of the Rocket Community
9 Fund?
10 A. I'm not aware of a separate board. I think just the
11 board of Rocket Companies acts as the board.
12 THE WITNESS: Is there a separate board,
13 Jeff? Maybe you know.
14 BY MS. FOX:
15 Q. And has Mr. -- are you familiar with Jay Farner?
16 A. Yes.
17 Q. Does Mr. -- is Mr. Farner -- was Mr. Farner ever the
18 chairman of the Rocket Community Fund?
19 A. I don't know.
20 Q. And is Laura Grannemann also involved with the Rocket
21 Community Fund?
22 A. I don't know that either. I assume she's involved to
23 some degree.
24 Q. And were the -- was the mission of Rocket Community
25 Fund overlapping with the mission of the Gilbert

1 Family Foundation?
2 A. They might have overlapped in Detroit, when it comes
3 to giving in Detroit, because Rocket Community Fund
4 supports housing and Gilbert Foundation supports a lot
5 of Detroit causes, so there could be some overlap.
6 Q. Do you currently hold any positions at Rock Ventures?
7 A. I don't know if Rock Ventures is an actual company, I
8 think it's -- we use it as a -- sort of a public
9 facing entity that covers all of our Rock companies or
10 all of the businesses, so I don't think there's a
11 formal position there.
12 Q. So would you say that's like the umbrella of your Rock
13 entities?
14 A. I don't know if it's a legal umbrella, but it's sort
15 of a public facing entity that we use and it might --
16 and we may have some -- some kind of administrative
17 people that support the companies that maybe work for
18 Rock Ventures.
19 Q. Here at One Campus Martius you maintain an office;
20 correct?
21 A. Yes.
22 Q. In the 2020 timeframe did you maintain an office here
23 at One Campus Martius?
24 A. Yes.
25 Q. And I want to ask you the same question with respect

**New York**
**212-273-9911**

**Hudson Court Reporting & Video**
**1-800-310-1769**

**New Jersey**
**732-906-2078**

Page 17

1     to the first half of 2021.  Did you maintain an office
2     here at One Campus Martius?
3   A.  Yes.
4   Q.  In that timeframe, the 2020 and 2021 timeframe, did
5     you come to the office for business purposes?
6   A.  I had a stroke in May of 2019 so it was very periodic
7     and not very often.
8   Q.  Would you say in the -- between the time of Rocket
9     Company, Inc.'s IPO and March of 2021, you were in the
10    office physically approximately once a week?
11  A.  That's about right, once a week maybe, yeah.
12  Q.  And was there any set date that you came into the
13    office -- into this office in that same timeframe,
14    from Rocket's IPO until approximately March of 2021?
15  A.  What do you mean by set date?
16  Q.  Every Tuesday, for example?
17  A.  No, it wasn't -- it was -- depends on the needs of the
18    business or my schedule.
19  Q.  Did you come in for any weekly meetings in that same
20    timeframe --
21  A.  Not that I --
22  Q.  -- from the IPO to March of 2021?
23  A.  Not that I recall, no.
24  Q.  In the timeframe -- and I'm going to keep defining it
25    just because it is more limited.  Between the time of

Page 18

1     Rocket Companies's IPO and March of 2021, did you have
2     administrative assistant here at One Campus Martius?
3   A.  Yes.
4   Q.  And who was that?
5   A.  Betsy Stone.
6   Q.  Betsy Stone?
7   A.  Yes.
8   Q.  Are you familiar with an Annie Kreutzberg --
9   A.  Yes.
10  Q.  -- at Rock Ventures?
11  A.  Yes.
12  Q.  And what is Annie's -- in 2021 what was Annie's role?
13  A.  She's like a second assistant to me.
14  Q.  A second assistant to you?
15  A.  Yes.
16  Q.  And let's start with Betsy Stone.  In the late 2020,
17    early 2021 timeframe, what if any tasks did Ms. Stone
18    handle for you?
19  A.  Just typical administration -- administrative stuff,
20    answering phone calls, answering emails, communicating
21    with me on scheduling stuff.
22  Q.  In the late 2020, early 2021 timeframe, in your role
23    as chairman of the board of Rocket Companies, did you
24    use email?
25  A.  Very rarely.

Page 19

1   Q.  Did you have a Rocket Companies email address in the
2    timeframe late 2020 to early 2021?
3   A.  I believe so.
4   Q.  And did Ms. Stone have access to your Rocket Companies
5    email address in the 2020 -- late 2020 to early 2021
6    timeframe?
7   A.  I believe so, yes.
8   Q.  To the best of your knowledge, was Ms. Stone able to
9    access your emails and -- strike that.
10     To the best of your knowledge, did
11    Ms. Stone inform you of certain emails in the -- in
12    the late 2020 to 2021 timeframe?
13     MR. MORGANROTH:  Objection as to form.
14     MS. FOX:  Yeah, let me try that one again.
15  BY MS. FOX:
16  Q.  If you received emails in late 2020 to 2021, did you
17    have any procedure by which you would be made aware of
18    those emails?
19  A.  Informally.  If she deemed them to be highly
20    important, she would communicate them to me, yes.
21  Q.  And how would she communicate them to you?
22  A.  She would either tell me by text or verbally on the
23    phone.
24  Q.  So in the late 2020 to early 2021 timeframe, you used
25    a text messaging service for business purposes?

Page 20

1   A.  Yes.
2   Q.  And what -- what service did you use for text
3    messaging with Ms. Stone in 2020 to 2021?
4   A.  Service, you mean like AT&T or Verizon, is that what
5    you mean?
6   Q.  No, I meant more like was it Slack, was it iMessaging
7    on an Apple device?
8   A.  Yes, it was messaging on an Apple device.
9   Q.  And what was -- if you recall, what was the telephone
10    number on that Apple device in late 2020 to 2021?
11  A.  I don't recall, I don't know.
12  Q.  Do you know if you've had the same phone number since
13    2021?
14  A.  I've switched phones a few times.
15  Q.  And have you switched telephone numbers during those
16    times?
17  A.  Yes.
18  Q.  Other than communicating with Ms. Stone on text
19    messaging, did you use text messaging in late 2020 to
20    early 2021 to communicate with other -- with any other
21    employees of Rocket Companies?
22  A.  I mean, I don't recall specifically, but I'm sure I
23    did.
24  Q.  Did you use text messaging in late 2020 to early 2021
25    with Ms. Annie Kreutzberg?

Pages 17 to 20

New York
212-273-9911

Hudson Court Reporting & Video
1-800-310-1769

New Jersey
732-906-2078

Page 21

1  A.  Again, I don't recall specifically, but I'm sure I
2      did, yeah.
3  Q.  Did you use text messaging in late 2020 to early 2021
4      with Jay Farner for business purposes?
5  A.  Periodically, yes.
6  Q.  And can you say on any general basis what was the
7      nature of the communications you had with Mr. Farner
8      on text messaging?
9  A.  I mean, just general business, he was the CEO, so if
10     there was important business matters, he'd communicate
11     to me or I'd communicate to him.
12 Q.  Recognizing that it was both the pandemic and you are
13     covering from a stroke, in the late 2020 to 2021
14     timeframe, how often would you say you communicated
15     with Mr. Farner about Rocket Companies's business?
16 A.  Maybe a couple times a week.
17 Q.  And would that be via text messaging?
18 A.  Yes, primarily, yes.
19 Q.  Do you recall if in the late 2020 to 2021 timeframe
20     you used email communications to communicate with
21     Mr. Farner?
22 A.  I haven't used email in years, so probably not.
23 Q.  And is there any particular reason you haven't used
24     email in years?
25 A.  I just don't like email.

Page 22

1  Q.  In late 2020 to early 2021, you were chairman of
2      RCI's -- by RCI I mean Rocket Companies, Inc. -- board
3      of directors; correct?
4  A.  Yes.
5  Q.  In that capacity did you typically review draft SEC
6      filings for the public company?
7  A.  No.
8  Q.  Did you delegate that responsibility to executives at
9      RCI?
10 A.  Yes.
11 Q.  And which executives did you delegate that
12     responsibility to?
13 A.  Well, Jay Farner was actually the one who's running
14     business, the CEO, so he would delegate to somebody.
15     I mean, Angelo Vitale was our corporate counsel at the
16     time, in-house corporate counsel.
17 Q.  In late 2020 to 2021, did you email -- strike that.
18         Did you text message with Mr. Vitale
19     concerning business matters?
20 A.  No.
21 Q.  Have you ever texted with Mr. Vitale concerning
22     business matters?
23         MR. MORGANROTH:  Objection as to form.
24 A.  There's probably a handful of them.  I don't recall
25     it, though.

Page 23

1  BY MS. FOX:
2  Q.  In late 2020 and early 2021 as chairman of the
3      board -- as chairman of RCI's board, did you review
4      draft earnings press releases?
5  A.  No.  You mean prior to them issued?  No.
6  Q.  Correct, drafts.
7  A.  I would see them after.
8  Q.  In late 2020 to early 2021, as chairman of RCI's
9      board, did you participate in RCI's quarterly earnings
10     conference calls?
11 A.  No.
12 Q.  In that timeframe you never participated in the
13     earnings conference calls?
14 A.  No.
15         MR. MORGANROTH:  Objection to the form.
16 BY MS. FOX:
17 Q.  Do you recall post IPO how often RCI's board of
18     directors met for formal meetings?
19 A.  I don't recall, no.
20 Q.  After Rocket Companies went public in August of 2020,
21     did you attend Rocket board meetings?
22 A.  I primarily attended from my house via Zoom or via one
23     of the videoconferencing services.
24 Q.  And was that because the meetings were held via Zoom?
25 A.  No, I mean, it was because of my physical condition,

Page 24

1      my rehab -- I was rehabbing, so it was just easier.
2  Q.  And Jennifer was a member of RCI's board of directors
3      in the 2020 to 2021 timeframe also; correct?
4  A.  I'm not sure when she was exactly appointed to a board
5      member, so I can't tell you if it's that timeframe.
6  Q.  My question was going to be did she participate
7      jointly with you in RCI board meetings via Zoom in the
8      late 2020 to 2021 timeframe?
9  A.  I can't recall if she did during that timeframe.  I
10     just can't recall.
11 Q.  We have seen as part of discovery in this case agendas
12     and board packages for RCI board meetings in 2020 and
13     '21 -- 2021.  Are you familiar with those types of
14     materials?
15 A.  We had the typical board materials.  We'd either get
16     them right before the board meeting or maybe a few
17     hours before, sometimes a day or two before, so --
18 Q.  And -- I'm so sorry.
19 A.  -- so that's it.
20 Q.  And in connection with your participating remotely in
21     RCI board meetings in late 2020 and early 2021, how if
22     at all did you access board agenda materials?
23 A.  Well, generally my assistant, Betsy, would print them
24     off for me or --
25 Q.  And since --

Pages 21 to 24

New York
212-273-9911

Hudson Court Reporting & Video
1-800-310-1769

New Jersey
732-906-2078

1   A.  -- or a package was delivered to her by either Angelo
2       or Jay or somebody or one of their assistants and then
3       she would give it to me.
4   Q.  So let me break that apart a little bit.
5           Let's take December of 2020, which I know
6       there was an RCI board meeting, for that particular
7       meeting do you recall if Ms. Stone delivered to you or
8       had delivered to you a packet of board materials in
9       advance of the board of directors meeting?
10  A.  For a specific board meeting in December, I can't
11      recall that, no.
12  Q.  Was it a regular practice of Betsy Stone's to have the
13      board materials delivered to you in advance of the
14      start of a board of directors meeting in the late 2020
15      to early 2021 timeframe?
16          MR. MORGANROTH:  Objection as to form.
17  A.  I can't recall if it's the timeframe that she did
18      that, if it was -- so I -- it's years ago, so I just
19      can't recall.
20  BY MS. FOX:
21  Q.  I'm going to ask you the same series of questions for
22      a March 23rd, 2021 board meeting.  Do you recall
23      sitting here today if Ms. Stone had delivered to you a
24      package of board materials in advance of the March
25      23rd, 2021 board meeting?

1   A.  I can't tell you specifically.  I can't recall that,
2       no.
3   Q.  Do you have a printer at your home?
4   A.  Yes.
5   Q.  And in the early 2021 timeframe, would you ever have
6       printed board materials for yourself?
7   A.  I cannot recall specifically for that timeframe if I
8       did.
9   Q.  Did you ever do that in general while you were
10      participating in RCI board meetings remotely?
11  A.  Yes.
12  Q.  Did you also have the practice of viewing board
13      materials during the course of a board meeting?
14  A.  Sometimes.  I mean, it depends how important it was.
15  Q.  And recognizing that you were going through physical
16      recovery during the 2021 timeframe, in early 2021 were
17      you able to participate in the full length of the RCI
18      board meetings?
19  A.  During that timeframe, I don't think so.  I generally
20      would be on for the beginning of it, because they were
21      long board meetings, and then if there was anything
22      important they wanted me to vote on, they would
23      usually do it at the beginning of the meeting and then
24      I would probably leave the meeting.
25  Q.  So if I wanted to ask you about the March 2021

1       timeframe, do you have any recollection of
2       participating in the entirety of the board of
3       directors meeting on March 23rd, 2021?
4   A.  I can't recall specifically, but almost all those
5       meetings during that timeframe I did not stay the
6       whole board meeting.
7   Q.  And did you stay several hours during that timeframe,
8       March of 2021, in the board meeting?
9   A.  As I said earlier, just the beginning part of it.
10  Q.  And I'm trying to nail down when you say just the
11      beginning part.  In a time, in a sense of minutes or
12      hours, do you know how much of the board meeting you
13      would participate in in the early -- in the early part
14      of 2021?
15  A.  Well, again, I can't recall specifically in the
16      timeframe, but they would -- they would just -- if
17      there were issues that I definitely needed to hear
18      about or if there was something I needed to vote upon,
19      they would put it early in the meeting.
20  Q.  And do you have a recollection -- you mentioned these
21      meetings might have been via Zoom.  Do you recall
22      participating on video yourself?
23  A.  Yes.
24  Q.  And I'm going to try to be sensitive with this
25      question.  Given the fact that you were still going

1       through physical recovery, was anybody assisting you
2       with the technological aspect of participating via
3       Zoom in the March 2021 timeframe in connection solely
4       with RCI board meetings?
5   A.  No.
6   Q.  You were able to do that all yourself?
7   A.  Well, mostly, yes.  I mean, sometimes if my wife was
8       there, she would assist or sometimes Betsy, she would
9       come to my house and help me assist if it was like
10      something complicated or different.
11  Q.  But for -- strike that.
12          So your testimony is that Ms. Stone
13      sometimes came to your home and assisted you during
14      the course of RCI remote board meetings?
15  A.  Yeah, there was a handful of times between now and
16      when we went public that she did that or from the time
17      we went public until now, but I can't recall during
18      that timeframe if she did.
19  Q.  But she was the only one of your assistants who would
20      have done that for you during that timeframe, March of
21      2021?
22  A.  I don't know if she was the only one, maybe Annie
23      would do it, I can't remember.
24  Q.  During late 2020 to early 2021 during RCI board
25      meetings, were the board materials also projected on

Page 29

```
 1        the -- on the screen, on the computer screen?
 2           MR. MORGANROTH:  Objection as to form.
 3     A.  Can't recall during that timeframe, but I don't think
 4        we very often projected things onto the screen.
 5     BY MS. FOX:
 6     Q.  Are you familiar with the functionality on Zoom called
 7        share screen?
 8     A.  Am I familiar with it?  No.
 9     Q.  It allows the host of a meeting to share --
10     A.  Yes.
11     Q.  -- materials with other folks in the meeting.  Are you
12        familiar with that functionality?
13     A.  I've seen it before, but I don't think we used it in
14        the board meetings.
15     Q.  That was my question.  If the presentation materials
16        for a board meeting were shared in some electronic
17        format during the course of board meetings in late
18        2020, early 2021?
19     A.  I can't recall the time frames specifically.
20        Periodically they put something up, but I just don't
21        know if it was during that timeframe.
22     Q.  And so in late 2020 to 2021 in -- at the Rocket
23        Company board meetings that you participated in, you
24        would have a copy of both the -- you would have a copy
25        of the presentation materials in front of you during
```

Page 30

```
 1        the course of the meeting?
 2           MR. MORGANROTH:  Objection as to form and
 3        foundation.
 4           MS. FOX:  Give me one second to see if I
 5        can rephrase that question.
 6     BY MS. FOX:
 7     Q.  Was it your typical practice in late 2020 to 2021 to
 8        participate in the RCI board meetings with a copy of
 9        the board materials in front of you?
10           MR. MORGANROTH:  Objection as to form.
11     A.  Generally they gave me the materials for the part of
12        the meeting that I would be at.
13     BY MS. FOX:
14     Q.  And during that part of the meeting that you would be
15        at, would you have the materials in front of you as
16        the information was being discussed?
17     A.  I would say generally, but again, I can't specifically
18        recall that timeframe if I did or not.
19     Q.  And then when the meeting was over, what would you do
20        with your hard copy of the materials?
21     A.  I'd either throw them out or shred them.
22     Q.  Did you ever take handwritten notes in late 2020,
23        early 2021 on your copy of the board of directors
24        materials that you had in front of you?
25     A.  Again, I can't recall the timeframe if I would have
```

Page 31

```
 1        done that or not.
 2     Q.  If I could just direct your attention really quickly
 3        back to what we've marked as Exhibit 1.  The second
 4        page of the materials indicate that you have a
 5        bachelor -- a bachelor's degree from Michigan State
 6        University; is that correct?
 7     A.  Correct.
 8     Q.  And do you recall when you graduated?
 9     A.  1984.
10     Q.  And did you -- right below that it says you got a JD
11        from Wayne State University?
12     A.  Yes.
13     Q.  And what year did you get that degree?
14     A.  Probably -- I got to think about this -- 1987.
15     Q.  And did you ever practice as a lawyer?
16     A.  No.
17     Q.  During the rest of this deposition I may refer to RCI
18        as Rocket Companies, Inc.  Is that okay with you?
19     A.  Sure.
20     Q.  I may refer to Rock Holdings, Inc. as RHI; is that
21        okay for you?
22     A.  Yes.
23     Q.  And I may refer to what's called a class period.  Do
24        you know what that is?
25     A.  No.
```

Page 32

```
 1     Q.  In this particular case that's the timeframe during
 2        which plaintiffs allege there were false statements
 3        and omissions, and we have defined that class period
 4        as February 25th of 2021 to May 5th of 2021.  So if I
 5        use that phrase, that's the timeframe I will be
 6        referring to.  I will also try to tell you what
 7        timeframe, if I'm using that word --
 8     A.  Okay.
 9     Q.  -- okay?
10           We mentioned earlier that you also served
11        as the chairman of RHI; is that correct?
12     A.  I believe so.
13     Q.  In connection with your role as the chairman of RHI, I
14        assume you did not use email?
15     A.  Correct.
16     Q.  Did you use text messaging for any business activities
17        related to RHI in the 2020 to 2021 timeframe?
18     A.  I don't believe so.  RHI was not really an operating
19        business, so no.
20     Q.  Tell me, in the timeframe that Rocket Companies went
21        public, what was RHI?
22           MR. MORGANROTH:  Objection as to form.
23     A.  RHI, I believe, was a holding company, sort of -- or
24        operated like a holding company.
25     BY MS. FOX:
```

Pages 29 to 32

New York
212-273-9911

Hudson Court Reporting & Video
1-800-310-1769

New Jersey
732-906-2078

Page 33

1  Q.  And it had shareholders; correct?
2  A.  Yes.
3  ██ ████████████████████████████████████
4  ██ █████████████████████████████████
5  ██ ██████████████████████
6  ██ ███████████████████
7  ██ ██████████████████████████████████████
8  ██
9  ██ ██ ████████████████████
10  Q.  Do you have any social media accounts?
11  A.  Yes.
12  Q.  And what social media accounts do you currently have?
13  A.  I believe the only one I have is Twitter.
14  Q.  And Twitter is now known as X.  Do you maintain a
15      social media account on the platform known as X?
16  A.  I do, but I very rarely use it.
17  Q.  And do you use your Twitter account for anything
18      business related?
19  A.  Generally it's sports type related stuff.
20  Q.  And you are the chairman of the Cleveland Cavaliers
21      also; correct?
22  A.  Correct.
23  Q.  And when you say you use your Twitter account
24      generally for sports related stuff, is it -- is it
25      stuff related to the Cavaliers?

Page 34

1  A.  Typically, but last night Oakland University, which is
2      a local college, upset Kentucky, so I sent out a
3      congratulations Twitter or X to them, so it could be
4      Cavaliers, it could be other stuff.
5  Q.  Did you ever use that -- strike that.
6          Is the Twitter account you're referring to
7      cavsdan?  And that would be c-a-v-s-d-a-n.
8  A.  Yes.
9  Q.  And in -- is that the only Twitter or X account you
10     have maintained?
11  A.  Yes.
12  Q.  And in late 2020, did you use the cavsdan Twitter
13     account for anything related to the Rocket family of
14     companies?
15  A.  Not that I recall.
16  Q.  And did you maintain that account yourself?  And by
17     that I mean do you personally type out the tweets that
18     appeared under your Twitter handle?
19  A.  No.
20  Q.  And who -- who does -- who does that for you?
21          MR. MORGANROTH:  Objection as to form.
22  A.  Well, typically -- we have a social media team here,
23     it has multiple people on it, but sometimes they
24     wouldn't even tell me if they tweet out something or
25     it depends on -- they watch kind of the news stuff

Page 35

1      that goes on and they may retweet something or tweet
2      something out, and then I have a guy who does the Cav
3      stuff who works for me, his name is Mike Keenan.
4  BY MS. FOX:
5  Q.  You mentioned a social media team.  Did you have a
6      social media team in -- in early 2021?
7  A.  I don't recall specifically, but I would -- I think we
8      did.
9  Q.  Do you know if Mike Keenan was employed on your social
10     media team in early 2021?
11          MR. MORGANROTH:  Objection as to form.
12  A.  I don't recall if he was.
13  BY MS. FOX:
14  Q.  In advance of a tweet going out in the early 2021
15     timeframe, were you typically asked to authorize the
16     language of the tweet?
17  A.  No.
18  Q.  And who had authority to review and authorize tweets
19     on your behalf for the cavsdan Twitter account?
20  A.  Mike Keenan.
21  Q.  Mike Keenan.  And sitting here today do you recall
22     what Mr. Keenan's official title was in early 2021?
23  A.  He just worked on my team.  I have a team I mentioned
24     earlier, Betsy, Annie.  He's just on my team.
25  Q.  And is that what their role is, is Dan's team?

Page 36

1  A.  He's a liaison between the Cavaliers and me.
2  Q.  Does Mr. Keenan have any -- strike that.
3          Is Mr. Keenan employed by RCI?
4  A.  I believe he's an employee of the Cavaliers.
5  Q.  Other than the cavsdan Twitter account, did you
6      maintain any other Twitter accounts for any of your
7      Rocket family of businesses?
8  A.  No.
9  Q.  Do you know if the Gilbert Family Foundation
10     maintained a Twitter account?
11  A.  I don't know.
12  Q.  I've been mentioning in some of my questions the
13     August 2020 timeframe.  Do you recall that in August
14     of 2020 Rocket Companies went public?
15  A.  Yes.
16  Q.  Were you part of the decision to take Rocket Companies
17     public?
18  A.  Yes.
19  Q.  And what role did you play in that decision?
20  A.  We just had discussions and I just advised.
21  Q.  And before the company went public, was there a -- a
22     plan for the proceeds of the IPO?
23          MR. MORGANROTH:  Objection as to form.
24  A.  Was there a plan for the proceeds?  It's general
25     corporate purposes and to fund lines of credit for the

**New York**
212-273-9911

**Hudson Court Reporting & Video**
1-800-310-1769

**New Jersey**
732-906-2078

Page 37

```
 1          mortgage company was part of it.
 2   BY MS. FOX:
 3   Q.   And when you say the mortgage company, you mean
 4        Rocket Mortgage?
 5   A.   Yes.
 6   Q.   Which used to be known as Quicken Loans --
 7   A.   Yes.
 8   Q.   -- correct?
 9             Who else at RHI was part of the discussions
10        to take Rocket Companies public in August of 2020?
11   A.   There's not a lot of employees, if there's any
12        employees, at RHI, so it would have been
13        Rocket Companies.  Jay Farner, myself, CFO Julie Booth
14        at the time.
15   Q.   Do you know if mat -- do you know -- you mentioned
16        Matt Rizik also?
17   A.   Yes.
18   Q.   Do you know if he was part of the decision to take RCI
19        public in 2021?
20   A.   I don't know if he was part of the decision, he was
21        part of the discussions.
22   Q.   And are you familiar with a gentleman by the name of
23        Scott Elkins?
24   A.   Yes.
25   Q.   What is -- what was Scott Elkins's role in the
```

Page 38

```
 1        Rocket Companies in the 2020 timeframe?
 2   A.   He's like an internal banker and he -- he was in the
 3        discussions as well, but he didn't make any decisions
 4        either.
 5   Q.   Did you have -- did you personally have any targets in
 6        terms of what you were hoping to raise with the RCI
 7        IPO?
 8   A.   I don't recall specifically.  I -- I think we had
 9        discussed various targets, but I don't recall what
10        they were.
11   Q.   Did you, Dan Gilbert, have a target in mind for how
12        much you personally hoped that the RCI IPO would
13        raise?
14             MR. MORGANROTH:  Objection as to form.
15   A.   I don't recall exactly, no.
16   BY MS. FOX:
17   Q.   The IPO went forward in August -- on August 6th of
18        2020 and was priced at approximately $18 per share.
19        Do you recall that?
20   A.   Yes.
21   Q.   Was that lower than the company expected?
22   A.   Yes.
23   Q.   And do you recall how much lower it was than the
24        company expected?
25   A.   I think we were targeting around 24, $25 a share.  We
```

Page 39

```
 1        hoped we'd get that much.
 2   Q.   At 100 million shares priced at $18 per share, the
 3        Rocket IPO raised approximately 1.8 billion; correct?
 4   A.   It sounds like your math's right.
 5   Q.   Okay.  Do you know what happened -- strike that.
 6             Do you know if the proceeds of the Rocket
 7        IPO were paid out to RHI?
 8   A.   I don't know specifically.
 9   Q.   Do you recall having discussions in connection with
10        the planning of the IPO as to whether the proceeds of
11        RCI's IPO would be paid to RHI?
12   A.   I don't recall that.
13   Q.   Was it your understanding that the Rocket -- the
14        RCI IPO proceeds would remain with Rocket Companies?
15   A.   I don't recall specifically how we were going to
16        technically disperse the capital.
17   Q.   Ultimately some portion of the proceeds of the RCI IPO
18        were distributed to RHI; correct?
19   A.   I don't recall specifically when or if they were at
20        that time frame.
21   Q.   Do you recall in March 2021 a distribution of close to
22        $2 billion from RCI to RHI?
23   A.   Don't specifically recall that, no.
24   Q.   Who at RCI, if anyone, would have been responsible for
25        determining if a distribution was to be made with the
```

Page 40

```
 1        IPO proceeds from RCI to RHI?
 2   A.   Probably Jay Farner and Julie Booth.
 3   Q.   And sitting here today, you don't recall being part of
 4        any discussions about such a distribution?
 5   A.   No, I don't specifically recall that.  I mean, over a
 6        period of time we would move money up to RHI, because
 7        we were trying to protect ourselves from liability
 8        from law firms like yourself who take shots at
 9        companies when they have assets at a certain level.
10   Q.   So when you say, "Over a period of time we would move
11        money up to RHI ... to protect [y]ourselves from
12        liability," what was your understanding of what moving
13        money up to RCI would do with respect to protecting
14        RCI from liability?
15             MR. MORGANROTH:  Objection to the form.
16   A.   Say that -- I don't understand your question.
17   BY MS. FOX:
18   Q.   Sure.  You said that periodically you would move money
19        up to RHI to protect yourself from liability, I think
20        you meant from plaintiff law firms.  Is that -- is
21        that what your testimony was?
22   A.   Yes, because it's become so prevalent that plaintiff
23        law firms go after corporations, primarily in their
24        own interest, but we want to protect ourselves from
25        the operating business being attacked that way, yes.
```

Pages 37 to 40

New York
212-273-9911

Hudson Court Reporting & Video
1-800-310-1769

New Jersey
732-906-2078

Page 41

```
 1   Q.  My question for you is what did you understand that
 2       moving the money from one entity to the other did to
 3       protect yourself from the legal liability that could
 4       have been created?
 5   A.  I still don't understand your question.
 6   Q.  You testified earlier that you went to law school;
 7       correct?
 8   A.  Yes.
 9   Q.  And so my question to you is did you have any
10       understanding from a legal standpoint if moving money
11       from RCI to RHI would have somehow alleviated any
12       potential liability for the federal securities
13       violations of the federal securities laws?
14           MR. MORGANROTH:  Objection as to form.
15   A.  Not specifically for federal securities laws, but
16       wanted to protect RCI from all kinds of plaintiffs'
17       law firms that attack companies like us for various
18       reasons.
19   BY MS. FOX:
20   Q.  And do you have any understanding that any monies that
21       you moved from RCI to RHI somehow protects RCI from
22       any liability in this particular federal securities
23       case?
24   A.  No.
25   Q.  We discussed earlier that the Rocket IPO was priced on
```

Page 42

```
 1       a per share basis lower than what you expected;
 2       correct?
 3   A.  Yes.
 4   Q.  Were there discussions after the Rocket IPO -- strike
 5       that.
 6           Did you have any discussions with anyone
 7       after the Rocket -- RCI IPO about a secondary
 8       offering --
 9   A.  Yes.
10   Q.  -- of RCI's stock?
11   A.  Yes.
12   Q.  And when did you have those discussions?
13   A.  I don't remember exactly, at some point after the IPO.
14   Q.  And tell me about the nature of those discussions.
15   A.  Well, it was discussions with Jay Farner and
16       Scott Elkins and I told them that they should evaluate
17       the marketplace and when they thought we could do a
18       secondary or a block sale or a combination, to get us
19       up to the amount we originally targeted, that they
20       should do it.
21   Q.  And when you say the amount you targeted, are you
22       referring to an amount at or about $3 billion?
23   A.  In total.  I'm not sure if that was the number, but a
24       share price, if we have to back it down -- because the
25       share price we wanted to get was 22 to 24 -- or 25 --
```

Page 43

```
 1       24 to 25, so whatever that was, subtracted from -- to
 2       18.
 3   Q.  So -- so in these discussions you're talking about
 4       with Scott Elkins and Jay Farner, did you discuss a
 5       specific -- a specific dollar amount of a secondary
 6       offering that you would be interested in entertaining?
 7   A.  Well, whatever the shortfall was from the original
 8       target, that was the amount that they were instructed
 9       to evaluate to potentially do a secondary for and/or
10       block sale.
11   Q.  And just doing very rough math that you don't have to
12       agree with, you think we're talking about
13       approximately a billion dollars of a secondary
14       offering?  Is what you authorized Farner and Elkins to
15       look into?
16   A.  I can't recall what the number was specifically.
17   Q.  In connection with those discussions about a secondary
18       offering, do you know if RCI engaged any investment
19       bankers to explore that possibility?
20   A.  I don't know if they did, because they had the
21       authority to do so.  I assume they probably talked to
22       a couple investment bankers.
23   Q.  And do you recall if these conversations you had with
24       Farner and Elkins were in the late 2020 timeframe
25       after the RCI IPO?
```

Page 44

```
 1   A.  It was after the IPO, I can't recall exactly when
 2       after.
 3   Q.  And you gave your approval, at least in concept, to
 4       the idea of looking into a secondary offering of RCI
 5       stock; correct?
 6   A.  Correct.
 7   Q.  And during the latter half of 2020, did you have
 8       additional discussions, after those initial
 9       discussions, with Mr. Farner about the -- any updates
10       about whether a secondary offering was possible?
11   A.  I don't recall specific discussions.
12   Q.  And do you recall any general discussions on the topic
13       of whether a secondary offering was possible for RCI
14       in the latter half of 2020?
15   A.  I don't recall on the time frames.  I mean, that first
16       initial discussion was about them going ahead and
17       having the right to go do a secondary offering and/or
18       block sale and I don't recall if I got updates or when
19       I did get updates.
20   Q.  You mentioned something called a block sale.  What is
21       your understanding of what that is?
22   A.  Well, sometimes these investment bankers will bring
23       you a large -- you know, they have a customer or a
24       client that needs to buy or sell a big amount of
25       stock, so, or a large amount of stock and they call
```

Pages 41 to 44

**New York**
**212-273-9911**

Hudson Court Reporting & Video
1-800-310-1769

**New Jersey**
**732-906-2078**

Page 45

1    that a block sale, I believe.
2    Q.   And that's an off-market transaction --
3    A.   Sometimes.
4    Q.   -- is your understanding?
5    A.   Yes.
6    Q.   And did you basically give Mr. Farner carte blanche to
7         explore the possibility of a secondary offering?
8    A.   Him and Scott, yes.
9    Q.   And did you tell them to come back to you if they had
10        any specific transactions in mind?
11   A.   I don't recall the nature of that conversation
12        specifically if I said that or not.
13   Q.   If we focus on the timeframe following Rocket's IPO,
14        recognizing that you only physically came into the
15        office maybe once a week, were you the recipient of
16        any RCI periodic reports in the post IPO to March of
17        2021 timeframe?
18            MR. MORGANROTH:  Objection as to form.
19   A.   There are reports that are produced monthly or weekly
20        and sometimes I do get some of them, I just don't
21        recall specifically which ones.
22   BY MS. FOX:
23   Q.   Are you familiar with a report entitled the Compass
24        report?
25   A.   Yes.

Page 46

1    Q.   And if I told you you were a recipient of the Compass
2         report, would that surprise you?
3             MR. MORGANROTH:  Objection as to form.
4         Mischaracterizes who the recipients were during that
5         time period.
6    A.   No, it wouldn't surprise me, I just don't recall
7         during that timeframe if I got them or not.
8    BY MS. FOX:
9    Q.   Do you recall if you got -- I know you're not -- you
10        were not a fan and are still not a fan of email, but
11        do you recall if you were a recipient of any reports
12        in the post IPO early 2021 timeframe in connection
13        specifically with RCI business?
14   A.   I don't recall if they came by email, no.
15   Q.   Do you recall asking anyone at RCI, hey, add me to the
16        email list, I may want to see them?
17   A.   Don't recall that, no.
18   Q.   And is it your recollection that you might not have
19        been a recipient of the Compass reports?
20   A.   Well --
21            MR. MORGANROTH:  Objection as to form.
22   A.   -- I don't know if I can have a recollection that I
23        may not have been.  That's kind of like a double
24        negative.
25   BY MS. FOX:

Page 47

1    Q.   Sure, let me try to reframe that question.
2             You know what a Compass report is in
3         connection with RCI?
4    A.   Yes.
5    Q.   Have you seen those reports before?
6    A.   Yes.
7    Q.   Did you see them in the late 2020, early 2021
8         timeframe?
9    A.   I can't recall in that timeframe specifically.
10   Q.   If you did see them -- and again, it might not have
11        been during this timeframe --
12   A.   Yeah.
13   Q.   -- I want to know how you would have received a copy
14        of them, considering you do not really use email?
15   A.   It would have been a paper bound copy.
16            MR. MORGANROTH:  Objection, form, and
17        foundation.  Let me just make my objection as to form
18        and foundation.  Go ahead.
19   A.   A paper bound copy.
20   BY MS. FOX:
21   Q.   So somebody would have printed a copy --
22   A.   Yes.
23   Q.   -- of a Compass report and handed it to you?
24   A.   Or dropped it off.
25            MR. SCOTT:  Yeah, I'm sorry, just in case

Page 48

1    there's a dispute for this in front of the judge.  I
2    think that Labaton knows that Mr. Gilbert was not an
3    email recipient of the Compass reports during this
4    period of time, it's in the metadata, I think it's
5    been established, and so to the extent that you are
6    intentionally trying to mislead the witness on this
7    question, I'm going to reserve rights on this.
8            MS. FOX:  Sure.
9            MR. SLUTSKY:  So I hope the question is
10        asked in good faith.
11            MS. FOX:  Yes.
12   BY MS. FOX:
13   Q.   Let's go back to -- you mentioned that Compass reports
14        were printed out for you and handed to you.  Do you
15        know in what timeframe that might have happened?
16            MR. SCOTT:  Objection, form.  That
17        mischaracterizes testimony.
18   A.   I didn't say they were handed to me, I said they were
19        printed --
20            MR. SCOTT:  He did not say that.
21   A.   -- and dropped off at my office.  When I say my
22        office, I mean my team.  So that's how they were
23        delivered when I -- when I received them.  But I
24        received them periodically, and I don't recall in that
25        timeframe if I received any or not.  I mean, they're

Pages 45 to 48

New York
212-273-9911

Hudson Court Reporting & Video
1-800-310-1769

New Jersey
732-906-2078

Page 49

1    very thick reports and very detailed, so I don't
2    recall when they -- you know, when they dropped them
3    off or when I got them or not during that timeframe.
4    BY MS. FOX:
5    Q.  But your recollection is you didn't get them on a
6        regular basis?
7    A.  Yes.
8    Q.  And you didn't review them on a regular basis?
9    A.  Yes; or no, I don't know how you'd answer that.
10   Q.  But you did see some of them, you're just not certain
11       the timeframe when you may have seen them?
12   A.  Yes, but when I received them, I didn't read fully
13       through them because they're probably -- I don't know
14       how many pages, but they're very detailed and a lot of
15       pages, so.
16   Q.  Did you -- in the 20 -- late 2020, early 2021
17       timeframe, do you recall any -- ever discussing with
18       anyone at RCI the contents of a Compass report?
19   A.  I don't recall that, no.
20   Q.  Have you ever heard of a capital funding report?
21   A.  Capital funding?  No.
22   Q.  In the late 2020, early 2021 timeframe, do you recall
23       if any other RCI periodic reports were printed out for
24       you?
25   A.  I don't recall during that timeframe.

Page 50

1    Q.  And back to the Compass report.  If it was printed out
2        for you, it was probably printed out by an
3        administrative assistant?
4            MR. SCOTT:  Objection to form.  Lacks
5        foundation.
6    A.  I actually think that they were printed by the finance
7        team and brought over, so I don't think my assistant
8        printed them, no.
9    BY MS. FOX:
10   Q.  Do you know if in 2020 -- late 2020 and early 2021, it
11       was a regular practice of the finance department to
12       print out Compass reports and leave them for you?
13           MR. MORGANROTH:  Objection as to form and
14       foundation.
15   A.  I don't think it was a regular practice.  I think
16       periodically they did it.
17   BY MS. FOX:
18   Q.  And did they -- strike that.
19           Was it ever at your specific request?
20   A.  No.
21   Q.  When the reports were left for you, were they left
22       with any sort of note --
23   A.  No.
24   Q.  -- as to why you should look at them?
25   A.  No.

Page 51

1    Q.  We've already discussed that you attended RCI board
2        meetings in late 2020, early 2021.  Did you attend any
3        other RCI periodic meetings in that timeframe?
4    A.  No.  Not that I recall, I'll say that.
5            MS. FOX:  I would like to mark as Gilbert
6        Exhibit 2 a document bearing the Bates stamp
7        Rocket_Michigan00126698.
8            (Marked for identification
9            Gilbert Exhibit 2.)
10   BY MS. FOX:
11   Q.  This is a two-page document, which is entitled
12       Rocket Companies Corporate Structure Summary, and it
13       is a color document.
14           Mr. Gilbert, do you recognize what I've
15       marked as Exhibit 2?
16   A.  I think I've seen similar documents.  I don't know if
17       it's this specific one, but this is just -- this is
18       just a format to show our corporate structure.
19   Q.  And if you could look on the first page, which has --
20       it has shapes in red and then percentages.  Do these
21       accurately represent what the Rocket Companies's
22       corporate structure was in the 2021 timeframe?
23   A.  I don't see percentages on this document.
24   Q.  If you would turn one page back.
25   A.  This one.  Okay, yes, I see it.

Page 52

1    Q.  And my question for you was if the corporate structure
2        represented here on the page that you're now looking
3        at, which is the first of the two pages, if that looks
4        accurate to you?
5    A.  I mean, I'm not completely up to speed on our
6        corporate structure, it's pretty complicated, but it
7        looks -- it looks, at first glance about what the
8        structure is, but I just can't tell you this specific
9        document if it's totally accurate or not.
10   Q.  Sure, and if you look at the box on the right --
11   A.  Yeah.
12   Q.  -- it indicates that RCI had at least four different
13       classes of common stock; is that correct?
14   A.  Well, that's what it says, yes.
15   Q.  Does that -- is that consistent with your
16       recollection?
17   A.  I don't recall if we have four classes of stock.
18   Q.  Do you recall after the IPO if RHI held Class D common
19       stock?
20   A.  I don't recall, no.
21   Q.  You -- your name is in a triangle on the top right
22       there; do you see that?
23   A.  I do.
24   Q.  It says Class D shares; do you see that?
25   A.  Yes.

Pages 49 to 52

**New York**
212-273-9911

**Hudson Court Reporting & Video**
1-800-310-1769

**New Jersey**
732-906-2078

Page 53

1  Q.  Does that refresh your recollection as to -- strike
2  that.
3      Did you hold Class D RCI shares in the 2021
4  timeframe?
5  A.  I believe so.  According to this document, I did.
6  Q.  And if you look to the left in a rectangle with the
7  letters RHI, it says that RHI has 79 percent voting
8  power of Class D shares.  Is that consistent with your
9  recollection?
10  A.  Can you repeat that question?
11  Q.  Certainly.  If you look in the RHI rectangle --
12  A.  Yes.
13  Q.  -- there is a diagonal line leading to
14  Rocket Companies, Inc., and on that line it says,
15  "Class D shares, 79 percent voting power, 0 percent
16  economic interest."
17      Do you see that?
18  A.  Yes.
19  Q.  Is that consistent with your recollection that RHI had
20  approximately 79 percent voting power over RCI?
21      MR. MORGANROTH:  Objection as to form.
22  Mischaracterizes prior testimony.
23  A.  I just don't have a recollection of these details on
24  the corporate structure.  This is the layout -- I
25  mean, generally when I want to look at the corporate

Page 54

1  structure, I have Jeff or Matt Rizik print me
2  something like this and we go over it.  I just can't
3  recall specifically what the numbers are, confirm if
4  these numbers are accurate or not.
5  BY MS. FOX:
6  Q.  Okay.
7      MR. MORGANROTH:  Would now be a good time
8  for a break?  We've been going over a little more than
9  an hour.
10      MS. FOX:  Just in one second.
11  BY MS. FOX:
12  Q.  But is it generally your recollection that RHI was a
13  controlling shareholder of RCI?
14  A.  Is it generally my recollection?  Yes, generally it
15  is.
16      MS. FOX:  Now's a time -- a good time to go
17  off the record.
18      THE VIDEOGRAPHER:  Okay, going off the
19  record at 12:29.
20      (A brief recess was taken.)
21      THE VIDEOGRAPHER:  We are back on the
22  record.  It's 12:52.
23  BY MS. FOX:
24  Q.  Mr. Gilbert, earlier we were speaking about the fact
25  that RCI had shareholders.  Do you recall that

Page 55

1  discussion?
2  A.  Do I -- I mean --
3  Q.  I'm sorry, let me -- let me rephrase that whole thing.
4      Earlier we were talking about the fact that
5  RHI had shareholders.  Do you recall that discussion?
6  A.  Slightly, yes.
7  Q.  And you are the majority shareholder of RHI?
8  A.  Correct.
9  ████████████████████████████████████
10  ████████████████████████████
11
12  Q.  Was Mr. Farner affiliated with any of your
13  Rocket Companies before RCI went public?
14  A.  Yes.
15  Q.  And how long before RCI went public had Mr. Farner
16  been with your companies?
17  A.  About 20 years.  Got him out of Michigan State when he
18  was like 22.
19  Q.  You met Mr. Farner during college?
20  A.  No.
21      MR. MORGANROTH:  Objection as to form.
22  A.  He's like ten years younger than me.  I wish I did.
23  BY MS. FOX:
24  Q.  You said you met him out of Michigan State?
25      MR. MORGANROTH:  No, no, objection as to

Page 56

1  form.
2  A.  We just interviewed him.
3      MR. MORGANROTH:  He said we got him out of
4  Michigan State.
5      MS. FOX:  Okay, I'm sorry, it was mistyped.
6  I didn't mean to mislead you there, it was just
7  mistyped.
8  BY MS. FOX:
9  Q.  You interviewed him out of the college Michigan State?
10  A.  Yes.  I don't know if I specifically interviewed him,
11  somebody did here.



Pages 53 to 56

**New York**
**212-273-9911**

**Hudson Court Reporting & Video**
**1-800-310-1769**

**New Jersey**
**732-906-2078**

Page 57



13  Q.  And in the late 2020 timeframe, Mr. Rizik was the --
14      was he the CFO of RHI?
15  A.  He helped out with being the CFO.  He's sort of like
16      the financial guy that runs the family office.  So all
17      the businesses that are associated with us, he kind of
18      like either consults with or gets involved with, he
19      doesn't run it.
20  Q.  Do you know, though, if he had the title of Chief
21      Financial Officer of RHI?
22  A.  I don't know.

Page 58



Page 59

4  Q.  In late 2020, do you recall if RCI made any
5      distribution to RHI?
6  A.  What timeframe you talking about?
7  Q.  Post IPO, late 2020.
8  A.  I don't recall it.  I think they did, though.  But I
9      don't recall specifically during that timeframe when
10     it happened or how much.
11 Q.  Do you recall if it was over $1 billion?
12 A.  I don't know.
13 Q.  Do you know -- strike that.
14          Would Julie Booth have been a part of the
15     decision of how much of a distribution RCI was to pay
16     to RHI in late 2020 or early 2021?
17 A.  Yes, Julie Booth and Jay Farner, yes.  Again, I
18     couldn't tell you the timeframe, though, exactly.
19 Q.  Before the timeframe that RCI paid RHI in late 2020 or
20     early 2021, did you have a discussion with Mr. Farner
21     about what the size of that distribution would be?
22 A.  I don't recall.
23 Q.  Did you ask Mr. Farner to provide RHI with liquidity
24     in the post IPO timeframe?
25 A.  I don't recall specifically.

Page 60

1  Q.  Do you recall generally having a conversation with
2      Mr. Farner about providing RHI with liquidity for --
3      for your commitments?
4          MR. MORGANROTH:  Objection as to form.
5  A.  I mean, periodically we'd have discussions about when
6      and -- how much money the operating businesses need or
7      didn't need.  After -- if we thought there was over --
8      if they were overly capitalized, we'd move the excess
9      to RHI for the reasons I spelled out earlier.
10 BY MS. FOX:
11 Q.  And you said if they were overly capitalized?
12 A.  Yeah.
13 Q.  Who determined if -- if and when RCI was overly
14     capitalized?
15 A.  Well, that would be Jay and Julie.
16 Q.  And do you recall being a part of any discussions post
17     IPO that RCI was overly capitalized?
18 A.  I don't recall, no.
19 Q.  Do you recall if there was -- strike that.
20          Would RCI make annual distributions to RHI
21     in the 2020-2021 timeframe?
22 A.  First of all, I couldn't tell you about the timeframe,
23     but no, it would be periodic.  There were no annual
24     distributions like that.
25 Q.  And when you say the word periodic, do you actually

Pages 57 to 60

Page 61

1    mean like episodic, like not on a regular basis?
2    A.  Correct.
3    Q.  So you mentioned in response to the question that I
4        asked that you believe there was a distribution from
5        RCI to RHI.  Do you sitting here right now recall the
6        timeframe of that distribution?

■    ■                                          ■
■                                      ■
■    ■

10   Q.  Okay, do you -- let me ask it as a new question then.
11       Do you recall if there was a distribution
12       of RCI to RHI post IPO?
13   A.  If I recall if there was one?
14   Q.  Correct.
15   A.  I don't recall specifically how much and what dates
16       there was one, but I -- I believe there was one.
17   Q.  And what is the basis for your belief that there was
18       one?
19   A.  Because I think that RCI, as I stated earlier, would
20       have probably been overcapitalized at that point with
21       the IPO proceeds.
22   Q.  And in clarifying my question, you said what you
23       recalled was a distribution from RHI to its
24       shareholders.  Do you recall when that distribution
25       was?

Page 62

1    A.  No, I don't.
2    Q.  And do you recall being a part of a -- of discussions
3        as to when that distribution should be made?
4    A.  RHI?
5    Q.  RHI.
6    A.  Yeah, we would have discussions, Jay, myself, Julie,
7        about RHI and should we distribute to the shareholders
8        and when.
9    Q.  And you recall those discussions before this
10       distribution that you're remembering happened in 2021?
11   A.  I don't recall that specific distribution, but
12       we would have discussions before distributions or
13       when.
14   Q.  And Jay Farner, did he have any title within RHI?
15   A.  I don't recall.  I think he had a title of -- he was
16       CEO of Rock -- of RCI, which we may have made him CEO
17       of RHI, but I don't recall.
18   Q.  And do you recall if Julie Booth had a title within
19       RHI?
20   A.  I don't.  I know she was CFO of Rocket Companies.
21   Q.  I would like to show you what's previously been marked
22       as Emerson 30(b)(6) Exhibit 2.  It is another diagram
23       of the Rocket family of companies.
24   A.  Yeah.
25   Q.  If I could draw your attention to the second page of

Page 63

1    this document, which depicts officers and directors of
2    RHI, does this refresh your recollection as to the
3    officers and directors of RHI in the 2020 timeframe?
4    A.  What page are you on?  Page 2, 3?
5    Q.  Page 2, which ends -- it's page 2 of 9.
6        THE WITNESS:  Is this 2?  So where is RHI
7    on here?
8        MR. MORGANROTH:  Right there.
9        THE WITNESS:  Okay.
10   A.  So you're asking me in the left rectangular shape?
11       MR. MORGANROTH:  What timeframe are you
12   asking about?
13   BY MS. FOX:
14   Q.  The document bears a date as of September 27, 2021, so
15       my question to you is does this refresh your
16       recollection as to the directors and officers of RHI
17       at least as of September 27th of 2021?
18   A.  Well, it looks accurate, I just couldn't tell you
19       if in September '21 if this was accurate, but
20       generally.
21   BY MS. FOX:
22   Q.  And do you see the directors include yourself,
23       Mr. Farner, Mr. Rizik, and your wife, Jennifer
24       Gilbert?
25   A.  Correct.

Page 64

1    Q.  And do you see that this document lists you as the
2        chairman of RHI?
3    A.  Yes.
4    Q.  And it lists Jay Farner as the CEO and president of
5        RHI?
6    A.  Yes.
7    Q.  And it lists Matthew Rizik as treasurer and CFO of
8        RHI?
9    A.  Yes.
10   Q.  And it lists Jeff Morganroth as general counsel and
11       secretary of RHI?
12   A.  Yes.
13   Q.  And do you have -- and do you know if these were the
14       directors and officers as of March of 2021 of RHI?
15   A.  I couldn't tell you the dates, but this generally
16       looks correct.
17   Q.  Going back to the distribution that RHI made to its
18       shareholders, do you recall what your personal
19       proceeds of that distribution in 2021 were?
20   A.  Well, I assume it was 75 percent of the proceeds,
21       because it was 75 percent shareholder, so I don't know
22       exactly.
23   Q.  But sitting here, you don't -- just don't recall what
24       the total amount distributed was?
25   A.  No, I don't.

Pages 61 to 64

**New York**
**212-273-9911**

**Hudson Court Reporting & Video**
**1-800-310-1769**

**New Jersey**
**732-906-2078**

Page 65

1  Q. I'm going to show you what's previously been marked as
2     Rizik Exhibit 11. It is an email and attachment dated
3     March 16 of 2021 and the attachment has the title --
4     the document title RHI Ownership and March 2021
5     Distribution Summary PDF.
6  A. What page are you on?
7  Q. Right now I was just reading into the record what was
8     the date and document title.
9        If you can turn to page 2, there is an
10    equity distribution of approximately $2 billion. And
11    this document is rather small and there was a
12    possibility that we were going to be using a computer,
13    so I thought that you could enlarge the size. This is
14    silly, but if you need -- I brought a magnifying
15    glass --
16 A. Notice the numbers and the letters.
17 Q. You can see the numbers and letters?
18 A. No, that go across and down, like a bingo chart, do
19    you see that?
20 Q. Yep.
21 A. That's proprietary, by the way.
22 Q. Would you like to use -- I'm going to ask you
23    questions about the size of certain distributions. If
24    they are too small, since we are not using a
25    computer --

Page 66

1  A. No, that's all right.
2  Q. -- I brought these magnifying glasses, which I intend
3     to give to my mother when we're done with this
4     deposition, but if you don't need them, that's fine.
5  A. If you can just refer to the letters and the numbers,
6     do you see how you get to that?
7  Q. Certainly.
8        And why don't we first go to the last page
9     of Rizik Exhibit 11, which has the Bates number
10    Rocket_Michigan 30485.
11 A. Which page is this?
12 Q. The very last page, if you turn it to the back.
13 A. Okay, yes.
14 Q. There is something called RHI shareholders
15    distribution statement 3/19/21?
16 A. Yes, I see it.
17 Q. And do you see on line 7 it says distribution amount
18    on an equivalent pre-tax basis?
19 A. Yes.
20 Q. And the amount to be distributed looks like 228. Is
21    that million dollars?
22 A. Yes, that's what that number would be.
23 Q. And the distribution amount above that on line 6 is
24    129 -- I'm sorry, $125.9 million; do you see that?
25 A. Yes.

Page 67

1  Q. Does this refresh your recollection at all as to the
2     size of the RHI distribution in March of 2021?
3  A. Talking about to me or the total distribution?
4        MR. MORGANROTH: I'm going to object as to
5     form.
6  BY MS. FOX:
7  Q. No, I'm talking about the overall amount that -- well,
8     let's strike that.
9        This page, do you have an understanding
10    that this page only reflects the amount distributed
11    to -- to the Dan Gilbert Trust?
12 A. That's what it looks like.
13 Q. So this is not an overall distribution, but it is just
14    the distribution of what looks like -- if I can turn
15    you back to the other page, what you called a bingo
16    page, line 2?
17        MR. MORGANROTH: Which -- are you looking
18    at the colored page?
19        THE WITNESS: Yes, she is.
20        MS. FOX: The color coded page, yes.
21        MR. MORGANROTH: Okay.
22        THE WITNESS: I'll get there.
23 A. Line 2?
24 BY MS. FOX:
25 Q. So my question was if your understanding if the last

Page 68

1     page was simply to reflect a distribution to one of
2     the shareholders, the shareholder which is listed in
3     line 2 of the color coded page?
4  A. Yes.
5  Q. Okay. So here on the color coded page, as I
6     mentioned, it says equity distribution of
7     approximately $2.0 billion, ownership as of March 16,
8     2021.
9  A. Where are you looking -- line 2, what column are you
10    looking at?
11 Q. Right now I'm looking at the title of this document in
12    the left-hand corner above column A.
13 A. Yes. Yeah, that's equity distribution, correct.
14 Q. And does this refresh your recollection that
15    approximately $2 billion was distributed to RHI
16    shareholders in March of 2021?
17 A. Yes.
18 Q. And if you look at row 9, do you recall -- strike
19    that.
20        If you look at row 9, it says that
21    Dan Gilbert, meaning you and in your own name and in
22    the trusts, which are listed on lines 2 to 8, received
23    a total distribution of $1,532,957,548.20; do you see
24    that?
25 A. Yes, I do.

Page 69

1 Q. Does that -- is that consistent with your recollection
2 of the size of the distribution made to you and to the
3 trusts in your name in March of 2021?
4 A. Again, I can't recall the date. If it was March of
5 2021, I don't recall that, but that distribution's
6 generally accurate, yes.
7 Q. And if you go down to line 45, it says that Mr. Rizik
8 received a distribution of approximately -- that would
9 be line 45, column D, $4.64 million? I'm sorry, let
10 me -- yeah, 4. -- let me try that again.
11 Line 45, column D, do you see that
12 Mr. Rizik received a distribution of --
13 A. Yes.
14 Q. -- $4.385 million?
15 A. Yes, I see it.
16 Q. And do you see that -- who is -- you said earlier
17 Angelo Vitale was general counsel at RCI?
18 A. Yes.
19 Q. Did Mr. Vitale have a general counsel role at RHI?
20 A. Once again, RHI didn't really have an operating
21 business or operating company so we never really -- we
22 never really identified people on a day-to-day people
23 who worked for RHI, and most people work for Rock
24 Companies, except those officers that you saw there
25 that, you know.

Page 70

1 Q. So line 44 --
2 MR. MORGANROTH: I'm going to object as to
3 form as well.
4 BY MS. FOX:
5 Q. Line 44 says that Mr. Vitale, the general counsel of
6 RCI, received a distribution of $4.64 --
7 A. Yes.
8 Q. -- million; correct?
9 A. Correct.
10 Q. And Julie Booth in line 46 received a distribution
11 from RHI of $3.921 million?
12 A. Yes.
13 Q. And Mr. Elkins, line 52, received a distribution of
14 approximately $2.4 million?
15 A. Yes.
16 Q. And again, you -- in your mind you don't -- strike
17 that.
18 Do you recall if this was the only
19 distribution in 2021 by RHI to its shareholder?
20 A. I don't recall in that timeframe how many
21 distributions we did or if this was the only one.
22 Q. You mentioned earlier that you recall that you had an
23 approximate 75 percent interest in RHI. If I could
24 draw your attention to row 9, column C, there is a
25 number that is 76.65 percent. Is -- does that refresh

Page 71

1 your recollection of your ownership interest in RHI as
2 of March 16, 2021?
3 A. You're saying it says 75-point what?
4 Q. I think it says 76.65 percent.
5 A. Yep, so that's -- that's approximately accurate.
6 Q. Okay. And at the top of column D, it says -- it
7 mentions the $2 billion distribution and it says that
8 the distribution is at $60.33 per share. Do you see
9 that?
10 A. Yes.
11 Q. Do you know how that amount was arrived at?
12 A. How -- the amount of distribution was arrived at?
13 Q. No, the per share valuation of the distribution.
14 A. Well, once we decide the dollar amount of the
15 distribution, we back it out and see what that comes
16 out to per share.
17 Q. Earlier we spoke of the fact that you had authorized
18 Mr. Farner and Mr. Elkins to look into whether a
19 secondary offering of RCI's stock was feasible in late
20 2020, early 2021. Do you know if by March 16, 2021
21 such an offering had been completed?
22 MR. MORGANROTH: I'm going to object to the
23 form as mischaracterizing his testimony.
24 A. You want to know if we completed a secondary offering
25 by this time? I don't think we ever completed a

Page 72

1 secondary offering, so no.
2 BY MS. FOX:
3 Q. Do you know if any -- you referred to them as private
4 block trades of RCI stock had occurred by March 16th
5 of 2021?
6 A. No, I don't know if it occurred by that date or not.
7 Q. Do you recall having any conversations in March of
8 2021 regarding a private block sale of Rocket -- RCI
9 stock?
10 A. As I stated earlier, after the IPO I gave them sort of
11 carte blanche to try to make up the difference from
12 what we didn't get in the IPO compared to what we did,
13 so.
14 Q. And my question to you is do you know if that happened
15 by March 16th of 2021?
16 A. Well, we never did a secondary offering so that did
17 not happen, and I believe there was a block sale, I
18 just don't know what the date was.
19 Q. In the March of 2021 timeframe, do you recall having
20 any conversations with Mr. Farner regarding what price
21 you would be comfortable doing a secondary offering
22 at?
23 A. No, I don't.
24 Q. Did you have any conversations with Mr. Farner
25 regarding what price he would feel comfortable selling

Pages 69 to 72

New York
212-273-9911

Hudson Court Reporting & Video
1-800-310-1769

New Jersey
732-906-2078

Page 73

```
 1      Rocket stock at?
 2           MR. MORGANROTH:  Objection as to form.
 3    A.  In that initial conversation I think we all sort of
 4        had that agreement that we thought we were going to
 5        get 24, 25 in the IPO, so I don't have any specific
 6        conversations from there after that point, that I
 7        remember.
 8    BY MS. FOX:
 9    Q.  Do you recall that in the early March 2021 timeframe,
10        United Wholesale Mortgage issued an ultimatum to
11        brokers that brokers either work with UWM or work with
12        Rocket?
13           MR. MORGANROTH:  Objection as to form.
14    A.  I recall it, I just don't recall the timeframe exactly
15        when it was.
16    BY MS. FOX:
17    Q.  Did you have any role in any RCI response to that
18        ultimatum?
19    A.  No.
20    Q.  Are you familiar with a discovery tool called
21        interrogatories?
22    A.  Yes.
23    Q.  Counsel has prepared and served on us interrogatories
24        in your name and those interrogatories represent that
25        you did not retweet a tweet from Mr. Farner.  Does
```

Page 74

```
 1        this sound consistent with your recollection?
 2    A.  What tweet of Mr. Farner are we talking about?
 3    Q.  Sure, so in -- on March 17, 2021, Mr. Farner tweeted,
 4        "Great news.  Rocket Pro TPO has increased its market
 5        share.  In the weeks since UWM's ultimatum to brokers,
 6        more than 8,000 independent brokers have rejected
 7        becoming a controlled UWM branch.  The results?
 8        Volume is up significantly at Rocket Pro TPO!  Thank
 9        you partners."  And then the number #brokerscan.
10           That was a tweet by Mr. Farner on March
11        17th of 2021.
12    A.  Are you asking if I recall retweeting that?
13    Q.  Yes.
14    A.  No, I don't think I retweeted that.
15    Q.  And your interrogatory responses state, "Mr. Gilbert
16        states that he did not make the statement referenced"
17        on interrogatory 1, which is the statement I just read
18        to you.  "Rather, the personnel responsible for
19        Mr. Gilbert's Twitter account retweeted the statement
20        on March 19th after had it posted on Twitter by
21        Mr. Farner on March 17, 2021.  Mr. Gilbert further
22        states that he did not personally review the statement
23        referenced in interrogatory number 1 prior to the
24        personnel responsible for his Twitter account
25        retweeting the statement nor did he direct, instruct
```

Page 75

```
 1        or request anyone to retweet the statement."
 2           Is that consistent with your recollection
 3        of the retweet on March 19th of 2021?
 4    A.  So it's basically saying that I did not retweet it or
 5        I did not direct anyone to retweet it?  That's
 6        accurate.
 7    Q.  Yes, okay.
 8           And between -- strike that.
 9           The UWM ultimatum I'll represent to you was
10        made on March 4th of 2021 and this retweet was on
11        March 19th of 2021.  During that timeframe, did you
12        have any discussions with Mr. Farner about Mr. Farner
13        issuing a tweet in response to the ultimatum?
14    A.  Not that I recall, no.
15    Q.  Did you have any discussions during that March 4 to
16        March 19 timeframe with anyone else at RCI regarding
17        Mr. Farner issuing a tweet in response to the
18        ultimatum?
19    A.  No.
20    Q.  Do you -- sitting here right today, do you recall if
21        it was Mr. Keenan who retweeted Mr. Farner's March 17,
22        2021 tweet regarding the ultimatum?
23           MR. MORGANROTH:  Objection as to form and
24        foundation.
25    A.  I don't recall anybody retweeting it, so I don't -- I
```

Page 76

```
 1        don't recall the retweet, if there was one.
 2    BY MS. FOX:
 3    Q.  After the retweet appeared in your Twitter account,
 4        did you inquire as to who retweeted that tweet?
 5    A.  No, I didn't really review my Twitter account very
 6        often.  Only when somebody tweeted for -- if Mike
 7        tweeted for me, he would send -- he'd take a picture
 8        of it and send it to me, but I don't recall getting
 9        any kind of notification that he retweeted it from my
10        account, especially Jay's tweet.  I mean, that would
11        be unusual -- highly unusual that he would retweet on
12        his own a tweet from Jay in my account.
13    Q.  In the mid March 2021 timeframe, was there anyone else
14        who was a member of your social media team who could
15        have retweeted Mr. Farner's tweet through your cavsdan
16        account?
17    A.  Not that I recall, no.
18    Q.  Earlier I was asking you some general questions about
19        a March 23rd, 2021 RCI board meeting.  Do you recall
20        if you attended a March 23rd, 2021 RCI board meeting?
21    A.  I don't recall specifically, but as I stated earlier,
22        during that timeframe, which was stroke recovery and
23        COVID, I think I just went to the beginning of those
24        meetings via Zoom from my house.
25    Q.  And I know it's quite a while ago, but do you recall
```

Pages 73 to 76

New York
212-273-9911

Hudson Court Reporting & Video
1-800-310-1769

New Jersey
732-906-2078

Page 77

1  for this specific meeting if you participated remotely
2  for any portion of the meeting?
3  A.  For that specific meeting, I don't recall, but I was
4  attending those meetings at the beginning of -- during
5  that timeframe.
6  Q.  And do you recall -- again, for this specific meeting,
7  not just generally, but for this specific March 23rd,
8  2021 board meeting, if you had in your possession
9  the board materials at the time the board meeting was
10  proceeding?
11  A.  I don't recall.  They would just give me materials for
12  the part that I was participating in for the most
13  part.
14  Q.  And I think you said earlier Betsy Stone was one of
15  the folks who was responsible for giving you the
16  materials for that portion of the meeting --
17  A.  Yes --
18  Q.  -- which you attended?
19       MR. MORGANROTH:  Objection as to form.
20  Asked --
21  A.  -- as long as they were provided by the finance team
22  or Angelo Vitale's office, yes.
23       MR. MORGANROTH:  I'm just going to object
24  as asked and answered.  We're just covering the same
25  ground again.

Page 78

1       MS. FOX:  I would like to have this
2  document marked as I think it's Gilbert Exhibit 3.
3       (Marked for identification
4       Gilbert Exhibit 3.)
5       MS. FOX:  It is RCI minutes of the meeting
6  of the board of directors, March 23rd, 2021, and it
7  bears the Bates stamp Rocket_Michigan 00164828 through
8  836.
9       MR. MORGANROTH:  Do you have a copy for me?
10       MS. FOX:  Oh, I gave three.
11       MR. SCOTT:  Oh, sorry, Jeff.
12       MR. MORGANROTH:  Thank you.
13  BY MS. FOX:
14  Q.  Mr. Gilbert, have you seen these minutes of the
15  meeting of the RCI board of directors from the March
16  23rd, 2021 meeting before?
17  A.  I assume that distributed these at the following
18  meeting, that's what they usually do.
19  Q.  So is your answer yes, you would have seen these
20  minutes?
21       MR. MORGANROTH:  Objection as to form.
22  Asked and answered.
23  A.  I mean, I would have seen these minutes.  I don't know
24  if my testimony is I would see these minutes.  I'm
25  saying I'm just assuming that I saw them at the next

Page 79

1  board meeting, because that was the pol -- that was
2  the process, distributing minutes from prior board
3  meetings at the -- that's how most companies do it.
4  BY MS. FOX:
5  Q.  And by the next meeting are you referring to the RCI
6  May 26, 2021 board meeting?
7  A.  If that was the next meeting, yes.
8  Q.  And was it -- do you know if it was the regular
9  practice of RCI's board to include copies of minutes
10  in the subsequent board meeting?
11  A.  Yes.
12  Q.  And was it the policy of the RCI board to vote to
13  adopt those minutes at the subsequent board meeting?
14  A.  My recollection is that minutes -- usually in all
15  board meetings, you ask -- you're asked to approve the
16  minutes of the prior board meeting.
17  Q.  And that was the -- you're not saying just generally,
18  you're saying that was an RCI practice?
19  A.  I'm just making an assumption that it was.  I don't
20  have a specific recollection.  Especially that date, I
21  don't -- I can't tell you.
22  Q.  And if you look at what I've marked as Exhibit 3, the
23  second line says that the whole meeting was held via
24  videoconference at 11 a.m. eastern time on March 23rd,
25  2021.  Do you see that?

Page 80

1  A.  Yes, I do.
2  Q.  And do you see that the list of attendees include both
3  you and your wife, Jennifer?
4  A.  Yes.
5  Q.  The attendees also include Jeff Morganroth; do you see
6  that?
7  A.  Yes.
8  Q.  And do you recall anything presented at the March
9  23rd, 2023 board meeting?
10  A.  Anything presented?
11  Q.  Yes.
12  A.  Specific to that meeting, no, I don't have a
13  recollection what would have been presented.
14  Q.  If I could direct your attention to page 6 of 9.
15  There is a finance overview in section 5.
16  A.  Okay, I'm on page 6.
17  Q.  It's page 6 of 9 and there's a finance overview.
18  A.  Yes.
19  Q.  If I could direct your attention to section B, market
20  and forecast.
21  A.  Yes.
22  Q.  And would you read that to yourself?
23  A.  Yep.
24  Q.  And let me know when you've read the whole section B.
25  A.  I've read it.

Page 81

1  Q.  And do you recall participating in that portion of the
2      meeting where Mr. Brian Brown made a presentation
3      during which he explained that the "rising 10-year
4      yield had compressed the primary-secondary spread at
5      Rocket resulting in a decrease in gain-on-sale
6      margin?"
7          MR. MORGANROTH:  Objection as to form.
8  A.  You're asking if I recall this specific discussion
9      around this?
10 BY MS. FOX:
11 Q.  Yes.
12 A.  No, I don't.
13 Q.  And do you recall -- you mentioned earlier that you
14     didn't -- sometimes you didn't stay for a full board
15     meeting?
16 A.  Correct.
17          MR. MORGANROTH:  Objection as to form.
18          Mischaracterizes his testimony.
19 BY MS. FOX:
20 Q.  Did you testify earlier that during your recovery in
21     late 2020 and early 2021, you often did not stay for
22     the full length of an RCI board meeting?
23 A.  Correct.
24 Q.  I'm trying to find out if you have any independent
25     recollection as to whether you stayed for this portion

Page 82

1      of the RCI board meeting where Mr. Brown made a
2      presentation which is described as market and
3      forecast?
4  A.  No, I do not.
5  Q.  Independent of whether you recall being part of this
6      board meeting during which this was discussed, do you
7      recall on or about March 23rd having a discussion with
8      anyone at RCI regarding the fact that rising interest
9      rates "had compressed the primary-secondary spread at
10     Rocket resulting in a decrease in gain-on-sale
11     margin?"
12 A.  Around March 23rd you're asking me?
13 Q.  Yes.
14 A.  I have no specific memory to the dates of having
15     discussions like that, no.
16 Q.  Do you recall having any discussion with Mr. Farner
17     about the fact that rising interest rates "had
18     compressed the primary-secondary spread at Rocket"
19     anytime in early 2021?
20 A.  I couldn't tell you if it was early 2021, but we've
21     always had periodic discussions about interest rates
22     going up or down, that's part of our business.
23 Q.  And I'm trying to find out if you had a discussion
24     with anyone at Rocket independent of this presentation
25     at this March 23rd, 2021 board meeting about the

Page 83

1      subject matter about which Mr. Brown presented at the
2      board meeting?
3          MR. MORGANROTH:  Objection as to form.
4  A.  I couldn't -- I couldn't tell you.  I have no
5      recollection specifically in that timeframe whether I
6      did or did not.
7  BY MS. FOX:
8  Q.  Do you recall that -- for fiscal year 2020, Rocket had
9      record results?
10 A.  I believe I remember that, yes.
11 Q.  And did you have an understanding as to whether low
12     interest rates contributed in any way to Rocket's
13     record results in fiscal year 2020?
14 A.  Yes, they would have contributed to that, yes.
15 Q.  And did you have an understanding that in early 2021,
16     interest rates were on the rise?
17 A.  I believe I recall that.
18 Q.  And did you have a discussion with anyone at Rocket as
19     to the effect of the rising interest rates on
20     forecasts for Rocket's business?
21 A.  No.  But it's commonly known if interest rates go up,
22     originators are going to have a tougher time.
23 Q.  That's not what my question was.
24          My question was if you specifically had a
25     discussion with any executive at RCI about decreased

Page 84

1      forecasts based on rising interest rates?
2  A.  No --
3          MR. MORGANROTH:  Objection as to form,
4          asked and answered.
5  A.  -- I have no recollection of that, no.
6  BY MS. FOX:
7  Q.  If I could take you back to page 6 of 9, the market
8      and forecast section.  Is this the first time that
9      you're seeing this -- this discussion that Mr. Brown
10     presented regarding the rising 10-year yield
11     compressing Rocket's primary-secondary spread?
12 A.  Yes.
13 Q.  This is the first time you're reading this?
14 A.  Yes.
15          MR. MORGANROTH:  Objection to the form.
16          Asked and answered.  You just asked that question.
17 BY MS. FOX:
18 Q.  You didn't see this document in any deposition that
19     you participated in in connection with a derivative
20     action pending in the Delaware case?
21 A.  I don't recall seeing this, no.
22          MR. MORGANROTH:  I think at some point soon
23     we should take a lunch break since it's already --
24     almost 1:45.
25          MS. FOX:  Okay.

Page 85

```
 1          MR. MORGANROTH: I don't know if now or you
 2   want to do another exhibit. Pretty soon. It's
 3   getting late.
 4          MS. FOX: I would like to mark as the next
 5   exhibit a document bearing the Bates stamp
 6   Rocket_Michigan00116067 through 111.
 7          (Marked for identification
 8          Gilbert Exhibit 4.)
 9   BY MS. FOX:
10   Q.  Exhibit 4 is -- are the slides from the March 23rd,
11   20 -- 2021 board meeting for agenda items 5 and 8A.
12   Agenda item 5 is the finance overview, which was
13   presented by Julie Booth and Brian Brown.
14          Have you seen what I've marked as Exhibit 4
15   before?
16   A.  I don't see where you're looking -- where you're
17   pointing to right now.
18   Q.  I was just reading from the cover page, which says
19   these are materials for the March 23rd, 2021 board
20   presentation. These particular materials are only
21   part of the overall board book.
22   A.  I don't see that on here. What page are you on?
23          MR. SCOTT: Do we have the same document?
24          MS. FOX: I hope we do. Thirteen?
25          MR. MORGANROTH: Where are you reading
```

Page 86

```
 1   from?
 2          MS. FOX: "Good morning, following up on
 3   the final two materials attached here." Is that what
 4   you --
 5          THE WITNESS: I don't see that.
 6          MR. MORGANROTH: Are you talking about the
 7   first email from Natasha Cooksey to Betsy Stone?
 8          MS. FOX: Yes.
 9          MR. MORGANROTH: Okay, so she's talking
10   about up here.
11          THE WITNESS: Okay. Yep.
12   BY MS. FOX:
13   Q.  My question is not whether you've seen the email, my
14   question is whether you've seen the attachment, which
15   purport to be the board slides for the finance
16   overview portion of the March 23rd, 2021 board
17   meeting?
18   A.  You talking about --
19   Q.  Specifically if I could direct your attention to
20   Rocket_Michigan 116073 and the slides that follow
21   that.
22   A.  Yeah, I see the slides now, yep.
23   Q.  Does this refresh your recollection as to whether you
24   were present for the finance overview prepared and
25   presented by Mr. Brian Brown at the March 23rd, 2021
```

Page 87

```
 1   meeting?
 2   A.  No, it does not refresh my recollection of whether I
 3   was there for that portion.
 4   Q.  Do you recall receiving this set of slides regarding
 5   the finance overview to be presented at the Q1 2021
 6   board meeting?
 7   A.  No, I do not.
 8   Q.  If I could direct your attention to page 10 of 25 of
 9   this exhibit, it's Rocket_Michigan 116082, it's page
10   10 of 25 internally.
11   A.  Page 10.
12          THE WITNESS: Do you see that? Is that the
13   graph of the 10-year treasury?
14          MS. FOX: No, it's called compressing
15   primary and secondary spreads.
16          THE WITNESS: Okay.
17          MR. MORGANROTH: Okay.
18          THE WITNESS: Yep.
19   BY MS. FOX:
20   Q.  Have you seen this slide before? It is dated
21   3-23-2021 and it reads, "Compressing primary and
22   secondary spreads. Primary-secondary spreads are
23   retracing back to historical averages."
24          Have you seen this slide before?
25   A.  I don't recall ever seeing this slide before, no.
```

Page 88

```
 1   Q.  And again, apologies if this is asking something
 2   that's already been asked and answered. Do you recall
 3   having any discussion with anyone at RCI in the March
 4   23rd, 2021 timeframe that primary-secondary spreads at
 5   RCI were tracing back to historical averages?
 6   A.  No, I don't recall that.
 7   Q.  If you could go two pages forward to page 12 of 25, it
 8   is Rocket_Michigan 116084. It's entitled, "2021
 9   Forecast Highlights: Revenue."
10   A.  Yes, I see it.
11   Q.  Do you recall seeing this slide before?
12   A.  No, I don't.
13   Q.  Is today the first time you are seeing this slide?
14   A.  Yes.
15   Q.  Did you see this slide in connection with your
16   preparation for this deposition?
17   A.  Say that again.
18   Q.  Did you see this particular slide in connection with
19   your preparation for today's deposition?
20   A.  I don't believe so.
21   Q.  In the March 23rd, 2021 timeframe, do you recall
22   having a discussion with anyone at RCI that the
23   company was expecting its average gain-on-sale margin
24   to fall from what the forecast was in December of 2020
25   of 3.5 percent to what it was expected as of March
```

Pages 85 to 88

New York
212-273-9911

Hudson Court Reporting & Video
1-800-310-1769

New Jersey
732-906-2078

Page 89

1    23rd, 2021, a percentage of 3.19 percent?
2    A.  Your question is if I --
3    Q.  If you had a discussion -- independent of this
4        particular document, if you had a discussion with
5        anyone at RCI regarding the projected decline in
6        average gain-on-sale margin?
7    A.  No, I have no recollection of that.
8    Q.  Similar question.  Did you have a discussion with
9        anyone at RCI on or about March 23rd of 2021 regarding
10       the projected decrease in total gain -- total net
11       gain-on-sale revenue?
12   A.  No, I have no recollection of having specific
13       discussions about that.
14   Q.  We spoke a little bit earlier about reports that you
15       received regularly during the late 2020, early 2021
16       timeframe.  Did you receive revised forecasts in that
17       timeframe?
18   A.  I don't recall receiving that, no.
19           MS. FOX:  I think this is probably a good
20       time to take a lunch break.
21           THE WITNESS:  Okay.
22           THE VIDEOGRAPHER:  We are going off the
23       record.  It's 1:45.
24           (Luncheon recess between
25           1:48 p.m. and 2:18 p.m.)

Page 90

1            THE VIDEOGRAPHER:  We are back on the
2        record, 2:40.
3    BY MS. FOX:
4    Q.  Mr. Gilbert, do you recall that the Gilbert Family
5        Foundation and Rocket Community Fund announced a joint
6        philanthropic commitment to the City of Detroit in the
7        amount of approximately $500 million in March of 2021?
8    A.  Yes.  I don't know if it was to the City of Detroit,
9        it was for the City of Detroit neighborhoods, yes.
10   Q.  And did you play a role on the decision to establish
11       that commitment?
12   A.  Yes.
13   Q.  And do you currently play a role in making sure the
14       commitment is fulfilled?
15   A.  Well, I mean, we had a board meeting yesterday and
16       they actually give us an update.  No, I don't really
17       play too much of a role continuing.
18   Q.  And the press release for the announcement of the
19       philanthropic commitment noted that of the
20       $500 million, 350 million would be a contribution from
21       the Gilbert Family Foundation and 150 million would be
22       an investment from Rocket Community Fund.  Does that
23       sound consistent with --
24   A.  If that's two-thirds, one-third, yes.
25           MR. MORGANROTH:  I'm going to object as to

Page 91

1        form.
2    BY MS. FOX:
3    Q.  And at the time the commitment was announced, do you
4        know how that commitment was to be funded?
5    A.  The Rocket Community Fund gets their own funding
6        through the business and Jennifer and I fund GFF.
7    Q.  You fund that personally?
8    A.  Yes.
9    Q.  With your own money 100 percent?
10   A.  Yes.
11   Q.  And at the time the commitment was announced, was the
12       idea that it would be approximately $50 million per
13       year for ten years?
14   A.  Yes.
15   Q.  And when did you decide to make that commitment?
16   A.  When?  I can't remember -- recall when.
17   Q.  Was it in the works for a few months prior to the
18       announcement?
19   A.  I can't -- I can't really recall.  It could have even
20       been longer than that.
21   Q.  And do you recall appearing on a program called "CBS
22       This Morning" announcing the commitment?
23   A.  I slightly recall that, I can't remember.  "CBS This
24       Morning."  Who's the -- did it say who the reporter
25       was interviewing?

Page 92

1    Q.  I don't --
2    A.  Okay.
3    Q.  I don't know who the reporter was, but it was an
4        interview that aired on March 25 of 2021.
5    A.  Okay.
6    Q.  Does that sound right?
7    A.  Not -- I can't recall.
8    Q.  And do you recall that Mr. Farner participated in the
9        interview with you?
10   A.  No.
11   Q.  And that your wife participated in the interview with
12       you?
13   A.  Don't recall that either.
14   Q.  Are you aware that RHI sold approximately $500 million
15       in Rocket stock in a private block trade on March 29
16       of 2021?
17   A.  I can't recall the date, but I just recall that Jay
18       and Scott told me after the sale that it happened.
19   Q.  And when you say Jay and Scott told you after the sale
20       that it happened, are you referring to Scott Elkins
21       who we spoke about before?
22   A.  Yes.
23   Q.  And when you say they told you after the sale
24       happened, how -- how -- when did they tell you exactly
25       that the private block trade had occurred?

Pages 89 to 92

**New York**
**212-273-9911**

**Hudson Court Reporting & Video**
**1-800-310-1769**

**New Jersey**
**732-906-2078**

Page 93

1  A. I can't recall dates on that.
2  Q. Do you recall if it was soon after the sale occurred?
3       MR. MORGANROTH: Objection as to form.
4  A. I mean, they just told me it happened, so I don't know
5     how long it was after it happened. Could have been
6     days, it could have been a few weeks, I don't really
7     know.
8  BY MS. FOX:
9  Q. And in order to execute that private block trade,
10    there were -- there were communications with
11    Morgan Stanley. Were you a part of any of those
12    communications with Morgan Stanley in March of 2021?
13  A. No, I was not.
14  Q. And was your approval sought in March of 2021 to
15    execute the sale of RHI --
16  A. No.
17  Q. -- in -- the sale by RCI stock?
18  A. No, approval was not sought that I know of.
19  Q. Was your approval required?
20  A. No, not that I know of.
21  Q. Did you have any understanding why the block trade was
22    executed when it was executed on March 29 of 2021?
23  A. My understanding is that Morgan Stanley called us and
24    had a client that needed to cover a short position and
25    so they -- they had a buyer for $500 million worth of

Page 94

1  stock, which is unusual because our stock is thinly
2  traded, so I think they thought that was a good
3  opportunity to make up some of the difference that we
4  didn't -- that we hoped for in the IPO and didn't --
5  weren't successful at.
6  Q. And do you have an understanding -- strike that.
7       How did you obtain that information you
8  just testified about?
9  A. I believe either Jay or Scott told me, I can't
10   remember which one.
11 Q. And again, they told you after the transaction had
12   been completed?
13 A. Correct.
14 Q. When they told you that the transaction had been
15   completed, did you have any discussions about what
16   would happen with the proceeds of that transaction?
17 A. No, but generally we were -- it was really RHI that's
18   selling, so we were pushing the money to RHI, so I
19   just assumed the discussion was the money would go to
20   RHI.
21 Q. And do you know if in fact the $500 million did come
22   right back to RHI?
23 A. I don't know.
24 Q. And do you know if the $500 million was ever
25   distributed to RHI shareholders?

Page 95

1  A. No; again, money's fungible, so even if it went up to
2    RHI, I don't know. I couldn't say it was that money
3    that was distributed.
4  Q. Do you know if RHI distributed any money in connection
5    with any potential tax liability on that $500 million?
6  A. Not that I know about. RHI does distribute tax
7    liabilities based on how much income comes in, but I
8    don't know if it was specifically related to that
9    transaction.
10 Q. Was the $500 million in the proceeds from the private
11   block trade used to fund the $500 million
12   philanthropic commitment that GFF and RCF had
13   announced on March 25 of 2021?
14 A. So again, I'm going to go back with that. Money is
15   fungible, so I can't say that it specifically was
16   used -- that money was specifically used to fund that.
17 Q. And when you say money is fungible, what are you
18   meaning in that context?
19 A. What I mean if -- let's say RHI was funding a third of
20   it, but they -- I don't know if they were or not, so
21   if we put $500 million there and they already had
22   enough over 500 million and they contributed to the
23   Rock Community Fund, whatever that number was,
24   180 million, you know, who's to say where that money
25   came from? It could have been from the money that was

Page 96

1  there, it could have been from the block trade. You
2  can't really say. That's what I mean by money's
3  fungible.
4  Q. Did you and Jennifer have any agreement with RHI about
5    how much money RHI would contribute, if any, to the
6    $500 million philanthropic commitment?
7  A. No, we had no -- no deal with RHI, because that would
8    come from Rock Community Fund.
9  Q. Did -- so, again, for the GFF, the Gilbert Family
10   Foundation fund, none of that was coming directly from
11   RHI?
12 A. No, not directly, no.
13 Q. Did you and Jennifer have any agreement with Rocket
14   Community Fund regarding -- strike that.
15      Did you and Jennifer have any agreement
16   with RCI about how much -- strike that again.
17      Was the $500 million philanthropic
18   commitment contingent on completing a private block
19   trade in the same amount, $500 million?
20 A. Say that one more time.
21 Q. Sure. Was the $500 philanthropic commitment that GFF
22   and RCF made --
23      MR. SCOTT: I'm sorry, Chris, can you just
24   restart? You said $500 --
25      MS. FOX: Sure --

Pages 93 to 96

**New York**
212-273-9911

**Hudson Court Reporting & Video**
1-800-310-1769

**New Jersey**
732-906-2078

Page 97

1      MR. SCOTT: -- so just for the record --
2      MS. FOX: -- even I can make a $500
3   commitment. Let me start again.
4   BY MS. FOX:
5   Q. Was the $500 million philanthropic commitment that GFF
6      and RCF made on March 25th of 2021 contingent on the
7      execution of a private block trade by RCI -- RHI in
8      the same amount, $500 million?
9   A. No.
10  Q. Your answer was no?
11  A. No, it wasn't contingent.
12  Q. Was the timing coincidental?
13  A. Yes.
14      MR. MORGANROTH: I'm going to object as to
15   form of that question.
16  BY MS. FOX:
17  Q. So you testified just a few moments ago that you --
18     that GFF had no agreement that RHI had to fund any
19     portion of the $500 million philanthropic commitment;
20     correct?
21  A. Yes.
22  Q. So RHI didn't need to sell any shares on or around
23     March 25, 2021 to satisfy any portion of that
24     philanthropic commitment that you and Jennifer made?
25  A. No, the philanthropic commitment was over ten years,

Page 98

1   so -- I mean, that $50 million a year, it wasn't like
2   we had to give the 500 right away anyway.
3   Q. And again, you did not direct RHI in or around March
4      of 2021 to sell shares in order to fund --
5   A. No.
6   Q. -- the philanthropic commitment?
7   A. No.
8   Q. Did you ever have any discussions with Mr. Farner
9      about whether it would be more efficient on a tax
10     basis for RHI to donate Rock -- RCI shares to the
11     Gilbert Family Foundation?
12  A. No.
13  Q. Did you ever have any discussions with Scott Elkins
14     about whether it would be more efficient on a tax
15     basis for RHI to donate RCI shares to the Gilbert
16     Family Foundation?
17  A. I don't think they ever donated RCI shares to the
18     Gilbert Family Foundation. The Gilbert Family
19     Foundation is just funded by our own cash.
20  Q. After the $500 million sale by RHI of RCI stock, do
21     you know what percent interest RHI maintained in RCI?
22  A. No, I assume --
23      MR. MORGANROTH: Objection as to form.
24   Mischaracterizes what RHI owned.
25  A. So ask the question one more time.

Page 99

1   BY MS. FOX:
2   Q. Sure. Did the $500 million private block sale change
3      the percentage of control on a stock basis that RHI
4      had over RCI?
5   A. I think it would only be slightly based on the math.
6   Q. Do you have any understanding that even with a private
7      block transaction, there need to be certain filings
8      made with the Securities and Exchange Commission?
9   A. I think I've heard that, yes.
10  Q. I'm sorry, I didn't --
11  A. No, I think yes. I think when you're an officer or
12     insider, you have to report it.
13  Q. And in connection with this transaction where RHI
14     executed this private block transaction, do you know
15     if RHI was required to file any Form 4s in connection,
16     you know, with the SEC?
17  A. I don't know if it was RHI or if it was the mortgage
18     company -- or the rock companies.
19  Q. Do you know if any Form 4s were filed in Dan Gilbert's
20     name in connection with the private block trade?
21  A. I believe they were required, so I assume that I filed
22     it, yeah, I just don't recall exactly.
23  Q. And did you have any understanding why Form 4s would
24     need to be filed also in your name?
25      MR. MORGANROTH: Objection as to form.

Page 100

1   A. Why Form 4s would need to be filed about --
2   BY MS. FOX:
3   Q. In your name, in the name of Dan Gilbert.
4   A. For -- because of this block sale?
5   Q. Because of the block sale, correct.
6   A. I mean, I assume it's because I was an officer or
7      chairman of the company. I don't know.
8   Q. Do you know if it was because you were the majority
9      shareholder of RHI?
10  A. Could be, I guess. I just don't -- I'm not familiar
11     with the law exactly.
12  Q. Do you recall if a Form 4 was required to be filed in
13     the name of Jennifer Gilbert in connection with the
14     $500 -- $500 million private block trade?
15  A. No, I'm not aware of whether she would be required or
16     not.
17  Q. As I mentioned earlier, the private block trade
18     consummated on March 29 of 2021. Did you participate
19     in the review of any Form 4s in connection with that
20     transaction?
21  A. I think there was a Form 4 after the transaction
22     occurred that somebody had me sign just to make sure
23     the paperwork was correct.
24  Q. And I assume since you were putting your signature on
25     it, you reviewed what the Form 4 said?

Pages 97 to 100

New York
212-273-9911
Hudson Court Reporting & Video
1-800-310-1769
New Jersey
732-906-2078

Page 101

```
 1          MR. MORGANROTH:  Well, I'm going to just
 2     object as to form.  Mischaracterizes what the document
 3     says.  You got --
 4  A.  Sometimes I read stuff, sometimes I just trust the
 5     lawyers putting it in front of me and I just sign it.
 6  BY MS. FOX:
 7  Q.  Do you recall if with respect to the Form 4 filed in
 8     your name in connection with the private block trade,
 9     whether you reviewed what the Form 4 said?
10  A.  I don't recall it.  I have a feeling you're going to
11     show it to me, though.
12  Q.  I just wanted to know if you remember it offhand.
13  A.  No, I don't recall that, no.
14  Q.  Do you recall if Mr. Morganroth, Jeff Morganroth, was
15     involved at all in the filing of the -- of the
16     preparation of the Form 4 --
17          MR. MORGANROTH:  Objection --
18  BY MS. FOX:
19  Q.  -- in connection with the private block trade?
20          MR. MORGANROTH:  Objection as to
21     foundation.
22  A.  I think at that time he probably would be involved to
23     some degree.
24  BY MS. FOX:
25  Q.  Is Mr. -- sorry.
```

Page 102

```
 1     Is Mr. Morganroth your private lawyer?
 2  A.  What do you mean by private?
 3  Q.  Is he -- let me ask it another way.
 4          Does Mr. Morganroth represent RHI?
 5  A.  I believe --
 6          MR. MORGANROTH:  Objection as to form.
 7  A.  I believe he does.
 8  BY MS. FOX:
 9  Q.  Does -- do you know if Mr. Morganroth represents RCI?
10  A.  I believe he does to some degree, yes.
11  Q.  Does Mr. Morganroth represent Dan Gilbert in any
12     personal capacity?
13  A.  Yes.
14  Q.  And what personal capacity is that?
15  A.  I mean, he's done a lot of work for me.  I mean, wills
16     and trusts and contract stuff, general.
17  Q.  Sitting here today do you recall if he asked you to
18     review a Form 4 in connection with the private block
19     trade?
20  A.  I don't recall if he specifically did, no.
21  Q.  Did you seek any legal advice from Mr. Morganroth as
22     to the contents of the Form 4 for the private block
23     trade?
24  A.  I don't recall.
25          MS. FOX:  I would like to mark as Exhibit 5
```

Page 103

```
 1     a Form 4 filed by Rock Holdings, Inc., on or about --
 2     in connection with the private block transaction of
 3     March 29, 2021.
 4          (Marked for identification
 5          Gilbert Exhibit 5.)
 6  BY MS. FOX:
 7  Q.  Mr. Gilbert, have you seen this form 4 before?
 8  A.  I got to read it.
 9  Q.  Of course.
10  A.  Give me a minute.
11          No, I don't recall seeing this specific
12     form.
13  Q.  And if you turn it over, it is signed by
14     Mr. Morganroth, general counsel and secretary of RHI.
15     Do you see that?
16  A.  Yes, I do.
17  Q.  And it's signed on March 31st of 2021?
18  A.  I don't see his signature, I just see it printed on
19     there.
20  Q.  It's an electronic signature.
21  A.  Okay.
22  Q.  Do you see that?
23  A.  Yes.
24  Q.  And if you look at the front page of this document, do
25     you see that this is the exchange of Class D RCI
```

Page 104

```
 1     common stock for Class A RCI common stock and the
 2     simultaneous sale of Class A RCI common stock in the
 3     amount of 20.2 million -- 20.2 million share?
 4  A.  Where do you see that?  No, I don't see that.
 5  Q.  I'm looking in Table 1, "Non-Derivative Securities
 6     Acquired, Disposed of, or Beneficially Owned."
 7  A.  So you're looking at the red 20.2 million, is that
 8     what it says?
 9  Q.  There's a couple -- there's red and green in that
10     first table number 1.
11  A.  Yep.
12  Q.  I just want to direct your attention to that.
13  A.  Yeah, I see it.
14  Q.  And if you turn the document over -- strike that.  I'm
15     sorry, I'm going to make you go back to the front page
16     again.
17  A.  Okay.
18  Q.  In the third row of Table 1 it says, "Class A common
19     stock sold on March 29, 2021 in the amount of 20.2
20     million shares at a price of $24.75."
21          Do you see that?
22  A.  Yes, I do.
23  Q.  And do you know if the $24.75 was the price that
24     Morgan Stanley agreed to buy that block of shares at?
25  A.  Well, it looks like that's right.  That's why I think
```

Pages 101 to 104

**New York**
**212-273-9911**

**Hudson Court Reporting & Video**
**1-800-310-1769**

**New Jersey**
**732-906-2078**

Page 105

1 they're filling out this Form 4 like that.
2 Q. And do you know if that amount was less than the then
3 trading price of RCI on the market?
4 A. I don't know.
5 Q. And if you'll turn the document over now, there's a
6 footnote 6 on that same line, and footnote 6 reads,
7 "These shares were sold in a private transaction (the
8 reported sale). Rocket Companies' chairman,
9 Dan Gilbert, the largest investor at RHI, plans to use
10 his portion of the proceeds to help fund his recently
11 announced $500 million commitment to revitalizing
12 Detroit neighborhoods. Following the sale, RHI
13 continues to maintain approximately 93 percent
14 interest in Rocket Companies."
15    Do you see that?
16 A. Yes, I do.
17 Q. Did you approve the inclusion of that language in this
18 Form 4?
19 A. I don't recall approving it, no.
20 Q. Were you asked to approve it?
21 A. No, I don't recall that.
22 Q. And this is almost the same question, but were you
23 asked to authorize this language?
24 A. No, not that I recall, no.
25 Q. And is this language correct, that you plan to use

Page 106

1 your portion of this $500 million in proceeds to help
2 fund the $500 million philanthropic commitment that
3 you and your wife made?
4 A. We're back to that fungible money issue again, because
5 if this 500 million went into RHI and RHI issued a
6 dividend to us, I mean, I have other capital and
7 other -- other accessibility to funds, I wouldn't have
8 to use this specifically to fund that 500.
9 Q. Given that testimony, do you have any understanding as
10 to why this specific footnote was included in this
11 Form 4?
12 A. I really don't know.
13    MS. FOX: I would like to mark as
14 exhibit -- the next exhibit --
15    THE COURT REPORTER: Six.
16    MS. FOX: -- Exhibit 6, a Form 4 in your
17 name, also for the private block transaction that
18 occurred on March 29 of 2021.
19    (Marked for identification
20    Gilbert Exhibit 6.)
21 BY MS. FOX:
22 Q. And my first question will be if you recognize this
23 document. So tell me when you've had an opportunity
24 to review it.
25 A. Okay. It's pretty similar to the other one.

Page 107

1 Q. Do you have any understanding why a pretty similar
2 document was filed with comparable information but in
3 your personal name?
4 A. I don't exactly understand the specifics of the
5 regulations why I have to personally report on that.
6 Q. At the time that -- at the time that this Form 4 was
7 filed with the SEC, did anyone explain to you why a
8 Form 4 in your name for this transaction was also
9 required to be filed?
10 A. I don't recall, no.
11 Q. If you can -- if you look again in Table 1, the third
12 row, it says, "Class A common stock transaction date
13 March 29, 2021, sold 20.2 million shares of stock at
14 $24.75," and then there is a footnote by the S, it's
15 footnote 6, and if you turn over Exhibit 6, there is
16 the same footnote that we read from Exhibit 5, and
17 I'll read that in the record.
18    "These shares were sold in a private
19 transaction (the reported sale). Rocket Companies'
20 chairman, Dan Gilbert, the largest investor in RHI,
21 plans to use his portion of the proceeds to help fund
22 his recently announced $500 million commitment to
23 revitalizing Detroit neighborhoods. Following the
24 sale RHI, continues to maintain approximately
25 93 percent interest in Rocket Companies."

Page 108

1    Do you see that?
2 A. Yes, I do.
3 Q. And do you see that this was also signed by
4 Mr. Morganroth?
5 A. Yes, I do.
6 Q. And here he's signing as attorney-in-fact for you,
7 Mr. Gilbert?
8 A. Okay.
9 Q. Dated March 31st, 2021; do you see that?
10 A. Yes.
11 Q. Did you authorize this Form 4 to be filed in your name
12 on or about March 31st of 2021?
13 A. No, I did not -- don't recall authorizing it, I just
14 trust my lawyer that he's doing it right and taking
15 care of it.
16 Q. And -- and this is a similar question to what I asked
17 about Exhibit 5. Did you see a draft of what we've
18 marked as Exhibit 6 of the Form 4 in your name before
19 it was filed with the SEC?
20 A. Do not recall that, no.
21 Q. And sitting here today do you agree with the footnote
22 6, as it is stated here, that you plan to use your
23 portion of the $500 million proceeds to help fund your
24 recently announced $500 million commitment?
25 A. There's -- you talking about the sale proceeds?

Pages 105 to 108

**New York**
**212-273-9911**

**Hudson Court Reporting & Video**
**1-800-310-1769**

**New Jersey**
**732-906-2078**

1  Q.  Of the proceeds of the sale of the private block
2      transaction that -- were you using that to fund the
3      $500 million philanthropic commitment?
4  A.  I don't think specifically, no, because that money's
5      going to go into RHI and then RHI would have to
6      dividend out to us and we'd have to say that that
7      specific money was going to this and there's
8      fungibility issues at the RHI level and also personal
9      level.
10 Q.  And I think you testified earlier you're not sure if
11     that's what happened with the proceeds of the private
12     sale, you're not sure if they got dividend out to RHI?
13 A.  Well, again, it's hard to say that as well, because if
14     the 500 million went to RHI, RHI had way more than
15     that in their bank account, so it's hard to say if
16     that money got specifically dividended out.
17 Q.  And sitting here today, you don't recall if RHI made a
18     distribution of the $500 million from the private
19     block trade to its shareholders?
20 A.  Not specifically the 500 million, no.
21         MS. FOX:  And then the last Form 4 that I'm
22     going to mark here as Exhibit 6 -- as Exhibit 7 is a
23     Form 4 in Jennifer Gilbert's name.
24         (Marked for identification
25         Gilbert Exhibit 7.)

1  BY MS. FOX:
2  Q.  What I've had marked as Exhibit 7 is a Form 4 in
3      Jennifer's name for the private block transaction,
4      which occurred on March 29 of 2021.  Have you seen
5      what I've marked as Exhibit 7 before?
6  A.  Not that I recall, no.
7  Q.  Like the exhibits that we've marked 5 and 6, Exhibit 7
8      was signed by Mr. Morganroth on March 31st of 2021,
9      and also includes a footnote 6, exactly the same as
10     the one we've previously read on the record, that
11     "Rocket Companies' chairman, Dan Gilbert, the largest
12     investor in RHI, plans to use his portion of the
13     proceeds to help fund his recently announced
14     $500 million commitment to revitalizing Detroit
15     neighborhoods."
16         Did you -- was your approval sought before
17     this Form 4 was filed with the SEC?
18 A.  Not that I recall, no.
19 Q.  Did you have any discussions with Jennifer about
20     whether her approval was sought before this Form 4 was
21     filed?
22 A.  I did not have discussions with her, no.
23 Q.  Following the filing of these three Form 4s, do you
24     recall media connecting the private block trade with
25     your $500 million philanthropic commitment to Detroit?

1  A.  I don't.
2         MR. MORGANROTH:  Objection as to form.
3  BY MS. FOX:
4  Q.  Did you have any discussions in the end of March of
5      202 -- strike that.
6         We spoke earlier that you learned of the
7      private block trade after it was executed; correct?
8  A.  Correct.
9  Q.  Did you learn of the private block trade through the
10     filing of the Form 4s that we've introduced as
11     Exhibits 5 through 7?
12 A.  Did I learn of it through these?  No, I learned of it
13     because I had a conversation with Jay and Steve -- or
14     Scott rather.
15 Q.  And sitting here today, can you tell me what you
16     recall specifically from that conversation?
17         MR. MORGANROTH:  Objection as to form.
18     Asked and answered.
19 A.  They just told me they had an opportunity through
20     JP Morgan to sell $500 million worth of stock and make
21     up some of the difference that we had from the IPO.
22 BY MS. FOX:
23 Q.  And following the filing of the Form 4s, you don't
24     remember any articles coming out which connected
25     the -- the $500 million private block trade to your

1      $500 million philanthropic commitment to Detroit?
2  A.  No, I don't.
3         MS. FOX:  I'm going to mark as Exhibit 8 a
4      Crain's article from March 31st of 2021 entitled
5      "Gilbert Company sells 500 million in Rocket stock to
6      fund Detroit philanthropy."
7         (Marked for identification
8         Gilbert Exhibit 8.)
9         THE WITNESS:  I'm not sure I'm happy about
10     this picture, I'll tell you that.
11        MS. FOX:  Have to take that up with Crain's
12     Detroit Business.
13 BY MS. FOX:
14 Q.  I had someone print this document for me in PDF format
15     and so there is a header on the very first page that
16     says the Wayback Machine.
17 A.  Yep.
18 Q.  Other than the -- that information, which I recognize
19     has been added to this article, have you seen this
20     Crain's article before?
21 A.  I don't recall seeing it.  That doesn't mean I didn't
22     see it.  I just don't recall.  I read thousands of
23     articles a month, so I don't know.
24 Q.  And do you recall having a -- strike that.
25        Did you ever have a discussion with

**New York**
**212-273-9911**

**Hudson Court Reporting & Video**
**1-800-310-1769**

**New Jersey**
**732-906-2078**

1   Mr. Elkins that certain articles including this one
2   were representing the -- were representing a
3   connection between the private block trade and your
4   $500 million philanthropic commitment?
5   A.  Did I have a discussion with Scott Elkins about it?
6   Q.  Yes.
7   A.  No.  Sounds like they just read the Form 4.
8   Q.  And you're talking about the Form 4 language, which we
9   just read on the record, that said --
10  A.  Yes.
11  Q.  -- the -- that you were going to use your proceeds
12  from the private block trade --
13  A.  Yep.
14  Q.  -- to fund the donation?
15  A.  Yes.
16  Q.  And I'm going to ask you the same question but with
17  Mr. Farner.  Did you have any discussions with
18  Mr. Farner about the fact that certain articles,
19  including this Crain's article, were representing the
20  fact that there was a connection between the private
21  block trade --
22  A.  No.
23  Q.  -- for 500 million --
24  A.  I don't recall that.
25  Q.  -- and your $500 million philanthropic commitment

1   goal?
2   A.  No.
3   Q.  Do you know if -- if RCI did anything to correct the
4   media's misimpression that the private block sale was
5   done to fund some portion of the $500 million
6   commitment?
7   A.  No, I'm not aware of that.
8       MR. MORGANROTH:  Objection as to form.
9   Mischaracterizes testimony.
10  A.  I don't even know if we had an obligation to disclose
11  what we planned to do with the funds, period, on a
12  Form 4.  Maybe that is the law, I don't know.  Seems
13  strange to me.
14  BY MS. FOX:
15  Q.  So sitting here today, you have no idea why that
16  footnote 6 was even included in any of the Form 4s
17  that we introduced as Exhibits 5, 6 or 7?
18  A.  Right.  I don't know, but there might be some
19  regulation I'm not aware of.
20      MS. FOX:  If we could just take another
21  break, I think that I am actually almost done.
22      MR. MORGANROTH:  Okay.
23      MS. FOX:  I know we were running up against
24  3 o'clock, so I'm trying to stick with our promise.
25      THE WITNESS:  You want to just go forward

1   and finish?
2       MR. MORGANROTH:  I think she wants to look
3   at her notes.
4       THE WITNESS:  Oh.
5       MS. FOX:  I just want to make sure I
6   haven't forgotten anything before I let you go.
7       THE WITNESS:  I don't think you've
8   forgotten anything.
9       MS. FOX:  Okay.  Let's go off the record.
10      THE VIDEOGRAPHER:  Off the record, 3:15:51.
11  (A brief recess was taken.)
12      THE VIDEOGRAPHER:  We are back on the
13  record, 3:25.
14      MS. FOX:  Mr. Gilbert, I have a couple of
15  questions, but I promise they won't be long.
16      THE WITNESS:  Okay.
17  BY MS. FOX:
18  Q.  Are you familiar with what's called a trading window?
19  A.  Yes.
20  Q.  And what is your understanding of a trading window?
21  A.  Well, for insiders, officers, board members, there's a
22  trading window where you can trade stock that's not
23  close to a big announcement.
24  Q.  And I know you testified that you did not know about
25  the private block trade until it was executed.  I

1   wanted to ask you if you knew at the time that
2   Rocket's general counsel was seeking to reopen the
3   trading window in order to effectuate the private
4   block trade?
5       MR. MORGANROTH:  Objection as to form.
6   A.  Did I know when?
7   BY MS. FOX:
8   Q.  Did you know about it at the time?
9   A.  No, I did not.
10      MR. MORGANROTH:  At that time?  Okay.
11  BY MS. FOX:
12  Q.  And by at the time, I mean at the time that the RCI's
13  trading window was sought to be reopened, were you, in
14  March -- mid March of 2021, were you informed of that?
15  A.  That it was reopening to make a block trade?
16  Q.  That it was reopened to make this block that we've
17  been talking about?
18  A.  No, I was not aware -- not aware of that, no.
19  Q.  And you were not -- were you required to be consulted
20  about the reopening of the block trade?
21  A.  Was I required to be consulted?
22  Q.  Consulted, yeah.
23  A.  I don't know who would require me to be consulted, but
24  I was not consulted.
25  Q.  Okay, and are you familiar with RCI's insider trading

**New York**
**212-273-9911**

**Hudson Court Reporting & Video**
**1-800-310-1769**

**New Jersey**
**732-906-2078**

Page 117

1       policy?
2    A.  I'm sure I've read it at some point.
3    Q.  And do you know if you were familiar with Rocket's
4        insider trading policy in the end of 2020, the
5        beginning of 2021?
6    A.  I don't know when I originally read it and how many
7        years were in between, but it wouldn't be top of mind,
8        but I'm sure I read it.
9    Q.  And did you have -- were you aware that Rocket --
10       RCI's insider trading policy prohibited the sale of
11       stock by insiders if they were in possession of what's
12       called material non-public information?
13   A.  Was I aware of that specifically?
14   Q.  Yes.
15   A.  I mean, I don't remember reading that specifically,
16       but I think that makes sense and it may also be the
17       law in the regulations.
18   Q.  Do you have an understanding of what material
19       non-public information is?
20   A.  I think it's exactly what you said, material and
21       non-public information.
22   Q.  Beyond regurgitating the question I asked you, do you
23       have another understanding of what material non-public
24       information is?
25   A.  No, I took it as a rhetorical question.

Page 118

1    Q.  Okay, it was not.
2    A.  Okay.
3    Q.  Do you have any other -- can you enlighten me in any
4        other way about your understanding of material
5        non-public information?
6    A.  I think it would mean something that's inside the
7        company that's -- that's material that shouldn't be
8        released to the public or wasn't --
9    Q.  Or hasn't been released?
10   A.  Hasn't been released to the public, right.
11           MS. FOX:  I don't have any additional
12   questions.
13           MR. MORGANROTH:  No questions.
14           THE VIDEOGRAPHER:  Okay.  We are going off
15   the record.  3:28:56.
16           THE COURT REPORTER:  Signature?
17           MR. MORGANROTH:  Yes.
18           THE COURT REPORTER:  Confidential?
19           MR. MORGANROTH:  Yes.  We'll designate the
20   entire transcript for now as confidential, including
21   the exhibits.
22           (Deposition concluded at 3:29 p.m.)
23               *   *   *
24
25

Page 119

1    State of Michigan)
2    County of Oakland)
3               Certificate of Notary Public
4        I do hereby certify that the witness, whose testimony
5    was taken in the above-entitled matter, was first duly sworn
6    to tell the truth; the testimony contained herein was
7    reduced to writing in the presence of the witness by means
8    of stenography; afterwards transcribed; and is a true and
9    complete transcript of the testimony given by the witness.
10       I further certify that I am not connected by blood or
11   marriage with any of the parties; their attorneys or agents;
12   and that I am not interested, directly, indirectly or
13   financially, in the matter of controversy.
14       In witness whereof, I have hereunto set my
15   hand this 23rd day of March, 2024.
16
17
18
19                  _____
20                  Jeanette M. Fallon, CRR/RMR/CLR/CSR-3267
21                  Certified Realtime Reporter
22                  Registered Merit Reporter
23                  Certified Shorthand Reporter
24                  Notary Public, Oakland, Michigan
25                  My Commission Expires:  9-19-24

Page 120

1                  DEPOSITION ERRATA SHEET
2
3    Our Job No.     30060
4    Case No:        1:21-cv-11528-TLL-APP
5    Case Name:      Shupe, et al. vs. Rocket Companies,
6                        Inc., et al.
7    Witness:        DANIEL GILBERT
8
9           DECLARATION UNDER PENALTY OF PERJURY
10
11       I declare under penalty of perjury that I have read
12   the entire transcript of my Deposition taken in the
13   captioned matter or the same has been read to me, and the
14   same is true and accurate, save and except for changes
15   and/or corrections, if any, as indicated by me on the
16   DEPOSITION ERRATA SHEET hereof, with the understanding that
17   I offer these changes as if still under oath.
18
19   Signed on the _____ day of _____, 20___.
20
21
22
23       _____
24   DANIEL GILBERT
25

Page 121

```
 1              DEPOSITION ERRATA SHEET
 2
 3      Page No._____Line No._____Change to:_____
 4      _____
 5      Reason for change:_____
 6      Page No._____Line No._____Change to:_____
 7      _____
 8      Reason for change:_____
 9      Page No._____Line No._____Change to:_____
10      _____
11      Reason for change:_____
12      Page No._____Line No._____Change to:_____
13      _____
14      Reason for change:_____
15      Page No._____Line No._____Change to:_____
16      _____
17      Reason for change:_____
18      Page No._____Line No._____Change to:_____
19      _____
20      Reason for change:_____
21
22
23
24      SIGNATURE:_____DATE:_____
25      DANIEL GILBERT
```

Page 122

```
 1              DEPOSITION ERRATA SHEET
 2
 3      Page No._____Line No._____Change to:_____
 4      _____
 5      Reason for change:_____
 6      Page No._____Line No._____Change to:_____
 7      _____
 8      Reason for change:_____
 9      Page No._____Line No._____Change to:_____
10      _____
11      Reason for change:_____
12      Page No._____Line No._____Change to:_____
13      _____
14      Reason for change:_____
15      Page No._____Line No._____Change to:_____
16      _____
17      Reason for change:_____
18      Page No._____Line No._____Change to:_____
19      _____
20      Reason for change:_____
21
22
23
24      SIGNATURE:_____DATE:_____
25      DANIEL GILBERT
```

Pages 121 to 122

**New York**
**212-273-9911**

**Hudson Court Reporting & Video**
**1-800-310-1769**

**New Jersey**
**732-906-2078**

**A**

**added** 112:19
**additional** 44:8
118:11
**address** 6:20
19:1,5
**administ...** 18:19
**administ...** 16:16 18:2
18:19 50:3
**adopt** 79:13
**advance** 25:9
25:13,24
35:14
**advice** 102:21
**advised** 36:20
**affect** 7:9
**affiliated** 9:9 12:4
12:10
55:12
**agenda** 24:22
85:11,12
**agendas** 24:11
**agents** 119:11
**ago** 25:18
76:25
97:17
**agree** 43:12
108:21
**agreed** 104:24
**agreement** 73:4 96:4
96:13,15
97:18
**ahead** 44:16
47:18
**aired** 92:4
**al** 1:5 5:9
120:5,6
**allege** 32:2
**Allen** 2:11
5:19,19
**alleviated**

41:11
**allows** 29:9
**amount** 14:20
15:4 42:19
42:21,22
43:5,8
44:24,25
64:24
66:17,20
66:23 67:7
67:10
71:11,12
71:14 90:7
96:19 97:8
104:3,19
105:2
**and-** 2:9 3:9
**and/or** 43:9
44:17
120:15
**Angelo** 22:15
25:1 69:17
77:22
**Annie** 18:8
20:25
28:22
35:24
**Annie's** 18:12,12
**announced** 90:5 91:3
91:11
95:13
105:11
107:22
108:24
110:13
**announce...** 90:18
91:18
115:23
**announcing** 91:22
**annual** 14:21
14:22 15:4
60:20,23
**answer** 7:15
7:15,21
49:9 57:25
58:3,23

78:19
97:10
**answered** 77:24
78:22 84:4
84:16 88:2
111:18
**answering** 18:20,20
**anybody** 28:1
75:25
**anytime** 82:19
**anyway** 98:2
**apart** 25:4
**apologies** 88:1
**APPEARANCES** 2:1 3:1
**appeared** 34:18 76:3
**appearing** 2:16,24
3:16 6:14
91:21
**Apple** 20:7,8
20:10
**appointed** 24:4
**approval** 44:3 93:14
93:18,19
110:16,20
**approve** 79:15
105:17,20
**approving** 105:19
**approximate** 70:23
**approxim...** 9:17,25
10:15
12:23
13:18
17:10,14
33:3,7
38:18 39:3
43:13
53:20

65:10 68:7
68:15 69:8
70:14 71:5
90:7 91:12
92:14
105:13
107:24
**arrived** 71:11,12
**article** 4:23
112:4,19
112:20
113:19
**articles** 111:24
112:23
113:1,18
**asked** 8:21
35:15
48:10 61:4
77:20,24
78:22
79:15 84:4
84:16,16
88:2
102:17
105:20,23
108:16
111:18
117:22
**asking** 46:15
63:10,12
74:12
76:18 81:8
82:12 88:1
**aslutsky...** 2:23
**aspect** 28:2
**assets** 12:23
13:1 40:9
**assigned** 9:2
**assist** 28:8
28:9
**assistant** 18:2,13,14
24:23 50:3
50:7
**assistants** 25:2 28:19
**assisted**

**a.m** 1:20 5:3
5:6 79:24
**ability** 7:9
**able** 8:8
9:14 19:8
26:17 28:6
**above-en...** 119:5
**access** 19:4
19:9 24:22
**accessib...** 106:7
**account** 33:15,17
33:23 34:6
34:9,13,16
35:19 36:5
36:10
74:19,24
76:3,5,10
76:12,16
109:15
**accounts** 33:10,12
36:6
**accurate** 33:9 52:4
52:9 54:4
63:18,19
69:6 71:5
75:6
120:14
**accurately** 51:21
**Acquired** 104:6
**action** 1:8
5:8 6:14
84:20
**activities** 32:16
**activity** 8:19
**acts** 15:11
**actual** 16:7
**Adam** 2:19
6:2
**add** 46:15

28:13
**assisting**
28:1
**associated**
57:17
**assume** 7:22
15:22
32:14
43:21
64:20
78:17
98:22
99:21
100:6,24
**assumed**
94:19
**assuming**
78:25
**assumption**
79:19
**AT&T** 20:4
**attached**
86:3
**attachment**
65:2,3
86:14
**attack** 41:17
**attacked**
40:25
**attend** 23:21
51:2
**attended**
23:22 51:1
76:20
77:18
**attendees**
80:2,5
**attending**
77:4
**attention**
31:2 62:25
70:24
80:14,19
86:19 87:8
104:12
**attorney**
57:5
**attorney...**
108:6
**attorneys**

119:11
**audibly** 7:16
**August** 23:20
36:13,13
37:10
38:17,17
**authority**
35:18
43:21
**authorize**
35:15,18
105:23
108:11
**authorized**
43:14
71:17
**authorizing**
108:13
**Ave** 2:20
3:12
**average**
88:23 89:6
**averages**
87:23 88:5
**aware** 15:10
19:17
92:14
100:15
114:7,19
116:18,18
117:9,13

_____
**B**
**B** 3:11 4:10
4:20 80:19
80:24
**bachelor**
31:5
**bachelor's**
31:5
**back** 31:3
42:24 45:9
48:13 50:1
51:24
54:21
64:17
66:12
67:15
71:15 84:7
87:23 88:5

90:1 94:22
95:14
104:15
106:4
115:12
**background**
8:4
**bank** 109:15
**banker** 38:2
**bankers**
43:19,22
44:22
**based** 84:1
95:7 99:5
**basically**
45:6 75:4
**basis** 14:21
21:6 42:1
49:6,8
61:1,17
66:18
98:10,15
99:3
**Bates** 51:6
66:9 78:7
85:5
**bearing** 51:6
85:5
**bears** 63:14
78:7
**becoming**
74:7
**beginning**
26:20,23
27:9,11
76:23 77:4
117:5
**behalf** 2:16
2:24 3:16
5:18,19,22
5:23,25
35:19
**belief** 61:17
**believe**
13:17 19:3
19:7 32:12
32:18,23
33:9,13
36:4 45:1
53:5 57:2

58:9 61:4
61:16
72:17
83:10,17
88:20 94:9
99:21
102:5,7,10
**Benefici...**
104:6
**best** 14:19
19:8,10
**Betsy** 18:5,6
18:16
24:23
25:12 28:8
35:24
77:14 86:7
**Beyond**
117:22
**big** 10:10
44:24
115:23
**billion** 39:3
39:22
42:22
43:13
59:11
65:10 68:7
68:15 71:7
**bingo** 65:18
67:15
**Birmingham**
3:13
**bit** 7:4 8:3
25:4 89:14
**blanche** 45:6
72:11
**block** 42:18
43:10
44:18,20
45:1 72:4
72:8,17
92:15,25
93:9,21
95:11 96:1
96:18 97:7
99:2,7,14
99:20
100:4,5,14
100:17

101:8,19
102:18,22
103:2
104:24
106:17
109:1,11
109:19
110:3,24
111:7,9,25
113:3,12
113:21
114:4
115:25
116:4,15
116:16,20
**blood** 119:10
**board** 11:21
11:21,23
12:2,6,8,9
15:8,10,11
15:11,12
18:23 22:2
23:3,3,9
23:17,21
24:2,4,7
24:12,12
24:15,16
24:21,22
25:6,8,9
25:10,13
25:14,22
25:24,25
26:6,10,12
26:13,18
26:21 27:2
27:6,8,12
28:4,14,24
28:25
29:14,16
29:17,23
30:8,9,23
51:1 76:19
76:20 77:8
77:9,9
78:6,15
79:1,2,6,9
79:10,12
79:13,15
79:16 80:9
81:14,22

83:2 85:11
85:19,21
86:15,16
87:6 90:15
115:21
**book** 85:21
**Booth** 37:13
40:2 57:23
59:14,17
62:18
70:10
85:13
**Boston** 2:21
**bottom** 8:18
**bound** 47:15
47:19
**box** 52:10
**branch** 74:7
**break** 7:24
7:25 25:4
54:8 84:23
89:20
114:21
**Brian** 81:2
85:13
86:25
**brief** 54:20
115:11
**briefly** 7:12
**bring** 44:22
**broad** 3:5
12:18
**Broadway** 2:5
**brokers**
73:11,11
74:5,6
**brokerscan**
74:9
**brought** 50:7
65:14 66:2
**Brown** 81:2
82:1 83:1
84:9 85:13
86:25
**Bruetsch**
2:10 5:20
**buildings**
58:15
**business**
4:22 6:20

17:5,18
19:25 21:4
21:9,10,15
22:14,19
22:22
32:16,19
33:18
40:25
46:13
69:21
82:22
83:20 91:6
112:12
**businesses**
7:2 16:10
36:7 57:17
60:6
**buy** 44:24
104:24
**buyer** 93:25

_____
**C**
**C** 70:24
**c-a-v-s-...**
34:7
**call** 44:25
**called** 13:21
29:6 31:23
44:20
66:14
67:15
73:20
87:14
91:21
93:23
115:18
117:12
**calls** 18:20
23:10,13
**Campus** 1:21
5:13 6:19
16:19,23
17:2 18:2
**capacity**
22:5
102:12,14
**capital**
39:16
49:20,21
59:1 106:6

**capitalized**
60:8,11,14
60:17
**captioned**
120:13
**care** 108:15
**CARL** 1:5
**carte** 45:6
72:11
**case** 24:11
32:1 41:23
47:25
84:20
120:4,5
**cash** 98:19
**causes** 16:5
**Cav** 35:2
**Cavaliers**
33:20,25
34:4 36:1
36:4
**cavsdan** 34:7
34:12
35:19 36:5
76:15
**CBS** 91:21,23
**CEO** 21:9
22:14
62:16,16
64:4
**certain** 9:13
19:11 40:9
49:10
65:23 99:7
113:1,18
**Certainly**
53:11 66:7
**Certificate**
119:3
**Certified**
119:21,23
**certify**
119:4,10
**CFO** 37:13
57:14,15
57:23
62:20 64:7
**cfox@lab...**
2:8
**chairman**

9:16 13:10
13:12
15:18
18:23 22:1
23:2,3,8
32:11,13
33:20 64:2
100:7
105:8
107:20
110:11
**change** 99:2
121:3,5,6
121:8,9,11
121:12,14
121:15,17
121:18,20
122:3,5,6
122:8,9,11
122:12,14
122:15,17
122:18,20
**changes**
120:14,17
**chart** 65:18
**Chief** 57:20
**Chris** 96:23
**Christine**
2:4 5:17
6:11
**City** 90:6,8
90:9
**Civil** 1:8
**clarify** 7:21
**clarifying**
61:22
**class** 6:13
31:23 32:3
52:18,24
53:3,8,15
103:25
104:1,2,18
107:12
**classes**
52:13,17
**Cleveland**
33:20
**client** 44:24
93:24
**close** 39:21

115:23
**coded** 67:20
68:3,5
**cofounder**
10:3,15,23
11:1 13:25
15:5
**coincide...**
97:12
**college** 34:2
55:19 56:9
**color** 51:13
67:20 68:3
68:5
**colored**
67:18
**column** 68:9
68:12 69:9
69:11
70:24 71:6
**combination**
14:12
42:18
56:16
**come** 14:11
17:5,19
28:9 45:9
58:22
94:21 96:8
**comes** 16:2
71:15 95:7
**comfortable**
72:21,25
**coming** 96:10
111:24
**Commission**
99:8
119:25
**commitment**
14:13 15:4
90:6,11,14
90:19 91:3
91:4,11,15
91:22
95:12 96:6
96:18,21
97:3,5,19
97:24,25
98:6
105:11

106:2
107:22
108:24
109:3
110:14,25
112:1
113:4,25
114:6
**commitments**
58:16 60:3
**common** 52:13
52:18
104:1,1,2
104:18
107:12
**commonly**
83:21
**communicate**
19:20,21
20:20
21:10,11
21:20
**communic...**
21:14
**communic...**
18:20
20:18
**communic...**
21:7,20
93:10,12
**Community**
13:22 14:1
14:4,10,14
14:21 15:1
15:6,8,18
15:21,24
16:3 90:5
90:22 91:5
95:23 96:8
96:14
**companies**
1:10 2:25
5:9,23 6:3
9:8,13,17
9:22,24,25
10:7 12:10
14:5,11,14
14:19 15:1
15:11 16:9
16:17

18:23 19:1
19:4 20:21
22:2 23:20
31:18
32:20
34:14
36:14,16
37:10,13
38:1 39:14
40:9 41:17
51:12
53:14
55:13,16
56:15 58:5
62:20,23
69:24 79:3
99:18
105:14
107:25
120:5
**Companies'**
105:8
107:19
110:11
**Companies's**
18:1 21:15
51:21
**company** 12:1
16:7 17:9
22:6 29:23
32:23,24
36:21 37:1
37:3 38:21
38:24
69:21
88:23
99:18
100:7
112:5
118:7
**comparable**
107:2
**compared**
72:12
**Compass**
45:23 46:1
46:19 47:2
47:23 48:3
48:13
49:18 50:1

50:12
**compensa...**
57:5
**complete**
119:9
**completed**
71:21,24
71:25
94:12,15
**completely**
52:5
**completing**
96:18
**complicated**
28:10 52:6
**compressed**
81:4 82:9
82:18
**compressing**
84:11
87:14,21
**computer**
29:1 65:12
65:25
**concept** 44:3
**concerning**
22:19,21
**concluded**
118:22
**condition**
23:25
**conference**
23:10,13
**confiden...**
1:15
118:18,20
**confirm** 54:3
**congratu...**
34:3
**connected**
111:24
119:10
**connecting**
110:24
**connection**
7:2 24:20
28:3 32:13
39:9 43:17
46:12 47:3
84:19

88:15,18
95:4 99:13
99:15,20
100:13,19
101:8,19
102:18
103:2
113:3,20
**Conner** 8:20
**considering**
47:14
**consistent**
9:20 14:2
52:15 53:8
53:19 69:1
74:1 75:2
90:23
**consulted**
116:19,21
116:22,23
116:24
**consults**
57:18
**consummated**
100:18
**contained**
119:6
**contents** 4:1
49:18
102:22
**context**
95:18
**contingent**
96:18 97:6
97:11
**continued**
3:1
**continues**
105:13
107:24
**continuing**
90:17
**contract**
102:16
**contribute**
96:5
**contributed**
83:12,14
95:22
**contribu...**

90:20
**control** 99:3
**controlled**
74:7
**controlling**
54:13
**controversy**
119:13
**conversa...**
45:11 60:1
73:3
111:13,16
**conversa...**
43:23 72:7
72:20,24
73:6
**Cooksey** 86:7
**copies** 79:9
**copy** 8:8,11
8:15 29:24
29:24 30:8
30:20,23
47:13,15
47:19,21
78:9
**corner** 68:12
**corporate**
22:15,16
36:25
51:12,18
51:22 52:1
52:6 53:24
53:25
**corporat...**
40:23
**correct** 10:3
16:20 22:3
23:6 24:3
31:6,7
32:11,15
33:1,5,6
33:21,22
37:8 39:3
39:18 41:7
42:2 44:5
44:6 52:13
55:8,10
61:2,14
63:25
64:16

68:13 70:8
70:9 81:16
81:23
94:13
97:20
100:5,23
105:25
111:7,8
114:3
**corrections**
120:15
**counsel** 5:16
22:15,16
64:10
69:17,19
70:5 73:23
103:14
116:2
**country** 14:7
**County** 119:2
**couple** 10:4
21:16
43:22
104:9
115:14
**course** 7:24
13:7 26:13
28:14
29:17 30:1
103:9
**court** 1:1,25
5:11 7:16
8:10
106:15
118:16,18
**cover** 85:18
93:24
**covering**
21:13
77:24
**covers** 16:9
**COVID** 76:23
**Crain's** 4:22
112:4,11
112:20
113:19
**created** 41:4
**credit** 36:25
**Cromwell** 3:3
5:25

**CRR/RMR/...**
119:20
**CRR/RMR/...**
1:24
**cure** 11:5
**currently**
16:6 33:12
90:13
**customer**
44:23

**D**

**D** 1:10 52:18
52:24 53:3
53:8,15
69:9,11
71:6
103:25
**Dan** 5:8,23
38:11
67:11
68:21
99:19
100:3
102:11
105:9
107:20
110:11
**Dan's** 35:25
**Daniel** 1:11
1:18 3:17
4:5,20 6:1
6:4,18
120:7,24
121:25
122:25
**date** 1:19
17:12,15
63:14 65:8
69:4 72:6
72:18
79:20
92:17
107:12
121:24
122:24
**dated** 65:2
87:20
108:9
**dates** 9:11

61:15
64:15
82:14 93:1
**day** 7:24
24:17
119:15
120:19
**day-to-day**
69:22
**days** 93:6
**deal** 96:7
**December**
25:5,10
88:24
**decide** 71:14
91:15
**decision**
36:16,19
37:18,20
59:15
90:10
**decisions**
38:3
**DECLARATION**
120:9
**declare**
120:11
**decline** 89:5
**decrease**
81:5 82:10
89:10
**decreased**
83:25
**deemed** 19:19
**Defendant**
2:24
**defendants**
1:13 3:16
5:22
**defined** 32:3
**defining**
17:24
**definitely**
27:17
**degree** 15:23
31:5,13
101:23
102:10
**Delaware**
84:20

**delegate**
22:8,11,14
**delivered**
25:1,7,8
25:13,23
48:23
**department**
50:11
**depends**
17:17
26:14
34:25
**depicts** 63:1
**DEPONENT**
1:18
**deposed** 6:22
6:25 7:11
**deposition**
1:16 5:8
5:13 6:19
13:7 31:17
66:4 84:18
88:16,19
118:22
120:1,12
120:16
121:1
122:1
**derivative**
84:19
**described**
82:2
**DESCRIPTION**
4:12
**designate**
118:19
**detailed**
49:1,14
**details**
53:23
**determined**
58:19
60:13
**determining**
39:25
**Detroit** 1:23
2:13 4:22
5:1,14
11:7 16:2
16:3,5

58:15 90:6
90:8,9
105:12
107:23
110:14,25
112:1,6,12
**device** 20:7
20:8,10
**diagonal**
53:13
**diagram**
62:22
**difference**
72:11 94:3
111:21
**different**
9:23 28:10
52:12
**direct** 31:2
74:25 75:5
80:14,19
86:19 87:8
98:3
104:12
**directly**
96:10,12
119:12
**director**
12:15
**directors**
15:8 22:3
23:18 24:2
25:9,14
27:3 30:23
63:1,3,16
63:22
64:14 78:6
78:15
**disclose**
114:10
**discovery**
24:11
73:20
**discuss** 43:4
**discussed**
30:16 38:9
41:25 51:1
82:6
**discussing**
49:17

**discussion**
44:16 55:1
55:5 59:20
81:8 82:7
82:16,23
83:18,25
84:9 88:3
88:22 89:3
89:4,8
94:19
112:25
113:5
**discussions**
36:20 37:9
37:21 38:3
39:9 40:4
42:4,6,12
42:14,15
43:3,17
44:8,9,11
44:12 60:5
60:16 62:2
62:6,9,12
75:12,15
82:15,21
89:13
94:15 98:8
98:13
110:19,22
111:4
113:17
**disease** 11:6
11:7
**disperse**
39:16
**Disposed**
104:6
**dispute** 48:1
**distribute**
62:7 95:6
**distributed**
39:18
64:24
66:20
67:10
68:15
78:17
94:25 95:3
95:4
**distribu...**

79:2
**distribu...**
39:21,25
40:4 58:7
58:11,14
58:20,22
59:5,15,21
61:4,6,7,9
61:11,23
61:24 62:3
62:10,11
64:17,19
65:5,10
66:15,17
66:23 67:2
67:3,13,14
68:1,6,13
68:23 69:2
69:8,12
70:6,10,13
70:19 71:7
71:8,12,13
71:15
109:18
**distribu...**
69:5
**distribu...**
60:20,24
62:12
65:23
70:21
**DISTRICT** 1:1
1:2
**dividend**
106:6
109:6,12
**dividended**
109:16
**DIVISION** 1:3
**document**
10:14 51:6
51:11,13
51:23 52:9
53:5 63:1
63:14 64:1
65:4,8,11
68:11 78:2
84:18 85:5
85:23 89:4
101:2

103:24
104:14
105:5
106:23
107:2
112:14
**documents**
51:16
**doing** 43:11
72:21
108:14
**dollar** 43:5
71:14
**dollars**
43:13
66:21
**donate** 14:20
98:10,15
**donated**
98:17
**donation**
113:14
**double** 46:23
**download** 8:8
8:21
**dozen** 7:3,5
**draft** 22:5
23:4
108:17
**drafts** 23:6
**draw** 62:25
70:24
**dropped**
47:24
48:21 49:2
**duly** 6:5
119:5
_____
E
**E** 4:10
**earlier** 27:9
32:10 33:3
35:24 41:6
41:25
54:24 55:4
60:9 61:19
69:16
70:22
71:17
72:10

76:18,21
77:14
81:13,20
89:14
100:17
109:10
111:6
**early** 18:17
18:22 19:2
19:5,24
20:20,24
21:3 22:1
23:2,8
24:21
25:15 26:5
26:16
27:13,13
27:19
28:24
29:18
30:23 35:6
35:10,14
35:22
46:12 47:7
49:16,22
50:10 51:2
55:10
56:22
59:16,20
71:20 73:9
81:21
82:19,20
83:15
89:15
**earnings**
23:4,9,13
**ease** 8:7
**easier** 24:1
**eastern** 1:2
79:24
**economic**
53:16
**effect** 83:19
**effectuate**
116:3
**efficient**
98:9,14
**either** 13:3
14:11
15:22

19:22
24:15 25:1
30:21 38:4
57:18
73:11
92:13 94:9
**electronic**
29:16
103:20
**Elkins** 37:23
42:16 43:4
43:14,24
58:2 70:13
71:18
92:20
98:13
113:1,5
**Elkins's**
37:25
**email** 18:24
19:1,5
21:20,22
21:24,25
22:17
32:14
46:10,14
46:16
47:14 48:3
65:2 86:7
86:13
**emails** 18:20
19:9,11,16
19:18
**Emerson** 4:13
62:22
**employed**
35:9 36:3
**employee**
36:4
**employees**
11:9,10
12:2,5,11
20:21
37:11,12
**ends** 63:5
**engaged**
43:18
**enlarge**
65:13
**enlighten**

118:3
entertai...
   43:6
entire
   118:20
   120:12
entirety
   27:2
entities
   16:13
entitled
   45:23
   51:11 88:8
   112:4
entity 16:9
   16:15 41:2
episodic
   61:1
equity 65:10
   68:6,13
equivalent
   66:18
ERRATA 120:1
   120:16
   121:1
   122:1
especially
   76:10
   79:20
establish
   90:10
established
   48:5
et 1:5 5:9
   120:5,6
evaluate
   42:16 43:9
eventually
   58:24
exactly 24:4
   38:15
   42:13 44:1
   59:2,18
   64:22
   73:14
   92:24
   99:22
   100:11
   107:4
   110:9

117:20
Examination
   4:7 6:7
examined 6:5
example
   17:16
excess 60:8
exchange
   99:8
   103:25
execute 93:9
   93:15
executed
   93:22,22
   99:14
   111:7
   115:25
execution
   97:7
executive
   12:15
   83:25
executives
   22:8,11
exhibit 4:13
   4:14,15,16
   4:17,18,19
   4:20,21,22
   8:11,14
   10:13
   13:25 31:3
   51:6,9,15
   62:22 65:2
   66:9 78:2
   78:4 79:22
   85:2,5,8
   85:10,14
   87:9
   102:25
   103:5
   106:14,14
   106:16,20
   107:15,16
   108:17,18
   109:22,22
   109:25
   110:2,5,7
   112:3,8
exhibits
   110:7

111:11
114:17
118:21
expected
   38:21,24
   42:1 88:25
expecting
   88:23
experience
   9:6
Expires
   119:25
explain
   107:7
explained
   81:3
explore
   43:19 45:7
extent 48:5

─────── F ───────
facing 16:9
   16:15
fact 27:25
   54:24 55:4
   71:17 82:8
   82:17
   94:21
   113:18,20
faith 48:10
fall 88:24
Fallon 1:24
   5:11
   119:20
false 32:2
familiar
   12:13 13:4
   13:5,21
   15:15 18:8
   24:13 29:6
   29:8,12
   37:22
   45:23
   73:20
   100:10
   115:18
   116:25
   117:3
family 10:12
   10:24 11:3

11:8,11,16
11:25 12:2
12:15,19
12:24 13:2
16:1 34:13
36:7,9
57:16
62:23 90:4
90:21 96:9
98:11,16
98:18,18
fan 46:10,10
Farner 1:11
   3:17 6:1
   15:15,17
   15:17 21:4
   22:13
   37:13 40:2
   42:15 43:4
   43:14,24
   44:9 45:6
   55:9,12,15
   55:19
   59:17,20
   59:23 60:2
   62:14
   63:23 64:4
   71:18
   72:20,24
   73:25 74:2
   74:3,10,21
   75:12,12
   75:17
   82:16 92:8
   98:8
   113:17,18
Farner's
   75:21
   76:15
feasible
   71:19
February
   32:4
federal 6:13
   41:12,13
   41:15,22
feel 72:25
feeling
   101:10

file 99:15
filed 99:19
   99:21,24
   100:1,12
   101:7
   103:1
   107:2,7,9
   108:11,19
   110:17,21
filing
   101:15
   110:23
   111:10,23
filings 22:6
   99:7
filling
   105:1
final 86:3
finance 50:6
   50:11
   77:21
   80:15,17
   85:12
   86:15,24
   87:5
financial
   57:16,21
financially
   119:13
find 11:5
   81:24
   82:23
fine 66:4
finish 115:1
firm 6:12
firms 40:8
   40:20,23
   41:17
first 6:5
   9:7 10:14
   17:1 44:15
   51:19 52:3
   52:7 60:22
   66:8 84:8
   84:13 86:7
   88:13
   104:10
   106:22
   112:15
   119:5

83:13
**focus** 45:13
**folks** 29:11
77:15
**follow** 86:20
**following**
45:13
78:17 86:2
105:12
107:23
110:23
111:23
**follows** 6:6
**footnote**
105:6,6
106:10
107:14,15
107:16
108:21
110:9
114:16
**forecast**
80:20 82:3
84:8 88:9
88:24
**forecasts**
83:20 84:1
89:16
**forgotten**
115:6,8
**form** 4:19,20
4:21 11:13
11:19
14:15
19:13
22:23
23:15
25:16 29:2
30:2,10
32:22
34:21
35:11
36:23
38:14
40:15
41:14
45:18 46:3
46:21
47:16,17
48:16 50:4

50:13
53:21
55:21 56:1
56:14 57:7
60:4 67:5
70:3 71:23
73:2,13
75:23
77:19
78:21 81:7
81:17 83:3
84:3,15
91:1 93:3
97:15
98:23
99:15,19
99:23,25
100:1,12
100:19,21
100:25
101:2,7,9
101:16
102:6,18
102:22
103:1,7,12
105:1,18
106:11,16
107:6,8
108:11,18
109:21,23
110:2,17
110:20,23
111:2,10
111:17,23
113:7,8
114:8,12
114:16
116:5
**formal** 16:11
23:18
**format** 29:17
51:18
112:14
**Fort** 2:12
**forward**
38:17 88:7
114:25
**foundation**
10:12,15
10:24 11:1

11:4,8,11
11:17,25
12:3,16,19
12:24 13:2
14:7 16:1
16:4 30:3
36:9 47:17
47:18 50:5
50:14
58:16
75:24 90:5
90:21
96:10
98:11,16
98:18,19
101:21
**foundations**
11:20
**founded** 9:13
9:25 14:1
**founder** 10:4
**four** 52:12
52:17
**Fox** 2:4 4:7
5:17,17
6:8,11
8:10,17
10:22
11:15,22
12:12
14:16,18
15:14
19:14,15
23:1,16
25:20 29:5
30:4,6,13
32:25 35:4
35:13 37:2
38:16
40:17
41:19
45:22 46:8
46:25
47:20 48:8
48:11,12
49:4 50:9
50:17 51:5
51:10 54:5
54:10,11
54:16,23

55:23 56:5
56:8,17,20
57:9 60:10
63:13,21
67:6,20,24
70:4 72:2
73:8,16
76:2 78:1
78:5,10,13
79:4 81:10
81:19 83:7
84:6,17,25
85:4,9,24
86:2,8,12
87:14,19
89:19 90:3
91:2 93:8
96:25 97:2
97:4,16
99:1 100:2
101:6,18
101:24
102:8,25
103:6
106:13,16
106:21
109:21
110:1
111:3,22
112:3,11
112:13
114:14,20
114:23
115:5,9,14
115:17
116:7,11
118:11
**frame** 39:20
**frames** 29:19
44:15
**Friday** 1:19
5:2,6
**front** 29:25
30:9,15,24
48:1 101:5
103:24
104:15
**fulfilled**
90:14
**full** 6:16

26:17
81:14,22
**fully** 49:12
**function...**
29:6,12
**fund** 12:20
13:21,22
14:1,4,6
14:10,14
14:21,22
14:23 15:2
15:6,9,18
15:21,25
16:3 36:25
90:5,22
91:5,6,7
95:11,16
95:23 96:8
96:10,14
97:18 98:4
105:10
106:2,8
107:21
108:23
109:2
110:13
112:6
113:14
114:5
**funded** 12:19
91:4 98:19
**funding**
14:13,25
49:20,21
91:5 95:19
**funds** 14:10
106:7
114:11
**fungibility**
109:8
**fungible**
58:23 95:1
95:15,17
96:3 106:4
**further**
74:21
119:10

---
**G**
---
**gain** 89:10

gain-on-...
  81:5 82:10
  88:23 89:6
  89:11
general
  12:18 21:6
  21:9 26:9
  36:24
  44:12
  64:10
  69:17,19
  70:5 76:18
  102:16
  103:14
  116:2
generally
  24:23
  26:19
  30:11,17
  33:19,24
  53:25
  54:12,14
  54:14 60:1
  63:20
  64:15 69:6
  77:7 79:17
  94:17
genetic 11:6
gentleman
  37:22
getting 76:8
  85:3
GFF 91:6
  95:12 96:9
  96:21 97:5
  97:18
Gilbert 1:11
  1:18 3:17
  4:5,15,16
  4:17,18,19
  4:20,20,21
  4:21,22
  5:8,23 6:1
  6:4,9,18
  6:22 8:11
  8:14 10:12
  10:23 11:3
  11:8,11,16
  11:25 12:2
  12:15,18

12:24 13:2
15:25 16:4
36:9 38:11
48:2 51:5
51:9,14
54:24
63:24
67:11
68:21
74:15,21
78:2,4,14
85:8 90:4
90:4,21
96:9 98:11
98:15,18
98:18
100:3,13
102:11
103:5,7
105:9
106:20
107:20
108:7
109:25
110:11
112:5,8
115:14
120:7,24
121:25
122:25
Gilbert's
  8:12 74:19
  99:19
  109:23
give 25:3
  30:4 45:6
  57:4 58:17
  66:3 77:11
  90:16 98:2
  103:10
given 27:25
  106:9
  119:9
giving 16:3
  77:15
glance 52:7
glass 65:15
glasses
  56:18 66:2
go 8:4,18

40:23
44:17
47:18
48:13 54:2
54:16
65:18 66:8
69:7 83:21
88:7 94:19
95:14
104:15
109:5
114:25
115:6,9
goal 114:1
goes 35:1
going 7:11
  8:3,7
  17:24 24:6
  25:21
  26:15
  27:24,25
  35:14
  39:15
  44:16 48:7
  54:8,18
  56:17
  64:17 65:1
  65:12,22
  67:4 70:2
  71:22 73:4
  77:23
  82:22
  83:22
  89:22
  90:25
  95:14
  97:14
  101:1,10
  104:15
  109:5,7,22
  112:3
  113:11,16
  118:14
good 5:5 6:9
  48:10 54:7
  54:16 86:2
  89:19 94:2
Goodwin 2:18
  6:2
grab 56:17

graduated
  31:8
Grannemann
  12:13
  15:20
granted
  56:25
  57:11
graph 87:13
Great 8:2
  74:4
green 104:9
Gross 10:10
ground 77:25
guaranteed
  15:1
guess 8:25
  100:10
guidelines
  7:14
guy 12:9
  35:2 57:16
_____
      H
_____
H 4:10
half 7:3,5
  17:1 44:7
  44:14
hand 119:15
handed 47:23
  48:14,18
handful
  11:10
  22:24
  28:15
handle 18:18
  34:18
handwritten
  30:22
happen 72:17
  94:16
happened
  39:5 48:15
  57:2 59:10
  62:10
  72:14
  92:18,20
  92:24 93:4
  93:5
  109:11

happy 112:9
hard 30:20
  109:13,15
head 7:17
header
  112:15
hear 27:17
heard 49:20
  99:9
held 5:13
  23:24
  52:18
  79:23
Hello 6:10
help 28:9
  105:10
  106:1
  107:21
  108:23
  110:13
helped 57:15
helpful 7:16
hereof
  120:16
hereunto
  119:14
hey 46:15
Highlights
  88:9
highly 19:19
  76:11
historical
  87:23 88:5
hold 16:6
  53:3
holding
  32:23,24
Holdings
  1:12 3:17
  5:25 13:5
  13:8 31:20
  103:1
home 26:3
  28:13
hope 48:9
  85:24
hoped 38:12
  39:1 94:4
hoping 38:6
host 29:9

hour 54:9
hours 24:17
  27:7,12
house 23:22
  28:9 76:24
housing 14:6
  14:8 16:4
Hudson 1:25
  5:12

**I**
idea 44:4
  91:12
  114:15
identifi...
  8:13 51:8
  78:3 85:7
  103:4
  106:19
  109:24
  112:7
identified
  69:22
iMessaging
  20:6
important
  19:20
  21:10
  26:14,22
in-house
  22:16
Inc.'s 17:9
include
  63:22 79:9
  80:2,5
included
  106:10
  114:16
includes
  110:9
including
  113:1,19
  118:20
inclusion
  105:17
income 95:7
increased
  74:4
independent
  74:6 81:24

82:5,24
89:3
indicate
  31:4
indicated
  120:15
indicates
  52:12
indirectly
  119:12
inform 19:11
Informally
  19:19
information
  8:22 30:16
  94:7 107:2
  112:18
  117:12,19
  117:21,24
  118:5
informed
  116:14
initial 44:8
  44:16 73:3
inquire 76:4
inside 118:6
insider
  99:12
  116:25
  117:4,10
insiders
  115:21
  117:11
instruct
  74:25
instructed
  43:8
instruct...
  7:14
intend 66:2
intentio...
  48:6
interest
  33:4,8
  40:24
  53:16
  56:25 57:4
  70:23 71:1
  82:8,17,21
  83:12,16

83:19,21
84:1 98:21
105:14
107:25
interested
  43:6
  119:12
interests
  13:19
internal
  38:2
internally
  87:10
interrog...
  73:21,23
  73:24
interrog...
  74:15,17
  74:23
interview
  92:4,9,11
interviewed
  56:2,9,10
intervie...
  91:25
introduce
  5:16 8:7
introduced
  111:10
  114:17
investment
  43:18,22
  44:22
  90:22
investor
  105:9
  107:20
  110:12
involved
  9:22 10:6
  15:20,22
  57:18
  101:15,22
involvement
  15:6,7
IPO 17:9,14
  17:22 18:1
  23:17
  36:22 38:7
  38:12,17

39:3,7,10
39:11,14
39:17 40:1
41:25 42:4
42:7,13
43:25 44:1
45:13,16
46:12
52:18 58:6
58:22,24
59:3,7,24
60:17
61:12,21
72:10,12
73:5 94:4
111:21
issue 106:4
issued 23:5
  73:10
  106:5
issues 27:17
  109:8
issuing
  75:13,17
item 85:12
items 85:11

**J**
James 2:11
  5:19
james.al...
  2:15
Jay 1:10
  3:17 6:1
  15:15 21:4
  22:13 25:2
  37:13 40:2
  42:15 43:4
  59:17
  60:15 62:6
  62:14 64:4
  76:12
  92:17,19
  94:9
  111:13
Jay's 76:10
JD 31:10
Jeanette
  1:24 5:11
  119:20

Jeff 5:24
  12:6,8
  15:13 54:1
  57:12
  64:10
  78:11 80:5
  101:14
Jeffrey 3:4
  3:11 5:21
Jennifer
  4:21 11:2
  11:23
  12:20 24:2
  63:23 80:3
  91:6 96:4
  96:13,15
  97:24
  100:13
  109:23
  110:19
Jennifer's
  110:3
jmorganr...
  3:15
Job 120:3
joint 90:5
jointly 24:7
JP 111:20
judge 48:1
Julie 37:13
  40:2 57:23
  59:14,17
  60:15 62:6
  62:18
  70:10
  85:13

**K**
Keenan 35:3
  35:9,20,21
  36:2,3
  75:21
Keenan's
  35:22
keep 17:24
Keller 2:3
  5:17 6:12
Kentucky
  34:2
kind 16:16

34:25
46:23
57:17 76:9
**kinds** 41:16
**knew** 116:1
**know** 7:25
8:25 12:4
12:23
13:13
14:22
15:13,19
15:22 16:7
16:14
20:11,12
25:5 27:12
28:22
29:21
31:24 35:9
36:9,11
37:15,15
37:18,20
39:5,6,8
43:18,20
44:23 46:9
46:22 47:2
47:13
48:15 49:2
49:9,13
50:10
51:16
56:10,14
56:16,21
56:25
57:20,22
58:4,11
59:12,13
62:20
64:13,21
69:25
71:11,20
71:24 72:3
72:6,14,18
76:25
78:23 79:8
80:24 85:1
90:8 91:4
92:3 93:4
93:7,18,20
94:21,23
94:24 95:2

95:4,6,8
95:20,24
98:21
99:14,16
99:17,19
100:7,8
101:12
102:9
104:23
105:2,4
106:12
112:23
114:3,10
114:12,18
114:23
115:24,24
116:6,8,23
117:3,6
**knowledge**
14:20 19:8
19:10
**known** 33:14
33:15 37:6
83:21
**knows** 48:2
**Kreutzberg**
18:8 20:25
―――――――――
**L**
**L** 4:21
**Labaton** 2:3
5:17 6:12
8:21 48:2
**Lacks** 50:4
**language**
35:16
105:17,23
105:25
113:8
**large** 44:23
44:25
**largest**
58:13
105:9
107:20
110:11
**late** 18:16
18:22 19:2
19:5,12,16
19:24

20:10,19
20:24 21:3
21:13,19
22:1,17
23:2,8
24:8,21
25:14
28:24
29:17,22
30:7,22
34:12
43:24 47:7
49:16,22
50:10 51:2
55:9 56:22
57:13 59:4
59:7,16,19
71:19
81:21 85:3
89:15
**Laura** 12:13
15:20
**Lauren** 3:25
5:10
**law** 6:12
40:8,20,23
41:6,17
100:11
114:12
117:17
**laws** 41:13
41:15
**lawyer** 31:15
102:1
108:14
**lawyers**
101:5
**layout** 53:24
**leading**
53:13
**learn** 111:9
111:12
**learned**
111:6,12
**leave** 26:24
50:12
**left** 50:21
50:21 53:6
63:10
**left-hand**

68:12
**legal** 6:16
16:14 41:3
41:10
102:21
**length** 26:17
81:22
**let's** 18:16
25:5 48:13
67:8 95:19
115:9
**letters** 53:7
65:16,17
66:5
**level** 40:9
109:8,9
**liabilities**
95:7
**liability**
40:7,12,14
40:19 41:3
41:12,22
95:5
**liaison** 36:1
**lieu** 57:5
**life** 7:1
**limited**
17:25
**Lindsay**
10:10
**line** 53:13
53:14
66:17,23
67:16,23
68:3,9
69:7,9,11
70:1,5,10
70:13
79:23
105:6
121:3,6,9
121:12,15
121:18
122:3,6,9
122:12,15
122:18
**lines** 36:25
68:22
**linked** 10:12
**LinkedIn**

4:15 8:8
8:12,24
9:3
**liquidity**
58:14,18
58:21
59:23 60:2
**list** 46:16
80:2
**listed** 10:13
13:24 68:2
68:22
**lists** 9:6
64:1,4,7
64:10
**little** 7:4
8:3 25:4
54:8 89:14
**LLP** 2:3,18
3:3
**Loans** 37:6
**local** 34:2
**located** 5:14
**LOCATION**
1:21
**long** 9:20
13:12,13
26:21
55:15
77:21 93:5
115:15
**longer** 91:20
**look** 8:22
9:7,14
43:15
50:24
51:19
52:10 53:6
53:11,25
68:18,20
71:18
79:22
103:24
107:11
115:2
**looking** 44:4
52:2 67:17
68:9,10,11
85:16
104:5,7

looks 9:4
  52:3,7,7
  63:18
  64:16
  66:20
  67:12,14
  104:25
lot 16:4
  37:11
  49:14
  58:15,24
  102:15
louder 7:4
low 83:11
lower 38:21
  38:23 42:1
lunch 84:23
  89:20
Luncheon
  89:24
Luzod 3:25
  5:10

M
M 1:24 2:4
  119:20
MA 2:21
Machine
  112:16
magnifying
  65:14 66:2
maintain
  8:24 9:3
  16:19,22
  17:1 33:7
  33:14
  34:16 36:6
  105:13
  107:24
maintained
  34:10
  36:10
  98:21
majority
  11:16
  13:16 55:7
  100:8
making 79:19
  90:13
March 1:19

5:2,6 17:9
17:14,22
18:1 25:22
25:24
26:25 27:3
27:8 28:3
28:20
39:21
45:16
64:14 65:3
65:4 67:2
68:7,16
69:3,4
71:2,20
72:4,7,15
72:19 73:9
74:3,10,20
74:21 75:3
75:10,11
75:15,16
75:21
76:13,19
76:20 77:7
78:6,15
79:24 80:8
82:7,12,25
85:10,19
86:16,25
88:3,21,25
89:9 90:7
92:4,15
93:12,14
93:22
95:13 97:6
97:23 98:3
100:18
103:3,17
104:19
106:18
107:13
108:9,12
110:4,8
111:4
112:4
116:14,14
119:15
margin 81:6
82:11
88:23 89:6
mark 8:11

51:5 85:4
102:25
106:13
109:22
112:3
marked 8:13
10:13
13:24 31:3
51:8,15
62:21 65:1
78:2,3
79:22 85:7
85:14
103:4
106:19
108:18
109:24
110:2,5,7
112:7
market 74:4
80:19 82:2
84:7 105:3
marketplace
42:17
markets 14:9
marriage
119:11
Martius 1:21
5:13 6:20
16:19,23
17:2 18:2
mat 37:15
material
117:12,18
117:20,23
118:4,7
materials
24:14,15
24:22 25:8
25:13,24
26:6,13
28:25
29:11,15
29:25 30:9
30:11,15
30:20,24
31:4 77:9
77:11,16
85:19,20
86:3

math 43:11
99:5
math's 39:4
Matt 12:9
37:16 54:1
matter 83:1
119:5,13
120:13
matters
21:10
22:19,22
Matthew
57:10 64:7
mean 9:23
11:14 12:6
14:24
17:15 20:4
20:5,22
21:9 22:2
22:15 23:5
23:25
26:14 28:7
34:17 37:3
40:5 44:15
48:22,25
52:5 53:25
55:2 56:6
58:23 60:5
61:1 76:10
78:23
90:15 93:4
95:19 96:2
98:1 100:6
102:2,15
102:15
106:6
112:21
116:12
117:15
118:6
meaning
68:21
95:18
means 119:7
meant 20:6
40:20
media 33:10
33:12,15
34:22 35:5
35:6,10

76:14
110:24
media's
114:4
medications
7:8
meeting
24:16 25:6
25:7,9,10
25:14,22
25:25
26:13,23
26:24 27:3
27:6,8,12
27:19 29:9
29:11,16
30:1,12,14
30:19
76:19,20
77:1,2,3,6
77:8,9,16
78:5,15,16
78:18 79:1
79:5,6,7
79:10,13
79:16,23
80:9,12
81:2,15,22
82:1,6,25
83:2 85:11
86:17 87:1
87:6 90:15
meetings
17:19
23:18,21
23:24 24:7
24:12,21
26:10,18
26:21 27:5
27:21 28:4
28:14,25
29:14,17
29:23 30:8
51:2,3
76:24 77:4
79:3,15
member 11:21
11:23 12:7
12:8,9
24:2,5

76:14
**members**
115:21
**memory** 9:12
9:20 82:14
**mentioned**
6:11 27:20
32:10 33:3
35:5,23
37:15
44:20
48:13 61:3
68:6 70:22
81:13
100:17
**mentioning**
36:12
**mentions**
71:7
**Merit** 119:22
**message**
22:18
**messaging**
19:25 20:3
20:8,19,19
20:24 21:3
21:8,17
32:16
**met** 23:18
55:19,24
**metadata**
48:4
**Michigan** 1:2
1:23 2:13
3:13 5:1
5:14 6:14
31:5 55:17
55:24 56:4
56:9 119:1
119:24
**mid** 76:13
116:14
**Mike** 35:3,9
35:20,21
76:6
**million** 39:2
66:21,24
69:9,14
70:8,11,14
90:7,20,20

90:21
91:12
92:14
93:25
94:21,24
95:5,10,11
95:21,22
95:24 96:6
96:17,19
97:5,8,19
98:1,20
99:2
100:14
104:3,3,7
104:20
105:11
106:1,2,5
107:13,22
108:23,24
109:3,14
109:18,20
110:14,25
111:20,25
112:1,5
113:4,23
113:25
114:5
**mind** 38:11
45:10
70:16
117:7
**minimum**
14:25
**minority**
10:5,6
**minute**
103:10
**minutes**
27:11 78:5
78:14,20
78:23,24
79:2,9,13
79:14,16
**mischara...**
46:4 48:17
53:22
81:18
98:24
101:2
114:9

**mischara...**
71:23
**misimpre...**
114:4
**mislead** 48:6
56:6
**mission** 11:3
14:4 15:24
15:25
**missions**
11:5
**mistyped**
56:5,7
**moments**
97:17
**money** 12:21
14:20 40:6
40:11,13
40:18 41:2
41:10
58:24,24
59:2 60:6
91:9 94:18
94:19 95:2
95:4,14,16
95:17,24
95:25 96:5
106:4
109:7,16
**money's**
58:23 95:1
96:2 109:4
**monies** 41:20
58:21
**Monroe** 1:22
5:14
**month** 112:23
**monthly**
45:19
**months** 91:17
**Morgan** 93:11
93:12,23
104:24
111:20
**Morganroth**
3:10,10,11
5:21,21
8:16 10:18
11:13,19
12:8 14:15

19:13
22:23
23:15
25:16 29:2
30:2,10
32:22
34:21
35:11
36:23
38:14
40:15
41:14
45:18 46:3
46:21
47:16
50:13
53:21 54:7
55:21,25
56:3,21
57:1,4,7
60:4 63:8
63:11
64:10 67:4
67:17,21
70:2 71:22
73:2,13
75:23
77:19,23
78:9,12,21
80:5 81:7
81:17 83:3
84:3,15,22
85:1,25
86:6,9
87:17
90:25 93:3
97:14
98:23
99:25
101:1,14
101:14,17
101:20
102:1,4,6
102:9,11
102:21
103:14
108:4
110:8
111:2,17
114:8,22

115:2
116:5,10
118:13,17
118:19
**morning** 5:5
6:9 86:2
91:22,24
**mortgage**
37:1,3,4
73:10
99:17
**mother** 66:3
**move** 40:6,10
40:18 60:8
**moved** 41:21
**moving** 40:12
41:2,10
**multiple**
34:23

**N**

**nail** 27:10
**name** 6:16
10:10 35:3
37:22
52:21
68:21 69:3
73:24
99:20,24
100:3,3,13
101:8
106:17
107:3,8
108:11,18
109:23
110:3
120:5
**name's** 5:10
**named** 12:9
**names** 9:23
**Natasha** 86:7
**Nationwide**
5:12
**nature** 21:7
42:14
45:11
**need** 7:24
9:14 60:6
60:7 65:14
66:4 97:22

99:7,24
100:1
**needed** 27:17
27:18
93:24
**needs** 17:17
44:24
**negative**
46:24
**neighbor...**
90:9
105:12
107:23
110:15
**net** 89:10
**neurofib...**
11:6
**never** 9:1
23:12
69:21,22
72:16
**new** 2:6 3:6
61:10
**news** 34:25
74:4
**night** 34:1
**nod** 7:17
**Non-Deri...**
104:5
**non-public**
117:12,19
117:21,23
118:5
**nonprofit**
14:7,7
**nonprofits**
14:8
**North** 3:12
**Northern** 1:3
2:20
**Notary** 119:3
119:24
**note** 50:22
**noted** 90:19
**notes** 30:22
115:3
**Notice** 65:16
**notifica...**
76:9
**Now's** 54:16

**number** 4:12
20:10,12
42:23
43:16 66:9
66:22
70:25 74:9
74:23
95:23
104:10
**numbers**
20:15 54:3
54:4 65:16
65:17 66:5
**NY** 2:6 3:6

---

**O**

**o'clock**
114:24
**Oakland** 34:1
119:2,24
**oath** 7:6
120:17
**object** 67:4
70:2 71:22
77:23
90:25
97:14
101:2
**objection**
11:13,19
14:15
19:13
22:23
23:15
25:16 29:2
30:2,10
32:22
34:21
35:11
36:23
38:14
40:15
41:14
45:18 46:3
46:21
47:16,17
48:16 50:4
50:13
53:21
55:21,25

57:7 60:4
73:2,13
75:23
77:19
78:21 81:7
81:17 83:3
84:3,15
93:3 98:23
99:25
101:17,20
102:6
111:2,17
114:8
116:5
**obligation**
114:10
**obligations**
58:15
**obtain** 94:7
**occurred**
72:4,6
92:25 93:2
100:22
106:18
110:4
**off-market**
45:2
**offer** 120:17
**offering**
42:8 43:6
43:14,18
44:4,10,13
44:17 45:7
71:19,21
71:24 72:1
72:16,21
**offhand**
101:12
**office** 16:19
16:22 17:1
17:5,10,13
17:13
45:15
48:21,22
57:16
77:22
**officer**
57:21
99:11
100:6

**officers**
63:1,3,16
64:14
69:24
115:21
**official**
35:22
**Oh** 7:3 10:20
78:10,11
115:4
**okay** 9:15
13:9 31:18
31:21 32:8
32:9 39:5
51:25 54:6
54:18 56:5
56:19
61:10 63:9
66:13
67:21 68:5
71:6 75:7
80:16
84:25 86:9
86:11
87:16,17
89:21 92:2
92:5
103:21
104:17
106:25
108:8
114:22
115:9,16
116:10,25
118:1,2,14
**Old** 3:12
**omissions**
32:3
**once** 17:10
17:11
45:15
69:20
71:14
**one's** 10:8
**one-third**
90:24
**ones** 12:4
45:21 58:3
**operated**
32:24

**operating**
32:18
40:25 60:6
69:20,21
**opportunity**
94:3
106:23
111:19
**order** 93:9
98:4 116:3
**original**
43:7
**originally**
42:19
117:6
**originators**
83:22
**overall** 67:7
67:13
85:21
**overcapi...**
61:20
**overlap** 16:5
**overlapped**
16:2
**overlapping**
15:25
**overly** 60:8
60:11,13
60:17
**overview**
80:15,17
85:12
86:16,24
87:5
**owned** 98:24
104:6
**owner** 11:16
**owners** 11:20
**ownership**
65:4 68:7
71:1

---

**P**

**P** 2:11
**p.m** 89:25,25
118:22
**package** 25:1
25:24
**packages**

24:12
**packet** 25:8
**page** 4:3,12
8:18 9:7
10:14,19
31:4 51:19
51:24 52:2
62:25 63:4
63:4,5,5
65:6,9
66:8,11,12
67:9,10,15
67:16,18
67:20 68:1
68:3,5
80:14,16
80:17 84:7
85:18,22
87:8,9,11
88:7
103:24
104:15
112:15
121:3,6,9
121:12,15
121:18
122:3,6,9
122:12,15
122:18
**pages** 49:14
49:15 52:3
88:7
**paid** 39:7,11
59:19
**pandemic**
21:12
**paper** 47:15
47:19
**paperwork**
100:23
**part** 14:5
24:11 27:9
27:11,13
30:11,14
36:16 37:1
37:9,18,20
37:21 40:3
59:14
60:16 62:2
77:12,13

82:5,22
85:21
93:11
**participate**
23:9 24:6
26:17
27:13 30:8
100:18
**particip...**
23:12
29:23 77:1
84:19 92:8
92:11
**particip...**
24:20
26:10 27:2
27:22 28:2
77:12 81:1
**particular**
21:23 25:6
32:1 41:22
85:20
88:18 89:4
**parties** 7:20
119:11
**partners**
74:9
**pay** 59:15
**PDF** 8:11
65:5
112:14
**penalty**
120:9,11
**pending** 6:14
8:1 84:20
**people** 16:17
34:23
69:22,22
69:23
**percent**
13:18,20
33:4,7
53:7,15,15
53:20
64:20,21
70:23,25
71:4 88:25
89:1 91:9
98:21
105:13

107:25
**percentage**
89:1 99:3
**percentages**
51:20,23
**period** 7:20
31:23 32:3
40:6,10
46:5 48:4
114:11
**periodic**
15:3 17:6
45:16
49:23 51:3
60:23,25
82:21
**periodic...**
21:5 29:20
40:18
48:24
50:16 60:5
**perjury**
120:9,11
**person** 8:20
**personal**
12:21
64:18
102:12,14
107:3
109:8
**personally**
34:17 38:5
38:12
58:15
74:22 91:7
107:5
**personnel**
74:18,24
**philanth...**
90:6,19
95:12 96:6
96:17,21
97:5,19,24
97:25 98:6
106:2
109:3
110:25
112:1
113:4,25
**philanth...**

112:6
**phone** 18:20
19:23
20:12
**phones** 20:14
**phrase** 14:16
32:5
**physical**
23:25
26:15 28:1
**physically**
17:10
45:14
**picture** 76:7
112:10
**plaintiff**
40:20,22
**plaintiffs**
1:6 2:16
5:18,20
6:13 32:2
**plaintiffs'**
41:16
**plan** 36:22
36:24
105:25
108:22
**planned**
114:11
**planning**
39:10
**plans** 105:9
107:21
110:12
**platform**
33:15
**play** 36:19
90:10,13
90:17
**PLC** 2:10
**please** 5:16
7:20,25
**PLLC** 3:10
**point** 42:13
57:2,11
59:1 61:20
73:6 84:22
117:2
**pointing**
85:17

**pol** 79:1
**policy** 79:12
117:1,4,10
**portion**
39:17 77:2
77:16 81:1
81:25
86:16 87:3
97:19,23
105:10
106:1
107:21
108:23
110:12
114:5
**position**
16:11
93:24
**positions**
16:6
**possession**
77:8
117:11
**possibility**
43:19 45:7
65:12
**possible** 7:4
44:10,13
**post** 23:17
45:16
46:12 59:7
59:24
60:16
61:12
**posted** 74:20
**potential**
41:12 95:5
**potentially**
43:9
**power** 53:8
53:15,20
**practice**
25:12
26:12 30:7
31:15
50:11,15
79:9,18
**pre-tax**
66:18
**preparation**

88:16,19
101:16
**prepared**
73:23
86:24
**presence**
119:7
**present** 3:24
86:24
**presenta...**
29:15,25
81:2 82:2
82:24
85:20
**presented**
80:8,10,13
83:1 84:10
85:13
86:25 87:5
**president**
64:4
**press** 23:4
90:18
**pretty** 52:6
85:2
106:25
107:1
**prevalent**
40:22
**previously**
62:21 65:1
110:10
**price** 42:24
42:25
72:20,25
104:20,23
105:3
**priced** 38:18
39:2 41:25
**primarily**
14:9 21:18
23:22
40:23
**primary** 10:4
11:3 13:15
87:15,21
**primary-...**
81:4 82:9
82:18
84:11

87:22 88:4
**print** 24:23
50:12 54:1
112:14
**printed** 26:6
47:21
48:14,19
49:23 50:1
50:2,6,8
103:18
**printer** 26:3
**prior** 23:5
53:22
74:23 79:2
79:16
91:17
**private** 72:3
72:8 92:15
92:25 93:9
95:10
96:18 97:7
99:2,6,14
99:20
100:14,17
101:8,19
102:1,2,18
102:22
103:2
105:7
106:17
107:18
109:1,18
110:3,24
111:7,9,25
113:3,12
113:20
114:4
115:25
116:3
**Pro** 74:4,8
**probably** 7:3
7:5 21:22
22:24
26:24
31:14 40:2
43:21
49:13 50:2
61:20
89:19
101:22

**procedure**
19:17
**proceeding**
77:10
**proceeds**
36:22,24
39:6,10,14
39:17 40:1
58:7,12,22
61:21
64:19,20
94:16
95:10
105:10
106:1
107:21
108:23,25
109:1,11
110:13
113:11
**process** 79:2
**Procter** 2:18
6:3
**produced**
45:19
**profile** 4:15
8:9,24 9:3
**profiled**
8:12
**program**
91:21
**prohibited**
117:10
**projected**
28:25 29:4
89:5,10
**promise**
114:24
115:15
**promised**
14:25
**proprietary**
65:21
**protect** 40:7
40:11,19
40:24 41:3
41:16
**protecting**
40:13
**protects**

41:21
**provide**
59:23
**provided**
77:21
**providing**
60:2
**public** 16:8
16:15 22:6
23:20
28:16,17
32:21
36:14,17
36:21
37:10,19
55:13,15
118:8,10
119:3,24
**purport**
86:15
**purposes**
17:5 19:25
21:4 36:25
58:14,21
**pushing**
94:18
**put** 27:19
29:20
95:21
**putting**
100:24
101:5

_____
**Q**
**Q1** 87:5
**quarterly**
23:9
**question**
7:19,21,22
8:1 16:25
24:6 27:25
29:15 30:5
40:16 41:1
41:5,9
47:1 48:7
48:9 52:1
53:10 61:3
61:10,22
63:15
67:25

72:14
83:23,24
84:16
86:13,14
89:2,8
97:15
98:25
105:22
106:22
108:16
113:16
117:22,25
**questions**
25:21
36:12
65:23
76:18
115:15
118:12,13
**quick** 8:9
**Quicken** 37:6
**quickly** 8:5
31:2
**quite** 76:25

_____
**R**
**raise** 38:6
38:13
**raised** 39:3
**rarely** 18:25
33:16
**rates** 82:9
82:17,21
83:12,16
83:19,21
84:1
**RCF** 95:12
96:22 97:6
**RCI** 22:2,9
24:7,12,21
25:6 26:10
26:17 28:4
28:14,24
30:8 31:17
36:3 37:18
38:6,12
39:14,17
39:22,24
40:1,13,14
41:11,16

42:7 43:18
43:25 44:4
44:13
45:16
46:13,15
47:3 49:18
49:23 51:1
51:3 52:12
53:3,20
54:13,25
55:13,15
57:23 59:4
59:15,19
60:13,17
60:20 61:5
61:9,12,19
62:16
69:17 70:6
72:4,8
73:17
75:16
76:19,20
77:8 78:5
78:15 79:5
79:12,18
81:22 82:1
82:8 83:25
88:3,5,22
89:5,9
93:17
96:16 97:7
98:10,15
98:17,20
98:21 99:4
102:9
103:25
104:1,2
105:3
114:3
**RCI's** 22:2
23:3,8,9
23:17 24:2
39:11
42:10 58:6
58:22
71:19 79:9
116:12,25
117:10
**read** 49:12
74:17

80:22,24
80:25
101:4
103:8
107:16,17
110:10
112:22
113:7,9
117:2,6,8
120:11,13
**reading** 65:7
84:13
85:18,25
117:15
**reads** 87:21
105:6
**really** 14:5
15:7 31:2
32:18
47:14
69:20,21
69:22 76:5
90:16
91:19 93:6
94:17 96:2
106:12
**Realtime**
119:21
**reason** 9:11
21:23
121:5,8,11
121:14,17
121:20
122:5,8,11
122:14,17
122:20
**reasons**
41:18 60:9
**recall** 13:1
17:23 20:9
20:11,22
21:1,19
22:24
23:17,19
24:9,10
25:7,11,17
25:19,22
26:1,7
27:4,15,21
28:17 29:3

29:19
30:18,25
31:8 34:15
35:7,12,21
36:13 38:8
38:9,15,19
38:23 39:9
39:12,15
39:19,21
39:23 40:3
40:5 43:16
43:23 44:1
44:11,12
44:15,18
45:11,21
46:6,9,11
46:14,15
46:17 47:9
48:24 49:2
49:17,19
49:22,25
51:4 52:17
52:18,20
54:3,25
55:5,11
56:12,24
57:3,10,23
58:2,6,6
58:10 59:4
59:8,9,11
59:22,25
60:1,16,18
60:19 61:5
61:8,11,13
61:15,24
62:2,9,11
62:15,17
62:18
64:18,23
68:18 69:4
69:5 70:18
70:20,22
72:7,19
73:9,14,14
74:12
75:14,20
75:25 76:1
76:8,17,19
76:21,25
77:3,6,11

80:8 81:1
81:8,13
82:5,7,16
83:8,17
84:21 87:4
87:25 88:2
88:6,11,21
89:18 90:4
91:16,19
91:21,23
92:7,8,13
92:17,17
93:1,2
99:22
100:12
101:7,10
101:13,14
102:17,20
102:24
103:11
105:19,21
105:24
107:10
108:13,20
109:17
110:6,18
110:24
111:16
112:21,22
112:24
113:24
**recalled**
61:23
**receive**
89:16
**received**
19:16
47:13
48:23,24
48:25
49:12
68:22 69:8
69:12 70:6
70:10,13
89:15
**receiving**
87:4 89:18
**recess** 54:20
89:24
115:11

**recipient**
45:15 46:1
46:11,19
48:3
**recipients**
46:4
**recognize**
51:14
106:22
112:18
**recognizing**
21:12
26:15
45:14
**recollec...**
14:2 27:1
27:20
46:18,22
49:5 52:16
53:1,9,19
53:23
54:12,14
63:2,16
67:1 68:14
69:1 71:1
74:1 75:2
79:14,20
80:13
81:25 83:5
84:5 86:23
87:2 89:7
89:12
**record** 5:6
5:16 6:11
6:17 54:17
54:19,22
65:7 83:9
83:13
89:23 90:2
97:1
107:17
110:10
113:9
115:9,10
115:13
118:15
**recovery**
26:16 28:1
76:22
81:20

rectangle
  53:6,11
rectangular
  63:10
red 51:20
  104:7,9
reduced
  119:7
refer 13:7
  31:17,20
  31:23 66:5
referenced
  74:16,23
referred
  72:3
referring
  7:20 32:6
  34:6 42:22
  79:5 92:20
reflect 68:1
reflects
  67:10
reframe 47:1
refresh 53:1
  63:2,15
  67:1 68:14
  70:25
  86:23 87:2
regarding
  72:8,20,25
  75:16,22
  82:8 84:10
  87:4 89:5
  89:9 96:14
Registered
  119:22
regular
  25:12 49:6
  49:8 50:11
  50:15 61:1
  79:8
regularly
  89:15
regulation
  114:19
regulations
  107:5
  117:17
regurgit...
  117:22

rehab 24:1
rehabbing
  24:1
rejected
  74:6
related 11:7
  14:8 32:17
  33:18,19
  33:24,25
  34:13 95:8
relatively
  8:4
release
  90:18
released
  118:8,9,10
releases
  23:4
remain 39:14
remember
  9:12 28:23
  42:13 58:1
  73:7 83:10
  91:16,23
  94:10
  101:12
  111:24
  117:15
remembering
  62:10
remote 28:14
remotely
  24:20
  26:10 77:1
reopen 116:2
reopened
  116:13,16
reopening
  116:15,20
repeat 53:10
rephrase
  30:5 55:3
report 45:23
  45:24 46:2
  47:2,23
  49:18,20
  50:1 99:12
  107:5
reported 5:7
  105:8

107:19
reporter
  1:24 5:11
  7:16 8:10
  91:24 92:3
  106:15
  118:16,18
  119:21,22
  119:23
Reporting
  1:25 5:12
reports
  45:16,19
  46:11,19
  47:5 48:3
  48:13 49:1
  49:23
  50:12,21
  89:14
represent
  6:13 9:8
  51:21
  73:24 75:9
  102:4,11
represented
  52:2
represen...
  113:2,2,19
represents
  102:9
request
  50:19 75:1
require
  116:23
required
  93:19
  99:15,21
  100:12,15
  107:9
  116:19,21
reserve 48:7
respect
  16:25
  40:13
  101:7
response
  61:3 73:17
  75:13,17
responses
  74:15

responsi...
  22:8,12
responsible
  39:24
  74:18,24
  77:15
rest 31:17
restart
  96:24
resulting
  81:5 82:10
results 74:7
  83:9,13
retracing
  87:23
retweet 35:1
  73:25 75:1
  75:3,4,5
  75:10 76:1
  76:3,11
retweeted
  74:14,19
  75:21 76:4
  76:9,15
retweeting
  74:12,25
  75:25
revenue 88:9
  89:11
review 22:5
  23:3 35:18
  49:8 74:22
  76:5
  100:19
  102:18
  106:24
reviewed
  100:25
  101:9
revised
  89:16
revitali...
  105:11
  107:23
  110:14
rhetorical
  117:25
RHI 4:19
  13:8,10,12
  13:13,16

13:19
14:11
31:20
32:11,13
32:17,18
32:21,23
33:4,8
37:9,12
39:7,11,18
39:22 40:1
40:6,11,19
41:11,21
52:18 53:7
53:7,11,19
54:12 55:5
55:7,9
56:13,16
56:22,25
57:4,10,14
57:21,23
58:2,4,7
58:25 59:1
59:5,16,19
59:23 60:2
60:9,20
61:5,7,9
61:12,23
62:4,5,7
62:14,17
62:19 63:2
63:3,6,16
64:2,5,8
64:11,14
64:17 65:4
66:14 67:2
68:15
69:19,20
69:23
70:11,19
70:23 71:1
92:14
93:15,17
94:17,18
94:20,22
94:25 95:2
95:4,6,19
96:4,5,7
96:11 97:7
97:18,22
98:3,10,15

98:20,21
98:24 99:3
99:13,15
99:17
100:9
102:4
103:14
105:9,12
106:5,5
107:20,24
109:5,5,8
109:12,14
109:14,17
110:12
**right** 7:18
7:23 13:20
14:3 17:11
24:16
31:10 39:4
44:17
52:10,21
61:5 63:8
65:7 66:1
68:11
75:20
85:17 92:6
94:22 98:2
104:25
108:14
114:18
118:10
**rights** 48:7
**rise** 83:16
**rising** 81:3
82:8,17
83:19 84:1
84:10
**Rizik** 4:14
12:9 37:16
54:1 57:10
57:13
63:23 64:7
65:2 66:9
69:7,12
**rock** 1:12
3:17 5:25
13:5,8
16:6,7,9
16:12,18
18:10

31:20
56:15 58:5
62:16
69:23
95:23 96:8
98:10
99:18
103:1
**Rocket** 1:10
2:25 5:9
5:23 6:3
7:2 9:17
9:22,24,25
10:7 12:1
13:21 14:1
14:4,5,10
14:11,14
14:14,19
14:21 15:1
15:1,6,8
15:11,18
15:20,24
16:3 17:8
18:1,23
19:1,4
20:21
21:15 22:2
23:20,21
29:22
31:18
32:20
34:13 36:7
36:14,16
37:4,10,13
38:1 39:3
39:6,13,14
41:25 42:4
42:7 51:12
51:21
53:14
55:13
62:20,23
72:8 73:1
73:12 74:4
74:8 81:5
82:10,18
82:24 83:8
83:18 90:5
90:22 91:5
92:15

96:13
105:8,14
107:19,25
110:11
112:5
117:9
120:5
**Rocket's**
17:14
45:13
83:12,20
84:11
116:2
117:3
**Rocket_M...**
66:10 78:7
86:20 87:9
88:8
**Rocket_M...**
4:14
**Rocket_M...**
4:18 85:6
**Rocket_M...**
4:16 51:7
**Rocket_M...**
4:17
**Rocket_M...**
4:13
**role** 10:10
18:12,22
32:13
35:25
36:19
37:25
69:19
73:17
90:10,13
90:17
**rough** 43:11
**row** 68:18,20
70:24
104:18
107:12
**run** 7:12
57:19
**running**
22:13
114:23
**runs** 57:16
**Rutherford**

8:20
_____
**S**
_____
**S** 4:10
107:14
**sale** 42:18
43:10
44:18,20
45:1 72:8
72:17
92:18,19
92:23 93:2
93:15,17
98:20 99:2
100:4,5
104:2
105:8,12
107:19,24
108:25
109:1,12
114:4
117:10
**satisfy**
97:23
**save** 120:14
**saw** 69:24
78:25
**saying** 61:8
71:3 75:4
78:25
79:17,18
**says** 8:19,19
9:16 10:3
10:14,23
13:25
31:10
52:14,24
53:7,14
66:17 68:6
68:20 69:7
70:5 71:3
71:4,6,7
79:23
85:18
101:3
104:8,18
107:12
112:16
**schedule**
17:18

**scheduling**
18:21
**Schenk** 2:10
5:20
**school** 41:6
**Scott** 3:4
5:24,24
37:23,25
42:16 43:4
45:8 47:25
48:16,20
50:4 58:2
78:11
85:23
92:18,19
92:20 94:9
96:23 97:1
98:13
111:14
113:5
**scottj@s...**
3:8
**screen** 29:1
29:1,4,7
**SEC** 22:5
99:16
107:7
108:19
110:17
**second** 8:18
18:13,14
30:4 31:3
54:10
62:25
79:23
**secondary**
42:7,18
43:5,9,13
43:17 44:4
44:10,13
44:17 45:7
71:19,24
72:1,16,21
87:15,22
**secretary**
64:11
103:14
**section**
80:15,19
80:24 84:8

securities
6:13 41:12
41:13,15
41:22 99:8
104:5
see 9:18
10:16,17
10:21 23:7
30:4 46:16
47:7,10
49:10
51:23,25
52:22,24
53:17
63:22 64:1
65:17,19
66:6,16,17
66:24
68:23
69:11,15
69:16 71:8
71:15
78:24
79:25 80:2
80:5 84:18
85:16,22
86:5,22
87:12
88:10,15
88:18
103:15,18
103:18,22
103:25
104:4,4,13
104:21
105:15
108:1,3,9
108:17
112:22
seeing 84:9
84:21
87:25
88:11,13
103:11
112:21
seek 102:21
seeking
116:2
seen 9:1
24:11

29:13 47:5
49:11
51:16
78:14,19
78:23
85:14
86:13,14
87:20,24
103:7
110:4
112:19
sell 44:24
97:22 98:4
111:20
selling
72:25
94:18
sells 112:5
send 76:7,8
sense 27:11
117:16
sensitive
27:24
sent 34:2
separate
15:10,12
September
63:14,17
63:19
series 25:21
served 32:10
73:23
service
19:25 20:2
20:4
services
23:23
set 14:5,20
15:4 17:12
17:15 87:4
119:14
shape 63:10
shapes 51:20
share 29:7,9
38:18,25
39:2 42:1
42:24,25
71:8,13,16
74:5 104:3
shared 29:16

shareholder
13:15,16
54:13 55:7
55:9 56:13
56:14,15
56:22
57:10,24
58:2,13
64:21 68:2
70:19
100:9
sharehol...
10:5,6
33:1 54:25
55:5 58:8
58:12,17
61:8,24
62:7 64:18
66:14 68:2
68:16
94:25
109:19
shares 39:2
52:24 53:3
53:8,15
57:11
58:25
97:22 98:4
98:10,15
98:17
104:20,24
105:7
107:13,18
SHEET 120:1
120:16
121:1
122:1
short 93:24
shortfall
43:7
Shorthand
119:23
shots 40:8
show 51:18
62:21 65:1
101:11
shred 30:21
Shupe 1:5
5:8 120:5
sign 100:22

101:5
signature
100:24
103:18,20
118:16
121:24
122:24
signed
103:13,17
108:3
110:8
120:19
signific...
74:8
signing
108:6
silly 65:14
similar
51:16 89:8
106:25
107:1
108:16
simply 68:1
simultan...
104:2
sitting
25:23
35:21 40:3
56:12,21
61:5 64:23
75:20
102:17
108:21
109:17
111:15
114:15
Six 106:15
size 59:21
65:13,23
67:2 69:2
Slack 20:6
slide 87:20
87:24,25
88:11,13
88:15,18
slides 85:10
86:15,20
86:22 87:4
slightly
55:6 91:23

99:5
Slutsky 2:19
6:2,2 48:9
small 65:11
65:24
social 33:10
33:12,15
34:22 35:5
35:6,9
76:14
sold 92:14
104:19
105:7
107:13,18
solely 28:3
somebody 9:2
9:4 22:14
25:2 47:21
56:11 76:6
100:22
soon 7:25
84:22 85:2
93:2
sorry 24:18
47:25 55:3
56:5 66:24
69:9 78:11
96:23
99:10
101:25
104:15
sort 16:8,14
32:23
50:22
57:15
72:10 73:3
sought 93:14
93:18
110:16,20
116:13
sound 74:1
90:23 92:6
sounds 13:20
14:3 33:6
39:4 113:7
speak 7:4
speaking
54:24
specific
25:10 43:5

43:5 44:11
45:10
50:19
51:17 52:8
62:11 73:5
77:1,3,6,7
79:20
80:12 81:8
82:14
89:12
103:11
106:10
109:7
**specific...**
20:22 21:1
26:1,7
27:4,15
29:19
30:17 35:7
38:8 39:8
39:15,19
39:23 40:5
41:15
43:16
45:12,21
46:13 47:9
54:3 56:10
59:9,25
61:15
76:21 83:5
83:24
86:19 95:8
95:15,16
102:20
106:8
109:4,16
109:20
111:16
117:13,15
**specifics**
107:4
**speed** 52:5
**spelled** 60:9
**spoke** 71:17
89:14
92:21
111:6
**sports** 33:19
33:24
**spread** 81:4

82:9,18
84:11
**spreads**
87:15,22
87:22 88:4
**Sr** 2:11
**stamp** 51:6
78:7 85:5
**standpoint**
41:10
**Stanley**
93:11,12
93:23
104:24
**start** 18:16
25:14 97:3
**state** 31:5
31:11
55:17,24
56:4,9
74:15
119:1
**stated** 61:19
72:10
76:21
108:22
**statement**
66:15
74:16,17
74:19,22
74:25 75:1
**statements**
32:2
**states** 1:1
74:16,22
**stay** 27:5,7
81:14,21
**stayed** 81:25
**Ste** 2:12
3:12
**stenogra...**
5:7
**stenography**
119:8
**Steve** 111:13
**stick** 114:24
**stock** 42:10
44:5,25,25
52:13,17
52:19

71:19 72:4
72:9 73:1
92:15
93:17 94:1
94:1 98:20
99:3 104:1
104:1,2,19
107:12,13
111:20
112:5
115:22
117:11
**Stone** 18:5,6
18:16,17
19:4,8,11
20:3,18
25:7,23
28:12
77:14 86:7
**Stone's**
25:12
**strange**
114:13
**Street** 1:22
3:5 5:14
**strike** 8:23
13:4,15
19:9 22:17
28:11 34:5
36:2 39:5
42:4 50:18
53:1 58:10
58:19
59:13
60:19 67:8
68:18
70:16 75:8
94:6 96:14
96:16
104:14
111:5
112:24
**stroke** 17:6
21:13
76:22
**strokes**
12:18
**structure**
51:12,18
51:22 52:1

52:6,8
53:24 54:1
**structured**
11:11,14
**stuff** 18:19
18:21
33:19,24
33:25 34:4
34:25 35:3
101:4
102:16
**subject** 83:1
**subsequent**
79:10,13
**subtracted**
43:1
**successful**
94:5
**Sucharow** 2:3
5:18 6:12
**Sullivan** 3:3
5:24
**Summary**
51:12 65:5
**support** 14:6
14:8 16:17
**supports**
16:4,4
**sure** 7:13
8:6 11:12
20:22 21:1
24:4 31:19
40:18
42:23 47:1
48:8 52:10
57:12 59:1
74:3 90:13
96:21,25
99:2
100:22
109:10,12
112:9
115:5
117:2,8
**surprise**
46:2,6
**swearing**
5:15
**switched**
20:14,15

**sworn** 6:5
119:5

**T**

**T** 3:4 4:10
**table** 4:1
104:5,10
104:18
107:11
**take** 7:25
9:6 25:5
30:22
36:16
37:10,18
40:8 76:7
84:7,23
89:20
112:11
114:20
**taken** 54:20
115:11
119:5
120:12
**talked** 43:21
**talking** 43:3
43:12 55:4
59:6 67:3
67:7 74:2
86:6,9,18
108:25
113:8
116:17
**target** 38:11
43:8
**targeted**
42:19,21
**targeting**
38:25
**targets** 38:5
38:9
**tasks** 18:17
**tax** 95:5,6
98:9,14
**team** 34:22
35:5,6,10
35:23,23
35:24,25
48:22 50:7
76:14
77:21

**technically**
39:16
**technolo...**
28:2
**Technology**
13:13
**telephone**
20:9,15
**tell** 12:25
13:3 19:22
24:5 26:1
32:6,20
34:24
42:14 45:9
52:8 59:18
60:22
63:18
64:15
79:21
82:20 83:4
92:24
106:23
111:15
112:10
119:6
**ten** 55:22
91:13
97:25
**terms** 38:6
**testified**
6:5 41:6
94:8 97:17
109:10
115:24
**testify** 7:9
81:20
**testimony**
28:12
40:21
48:17
53:22
71:23
78:24
81:18
106:9
114:9
119:4,6,9
**text** 19:22
19:25 20:2
20:18,19

20:24 21:3
21:8,17
22:18
32:16
**texted** 22:21
**Thank** 74:8
78:12
**thick** 49:1
**thing** 55:3
57:12
**things** 11:7
29:4
**think** 11:10
11:18,20
12:10 15:3
15:3,10
16:8,10
26:19 29:3
29:13
31:14 35:7
38:8,25
40:19
43:12 48:2
48:4 50:6
50:7,15,15
51:16 57:8
57:11 59:8
61:19
62:15 71:4
71:25 73:3
74:14
76:23
77:14 78:2
84:22
89:19 94:2
98:17 99:5
99:9,11,11
100:21
101:22
104:25
109:4,10
114:21
115:2,7
117:16,20
118:6
**thinly** 94:1
**third** 95:19
104:18
107:11
**Thirteen**

85:24
**thought**
13:20
42:17 60:7
61:7 65:13
73:4 94:2
**thousands**
112:22
**three** 78:10
110:23
**throw** 30:21
**time** 1:20
7:20 17:8
17:25
22:16
27:11
28:16
29:19
37:14
39:20 40:6
40:10
44:15 46:5
48:4 54:7
54:16,16
57:5 71:25
77:9 79:24
83:22 84:8
84:13
88:13
89:20 91:3
91:11
96:20
98:25
101:22
107:6,6
116:1,8,10
116:12,12
**timeframe**
16:22 17:4
17:4,13,20
17:24
18:17,22
19:2,6,12
19:24
21:14,19
23:12 24:3
24:5,8,9
25:15,17
26:5,7,16
26:19 27:1

27:5,7,16
28:3,18,20
29:3,21
30:18,25
32:1,5,7
32:17,20
33:5 35:15
36:13 38:1
43:24
45:13,17
46:7,12
47:8,9,11
48:15,25
49:3,11,17
49:22,25
51:3,22
53:4 55:10
57:13 59:6
59:9,18,19
59:24
60:21,22
61:6 63:3
63:11
70:20
72:19 73:9
73:14
75:11,16
76:13,22
77:5 83:5
88:4,21
89:16,17
**times** 6:25
20:14,16
21:16
28:15
**timing** 97:12
**title** 35:22
57:20
62:14,15
62:18 65:3
65:4,8
68:11
**today** 6:15
6:19 7:6,8
25:23
35:21 40:3
56:12,22
75:20
88:13
102:17

108:21
109:17
111:15
114:15
**today's**
88:19
**told** 42:16
46:1 92:18
92:19,23
93:4 94:9
94:11,14
111:19
**tool** 73:20
**top** 52:21
71:6 117:7
**topic** 44:12
**total** 42:23
64:24 67:3
68:23
89:10,10
**totally** 52:9
**tougher**
83:22
**TPO** 74:4,8
**tracing** 88:5
**trade** 92:15
92:25 93:9
93:21
95:11 96:1
96:19 97:7
99:20
100:14,17
101:8,19
102:19,23
109:19
110:24
111:7,9,25
113:3,12
113:21
115:22,25
116:4,15
116:20
**traded** 94:2
**trades** 72:4
**trading**
105:3
115:18,20
115:22
116:3,13
116:25

117:4,10
transaction
45:2 94:11
94:14,16
95:9 99:7
99:13,14
100:20,21
103:2
105:7
106:17
107:8,12
107:19
109:2
110:3
transact...
45:10
transcribe
7:17
transcribed
119:8
transcript
118:20
119:9
120:12
treasurer
64:7
treasury
87:13
triangle
52:21
true 119:8
120:14
trust 67:11
101:4
108:14
trusts 68:22
69:3
102:16
truth 119:6
truthfully
7:9
try 14:16
19:14
27:24 32:6
47:1 69:10
72:11
trying 27:10
40:7 48:6
81:24
82:23

114:24
Tuesday
17:16
turn 51:24
65:9 66:12
67:14
103:13
104:14
105:5
107:15
tweet 34:24
35:1,14,16
73:25 74:2
74:10
75:13,17
75:22 76:4
76:10,12
76:15
tweeted 74:3
76:6,7
tweets 34:17
35:18
Twitter
33:13,14
33:17,23
34:3,6,9
34:12,18
35:19 36:5
36:6,10
74:19,20
74:24 76:3
76:5
two 11:5
24:17 52:3
86:3 88:7
two-page
51:11
two-thirds
90:24
type 33:19
34:17
types 24:13
typical
18:19
24:15 30:7
typically
22:5 34:1
34:22
35:15

U

Ultimately
39:17
ultimatum
73:10,18
74:5 75:9
75:13,18
75:22
umbrella
16:12,14
understand
6:22 7:6
7:19 40:16
41:1,5
107:4
understa...
14:23
39:13
40:12
41:10,20
44:21 45:4
67:9,25
83:11,15
93:21,23
94:6 99:6
99:23
106:9
107:1
115:20
117:18,23
118:4
120:16
understood
7:22
United 1:1
73:10
University
31:6,11
34:1
unusual
76:11,11
94:1
update 90:16
updates 44:9
44:18,19
upset 34:2
urban 14:9
use 16:8,15
18:24 20:2

20:19,24
21:3 32:5
32:14,16
33:16,17
33:23 34:5
34:12
47:14
65:22
105:9,25
106:8
107:21
108:22
110:12
113:11
usually
26:23
78:18
79:14
UWM 73:11
74:7 75:9
UWM's 74:5

V

v 1:8
valuation
71:13
various 38:9
41:17
Ventures
16:6,7,18
18:10
verbally
19:22
Verizon 20:4
versus 5:9
video 1:16
1:25 5:12
27:22
videocon...
79:24
videocon...
23:23
videogra...
3:25 5:5
5:10 54:18
54:21
89:22 90:1
115:10,12
118:14
videotaped

5:7
Viewed 8:20
viewing
26:12
violations
41:13
Vitale 22:15
22:18,21
69:17,19
70:5
Vitale's
77:22
Volume 74:8
vote 26:22
27:18
79:12
voting 53:7
53:15,20
vs 120:5

W

want 9:14
16:25
40:24
46:16
47:13
53:25
71:24 85:2
104:12
114:25
115:5
wanted 26:22
26:25
41:16
42:25
58:17
101:12
116:1
wants 115:2
wasn't 17:17
97:11 98:1
118:8
watch 34:25
way 14:17
40:25
65:21
83:12
102:3
109:14
118:4

**Wayback** 112:16
**Wayne** 31:11
**We'll** 118:19
**we're** 43:12
66:3 77:24
106:4
**we've** 13:24
31:3 51:1
54:8 82:20
108:17
110:7,10
111:10
116:16
**week** 17:10
17:11
21:16
45:15
**weekly** 17:19
45:19
**weeks** 74:5
93:6
**went** 23:20
28:16,17
32:20
36:14,21
38:17 41:6
55:13,15
58:24,25
76:23 95:1
106:5
109:14
**weren't** 94:5
**West** 2:12
**whereof**
119:14
**Wholesale**
73:10
**wife** 11:2,23
28:7 63:23
80:3 92:11
106:3
**wills** 102:15
**window**
115:18,20
115:22
116:3,13
**wish** 55:22
**witness** 4:3
5:15 8:15

10:20 12:6
15:12 48:6
56:19 63:6
63:9 67:19
67:22 86:5
86:11
87:12,16
87:18
89:21
112:9
114:25
115:4,7,16
119:4,7,9
119:14
120:7
**Woodward**
3:12
**word** 32:7
60:25
**work** 16:17
69:23
73:11,11
102:15
**worked** 35:23
69:23
**works** 10:8,9
35:3 91:17
**worth** 93:25
111:20
**wouldn't**
34:24 46:6
106:7
117:7
**writing**
119:7

**X**

**X** 4:10 33:14
33:15 34:3
34:9

**Y**

**y]ourselves**
40:11
**yeah** 7:5
10:18
14:16
17:11
19:14 21:2
28:15

47:12,25
52:11
60:12 62:6
62:24
68:13
69:10
86:22
99:22
104:13
116:22
**year** 31:13
83:8,13
91:13 98:1
**years** 9:17
9:24 13:14
21:22,24
25:18
55:17,22
91:13
97:25
117:7
**yep** 9:24
65:20 71:5
80:23
86:11,22
87:18
104:11
112:17
113:13
**yesterday**
90:15
**yield** 81:4
84:10
**York** 2:6 3:6
**younger**
55:22

**Z**

**Zoom** 23:22
23:24 24:7
27:21 28:3
29:6 76:24

**0**

**0** 53:15
**00126424**
4:13
**00164828**
78:7
**02210** 2:21

**1**

**1** 4:15 8:11
8:14 10:13
13:25 31:3
59:11
74:17,23
104:5,10
104:18
107:11
**1,532,95...**
68:23
**1.8** 39:3
**1:21-cv-...**
1:9 120:4
**1:45** 84:24
89:23
**1:48** 89:25
**10** 87:8,10
87:11
**10-year** 81:3
84:10
87:13
**100** 2:20
39:2 91:9
**10004** 3:6
**10005** 2:6
**103** 4:19
**106** 4:20
**109** 4:21
**11** 4:14 65:2
66:9 79:24
**11:21** 1:20
5:3,6
**111** 85:6
**112** 4:23
**116073** 86:20
**116082** 87:9
**116084** 88:8
**116111** 4:18
**12** 88:7
**12:29** 54:19
**12:52** 54:22
**125** 3:5
**125.9** 66:24
**126432** 4:13
**129** 66:24
**140** 2:5
**1410** 2:12
**150** 90:21

**16** 65:3 68:7
71:2,20
**164836** 4:17
**16th** 72:4,15
**17** 74:3,21
75:21
**17th** 74:11
**18** 38:18
39:2 43:2
**180** 95:24
**19** 75:16
**1984** 31:9
**1985** 10:1
**1987** 31:14
**19th** 74:20
75:3,11

**2**

**2** 4:13,16
39:22 51:6
51:9,15
62:22 63:4
63:5,5,6
65:9,10
67:16,23
68:3,9,15
68:22 71:7
**2.0** 68:7
**2.4** 70:14
**2:18** 89:25
**2:40** 90:2
**20** 13:14
49:16
55:17
85:11
120:19
**20.2** 104:3,3
104:7,19
107:13
**200** 3:12
**2010** 14:1
**2015** 10:15
**2019** 17:6
**202** 111:5
**2020** 12:23
12:25
16:22 17:4
18:16,22
19:2,5,5
19:12,16

19:24 20:3
20:10,19
20:24 21:3
21:13,19
22:1,17
23:2,8,20
24:3,8,12
24:21 25:5
25:14
28:24
29:18,22
30:7,22
32:17 33:4
34:12
36:13,14
37:10 38:1
38:18
43:24 44:7
44:14 47:7
49:16,22
50:10,10
51:2 55:10
56:22
57:13 59:4
59:7,16,19
63:3 71:20
81:21 83:8
83:13
88:24
89:15
117:4
**2020-2021**
60:21
**2021** 13:1
17:1,4,9
17:14,22
18:1,12,17
18:22 19:2
19:5,12,16
19:24 20:3
20:10,13
20:20,24
21:3,13,19
22:1,17
23:2,8
24:3,8,13
24:21
25:15,22
25:25 26:5
26:16,16

26:25 27:3
27:8,14
28:3,21,24
29:18,22
30:7,23
32:4,4,17
35:6,10,14
35:22
37:19
39:21
45:17
46:12 47:7
49:16,22
50:10 51:2
51:22 53:3
55:10
56:23
58:12
59:16,20
62:10
63:14,17
64:14,19
65:3,4
67:2 68:8
68:16 69:3
69:5 70:19
71:2,20,20
72:5,8,15
72:19 73:9
74:3,11,21
75:3,10,11
75:22
76:13,19
76:20 77:8
78:6,16
79:6,25
81:21
82:19,20
82:25
83:15
85:11,19
86:16,25
87:5 88:4
88:8,21
89:1,9,15
90:7 92:4
92:16
93:12,14
93:22
95:13 97:6

97:23 98:4
100:18
103:3,17
104:19
106:18
107:13
108:9,12
110:4,8
112:4
116:14
117:5
**2023** 80:9
**2024** 1:19
5:2,7
119:15
**21** 24:13
63:19
**211** 2:12
**212.558....**
3:7
**212.907....**
2:7
**22** 1:19 5:2
42:25
55:18
**228** 66:20
**22nd** 5:6
**23rd** 25:22
25:25 27:3
76:19,20
77:7 78:6
78:16
79:24 80:9
82:7,12,25
85:10,19
86:16,25
88:4,21
89:1,9
119:15
**24** 38:25
42:25 43:1
73:5
**24.75** 104:20
104:23
107:14
**248.864....**
3:14
**25** 38:25
42:25 43:1
73:5 87:8

87:10 88:7
92:4 95:13
97:23
**25th** 32:4
97:6
**26** 79:6
**27** 63:14
**27th** 63:17
**29** 92:15
93:22
100:18
103:3
104:19
106:18
107:13
110:4
**2pp** 4:15,19
4:20,21
_____
**3**
**3** 4:17 42:22
63:4 78:2
78:4 79:22
114:24
**3-23-2021**
87:21
**3.19** 89:1
**3.5** 88:25
**3.921** 70:11
**3/19/21**
66:15
**3:15:51**
115:10
**3:25** 115:13
**3:28:56**
118:15
**3:29** 118:22
**30(b)(6)**
62:22
**30060** 120:3
**30485** 4:14
66:10
**310-1769**
1:25
**313.774....**
2:14
**31st** 103:17
108:9,12
110:8
112:4

**344** 3:12
**350** 90:20
**39** 9:17,24
**3pp** 4:16
_____
**4**
**4** 4:18,19,20
4:21 69:10
75:15 85:8
85:10,14
100:12,21
100:25
101:7,9,16
102:18,22
103:1,7
105:1,18
106:11,16
107:6,8
108:11,18
109:21,23
110:2,17
110:20
113:7,8
114:12
**4.385** 69:14
**4.64** 69:9
70:6
**44** 70:1,5
**45** 69:7,9,11
**46** 70:10
**48009** 3:13
**48226** 1:23
2:13
**4s** 99:15,19
99:23
100:1,19
110:23
111:10,23
114:16
**4th** 75:10
_____
**5**
**5** 4:19 80:15
85:11,12
102:25
103:5
107:16
108:17
110:7
111:11

```
114:17           6th 38:17
50 91:12
   98:1             _____ 7 _____
500 90:7,20     7 4:21 66:17
   92:14           109:22,25
   93:25           110:2,5,7
   94:21,24        111:11
   95:5,10,11      114:17
   95:21,22     75 13:20
   96:6,17,19      33:4,7
   96:21,24        64:20,21
   97:2,5,8        70:23
   97:19 98:2   75-point
   98:20 99:2      71:3
   100:14,14    76 13:18
   105:11       76.65 70:25
   106:1,2,5       71:4
   106:8        78 4:17
   107:22       79 53:7,15
   108:23,24       53:20
   109:3,14
   109:18,20       _____ 8 _____
   110:14,25    8 4:15,22
   111:20,25       68:22
   112:1,5         112:3,8
   113:4,23     8,000 74:6
   113:25       800 1:25
   114:5        836 78:8
51 4:16         85 4:18
52 70:13        8A 85:11
5th 32:4
                   _____ 9 _____
   _____ 6 _____
                9 63:5 68:18
6 4:7,20           68:20
   66:23           70:24
   80:14,16        80:14,17
   80:17 84:7      84:7
   105:6,6      9-19-24
   106:16,20       119:25
   107:15,15    91 1:22 5:14
   108:18,22    93 105:13
   109:22          107:25
   110:7,9
   114:16,17
60.33 71:8
617.570....
   2:22
62 4:13
65 4:14
6pp 4:23
```