IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

|  |  |
|---|---|
| CONSTRUCTION LABORERS PENSION TRUST FOR SOUTHERN CALIFORNIA,<br><br>Plaintiff,<br><br>v.<br><br>ROCKET COMPANIES, INC., JAY D. FARNER, DANIEL GILBERT and ROCK HOLDINGS INC.,<br><br>Defendants. | No. 21-cv-11528<br><br>Honorable Thomas L. Ludington<br>District Judge<br><br>Honorable Anthony P. Patti<br>Magistrate Judge |

## **STIPULATION**

Named Plaintiff Construction Laborers Pension Trust for Southern California ("Plaintiff") and Defendants Rocket Companies, Inc., Rock Holdings Inc. ("RHI"), Jay D. Farner, and Daniel Gilbert (collectively, "Defendants," and together with Plaintiff, the "Parties"), hereby stipulate and agree as follows:

WHEREAS, on February 5, 2024, Defendants filed a motion for a protective order (ECF No. 108, the "Motion for a Protective Order") related to requests for admission that had been served on Defendants in this matter (the "RFAs");

WHEREAS, on September 30, 2024, the Court denied the motion for class certification (ECF No. 227) that Plaintiff and former plaintiff Carl Shupe had filed on February 12, 2024 (ECF No. 111);

WHEREAS, on October 15, 2024, Plaintiff filed a Motion for Leave to File a Renewed Motion for Class Certification, or in the Alternative, Limited Motion for Reconsideration of the Court's Order Denying Class Certification of the Insider Trading Class (ECF No. 229) ("Motion for Leave");

WHEREAS, on December 2, 2024, the Court granted a stipulation between the Parties as to the ongoing case schedule, withdrawal of certain pending motions, and dismissal of former-plaintiff Carl Shupe's claims (ECF No. 234), and in granting that stipulation the Court ordered that the Parties either (a) submit supplemental briefing on the Motion for a Protective Order, or (b) file a joint stipulation and proposed order withdrawing the Motion for a Protective Order;

WHEREAS, the Parties have met and conferred and agree that resolution of the Motion for a Protective Order is not necessary at this time, because (a) the resolution of the Motion for Leave may moot the issues raised by the Motion for a Protective Order; and (b) Plaintiff believes it would be appropriate to substantially narrow the requests for admission, in light of the narrowed scope of the case Plaintiff is pursuing via the Motion for Leave;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the Parties hereto and subject to approval by the Court:

1. The RFAs at issue in the Motion for a Protective Order are withdrawn.

2. Following a decision on the Motion for Leave, Plaintiff may, if necessary, serve requests for admission on Defendants that are narrower in scope than the RFAs at issue in the Motion for a Protective Order, including through removing requests that are no longer relevant in light of the claims remaining in the case.

3. The Motion for a Protective Order (ECF No. 108) is withdrawn without prejudice to Defendants serving responses and objections and/or filing a motion for a protective order in response to any further requests for admission served by Plaintiff in this Action.

IT IS SO STIPULATED.

DATED: December 13, 2024              Respectfully submitted,

**LABATON KELLER SUCHAROW LLP**

<u>/s/ JAKE BISSELL-LINSK</u>
CAROL C. VILLEGAS
CHRISTINE M. FOX
JAKE BISSELL-LINSK
DAVID SALDAMANDO
140 Broadway
New York, New York 10005
Tel:  (212) 907-0700
Fax: (212) 818-0477
*cvillegas@labaton.com*
*cfox@labaton.com*
*jbissell-linsk@labaton.com*
*dsaldamando@labaton.com*

*Lead Counsel and Counsel for Plaintiff Construction Laborers Pension Trust for Southern California*

SHANNON HOPKINS
**LEVI & KORSINSKY LLP**
1111 Summer Street, Suite 403
Stamford, Connecticut 06905
Tel:  (203) 992-4523
*shopkins@zlk.com*

*Additional Counsel for Plaintiff*

JAMES ALLEN
**SCHENK & BRUETSCH PLC**
211 West Fort Street, Suite 1410
Detroit, Michigan 48226
Tel:  (313) 774-1000
*james.allen@sbdetroit.com*

*Liaison Counsel for Plaintiff*

-1-

DATED: December 13, 2024        **SULLIVAN & CROMWELL LLP**

*/s/* SHARON L. NELLES
SHARON L. NELLES
JEFFREY T. SCOTT
JULIA A. MALKINA
JACOB E. COHEN
125 Broad Street
New York, New York 10004
Tel:  (212) 558-4000
Fax: (212) 588-3588
*nelless@sullcrom.com*
*scottj@sullcrom.com*
*malkinaj@sullcrom.com*
*cohenja@sullcrom.com*

JEFFREY B. MORGANROTH (P41670)
**MORGANROTH & MORGANROTH, PLLC**
344 North Old Woodward Avenue, Suite 200
Birmingham, Michigan 48009
Tel:  (248) 864-4000
Fax: (248) 864-4001
*jmorganroth@morganrothlaw.com*

*Counsel for Defendants Rock Holdings Inc., Jay Farner, and Daniel Gilbert*

| | |
|---|---|
| DATED: December 13, 2024 | **GOODWIN PROCTER LLP** |

*/s/* DEBORAH S. BIRNBACH
DEBORAH S. BIRNBACH
ADAM SLUTSKY
KATE MACLEMAN
100 Northern Avenue
Boston, Massachusetts 02210
Tel:  (617) 570-1000
*dbirnbach@goodwinlaw.com*
*aslutsky@goodwinlaw.com*
*kmacleman@goodwinlaw.com*

NICK GORGA (P72297)
JEREMY D. LOCKHART (P76500)
CARSTEN A. PARMENTER (P86425)
**HONIGMAN LLP**
660 Woodward Avenue
2290 First National Building
Detroit, Michigan 48226
Tel:  (313) 465-7000
*ngorga@honigman.com*
*jlockhart@honigman.com*
*cparmenter@honigman.com*

*Counsel for Defendant Rocket Companies, Inc.*