IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

|  |  |
|---|---|
| CARL SHUPE and CONSTRUCTION LABORERS PENSION TRUST FOR SOUTHERN CALIFORNIA, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　Plaintiffs,<br><br>v.<br><br>ROCKET COMPANIES, INC., JAY D. FARNER, DANIEL GILBERT and ROCK HOLDINGS INC.,<br><br>　　　Defendants. | No. 21-cv-11528<br><br>Honorable Thomas L. Ludington<br>District Judge<br><br>Honorable Anthony P. Patti<br>Magistrate Judge |

## **STIPULATION OF RULE 41(a)(1)(A)(ii) DISMISSAL**

Plaintiff Construction Laborers Pension Trust for Southern California ("SoCal") and Defendants Rocket Companies, Inc., Rock Holdings Inc. ("RHI"), Jay D. Farner, and Daniel Gilbert (collectively, "Defendants," and together with SoCal, "Parties"), hereby stipulate and agree as follows:

WHEREAS, on June 21, 2022, then-Lead Plaintiff Carl Shupe ("Mr. Shupe") and then-additional named Plaintiff Matthew Pearlman ("Mr. Pearlman") filed a Corrected Amended Class Action Complaint for Violations of the Federal Securities Laws in the above-captioned action ("Action") (Dkt. No. 42);

WHEREAS, on December 8, 2023, Mr. Shupe moved to withdraw Mr. Pearlman and substitute SoCal (Dkt. No. 81) ("Motion to Substitute");

WHEREAS, on February 5, 2024, the Court granted the Motion to Substitute (Dkt. No. 107);

WHEREAS, on February 12, 2024, Mr. Shupe and SoCal filed a Renewed Motion for Class Certification, Appointment as Class Representatives, and Appointment of Class Counsel (Dkt. No. 111) ("Class Certification Motion");

WHEREAS, on September 30, 2024, this Court denied the Class Certification Motion (Dkt. No. 227) ("Class Certification Ruling");

WHEREAS, on October 15, 2024, SoCal filed a Motion for Leave to File a Renewed Motion for Class Certification, or in the Alternative, Limited Motion for Reconsideration of the Court's Order Denying Class Certification of the Insider Trading Class (Dkt. No. 229) ("Motion for Leave");

WHEREAS, on October 17, 2024, SoCal filed a Petition for Permission to Appeal the Class Certification Ruling Pursuant to Rule 23(f) ("Rule 23(f) Petition") in the United States Court of Appeals for the Sixth Circuit, *see In re Carl Shupe, et al.*, No. 24-105 (6th Cir.), which seeks review of the Class Certification Ruling;

WHEREAS, on December 2, 2024, Mr. Shupe, SoCal, and Defendants filed a joint stipulation in which, *inter alia*, Mr. Shupe voluntarily dismissed with prejudice all of his claims against Defendants in this Action pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure (Dkt. No. 234);

WHEREAS, on April 17, 2025, this Court entered an order in which it reaffirmed the Class Certification Ruling but granted SoCal's Motion for Leave to the extent that SoCal did not require leave of court to file a renewed motion for class certification (Dkt. No. 238) ("Motion for Leave Ruling");

WHEREAS, the Court ordered SoCal in the Motion for Leave Ruling to (i) clarify whether it wished to pursue its fraudulent misrepresentation claims in an individual capacity, and (ii) if it wished to seek renewed class certification, publish notice pursuant to the Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(A)(i) (Dkt. No. 238, at PageID.41270-71);

WHEREAS, on May 9, 2025, SoCal notified the Court that it did not intend to pursue fraudulent misrepresentation claims on an individual or class basis or any control person claims based on the alleged misrepresentations (Dkt. No. 239);

WHEREAS, on May 12, 2025, SoCal notified the Court that it had published notice pursuant to the PSLRA, according to which motions for appointment as lead plaintiff were required to be filed with the Court by no later than July 8, 2025 (Dkt. No. 240);

WHEREAS, as of the date of this stipulation, no motions for appointment as lead plaintiff have been filed in this Action, including by SoCal;

WHEREAS, by July 8, 2025, SoCal did not file a motion for appointment as lead plaintiff and has indicated it does not intend to file such a motion;

-3-

WHEREAS, SoCal wishes to voluntarily dismiss its claims before this Court;

WHEREAS, Defendants consent to SoCal voluntarily dismissing its claims with prejudice;

WHEREAS, SoCal intends to voluntarily dismiss its Rule 23(f) Petition;

WHEREAS, both Parties intend to bear all of their own costs and attorneys' fees and Defendants have represented they will not pursue a claim of costs or attorneys' fees as to the litigation of SoCal's claims;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the Parties hereto:

1. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, SoCal hereby dismisses with prejudice all of its claims against Defendants in this Action.

2. As to SoCal's claims, each party shall bear its own costs and attorneys' fees.

IT IS SO STIPULATED.

DATED: July 24, 2025                     Respectfully submitted,

**LABATON KELLER SUCHAROW LLP**

*/s/ Christine M. Fox*
CAROL C. VILLEGAS
CHRISTINE M. FOX
JAKE BISSELL-LINSK
DAVID SALDAMANDO
140 Broadway
New York, New York 10005
Tel:  (212) 907-0700
Fax: (212) 818-0477
*cvillegas@labaton.com*
*cfox@labaton.com*
*jbissell-linsk@labaton.com*
*dsaldamando@labaton.com*

*Counsel for Plaintiff Construction Laborers Pension Trust for Southern California*

SHANNON HOPKINS
**LEVI & KORSINSKY LLP**
1111 Summer Street, Suite 403
Stamford, Connecticut 06905
Tel:  (203) 992-4523
*shopkins@zlk.com*

*Additional Counsel for Plaintiff*

JAMES ALLEN
**SCHENK & BRUETSCH PLC**
211 West Fort Street, Suite 1410
Detroit, Michigan 48226
Tel:  (313) 774-1000
*james.allen@sbdetroit.com*

*Liaison Counsel for Plaintiff*

DATED: July 24, 2025     **SULLIVAN & CROMWELL LLP**

*/s/ Jeffrey T. Scott*
SHARON L. NELLES
JEFFREY T. SCOTT
JULIA A. MALKINA
JACOB E. COHEN
125 Broad Street
New York, New York 10004
Tel:  (212) 558-4000
Fax: (212) 588-3588
*nelless@sullcrom.com*
*scottj@sullcrom.com*
*malkinaj@sullcrom.com*
*cohenja@sullcrom.com*

JEFFREY B. MORGANROTH (P41670)
**MORGANROTH & MORGANROTH, PLLC**
344 North Old Woodward Avenue, Suite 200
Birmingham, Michigan 48009
Tel:  (248) 864-4000
Fax: (248) 864-4001
*jmorganroth@morganrothlaw.com*

*Counsel for Defendants Rock Holdings Inc., Jay Farner, and Daniel Gilbert*

| | |
|---|---|
| DATED: July 24, 2025 | **GOODWIN PROCTER LLP** |
| | */s/ Adam Slutsky*  |
| | DEBORAH S. BIRNBACH |
| | ADAM SLUTSKY |
| | KATE MACLEMAN |
| | 100 Northern Avenue |
| | Boston, Massachusetts 02210 |
| | Tel: (617) 570-1000 |
| | *dbirnbach@goodwinlaw.com* |
| | *aslutsky@goodwinlaw.com* |
| | *kmacleman@goodwinlaw.com* |
| | |
| | NICK GORGA (P72297) |
| | JEREMY D. LOCKHART (P76500) |
| | CARSTEN A. PARMENTER (P86425) |
| | **HONIGMAN LLP** |
| | 660 Woodward Avenue |
| | 2290 First National Building |
| | Detroit, Michigan 48226 |
| | Tel: (313) 465-7000 |
| | *ngorga@honigman.com* |
| | *jlockhart@honigman.com* |
| | *cparmenter@honigman.com* |
| | |
| | *Counsel for Defendant Rocket Companies, Inc.* |